Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)

Vinyard V Cooke, Esquire

February 9, 2005

Page 170

```
1   A   Nope
2   Q.  Approximately?
3   A   No
4   Q.  Do you recall when he asked?
5   A   I don't, other than it was obviously after the
6   bankruptcy filing
7   Q.  Do you know if it's 2002, 2003, 2004?
8   A   It was prior to 2004  I don't know if it was
9   2003 or 2002
10  Q.  Do you know if any data for Marc Bouchard has
11  been restored?
12  A   I do not, no
13  Q.  And do you know if any data of Michael Boychuk
14  has been restored?
15  A   I do not know about Michael
16  Q.  In the sentence before that on Exhibit 6 your
17  counsel wrote "In addition, I have advised that for
18  the following six individuals mailbox data was imaged
19  in the summer of 2004: Brunette, Mongrain, Morgan,
20  Bustamante, Cooke, Sciacciatano."
21      Do you see that?
22  A   Yes. I do
23  Q.  Was that mailbox data from their hard drive or
24  from the server?
```

Page 171

```
1   A   I don't believe there's a difference between
2   those
3   Q.  Well, why do you believe there's no difference?
4   A   I believe that my e-mail is on the server.
5   It's on my computer  It's on the server  I believe
6   there are the same
7   Q.  Do people have the option to move e-mails to
8   their server?
9       I'm sorry.  Do people have the option to
10  move e-mail to their hard drive?
11  A   I don't know how you would do that, quite
12  candidly  I think they might have, but technically I
13  don't even know if there was storage capacity on the
14  computers  I'm now speaking with just talking about
15  my computer knowledge.  I don't know if we had
16  separate hard drive abilities in our computers or if
17  it was all on server only information
18  Q.  And tell me all the things you did to find out
19  the response to that information.  Tell me all of the
20  things you did to find out the response to that
21  question in 2002 before the hard drives were sold.
22      MR COCHRAN: My objection is the question
23  is not clear.
24  A   I'm sorry  Could you rephrase the question for
```

Page 172

```
1   me?
2       MR. SCHIMEL  Please read Mr Cooke's
3   prior answer
4       (The reporter read back the last answer.)
5   BY MR  SCHIMMEL
6   Q.  My question is tell me all the things you did
7   to find out the answer to that question in 2002 before
8   the hard drives were sold or people took them.
9       MR  COCHRAN   Objection.  That question is
10  unclear
11  A   I personally did not investigate that issue
12  Q.  Tell me all the things that the debtors did to
13  investigate that issue
14  A   I don't know what the debtors did
15  Q.  To your knowledge, did the debtors do anything
16  to investigate that issue?
17  A   I don't know if they did or not
18  Q.  Is your answer complete?
19  A   Yes.
20  Q.  Was there anything in 2002 that would have
21  prevented the debtors from imaging the hard drives of
22  the 28 individuals on Exhibit 5?
23  A   On Exhibit 5 what's the relevant
24  date?
```

Page 173

```
1       MR. SCHIM    Do you repeat my question?
2       (The reporter read back the last
3   question )
4       MR  COCHRAN  Object to form
5       THE WITNESS  Would just restate I don't
6   know who Randy  Plummer is
7   BY MR  SCHIMMEL
8   Q.  I'm sorry  Where are you looking?
9   A   Exhibit 5 I was in 2002 Paolo Guidi
10  was gone and I knew Mark VanDoorn was gone
11  Q.  Other than those three individuals, was there
12  anything preventing the debtors from imaging the hard
13  drives of the 25 remaining individuals on Exhibit 5?
14  A   I don't know
15  Q.  Are you aware of anything that would have
16  prevented it?
17      MR  COCHRAN   Object to the form
18  A   Prevented it would I mean, I don't even
19  know if it's technically possible but I don't know
20  one way or the other
21  Q.  Was there anything preventing the debtors in
22  2002 from imaging the servers before they were sold?
23      MR  COCHRAN   Object to form
24  A   Okay  When imaging the servers." you
```

44 (Pages 170 to 173)

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 174

1  mean other than the backups that we did throughout
2  that time?
3  Q. Yes. That's correct.
4  A  I don't know
5  Q. Is your answer complete?
6  A. Yes
7  Q. So I'm not sure you have given me an answer to
8  the question I asked previously.
9       The letter from your counsel says in
10  paragraph 11 "I have advised that for the following
11  six individuals mailbox data was imaged in the summer
12  of 2004." And my question is: Was it mailbox data on
13  the server or mailbox data on their hard drive that
14  was imaged, to your knowledge?
15       MR COCHRAN: Objection  Asked and
16  answered
17       MR SCHIMMEL: It hasn't been answered
18  A  I answered that I believe those are one and the
19  same
20  Q. The question is: Do you know which one was
21  imaged?
22       MR COCHRAN: Objection
23  A  I do not know  Assuming there's a difference,
24  I do not know which one was imaged.

Page 175

1  Q. Who would know?
2  A  David Wolfe would have done that
3       MR SCHIMMEL: Why don't we take a short
4  break?
5       MR COCHRAN: Sure
6       (A brief recess was taken.)
7       MR SCHIMMEL: Please mark this.
8       (Cooke Deposition Exhibit No  9 was marked
9  for identification.)
10       MR SCHIMMEL: Mark this one also
11       (Cooke Deposition Exhibit No  10 was
12  marked for identification.)
13  BY MR SCHIMMEL:
14  Q. Mr. Cooke, I have just shown you what has been
15  marked as Exhibits 9 and 10. Exhibit 9 is a notice of
16  proposed sale of assets by debtors and debtors in
17  possession pursuant to miscellaneous asset sale
18  procedures.
19  A  Yes
20  Q. And it's dated August 16, 2002.
21       Exhibit 10 is a notice of proposed sale of
22  assets by debtors and debtors in possession pursuant
23  to miscellaneous asset sale procedures that's dated
24  August 19, 2002.

Page 176

1       Do you have those documents?
2  A  I do
3  Q. Can you describe to me, Mr. Cooke, what those
4  notices are?
5  A  These are notices that were filed in the
6  Bankruptcy Court
7  Q. Regarding the sale of assets of the debtors,
8  correct?
9  A  Yes
10  Q. And the description of the assets to be sold
11  is, if I'm not mistaken, on the first page, if you
12  will look at Exhibit 9, the description is the assets
13  consist of computer equipment listed in columns C and
14  D of the charts attached hereto as Exhibit A.
15       Do you see that?
16  A  That is correct
17  Q. So why don't we take a look at the chart
18  attached as Exhibit A and specifically the second page
19  of the chart?
20       Do you see the chart has several columns?
21  Column A is the name of the person whose computer is
22  going to be sold, column B states employment term,
23  column C and D indicate whether it's a monitor and/or
24  PC that's going to be sold, correct?

Page 177

1  A  Yes
2  Q. Item 81 or line 81 is the line of John
3  Brunette.
4       Do you see that?
5  A. Yes, I do
6  Q. And this notice of proposed sale appears to
7  indicate that Mr. Brunette's computer and monitor was
8  going to be sold.
9       Do you see this?
10  A. Yes, I do
11  Q. And it appears to indicate that it's a laptop
12  that's going to be sold, correct?
13  A  Yes
14  Q. Was it, in fact, sold?
15  A. No
16  Q. Why not?
17  A  Well, there are actually two reasons  If you
18  will look at Exhibit 10 and you look for John
19  Brunette, he's no longer on the list  And the reason
20  why is we took everyone who was highly compensated at
21  Teleglobe, for example, my name is not on the list,
22  and anyone who exceeded a certain threshold were
23  viewed as classic insiders and we just felt it was not
24  worth the hassle of selling equipment to them  They

45 (Pages 174 to 177)

Teleglobe Communications Corporation, et al

Case No  02-11518 (MFW)
Vinyard V. Cooke, Esquire
February 9, 2005

Page 178

1  could go out and buy their own  So that's why there s
2  a difference between the two
3          Then specifically at the time when they
4  left, this is a preapproval but some people opted in
5  and bought it and some people did not  John didn't
6  have the right to  but others have not bought theirs
7  either
8      Q.  So let's take a look then at Exhibit 10, which
9  I take it would be the exhibit reflecting the
10  computers that were actually sold, right?
11          MR COCHRAN:  I object to form
12  A   No. not necessarily
13      Q.  So let's take a look at Exhibit 10 and maybe
14  you will explain it to me.
15          Exhibit 10 has also on the first page a
16  description of the assets to be sold and the
17  description is the assets consist of computer
18  equipment listed in columns C and D of the chart
19  attached hereto as Exhibit A, correct?
20  A   Yes
21      Q.  If you will look at the chart attached hereto
22  as Exhibit A, for instance, the second page of the
23  chart, you also have the name of the person whose
24  computer is going to be sold?

Page 179

1  A   Yes
2      Q.  And then that's under column A, right?
3  A   Yes.
4      Q   Under column B you have employment terms?
5  A   Yes
6      Q.  Under column C and D you have an indication of
7  whether it's the monitor and/or the computer that's
8  going to be sold?
9  A   Or both
10      Q.  Or both  So, for instance, line 80 talks about
11  Kieren Bustamante, correct?
12  A   Yes, it does.
13      Q.  And it indicates that his monitor and computer
14  was about to be sold, correct?
15          MR COCHRAN:  I object to form
16  A   No, that's not correct  This was a  you can
17  ask me a question
18      Q.  Please explain to me what the line referring to
19  Kieren Bustamante indicates.
20  A   What we did was, because we were in bankruptcy
21  we did not have the right to dispose of assets
22  without, especially to insiders, without Bankruptcy
23  Court approval  So this list reflects preauthorized
24  sales  And, for example, Kieren is still here so he

Page 180

1  hasn't yet had the opportunity, to buy it, but if he
2  does he would pay the $125
3          So some of them things accepted their
4  opportunity to buy the equipment and some did not
5      Q.  I understand  Some of those computers were
6  sold, correct?
7  A   Yes.
8      Q.  I'm sorry  Was the computer of Bruce Milla
9  sold on line 99?
10  A   No, it was not
11      Q.  Because he's still at Teleglobe?
12  A   Yes  That's correct
13      Q.  And I take it the computer of Kathy Morgan has
14  not been sold either
15  A   That's correct
16      Q.  And Rebecca S Iacciatano, her computer still
17  has not been sold?
18  A   Correct
19      Q.  The same thing with respect to Daniel Snyder?
20  A   Yes
21      Q.  I take it this chart indicates an authorization
22  to sell the computers of those individuals to them?
23  A   Yes  It was understood that they would be
24  buying their own computer

Page 181

1      Q.  Before that notice of proposed sale was filed
2  with the Court, tell me whether any steps were taken
3  to confirm that the data on those computers was
4  preserved on a backup tape or the server.
5  A   I'm not aware  I didn't run through the steps
6  that would be outlined in the disclosures stating the
7  default standards for recovery, the electronic
8  documents other than that I'm not aware of any other
9  steps
10      Q.  And the steps that you're talking about refer
11  to the preservation of backup tapes?
12  A   Yes  Well, the daily weekly, monthly
13  backups, yes
14      Q.  Before selling any of the servers did the
15  debtors advise the Bankruptcy Court that they proposed
16  to sell servers that had discoverable information on
17  them?
18          MR COCHRAN:  I object to form
19  A   They disclosed to Bankruptcy Court that
20  they were intending to sell servers  I would have to
21  look at the motion to see exactly what it said
22      Q.  So unless the notice of proposed sale
23  specifically indicates that the debtors intended to
24  sell servers that contained discoverable information,

46 (Pages 178 to 181)

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)                                                    February 9, 2005

Page 182

1  no notice was given to the Bankruptcy Court?
2         MR. COCHRAN: I object to the form.
3  A  Can you --
4  Q.  I will rephrase the question.
5  A  Yes  Thank you
6  Q.  I want to know whether the Bankruptcy Court was
7  told by the debtors before the sale of servers took
8  place that those servers contained discoverable
9  information.
10         MR COCHRAN: I object to the form.
11  Q.  And I take it your answer is the way for me to
12  find that out is to look at the notice of sale?
13         MR COCHRAN: I object to form.
14  A  That's one way
15  Q.  What other way?
16  A  I can't think of anything else sitting here
17  today
18  Q.  And when the personal computers and hard drives
19  of individuals were sold by the debtors, was the
20  Bankruptcy Court advised that the debtors proposed to
21  sell materials that contained discoverable
22  information?
23         MR. COCHRAN: I object to the form
24  A  I don't know if they contained discoverable

Page 183

1  information or not, okay, in that my understanding was
2  all the information that was on the servers was pulled
3  off. So, once again, you would have to talk to the
4  person who was -- in other words, the presumption is
5  there was discoverable information on the servers at
6  the time when they were sold? I don't know if there
7  were or not, if there was or not.
8  Q.  You don't know as you sit here today whether at
9  the time the servers were sold they contained any
10  discoverable information?
11  A  I do not know as we sit here today if they
12  contained discoverable information
13  Q.  What steps did you take to find that out before
14  they were sold?
15         MR. COCHRAN: I object to form.
16  A  I personally did not take any steps.
17  Q.  What steps did the debtors take?
18  A  I don't know.
19  Q.  What steps did the debtors take to find out
20  that information before the servers were sold?
21  A  I do not know
22  Q.  To your knowledge, did the debtors take any
23  steps to find out that information?
24  A  I don't know if they did or not

Page 184

1  Q.  Who else would know other than you?
2  A  I think I've talked about this before, but it
3  would be the IT people that were in charge of those
4  servers at the time when they were integrated
5  Q.  And who are no longer at the debtors?
6  A  And I don't know if Dave Wolfe was there at
7  that time or not  I don't know
8  Q.  And you have no knowledge one way or the other?
9  A  No knowledge one way or the other
10  Q.  Did you do anything to allow you to prove that
11  the debtors investigated whether the servers and the
12  personal computers contained discoverable information
13  before they were sold?
14         MR COCHRAN: I object to form
15         THE WITNESS: Okay.  Could you read that
16  back to me?
17         (The reporter read back the last
18  question )
19         THE WITNESS: I did nothing to prove
20  BY MR SCHIMMEL:
21  Q.  Did the debtors do anything?
22  A  I don't know if they did or not
23  Q.  As you sit here today, are you aware of any
24  steps that the debtors took to prove this?

Page 185

1         MR. COCHRAN: I object to form
2  A  Other than my prior testimony, I'm not sure
3  And I guess I'm having a hard time.  Prove? Maybe you
4  should rephrase that question so I'm more conversant
5  with what you're really asking
6  Q.  Are you aware of any steps that the debtors
7  took to be able to demonstrate at some point in time
8  to any court that they investigated whether the
9  electronic equipment that was sold contained
10  discoverable information?
11         MR. COCHRAN: I object to form
12  A  Again, "they"? I'm not -- can you maybe break
13  that up or rephrase it for me? You're talking about
14  "they" Teleglobe, anyone at Teleglobe?
15  Q.  The debtors.  I'm trying to find out --
16  A  I'm not trying to be difficult  I'm just
17  honestly trying to be precise with you.
18  Q.  I understand.  I'll try to clarify it.
19         Tell me all the steps that the debtors
20  took to satisfy their legal obligation to investigate
21  whether what they sold contained discoverable
22  information.
23         MR. COCHRAN: I object to form
24  A  I'm not aware if there's a legal obligation.

47 (Pages 182 to 185)

Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 186

1  I'm not aware of any steps that were taken
2  Q.  Is your answer complete?
3  A.  Yes
4  Q.  Is there any list or log of the employees whose
5  data was stored in Canada, server data was stored in
6  Canada as opposed to the United States?
7  A.  I'm sorry?
8      THE WITNESS:  Read that question back
9  again.  At any time?
10     (The reporter read back the last
11 question.)
12 BY MR. SCHIMMEL:
13 Q.  The period of time would be February 2000 to
14 May 2002.
15 A.  You mean during that time -- I'm sorry.  Once
16 again, are you saying is there right now a list?
17 Q.  That would tell us who are the employees whose
18 data was stored in Canada and who are the employees
19 whose data was stored in the United States.  I'm
20 talking about the server data.
21 A.  We do have a list for the e-mail accounts for
22 the individuals that were on the Reston server.  There
23 obviously was a list for Canadian employees or I guess
24 you could take people, you know, do it the reverse way

Page 187

1  because they wouldn't be on both.  They would be on
2  one or the other.
3      But my understanding is that information
4  for the e-mail system in Canada is not accessible or
5  is otherwise not available or lost.
6  Q.  Just to make sure I understand, the employees
7  and officers of the U.S. debtors had data saved
8  exclusively only in the United States?
9  A.  My understanding is if you were based in
10 Reston, you were on the Reston server.  If you were
11 based in Montreal, you were on the Montreal server.
12 And there were a handful of people that went back and
13 forth.  I don't know if it would just be a case-by-
14 case issue.
15 Q.  And could you be based in Montreal and be an
16 employee or an officer of the debtors, the U.S.
17 debtors?
18 A.  I'm sorry.  Will you ask that again?
19     THE WITNESS:  Can you read that back to
20 me?
21     (The reporter read back the last
22 question.)
23     THE WITNESS:  Yes
24

Page 188

1  BY MR. SCHIMMEL:
2  Q.  So there were employees of the U.S. debtors who
3  were based in Canada and whose server data would be
4  stored on backup tapes located in Canada?
5  A.  I don't know.
6  Q.  Are you aware of any?
7  A.  Maybe Serge ...
8  Q.  Other than Fortin, can you think of any person
9  who was an employee or officer of the U.S. debtor
10 whose server data would be stored in Canada?
11 A.  I'm sorry.  Am I able to think of anyone?
12     THE WITNESS:  I'm sorry.  What was the
13 question?
14     (The reporter read back the last
15 question.)
16     THE WITNESS:  Possibly Pichette
17 BY MR. SCHIMMEL:
18 Q.  Anybody else?
19 A.  Possibly Boychuk
20 Q.  Was he an employee of the U.S. debtors?
21 A.  I believe he was an officer of the U.S.
22 debtors.
23 Q.  Other than Boychuk?
24 A.  Those are the three that I can think of.

Page 189

1  Q.  So really all of the employees and officers of
2  the U.S. debtors, apart possibly from those three,
3  would have their server data stored in the U.S.?
4  A.  I don't know at this or not.  I don't
5  know if that's true or not understanding, my
6  understanding is the three who were based in Reston, you
7  were on the Reston server.
8  Q.  And the only three people you can think of who
9  may have been based in Montreal and had their data on
10 the servers in Montreal are Fortin, Pichette and
11 Boychuk?
12 A.  Those are the three that I can think of
13 today, but there may be others
14 Q.  And with respect to all of the others who were
15 based in Reston you have a catalog?
16 A.  Yes.  For the e-mail a are based on the Reston
17 servers we have a catalog, yes.
18 Q.  And that's for the e-mail servers?
19 A.  That is for the e-mail servers
20 Q.  How about the file servers, do you have a
21 catalog for that?
22 A.  No, we do not have a file catalog
23 Q.  Do you know if at any point in time there was a
24 catalog for the file servers located in Reston?

48 (Pages 186 to 189)

Teleglobe Communications Corporation, et al.

Case No. 02-11518 (MFW)                Vinyard V. Cooke, Esquire                February 9, 2005

Page 190

1   A   Yes, there was.
2   Q.  And it was lost?
3   A   It was lost or it's otherwise unavailable.
4   Q.  Why is it unavailable?
5   A   It could be that -- I know that we have
6   different systems than we used to have and so the
7   question is do the systems that we have now still
8   speak to the systems where that information was
9   stored?
10  Q.  Do you know if that is the issue as opposed to
11  the catalog was lost?
12  A   I don't know which one of those it is.
13  Q.  Who would have the answer to that question?
14  A   David Wolfe.
15  Q.  I would like you to take a look at Exhibit 4,
16  which is the debtors' disclosure pursuant to default
17  standard for discovery of electronic documents.
18  A   Yes. I have that.
19  Q.  Under 5b.
20  A   Yes.
21  Q.  The debtors wrote "The backup tapes are old and
22  have been mounted several times."
23  A   Yes.
24  Q.  What does "mounted several times" mean?

Page 191

1   A   These are tapes like the size of a tape measure
2   and what you do is you put them in what's called a
3   robot and they are turned and the data is read and
4   then put back up on the server.
5       So when they're mounted, they're
6   physically put into this robot.
7   Q.  Why does the fact that they were mounted
8   several times make it more difficult to restore the
9   tapes?
10  A   I don't know.
11  Q.  But it's your understanding that that's the
12  case?
13  A   Yes.
14  Q.  Under 3a do you see the sentence that says,
15  "Depending upon the identity and location of the
16  employee, or the server utilized by the employee, the
17  existing backup tapes for the Debtors' e-mail systems
18  are in storage at the Debtors' facilities in Reston,
19  Virginia, or the Recall facility in Montreal"?
20  A   Yes, I do.
21  Q.  The Recall facility in Montreal, is that the
22  facility of the company called Recall that you
23  described earlier?
24  A   Yes. And it's actually in Laval.

Page 192

1   Q.  With respect to the tapes that the debtors have
2   restored, first of all, how many have the
3   debtors restored, to your knowledge?
4   A   I have no idea. I mean ever?
5   Q.  No. Those that were restored as of January
6   1st, 2004, how many of them are there?
7   A   I'm sorry. Say that again. What was the date?
8   Q.  We have been advised by your counsel that the
9   debtors have restored some backup tapes as of January
10  1, 2004 and I believe you and I discussed them some
11  time ago.
12  A   Okay. I'm sorry. Say that again. The
13  debtors?
14  Q.  Have restored some backup tapes as of January
15  1, 2004.
16  A   Right. That's for the six individuals.
17  Q.  Right. How many tapes are we talking about?
18  A   I don't know. It could be -- sometimes it's
19  all on one tape and sometimes it could be across six
20  tapes. It just depends. They are multiplexed.
21  Q.  So you don't know if it's one or six?
22  A   It could be, it could be ten. It just depends
23  on what day, what server.
24  Q.  Is it less than twenty?

Page 193

1       MR. COCHRAN: I object to form.
2   A   Yes. My common understanding is it's usually
3   somewhere between one and six.
4   Q.  Do you know if those tapes contain data for
5   individuals other than the six we discussed? Let
6   read to you exactly who they are: Brunette, Mongrain,
7   Morgan, Bustamante, Cooke and Sciacciatano.
8   A   And for those people your question is?
9       MR. SCHIMMEL: Can you read my question?
10      (The reporter read back the last
11  question.)
12  BY MR. SCHIMMEL:
13  Q.  Let me rephrase the question and clarify it.
14      Do you know if the tapes that have been
15  restored contain data of individuals other than those
16  six?
17  A   Yes.
18  Q.  And that data has been restored as well?
19  A   I don't think so. I don't really know that
20  process, but my understanding is you restore the tape
21  and then you pull out the individuals that you want
22  and put it up on the server, but technically I don't
23  know how that's really done.
24  Q.  That was made possible because you had the

49 (Pages 190 to 193)

Teleglobe Communications Corporation, et al

Case No 02-11518 (MFW)          Vinyard V. Cooke, Esquire          February 9, 2005

Page 194

1 catalog?
2     A   That was made possible because we had the
3 catalog, yes
4     Q   Do you know if with respect to those six
5 individuals there are other tapes that contain their
6 data?
7     A   I'm sorry  Say that again
8         THE WITNESS: I'm sorry  Could you read
9 that back?
10        (The reporter read back the last
11 question )
12        MR COCHRAN: I object to the form
13        THE WITNESS: Yes
14 BY MR. SCHIMMEL:
15    Q   Are there other tapes that contain the data of
16 those individuals that have not yet been restored?
17    A   Yes
18    Q   I would like to talk to you for a minute about
19 the efforts to collect the paper documents.
20    A   Sure
21        MR COCHRAN: Is this in addition to what
22 you've already covered or are you going to go back to
23 re-cover what you already covered?
24        MR SCHIMMEL: Yes  We have covered very

Page 195

1 little of the collection of paper documents.
2     MR COCHRAN: I disagree  How much longer
3 do you think you will have?
4         MR SCHIMMEL: At least until 5:00
5 o'clock
6 BY MR SCHIMMEL:
7     Q   Mr Cooke, who were the individuals who were
8 specifically in charge of collecting the paper
9 documents of the debtors' employees both in Canada and
10 the U S ?
11        MR COCHRAN: I object to form
12    A   I'm not sure the debtors had any employees in
13 Canada  They might have  I don't know enough about
14 that
15        To the extent that there were documents in
16 the U S , I think I described that earlier today in
17 terms of moving from one building to the other and
18 then moving them all back to our present offices
19    Q   What you have described before is that you gave
20 an oral instruction to people who worked with you in
21 the legal department to collect the paper documents of
22 a certain number of individuals
23    A   I don't think that was my testimony
24        MR COCHRAN: I object to the form

Page 196

1     Q   So what did you do to make sure that the
2 collection of paper documents was complete?
3         MR COCHRAN: I object to form
4     A   It's just as I described earlier, which was it
5 was actually facilities boxed up everything that was
6 left in the Teleglobe offices and shipped them to
7 Chantilly and then they were parsed through and sorted
8 and then brought back to our offices
9         So specifically I gave no directions on
10 that  That just happened as a matter of course in us
11 vacating our office building
12    Q   Who are the people in facilities who were
13 involved in that process?
14    A   Tens if not more people  I mean, it was
15 everyone that was left was engaged in that exercise
16 The departments had to box up their materials and put
17 them out  It occupied a good number of people, if not
18 everyone, at Teleglobe for more than a week to put all
19 of that material together
20    Q   Was that done at some point in the spring of
21 2002?
22    A   No  It would have been done when we moved out
23 of the office building
24        MR COCHRAN: Off the record for just a

Page 197

1 moment
2         (Discussion off the record )
3         (A brief recess taken )
4 BY MR SCHIMMEL:
5     Q   Before the facilities people went to collect
6 the paper documents of employees or officers of the
7 debtors, did you personally give any instruction to
8 anyone as to how they were supposed to do their job?
9     A   I didn't speak to anyone in facilities, no
10    Q   Did you speak to anyone else about how the
11 people in facilities were supposed to do their job?
12    A   Other than the meetings during May of 2002 in
13 talking to the legal team, whether the legal team went
14 out and spoke to them, in facilities — we did have
15 people talking to them but I don't know what, if
16 anything, they said
17    Q   Do you know if the people on the legal team
18 instructed people in facilities to meet with each
19 individual employee or officer to see what documents
20 they had and how it was stored and to make sure the
21 collection was complete?
22    A   I don't believe it occurred, no
23    Q   Did you ever instruct anybody to make sure that
24 that would occur?

Wilcox & Fetzer, Ltd          Professional Court Reporters          (302)655-0477

Teleglobe Communications Corporation, et al.

Case No. 02-11518 (MFW)                    Vinyard V. Cooke, Esquire                    February 9, 2005

Page 198

1   A.  I did not
2   Q.  Why not?
3       MR. COCHRAN:  I object to form.
4   A.  I don't know  I just did not
5   Q.  Was an index made at the time the facilities
6   people gathered all the documents of everything that
7   was collected?
8   A.  I don't know if they did or not
9   Q.  Have you ever seen one?
10  A.  No.
11  Q.  And I take it from your testimony that sometime
12  after that people involved in the sale of the business
13  to Cerberus went through those boxes to pull some
14  documents such as operational agreements?
15  A.  Yes  We had to divide core/non-core under the
16  terms of the sale/purchase agreement and a group of
17  people went out to Chantilly and divided up core, what
18  I call core Cerberus-owned documents versus estate
19  documents
20  Q.  Would it be fair to say that the core documents
21  are those that were subsequently transferred to
22  Cerberus?
23  A.  I can just tell you the core documents were
24  Cerberus's documents  So, in other words, anything

Page 199

1   that related to assets or services that were being
2   sold to Cerberus, all documentation of those went to
3   Cerberus.
4   Q.  Was a copy preserved before it went to
5   Cerberus?
6   A.  I don't know what they -- I was not in charge
7   of that process, so I don't know what they did.
8   Q.  Who would be the people in charge of that
9   process?
10  A.  I don't specifically know who was in charge of
11  dividing it.
12  Q.  I believe you mentioned earlier Kathy Morgan
13  and John Brunette.
14  A.  Yes  Obviously, Kathy and John were at the
15  ultimate control for that, for the merger and
16  acquisition
17  Q.  Would they know whether an index of the
18  documents shipped to Cerberus was prepared?
19  A.  They might know
20  Q.  Who else might know?
21  A.  Well, all of the attorneys -- well, I don't
22  know who went over there, so I would just be
23  speculating as to whether any of those attorneys are
24  still with us or not  I don't know

Page 200

1   Q.  When you just said, "I don't know who went
2   there," what did you refer to by "there"?
3   A.  In other words, to the Chantilly office
4   building  I know a team of lawyers went over.
5   Q.  To pull documents?
6   A.  But the only one I knew who went over is Cihon,
7   who I know is gone
8   Q.  So that I understand, some documents were
9   pulled from the boxes stored in Chantilly, correct?
10  A.  Some documents were pulled, yes
11  Q.  And they were given to Cerberus as part of the
12  sale, correct?
13  A.  And they were ultimately transferred to
14  Cerberus.
15  Q.  And you don't know whether a copy was made?
16  A.  I do not know whether a copy was made.
17  Q.  And you don't know whether an index was
18  prepared?
19  A.  That is correct.
20  Q.  With respect to the other documents that
21  remained at Chantilly, was an index prepared?
22      MR. COCHRAN:  Objection to form.
23  A.  At that time not that I'm aware
24  Q.  I believe you testified earlier that some

Page 201

1   people went through those remaining files at Chantilly
2   and took out personal documents, personal folders.
3   A.  Right, personal effects, things like that
4   Q.  The rest of it was sent to the debtors'
5   offices?
6   A.  That is correct
7   Q.  Was an index made of all of the personal
8   materials that were pulled?
9   A.  No
10  Q.  What was done with those?
11  A.  I don't know  I was not part of that process
12  I just know that personal items were pulled
13  Q.  And you have no idea what happened to them?
14  A.  I know they are not presently in our offices
15  Q.  Do you know where they are?
16  A.  No.
17  Q.  Do you know if they were discarded?
18  A.  I do not know
19  Q.  Who are the individuals who were in charge of
20  pulling the personal files, I mean what you described
21  as the personal files?
22  A.  Right  It would have been the same group of
23  people
24  Q.  Working under your supervision?

51 (Pages 198 to 201)

Teleglobe Communications Corporation et al

Case No. 02-11518 (MFW)          Vinyard V. Cooke, Esquire          February 9, 2005

Page 202

```
1          MR. COCHRAN: I object to the form
2     A   No. They were not working under my
3   supervision
4     Q.  Well, they were people working in the legal
5   department, right, the lawyers?
6     A   Right. But I'm only one part of that
7   department
8     Q.  Well, under whose supervision were they
9   working?
10    A   I believe they were working under John's and
11  Kathy's supervision
12    Q.  You've never seen an index of whatever those
13  people pulled?
14    A   I have never seen an index of what those people
15  pulled
16    Q.  And you have never heard that an index had been
17  prepared of those, quote/unquote, personal files?
18    A   I haven't heard one way or the other. I'm not
19  sure I have ever inquired
20    Q.  And would it be fair to say that after some
21  documents were shipped to Cerberus and after some
22  additional documents were segregated on the belief
23  that they may be personal files, the remaining boxes
24  were sent to the office of the debtors?
```

Page 203

```
1          MR. COCHRAN: I object to the form
2     A   I believe that the remaining boxes that were
3   not shipped to Cerberus and which do not reflect
4   personal deals did come to our offices, yes
5     Q.  Was an index of those documents prepared at
6   that time?
7     A   At that time, no
8     Q.  How many boxes are we talking about, the boxes
9   that were shipped to the offices of the debtors?
10         MR. COCHRAN: I'm sorry. Would you read
11  that back?
12         (The reporter read back the last
13  question.)
14         THE WITNESS: I know that there are
15  approximately a thousand boxes of documents in our
16  offices
17  BY MR. SCHIMMEL:
18    Q.  At any point in time has an index been prepared
19  of those boxes?
20    A   Yes. Not all, but yes
21    Q.  Why was an index not prepared of all of the
22  boxes?
23    A   (Pause)
24         MR. COCHRAN: Are you concerned that the
```

Page 204

```
1   question calls for privileged information?
2          THE WITNESS: Let me see if I can answer
3   and try it that works
4     A   But in response to your request for production
5   of documents, we have reviewed those documents and we
6   have provided to you a summary or an index of
7   responsive documents
8     Q.  Have you reviewed the thousand boxes in
9   response to our document request?
10    A   We have reviewed the thousand boxes
11    Q.  When have you reviewed the thousand boxes?
12    A   Over the last month, maybe before. It started
13  soon after -- I don't remember when your request for
14  production of documents came in
15    Q.  But it's after our request came in that you
16  reviewed the thousand boxes?
17    A   Yes
18    Q.  And you determined that a subset of those
19  thousand boxes were responsive?
20    A   Yes. Based on the limitations included in
21  your request for production of documents, yes
22    Q.  And you prepared an index that was submitted to
23  us I believe yesterday night?
24    A   Yes. I don't know if it was submitted
```

Page 205

```
1     Q.  When was the index prepared?
2     A   The index has been in process over the last --
3   that same time period. We're doing it over time
4     Q.  When is the last time you saw it?
5     A   I don't know. I have seen the index. I've
6   seen parts of the index
7     Q.  When?
8     A   Last week
9     Q.  Is any other index in existence regarding the
10  thousand boxes of documents in your offices?
11    A   No
12    Q.  The only index that exists is the one that was
13  provided to us?
14    A   Let me rephrase it and say to my knowledge, the
15  only list that exists with you. There may be other
16  lists, but I am not aware of any
17    Q.  You have never seen any other list?
18    A   I have not. By that I mean
19    Q.  And you're not aware of the existence of any
20  other list?
21    A   I'm not aware of the existence of any other
22  list
23    Q.  Do you know when facilities boxed those
24  documents the process that they went through to
```

52 (Pages 202 to 205)

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 206

1  organize them?
2  A  I do not, other than having seen what happened
3  to the legal department.
4  Q.  What happened to the legal department?
5  A  In the legal department we went file cabinet by
6  file cabinet emptying each one and stacking them up
7  and then they came around and they were taken away.
8  Q.  Were the files of the debtors in Reston
9  maintained by individual?
10  A  Some were, yes
11  Q.  And there were also some central files for each
12  department?
13  A  I know that legal had a central file.
14  Q.  What kind of documents would be in the central
15  file in legal as opposed to the files of individuals?
16  A  We had, for example, a room that had all of our
17  service agreements all in one central place. I know,
18  for example -- let's see. Are there any others that I
19  can think of?
20      That's the one that comes to mind. I'm
21  not sure I can think of any others like that. We may
22  have been the only one that did it that way. I don't
23  know.
24  Q.  Do you have any idea whether people in

Page 207

1  facilities boxed documents in the way they were
2  maintained in the ordinary course of business with
3  respect to the other departments?
4  A  I have no idea
5  Q.  Did you ever give any instruction to anybody to
6  make sure that that would happen?
7      MR COCHRAN: I'm sorry  Would you read
8  that back?
9      (The reporter read back the last
10  question )
11      MR COCHRAN: That what?
12      MR SCHIMMEL: That facilities would box
13  documents in the order in which they were maintained
14      THE WITNESS: No, I did not.
15  BY MR SCHIMMEL:
16  Q.  Why not?
17      MR COCHRAN: I object to form.
18  A  We were in the middle of the bankruptcy and we
19  were trying to sell the business and trying to move
20  out of our offices at the same time with a shorthanded
21  staff and an overworked legal department.
22  Q.  Is your answer complete?
23  A  There's probably more that I could specify, but
24  that's --

Page 208

1  Q.  Please go ahead.
2  A  That's the most that I can remember at that
3  time  I mean, there were a lot of things, a lot of
4  moving parts at that time
5  Q.  But this is what you remember as you sit here
6  today?
7  A  As I sit here today, that's what I remember
8  Q.  And you don't remember any other reasons why
9  you didn't instruct people in facilities to collect
10  documents in the order in which they were maintained?
11  A  I can't think of anything else.
12  Q.  Do you know if anybody else at the debtors
13  instructed facilities to collect documents in the
14  order in which they were maintained?
15  A  I don't know what other people were doing
16  Q.  To your knowledge, did that happen?
17  A  To my knowledge, I don't know one way or the
18  other
19  Q.  Have you ever investigated to see if it had
20  happened, if in fact facilities was instructed to
21  collect documents in the order in which they were
22  maintained?
23  A.  I'm sorry  What was the question again?
24  Q.  Let me rephrase it.

Page 209

1      Have you ever investigated whether anybody
2  instructed facilities to collect documents in the
3  order in which they were maintained?
4  A.  I have not investigated, no
5  Q.  To your knowledge, has anybody under you
6  conducted that investigation?
7  A  To my knowledge, no one under me would have
8  conducted that investigation
9  Q.  To your knowledge, did anybody conduct that
10  investigation?
11  A  I don't know one way or the other
12  Q.  We've received an index of documents maintained
13  in Canada that is eight boxes long.
14  A  Right
15  Q.  Are those documents of the debtors, the U.S.
16  debtors?
17  A  Probably some
18  Q.  Why were they stored in Canada?
19  A  There were certain functions that were provided
20  in Canada to the U S and other entities  For
21  example, the finance group was largely based in
22  Montreal and collections is another one
23      So, for example, all of the collections,
24  receivables, everything else that was handled by the

53 (Pages 206 to 209)

Teleglobe Communications Corporation, et al.

Case No. 02-11518 (MFW)
Vinyard V. Cooke, Esquire
February 9, 2005

Page 210

1  debtors, the personnel who were handling those matters
2  were based in Montreal  So the debtors' files and the
3  Canadian entities' files and other Teleglobe entities'
4  files are all commingled together
5       MR. SCHIMMEL:  Can you read back that
6  answer?
7       (The reporter read back the last answer
8  BY MR. SCHIMMEL:
9  Q.  Do you know when those documents were gathered?
10  A.  I'm sorry?  Which documents?
11  Q.  Those that are based in Montreal
12       MR. COCHRAN:  Objection to form
13  A.  You're talking about based in the Iron Mountain
14  facility?
15  Q.  Well --
16       MR. COCHRAN:  You're talking about the
17  eight-box index?
18       MR. SCHIMMEL:  Yes  That's exactly what I
19  am talking about
20  BY MR. SCHIMMEL:
21  Q.  The documents that are located in Canada, when
22  were they collected and put in boxes?
23  A.  Over the life-span of Teleglobe's operations
24  Q.  So you mean some of those boxes that were sent

Page 211

1  to Iron Mountain before April 24, 2002?
2  A.  Yes
3  Q.  And would the index that you provided us
4  indicate that?
5  A.  It should
6  Q.  Have you reviewed that index?
7  A.  I have seen portions of the index
8  Q.  What portions have you seen?
9  A.  I just saw -- as I went through those indexes.
10  I just took a random look to see what was in there
11  Q.  So when you took a random look what are the
12  portions of the index that you looked at?
13  A.  I just remember there would be finance
14  documents, tax documents, sales documents  marketing
15  documents  It just depended on the specific index
16  Q.  To your knowledge, what efforts were made to
17  put these documents in the order in which they were
18  maintained?
19  A.  I have no idea how those documents were
20  originally stored or prepared to be stored by Iron
21  Mountain
22  Q.  Who would know that?
23  A.  Probably somebody in facilities who's
24  responsible for that

Page 212

1  Q.  So people in facilities in Reston went to box
2  some of the documents in Canada?
3  A.  No  I th  Obviously  Canadian people in the
4  facilities department would have been
5  responsible for sending  es back and forth to
6  Iron Mountain
7  Q.  Did people in Reston have any supervisory
8  authority over facilities in Canada?
9  A.  I believe so
10  Q.  Who are the people in Reston who had
11  supervisory authority over facilities in Canada?
12  A.  I believe that Ms. Benson was ultimately in
13  charge of all real estate  and  facilities for
14  both the U.S. and Canada
15  Q.  Would Ms. Benson  have had authority over the
16  people who boxed the documents in Canada and sent them
17  to Iron Mountain?
18       MR. COCHRAN:  Object to form
19  A.  I have no idea
20  Q.  To your knowledge, was any instruction given to
21  the employees who worked in facilities in Canada to
22  box things in the order in which they were maintained?
23  A.  I have no idea
24  Q.  Did you after April 24 of 2002 give any

Page 213

1  instruction to anyone to make sure that that would
2  happen?
3  A.  I did not
4  Q.  To your knowledge, did anyone at the debtors
5  give that instruction?
6  A.  I don't know
7  Q.  Did you personally ever investigate whether
8  that instruction was given?
9       MR. COCHRAN:  Which instruction?
10       MR. SCHIMMEL:  The one that we have been
11  talking about for the last  minutes
12       MR. COCHRAN:  Which is what?
13       MR. SCHIMMEL:  That the people in the
14  facilities department made sure they boxed documents in the
15  order in which they were maintained
16  A.  I don't know of any other
17  Q.  I'm asking you if you investigated
18  A.  I did not investigate
19  Q.  Do you know if anyone at the debtors ever
20  investigated to make sure that people in facilities in
21  Canada boxed documents in the order in which they were
22  maintained?
23  A.  I don't know  I'm not aware of anybody who
24  did

54 (Pages 210 to 213)

Page 214

1    Q.  Is your answer complete?

2    A.  Yes

3    Q.  Before the servers were sold, did anyone at the

4    debtors advise BCE that the debtors proposed to sell

5    equipment that may contain discoverable information?

6        MR. COCHRAN:  Objection to form

7    A.  Again, all of those were sold pursuant to

8    bankruptcy notices  I presume that all of the lawyers

9    and other people listed on the service would have

10   gotten the notice  I'm not aware one way or the other

11   as to whether anybody communicated with BCE about that

12   outside of those notice provisions.

13   Q.  Is your answer complete?

14   A.  Yes

15   Q.  To your knowledge, did anyone at the debtors

16   tell Mr. Fortin that the debtors proposed to sell

17   equipment that may contain discoverable information?

18       MR. COCHRAN:  Objection to the form

19   A.  I don't know one way or the other.

20   Q.  To your knowledge, did anyone at the debtors

21   tell Mr. Pichette that the debtors proposed to sell

22   equipment that may contain discoverable information?

23       MR. COCHRAN:  Same objection.

24   A.  I don't know

Page 215

1    Q.  I would like you to take a look at Exhibit 8

2    and specifically page 8.

3        MR. COCHRAN:  Specifically what?

4        MR. SCHIMMEL:  Page 8 in Exhibit 8.

5    BY MR. SCHIMMEL:

6    Q.  The description under Rule 26(a)(1)(B).

7    A.  Yes

8    Q.  And I will read that to you: "Categories of

9    documents in Debtors' possession, custody or control

10   that Debtors may use to support their claims include

11   but are not limited to:  contracts; board minutes and

12   resolutions; budgets, estimates, proposals and other

13   presentations; financial statements; press releases;

14   public filings; analysts' reports; correspondence; and

15   other related documents."

16       Do you see that?

17   A.  Yes, I do.

18   Q.  To your knowledge, have all those documents

19   been produced to the defendants in this case?

20   A.  I think we've responded to your discovery

21   requests and provided the indexes  I'm not sure you

22   have actually seen any of the documents.

23   Q.  This is not my question.

24       My question is whether to your knowledge

Page 216

1    all of the documents that are mentioned here have been

2    produced?

3        MR. COCHRAN:  I think it was responsive

4    A.  I mean contracts and

5    resolutions, budgets?  I would have to go back and --

6    I have not seen the index that was provided to you.

7    But I would presume that -- I can't presume one way or

8    the other.  I would be guessing as to whether there is

9    information on each of these that would relate back to

10   the indexes that were provided to you

11   Q.  To your knowledge, are any of those documents

12   not responsive to the defendants' document request?

13       MR. COCHRAN:  I object to form

14   A.  I'm not sure  Which documents?

15   Q.  Those that are listed under 26(a)(1)(B).  Are

16   there any documents listed here that in your mind are

17   not responsive or called for by the defendants'

18   document request?

19       MR. COCHRAN:  I object to form

20   A.  I'm not sure how to answer that.  These are

21   listed as relevant documents  I would presume -- I

22   don't know how to answer the question

23       I can say that we will, if you look at

24   those indexes, everything that we have within the time

Page 217

1    period that you have requested, other than privileged

2    documents, is going to be made available to you,

3    everything we have in Reston

4    Q.  So let me rephrase my question.

5        Are all the documents covered in Exhibit 8

6    under Rule 26(a)(1)(B) reflected in the index?

7        MR. COCHRAN:  I object to the form

8    A.  I don't know  I don't know  I haven't seen

9    the index.  So it should be, but I don't know

10   Q.  Is your answer complete?

11   A.  Yes

12   Q.  Have the debtors employed any outside vendors

13   or consultants with respect to the preservation,

14   collection, maintenance or production of the debtors'

15   documents?

16       MR. COCHRAN:  Are you including both

17   electronic and paper?

18       MR. SCHIMMEL:  Everything

19   A.  Yes

20   Q.  Who are the vendors that you've retained?

21   A.  I believe Diane Barrasso is the only one who

22   has been retained, but there may be others  That's

23   the only one that I know of

24       And that's Barrasso Consulting

Teleglobe Communications Corporation et al

Case No 02-11518 (MFW)　　Vinyard V Cooke, Esquire　　February 9, 2005

Page 218

```
1   Q.  Where is she located?
2   A   Physically I think their offices are in New
3   Jersey
4   Q.  Is there a contract with Barrasso Consulting?
5   A   There must be
6   Q.  Have you ever seen it?
7   A   Well, it would had to have been filed with  I
8   believe it got filed with the Bankruptcy Court  I
9   have seen a lot of contracts  Does that one stand
10  out? I can't remember  I believe it probably is
11  attached to a bankruptcy motion
12  Q.  What is the scope of her duties and
13  responsibilities?
14  A   I would have to look at that  I don't know if
15  she wrote an engagement letter  And it could be that
16  she was actually retained by Richards, Layton  I
17  don't remember how it was phrased
18       MR. COCHRAN: I think beyond what we have
19  disclosed in the electronic discovery disclosure and
20  perhaps any bankruptcy motion, although I don't know
21  whether there's been one, beyond those things it s
22  work product and we will direct him not to answer
23  Q.  When was Ms. Barrasso of Barrasso Consulting
24  retained, to your knowledge?
```

Page 219

```
1   A   Sometime in 2004
2   Q.  Do you remember more or less when?
3   A   Sometime after the case was filed
4   Q.  Is Ms. Barrasso responsible for restoring
5   backup tapes?
6   A   At any time or presently?
7   Q.  At any time.
8       MR. COCHRAN: Is she responsible for --
9       MR. SCHIMMEL: Let me clarify the
10  question
11  BY MR. SCHIMMEL:
12  Q.  Is Ms. Barrasso involved in any way in the
13  restoration of backup tapes?
14       MR. COCHRAN: I'm sorry  Your voice
15  trailed off
16       MR. SCHIMMEL: Mr Cochran is right  I
17  will clarify the question
18  BY MR. SCHIMMEL:
19  Q.  Is Barrasso Consulting involved in the
20  restoration of backup tapes?
21       MR. COCHRAN: I object to the form
22  A   I believe we sent her a couple of tapes  I
23  don't know what she did with them, so I don't know if
24  she -- I don't know what she did with them
```

Page 220

```
1   Q.  When did you send her a couple of tapes?
2   A   Sometime in the second half of 2004
3   Q.  Which tapes were those?
4   A   They were just
5       MR. COCHRAN    th nk that's probably far
6   enough
7       THE WITNESS: Okay
8       MR. COCHRAN  to the extent that we have
9   disclose d information regarding Ms  Barrasso, that's
10  available to you but we re not required to disclose
11  anything further with regard to consultants that we
12  have engaged for our use of litigation
13       MR. SCHIMMEL  Well, we're entitled to
14  know what backup tapes have been restored
15       MR. COCHRAN  you can ask that question,
16  but you don't need to ask what Ms  Barrasso is doing
17  BY MR. SCHIMMEL
18  Q   Other than the backup tapes that are described
19  in the letter of Mr  Cochran which is Exhibit 6, were
20  any other backup tapes restored?
21  A   Let me see  I  you're talking about in
22  paragraph 11?
23  Q.  The last sentence of paragraph 11.
24       MR. COTH    you re asking whether any
```

Page 221

```
1   backup tapes other  one relating to those
2   individuals in paragraph  11?
3   Q.  Other than the backup tapes described in the
4   last sentence in paragraph 11, I would like to know if
5   backup tapes were restored.
6   A   Yes  Other have been restored
7       MR. COCHRAN  I e has all been asked and
8   answered earlier
9   A   The only one I really know is the Patrick
10  Pichette ones that were requested by John, but I know
11  numerous  all through 02, and 2003 we were restoring
12  people's e-mails for a lot of other reasons
13  Q.  Operational and what other reasons?  Tell me
14  all of the reasons that backup tapes were restored in
15  2002 and 2003
16  A   Somebody at  wanted to figure out what
17  was the state of correspondence at the time when
18  they left
19  Q.  So you restored backup tapes in the ordinary
20  course of business?
21  A   In the ordinary  are
22  Q.  In 2002 and 2003?
23  A   Yes
24       MR. COCHRAN  I believe we have already
```

56 (Pages 218 to 221)

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)            Vinyard V. Cooke, Esquire            February 9, 2005

Page 222

1  been over this ground
2  Q. Other than Barrasso Consulting, have the
3  debtors retained any outside vendors or consultants
4  with respect to the preservation, maintenance,
5  collection or production or review of documents?
6        MR COCHRAN: If you want to limit it to
7  your first question and not your second, I'll let him
8  answer it.
9        MR. SCHIMMEL: I don't understand.
10       MR. COCHRAN: You asked two questions,
11  vendors or consultants.
12       MR. SCHIMMEL: I would like to know --
13  it's a yes or no question -- whether the debtors have
14  retained any other vendors or consultants with respect
15  to the preservation, maintenance, collection or review
16  process of documents
17  A. Right. And to my knowledge, we have an
18  engagement letter or a contract with Recall for
19  maintaining and storing and we have, we or Richards,
20  Layton has an agreement with Barrasso Consulting.
21  Those are the two that I'm aware of.
22  Q. I would like you to take a look at your
23  affidavit.
24  A. Sure.

Page 223

1  Q. In paragraph 5 in the first sentence you state
2  "Teleglobe has sold practically all of its IT
3  equipment, including servers, tape restore machines,
4  and other computer equipment formerly used to back up
5  and store e-mail and other electronic data."
6       Do you see that?
7  A. Yes, I do
8  Q. What computer equipment other than backup tapes
9  did Teleglobe formerly use to back up and store e-mail
10  and other electronic data?
11  A. Specifically, I can't tell you
12  Q. In general?
13  A. We had the robots and the robots interplay with
14  another piece of equipment that gets on the server
15  Q. All of those pieces of equipment have to do
16  with backup tapes?
17  A. Yes I'm sorry Maybe I misunderstood you
18  Q. So the question is: Other than backup tapes,
19  were there electronic storage devices that the debtors
20  used?
21  A. Such as?
22  Q. CD's.
23  A. I don't know
24  Q. Did you ever -- let me rephrase the question.

Page 224

1       When you wrote this paragraph 5 you only
2  had in mind equipment revolving around backup tapes?
3  A. I think I was just trying to say that much of
4  our IT equipment has been sold and we've lost
5  effectively every one of our 150 people who used to
6  deal with IT items
7  Q. And what I am trying to find out is whether
8  there were other electronic storage devices such as
9  optical disks, CD's, things of that nature.
10  A. There very well may have been.
11  Q. Did you ever instruct anybody to preserve those
12  pieces of equipment?
13  A. I did not
14  Q. Did you ever instruct anybody to find out
15  whether they existed?
16  A. I did not
17  Q. To your knowledge, did the debtors ever
18  instruct anyone to figure out whether those pieces of
19  equipment existed?
20       MR. COCHRAN: I object to form
21  A. I don't know whether they did or not
22  Q. Do you know whether the debtors instructed any
23  person to find out whether those devices existed?
24  A. I don't know if they did or not

Page 225

1  Q. Is there any way for us today to figure out
2  whether those storage devices existed?
3       MR COCHRAN: What storage devices?
4       MR. SCHIMMEL: Any electronic storage
5  devices other than backup tapes, such as, for
6  instance, optical disks, CD's, things of that nature
7  BY MR. SCHIMMEL:
8  Q. How can we know whether as of April 24, 2002
9  there were any such devices?
10       MR COCHRAN: Objection to form
11  A. I don't know. We would have to -- the only,
12  obviously the only IT person still left is David
13  Wolfe
14  Q. You never gave any instruction to any person to
15  ascertain whether those equipments existed, meet with
16  employees to find out whether they used them, gather
17  them?
18  A. I must candidly say I don't know what the
19  equipment is that you're talking about So the only
20  thing that I was aware of was that we had electronic
21  backup tapes for our computers and in terms of the
22  electronic world of Teleglobe, those are the items
23  that -- I mean, nobody came forward and told me we had
24  other storage capabilities I never asked them

57 (Pages 222 to 225)

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)        Vinyard V. Cooke, Esquire        February 9, 2005

Page 226

1 whether they did  I did ask them to maintain the
2 electronic tapes
3 Q.  Is your answer complete?
4 A  Yes
5 Q.  Did you ever make any effort to figure out
6 whether employees or officers had computer disks?
7 A  Like CD drives?  What do you mean ":computer
8 disks"?
9 Q.  Yes  Any floppy disks, any disks that could be
10 used to store electronic information.
11 A  I did -- I'm sorry.
12     THE WITNESS:  Can I get the question
13 repeated?
14     (The reporter read back the last
15 question )
16     THE WITNESS:  No, I did not  I personally
17 did not
18 BY MR. SCHIMMEL:
19 Q.  Did you instruct anyone to conduct that
20 investigation?
21 A  I did not.
22 Q.  To your knowledge, did the debtors conduct that
23 investigation?
24 A  I don't know if they did or not

Page 227

1 Q.  Obviously, with respect to all those questions
2 I'm talking about after April 24, 2002
3 A  Okay
4 Q.  That doesn't change your answer?
5 A  As far as I know, I know we do have some
6 formatted disks and some floppy disks and things in
7 those boxes and I think you're going to see in the
8 indexes there should be notations about where they
9 are, which box they're in
10 Q.  But other than those disks that were retrieved
11 and placed in boxes, you don't know if individuals
12 when they left took disks with them?
13 A  No, I do not
14 Q.  What steps did you take, if any, to ask
15 individual employees and officers to preserve such
16 disks and provide them to the debtors?
17 A  Other than my discussions with my legal group
18 and the e-mail discussed with Chris Cihon, I'm not
19 aware of any other steps
20 Q.  Do you know if people, employees or officers of
21 the debtors had hand-held devices such as BlackBerries
22 or Palm Pilots?
23 A  There were a few
24 Q.  Who had them?

Page 228

1 A  It was typical personnel
2 executives, senior lives
3 Q.  What efforts were made, if any, to collect
4 those devices after April 24, 2002?
5 A  Those were not used  They were not
6 Teleglobe equipment or was not software supported
7 by Teleglobe, if the reason scene.
8 Q.  Was any effort made to determine whether those
9 devices contained any information related to
10 Teleglobe?
11 A  They were not of operating on their
12 screens so unless through our system we
13 haven't subpoena for their BlackBerries or
14 their Palms.
15 Q.  Did the debtors conduct any investigation to
16 ascertain whether those devices such as BlackBerries
17 and Palm Pilots contained information related to
18 Teleglobe?
19     THE WITNESS:  sorry  Could you repeat
20 that question?
21     (The reporter read back the last
22 question )
23     THE WITNESS:  do not and I don't know
24 whether the debtor did or not

Page 229

1 BY MR. SCHIMMEL:
2 Q.  I understand from what you said before that
3 facilities collected the paper documents of the legal
4 department at some point in the summer of 2002?
5 A  Yes
6 Q.  And those documents at that time were place
7 boxes and shipped to Chantilly?
8 A  Well, we had at that the legal
9 department was a bit unique because some of
10 them were active files some of them were dead
11 files  So for live files sent to the new
12 office building but they were put in a separate
13 stack and were separately
14 Q.  The documents produced to the defendants in
15 response to the defendants' document request included
16 both documents from the live files and from the dead
17 files?
18 A  It not privileged
19 Q.  Can you explain to me the process that was
20 followed to search for responsive documents in the
21 live files?
22 A  Well, the documents in the dead files are now
23 effectively in the same place  In other words, the
24 dead files took on a different route but have

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 230

1  ultimately come back to our offices. And all of the
2  boxes that were in our facility we have had people go
3  through and if a box has information in it that is
4  within the time frame of your request, that entire box
5  has been put into the center of the room and been
6  indexed and you have been provided the index.
7      Q. I would like to go back to the backup tapes for
8  a second.
9         You testified that some of the backup
10  tapes of the debtors have been restored?
11  A. Yes.
12     Q. I would like to know whether those backup tapes
13  have been searched after the backup tapes were
14  restored?
15  A. Okay. The tapes that were backed up --
16         MR. COCHRAN: I object to form.
17  A. -- that have been restored to the extent that
18  they are still on our servers, and we're cataloging
19  which of those there are, I think will be searched.
20     Q. Has any one of them been searched so far?
21  A. Searched for what?
22     Q. For documents.
23  A. You mean pursuant to the electronic protocols
24  that we've exchanged information on?

Page 231

1      Q. No. Apart from that.
2         MR. COCHRAN: You want to know outside of
3  the normal channel of discovery whether they were been
4  searched? Is that what you are asking?
5         MR. SCHIMMEL: No. I am trying to find
6  out whether the tapes that have been restored after --
7  let me clarify my question.
8         MR. COCHRAN: Please.
9  BY MR. SCHIMMEL:
10     Q. In paragraph 11 of Mr. Cochran's letter which
11  is Exhibit 6 he mentions that some backup tapes have
12  been restored, correct?
13  A. Yes.
14     Q. I want to know, and it's just a yes or no
15  question, whether following the restoration there has
16  been a search for documents?
17         MR. COCHRAN: For purposes of
18  clarification, are you asking whether there was a
19  search outside of the process outlined in the
20  Delaware District Court's e-discovery default
21  standards which is the normal process that we have
22  been implementing in this case or are you asking
23  something else?
24         MR. SCHIMMEL: I'm asking a very simple

Page 232

1  question.
2  BY MR. SCHIMMEL:
3      Q. Has a search been conducted following the
4  restoration?
5         MR. COCHRAN: The reason I need you to
6  clarify is because if you are asking for searches
7  outside of the normal discovery process, I'll need to
8  interpose a work product objection.
9         MR. SCHIMMEL: I'm not asking for the
10  result of the search and I'm not asking for any work
11  product. I'm asking for a yes or no answer. Are you
12  instructing him not to answer?
13         MR. COCHRAN: If you are asking whether
14  the tapes were searched to respond to your discovery,
15  I'll let him answer that.
16         If you are asking whether tapes were
17  searched by the debtors for purposes of litigation,
18  I'm not going to let him answer that.
19         If you are asking whether the tapes were
20  searched in the ordinary course of business, I'll let
21  him answer that.
22         So I need you to clarify your question.
23         MR. SCHIMMEL: Okay. Let me ask then two
24  questions.

Page 233

1  BY MR. SCHIMMEL:
2      Q. Have the tapes been searched following the
3  communications between the plaintiffs and the
4  defendants under the default standards?
5         MR. COCHRAN: If you are confused ¨
6  understand that question to be asking whether they
7  have been searched in the ordinary course of discovery
8  and that I think is a permissible question.
9  A. I don't believe so. I honestly have not -- I
10  don't think anything has been done since we started
11  talking about the standards to be reviewed.
12         That might be an overbroad answer. I
13  believe we have been waiting for clarification on what
14  is to be searched before we searched anything.
15     Q. Do you know if the tapes of Mr. Pichette that
16  were searched in 2002 -- let me rephrase that.
17         Do you know if the data restored
18  concerning Mr. Pichette in 2002 was searched following
19  restoration?
20  A. I don't know if Mr. Pichette's information that
21  was restored, and that's the one that I do know was,
22  if it's still on the servers -- at the time I know
23  that John did look for some of his information. I
24  have no idea what he did with it, if anything.

59 (Pages 230 to 233)

Teleglobe Communications Corporation, et al

Vinyard V. Cooke, Esquire

Page 234

1    Q.  Do you know if it was searched using search

2    terms?

3    A.  No  No, not search terms as I understand them

4    between the two of you

5    Q.  Well, what --

6    A.  I mean, I don't know how John, what he did

7    What he did with the Pichette information I have no

8    idea.

9    Q.  And you don't know how the search was

10   conducted?

11   A.  No, I don't

12   Q.  If we wanted to find out what backup tapes have

13   been overwritten between the fall of 2002 and early

14   2003 or in the last few months of 2002, how could we

15   go about obtaining that information?

16        MR  COCHRAN:  I object to form

17   Q.  You've testified earlier that some tapes were

18   overwritten in the latter part of 2002  If we want to

19   know what tapes were overwritten, how would we obtain

20   that information?

21        MR  COCHRAN:  I object to form

22   A.  It would be very difficult to do because we

23   don't have a catalog of -- those tapes that were

24   overwritten were all Montreal tapes  And, once again.

Page 235

1    because we don't have a catalog, it's going to be very

2    difficult for us to match up what tapes should be

3    there for that day and what tapes are there for that

4    day

5         And I don't know, once again. I don't know

6    if the tapes are ordered sequentially, but I don't

7    believe they are, so it's not like that you would find

8    a gap

9         MR  SCHIMMEL:  Can we take a five minute

10   break?

11        THE WITNESS:  Sure

12        (A brief recess was taken.)

13   BY MR  SCHIMMEL:

14   Q.  Mr Cooke, I would like to point your attention

15   to item 5b.

16   A.  I'm sorry  On which exhibit?

17   Q.  In Exhibit 4.

18   A.  Yes

19   Q.  5b talks about the problems reasonably

20   anticipated in connection with restoring the e-mails

21   and electronic documents and 5b says, "The backup

22   tapes are old and have been mounted several times.

23   This has caused excessive wear on the tapes resulting

24   in some unrestorable data using existing hardware and

Page 236

1    software systems

2    A.  Yes

3    Q.  When you talk about existing hardware and

4    software systems  are those that the debtors owned

5    prior to April 2002 or other existing hardware and

6    software systems?

7    A.  I think I can't tie in to this because what

8    they're really talking about is, just like we talked

9    about these slave machines or whatever you call these

10   machines that are used to mount the tapes in, for

11   example  in the previous days we had machines that

12   would hold 30, 40 tapes  Those were sold  And so we

13   had to go and in the process when we started to realize

14   that we had to back up additional tapes  We got a

15   smaller robot which I think holds three or five tapes

16   at a time  And so it later it was originally stored on

17   one machine and then you to be restored by another

18   machine, I think that  I understand that has been

19   the cause of some of our problems

20   Q.  What would be the problem exactly?

21   A.  I think it's comparable to if I record a tape

22   on a VCR and then to a friend's house and I try to

23   play the same tape on a VCR, I might get grainy

24   images because of using this same machine.  I think

Page 237

1    it's effectively that

2    Q.  And so the second set of machines were machines

3    bought after the bankruptcy filing?

4    A.  Yes  We had to  in other words, we

5    sold the big machines  we even think we could

6    move them over to the building  They were just

7    simply too large  so that actually fits

8    within our server room

9    Q.  Do you remember  when the tape restore machines

10   were sold?

11   A.  No

12   Q.  Was it sometime in 2002?

13   A.  Or early 2003

14   Q.  And that was after your meeting with people in

15   Montreal?

16   A.  Yes.

17   Q.  Did you give any instruction to any person to

18   make sure that whatever equipment had to be --

19        MR  COCHRAN:  I'm sorry  I can't hear

20   your voice

21   Q.  Did you give any instruction to anyone not to

22   sell equipment if that could cause further damage to

23   the backup tapes?

24        MR  COCHRAN:  I object to the form

Teleglobe Communications Corporation, et al.

Case No. 02-11518 (MFW)                 Vinyard V. Cooke, Esquire                February 9, 2005

| Page 238 | Page 240 |
|---|---|
| 1   A. I would just say I had no idea whether it would | 1   question.) |
| 2   cause damage or not and I did not discuss anything | 2         THE WITNESS: I guess there's a |
| 3   relating to the retention of machinery. | 3   presumption in there that just because they cannot be |
| 4     Q. So at the time the tape restore machines were | 4   restored using our existing equipment that the data is |
| 5   sold, you didn't ask any questions of anyone as to | 5   lost, and I'm not sure I agree with you |
| 6   whether that would possibly further damage the backup | 6         So I guess there's a presumption there |
| 7   tapes in their possession, custody and control? | 7   that -- |
| 8         MR. COCHRAN: I object to the form | 8   BY MR. SCHIMMEL: |
| 9     A. I did not have discussions about the | 9     Q. There's really not meant to be a presumption in |
| 10  implications of selling equipment that effectively we | 10  my question. Paragraph 5b says, "The backup tapes are |
| 11  couldn't use. | 11  old and have been mounted several times." |
| 12    Q. And the effect of selling that equipment I take | 12        My only question is whether at any point |
| 13  it is that this caused further problems to the tapes? | 13  in time you asked that tapes be copied so that |
| 14        MR. COCHRAN: I object to form. | 14  whatever problems caused by the fact that they were |
| 15    A. In some instances we have had difficulty | 15  mounted several times would not exist? |
| 16  restoring data | 16        THE WITNESS: Okay  Could you read that |
| 17    Q. To your knowledge, did the debtors give any | 17  question back to me again? |
| 18  instruction to any person to avoid selling equipment | 18        I'm sorry  I think there are a couple of |
| 19  when the sale would further damage the backup tapes in | 19  questions in there, it's questions or presumptions |
| 20  the debtors' possession, custody and control? | 20  inside the question, so I'm just trying to accurately |
| 21        MR. COCHRAN: I object to form | 21  respond |
| 22    A. I'm not aware of any instruction personally | 22        (The reporter read back the last |
| 23    Q. Wasn't that important? | 23  question.) |
| 24        MR. COCHRAN: I object to form. | 24        THE WITNESS: Okay  If we break that |

| Page 239 | Page 241 |
|---|---|
| 1     A. Candidly, what you would do is you would just | 1   question up, I did not have any conversations about |
| 2   go to the next day, one day or the other, forward or | 2   making copies  And then I take -- I think the rest of |
| 3   back. So other certain tapes that we can't restore, | 3   it has a presumption that I'm not sure I agree with. |
| 4   that's restored on our current systems  That doesn't | 4         But the answer to your question is I did |
| 5   mean it's lost. | 5   not have any discussions about people cr       h  s |
| 6         For example, this idea of other vendors | 6   BY MR. SCHIMMEL: |
| 7   being able to what I have been told is crack the | 7     Q. At any point in time? |
| 8   tapes, I'm not sure that's implicated  But in our | 8         MR. COCHRAN: I'm sorry? |
| 9   ability to restore our own tapes internally using our | 9     Q. At any point in time? |
| 10  own hardware and software, I would not be able to | 10    A. Well, now I get into a privilege issue, so |
| 11  quantify how many tapes are unreadable. I don't think | 11  maybe we better walk outside. We will be right back |
| 12  it's . | 12        (The witness and Mr. Cochran left the |
| 13    Q. You cannot quantify how many tapes are | 13  deposition room for a brief period of time.) |
| 14  unreadable as a result of selling the equipment, the | 14        THE WITNESS: If you want to read back the |
| 15  tape restore machines? | 15  question? |
| 16        MR. COCHRAN: I object to form. | 16        (The reporter read back the pending |
| 17    A. Correct | 17  question.) |
| 18    Q. Did you at any point in time give any | 18        THE WITNESS: I have had discussions with |
| 19  instruction to any person to copy backup tapes to make | 19  people about making copies of tapes. |
| 20  sure that remounting them would not cause a loss of | 20  BY MR. SCHIMMEL: |
| 21  data? | 21    Q. With who? |
| 22        THE WITNESS: Could you read that back to | 22    A. Third-party vendors. |
| 23  me? | 23    Q. Which ones? |
| 24        (The reporter read back the last | 24        MR. COCHRAN: That's privileged  That's |

61 (Pages 238 to 241)

Teleglobe Communications Corporation, et al
Case No  02-11518 (MFW)          Vinyard V  Cooke, Esquire          February 9, 2005

Page 242

1  work product.
2  Q.  When did you have those discussions?
3  A  I had a set sometime in early 2003
4       MR. COCHRAN:  Then I'm mistaken
5  A  It was just technically just seeing
6  effectively --
7       MR. COCHRAN:  Then I'm mistaken if it's
8  2003
9  A  Somebody came in --
10      MR. COCHRAN:  Let me consult with you
11 again.
12      THE WITNESS:  Okay
13      (The witness and Mr Cochran left the
14 déposition room for a brief period of time )
15      MR. COCHRAN:  I'll tell you what  I'll
16 let him answer that question on the condition of
17 non-waiver  That is, if you agree that it's not a
18 waiver of work product, I will let him answer
19      I'm unclear, frankly, based on what I
20 understand as to whether it's work product or not.
21      MR. SCHIMMEL:  Okay  That's fine
22 BY MR. SCHIMMEL:
23  Q.  So can you --
24      MR. COCHRAN:  If you're in agreement it's

Page 243

1  not a waiver?
2       MR. SCHIMMEL:  I agree that we don't
3  intend to cause you to waive attorney-client
4  privilege
5       And we would not expect that any of the
6  answers that Mr. Cossette gave at his deposition
7  were --
8       MR. COCHRAN:  I didn't hear 90 percent of
9  what you said
10      MR. SCHIMMEL:  I said I agree that we do
11 not intend to take the position that Mr Cooke's
12 answer would waive work product privilege
13      MR. COCHRAN:  That's fine
14      MR. SCHIMMEL:  In the same fashion that we
15 don't expect that any of the answers of Mr  Cossette
16 at his deposition would have been a waiver
17      MR. COCHRAN:  That I would have to go back
18 and review the transcript for  The first part is
19 fine  The second part we will reserve our rights
20      That means you may now answer
21      THE WITNESS:  We had a third-party vendor
22 come in just to discuss whether it would be simpler or
23 easier to make copies and manipulate them that way
24 rather than using our own people

Page 244

1  BY MR  SCHIMMEL
2  Q.  Rather than utilizing your own people?
3  A  Our own people or own internal resources
4  Q.  To do what?
5  A  To restore certain tapes
6  Q  And what are the third-party vendors that you
7  consulted?
8  A  There was a fellow who was based in Washington
9  I can't remember who it was  but he came out and made
10 a presentation
11  Q.  When was that?
12  A  Sometime in '03
13  Q.  Do you remember when?
14  A  No
15  Q.  Was any contract ever entered into with that
16 consultant?
17  A  No
18  Q.  To whom did he make the presentation?
19  A  To John and  John Brunette and I
20  Q.  Why did he make it to John Brunette and you?
21      MR. COCHRAN  Where?
22  Q.  Why did he make it to John Brunette and you?
23  A  Because John he  requested it and I was
24 assisting him in certain of

Page 245

1  Q.  Did Mr  Brunette ask you to be present?
2  A  I don't remember  I wouldn't have been present
3  if he didn't want me to be
4  Q.  Do you remember what specific tapes the
5  consultant was looking at?
6  A  He didn't look at tapes  He was just
7  speaking generally about the process, how it works
8  Q  And what were the tapes that Mr  Brunette was
9  considering restoring?
10 A  The backup tapes
11 Q  Which ones?
12 A  It would have been all or all
13 Q  Was any action taken as a result of that
14 meeting?
15 A  Only that we decided not to pursue it
16 Q.  Why?
17 A  Price
18      MR. COCHRAN  Mr Schimmel, it's now 25
19 minutes of 6:00 and  we've been at it since 10:00
20 this morning  How much longer do you expect that you
21 will have?
22      MR. SCHIMMEL  Well, I will adjourn the
23 deposition now
24      Very close  there were very many

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 246

1  questions to which you didn't have the answer today,
2  so we will have to adjourn the deposition.
3      MR. COCHRAN: I'm pleased to continue this
4  evening to allow you to finish
5      MR. SCHIMMEL: I am pleased to continue,
6  but the problem is with respect to numerous questions
7  that were covered by the notice the answer was "I
8  don't know."
9      MR. COCHRAN: So you're finished for this
10 evening?
11     MR. SCHIMMEL: We're adjourned for this
12 evening
13     MR. COCHRAN: We will reserve our rights
14 then  Thank you
15     Let's go.
16     THE WITNESS: Thank you, gentlemen.
17     (Discussion off the record.)
18 BY MR. SCHIMMEL:
19 Q. Mr. Cooke, what did you do to prepare for this
20 deposition?
21 A  I met with my counsel
22 Q. When did you meet with your counsel?
23 A  Yesterday
24 Q. Do you mean Mr. Cochran?

Page 247

1  A  Yes
2  Q. Anybody else?
3  A  David Wolfe was there.
4  Q. Was that to prepare for your deposition?
5  A  Yes, it was.
6  Q. Were you shown any documents in that
7  preparation?
8  A  I saw the list of topics, the original notice.
9  Q. Did you see anything else?
10 A  I don't think so
11 Q. Was Mr. Wolfe shown any documents?
12 A  He also saw the notice.
13 Q. Did he see anything else?
14 A  I don't think so.
15 Q. Did you do anything else to prepare for the
16 deposition?
17 A  No  I did speak with Mr. Wolfe during that
18 prep.
19 Q. Yesterday?
20 A  Yesterday.
21 Q. Did you do anything else to prepare for this
22 deposition?
23 A  Not that I remember today.
24     MR. SCHIMMEL: Thank you very much

Page 248

1  (Deposition adjourned at 5:40 p.m.)
2
3      I N D E X
4  DEPONENT: VINYARD V COOKE, ESQUIRE    PAGE
5  Examination by Mr. Schimmel       3
6      E X H I B I T S
7  COOKE DEPOSITION EXHIBITS            MARKED
8  1 Notice of Rule 30(b)(6) Deposition of
9    Debtors                         2
10 2 Affidavit of Vinyard V Cooke      9
11 3 Complaint                       23
12 4 Debtors' Disclosures Pursuant To Default
13   Standard For Discovery Of Electronic
14   Documents                      53
15 5 Two-page document captioned "Selected
16   directors, officers and employees of the
17   Debtors, or TI, who may have generated
18   discoverable e data "            61
19 6 Four-page letter to Daniel Schimmel, Esquire
20   from C. Malcolm Cochran, IV dated
21   January 31, 2005                61
22 7 Five page letter to George J. Wade from
23   Brock E. Czeschin dated November 9, 2004  115
24 8 Debtors' Initial Disclosures Pursuant To
   Fed. R. Bankr. P. 7026 And Fed. R. Civ. P
   26(a)                          116
9 Notice of Proposed Sale Of Assets By Debtors
   And Debtors In Possession Pursuant To
   Miscellaneous Asset Sale Procedures dated
   August 16, 2002                 175

Page 249

1  COOKE DEPOSITION EXHIBITS         MARKED
2  10 Notice Of Proposed Sale Of Assests By
      Debtors And Debtors In Possession
3     Pursuant To Miscellaneous Asset Sale
      Procedures dated August 19, 2002
4
5  ERRATA SHEET/DEPONENT'S SIGNATURE    PAGE 250
6  CERTIFICATE OF REPORTER           PAGE 251

63 (Pages 246 to 249)



Page 250

1
2
3        REPLACE THIS PAGE
4        WITH THE ERRATA SHEET
5        AFTER IT HAS BEEN
6        COMPLETED AND SIGNED
7        BY THE DEPONENT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 251

1    State of Delaware   )
                         )
2    New Castle County   )
3
4              CERTIFICATE OF REPORTER
5
        I, Kurt A. Fetzer. Registered Diplomate
6    Reporter and Notary Public, do hereby certify that
     there came before me on the 9th day of February, 2005,
7    the deponent herein, VINYARD V  COOKE, ESQUIRE, who
     was duly sworn by me and thereafter examined by
8    counsel for the respective parties; that the questions
     asked of said deponent and the answers given were
9    taken down by me in Stenotype notes and thereafter
     transcribed by use of computer-aided transcription and
10   computer printer under my direction
11       I further certify that the foregoing is a true
     and correct transcript of the testimony given at said
12   examination of said witness
13       I further certify that I am not counsel.
     attorney. or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17          Kurt A  Fetzer, RDR, CRR
            Certification No  100-RPR
18          (Expires January 31. 2008)
19
     DATED:
20
21
22
23
24

64 (Pages 250 to 251)

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)          Vinyard V. Cooke, Esquire          February 9, 2005

Page 252

**A**

abilities 171:16
ability 39:8 239:9
able 52:16 112:1
  127:2 137:24
  160:3 185:7 239:7
  239:10
about 7:11 13:9
  15:10 19:17 24:23
  26:12 27:4,14
  30:15 31:7 34:12
  36:5,16 41:12
  42:1,12 52:3 66:4
  68:2,16,18,20
  71:22 72:19 73:4
  74:23 75:1,3,18
  76:9 79:20 88:22
  89:10,16 95:7
  101:14 102:11,21
  104:9 105:14
  106:2 107:12
  110:5 111:6
  112:10,15,19,22
  113:17 114:18
  115:1,5 116:11,22
  120:4 125:9 127:5
  127:22,24 129:17
  138:20,24 140:8
  142:14,19 143:22
  144:1 145:19
  146:16 148:12
  152:5 156:4
  159:22,24 160:11
  170:15 171:14
  179:10,14 181:10
  184:2 185:13
  186:20 189:20
  192:17 194:18
  195:13 197:10
  203:8 210:13,16
  210:19 213:11
  214:11 220:21
  225:19 227:2,8
  233:11 234:15
  235:19 236:3,8,9
  238:9 241:1,5,19
  245:7
above 54:24 64:1
absolutely 20:19
accepted 180:3
access 39:2,4,5
  45:24 55:6 114:7
accessible 156:11
  187:4
accordance 147:22
according 12:14

42:13 52:11
account 114:15
  142:8 143:20
  152:20
accountable 140:3
  140:4
accounts 186:21
accuracy 54:2 65:2
  116:18
accurate 12:4,7
  51:22,23 54:5
accurately 240:20
acquired 110:20
acquisition 141:20
  199:16
across 42:22 192:19
act 29:5
acting 60:6 85:16
  86:7
action 22:3 23:4,15
  159:6 245:13
active 229:10
activities 9:24 10:17
actually 31:16
  100:6,23 101:9
  103:18 109:3
  177:17 178:10
  191:24 196:5
  215:22 218:16
  237:7
add 97:15
addition 43:20
  170:17 194:21
additional 43:14
  78:15 79:13,17
  80:6 81:9 83:9
  104:24 105:6
  144:7 202:22
  236:14
address 26:23
  100:20 128:6
addressed 60:11
  88:14,16 128:11
adjourn 245:22
  246:2
adjourned 246:11
  248:1
admin 32:12
Administered 1:4
advise 181:15 214:4
advised 65:7 127:17
  136:8 170:17
  174:10 182:20
  192:8
affairs 35:20 90:9
  124:4
affidavit 11:13,14

11:16,22 12:12
13:9 51:12 138:24
139:13 140:10,15
222:23 248:9
affiliate 10:18 11:3
affiliates 44:7 63:11
affiliation 111:3
after 4:16,18 15:10
  19:16 21:4 31:3
  31:10 36:24 37:7
  40:11 41:9 45:8
  46:23 47:11,14
  48:7 58:24 59:5
  66:19 67:10 69:2
  69:23 76:14,15,16
  88:9 89:23 90:6
  91:6 93:6 94:4
  107:2 122:12
  125:19 129:8
  130:1,9 138:16
  141:18 142:7,23
  162:3,16 170:5
  198:12 202:20,21
  204:13,15 212:24
  219:3 227:2 228:4
  230:13 231:6
  237:3,14 250:5
**AFTERNOON**
  85:7
again 15:12 18:1
  19:24 23:9 26:7
  26:10 43:23 45:17
  48:4 50:14 57:10
  65:24 68:11 69:16
  83:10 88:1 96:24
  112:10 120:6
  132:22 133:21
  137:13 141:20,21
  142:5 143:2
  154:14 158:5
  163:10 183:3
  185:12 186:9,16
  187:18 192:7,12
  194:7 208:23
  214:7 229:9
  234:24 235:5
  240:17 242:11
against 19:18 21:6
ago 192:11
agree 20:22 86:18
  240:5 241:3
  242:17 243:2,10
agreement 17:18
  25:19 26:14 44:1
  87:3 198:16
  222:20 242:24
agreements 25:8,15

27:8 28:15 43:9
198:14 206:17
ahead 8:3 208:1
al 1:4,7
Alain 14:6
Alexandria 6:5
allegations 26:15
Allen 131:15
allow 86:20 184:10
  246:4
allowed 37:23
  141:22
almost 70:2
along 141:24
already 48:16 49:4
  49:19 134:23
  144:5 194:22,23
  221:24
altered 87:12
alternative 29:12
alternatives 128:5
although 8:4 17:24
  117:4 133:21
  218:20
always 18:17 68:15
among 147:3
amount 90:14
amounts 146:6
analysts 215:14
Andre 62:11 63:19
  68:20,21 115:4,5
Andrea 131:11
and/or 54:23
  176:23 179:7
announced 122:16
annunciate 71:10
annunciated 106:7
another 14:5
  105:24 106:4
  107:6 115:5
  209:22 223:14
  236:17
answer 3:24 20:13
  20:15,17 21:8
  22:13,21 24:23
  25:1,21 26:8
  27:18 28:6,17,23
  30:18 31:1 36:17
  39:13 40:2,19
  41:5 45:22 46:19
  48:6 51:2 55:18
  56:6,20 57:1
  59:11,13 60:3
  61:4 62:22 71:20
  75:5,11,16 76:3
  76:11 84:24 86:19
  86:21 87:4,7,18

89:8 94:23 95:21
96:9 101:12 104:2
114:1 123:8 127:1
129:13 130:21
131:5 136:11
137:22 138:10
164:6 172:3,4,7
172:18 174:5,7
182:11 186:2
190:13 204:2
207:22 210:6,7
214:1,13 216:20
216:22 217:10
218:22 222:8
226:3 227:4
232:11,12,15,18
232:21 233:12
241:4 242:16,18
243:12,20 246:1,7
answered 174:16,17
  174:18 221:8
answers 22:16
  243:6,15 251:8
anticipate 54:21
anticipated 180:23
  235:20
anybody 15:4 48:14
  50:12 60:5 66:11
  76:18 77:13 81:13
  86:7 96:18 98:9
  98:12 101:21
  102:16,19 103:16
  121:23 123:6
  139:3 161:4
  188:18 197:[.]
  207:5 208:12
  209:1,5,9 213:23
  214:11 224:11,14
  247:2
anyone 14:1 31:10
  40:10,20 48 2,[.]
  60:22 62:13 82:16
  85:16 91:24 95:3
  96:20 101:23
  139:22 177:22
  185:14 188:11
  197:8,9,10 213:1
  213:4,19 214:3,15
  214:20 224:18
  226:19 228:13
  237:21 238:5
anyplace 107:11
anything 3:14 15:21
  16:1 17:8 24:9
  43:13 59:7 87:10
  130:20 137:24
  138:5 139:11

Teleglobe Communications Corporation, et al.
Case No  02-11518 (MFW)        Vinyard V. Cooke, Esquire        February 9, 2005

141:9 164:9 166:3
172:15,20 173:12
173:15,21 182:16
184:10,21 197:16
198:24 208:11
220:11 233:10,14
233:24 238:2
247:9,13,15,21
anywhere 74:13
89:20 107:19
apart 15:3 135:10
189:2 231:1
APPEARANCES
1:19 2:1
appears 177:6,11
applied 63:4
applies 53:9 137:7
apply 86:20 87:23
136:9 164:7 167:9
appointed 162:3
approach 139:9
approaches 3:3
approval 179:23
approve 24:3 21
approved 24:6 37:8
approximately
44:10 115:10
158:4 170:2
203:15
April 6:24 7:6 12:15
16:10 19:16 21:21
31:3,10 40:11
41:9,12 51:5
58:12,15,17 59:5
63:9 65:20,22
66:19 67:1,10,20
69:2,23 89:23
91:6 98:21 99:9
99:14,20 121:7,19
121:24 122:11
129:8 130:9 139:1
145:1,23 147:17
148:1,16,17,18
149:23 150:6,8,20
151:16 154:7
211:1 212:24
225:8 227:2 228:4
236:5
arguably 8:8
arise 2:21 54:22
ARNOLD 1:12
arose 137:9
around 48:22 206:7
224:2
ascertain 47:14
225:15 228:16
Ashwin 104:4,7

asked 62:14,18
79:16 98:1 121:12
125:14 126:6
164:24 165:23
166:5 9,11 167:3
167:19 169:22
170:4 174:8,15
221:7 222:10
225:24 240:13
251:8
asking 22:18 24:19
24:20 81:20 87:9
127:4,5 134:20
141:17 152:22,24
153:11 185:5
213:17 220:24
231:4,18 22,24
232:6,9,10,11,13
232:16,19 233:6
assert 27:22 165:19
Assests 248:21
249:2
asset 52:21 175:17
175:23 248:22
249:3
assets 43:11 90:10
175:16,22 176:7
176:10,12 178:16
178:17 179:21
199:1
assignment 127:21
assistant 2:18 6:13
assisting 244:24
associate 26:19
assumed 141:6
Assuming 174:23
attached 176:14,18
178:19,21 218:11
attempting 26:21
attention 12:11
25:3 51:11 54:18
117:10 147:1
235:14
attorney 119:23
126:22 251:13
attorneys 27:4
199:21,23
attorney-client 3:1
18:24 22:23 27:15
86:19 127:2 4,18
136:7 137,6 165:9
243:3
August 175:20,24
248:23 249:3
authority 212:8,11
212:15
authorization

180:21
automatically 68:6
availability 151:11
available 12:16
19:5 49:8,17 55:3
60:2 65:9 66:12
79:12 80:24 103:7
149:11,24 154:22
160:4,20 166:3
168:10 187:5
217:2 220:10
Avenue 2:6
avoid 238:18
aware 3,16 9:7 16:5
25:18 26:13 27:7
27:11 28:9 11 12
29:15 30:15 34:20
55:15 66:20 71:17
77:17 82:16 86:2
93:9 12 95:3
101:11 107:21
112:14 142:11
173:15 181:5 8
184:23 185:6 24
186:1 188:6
200:23 205:16 19
205:21 213:23
214:10 222:21
225:20 227:19
238:22
away 206:7
A-l-a-i-n 14:6
a.m 1:17 72:14

**B**

B 176:22 179:4
248:6
back 4:9 8:15 13:7
19:21,23 22:15
28:3 4 31:16 38:7
39:6,15 43:18
45:20 48:22 51:18
52:8 56:1 57:11
58:3 4 72:4,7 76:5
76:6 79:16 80:7
85:14 87:20 90:18
90:19 95 14 23
97:14 99:15
103:20,21 104:13
111:19 113:8,21
113:23 118:12
120:7 13 136:1
138:16 143:11
145:8 148:22
149:19 150:2 4
152:2,5,13,16,21
154:3 155,5,6

157:21 15  14,15
172:1
184:16 1   86:8
186:15 18   22 19
187:21 12 3 4
191:11 13 10
194:9 10
195:18 19 8
203:11 1   90 8,9
210:5    65
216:5 0   3 19
226:14    21
230:1    14
239:3
240:17   11:11
241:14    13 17
backed  13 19:4
52:10,9   230,15
backup  3 145:23
173:15 19 18 22
34:17 180:21 18:2
38:21 42:13
43:14,11 15 4
48:3 51    3 5
55:12 13   56:14
56:3 5   16,4
58:6,8   59:2,21
60:3    345
76:3 15   7 1
79:4 8 1  85 5
84:7       3:4
101   17:18
136  11:20
135 1   13 20
146:1  3 18
141:1 1   10
142  1  19:12
143:7 1 14:1
145 14 20 5:19
4 1   15:18
43     19:11
56:7 4   1:12 19
151    17:18
151:1    4 5:13
15 2  14:21
15 1    1 19
158:23 39:22
16 21 4 2 5:15
18 2:1 188:4
190:7 9 1  1:12
19:1  19 5:13
219 0  14:18
220:2    1 3:5
221:11 2 23:8
22:16  8 23:22
22 3 5  30:19
230:1    31:11

234:12 235:21
237:23 238:6,19
239:19 240:10
244:5 245:10
backups 59:16 66:6
149:18 151:7,7,8
151:9 155:21
174:1 181:13
bailiwick 140:6
Baltimore 144:8
146:15 17
Bank 4:18
Bankr 248:20
bankruptcy 1:4 8:8
19:14 22:4 29:13
33:14,17 34:2
37:9 41:3 51:15
52:22 90:5,7
91:10 116:6
145:16 170:6
176:6 179:20,22
181:15,19 182:1,6
182:20 207:18
214:8 218:8,11,20
237:3
Barrasso 154:2
217:21,24 218:4
218:23,23 219:4
219:12,19 220:9
220:16 222:2,20
Barry 100:2,9,11
based 4:9,19 6:3
64:3 95:12 109:4
139:20 187:9,11
187:15 188:3
189:6,9,15,16
204:20 209:21
210:2,11,13
242:19 244:8
basically 90:3
basis 24:24 87:24
BCE 1:9 19:18 21:6
25:7 14 18 27:7
28:14 29:2 4,10
29:15 30:5,10,15
83:4 110:14,20
111:19,19 115:8
122:16 214:4 11
became 21:5 26:4
26:13,13 27:11
28:9 128:12
135:16 142:11
become 25:18 27:7
28:11,12 29:14
30:14
becomes 127:13
before 1:17 3:8 18

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 254

| | | | | |
|---|---|---|---|---|
| 9:15 12:6 15:9 | 126:6 135:8 | **bottom** 132:9 | 76:9 80:4,13 84:7 | 164:6 198:18 |
| 23:17,19,21 24:1 | 140:10 142:16 | **Bouchard** 1:10 | 91:15,18 92:12 | 236:9 |
| 24:4 26:6 37:16 | 143:4 144:17 | 96:12,14 170:10 | 117:21 122:5,19 | **Callahan** 109:4 |
| 39:15 41:20 42:12 | 145:18,21 151:1 | **Bouchard's** 96:21 | 123:12,16 125:20 | **called** 8:23 94:4 |
| 44:12,24 45:7,12 | 154:1,15 155:8 | **bought** 17:16 103:4 | 163:21 165:23 | 143:4 144:12,20 |
| 46:9,15 53:21 | 156:8,23 158:6 | 103:9 178:5.6 | 166:2 167:18 | 146:4,10 191:2,22 |
| 54:13,14 55:10,11 | 160:11 163:20 | 237:3 | 169:21 170:19 | 216:17 |
| 55:22 56:13 57:7 | 171:1,3,4,5 | **Bourbannais** 115:1 | 177:3,19 193:6 | **calling** 27:19 |
| 57:23 58:12,16 | 173:10 174:18 | **Bourbonnais** 115:4 | 199:13 244:19,20 | **calls** 76:1 127:16 |
| 59:5,19 60:5,21 | 188:21 192:10 | **box** 196:16 207:12 | 244:22 245:1.8 | 141:16 167:6 |
| 61:20,23 63:9,9 | 197:22 199:12 | 212:1,22 227:9 | **Brunette's** 6:10 | 204:1 |
| 64:22 71:6,16 | 200:24 202:10 | 230:3,4 | 123:4 177:7 | **came** 4:20 19:13 |
| 76:18 77:9 78:19 | 203:2 204:23 | **boxed** 196:5 205:23 | **budgets** 215:12 | 48:22 86:12 99:11 |
| 80:3 85:15 86:7 | 212:9,12 217:21 | 207:1 212:16 | 216:5 | 99:15 106:23,23 |
| 87:18 88:10 89:5 | 218:8,10 219:22 | 213:14,21 | **building** 2:3 9:10 | 138:16 162:21 |
| 92:11 100:22 | 221:24 233:9,13 | **boxes** 43:17,20,22 | 42:7,22 43:1,19 | 166:19 204:14,15 |
| 104:15 110:20 | 235:7 | 198:13 200:9 | 195:17 196:11,23 | 206:7 225:23 |
| 111:16,21 116:10 | **Bell** 104:13 121:5 | 202:23 203:2,8,8 | 200:4 229:12 | 242:9 244:9 251:6 |
| 116:15 121:19,24 | 133:4 | 203:15,19,22 | 237:6 | **Canada** 10:10,22 |
| 122:11,16,18 | **beneficiaries** 25:9 | 204:8,10,11,16,19 | **buildings** 42:20 | 17:12 18:13 60:15 |
| 123:1 125:21 | **Benson** 212:12,15 | 205:10 209:13 | **build-out** 8:22 9:4 | 60:18,20,23 90:3 |
| 130:11 134:11 | **Bergeron** 71:3,6 | 210:22,24 212:5 | 9:20 10:1,8 | 104:13 109:2 |
| 141:19 142:11 | **Bernard** 131:13 | 227:7,11 229:7 | 121:14 | 110:11 121:5 |
| 145:16 148:6,8 | **best** 3:15 35:17,21 | 230:2 | **bulk** 93:17 | 133:4 138:13 |
| 150:2,4 152:5 | 50:20 113:6 | **boxing** 42:24 | **Bunin** 100:3,9 | 143:23 144:21 |
| 153:6 162:4 | 138:11 147:18 | **Boychuk** 1:9 96:23 | **Burney** 115:15 | 146:1,4,20 148:12 |
| 165:18 170:16 | **better** 95:1 241:11 | 97:1 99:24 170:13 | 118:20,24 119:2 | 158:15 159:10,21 |
| 171:21 172:7 | **between** 6:24 18:2 | 188:19,23 189:11 | **business** 7:17 43:13 | 160:12,14,15 |
| 173:22 181:1,14 | 19:17 49:22 65:20 | **Brandywine** 2:3 | 47:22 58:12 90:9 | 161:11,12 186:5,6 |
| 182:7 183:13,20 | 65:21 67:13 99:20 | **breach** 25:6 | 93:2 125:6 128:4 | 186:18 187:4 |
| 184:2,13 195:19 | 121:7 141:9 | **breached** 25:15,19 | 198:12 207:2,19 | 188:3,4,10 195:9 |
| 197:5 199:4 | 145:12 162:11 | 26:14 27:8 28:14 | 221:20 232:20 | 195:13 209:13,18 |
| 204:12 211:1 | 171:1 178:2 193:3 | **break** 53:2,7 55:12 | **Bustamante** 32:23 | 209:20 210:21 |
| 214:3 229:2 | 233:3 234:4,13 | 77:20 85:2 115:18 | 65:10 66:16,18 | 212:2,8,11,14.16 |
| 233:14 251:6 | **beyond** 11:5 20:7 | 134:8 175:4 | 68:12 70:17 80:4 | 212:21 213 1. |
| **began** 110:14 | 20:10,17,23 25:2 | 185:12 235:10 | 80:13 84:7 117:21 | **Canadian** 13:24 |
| 152:15 | 34:13 154:5 164:2 | 240:24 | 123:20 124:13 | 90:4 110:15 |
| **beginning** 1:17 94:1 | 169:11 218:18,21 | **Brian** 32:22 | 126:1 163:22 | 132:23 133:22 |
| **behalf** 40:10 60:6 | **big** 237:5 | **brief** 4:5,14 28:1 | 170:20 179:11,19 | 145:18 186:23 |
| 85:16 86:8 102:2 | **Bill** 105:18 | 53:10 75:22 | 193:7 | 210:3 212:3 |
| **being** 43:11 46:3 | **bit** 118:17 | 115:20 134:9 | **buy** 178:1 180:1,4 | **candidly** 77:6 |
| 48:1 58:9 98:4 | **BlackBerries** | 165:6 175:6 197:3 | **buying** 180:24 | 171:12 225:18 |
| 101:1,3 142:11 | 227:21 228:13,16 | 235:12 241:13 | **B-l-a-c-k-m-e-r** | 239:1 |
| 199:1 239:7 | **Blackmer** 33:3 | 242:14 | 33:3 | **capabilities** 225:24 |
| **belief** 104:23 | **Bloxsome** 96:4,5,6 | **broadly** 6:19 14:14 | **B-u-s-t-a-m-a-n-t-e** | **capacity** 6:16 52:24 |
| 202:22 | 173:6 | 112:12 | 32:23 | 171:13 |
| **believe** 4:4 6:17 | **board** 215:11 216:4 | **Brock** 117:9 248:18 | | **captioned** 248:13 |
| 8:17 11:20 15:11 | **Bob** 109:3 | **broke** 29:10 | **— — C — —** | **care** 135:13 |
| 28:24 33:8 37:2 | **bodies** 90:14 | **broken** 29:15 | **C** 1:11,20 131:17 | **Carmand** 132:7 |
| 37:19 43:12 51:23 | **body** 82:24 | **brought** 196:8 | 132:5 176:13,23 | **carried** 40:22 45:6 |
| 60:19 64:23 75:6 | **book** 122:9 | **Bruce** 68:18,19 | 178:18 179:6 | 45:7 |
| 81:13 82:5,23 | **both** 19:5 124:15 | 180:8 | 248:16 | **case** 1:4 9:21 19:14 |
| 89:3 90:11 96:14 | 135:5 144:20 | **Brunette** 6:9 19:14 | **cabinet** 206:5,6 | 24:16,19,21 64:16 |
| 104:7,21 108:5 | 145:21 146:17 | 62:11 63:3 65:10 | **call** 9:23 13:12,12 | 80:22 113:16,19 |
| 110:7,18 112:2 | 179:9,10 187:1 | 65:17 66:18 67:24 | 17:13 18:23 42:7 | 136:15 137:8 |
| 113:18 114:21 | 195:9 212:14 | 68:4,9 70:16 | 42:8 52:2 62:19 | 187:14 191:12 |
| 115:10 123:11,22 | 217:16 229:16 | 74:21,22 75:3 | 94:8,9 143:17 | 215:19 219:3 |

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)     Vinyard V Cooke, Esquire     February 9, 2005

Page 255

| | | | | |
|---|---|---|---|---|
| 231:22 | **Certification** | claim 127:13 | 104:?? 11 : 8:20 | 246:3.9.13.24 |
| **case-by** 187:13 | 251:17 | 128:13 130:1 | 106:1 : 1 : 1 : | 248:16 |
| **cash** 25:11 29:3 | **certify** 251:6.11.13 | **claims** 19:18 21:5 | 108:? 1 1. | **Cochran's** 80:10 |
| 30:6 103:6 | **CFO** 116:22 | 22:3 26:14 | 112? 1 : | 104:15 231:10 |
| **Castle** 251:2 | **chain** 8:18 | 215:10 | 113 : ? 0 141 | **collaboratively** |
| **catalog** 55:2 57:16 | **change** 152:14 | **clarification** 231:18 | 115 : : : : | 125:16 |
| 60:10.15.18.19,22 | 227:4 | 233:13 | 118 4 : : 12:6 | **colleague** 34:8 |
| 155:14,20 156:13 | **changed** 66:24 69:1 | **clarity** 111:14 | 120 9 : 125:5 | **collect** 21:12 22:1 |
| 156:16.17 158:3.8 | 69:22 70:1.5 | 185:18 193:13 | 125:8 : 0 5 24 | 50:9.23 91:5 92:9 |
| 158:10.14 159:22 | 111:3 141:2 | 219:9.17 231:7 | 127 15 : : 8 14 | 92:13 95:7 137:19 |
| 160:20 189:15.17 | **channel** 231:3 | 232:6.22 | 129 11 : 140 :0 | 194:19 195:21 |
| 189:21 22.24 | **Chantilly** 43:2 | **classic** 177:23 | 131 3 : : : : : | 197:5 208:9.13.21 |
| 190:11 194:1.3 | 196:7 198:1? | **Claude** 116:22 | 135 2 13 : : 24 | 209:2 228:3 |
| 234:23 235:1 | 200:3 9.21 201:1 | **clear** 104:14 171:23 | 137 3, 0 : 5 4 | **collected** 198:7 |
| **cataloged** 48:1 | 229:7.13 | **clearly** 150:4 159:5 | 139 5 : 13 24 | 210:22 229:3 |
| **cataloging** 230:18 | **Chapter** 1:3 | 245:24 | 140 20 1 : 15 | **collecting** 26:2 |
| **catalogs** 60:7 | **character** 29:6 | **client** 5:23 127:5.17 | 145 7 15 : : 20 | 195:8 |
| 158:23 159:2,4,9 | **characteristics** | 127:20 | 148 19 1 : : 15 | **collection** 55:5 6.13 |
| 159:18 160:1 | 95:13 | **clients** 3:5 26:14 | 150 21 1 : 3 :22 | 55:21 56:23 57:6 |
| **categories** 90:15 | **charge** 35:20 50:8 | **closed** 17:24 52:3 | 153 3 15 : 9 : | 90:11 136:18 |
| 215:8 | 50:12 102:9 125:4 | **Cochran** 1:20 2:17 | 157 10 5 : 155 24 | 138:2 195:1 196:2 |
| **cause** 236:19 | 139:3.17 145:24 | 8:13.24 10:3 9.15 | 159 1 : 1 0 | 197:21 217:14 |
| 237:22 238:2 | 158:10.14 184:5 | 10:24 11:5 14:15 | 160 3 1 : : 11.23 | 222:5.15 |
| 239:20 243:3 | 195:8 199:6 8 10 | 15:6.15 18:23 | 165 : : 13 166:15 | **collections** 209:22 |
| **caused** 57:18 | 201:19 212:13 | 19.19.23 20:2.7 | 167:? 11 : 68:1? | 209:23 |
| 235:23 238:13 | **charged** 26:19 | 20.10.14.18.21.24 | 171 : 1 : 19 | **collectively** 50:16 |
| 240:14 | 42:23 | 21:9.13.18 22:7 | 173:4 : : 3 | **college** 4:16.18 |
| **causes** 22:3 | **Charles** 132:13 | 22:20 23:2.7.11 | 174 15 : 175:5 | **column** 176:21,22 |
| **caution** 19:2 53:8 | **chart** 176:17.19.20 | 24:5.17.24 25:20 | 178 11 1 : 15 | 176:23 179:2.4.6 |
| 129:20 165:18 | 178:18.21.23 | 26:9 27:10.13.19 | 181 10 1 : 2 10 | **columns** 176:13.20 |
| **cautioned** 62:23 | 180:21 | 27:24 28:6.12.17 | 182 15 : 185 15 | 178:18 |
| **caveating** 97:12 | **charts** 176:14 | 29:17 20.23 30:2 | 184 13 1 : : 1 11 | **combination** 150:13 |
| **CD** 226:7 | **check** 77:13 97:14 | 30:17.21 31:15 | 185 : : 1 : 1 | **come** 16:14 27:14 |
| **CD's** 223:22 224:9 | **checking** 83:19 | 36:23 40:13 41:15 | 194 : 1 : 3 | 89:17 93:6 121:20 |
| 225:6 | 141:5 168:11 | 41:24 42:4 45:3 | 95 : 1 1 : 6 3 | 125:13 14 203:4 |
| **center** 230:5 | **Chemical** 4:18 | 45:16 46:12 47:2 | 96 21 : 4 3 | 230:1 243:22 |
| **central** 55:2 206:11 | **Childers** 101:14.16 | 47:17 48:12 49:3 | 206:3 : : 1 1 | **comes** 165:8 168:6 |
| 206:13.14,17 | 101:24 102:4.22 | 49:7 9 14.18 50:2 | 207 1 : 20 17 | 206:20 |
| **Cerberus** 17:16,22 | **Chitamun** 104 4 | 50:10 51:7 53:6 9 | 30 1 : 19 12 | **coming** 122:14.23 |
| 43:9.24 47:23 | **Chris** 34:8 138:7 | 56:15 57.8 58:13 | 210 16 : 1? 18 | 24:11 53:24 54:10 |
| 52:2 53:1 70:22 | 227:18 | 58:16 62 15.19 | 21 : : 14 6.18 | 61:24 62:2 64:24 |
| 71:3.4.7 92:22 | **Christina** 113:10 13 | 63:18 64 13.18 | 214 : : 5 : | **Commerce** 43:19 |
| 141:19 142:1,23 | **Chuck** 32:20 | 65:4 12.21 69:8 | 216:5 : 9 17 7 | **commercial** 124:14 |
| 145:19 198:13.22 | 123:18 124:1 | 69:10 16 70:11 | 21 :16 : 13 18 | **commingled** 210:4 |
| 199:2.3.5.18 | 126:1 | 72:11 75 8.14.21 | 219 : : 5 2 | **Committee's** 22:2 |
| 200:11.14 202:21 | **Cihon** 34:8.22 23 | 75:23 76 8 77:16 | 220:5 : : 15 24 | **common** 59:1.2 |
| 203:3 | 35:7.12.19 36 5 8 | 77:21.24 78:7.10 | 221:? : : 1 6 10 | 77:1 146:5 193:2 |
| **Cerberus's** 48:2 | 36:14.18.20.24 | 78:16.22 79:2.8 | 221:? : 5 4 10 | **communicate** 131:1 |
| 198:24 | 37:13,16 39:16 | 82:20 83.7.24 | 230 1 : 1 18,17 | **communicated** |
| **Cerberus-owned** | 40:9 200:6 227:18 | 85:4.12.18.20 | 23 : : 3 : 5 | 135:21 214:11 |
| 198:18 | **Cindy** 68:17 117 22 | 86:18.24 87:3.7 | 231:? : 13:19 | **communication** |
| **certain** 26:1 84:5 | **Cinq-Mars** 71:4 6 | 89:6.13 90:17 | 33 : 3 : 8 14 | 31:24 62:20 |
| 146:7 177:22 | **circuitous** 229:21 | 91:22 92:1 94:14 | 23 8 1 : 4 3:16 | **communications** |
| 195:22 209:19 | **circumstances** | 95:9.20 97:22 24 | 241 3 1 : 13 12.4 | 1:4.6 7:22 27:3.15 |
| 239:3 | 106:9 | 98:24 106:4 10 | 242 : 10 : 13 15 21 | 31:22 33:16.20 |
| **CERTIFICATE** | **Civ** 248:20 | 101:16 103:2 20 | 243:8 1 : : | 129:17 137:6 |
| 249:6 251:4 | **Civil** 1:15 116:? | 103:23 104:6 11 | 241 1 : 1 : : | |

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)          Vinyard V. Cooke, Esquire          February 9, 2005

162:20 164:21
233:3
companies 2:19 9:1
9:3
company 8:18,21
9:22 10:20 12:15
12:19 13:22 33:17
44:9 46:24 47:10
127:12 128:3,12
137:10 139:1,16
139:22 140:2
142:24 144:9,10
144:12,20 145:23
146:4,10 191:22
comparable 236:21
compared 54:11
compensated
177:20
compiled 88:5
compiling 130:14
complaint 23:4,14
23:16,21,24 24:3
24:10,12,23 25:14
26:15 27:9 28:16
29:2,9,16 30:10
83:1,6 248:10
complete 28:23 31:1
40:2 41:5 46:19
51:2 55:2,6,14,18
55:22 56:6,14,20
56:23 57:1,6
59:11 60:3 61:4
71:20 84:24 89:8
94:23 95:21 96:9
101:12 104:2
123:8 129:13
130:21 131:5
137:22 138:10
172:18 174:5
186:2 196:2
197:21 207:22
214:1,13 217:10
226:3
completed 141:20
250:6
completely 67:11
completion 29:4
30:6
compliance 86:15
95:16 139:3,12,18
139:22 140:19
141:10
comply 17:2
complying 17:5
139:16
comprehensively
49:21

computer 18:15
35:6,18 36:5,13
36:21 37:6,11,13
37:16,24 38:1
44:13,20 45:2,10
45:14 51:17 66:1
66:2,8,9,12 67:7
67:21,23 68:5,14
68:23 69:2,5,23
70:1,5 72:4,16,20
73:8,12,13,18
74:5,9,17,24 75:4
76:10,17,19,23
77:10 96:21 97:1
100:8,11,23
101:15,18,24
102:4,23 104:5,8
104:10,17,21
105:4,19,23 106:1
106:6,11,19,21,24
107:5,9,12,16,20
107:23 108:8,14
110:2,8,16,23
111:7,11,12,14,16
111:19,22 112:1,8
112:12,16 113:1,5
113:10 114:18,22
115:2,13,14 117:6
118:1,7,20 119:4
119:10,16 120:5
120:17,23 129:1,4
132:16 133:9,20
134:2 171:5,15
176:13,21 177:7
178:17,24 179:7
179:13 180:8,13
180:16 223:4,8
226:6,7 251:10
computers 42:10
45:1 46:16 66:19
66:24 67:10 77:5
102:7,14 103:4,10
103:17 104:24
105:12 108:22
112:3 117:13,16
117:19 120:14
132:20 171:14,16
178:10 180:5,22
180:24 181:3
182:18 184:12
225:21
computer-aided
251:9
CONAWAY 2:2
concern 17:17
concerned 26:20
203:24

concerning 233:18
concerns 3:4
condition 242:16
Condon 104:9
conduct 98:1,3
209:9 226:19,22
228:15
conducted 78:21
79:5 97:8,18
108:15 162:16
209:6,8 232:3
234:10
conducting 108:17
confidences 127:17
136:7
confidential 137:6
confirm 45:13
46:16 59:6 77:10
100:23 101:8
103:15,16 181:3
confirmed 15:11
confirming 15:12
confused 233:5
confusion 106:2
conjunction 59:22
connection 10:23
11:3 12:5,5 54:22
62:17 113:15
121:18 235:20
consider 16:11
considered 16:13
75:24
considering 245:9
consist 176:13
178:17
consolidation 56:17
constant 48:19
consult 27:21 59:20
75:10,15 120:9
164:24 242:10
consultant 244:16
245:5
consultants 217:13
220:11 222:3,11
222:14
consultations 55:20
consulted 56:12
244:7
Consulting 217:24
218:4,23 219:19
222:2,20
contact 136:14
137:10,10
contacting 85:22
contain 65:19 193:4
193:15 194:5,15
214:5,17,22

contained 38:7,10
181:24 182:8,21
182:24 183:9,12
184:12 185:9,21
228:9,17
containing 163:16
contemporaneous
43:24
continuation 23:10
continue 17:15 53:2
131:7 141:16,17
246:3,5
continued 90:7
continuing 17:2,19
31:17 85:10 94:6
continuously 99:13
contract 25:6 145:3
145:5,12,20 218:4
222:18 244:15
contracts 124:17
215:11 216:4
218:9
control 17:22 31:6
31:14 33:21 50:15
50:19 65:7,17
66:15,22 67:4,7
68:23 69:5,14,20
70:9 108:21 119:4
119:10,16 120:23
124:23 133:20
134:2 141:19,23
141:24 142:8,18
142:18,23 144:3,5
150:19 199:15
215:9 238:7,20
controlling 91:17
93:8,10 110:20
controls 152:10
Cont'd 2:1
conversant 185:4
conversations 62:22
241:1
conveyed 136:23
Cooke 1:16 2:10,13
2:18 3:2,8 4:6
9:12,15 11:8,9
21:7,17 23:5,9,14
25:3,18 26:3,8,13
26:18 28:3 29:14
30:14 31:3 41:7
51:4,11 53:12,15
53:16 55:10 61:11
61:14 75:24 78:23
78:24 80:15 85:14
115:22 116:1,9
134:11 139:11
145:15 146:23

147:2 163:22
170:20 175:8,11
175:14 176:3
193:7 195:7
235:14 246:19
248:3.7,9 249:1
251:7
Cooke's 22:13
87:18 172:2
243:11
coordinating 8:7
copied 46:7 240:13
copies 21:22 241:2
241:19 243:23
copy 19:5 31:7
37:15 38:1,4 42:1
44:13,19,20 45:2
45:10 47:18 49:22
71:7,15 73:20
76:19 88:17,21
128:24 129:4
156:15 199:4
200:15,16 239:19
copying 241:5
core 19:4 43:8
47:22 52:2 91:11
198:17,18,20,23
core/non-core
198:15
corporate 19:7
38:14,16,24 39:5
42:20 122:9,15
124:14,21,22,23
corporation 1:4 7
7:22 8:11
correct 7:1 20:18
45:4 46:13 51:4
79:22 80:1,5 81:2
81:5,11 82:2
83:17 84:11,17
92:3 97:4 101:6
103:24 104:18
106:17 110:24
113:3 134:14
135:1 139:2
140:11 147:5,12
155:23 174:3
176:8,16,24
177:12 178:19
179:11,14,16
180:6,12,15,18
200:9,12,19 201:6
231:12 239:17
251:11
correctly 110:19
correlates 155:13
correspond 157:9

Teleglobe Communications Corporation, et al
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 257

| | | | | |
|---|---|---|---|---|
| 157:14 160:17 | custody 31:6,13 | 181:3 186:5,5,18 | 58:11 | 44:16 52:12 53:20 |
| correspondence | 65:6,17 66:15,22 | 186:19,20 187:7 | 62:2 | 60:12 71:11 76:22 |
| 215:14 221:17 | 67:4,7 68:23 69:5 | 188:3,10 189:3,9 | 66:14 | 84:23 101:2,3 |
| Cossette 243:6,15 | 69:14,20 70:9 | 191:3 193:4,15,18 | 68:2 | 181:7 190:16 |
| cost 13:1 143:1 | 119:4,10,16 | 194:6,15 223:5,10 | 70:8 | 231:20 233:4 |
| 152:10 | 120:23 133:20 | 233:17 235:24 | 73:19 | 248:11 |
| costs 13:13 | 134:2 150:19 | 238:16 239:21 | 80:8 | defendants 1:13 2:7 |
| counsel 2:19 6:12 | 215:9 238:7,20 | 240:4 248,15 | 90:9 | 53:22 215:19 |
| 6:14,17 11:17 | cut 83:7 | date 54:7,11 13,14 | 94:21 | 216:12,17 229:14 |
| 19:14 26:19 61:16 | Cute 32:22 | 58,14 59:16 149:4 | 99:23 | 229:15 233:4 |
| 62:7,9,23 64:20 | Cynthia 66:22 | 149:5 155 12,12 | 112 | definite 29:5 |
| 79:5 85:10 86:14 | 68:16 80:4 | 156:3 158.6 | 139:10 | definitely 43:6 47:4 |
| 89:14 90:5 97:2 | Czeschin 117:9 | 165:13 172:24 | 110:5 | 105:16 109:22 |
| 163:10 164:21 | 248:18 | 192:7 | 112:16 | Deforges 119:5,6,7 |
| 165:8 167:7 | C-a-r-m-a-n-d | dated 64:21 175:20 | 117:5 | degrees 4:11 |
| 170:17 174:9 | 132:7 | 175:23 248:16,18 | 119:6 | Delaware 1:1,17,21 |
| 192:8 246:21,22 | C-i-h-o-n 34:8 | 248:22 249:3 | 120:2 | 1:23 2:4 231:20 |
| 251:8,13 | C-u-t-e 32:23 | 251:19 | 133:9 | 251:1 |
| counseled 167:8 | C A 1:8 | dates 162:12,13 | 135:10 | delete 33:21 130:15 |
| counsel-director | | Dave 133:1 184:6 | 144:1 | deleter 66:6 |
| 6:18 | **D** | David 35:16 39:14 | 145:2 | delineating 87:8 |
| count 25:6 29:2,9 | D 176:14,23 178:15 | 98:6,10,16 102:11 | 148:16 | demonstrate 185:7 |
| 30:5 | 179:6 248:2 | 114:11 120:12 | 153:15 | departed 58:22 |
| Counts 251:2 | daily 45:6 93:17 | 148:5 151:1 154 2 | 162:7 | department 12:23 |
| couple 19:3 87:13 | 147:15 149:17 | 154:14 175:2 | 165: | 13:11,14 14:2,13 |
| 138:19 219:22 | 150:12 151:18 | 190:14 225:12 | 172 | 14:22 15:4,20 |
| 220:1 240:18 | 152:13 181:12 | 247:3 | 173:4 175:16 | 16:17 17:11 18:5 |
| course 46:6 58:12 | Dallas 37:2 | day 58:8 90:5 | 175:16 | 18:13,21 31:18 |
| 125:6 196:10 | damage 237:22 | 143:16 152:13 | 176 | 32:2,11,16 33:12 |
| 207:2 221:20 21 | 238:2,6 19 | 192:23 235:3,4 | 182 | 33:16 34:6,13 |
| 232:20 233:7 | Dan 33:2 117:22 | 239:2,2 251:6 | 183:1 | 36:9 50:23 72:5 |
| court 1:1 37:9 | Daniel 2:5 3:9 71:3 | days 37:21 42:12 | 184:5 | 72:21,24 73:3,9 |
| 52:22 176:6 | 71:3 180:19 | 45:8 141:5 142:7 | 185:6 187:7 | 73:12,19 85:22 |
| 179:23 181:2,15 | 248:16 | 143:21 236:11 | 87: | 92:8 95:6 107:14 |
| 181:19 182:1,6,20 | data 39:9 42:13 | dead 229:10,12,16 | 88:19 | 108:24 109:3 |
| 185:8 218:8 | 46:16 51:19 52:17 | 239:22,24 | 110:15 | 109:15,18,21 |
| Court's 231:20 | 52:24 57:19,24 | deal 17:23 77:1 | 111:19 | 113:5 119:22 |
| covered 21:16 26:5 | 59:7,21 61:19 | 90:4 121:16 224:6 | 119:4 | 138:13 140:24 |
| 140:14 194:22,23 | 65:8,19 66:12 | dealings 90:21 | 197:1 | 152:15 166:6 |
| 194:24 217:5 | 68:5 79:7,23 | deals 203:4 | 202:21 | 195:21 202:5,7 |
| 246:7 | 80:24 81:10 82:4 | dealt 34:1 121:13 | 206:3 | 206:3,4,5,1 |
| covering 156:6 | 83:15 84:6,8 12 | debtor 2:19 8:9,9 | 206:1 | 207:21 212:4 |
| crack 239:7 | 84:18 98:13,17,19 | 188:9 | 213:3 | 213:14 229:4,9 |
| create 102:17 | 98:21 99:1 100:23 | debtors 1:5,15 3:21 | 214:11 | departments |
| created 87:24 | 101:8 103:17 | 8:5 19:18 21:4 | 214:1 | 196:16 207:3 |
| creditor 90:2 | 134:19 140:11 | 25:8,9,10 26:4 | 214:13 | department's |
| criteria 63:3,16 | 146:6 150:4 | 27:7,11 28:9 29:3 | 225:9 | 108:21 |
| 64:6,7 82:8,10 | 155:20 156:10,12 | 29:5 30,12,14 | 226: | depended 128:3 |
| 165:16 | 156:13 160:20 | 30:6,14,16 31:12 | 228:15 | 140:7 211:15 |
| CRR 251:17 | 161:23 163:16 | 35:12,13,18 36:13 | 233 | Depending 191:15 |
| current 100:21 | 165:21 166:13,22 | 37:6,7 38:21 | 235 248:8 | depends 192:20,22 |
| 151:11 239:4 | 166:24 167:3,21 | 40:10 41:8,12,18 | 248:19 | deponent 2:14 |
| currently 84:6 | 167:23 168:3,4,9 | 41:20,21 45:4 | 248 | 248:3 250:7 251:7 |
| 160:20 | 168:9,13 169:2,8 | 48:7,24 50:4,5,6,9 | Debtors Plaintiffs | 251:8 |
| CURRIE 1:11 | 169:15,22 170:10 | 51:4,14 54:21 | 1:2 | deposition 1:15 |
| custodians 65:6 | 170:13,18,23 | 55:4 11,12 20 | decided | 2:10,20 3:11 9:12 |
| 102:14 | 174:11,12,13 | 56:12 57:5,23 | default | 20:23 21:7 23:5 |

Teleglobe Communications Corporation, et al.

Case No. 02-11518 (MFW)               Vinyard V. Cooke, Esquire               February 9, 2005

Page 258

| | | | | |
|---|---|---|---|---|
| 23:10 28:1 53:12 | devices 223:19 | 42:14 52:11 53:20 | 89:11,16 107:15 | 208:13,21 209:2 |
| 61:11 72:13 75:22 | 224:8,23 225:2,3 | 55:1 71:10 84:3 | 107:19 109:11 | 209:12,15 210:9 |
| 86:3 94:1 104:16 | 225:5,9 227:21 | 84:22 116:6 | 111:10 112:6 | 210:10,21 211:14 |
| 115:22 116:1 | 228:4,5,9,11,16 | 148:15 153:10 | 116:9,15,20 | 211:14,14,15,17 |
| 165:6 175:8,11 | Diane 154:2 217:21 | 181:6 248:11,19 | 121:20,24 122:20 | 211:19 212:2,16 |
| 241:13 242:14 | difference 171:1,3 | discoverable 61:19 | 122:22,23 123:1,3 | 213:14,21 215:9 |
| 243:6,16 245:23 | 174:23 178:2 | 62:6 63:7,17 | 123:13 125:4,18 | 215:15,18,22 |
| 246:2,20 247:4,16 | different 39:3 91:9 | 64:16 80:21 81:17 | 126:4,16 127:8,22 | 216:1,11,14,16,21 |
| 247:22 248:1,7,8 | 127:21,24 128:3 | 83:1,2 113:19 | 128:17 129:5,15 | 217:2,5,15 222:5 |
| 249:1 | 140:2 153:20,23 | 181:16,24 182:8 | 135:15 150:17 | 222:16 229:3,6,14 |
| deputies 40:16 | 163:4 190:6 | 182:21,24 183:5 | 154:9 169:7 204:9 | 229:16,20 230:22 |
| deputized 43:5 | differently 51:9 | 183:10,12 184:12 | 216:12,18 229:15 | 231:16 235:21 |
| Derek 115:14 | difficult 49:20 | 185:10,21 214:5 | 248:13 | 247:6,11 248:12 |
| 118:20,24 119:2 | 81:22 185:16 | 214:17,22 248:15 | documentation | doing 5:4,13 63:5 |
| describe 89:22 | 191:8 234:22 | discovered 106:11 | 49:22 199:2 | 91:9 93:5 121:8 |
| 99:11 109:12 | 235:2 | 141:18 | documented 52:21 | 122:9 141:6 205:3 |
| 111:11 112:7 | difficulty 238:15 | discovery 53:20 | documents 16:7,14 | 208:15 220:16 |
| 129:16 147:17 | dig 84:1 | 181:7 190:17 | 19:4 21:4,12,21 | done 19:2 48:20 |
| 163:2 176:3 | Diplomate 1:18 | 215:20 218:19 | 21:22,23 22:1 | 52:20 56:18 58:9 |
| described 9:24 | 251:5 | 231:3 232:7,14 | 26:3 31:5,7,13,19 | 59:6,8,9 94:7 98:2 |
| 16:18 25:19 27:8 | direct 12:11,23 14:9 | 233:7 248:12 | 32:2,11,18 33:7,9 | 125:21 126:12,14 |
| 28:15 38:23 47:19 | 20:14 22:20 24:24 | discuss 92:15 | 33:21 34:3,14 | 139:11 141:7 |
| 55:11 86:7 92:7 | 25:20 118:23 | 107:20 238:2 | 38:16,24 39:5,9 | 175:2 193:23 |
| 92:11 93:24 | 123:15 124:8 | 243:22 | 39:17 40:11,17,21 | 196:20,22 201:10 |
| 111:16,21,24 | 218:22 | discussed 15:5 | 41:22,23 42:2,3 | 233:10 |
| 134:23,24 135:7 | directed 19:6,9 | 74:22 85:15 | 42:15,16,24 43:3 | double 66:6 |
| 139:12 148:14 | 86:14 | 122:22 192:10 | 43:7,10 44:4 46:7 | double-checking |
| 151:2 153:1 | directing 25:3 | 193:5 227:18 | 46:16 47:15,16,18 | 41:4 |
| 191:23 195:16,19 | 117:10 | discussion 69:11,17 | 47:24 48:9,10,10 | down 70:16 96:1 |
| 196:4 201:20 | direction 251:10 | 72:12 81:8 160:2 | 48:11,21,24 49:2 | 112:1 118:17 |
| 220:18 221:3 | directions 17:3,5 | 197:2 246:17 | 49:12,22 50:1,9 | 119:7 122:13 |
| describes 147:3 | 50:17 196:9 | discussions 16:23 | 50:16,19,24 54:23 | 131:7 152:19 |
| describing 12:20 | directly 42:22 91:7 | 17:11 18:3,12 | 66:4 85:17 87:8 | 162:21 251:9 |
| 107:15 | 141:23 | 19:16 20:3,12 | 87:11,15,22,23,24 | draft 23:21 34:9 |
| description 4:5,14 | Director 116:23 | 22:19 48:19 89:10 | 88:3 91:5,5,17,17 | 125:18 126: |
| 176:10,12 178:16 | directors 61:17 | 89:14,15,19 90:23 | 91:20 92:9,13,21 | drafted 39:16 |
| 178:17 215:6 | 63:22,24 135:22 | 93:6,22 107:11 | 93:11,20,21 94:15 | drafting 34:2 |
| designated 3:23 | 248:14 | 159:22 167:6,7 | 95:8 127:14,24 | drive 35:6,11,12,19 |
| designee 1:16 | disagree 20:9 195:2 | 227:17 238:9 | 128:1,1,7 129:18 | 36:14 38:4,6,11 |
| destroy 48:18 50:19 | disagreement 24:9 | 241:5,18 242:2 | 130:1,5,17 131:2 | 38:15,16,24 39:1 |
| 130:16 | disappear 136:13 | disks 224:9 225:6 | 134:16 135:5,20 | 39:3,7,9 43:19 |
| destroyed 130:7 | disappeared 102:24 | 226:6,8,9,9 227:16 | 136:11,16,23 | 45:1,11,11 46:10,17 |
| destroying 49:23 | 103:1 106:3,7,12 | 227:6,10,12,16 | 137:12,19,19 | 65:8,17,19 66:15 |
| 127:24 128:1 | 106:19 107:9 | dispose 179:21 | 138:3,3 144:15,19 | 66:22 67:4,19 |
| detail 149:21 | 111:17,18 | District 1:1,1 | 162:15 176:1 | 69:14,20 70:3 |
| determine 63:16 | discard 40:17 | 231:20 | 181:8 190:17 | 71:8 72:17 73:20 |
| 66:12 75:10,15 | discarded 87:11,23 | divide 198:15 229:8 | 194:19 195:1,9,15 | 74:1 79:7 96:2,5 |
| 97:5,9,14 155:9 | 130:6 201:17 | divided 198:17 | 195:21 196:2 | 96:11,14,19,21,22 |
| 155:11 156:19 | disclose 220:10 | dividing 199:11 | 197:6,19 198:6,14 | 97:3,6,10 100:9 |
| 160:16,23 165:1 | disclosed 181:19 | division 140:4 | 198:18,19,20,23 | 101:9 134:19 |
| 228:8 | 218:19 220:9 | divulge 127:17 | 198:24 199:18 | 170:23 171:10,16 |
| determined 64:3 | disclosure 44:17 | document 3:21 | 200:5,8,10,20 | 174:13 |
| 130:13 204:18 | 60:12 146:24 | 11:10 16:4,6,12 | 201:2 202:21,22 | drives 38:15 39:7 |
| develop 122:7 123:3 | 149:1,3,7 151:19 | 23:18,20 24:13 | 203:5,15 204:5,5 | 46:1,1,2 65:8 70:9 |
| 123:13 | 153:19 190:16 | 34:6 50:21 53:17 | 204:7,14,21 | 70:21,23 71:15,23 |
| development | 218:19 | 53:21 61:20 86:8 | 205:10,24 206:14 | 80:3 98:13 171:21 |
| 145:19 | disclosures 37:22 | 86:12,15 88:10 | 207:1,13 208:10 | 172:8,21 173:13 |

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 259

| | | | |
|---|---|---|---|
| 182:18 226:7 | 73:19 91:4 92:7 | 212:21 225:16 | established 44:4 | 80:10 86:13 |
| dropped 113:21 | 92:12 95:7 100:22 | 226:6 227:15,20 | estate 34:9 36:3 | 152:24 181:21 |
| Drye 5:1,1,22,23 | 101:8,11 194:19 | 248:14 | 36:19 37:17 45 | 193:6 210:18 |
| 6:1,4,7 | 211:16 228:3 | employment 4:15 | 79:11 20:4 :18 | 236:20 |
| Ducharme 119:11 | eight 209:13 | 7:8 37:10 124:11 | 80:20 81:4 80 24 | examination 3:6 |
| duly 2:15 251:7 | eight-box 210:17 | 176:22 179:4 | 82:15 16 44 | 248:4 251:12 |
| during 7:3,5 18:2 | either 18:1 36:18 | emptying 206:6 | 88:16 19 43 | examined 2:15 |
| 125:6 186:15 | 41:8 47:6 48:1 | enable 25:10 | 95:2 44 180:22 | 251:7 |
| 197:12 247:17 | 52:24 79:7 105:9 | end 19:20 88:24 | 198:18,21 43 | example 67:23 72:1 |
| duties 218:12 | 125:11 132:19 | end-of-day 151:9 | estates 8:6 | 72:2,10 81:11 |
| D-e-f-o-r-g-e-s | 135:14 137:11 17 | end-of-month 151:8 | estate's 113:21 | 177:21 179:24 |
| 119:5 | 146:20 178:7 | end-of-week 151:7 | estimates 151:11 | 206:16,18 209:21 |
| D-u-c-h-a-r-m-e | 180:14 251:13 | enforcible 25:7 | et 1:4,6 | 209:23 236:11 |
| 119:11 | electronic 12:13,24 | engaged 50:23 | European 71:14 | 239:6 |
| D.C 6:6,7 | 14:8 15:7,13,18 | 115:14 196:15 | 121:13 | exceeded 177:22 |
| | 15:22 16:19 19:5 | 220:12 | even 34:17 18 | Excel 113:13 114:8 |
| E | 21:22 38:19 42:13 | engagement 218:15 | 84:9 95:11 145:23 | 114:16 |
| e 19:13 55:1 57:4 | 45:9 48:9,10 | 222:18 | 171:17 175:18 | except 59:17,18 |
| 61:19 141:24 | 49:23 51:19 52:9 | Enns 105:18 | 237:5 | 155:21 |
| 248:2,6,15,18 | 54:23 66:4 93:21 | enough 63:15 66:3 | evening 71:1 110:12 | exception 80:16 |
| each 5:19 127:20 20 | 130:13,14 134:16 | 82:5 83:3 195:13 | event 154:1 | excess 52:24 |
| 128:3 152:11 | 135:3 138:3 | 220:6 | ever 19:11 25:16 | excessive 57:18 |
| 197:18 206:6,11 | 144:15,18 152:7 | ensure 56:13 57:24 | 74:22 75:2 76:9 | 235:23 |
| 216:9 | 156:14 158:5 | 59:20 95:16 135:4 | 77:13 78:16 90:16 | exchanged 67:13 |
| Eakin 65:10 66:22 | 181:7 185:9 | 158:22 | 95:18 97:4 98:9 | 230:24 |
| 66:24 68:16 70:17 | 190:17 217:17 | entered 244:15 | 99:23 1 8 | exchanges 58:22 |
| 80:4,13 84:7 | 218:19 223:5,10 | enterprise 142:18 | 138:1 163:8 | exclusively 187:8 |
| 117:22 | 223:19 224:8 | entire 33:4 50:14 | 117:5 220 | executed 145:20 |
| earlier 113:4 152:9 | 225:4,20,23 226:2 | 230:4 | 133:11 148:15 | executive 106:17 |
| 191:23 195:16 | 226:10 230:23 | entities 8:9 9:10 | 135:1,3 145:18 | executives 77:4 |
| 196:4 199:12 | 235:21 248:12 | 13:24,24 145:18 | 139:7 14 | 112:2 228:2,2 |
| 200:24 221:8 | electronics 48:4 | 146:1,19 196:6 | 192:1 11 13 | exercise 196:15 |
| 234:17 | elicit 27:3 | 209:20 210:3 3 | 198:9 9 19 | exhibit 2:10 3:19 |
| early 15:2 88:12 | employ 37:7 | entitled 2:24 61:17 | 207:5 11 13 | 9:11,12,16 11:9 |
| 155:2 234:13 | employed 7:12 | 220:13 | 209:1 10 19 | 23:5 53:12,16 |
| 237:13 242:3 | 80:18,20,23 81:16 | entity 7:12 8:1 10:4 | 218:6 20 | 61:11,15,15,16 |
| easier 117:20 | 81:24 82:14 99:14 | 70:23 111:1 | 224:6 13 17 | 64:20 70:12,13 |
| 243:23 | 110:11,13 121:6 | 113:14 | 226:2 11 13 | 80:12,15 82:4 6 |
| education 4:6 | 217:12 | equipment 37:6,11 | every 31:14 35:8 | 82:15,21 84:4,9 |
| Edward 131:17 | employee 13:22 23 | 51:16,18 77:2 | 88:16 13 103:22 | 84:12 95:23 105:4 |
| effect 238:12 | 34:24 73:5 88:20 | 176:13 177:24 | 141:13 12 | 115:22 116:1,4,5 |
| effectively 40:16 | 132:23,24 133:18 | 178:18 180:4 | 224:3 | 116:5,11 117:8 |
| 52:10 224:5 | 187:16 188:9,20 | 185:9 214:5,17,22 | everybody 30:1 | 147:3 163:12 |
| 229:23 237:1 | 191:16,16 197:19 | 223:3,4,8 14,15 | 45:23 | 170:16 172:22,23 |
| 238:10 242:6 | employees 31:4,11 | 224:2 4 12,19 | everyone 31:18 | 173:9,13 175:8,11 |
| effects 42:10 43:15 | 36:1 38:21 41:11 | 225:19 228:6 | 39:3 69:4 111 | 175:15,21 176:12 |
| 201:3 | 41:17 48:24 49:11 | 237:18,22 238:10 | 94:1 1 14 | 176:14,18 177:18 |
| effort 37:15,18,19 | 52:15 61:18 63:10 | 238:12,18 239:14 | 136:19 7 20 | 178:8,9,13,15,19 |
| 41:21 44:12 45:1 | 63:14 72:1 73:4 | 240:4 | 190:11 8 | 178:22 190:15 |
| 45:12 46:5,14 | 76:21 86:9,15 | equipments 225:15 | everyone's 16:6 | 215:1,4 217:5 |
| 47:13 49:5 57:5 | 88:7 89:12 94:13 | erased 99:2 | everything 18:20 | 220:19 231:11 |
| 71:7,15 73:22 | 95:5 103:6,18 | LRRA I A 249:5 | 66:11 1 11 | 235:16,17 |
| 77:9 97:5 136:18 | 131:1 134:12 | 250:4 | 196:7 3 4 6 | exhibits 61:10,14 |
| 226:5 228:8 | 135:21 186:4 17 | especially 179:22 | 209:13 19 54 | 175:15 248:7 |
| efforts 21:4,11,20 | 186:18,23 187:6 | ESQ 1 20 2:2,5 | 21:15 19 | 249:1 |
| 21:24 48:7 49:24 | 188:2 189:1 195:9 | Esquire 1:16 2:13 | exact 14:10 | exist 44:5 155:2 |
| 50:3,6,8,13,22 | 195:12 197 6 | 248:3 16 251:7 | exactly 33:14 63:5 | 240:15 |

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No 02-11518 (MFW)

February 9, 2005

Page 260

| | | | | |
|---|---|---|---|---|
| existed 18:10 51:5 | 157:21 159:6 | Fed 248:20,20 | 158:2 171:18,20 | forced 42:19 |
| 147:19 153:12 | 162:24 163:2 | Federal 1:15 22:4 | 172:7 182:12 | foregoing 251:11 |
| 154:7 224:15,19 | 168:6 171:4,10 | 116:6,7 | 183:13,19,23 | forgetting 149:8 |
| 224:23 225:2,15 | 186:21 187:4 | feel 24:18,19,23 | 185:15 224:7,14 | form 8:24 10:3,9,15 |
| existence 26:1,4 | 189:18,19 191:17 | fellow 13:16,17 | 224:23 225:16 | 15:15 20:2 24:5 |
| 127:13 148:1 | 223:5,9 227:18 | 244:8 | 231:5 234:12 | 29:17,20,23 30:17 |
| 205:9,19,21 | e-mails 138:7,12,18 | felt 95:14,15 177:23 | 235:7 | 30:21 31:15 36:22 |
| existing 57:19 87:23 | 141:4,8 166:20 | Fetzer 1:18,23 | finding 36:17 | 40:13 41:15,24 |
| 191:17 235:24 | 171:7 221:12 | 251:5,17 | fine 23:2 77:23 | 42:4 45:3,16 |
| 236:3,5 240:4 | 235:20 | few 3:10 126:12 | 80:23 81:6 82:3 | 46:12 47:2,17 |
| exists 38:1 103:12 | | 213:11 227:23 | 82:13 85:4 242:21 | 48:12 49:3,7,9,14 |
| 103:14 205:12,15 | ——————— | 234:14 | 243:13,19 | 50:2,10 56:15 |
| expect 243:5,15 | F | Fields 32:24 33:1,2 | Finger 1:16,20 | 57:8 63:18 64:13 |
| 245:20 | face 33:16 | 119:17 132:3 | 11:19 | 64:18 77:16 79:8 |
| expectation 127:12 | facilities 42:17,23 | fifteen 89:1 | finish 75:14 246:4 | 89:6,13 91:22 |
| expected 29:5 | 94:9 191:18 196:5 | figure 19:4 48:24 | finished 246:9 | 92:1 94:14 95:9 |
| expensive 17:14 | 196:12 197:5,9,11 | 49:12 127:11 | firm 4:22,22,24 | 95:20 97:24 98:24 |
| 77:5 111:24 | 197:14,18 198:5 | 147:23 157:8,14 | 11:18,21 | 100:4,10 103:2,23 |
| expertise 154:5 | 205:23 207:1,12 | 221:16 224:18 | first 2:14 3:13 4:15 | 104:6,11,22 105:8 |
| expiration 153:14 | 208:9,13,20 209:2 | 225:1 226:5 | 14:23 20:6 22:11 | 105:20 107:24 |
| Expires 251:18 | 211:23 212:1,4,8 | figuring 120:4 | 22:18 28:9 44:6 | 108:9,18 112:9,17 |
| explain 38:13 79:4 | 212:11,13,21 | file 29:12 90:2 | 90:5 126:3,24 | 112:21 118:4 |
| 130:8 178:14 | 213:14,20 229:3 | 94:17,18,20 95:2 | 136:4 176:11 | 120:11 121:23 |
| 179:18 229:19 | facility 48:2,22 | 128:22,24 135:5 | 178:15 192:2 | 122:2 125:5,8,12 |
| explained 44:15 | 146:13,15 191:19 | 153:12,13,16,21 | 222:7 223:1 | 126:5,24 127:15 |
| 113:4 | 191:21,22 210:14 | 156:5,8,20 157:2 | 243:18 | 128:8 129:11 |
| explaining 33:17 | 230:2 | 168:7,10 189:20 | fits 237:7 | 130:10 131:3 |
| explanation 20:24 | fact 12:2 19:17 | 189:22,24 206:5,6 | five 105:14 236:15 | 135:2 136:5 137:4 |
| 25:22 | 30:11 34:16 41:7 | 206:13,15 | five-minute 134:8 | 137:20 138:4 |
| expressed 21:14 | 45:14 46:10 54:4 | filed 23:22 24:1,4 | 235:9 | 139:14,24 140:20 |
| expressly 21:15 | 56:14 58:1 123:3 | 24:12,14 42:13 | Five-page 248:18 | 141:13 147:20 |
| extent 3:2 15:14 | 149:24 151:3 | 58:9 128:7 176:5 | floor 1:17,21 2:3 | 148:19 149:13 |
| 38:1 44:19 49:24 | 153:15 177:14 | 181:1 218:7,8 | 42:21 43:18 74:14 | 151:4,22 153:3 |
| 62:21 85:24 127:1 | 191:7 208:20 | 219:3 | 106:5,14,15 112:2 | 156:22 157:10,16 |
| 127:16 136:3,8 | 240:14 | files 37:24 38:17 | 228:1 | 158:24 159:1 |
| 137:5 146:3 164:5 | facts 30:12 | 39:1 42:24 43:12 | floppy 226:9 227:6 | 160:8 173:4,17,23 |
| 167:5 169:8 | failed 30:11 | 52:9 58:24 109:19 | Flyer 4:23,24 5:14 | 178:11 179:15 |
| 195:15 220:8 | fair 8:20 63:15 91:4 | 109:22 129:4 | 6:4,6 | 181:18 182:2,10 |
| 230:17 | 92:20,24 105:3 | 130:19 165:24 | focus 146:24 | 182:13,23 183:15 |
| extraneous 90:24 | 148:15 198:20 | 201:1,20,21 | focused 61:2 137:16 | 184:14 185:1,11 |
| e-data 62:6 63:7,17 | 202:20 | 202:17,23 206:8 | folders 201:2 | 185:23 19:1 |
| 64:4,10,16 65:6 | fairly 27:1 59:1,2 | 206:11,15 210:2,3 | follow 17:20 84:22 | 194:12 195:11,24 |
| 80:21 81:17 83:1 | 106:8 | 210:4 229:10,11 | 143:18,19 | 196:3 198:3 |
| 83:2 108:5 | fall 43:4 142:3 | 229:11,12,16,17 | followed 138:2 | 200:22 202:1 |
| e-discovery 37:22 | 152:8 234:13 | 229:21,22,22,24 | 151:3,5,20 153:16 | 203:1 207:17 |
| 231:20 | family 132:8 | filing 41:3 51:15 | 229:20 | 210:12 212:18 |
| e-mail 15:12 34:9 | far 3:16 50:3 68:13 | 170:6 237:3 | following 13:11 | 214:6,18 216:13 |
| 34:12,16,18 39:16 | 74:2 131:24 150:2 | filings 215:14 | 23:18 54:24 61:10 | 216:19 217:7 |
| 39:18,22 40:9 | 220:5 227:5 | Finally 12:12 | 65:9 138:14 | 219:21 224:20 |
| 51:18 54:22 58:22 | 230:20 | finance 209:21 | 170:18 174:10 | 225:10 230:16 |
| 61:2,6,7,8 71:10 | fashion 243:14 | 211:13 | 231:15 232:3 | 234:16,21 237:24 |
| 78:3,6,11,18 79:6 | FCC-licensed 7:18 | financial 215:13 | 233:2,18 | 238:8,14,21,24 |
| 85:24 135:5 138:8 | February 1:17 | find 34:15,18 49:5,6 | follows 2:16 | 239:16 |
| 138:17 143:7,11 | 65:20,22 141:9 | 57:5 98:10 106:6 | follow-up 78:9 | formally 125:13 |
| 147:4,18 151:7,10 | 156:6,21 157:15 | 106:14,24 108:16 | 138:7 | formatted 227:6 |
| 153:21 154:6,22 | 157:22 160:17 | 111:22 118:22 | footnote 117:11,15 | former 71:24 |
| 155:1,22 156:1,14 | 162:11 186:13 | 132:22 150:24 | force 72:8 | 133:18 |
| | 251:6 | | | |

Teleglobe Communications Corporation, et al.
Case No  02-11518 (MFW)                Vinyard V Cooke, Esquire                February 9, 2005

Page 261

| | | | |
|---|---|---|---|
| formerly 51:18 | 220:11 237:22 | 194:22 208:1 | 39:2 41:1  46:1 |
| 223:4 9 | 238:6,13 19 | 216:5 230:2,7 | 248:6 |
| formulate 141:1 | 251:11 13 | 234:15 236:13 22 | Hainslu the r |
| forth 29:15 44:17 | | 237:4 239 2 | 120 18 |
| 76:22 147:22 | **G** | 243:17 246:15 | half 4:2  4:  10:23 |
| 149:1,6,15 187:13 | games 36:12 | goes 164:2 | 113 2  |
| 212:5 | gap 235:8 | going 15:3 17:17 | handful 3  42 |
| Fortin 1:10 77:4 | gather 225:16 | 19:3 20:14 22:20 | handled 7  9 47 19 |
| 105:22 106:12 | gathered 198:6 | 25:20 26:24 33:14 | 131 19  46 17 |
| 168:13 169:9 | 210:9 | 33:18 34:21 43:8 | 200 2  |
| 188:7,8 189:10 | gave 33:12 53:9 24 | 60:2 64:4 66:5 | handling  + 16 |
| 214:16 | 54:10 83:14 | 70:16 77:18 83:10 | 210 1 |
| Fortin's 106:19 | 195:19 196:9 | 83:12 84:1 85:14 | hands  1 |
| 107:12 | 225:14 243:6 | 88:5 90:1 13 | hand-held  2:2 |
| Fortuna 123:19 | general 2:18 6:11 | 115:24 130:6 | happen 35  8 52 8 |
| 124:10 126:1 | 6:13 26:19 33:23 | 131:7 136:13 | 72:28 11  12 |
| forward 225:23 | 76:20 88:2 223:12 | 138:20 176:22 24 | 207 2  16 |
| 239:2 | generally 7:11 | 177:8,12 178:24 | 2:3 2 |
| four 5:18 | 29:19 40:15 41 14 | 179:8 194:22 | happened  1 23 |
| Four-page 248:16 | 44:6 62:4 5 | 217:2 227:7 | 35:9 56  1 2  1 |
| frame 52:5 85:18 | 102:22 126:23 | 232:18 235:1 | 41:12 47  3 68:8 |
| 115:11 230:4 | 130:4 132:14 | going-forward | 74:5 9 9   9 |
| Francois 131:8 | 147:6 | 87:24 | 102  11  13 |
| frankly 242:19 | generated 61:19 | Gold 113:10,13 | 113 1  9 18 |
| free 78:22 | 62:8,10 65:20 | gone 43 10 44:2 | 190 10  91 13 |
| friend's 236:22 | 162:11 248:14 | 59:17,18 173:10 | 200 11  18 21 |
| from 3:15 4:15 5:10 | generically 245:7 | 173:19 200:7 | happening 15 11 |
| 5:21 7:6 11:13 | gentleman 14:5 | good 3:8 53:5 72:1 | happens 7  8 14 |
| 15:3 16:23 18:15 | gentlemen 246:16 | 196:17 | 205 11  9 |
| 19:13,14 27:15 | George 117:10 | gotten 214:10 | happy 4  11 12:7 |
| 37:11,13 40:9 | 248:18 | graduated 4:8,10 | 26:11  1 |
| 41:8 54:23 59:16 | gets 24:16 75:6 | grainy 236:23 | 120 10  1  3 |
| 64:20 78:2 86:14 | 223:14 | great 90:14 | hard 1   12 |
| 89:2,4 99:2 109:5 | give 4:5,14 83:9 | Gregory 133:11 | 31:7 1  1 2 |
| 110:3 117:9 132:9 | 102:16,20 192 2 | ground 20:17 222:1 | 35 10  4 4 38:4 |
| 134:11 135:10 | 207:5 212:24 | group 33:4 35:23 | 38 9  9 9 12:1 |
| 141:16 152:18 | 213:5 237:17 21 | 43:6 59:15 80:5 7 | 36 10  4 18 |
| 153:10 156:3 | 238:17 239:18 | 80:9 81:14,15 | 49 2  66 8 8 12 |
| 168:6,10 170:23 | given 62:9 74:16,23 | 124:5 130:18 | 65 1 10  13 23 |
| 170:24 172:21 | 90:3 122:14 147:7 | 141:17 158:16 | 77 4 11  14,20 |
| 173:12,22 174:9 | 174:7 182:1 | 198:16 201:22 | 79 3  3 11:8 |
| 189:2 195:17 | 200:11 212:20 | 209:21 227:17 | 71 16  1 16 |
| 198:11 200:9 | 213:8 251:8 11 | groups 39:4 | 73 2  1 76 7 |
| 229:2,16,16 231:1 | giving 3:15 | guess 17:24 47:18 | 80 3 10  5 11 14 |
| 248:16,18 | GlobeSystem 8:23 | 75:8 78:3 136:10 | 86 10  9 9 13 |
| front 88:1 | 9:2,4,10,20 10 2 | 136:13 137 13 | 97 0 10  8 15 |
| full 45:10 55:6,22 | 29:4 30:7 | 141:3 185:3 | 100 3 11  9 |
| 56:14,22 57:6 | go 8:3 12:21 15:1 | 186:23 240 2,6 | 123  4  14 15 |
| fully 55:14 | 31:16 36:16 39:15 | guessing 100:13 | 15 11  16 23 |
| function 95:10 | 43:6 71:6 72:9 | 149:15 216:8 | 171 1  9 91 |
| functions 93:4 | 75:12 81:3 83:3 | Guidi 107:22 108:2 | 177 9  13 12 |
| 209:19 | 95:23 96:1 97:13 | 173:9 | 174  82 18 |
| fund 29:3 30:5 | 100:12 118:17 | Guthrie 133:12,14 | 185 |
| funding 25:10 | 120:4,13 127:24 | guys 158:13 | harder  |
| 29:11 30:16 | 137:11 149:19 | | hardware  87 19 |
| 122:17 | 152:5,21 154:3 | **H** | 135 11  46 3 5 |
| further 78:16 | 157:24 178:1 | H 1:12 38:15,24 | 23 4  4 |

| |
|---|
| hassle 177:24 |
| having 2:14 26:10 |
| 33:15 75:23,24 |
| 125:21 185:3 |
| 206:2 |
| Hazel 4:21,22 5:4 |
| 6:3,5 |
| head 14:20 108:24 |
| 109:3 5 158:1 |
| heads 140:4 |
| hear 8:13 14:15 |
| 19:19 113:22 |
| 237:19 243:8 |
| heard 202:16,18 |
| hectic 95:11 |
| held 98:6 140:4 |
| 144:17 |
| Helen 32:24 33:1,2 |
| 119:16 132:3 |
| help 236:7 |
| her 14:11,19 69:2 |
| 69:22 114:15 |
| 120:5 180:16 |
| 218:12 219:22 |
| 220:1 |
| hereto 176:14 |
| 178:19 21 |
| highly 177:20 |
| him 20:14,16 22:7 |
| 22:20 24:24 28:6 |
| 28:17 34:9 36:23 |
| 39:24 76:3 86:20 |
| 101:15 104:5,8,10 |
| 105:19,23 107:23 |
| 108:5,8 111:7 |
| 113:19 114:19,22 |
| 115:2 117:4,17 |
| 121:13,16 133:20 |
| 134:2 164:24 |
| 218:22 222:7 |
| 232:12,15,18,21 |
| 242:16,18 244:24 |
| hired 6:21 145:15 |
| history 4:15 |
| hold 103:11 236:12 |
| holding 94:10 |
| holds 236 15 |
| honestly 19:12,15 |
| 24:15 47:3 66:7 |
| 142:16 149:5 |
| 185:17 233:9 |
| Hope 130:24 133:8 |
| hopefully 163:8 |
| house 236:22 |
| HR 7:8 43:4 |
| human 109:15,17 |
| 109:19 |

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)      Vinyard V. Cooke, Esquire      February 9, 2005

humor 139:5
hundred 105:15,16
H-a-i-n-s-f-u-r-t-... 120:18

_____I_____
iceberg 90:12
idea 11:1,7 13:20
  14:6,11 30:1 50:6
  54:16 63:19 73:16
  92:17 95:17 99:6
  99:7,20,22 100:14
  102:12 106:4
  112:20 118:2
  159:8 162:18
  192:4 201:13
  206:24 207:4
  211:19 212:19,23
  233:24 234:8
  238:1 239:6
identification 2:11
  9:13 23:6 53:13
  61:12 115:23
  116:2 175:9,12
identified 27:16
  104:14
identify 9:22 10:14
  63:6 102:13
identities 83:9
identity 80:17
  191:15
imaged 65:9 170:18
  174:11,14,21,24
images 236:24
imaging 172:21
  173:12,22,24
immediately 143:14
  143:20
implementing
  231:22
implicated 239:8
implications 238:10
import 88:2
important 88:4
  238:23
improper 20:20
  23:1,9
Inc 1:9 7:16,17,18
  8:12,21 9:8,9,23
  110:22 161:14
include 215:10
included 81:12,14
  83:1 204:20
  229:15
includes 22:5
including 21:22
  51:16 217:16

223:3
indeed 75:16
index 55:2 155:12
  198:5 199:17
  200:17,21 201:7
  202:12,14,16
  203:5,18,21 204:6
  204:22 205:1,2,5
  205:6,9,12 209:12
  210:17 211:3,6,7
  211:12,15 216:6
  217:6,9 230:6
indexed 230:6
indexes 211:9
  215:21 216:10,24
  227:8
indicate 150:17
  176:23 177:7,11
  211:4
indicates 153:20
  179:13,19 180:21
  181:23
indicating 37:12
  81:19 82:19,21,24
  143:8
indication 179:6
indirectly 91:7
individual 31:24
  38:17 39:1 95:12
  197:19 206:9
  227:15
individuals 33:6
  41:20 64:5 65:5
  65:10 70:7,10,11
  71:22,24 78:15
  79:7,14,23 80:2
  81:4,9 83:15,18
  84:5,12 97:3,9
  104:16,20 105:4
  117:14 118:8
  125:24 163:17,20
  163:24 164:13
  165:17 169:21
  170:18 172:22
  173:11,13 174:11
  180:22 182:19
  186:22 192:16
  193:5,15,21 194:5
  194:16 195:7,22
  201:19 206:15
  221:2 227:11
individual's 52:9
information 2:23
  12:13 18:24 27:13
  27:20 30:24 35:14
  38:7,10 44:13
  45:13 46:11 48:15

49:8,10,11,13,17
  52:14 56:8,10
  62:24 66:5 67:19
  73:13,20 76:24
  78:17 79:12,14,15
  80:8 81:17 82:7
  83:14 84:2 109:16
  113:16,19 127:3,5
  154:10,16,18
  158:2 161:18,21
  164:16 165:8
  171:17,19 181:16
  181:24 182:9,22
  183:1,2,5,10,12
  183:20,23 184:12
  185:10,22 187:3
  190:8 204:1 214:5
  214:17,22 216:9
  220:9 226:10
  228:9,17 230:3,24
  233:20,23 234:7
  234:15,20
informed 90:1
  148:3,4
initial 116:5 126:6
  248:19
inquired 202:19
inside 39:4 157:12
  240:20
insiders 177:23
  179:22
instance 47:24 83:4
  178:22 179:10
  225:6
instances 238:15
instruct 15:20 16:1
  31:4,10 32:1,10
  40:10 48:14 77:13
  101:23 102:3
  197:23 208:9
  224:11,14,18
  226:19
instructed 19:11
  32:17 33:7,8
  50:15 76:19
  122:19 130:15
  141:21 197:18
  208:13,20 209:2
  224:22
instructing 20:16
  27:17 34:7 39:17
  39:24 40:20 85:17
  130:18 143:12
  232:12
instruction 15:4
  18:17 23:1,8
  31:17 33:11 40:5

74:16,23 87:14.22
  94:3 102:16,20
  123:4 128:9 137:1
  143:18 164:14
  167:11 195:20
  197:7 207:5
  212:20 213:1,5,8
  213:9 225:14
  237:17,21 238:18
  238:22 239:19
instructions 138:1
intact 19:8,10
integrated 184:4
intend 2:22 3:4,4,5
  243:3,11
intended 181:23
intending 181:20
intent 3:1
interest 110:20
interested 86:22
  87:1 251:14
interests 91:16
interface 46:1
interim 17:18 43:24
  161:5,13 162:4
internal 244:3
internally 239:9
interplay 223:13
interpose 232:8
intrudes 22:22
invade 26:21
invading 24:18
investigate 96:16,18
  172:11,13,16
  185:20 213:7,18
investigated 96:20
  184:11 185:8
  208:19 209:1,4
  213:17,20
investigating 83:8
investigation 22:2
  74:8 78:20 79:4
  97:8,18 98:4,4
  101:19 108:11,15
  108:17 209:6,8,10
  226:20,23 228:15
involve 9:19 136:7
involved 9:1,3,24
  10:5,11,16,19
  14:7 16:9,15 34:2
  83:5 90:8,10
  91:19 92:21,24
  93:1 134:24
  135:19 136:21
  196:13 198:12
  219:12,19
involvement 133:5

133:7
involves 137:5
Iron 144:14,15
  210:13 211:1.20
  212:6,17
issue 16:11,14 34:5
  85:16 86:9 89:16
  93:23,24 94:12
  114:3 121:17,20
  127:19 135:16
  137:14 172:11.13
  172:16 187:14
  190:10 241:10
issued 86:11
issues 2:21 7:8,8,9
  22:8 82:23 124:24
item 177:2 235:15
items 201:12 224:6
  225:22
IV 1:20 248:16

_____J_____
J 1:10,11 248:18
Jacques 119:6,7
January 13:6 54:7
  64:21 78:2,4,12
  149:16 150:2,4,7
  156:3 163:10,16
  165:13 192:5,9,14
  248:17 251:18
Jarman 1:10 108:7
  108:15 169:15
JEAN 1:11
Jersey 218:3
job 4:15 100
  197:8,11
John 2:2 6:9 19:14
  62:11 63:19 67:23
  67:24 74:21 80:3
  91:10,14,15 10
  92:6,12 11  2
  122:5 125:14
  126:6 134:4
  165:23 167:18
  169:17 177:2,18
  178:5 199:13,14
  221:10 233:23
  234:6 244:19,19
  244:20,22,23
John's 124:8 202:10
join 6:13
joined 5:2 6:12
  109:7
Jointly 1:4
July 42:18
June 42:18 148:8
  148:10

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)        Vinyard V. Cooke, Esquire        February 9, 2005

| | | | |
|---|---|---|---|
| just 3:21 8:4 9:15 | 121:12 206:14 | 110:15.17 111:1.3 | 183:13 15  1 6 7 |
| 9:24 10:4 11:8 | **King** 1:23 | 111:4 6.8 18 .20 | 184:22 15  24 |
| 13:7 15:5 19:7 | knew 60:10 117:4 | 112:15.18.24 | 187:13 19 25 |
| 21:13 23:14 26:9 | 142:19 167.18 | 113:9.17 114:5.7 | 189:14   19 0 5 |
| 38:23 39:12 49:20 | 200:6 | 114:9.9,10,11.11 | 190:10 11   91 10 |
| 52:23 53:15 55:11 | know 9:9 10:19 | 114:13.16 20.23 | 192:15    13:4 |
| 61:2.14 64:2 | 11:21 13:10 10.23 | 115:13 14 16 | 193:14 19 21 |
| 65:24 66:3 70:16 | 14:20 16:8 17:16 | 117:5 7.15.23 | 194:11 17 |
| 71:2 72:10 75:13 | 17:16 21:3 22:19 | 118:6.6.14 15.19 | 197:15   18:8 8 |
| 77:5 78:10.17 | 28:8 29:18 30:19 | 119:2.3.7.9.12 13 | 199:6     13 17 |
| 81:18 84:21 85:14 | 31:17 32:5 33:11 | 119:15 19 120:13 | 199 20    24 |
| 87:8 90:23 98:7 | 34:12.35:10.13.21 | 120:17 19 20 22 | 200 14 15 16 |
| 99:6 104:14 | 36:20.24 37:3.14 | 121:2.8.10 122:16 | 200 17   19 21 2 |
| 106:13 115:17 | 38:20 39:8.11.12 | 122:21.22 123:2 7 | 201 13   18 |
| 118:17 137:8.9 | 40:7.8.14.22 | 125:13.22 23 | 203 14 21 24 |
| 138:12 140:1.7 | 41:13 43:5.14.23 | 129 3.7.12 131:8 | 205 5   9 13 |
| 141:6 145:9 | 46:9 18.21.22 22 | 131:10.11.12.13 | 206 17   9 8 12 |
| 146:15 147:23 | 47:1 3.20 48:13 | 131:15.17 20,22 | 208 19   10 11 |
| 156:14 160:9 | 48:23 51:1 52 13 | 132:5.11.13.16.18 | 210 9     13 |
| 171:14 173:5 | 52:22.23 55:17 | 133:1 9.12.19.23 | 213 6 16 9 23 |
| 175:14 177:23 | 56:3.9,17,18.22 | 134:1 5 135:12 | 214 16   21 22 |
| 185:16 187:6.13 | 56:24 57:13 58:20 | 138:22 140:21 | 217 8 9 10 13 |
| 192:20.22 196:4 | 59:8.9 60:8.13 13 | 142:3 6.10.16 | 218 14 9 11 7 23 |
| 196:10.24 198:4 | 60:14 62:20 63.19 | 143:10.13.13.19 | 219 2   9 13 14 |
| 198:23 199:22 | 63:20,20 64:7.18 | 144:24 146:17.18 | 221 18   19 12 |
| 200:1 201:12 | 64:15 66:3 3.10 | 148:7.7.24 149:17 | 223 12   14 22 |
| 211:9,10,13,15 | 66:11.18.24 67 5 | 149.18.19 150:1 3 | 224 21 8 9 11 |
| 220:4 224:3 | 67:9.18 22.23 | 150:10.14.23 | 225 5 16 24 |
| 231:14 236:8 | 68:1.4.8.11 13.17 | 151:2.5 152:8 4 5 | 227 9 11 10 |
| 237:6 238:1 239:1 | 68:19 69:1 3.22 | 153:18.19.23.24 | 228 3   9 13 |
| 240:3.20 242:5.5 | 69:24 70:1 71:2.3 | 154:6.11.17.19.21 | 231 14 15.15 |
| 243:22 245:6 | 71:19 72:6 9.18 | 155:1 157:5.17.18 | 233 1    15 |
| | 72:22.23 73:7.15 | 157:19.24 158:3 4 | 234 14   19 |
| **K** | 73:21.22 74:2 4 5 | 158:20 159:5 7 | 235 5 9   6 8 |
| **Kathy** 32:34 68:23 | 74:7,10.14.19.20 | 159:13.16 16.18 | knowledge   1 5 16 |
| 91:10.12.12.13.18 | 75:1 76:15 77:12 | 160:3.7.9.19.19 | 113 15    14 19 |
| 92:3 117:21 120:3 | 78:5 83:20 88:2 | 161:1.5.7.16.22 | 6 14   8 19 |
| 123:20 124:20 | 88:15.16 89:7.21 | 161:23 162:2.5.7 | 82 15 16 21 25 12 |
| 126:1 180:15 | 90:8 91:23 92:14 | 162 13.15.18 | 95 11   2 5 |
| 199:12,14 | 93:9 94:22 95:1 2 | 163:4 164:8 12.17 | 13 10   13 15 17 |
| **Kathy's** 202:11 | 96:4.6.13.15.20 | 164:18.20.22 | 107 15 16 18 |
| keep 32:18 52:17 | 96:24 97:20.22 | 165:13.16.21 | 111 16 17 18 24 |
| 94:10 127:23 | 98:7.7.11.14.15 | 166:1.3.7.9.11.13 | 126 2 14 15 20 |
| 146:19 | 98:17.19 21.23 | 166:18.21 23.24 | 148 21 22 24 |
| **Kelley** 4:24 5:1,22 | 99:1.4.5 23 100 2 | 167:22.23 168:1.2 | 168 3 11 14 18 |
| 5:23 6:1.4.7 | 100:8.11.15.16 | 168:4 6.8.9.12.13 | 171 11   14 21 |
| **Kenny** 133:23 | 101:17 17.22 | 168:17 21.23 | 185 12 14 15 8 9 |
| kept 19:7 37:20 | 102:11.15 103 5 8 | 169:2 5.6.10.12 | 191 9   11 14 |
| 38:15,16 42:12 | 103 11.12 13 | 169:11.12.15.17 | 203 14   199 5 7 |
| 48:1 66:4 158:4 | 104:4.8.9.12 12 | 169:19 23.24 | 209 9   14 16 |
| **KIERANS** 1:11 | 104:16.24 105 12 | 170:7.8 10.13.15 | 211 14 15 4 |
| **Kieren** 32:23 66:15 | 105:13.17.18.21 | 171:11.13.15 | 211 16 17 15 18 |
| 68:12.13 80:4 | 105:22 106:3.4 23 | 172:14 17 173:6.9 | 215 4 10 11 |
| 117:21 123:19 | 107:6.13.22 108 6 | 173:14.19.19 | 215 18 22 23 |
| 124:13 126:1 | 108:7.13.13 19 20 | 174:4.20.23 24 | 221 17   21 22 |
| 179:11,19.24 | 109:7.8.9.10.14 | 175:1 182:6 24 | 235 17 |
| kind 5:4.13 6:19 7:3 | 109:22.24 110 2 | 183:6.8.11.18.21 | known 100 20 |
| | | | |
| | | | **Kroll** 161:6.8.11.12 |
| | | | 161:16.19.20.23 |
| | | | 162:3.5.7 10.18 |
| | | | 162:20 |
| | | | **Kurt** 1:18 251:5.17 |
| | | | **L** |
| | | | labor 124:11 |
| | | | laid 52:11 |
| | | | **Lalande** 110:3.9 16 |
| | | | 110:21 |
| | | | **Lane** 33:3 |
| | | | laptop 98:5 99:23 |
| | | | 100:2 104:24 |
| | | | 177:11 |
| | | | laptops 97:13 16.19 |
| | | | 98:13.18.20,22 |
| | | | 99:2 8.20 105:6 |
| | | | large 93:15.16 |
| | | | 124:18 146:6 |
| | | | 237:7 |
| | | | largely 12:14 64:1 |
| | | | 91:1 127:21 |
| | | | 209:21 |
| | | | last 8:15 14:7 19:21 |
| | | | 20:1 22:15 40:19 |
| | | | 45:20 51:7 54:7 |
| | | | 56:1 57:4.11 58:4 |
| | | | 78:3.11 90:19 |
| | | | 99:16 100:20 |
| | | | 103:21 113:22,23 |
| | | | 118:5.12 120:7 |
| | | | 134:4.4 136:1 |
| | | | 148:22 152:2.17 |
| | | | 153:13 155:6 |
| | | | 163:15 167:15 |
| | | | 172:4 173:2 |
| | | | 184:17 186:10 |
| | | | 187:21 188:14 |
| | | | 193:10 194:10 |
| | | | 203:12 204:13 |
| | | | 205:2,4.8 207:9 |
| | | | 210:7 213:11 |
| | | | 220:23 221:4 |
| | | | 226:14 228:21 |
| | | | 234:14 239:24 |
| | | | 240:22 |
| | | | late 42:18 79:6 |
| | | | 88:12 142:19 |
| | | | 152:18 153:2 8 9 |
| | | | later 152:9 |
| | | | latter 234:18 |
| | | | laughing 139:8 |
| | | | **Laurin** 131:8 |
| | | | **Laval** 48:2 191:24 |
| | | | law 1:16 4:9.20.20 |
| | | | 4:22.24 7:8 11.18 |

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)        Vinyard V. Cooke, Esquire        February 9, 2005

Page 264

| | | | | |
|---|---|---|---|---|
| 11:21 124:11 | 131:1 140:5,6 | 78:20 81:11 87:17 | 16:9 24:19 26:18 | lost 51:7 155:21 |
| 130:24 | 185:20,24 195:21 | 95:3,14,15 96:11 | little 88:23 118:17 | 156:10,12 159:18 |
| lawsuit 128:7 | 197:13,13,17 | 117:12 128:24 | 195:1 | 187:5 190:2,3,11 |
| lawyer 2:18,20 | 202:4 206:3,4,5 | 131:7 138:7 | live 83:17 229:11,16 | 224:4 239:5 240:5 |
| 19:10 32:12 | 206:13,15 207:21 | 143:20 144:14.15 | 229:21,22 | lot 33:23 41:7 42:22 |
| 126:19 | 227:17 229:3,8 | 146:23,24 163:9 | LLP 2:2.5 | 134:12 208:3,3 |
| lawyers 32:13 40:16 | less 105:16,17 | 165:2 190:15 | local 85:10 | 218:9 |
| 40:18 43:4,6 | 143:21 192:24 | 191:1 194:18 | locate 101:23 102:3 | lunch 77:19 85:2,5 |
| 200:4 202:5 214:8 | 219:2 | 201:3 206:21 | located 60:11,15,18 | L-a-u-r-i-n 131:9 |
| Layton 1:16,20 | let 3:13,21 8:4 9:11 | 215:1 221:4 | 60:23 103:18 | — — — |
| 11:18 89:4 117:9 | 14:16 22:12 27:4 | 222:12,22 226:7 | 105:11 143:23 | ———  M  ——— |
| 218:16 222:20 | 28:6,17 31:16 | 230:7,12 235:7,14 | 144:2,6,7 188:4 | M 124:23 |
| learn 143:3 | 33:9 36:3 39:15 | 236:8 | 189:24 210:21 | machine 236:17,18 |
| learned 142:19,21 | 44:23 51:9 57:4 | likely 64:5 102:11 | 218:1 | 236:24 |
| 142:23 145:19 | 63:1 64:14 68:11 | 142:12 143:16 | location 191:15 | machinery 238:3 |
| learning 142:7 | 75:14 76:3 78:24 | limit 2:22 222:6 | log 37:12 102:6,9,11 | machines 51:17 |
| least 150:7 155:9 | 79:19 83:7,22 | limitations 204:20 | 102:13,17,17 | 223:3 236:9,10,11 |
| 157:5 168:4 195:4 | 97:7 100:5 111:14 | limited 10:10.22 | 109:11 150:15 | 237:2,2,5,9 238:4 |
| leave 35:2 42:6,8,9 | 117:17 118:17 | 93:5 215:11 | 154:9 169:7 186:4 | 239:15 |
| 44:7 77:2,18 | 145:9 150:16 | line 80:13 118:23 | long 5:16 54:13 | made 24:11 25:7 |
| 78:19 | 193:5,13 204:2 | 119:7 177:2,2 | 76:15 127:23 | 29:2 30:11,15 |
| leaving 29:11 33:24 | 205:14 208:24 | 179:10,18 180:9 | 142:6,10 209:13 | 37:15,18,22,24 |
| 134:13 | 217:4 219:9 | lines 132:9 | longer 12:16 13:2 | 42:14 44:13 45:12 |
| LeBlanc 131:11 | 220:21 222:7 | liquidating 90:10 | 109:18 177:19 | 46:14 47:13 49:24 |
| led 79:5 | 223:24 231:7 | list 32:15 62:7,8,10 | 184:5 195:2 | 50:3,4,5,7 73:22 |
| LeDuc 131:13 | 232:15,18,20,23 | 62:17 63:4 64:2,5 | 245:20 | 77:9 84:22 92:7 |
| Lee 4:9 | 233:16 242:10,16 | 64:11,17 70:8,11 | long-term 122:17 | 97:5 100:22 101:8 |
| left 4:22,23 5:1 | 242:18 | 70:16 71:22 78:9 | look 3:21 8:4 23:15 | 106:5 108:11 |
| 27:24 35:3 36:2 | letter 64:20,21,24 | 78:14 82:9 83:10 | 29:1 30:4 34:17 | 193:24 194:2 |
| 36:10,20 37:1,7,9 | 78:3,4,12 80:10 | 96:1 97:2 104:20 | 58:24 63:21 74:11 | 198:5 200:15,16 |
| 37:16,20 41:20 | 104:15 117:9,11 | 118:17 123:22 | 74:13 80:15 | 201:7 211:16 |
| 42:9 44:12,24 | 163:9 174:9 | 131:7,24 132:6,8 | 116:20 117:8 | 217:2 228:3,8 |
| 45:7,8,12 46:15 | 218:15 220:19 | 163:6 177:19,21 | 120:13 140:23 | 244:9 |
| 47:4,21 58:24 | 222:18 231:10 | 179:23 186:4,16 | 146:23 153:11 | mail 38:14 45:11,24 |
| 71:6,16 72:3,13 | 248:16,18 | 186:21,23 205:15 | 155:16 163:9 | mailbox 45:24 |
| 73:23 74:6,9,18 | let's 9:23 85:2 95:23 | 205:17,18,20,22 | 165:23 166:19 | 163:16 170:18,23 |
| 75:21 76:14,15,16 | 155:2 156:2,20 | 247:8 | 176:12,17 177:18 | 174:11,12,13 |
| 76:18 77:9 88:24 | 157:22 162:11 | listed 4:1 21:9,12 | 177:18 178:8,13 | maintain 21:21 31:5 |
| 97:13 99:15 | 178:8,13 206:18 | 26:11,16 54:24 | 178:21 181:21 | 31:13,19 33:20 |
| 100:11,22 102:10 | 246:15 | 64:11 65:5 80:2,5 | 182:12 190:15 | 48:17 50:15 91:5 |
| 103:6,10 104:7 | level 91:20 149:20 | 84:9 125:24 164:3 | 211:10,11 215:1 | 92:9,13 93:20 |
| 106:2,2,14,21 | 149:21 | 176:13 178:18 | 216:23 218:14 | 102:17 108:21 |
| 107:2,4,5 108:2 | Lewis 4:23,24 5:14 | 214:9 216:15,16 | 222:22 233:23 | 159:2 226:1 |
| 109:10 113:8 | 6:4 | 216:21 | 245:6 | maintained 34:14 |
| 115:5,10 120:14 | Lexington 2:6 | lists 205:16 | looked 65:2 66:7,11 | 43:21 44:4 46:6 |
| 165:5 178:4 196:6 | life 126:19 | litigant's 129:24 | 74:10,12,14 | 60:2 88:4 91:21 |
| 196:15 221:16,18 | life-span 210:23 | litigation 5:15 6:22 | 109:23 111:21 | 102:13 109:24 |
| 225:12 227:12 | like 2:17 6:18 12:11 | 6:23 7:10 8:10 | 129:8 140:16 | 134:21 144:9 |
| 241:12 242:13 | 17:22 21:7,18 | 9:17,19 16:15 | 211:12 | 146:7 158:16 |
| legal 5:4,13 6:19 7:3 | 22:8,10 23:3,11 | 22:5 26:20 58:20 | looking 62:5 64:2 | 206:9 207:2,13 |
| 31:18 32:1,11,16 | 23:15 24:18,19 | 121:17 125:1 | 76:17,23 77:7 | 208:10,14,22 |
| 33:4,12,15 34:6 | 26:7,8,22 28:2 | 130:5 135:14 | 79:10 80:11 | 209:3,12 211:18 |
| 34:13 39:3 48:20 | 29:1 30:4 33:11 | 220:12 232:17 | 105:24 108:14 | 212:22 213:15,22 |
| 50:14,22 92:8 | 42:7 44:9 52:8,15 | litigations 16:10 | 112:11,12 117:15 | maintaining 44:14 |
| 95:6 107:14 | 54:18 57:3,15 | 90:10 121:18 | 173:8 245:5 | 91:16 130:19 |
| 119:22 124:4.5 | 61:9 66:6 75:10 | 135:18 136:21 | lose 50:19 | 222:19 |
| 129:24 130:18 | 75:15 77:21 78:14 | litigator 5:6 6:1 | loss 239:20 | maintains 144:14 |

Teleglobe Communications Corporation, et al
Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 265

| | | | |
|---|---|---|---|
| maintenance 8:22 | 115:21 173:10 | 2:48:14 | 242:4,7 |
| 9:4,20 10:1,8 | 175:7,10 | maybe 22:8 43:4 | misunderstood |
| 217:14 222:4,15 | marked 2:10 9:12 | 63:1 10 64:14 | 67:12 223:17 |
| majority 47:22 | 11:9 23:5 53:12 | 73:2 95:2 128:24 | Mm-hmm 127:10 |
| make 12:4 17:19 | 53:16 61:12 | 139:9 150:13 | model 128:2 |
| 18:8 19:7 30:12 | 115:22 116:1,4 | 178:13 185:3,12 | moment 26:9 78:1 |
| 34:3,13 37:15 | 175:8,12,15 248:7 | 148:7 204:12 | 197:1 |
| 41:21 45:1 48:7 | 249:1 | 223:17 241:11 | Mongrain 62:12 |
| 48:20 49:5 55:13 | market 236:13 | McArtor 131:15 | 63:4 65:11 67:7,9 |
| 55:21 57:5 60:1,6 | marketing 211:14 | mean 4:16 17:5,8 | 68:20 70:18 80:14 |
| 61:24 62:2 64:24 | Martha 212:12 | 18:14 24:7 31:12 | 84:7 163:21 |
| 65:24 67:18 71:7 | Marvin 131:20 | 34:1 36:1,2,8 38:6 | 170:19 193:6 |
| 71:15,15 73:20 | Maryland 146:13 | 41:4 49:20 63:23 | monitor 19:13 |
| 76:19 77:3,5 | match 235:2 | 67:14 71:12 81:18 | 139:11 141:10 |
| 78:10,17 79:19 | material 25:15 27:8 | 85:21 88:18 89:14 | 176:23 177:7 |
| 83:24 87:10 130:5 | 28:15 30:11,12 | 93:6 98:2 108:12 | 179:7,13 |
| 130:18 134:18 | 43:11 50:21 | 110:19 124:16 | monitoring 139:3 |
| 141:5 159:4 160:2 | 196:19 | 125:9 133:14 | 139:18 22 140:19 |
| 187:6 191:8 196:1 | materials 33:22 | 136:14 17 137:9 | month 18:1 54:17 |
| 197:20,23 207:6 | 43:20 162:22 | 145:14 149:1 | 142:17 204:12 |
| 213:1,20 226:5 | 182:21 196:16 | 161:9 169:10 | monthly 45:6 147:8 |
| 237:18 239:19 | 201:8 | 173:18 174:1 | 148:17 149:11,17 |
| 243:23 244:18 20 | Matt 33:2 | 186:15 190:24 | 150:11 151:17 |
| 244:22 | matter 7:7,8 27:21 | 192:4 196 14 | 152:13 181:12 |
| makes 228:7 | 46:6 75:23 130:10 | 201:20 208:3 | months 7:7,9 30:1 |
| making 17:2,4 | 142:7 151:9 20 | 210:24 216:4 | 142:14 147:13 |
| 91:19,20 241:2,19 | 196:10 | 225:23 226:7 | 151:7,8,17 152:22 |
| Malcolm 1:20 85:9 | matters 90:11 210 1 | 230:23 234:6 | 234:14 |
| 248:16 | may 17:16,24 18:1 | 239:5 246:24 | Montreal 12:22 |
| manage 90:7 | 18:3,23 19:18 | meaning 44:19 | 14:2 15:1,3 16:18 |
| management 6:22 | 20:13 21:5 38:21 | 80:18 122:11 | 18:22 47:20 48:18 |
| 17:18 43:24 | 32:8 39:16 41:23 | means 149:4 243:20 | 59:24 61:8 114:16 |
| managers 58:23 | 42:5 44:8 45:13 | meant 35:11 47:5 | 144:5,9,17 145:21 |
| managing 9:17 16:9 | 46:1,15,23 47:6 | 240:9 | 152:19 158:17 |
| 114:15 | 47:11,14 16 48:8 | measure 191:1 | 187:11,11,15 |
| mandate 40:23 90:4 | 48:11 49:1,13 | Medland 131 17 | 189:9,10 191:19 |
| 93:8 94:4,12 | 51:15 52:3 54 1 | meet 12:22 14:1 | 191:21 209:22 |
| manipulate 243:23 | 61:18 62:19 63:17 | 25:10 41:21 47:13 | 210:2,11 212:4 |
| many 5:7 9:5 10:13 | 64:10,15 67:17 | 48:8,14 82 18 | 234:24 237:15 |
| 10:13 41:11,17 | 79:6 81:10 83,9 | 197:18 225:15 | MONTY 1:11 |
| 44:6,7 47:3,21 | 84:14 86:20 93 17 | 246:22 | more 10:13 14:21 |
| 79:13,17 90:21 | 94:4,4 99:5 102 8 | meeting 12:24 14:8 | 15:13 44:23 64:14 |
| 98:7 105:12 | 104:7 108:2,6 | 15:9,10 16:17 21 | 77:4 88:23 102:11 |
| 126:14 128:4,4 | 113:18 114:3 | 49:11 59:24 93:15 | 118:18 136:18 |
| 151:10 152:12,12 | 134:12 136:9 | 93 22 122:14 | 139:9 142:17 |
| 152:12 154:6,21 | 137:6 145:19 | 123:12 125:10,19 | 152:21 153:7 |
| 155:1 156:1,5,19 | 153:5 154:22 | 138:6 14 148 8 12 | 160:13 166:3 |
| 156:23 157:1,12 | 155:3 156:6 21 | 237:14 245:14 | 185:4 191:8 |
| 157:14 21 158:1 | 157:15,23 160:17 | meetings 16:22 | 196:14,18 207:23 |
| 160:14 162:5 | 162:11 164:7 | 33:15 93:13 16,19 | 219:2 229:24 |
| 169:24 192:2,6,17 | 167:8 169:19 | 197:12 | Moreover 26:18 |
| 203:8 239:11,13 | 186:14 189:9,13 | member 88 16,18 | Morgan 32:24 |
| 245:24 | 197:12 202:23 | memo 34:5 40:19 | 65:11 68:23 69:1 |
| Marc 1:10 96:11,14 | 205:15 206:21 | 50:21 85:16 86:9 | 70:18 80:14 84:8 |
| 96:20 170:10 | 214:5,17 22 | 86:14 17 87:14 | 91:12,13,18 92:3 |
| mark 2:9 9:11 23:3 | 215:10 217:22 | 88:7,21 89:2,5,11 | 92:12 117:21 |
| 53:11 61:9 72:2,2 | 224:10 243:20 | 89:16 107:15,18 | 120:3 123:20 |

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No  02-11518 (MFW)

February 9, 2005

Page 266

124:20 126:2
163:22 170:19
180:13 193:7
199:12
morning 3:8,14
138:23 245:20
Moses 131:20
most 148:5 208:2
motion 181:21
218:11,20
mount 236:10
Mountain 144:14
144:16 210:13
211:1,21 212:6,17
mounted 57:17
190:22,24 191:5,7
235:22 240:11,15
move 42:19 171:7
171:10 207:19
237:6
moved 42:19,21
48:21 196:22
moving 78:2 195:17
195:18 208:4
Mowat 131:22
much 66:3 195:2
224:3 245:20
247:24
multiplexed 192:20
must 218:5 225:18
myriad 90:11
myself 81:11 123:21
mysteriously 106:8
M-e-d-l-a-n-d
131:18
M-o-w-a-t 131:22

N

N 248:2
name 4:23 7:12,15
10:19 13:16,20
14:6,7,11 34:21
72:9,9 118:22
131:23 132:8
134:4 143:21
145:18,22 158:18
176:21 177:21
178:23
namely 18:18 80:3
names 164:8,10
180:3
natural 126:3
nature 224:9 225:6
necessarily 91:8
178:12
need 53:2 83:11
89:11,16 93:20

120:9 122:7
123:12 152:12
165:1,3 220:16
232:5,7,22
needed 13:3 43:8
95:14
needs 25:11 29:3
30:6 58:21
Netherlands 10:18
11:3 121:14
network 18:15
121:15
Neuman 111:6
never 109:23 117:4
123:10 128:19
129:8 152:6
202:12,14,16
205:17 225:14,24
new 2:6,6 4:19
67:20 68:5,6
100:17 145:20
218:2 229:11
237:6 251:2
next 8:17 9:15
23:12 119:7 239:2
night 78:3,11 79:5
204:23
nobody 225:23
nodded 147:10
none 73:10 89:17
132:21
non-standard 67:23
non-waiver 242:17
Nope 170:1
normal 231:3,21
232:7
Normand 132:5,7
Nos 61:11
Notary 1:18 251:6
notations 227:8
note 2:17
notes 251:9
nothing 184:19
notice 3:11,17
20:11,23 21:5,7
21:19 22:11 25:2
26:1,4,5,11,17
127:13 128:12
130:1 175:15,21
177:6 181:1,22
182:1,12 214:10
214:12 246:7
247:8,12 248:8,21
249:2
noticed 21:10 25:23
26:23 27:2
notices 176:4,5

214:8
November 17:23
35:3,4,4 44:1
110:21 115:9
142:19 248:18
number 13:17
16:10 22:6 32:14
47:4,4 51:5 52:17
54:19 84:5 90:13
91:8,15 97:13
105:13,14 128:16
137:4,5 146:21
164:4,5 195:22
196:17
numerous 31:23
221:11 246:6
Nyman 33:2
N-o-r-m-a-n-d
132:5,8
N-y-m-a-n 33:2

O

oath 2:15
object 8:24 10:3,3,9
10:15 15:15 20:2
24:5 29:17,20,23
30:17,21 31:15
36:22 40:13 41:15
41:24 42:4 45:3
45:16 46:12 47:2
47:17 48:12 49:3
49:7,9,14 50:2,10
56:15 57:8 63:18
64:13,18 77:16
79:8 85:9 89:6,13
91:22 92:1 94:14
95:9,20 97:24
98:24 100:4,10
103:2,23 104:6,11
104:22 105:8,20
106:10 107:24
108:9,18 112:9,17
112:21 118:4
120:11 122:2
125:5,8,12 126:5
126:24 127:15
129:11 130:10
131:3 137:20
138:4 139:24
140:20 141:13
147:20 148:19
149:13 151:4,22
153:3 156:22
157:10,16 158:24
159:11,19 160:8
173:4,17,23
178:11 179:15

181:18 182:2,10
182:13,23 183:15
184:14 185:1,11
185:23 193:1
194:12 195:11,24
196:3 198:3 202:1
203:1 207:17
212:18 216:13,19
217:7 219:21
224:20 230:16
234:16,21 237:24
238:8,14,21,24
239:16
objection 10:24
11:5 15:6 26:24
30:2 75:8 85:12
112:23 113:2
118:9 128:8
129:19 135:2
136:24 139:14
159:14 164:15
165:10 171:22
172:9 174:15,22
200:22 210:12
214:6,18,23
225:10 232:8
objectionable 136:4
137:3
objections 49:18
128:14
obligation 128:6
129:24 130:8
131:2 134:15
135:20 136:22
185:20,24
obligations 26:2
140:6
obtain 48:15 234:19
obtaining 234:15
obviously 13:23
79:11,23 87:9,10
88:9 127:20
169:10 170:5
186:23 199:14
212:3 225:12
227:1
occasionally 17:13
58:20
occupied 196:17
occur 93:16 153:7
197:24
occurred 52:19
93:17 152:18
153:6 197:22
October 17:23 44:1
142:19
off 5:19 18:1 52:12

52:14 69:10,11,16
69:17 72:11,12
73:10 158:1 183:3
196:24 197:2
219:15 246:17
office 42:21 43:18
196:11,23 200:3
202:24 229:12
officer 14:21 187:16
188:9,21 197:19
officers 31:4,11
38:21 41:17 61:17
63:22,23 86:9
88:8 135:21 187:7
189:1 197:6 226:6
227:15,20 248:14
offices 1:16 42:20
48:2 74:12 105:11
106:17 144:7
195:18 196:8
201:5,14 203:4,9
203:16 205:10
207:20 218:2
230:1
off-site 43:21 47:20
often 94:7
Oh 70:13 118:24
132:1,10 157:2
okay 3:12,17 49:15
68:3 75:19 76:4
79:2,19 96:3
117:15 129:17
151:23 152:4
155:4 163:14
165:11 173:,,,
183:1 184:15
192:12 220:7
227:3 230:15
232:23 240:16,24
242:12,21
old 57:17 68:5
73:13 150:4
152:15 153:5
190:21 235:22
240:11
older 5:8
Oliver 132:11
once 15:12 18:1
43:23 45:17 48:4
50:14 52:10 65:24
88:1 96:24 128:7
128:12 130:4
133:21 137:13
154:14 158:5
162:19,21 183:3
186:15 229:9
234:24 235:5

Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)

Vinyard V. Cooke, Esquire

February 9, 2005

Page 267

| | | | |
|---|---|---|---|
| **one** 1:16,21 5:20 9:1 | 225:11,12,19 | 105:10 108:13 | 178:1 18 21 |
| 9:7,21 10:12 | 240:12 245:15 | 109:23 114:2 | 183:3 13 4 8 |
| 13:24 16:5,17,21 | **onto** 52:18 67:20 | 117:24 121:11 | 185:1 |
| 19:3 21:10 35:4 | **operated** 44:16 | 129:3 130:17 | 196:1 19 14 |
| 35:15,22,23,24 | **operating** 141:2 | 134:20,22 135:6,8 | 198:1 |
| 42:21 52:18 59:17 | 142:24 228:11 | 135:13 136:21 | 207:20 21 10 |
| 59:18 64:6 68:5,6 | **operation** 8:22 9:20 | 141:4,8 147:3 | 231:16 |
| 73:1 77:24 83:22 | **operational** 43:10 | 148:3 149:6,14,16 | 234:18 22 25:1 |
| 87:18,18 93:3,3 | 58:21 198:14 | 162:10,12 164:16 | 225:16 |
| 98:1 104:23 | 221:12,13 | 169:21 170:5 | 229:8 2 |
| 105:24 106:5 | **operations** 9:4 10:1 | 173:11,20 174:1 | 234:11 13 |
| 107:6 108:13 | 10:8 58:7 210:23 | 181:5,8 8 182:15 | 237:1 1 |
| 109:23 112:4 | **opportunity** 180:1 | 183:1 184:1,8,9 | 231:16 |
| 114:23 115:5 | 180:4 | 185:2 187:2 188:8 | **outlined** 1 |
| 116:17 117:23 | **opposed** 137:19 | 188:23 193:5,15 | **Outlook** 1 24 |
| 122:7 123:7,10 | 186:6 190:10 | 194:5,15 195:17 | **outset** 2 1 |
| 128:3,19,22,23 | 206:15 | 197:12 198:24 | **outside** 39:14 |
| 129:3 134:4 137:4 | **opted** 178:4 | 200:3,20 202:18 | 214:1 12 |
| 138:13,17 140:9 | **optical** 224:9 225:6 | 205:9 15,17,18,20 | 222:3 19 |
| 143:16 154:3 | **option** 171:7,9 | 205:21 206:2 | 232:1 11 1 |
| 157:19 158:12 | **oral** 129:17 195:20 | 207:3 208:8,15 18 | **over** 6 30 1 14 |
| 164:4 165:23 | **orally** 32:6,7 33:7 | 209:11,20 210:3 | 13:2 1 |
| 167:18 169:18 | 93:19 | 213:16 214:9,10 | 52:23 80 19 |
| 173:20 174:18,20 | **order** 30:12 63:1 | 214:19 215:12,15 | 97:13 19 1 |
| 174:24 175:10 | 207:13 208:10,14 | 216:8 217:1 | 144:1 10 4 |
| 182:14 184:8,9 | 208:21 209:3 | 220:18,20 221:1,3 | 152: 4 1 |
| 187:2 190:12 | 211:17 212:22 | 221:12 13 222:2 | 200:14 1 |
| 192:19,21 193:3 | 213:15 21 | 222:14 223:4,5 8 | 205:2 4 |
| 195:17 198:9 | **ordered** 235:6 | 223:10,18 224:8 | 212:3 11 2 22:1 |
| 200:6 202:6,18 | **ordinary** 58:12 | 225:5,24 227:10 | 237:6 |
| 205:12 206:6,17 | 125:6 207:2 | 227:17 19 229:23 | **overbroad** 2 |
| 206:20,22 208:17 | 221:19,21 232:20 | 236:5 237:4 239:2 | **override** 13 |
| 209:7,11,22 | 233:7 | 239:3 6 | **overseas** 1 2 |
| 213:10,16 214:10 | **organize** 206:1 | **others** 11:21 33:4 | **overseeing** 16:2 |
| 214:19 216:7 | **original** 247:8 | 33:20 117:23 | **overworked** 19 1 |
| 217:21,23 218:9 | **originally** 110:13 | 169:20 178:6 | **overwrite** 4 14 |
| 218:21 221:9 | 125:9 152:6 | 189:13 14 206:18 | 130:16 1 1 |
| 224:5 230:20 | 211:20 236:16 | 206:21 217:22 | 143:1 1 57 15 |
| 233:21 236:17 | **other** 4:11 7:3 9:3 | 221:6 | **overwriting** 18 18 |
| 237:7 239:2 | 9:22 10:4,12,20 | **otherwise** 43:21 | 16:19 1 18 |
| **ones** 9:6 32:15,16 | 16:22 18:12,14 | 82:7 87:11 187:5 | 18:19 5 |
| 32:17,19 71:2 | 33:9 34:18 36:4 | 190:3 251:13 | 142:11 |
| 127:23 135:13 | 39:3 40:9,16 | **out** 4:20 9:10 19:4 | 153:13 10 |
| 221:1,10 241:23 | 43:15 44:13 45:4 | 21:1 33:22 34:1 | **overwritten** 142 11 |
| 245:11 | 46:2 48:10,16 | 34:10,10,11,12,15 | 234:11 11 19 11 |
| **ongoing** 29:11 83:4 | 49:4,19 50:6 | 34:18 36:17 39 24 | **overwrote** |
| **only** 27:13 35:20 | 51:17,19 52:18 | 40:4,22 42 19 | **own** 175 1 31 1 |
| 45:22 46:2 71:5 | 54:23 64:7,7 70:7 | 43:6,7,7,12 48:24 | 239:1 1 1 |
| 73:5 97:12 102:10 | 70:21 71:9,14 22 | 49:5,6,12 52:11 | 244: 1 |
| 114:13 135:9 | 72:6 73:6 76:20 | 53:1 57:5 72:7,17 | **owned** 4 1 0 4 |
| 144:17 147:21 | 79:6,13 80:6 82:8 | 77:6 84:1 86:12 | **owner** 95 1 |
| 167:18,18 169:18 | 82:10,11,17,19 | 98:10 108:16 | **owners** 37 1 |
| 171:17 187:8 | 84:12,18 85 21 | 120:4 127:11 | **o'clock** 4 2 |
| 189:8,12 200:6 | 86:6 87:11,22 | 137:11 138:8 | 195:5 |
| 202:6 205:12,15 | 88:6 89:3 90:15 | 147:24 150:24 | |
| 206:22 217:21,23 | 91:18 101:1 7 | 157:8,14 158:2 | **P** |
| 221:9 224:1 | 102:3 104:19,23 | 171:18 20 172:7 | **P** 1:12 48 20 |

| |
|---|
| **page** 54:7 66:1 |
| 80:12 116:20 |
| 117:11 176:11 18 |
| 178:15,22 215:2,4 |
| 248:3 249:5,6 |
| 250:3 |
| **Palm** 227:22 228:17 |
| **Palms** 228:14 |
| **Paolo** 173:9 |
| **paper** 16:7 42:15 |
| 129:4 134:16 |
| 138:3 143:8 |
| 194:19 195:1,8,21 |
| 196:2 197:6 |
| 217:17 229:3 |
| **papers** 34:2 |
| **paragraph** 12:12,20 |
| 23:16 25:4,7,14 |
| 27:9 28:15 29:1 9 |
| 29:16 30:4,10 |
| 51:12 65:4 80:11 |
| 83:12 138:24 |
| 139:13 140:9,14 |
| 147:1,2 148:15 |
| 163:11,15,21 |
| 174:10 220:22,23 |
| 221:2,4 223:1 |
| 224:1 231:10 |
| 240:10 |
| **Pardon** 86:24 |
| **parent** 8:11 |
| **Park** 43:19 |
| **parking** 42:22 |
| **parsed** 196:7 |
| **part** 8:5 9:9 50:11 |
| 51:8 52:1 58:7 |
| 93:1 161:5 200:11 |
| 201:11 202:6 |
| 234:18 243:18,19 |
| **partial** 79:14 |
| **particular** 127:6 |
| 149:4 |
| **parties** 53:1 251:8 |
| **Partnership** 10:10 |
| 10:23 |
| **parts** 205:6 208:4 |
| **party** 251:13 |
| **Patrick** 76:14 77:17 |
| 165:24 168:2 |
| 169:19 221:9 |
| **Pause** 203:23 |
| **pay** 180:2 |
| **PC** 176:24 |
| **pending** 28:4 76:6 |
| 132:15 241:16 |
| **people** 13:17 15:20 |
| 17:11 18:5 13,21 |

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 268

| | | | | |
|---|---|---|---|---|
| 31:23 32:1 33:12 | 47:11 52:9 75:22 | 214:21 221:10 | 168:2.4 | 202:17 203:5,18 |
| 33:23 34:1,6 36:2 | 99:15 141:5,18 | 233:15,18 234:7 | portions 65:8 211:7 | 203:21 204:22 |
| 36:9 37:5,9 38:23 | 148:17 150:7 | Pichette's 75:4 76:9 | 211:8,12 | 205:1 211:20 |
| 39:8,17 40:16 | 151:6 152:8 155:2 | 111:22 112:8 | position 23:8 85:10 | preparing 63:4 |
| 41:7 42:6,9,11,17 | 156:2,6,20 157:8 | 165:24 166:21 | 243:11 | 122:21 |
| 42:23 43:5 44:7 | 157:12,15,22 | 167:21,23 168:3.9 | possession 31:6,13 | present 4:15 73:4 |
| 44:10,12,24 45:12 | 160:17 162:7 | 233:20 | 65:6,16 66:14,21 | 85:11 99:21 |
| 46:10,15 47:3,13 | 165:6 186:13 | picked 164:8,20 | 67:3,6 68:22 69:4 | 123:14 141:10 |
| 47:21,22 48:8,15 | 205:3 217:1 | piece 83:13 223:14 | 69:13,19 70:8 | 195:18 245:1,2 |
| 48:17 56:16 62:5 | 241:13 242:14 | pieces 223:15 | 99:12 119:4,10,16 | presentation 244:10 |
| 62:8 63:6,17,21 | permissible 233:8 | 224:12,18 | 120:23 133:20 | 244:18 |
| 64:4,4 70:22 | person 13:14 14:10 | Pilots 227:22 | 134:2 150:16,18 | presentations |
| 71:16 77:1 79:17 | 19:17 35:16,17,20 | 228:17 | 175:17,22 215:9 | 215:13 |
| 79:20 80:6,8,18 | 35:21 36:4 37:20 | place 12:15 139:1 | 238:7,20 248:22 | presently 110:17,17 |
| 81:15,24 82:4 | 38:5,11 40:11 | 141:1 153:2 182:8 | 249:2 | 201:14 219:6 |
| 83:3,9 87:9 88:22 | 55:21 56:11,13 | 206:17 229:23 | possible 22:3 40:9 | preservation 15:7 |
| 88:24 91:9,16 | 59:17,18,20 64:10 | placed 227:11 229:6 | 114:5 156:18 | 16:4,6,12 86:8 |
| 92:8 93:19 94:3,8 | 64:15 73:6 85:17 | places 121:11 | 160:16,19 173:19 | 89:11,16 94:15 |
| 96:1 103:4 109:12 | 98:3 102:2,3,10 | placing 149:10 | 193:24 194:2 | 125:4,19 126:4 |
| 113:8 120:15 | 102:23 112:16 | plaintiffs 1:8 21:20 | possibly 40:6 129:2 | 135:16 136:11,12 |
| 125:3 126:22 | 114:13 125:4 | 21:24 233:3 | 188:16,19 189:2 | 136:17 137:14,16 |
| 129:17 135:21 | 126:3 133:12,17 | play 36:12 236:23 | 238:6 | 181:11 217:13 |
| 136:15 137:18 | 134:5 139:17 | pleadings 90:5 | post-high 4:11 | 222:4,15 |
| 138:1,6 139:15 | 140:19 143:11 | please 2:9 4:6 172:2 | potential 65:5 80:21 | preserve 12:24 |
| 143:17 152:20 | 148:7 157:18 | 175:7 179:18 | 127:18 | 15:22 16:19 17:15 |
| 154:1,13 159:21 | 161:20 176:21 | 208:1 231:8 | potentially 80:8 | 18:18 19:10 21:4 |
| 163:5 164:18,20 | 178:23 183:4 | pleased 246:3,5 | Powers 112:15 | 21:11,21 31:5,12 |
| 164:22 169:18,24 | 188:8 224:23 | plus 144:19 | practically 51:16 | 32:2,10 33:7,8 |
| 171:7,9 172:8 | 225:12,14 237:17 | point 19:6 42:19 | 223:2 | 39:17 40:11,20 |
| 178:4,5 184:3 | 238:18 239:19 | 54:19 86:6 90:1 | practice 126:18 | 50:1,9,23 85:17 |
| 186:24 187:12 | personal 35:18 | 98:3 110:14 | 127:8 128:17 | 87:14 91:5 93:20 |
| 189:8 193:8 | 42:10 43:15 45:14 | 111:17 121:6 | 129:16,24 130:23 | 95:7 128:7 130:1 |
| 195:20 196:12,14 | 96:7 182:18 | 125:3 147:7 | 135:15,19 136:22 | 131:2 134:15 |
| 196:17 197:5,11 | 184:12 201:2,2,3 | 149:10 185:7 | 137:17,18 142:22 | 135:20 136:23 |
| 197:15,17,18 | 201:7,12,20,21 | 189:23 196:20 | 143:9 147:4,8 | 137:19 159:3, |
| 198:6,12,17 199:8 | 202:17,23 203:4 | 203:18 229:4 | 149:4 151:9,20 | 224:11 227:15 |
| 201:1,23 202:4,13 | personally 31:9 | 235:14 239:18 | 153:20 | preserved 18:9 34:4 |
| 202:14 206:24 | 32:1 34:5 59:20 | 240:12 241:7,9 | preapproval 178:4 | 91:21 101:9 |
| 208:9,15 212:1,3 | 119:2,8 135:13 | policies 12:15,19 | preauthorized | 134:20 135:6 |
| 212:7,10,16 | 159:1,1 172:11 | 13:8 122:9,15 | 179:23 | 158:23 159:4 |
| 213:13,20 214:9 | 183:16 197:7 | 125:15,17,23 | precipitously 29:11 | 181:4 199:4 |
| 224:5 227:20 | 213:7 226:16 | 126:16,21 127:9 | precise 64:14 | preserving 16:14 |
| 230:2 237:14 | 238:22 | 127:12,22 128:6 | 185:17 | 17:7 26:2 93:8,10 |
| 241:5,19 243:24 | personnel 210:1 | 128:11,17 129:15 | preexisting 145:17 | 158:10,14 |
| 244:2,3 | 228:1 | 129:22 139:1,4,12 | prefiling 236:11 | press 215:13 |
| people's 221:12 | person's 37:24 | 139:16,22 140:2.5 | preliminary 3:13 | presume 214:8 |
| per 8:10 123:4 | pertaining 92:21 | policy 13:12 16:4,6 | prep 247:18 | 216:7,7,21 |
| 136:12 | phrased 218:17 | 16:12 121:20,24 | preparation 62:17 | presumes 137:13 |
| percent 44:11,11 | physically 66:9 | 122:20,23 123:1.4 | 247:7 | presumption 33:24 |
| 47:7,7 243:8 | 144:6 191:6 218:2 | 123:13 125:4,14 | prepare 11:14 90:5 | 183:4 240:3,6,9 |
| perfectly 26:5 | Pichette 74:1,6,16 | 125:19 126:4 | 122:19 125:4 | 241:3 |
| perform 144:13 | 74:23 76:18 77:9 | 129:5 140:7.24 | 149:7 246:19 | presumptions |
| performance 41:4 | 77:18 111:9,17 | 141:3,11 147:24 | 247:4,15,21 | 240:19 |
| perhaps 110:22 | 112:4 165:21 | 148:3,14 149:12 | prepared 4:3 11:16 | prevent 3:15 |
| 218:20 | 166:13,20,24 | 151:2,10,20 153:1 | 11:21 125:7 | prevented 172:21 |
| period 7:4 17:17,21 | 167:4,19 169:8,19 | 153:2,4,5 | 128:23 129:5 | 173:16,18 |
| 18:2 28:1 37:21 | 188:16 189:10 | portion 166:22 | 199:18 200:18,21 | preventing 173:12 |

Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)    Vinyard V. Cooke, Esquire    February 9, 2005

Page 269

| | | | | |
|---|---|---|---|---|
| 173:21 | 248:22 249:3 | 251:6 | 118:5      120:6 | 103:20.21 113:20 |
| previously 174:8 | proceed 23:11 | pull 137:11,11 | 120:8       16 | 113:23 118:12 |
| Price 245:17 | proceedings 8:8 | 193:21 198:13 | 132:15      11 | 120:7 136:1 145:8 |
| primarily 154:2 | 90:8 | 200:5 | 136:3 14 145:8.8 | 148:22 152:2 |
| primary 93:3 | process 33:15 38:23 | pulled 43:7.12 | 145:1       13 | 155:4.6 167:14.15 |
| principal 63:22.23 | 44:1.14 68:7 | 183:2 200 9.10 | 151:15   182:13 | 172:2.4 173:2 |
| principally 7:9 | 193:20 196:13 | 201:8.12 202:13 | 155:7 16   13 | 184:15.17 186:8 |
| printer 251:10 | 199:7.9 201:11 | 202:15 | 164:2.16   16 | 186:10 187:19.21 |
| printout 156:15 | 205:2.24 222:16 | pulling 201:20 | 167:6.16   8.16 | 188:14 191:3 |
| prior 12:13.15 16:3 | 229:19 231.19.21 | purchase 37:11 | 171:21      14 | 193:6.9.10 194:8 |
| 16:10 22:1.13 | 232:7 244:24 | purchased 37:13 | 172:6.17  173:1.3 | 194:10 203:10.12 |
| 30:12 51:5 84:2 | 245:7 | purchaser 37:9 | 174:8.1   10 | 207:7.9 210:5.7 |
| 87:18 97:19 98:5 | produce 22:1 88:5 | purpose 20:12 | 179:1       14 | 215:8 226:14 |
| 98:10 126:19 | produced 215:19 | purposes 7:19 | 184:18.1      11 | 228:21 239:22.23 |
| 139:1 145:1.23 | 216:2 229:14 | 58:20 220.12 | 186:8.19  87:22 | 240:16.22 241:14 |
| 170:8 172:3 185:2 | product 3:2 19:4 | 231:17 232:17 | 188:1.11  190:7 | 241:16 |
| 236:5 | 22:22 24:20 26:21 | pursuant 1:15 22:3 | 190:1  193:8.9.11 | Reading 148:14 |
| private 126:18 | 75:6.9.17 76:1.3 | 37:21 52:20 84:22 | 193:1     14:4.11 | reads 12:12 25:14 |
| 127:8 128:17 | 86:20 114:3 164:6 | 116:6 175:17.22 | 203:14   9:4.1 | 29:2.10 30:10 |
| 129:16.24 130:23 | 165:9 167:7.7 | 190:16 214:7 | 207:10 9.8.23 | 54:21 |
| 135:15.19 136:22 | 218:22 232:8.11 | 230:23 248:11.19 | 215:22      216:22 | real 7:9 212:13 |
| 137:18 | 242:1.18.20 | 248:22 249:3 | 217:4.19  1.17 | realize 236:13 |
| privilege 2:21 22:23 | 243:12 | pursue 245:15 | 220:16.17  1.3 | realized 79:10 81:8 |
| 27:22 86:23 87:2 | production 204:4 | pursuing 93:7 | 223:18.17  26.12 | really 31:12 48:6 |
| 87:5 120:10 | 204:14.21 217:14 | put 79:16 82:8 | 226:14.18  23.22 | 63:8 99:19 127:21 |
| 127:18 136:9 | 222:5 | 141:23 152:10 | 231:17 18.19   22 | 136:18 140:12 |
| 137:7 164:7 165:1 | program 37:8 45:11 | 153:2 191:2.4.6 | 233:4.8  10.1.10 | 185:5 189:1 |
| 165:19 241:10 | projects 58:23 | 193:2 196:16.18 | 240:14      20.23 | 193:19.23 236:8 |
| 243:4.12 | promises 29:3.4.10 | 210:22 211:17 | 241:14    4.17 | 240:9 |
| privileged 18:24 | 29:15 | 229:12 230:5 | 242:16 | reason 19:8 77:7 |
| 27:20 62:20.23 | prompted 78:21 | p.m 85:5.8 86:4 | questions 3:10.24 | 97:12 104:21 |
| 127:3 164:16.19 | property 212:13 | 248:1 | 22:16 44:3 | 113:18 114:21 |
| 204:1 217:1 | proposals 215:12 | | 138:24    1.18 | 152:21 165:8 |
| 229:18 241:24 | proposed 175:16.21 | | 237:8   24 | 177:19 232:5 |
| privileges 3:2 86:20 | 177:6 181:1.15.22 | **Q** | 238:1   11.19.19 | reasonably 29:5 |
| 167:8 | 182:20 214:4.16 | quantify 239:11.13 | 246:1     11.8 | 54:21 235:19 |
| probably 32:8 33:4 | 214:21 248:31 | question 3:13 8:14 | quick 8:9   15.17 | reasons 13:1 19:3 |
| 35:15 56:9 61:23 | 249:2 | 8:16 14:15.17 | quite 75:6    96:12 | 54:24 143:1 163:6 |
| 64:6 93:3 100:20 | protection 90:2 | 15:16 18:23 19:20 | 171:11 | 177:17 208:8 |
| 105:17 108:4 | protocols 230:23 | 19:22 20:1 21.6.8 | quote/unquote | 221:12.13.14 |
| 154:3 207:23 | prove 138:1.5 | 22:9.12 14.21 | 202:17 | Rebecca 180:15 |
| 209:17 211:23 | 184:10.19.24 | 23:12.18 24:20 | | rebooked 143:20 |
| 218:10 220:5 | 185:3 | 25:1 26.3.7.13.23 | **R** | recall 17:10 141.23 |
| problem 75:6 77:3 | provide 23:24 25:9 | 27:1.2 4.5.10 28:2 | R 248:3    3 | 142:8 143:20 |
| 236:20 246:6 | 62:7 94:3 149.20 | 28:5.7.18 33:20 | raised 5:1   1 | 144:9.10.12.20.23 |
| problems 18:15 | 154:9 163:6 | 36:3.11.15.16.17 | random    13 10.11 | 145:6.12.15,17.23 |
| 54:22 235:19 | 227:16 | 39:13 44:22 45:19 | Randy 16 173:6 | 146:4.10.22 170:4 |
| 236:19 238:13 | provided 61:23 | 45:21.23 46:14 | rather   9  1.244.2 | 191:19.21.22 |
| 240:14 | 97:2 204:6 205.13 | 47:5 48:6 51:8 | RDR 251:1   7 | 222:18 |
| procedure 1:15 | 209:19 211:3 | 58:17 59:14 62:19 | re 1:3 | receipt 103:7 |
| 13:12 22:4 37:5 | 215:21 216:6 19 | 63:1 64:14 67:12 | read 8    9.1.13 | receivables 209:24 |
| 71:9 72:3 19 73:7 | 230:6 | 67:15 68:12 75:16 | 22:14   15.7 | received 88:17 |
| 73:11.24 116:7.7 | provider 7:19 | 75.24 76:1.5 7.8 | 28:3.4     20 | 209:12 |
| 147:7 | providing 7:19 | 81.20 87:4 90:20 | 53:23.4   55:1 | receiver 161:6.13 |
| procedures 17:20 | provision 147:22 | 92.23 97:7 100:9 | 56:1.7   9.14.15 | 162:4 |
| 76:21 84:21 | provisions 214:12 | 103:22 113:22.24 | 58:3.4   9.5.4 | receivers 90:22 |
| 125:15 175:18.23 | public 1:18 215.14 | 114:2 117:18 | 87:17.4  1.17.19 | recently 148:5 |

Teleglobe Communications Corporation, et al.

Vinyard V. Cooke, Esquire
February 9, 2005

recess 53:10 115:20
  134:9 175:6 197:3
  235:12
Recessed 85:5
recognize 11:9
  53:16
recollection 50:20
  117:2 126:8,9
reconstituted
  160:22,24
record 69:10,11,16
  69:17 72:11,12
  77:24 78:14 82:20
  89:19 100:18
  103:3,9,12,13
  107:11 143:10
  196:24 197:2
  236:21 246:17
records 12:24 15:8
  15:13,18 16:19
  19:8,10 34:14
  45:9 48:17
recovery 12:16
redeployed 72:7,16
  73:12 113:6
reentered 86:3
refer 181:10 200:2
reference 78:4,11
referenced 83:5
referred 140:9
  155:15
referring 80:9
  138:12 155:18,19
  179:18
refers 140:10
reflect 50:21 82:20
  94:21 109:20
  150:15 169:7
  203:3
reflected 217:6
reflecting 94:17
  178:9
reflects 94:18 145:5
  179:23
refresh 117:2
regard 65:5 75:9
  81:12 165:19
  220:11
regarding 73:8
  86:15 120:10
  121:14 176:7
  205:9 220:19
region 100:16
Registered 1:18
  251:5
regroup 85:3
regular 139:9

regularly 153:7
regulatory 124:4
relate 43:13 120:14
  216:9
related 199:1
  215:15 228:9,17
relates 25:22
relating 4:1 9:19
  80:21 221:1 238:3
relationship 83:4
  145:17
relative 251:13
releases 215:13
relevant 113:16,19
  130:6 136:15
  137:12 172:23
  216:21
rely 66:5
relying 101:7
remainder 43:17
  47:10
remained 42:17,24
  43:3,22 46:24
  47:14 52:15
  200:21
remaining 35:15
  173:13 201:1
  202:23 203:2
remains 79:11
  88:20
remember 5:9
  11:23 13:18 16:2
  19:12,12,15 28:19
  30:23 31:19,24
  32:5,7,15,19 34:9
  34:10,11 35:3
  39:19,21,23,24
  44:3 46:3 53:24
  54:1,10,15 62:3
  62:13 63:12 64:9
  65:1 82:10 87:16
  88:9 89:13,17,18
  90:16 107:1,4,7,8
  108:23 122:13
  123:23 125:21
  126:11 128:10,11
  128:15,16,20,21
  129:21 135:17,18
  137:15,17 138:9
  138:17,23 143:5,7
  148:9 158:12,19
  169:4 204:13
  208:2,5,7,8
  211:13 218:10,17
  219:2 237:9 244:9
  244:13 245:2,4
  247:23

remounting 239:20
removed 43:16
repeat 22:13 26:6
  45:18 55:24 92:23
  135:23 145:7
  148:20 151:24
  173:1 228:19
repeated 226:13
repeatedly 31:20
  32:8
rephrase 14:16 22:8
  22:12 26:22 27:5
  36:3 63:1 97:7
  100:5 145:9
  150:16 171:24
  182:4 185:4,13
  193:13 205:14
  208:24 217:4
  223:24 233:16
REPLACE 250:3
report 6:8 14:9
  49:16 92:5 95:6
  120:2
reported 92:3 120:3
reporter 1:18 8:15
  19:21 20:1 22:15
  28:4 45:20 56:1
  57:11 58:4 76:6
  87:20 90:19
  103:21 113:23
  118:12 120:7
  136:1 148:22
  152:2 155:6
  167:15 172:4
  173:2 184:17
  186:10 187:21
  188:14 193:10
  194:10 203:12
  207:9 210:7
  226:14 228:21
  239:24 240:22
  241:16 249:6
  251:4,6
reports 123:15
  124:8 215:14
repository 146:13
represent 8:8
representation
  83:11
representations
  84:1
representative 3:24
represented 30:5
  127:6
request 83:8 86:12
  86:16 88:10 204:4
  204:9,13,15,21

216:12.18 229:15
  230:4
requested 87:9,20
  163:5 217:1
  221:10 244:23
requests 88:3
  215:21
require 126:22
required 130:24
  220:10
reread 20:1
reserve 243:19
  246:13
resigned 41:8
resolutions 215:12
  216:5
resources 109:15,17
  109:19 244:3
respect 68:8 70:7
  94:15 97:9 104:19
  107:16 111:9
  112:7 117:13
  138:2 141:11
  146:8 153:12,16
  153:20 155:22,24
  156:4,19 158:11
  158:15 180:19
  189:14 192:1
  194:4 200:20
  207:3 217:13
  222:4.14 227:1
  246:6
respective 251:8
respectively 61:12
respond 143:15
  147:21 232:14
  240:21
responded 143:14
  215:20
response 76:2 79:10
  136:6 171:19,20
  204:4,9 229:15
responsibilities
  6:11 7:21 89:23
  123:24 124:9,12
  124:19 218:13
responsibility 26:20
  108:21
responsible 8:21
  9:16 14:13 125:17
  139:21 140:3,19
  140:21 141:4
  211:24 212:5
  219:4,8
responsive 87:10
  88:3 96:10 204:7
  204:19 216:3.12

216:17 229:20
rest 34:3 53:6 201:4
  241:2
restart 142:1
restate 62:16 173:5
restating 45:23
Reston 42:16 48:3
  60:11 61:6,7
  97:17 104:24
  106:15,19,21
  109:4 121:9,11
  123:15 158:5,11
  186:22 187:10,10
  189:6,7,15,16,24
  191:18 206:8
  212:1,7,10 217:3
restorable 58:1
  59:7,21
restoration 162:16
  164:1 219:13,20
  231:15 232:4
  233:19
restore 51:17 55:12
  57:24 58:6,11,16
  59:2 157:13 191:8
  193:20 223:3
  237:9 238:4 239:3
  239:9,15 244:5
restored 79:16
  83:16 84:16,20
  161:9,10,16,24
  162:2,5,8,10,19
  162:23 163:3,5,7
  163:17 165:22
  166:14,15,22
  167:1,4,19,21,24
  168:3,5,14,20,22
  169:3,9,11,16,18
  169:19,22 170:11
  170:14 192:2.3 5
  192:9,14 193:15
  193:18 194:16
  220:14,20 221:5,6
  221:14,19 230:10
  230:14,17 231:6
  231:12 233:17,21
  236:17 239:4
  240:4
restoring 54:22
  219:4 221:11
  235:20 238:16
  245:9
restricted 39:5
result 166:14
  232:10 239:14
  245:13
resulting 57:18

Teleglobe Communications Corporation, et al
Case No  02-11518 (MFW)            Vinyard V  Cooke, Esquire            February 9, 2005

Page 271

| | | | |
|---|---|---|---|
| 151:11 235:23 | 81:11.20.23 82:? | 124:17 179:24 | search 87:9 162:15 |
| resumed 142:22 | 82:10.23 83:2 | 211:14 | 229:20 231:16.19 |
| 143:9 | 91:2 92:11 94:6 | sale/purchase | 232:3.10 234:1.3 |
| Retain 94:10 | 101:4 104:19 | 198:16 | 234:9 |
| retained 144:23 | 108:3 114:4 | same 17:20 18:18 | searched 230:13.19 |
| 217:20.22 218:16 | 115:10.18 122:20 | 30:2 18 49:18 | 230:20 21 231:4 |
| 218:24 222:3.14 | 124:15 127:9.20 | 53:8 66:1 68:14 | 232:14.17.20 |
| retention 121:20.24 | 134:13.16 22 | 68:14 77:3 83:24 | 233:2.7.14.14.16 |
| 122:20.23 123:1.3 | 147:4 148:2 | 112:23 113:2 | 233:18 234:1 |
| 123:13 126:16 | 155:22 178:6 10 | 118:9 119 6 128:9 | searches 232:6 |
| 127:8.22 128:17 | 179:2.21 186:16 | 128:14 129:19 19 | second 8:5 80:13 |
| 129:5.15.18 | 192:16 17 201:? | 130:11 136:24 24 | 83:13 149:9 |
| 140:12.18 141:12 | 201:22 202:5.6 | 143:16 153:12 | 176:18 178:22 |
| 145:5 147:3 151:6 | 209:14 219:16 | 159:14 164:14 15 | 220:2 222:7 230:8 |
| 153:21 238:3 | 222:17 241:11 | 165:18 167:11 | 237:2 243:19 |
| retired 100:16 | rights 243:19 | 171:6 174 19 | Secondly 136:6 |
| retitled 145:20 | 246:13 | 180:19 201:22 | sections 140:2 |
| retrieval 136:19 | Robert 131:22 | 205:3 207 20 | securities 124:23 |
| retrieved 227:10 | robot 191:3.6 | 214:23 229:23 | see 12:17 23:21 |
| return 73:11 | 236:15 | 236:23.24 243:14 | 25:12.16 29:7 |
| returned 72:5,20 | robots 223:13.13 | sat 122:13 152:19 | 30:8 51:20 54:7 |
| 73:9.18 113:5 | Rodney 1:16.21 | satisfied 12:6 24:13 | 55:8 57:21 58:22 |
| reused 151:10 | Roger 13:18 158:21 | 24.22 54:4 130:8 | 64:21 65:14 71:5 |
| reveal 19:1 62:22 | Roger's 14:9 | satisfy 185:20 | 97:14.18 116:24 |
| 62:23 76:2 127:4 | role 10:22 11:2 | save 13:13 | 120:14 125:18 |
| 164:6 167:6 | 14:19 161:6 | saved 187:7 | 131:24 151:13 |
| revealing 75:17 | room 28:1 53:? | saves 66:7 | 157:24 163:18 |
| 127:2 | 72:13 75:22 86:3 | saw 123:11 205:4 | 170:21 176:15.20 |
| reverse 186:24 | 165:6 206:16 | 211:9 247:8.12 | 177:4.9 181:21 |
| review 11:24 12:2 | 230:5 237:8 | saying 67:12 79:6 | 191:14 197:19 |
| 22:1 24:21 39:18 | 241:13 242:14 | 81:7 95:16 110:22 | 204:2 206:18 |
| 53:21 83:10 106:5 | roughly 5:10 17 10 | 150:6 155 24 | 208:19 211:10 |
| 116:15.18 137:12 | 41:11 46:23 88:2? | 156:18 164:17 | 215:16 220:21 |
| 162:21 222:5 15 | 142:10 | 186:16 | 223:6 227:7 247:9 |
| 243:18 | route 229:24 | says 57:15 80:13 | 247:13 |
| reviewed 24:8.11 | Rule 1:15 3:17 20:8 | 151:19 153:13 | seeing 242:5 |
| 26:10 54:11 75:23 | 20:11 22:3 26:11 | 163:15 174:9 | seek 27:3 |
| 162:14 204:5.8,10 | 26:16 116:6 164:? | 191:14 235:21 | seen 3:17 23:18 |
| 204:11.16 211:6 | 215:6 217:6 248:8 | 240:10 | 61:20.22 78:5.6.8 |
| 233:11 | Rules 22:4 116:? | schedule 4:1 153:12 | 78:11 116:9 |
| reviewing 3:21 | run 97:11 | Schimmel 2 5,9 3:? | 123:10 130:2 |
| 23:20 39:19 | Runion 112:19.20 | 3:9 8:19 9 11:14 | 166:20 198:9 |
| 125:17 | running 24:15 19 | 14:16 18 20:4 9 | 202:12 14 205:5,6 |
| revolving 224:2 | | 20:13 16.19.22 | 205:17.18 206:2 |
| rewrite 152:17 | S | 21:3.11.15.20 | 211:7.8 215:22 |
| re-cover 194:23 | S 132:11 248:6 | 22:10.17.24 23:3 | 216:6 217:8 218:6 |
| re-used 153:14 | sadly 114:23 | 23:7.13 25:24 | 218:9 |
| RICHARD 1:11 | sale 19:4 43:8 47:23 | 27:1.6 12,17 28:? | segregated 202:22 |
| Richards 1:16.20 | 52:2,2 59:22 | 28:10.14 45:18 | Seguin 114:18 |
| 11:18 89:4 117:9 | 91:10 92:21 93:1 | 46:8 51:9 10 53:8 | 116:22 117:3,6 |
| 218:16 222:19 | 175:16.17.21.23 | 53:11 14 56:5 | selected 61:17 65:8 |
| RIF 42:6 | 176:? 177:6 181:1 | 57:14 58:10.15.18 | 163:24 164:13.18 |
| right 5:19 7:6 8:6 | 181:22 182:7 12 | 59:18.23 60:22 | 164:22 165:14.17 |
| 33:21 37:10 46:24 | 198:12 200.12 | 61:9.13.15.22 | 248:13 |
| 47:9 49:23 52:6 | 238:19 248.21 22 | 69:12.18 70:12 | selecting 164:9 |
| 53:9 59:24 61:23 | 249:2.3 | 72:15 75:20 76:12 | sell 52:18 180:22 |
| 68:13 79:1 21 | sales 52:19.21 | 77:19.23 78:6.8 | 181:16.20.24 |

Wilcox & Fetzer, Ltd            Professional Court Reporters            (302)655-0477

Teleglobe Communications Corporation, et al
Vinyard V. Cooke, Esquire

Case No  02-11518 (MFW)

February 9, 2005

Page 272

| | | | | |
|---|---|---|---|---|
| 182:21 207:19 | 181:4 186:5,20,22 | 107:2 163:8 | **SKINNER** 1:12 | 206:11 209:17 |
| 214:4,16,21 | 187:10,11 188:3 | show 9:15 21:18 | slave 236:9 | 210:24 212:2 |
| 237:22 | 188:10 189:3,7 | showed 23:14 | slices 156:24 | 227:5,6 229:4,9 |
| selling 177:24 | 191:4,16 192:23 | 138:23 | slightly 154:5 | 229:10 230:9 |
| 181:14 238:10,12 | 193:22 223:14 | showing 116:4 | small 42:21 90:12 | 231:11 233:23 |
| 238:18 239:14 | 237:8 | shown 11:8 53:15 | 90:13 | 234:17 235:24 |
| send 15:3 39:22,24 | servers 39:6 46:4 | 61:14 175:14 | smaller 47:4,4 52:7 | 236:19 238:15 |
| 40:19 79:6 89:11 | 51:5,17,24 52:1,7 | 247:6,11 | 52:17 236:15 | somebody 36:19 |
| 138:6 143:11 | 52:16 55:4,10,22 | shrugged 53:4 | Snyder 33:3 65:13 | 58:21 95:2 106:23 |
| 220:1 | 56:13 57:7,23 | shrunk 158:13 | 69:20 70:1,2,19 | 143:4,8 159:5 |
| sending 34:12 141:4 | 59:5,19,22 60:5 | side 88:6 133:22 | 80:14 84:8 117:22 | 161:3 211:23 |
| 141:8 212:5 | 60:14,17,21 84:6 | 135:3 | 180:19 | 221:16 242:9 |
| senior 6:17,18 | 101:9 114:17 | sifted 63:20 | software 57:19 | someone 19:7,9 |
| 14:21 82:5 83:3 | 135:5,6 147:4 | signature 12:9 | 228:6 236:1,4,6 | 72:24 73:13 89:4 |
| 228:2 | 153:12,17,21,22 | 249:5 | 239:10 | 95:1 108:14 |
| seniority 64:3,8 | 154:7,22 155:2,9 | signed 12:6 250:6 | sold 43:11 51:4,15 | 114:15 158:21 |
| 82:8,11 | 155:22 156:1,5,8 | simple 25:24 63:8 | 51:24 52:1,24 | 160:21 166:5 |
| sense 137:16 139:21 | 156:14,20 157:2 | 67:15 136:11 | 53:1 55:11,23 | something 6:18 |
| 228:7 | 157:21 159:6 | 231:24 | 56:13 57:7,23 | 39:15 73:14 95:3 |
| sent 11:24 34:10,10 | 163:7 168:6,7 | simpler 243:22 | 59:6,19 60:5,14 | 152:12 231:23 |
| 34:11,16,19 40:4 | 173:22,24 181:14 | simplify 63:2 | 60:17,21 171:21 | sometime 13:5 |
| 43:1,18 61:16 | 181:16,20,24 | simply 166:22 237:7 | 172:8 173:22 | 28:21 30:20 32:8 |
| 64:22 78:3 88:7 | 182:7,8 183:2,5,9 | since 5:3 21:21 | 176:10,22,24 | 42:18 52:5 73:23 |
| 89:5 138:6,8,8 | 183:20 184:4,11 | 24:15 26:18 43:22 | 177:8,12,14 | 88:10,12 99:16 |
| 201:4 202:24 | 189:10,17,18,19 | 51:14 67:1 99:8 | 178:10,16,24 | 108:4 142:3 |
| 210:24 212:16 | 189:20,24 214:3 | 99:14 162:22 | 179:8,14 180:6,9 | 152:18 162:3,4 |
| 219:22 229:11,13 | 223:3 228:12 | 164:23 233:10 | 180:14,17 182:19 | 163:8 198:11 |
| sentence 80:10 | 230:18 233:22 | 245:19 | 183:6,9,14,20 | 219:1,3 220:2 |
| 153:13 163:15 | service 43:9 206:17 | single 43:18 | 184:13 185:9,21 | 237:12 242:3 |
| 170:16 191:14 | 214:9 | Sirois 132:13,17 | 199:2 214:3,7 | 244:12 |
| 220:23 221:4 | services 7:20 199:1 | sit 73:16 91:2 92:17 | 223:2 224:4 | sometimes 58:23 |
| 223:1 | **SESSION** 85:7 | 95:17 96:24 99:19 | 236:12 237:5,10 | 192:18,19 |
| separate 92:12 | set 29:15 44:17 | 102:12 103:15 | 238:5 | somewhere 47:7 |
| 113:14 171:16 | 76:22 147:22 | 104:20 106:18 | solely 143:21 | 100:15 103:3 |
| 229:12 | 149:1,6,15 237:2 | 150:10 157:7 | some 18:3 19:6 | 108:4 1:6 |
| September 5:3 | 242:3 | 159:17 164:12 | 26:19 39:4,5 | 193:3 |
| sequentially 235:6 | sets 144:3 146:17 | 183:8,11 184:23 | 42:18 43:4 47:11 | soon 204:13 |
| Serge 1:10 77:4 | seven 97:3 | 208:5,7 | 52:1,7 57:18 | sorry 6:2 8:13 10:7 |
| 105:24 106:20 | several 57:17 | site 146:6,20,22 | 60:19 70:22 71:24 | 13:20 19:19 20:21 |
| 188:7 | 138:17 142:14,14 | sitting 182:16 | 83:15 85:14 90:1 | 36:10,15 38:23 |
| Serge's 106:24 | 176:20 190:22,24 | situation 95:13 | 90:8,24 97:5,8 | 49:6,10 51:7 |
| served 53:22 88:10 | 191:8 235:22 | 106:13 107:16,20 | 98:8 105:13,14 | 55:24 57:9,16 |
| 116:16 | 240:11,15 | 111:11,13 112:7 | 106:1 110:14 | 58:2,13 62:15 |
| server 38:8,12,18 | Shaw 2:2 72:13 | 112:10 130:4 | 111:17 117:13 | 67:11,16,16 68:2 |
| 39:10 45:15 46:11 | 86:3 | 137:15 | 138:19 140:5 | 76:4 79:15 80:12 |
| 46:17 65:7 79:7 | Shearman 2:5 3:9 | six 112:2 147:13 | 142:21 144:4,4 | 90:17 92:23 |
| 79:12,16,24 80:24 | **SHEET** 250:4 | 151:7,17 163:17 | 146:21 148:7 | 113:20 116:11 |
| 81:2,10,16,18 | **SHEET/DEPON...** | 163:20 164:8,13 | 158:6 161:6,8,9 | 118:10 126:13 |
| 82:1 83:10,16,17 | 249:5 | 164:18,20,22 | 161:10 162:12,24 | 132:6,10,15 |
| 84:9,13,19,21 | shipped 146:22 | 165:16 170:18 | 165:23 166:20 | 135:23 142:20 |
| 100:24 103:19 | 196:6 199:18 | 174:11 192:16,19 | 167:21,22 168:4 | 148:20 151:23 |
| 114:8 140:11 | 202:21 203:3,9 | 192:21 193:3,5,16 | 169:17 178:4,5 | 157:2 163:12 |
| 147:18 153:13 | 229:7 | 194:4 | 180:3,4,5 185:7 | 167:12 171:9,24 |
| 166:13 168:10,13 | short 94:6 175:3 | sixteen 160:15 | 192:9,10,14 | 172:23 173:8 |
| 169:11,11,15 | shorthanded | sixth 74:14 106:5,14 | 196:20 198:13 | 180:8 186:7,15 |
| 170:24 171:4,5,8 | 207:20 | 106:15 228:1 | 200:8,10,24 | 187:18 188:11,12 |
| 171:17 174:13 | shortly 54:13 76:16 | size 191:1 | 202:20,21 206:10 | 192:7,12 194:7,8 |

Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)                Vinyard V. Cooke, Esquire                February 9, 2005

Page 273

| | | | |
|---|---|---|---|
| 203:10 207:7 | specify 207:23 | 181:2 5,9 10 | sufficient 16 | 67:10 |
| 208:23 210:10 | speculating 199:23 | 183:13 16 17,19 | suggest 1 3 4 | sworn 2:15 251:7 |
| 219:14 223:17 | speed 150:3 | 183:23 184:24 | suggests 3 11 | system 37:21 38:14 |
| 226:11 228:19 | spell 13:19,20 32 21 | 185:6 19 186:1 | suit 251:1 | 45:5 52:14 187:4 |
| 235:16 237:19 | spoke 197:14 | 227:14 19 | summary 16 | 228:12 |
| 240:18 241:8 | spoken 162:21,22 | Sterling 2:5 3:9 | summer 13 11 1:2 | systematically |
| sorted 196:7 | spring 44:2 109:8 | Stewart 1:10 | 16:3 2 13 2 | 167:4 17 |
| source 114:12 | 122:10.11 196:20 | 133:12 14 | 158 11 31 0 | systems 57:20 |
| Southwell 133:1 10 | Square 1:17,21 | still 17:15 34:24 | 170 19 21 3 | 130:15 190:6.7,8 |
| space 47:20 | 229:13 | 35:18 36:1 48 1 | 229:1 | 191:17 236:1,4,6 |
| speak 93:4 190:8 | stack 105:6 132:19 | 58:9 60:19 81 2,9 | supervise 4 15 | 239:4 |
| 197:9,10 247:17 | stacking 206:6 | 81:15 82:14 83:17 | supervising 50 8 12 | system's 46:7 |
| speaking 6:19 14:14 | staff 48:20 207:21 | 138:21 165 24 | supervision 41 6 | S-c-i-a-c-c-i-a-t-a... |
| 41:11,14 44:6 | stand 218:9 | 179:24 180 11,16 | 124 7 1 8 19 | 69:9 |
| 62:4 79.9 140:8 | standard 18:14 | 190:7 199:24 | 201 21 3 3 5,11 | S-n-y-d-e-r 33:3 |
| 147:6 171:14 | 37:5,23 38:20,23 | 2 25:12 230.18 | supervisor 70 1 20 | |
| 245:7 | 60:12 71:9 72:3 | 233:22 | 212:7 11 | **I** |
| special 46:5 | 72:19 73:11,24 | stop 12:23 13:3 | supplement 3 11 | I 1:9 131:15 248:6 |
| specific 7:12 26:10 | 84:23 101:2 3 | 15:18 16:19 17:5 | 84 2 | take 2:20 3:21 6:21 |
| 26:15 31:22 44:23 | 190:17 248:12 | 18:19,22 142:5 | support 73 10 | 6:24 8:4.11 12:9 |
| 55:3 118:18 140:5 | standards 42:15 | 152:20 160:9 10 | supported 138 6 | 23:15 37:6 45:1 |
| 140:7 149:5 | 44:17 52:11,12 | stopped 18:8 | supposed 13 17 | 46:23 47:10 52:16 |
| 157:12 165:7 | 71:11 76:22 181 7 | storage 43:21 47:20 | 127:14 19 8 11 | 53:2,6,8 57:1 70:3 |
| 211:15 245:4 | 231:21 233:4 11 | 171:13 191:18 | sure 13 1 16 | 77:19 97:5,8 |
| specifically 8:1 9:6 | STARGATE 1:2:2 | 223:19 224:8 | 17:2 4 19 3 8 | 101:12 115:17 |
| 12:22 13:10,17 | start 153:7 | 225:2 3,4 24 | 192:7 11 34,3 | 118:19 132:19 |
| 28:19 29:18 31:24 | started 4:21 141:20 | store 39:8 51:18 | 34:1 3 15 11 2 3 | 134:7 135:4,10 |
| 34:11 35:10 39:11 | 143:1 152.17 | 146:5 223:5 9 | 45:1 48 3 3 8 | 147:2 154:21 |
| 39:12 20,21 40:14 | 204:12 233:10 | 226:10 | 55:23 60 11 | 158:22 159:1 3 |
| 41:13 42:16 43:5 | 236:13 | stored 41:23 43:18 | 65:23 1 68 21 | 162:23 163:9 |
| 44:3 46:3 48:13 | state 2:24 30:12 | 45:15 48:1 9 49:1 | 70:2 72 5 5 10 | 175:3 176:17 |
| 50:16 52:22 56:4 | 125:23 221:17 | 49:13 79:15 146:4 | 77:3 3 0 6 17 | 178:8,9,13 180:13 |
| 56:10,17 58:19 | 223:1 251.1 | 146:8,9 12 186:5 | 79:1 1 16 3 16 | 180:21 182:11 |
| 59:6,8 60:10,22 | stated 26:15 | 186:5,18,19 188:4 | 87:16 21 2 6 | 183:13,16,17,19 |
| 61:3 62:3,13 | statement 75:14 | 188:10 189:3 | 94:16 15 3 0 13 | 183 22 186:24 |
| 64:12,19 66:2 | statements 24.3 | 190:9 197:20 | 100:11 1 3 | 190:15 198:11 |
| 68:17 72:6 73:15 | 30:11,13 44:18 | 200:9 209:18 | 111:1 4 1 | 215:1 222:22 |
| 76:20 77:17 82:12 | 215:13 | 211:20 20 236:16 | 115:19 19 15 | 227:14 235:9 |
| 83:21,21 87:16 | states 1:1 7:20 | storing 130:14 | 130:5 4 1 19 | 238:12 241:2 |
| 88:15 92:2 93:4 | 43:22 52:20 65.4 | 145:24 222:19 | 136:1 1 3 11 | 243:11 |
| 101:11 102:21 | 90:2 144:2,4,21 | Street 1:23 2 3 | 139:15 4 6 | taken 1:15 36:23 |
| 103:5,13 105:17 | 146:9,12,20 151:6 | stuff 90:24 | 144:18 1 1 2 | 52:12 13 53:10 |
| 106:1 107:4,7 | 155:20 176:22 | subject 15:5 16:18 | 159:4 1 1 2 | 70:23 103:17 |
| 109:10 111:2 | 186:6,19 187:8 | 21:23 24 | 162:13 11 2 | 115:20 134:9 |
| 113:9 121:10,13 | stating 181:6 | subjects 17:1 | 174 7 1 7 185:2 | 135:12 141:19 |
| 123:5 124:22 | status 58:23 101.17 | submitted 204:22 | 187:6 1 1 16 | 142:8,17,23 144:5 |
| 129:9,21 130:17 | 121:15 128:21 | 204 24 | 195:12 19 1 | 159:13 175:6 |
| 131:4,10 134:22 | stay 5:7 16 77:24 | subordinates 49:16 | 197 20 3 10 | 181:2 186:1 197:3 |
| 137:8,15,21 | stayed 47:11 | 50:22 58:24 | 206:21 0 3 | 206:7 235:12 |
| 139:19 148:2,24 | STEINBERG 1 12 | subpoenaed 228:13 | 213 1 3 31 | 245:13 251:9 |
| 154:4 157:5,17 | Stenotype 251:9 | subsequently 16:22 | 216:11 9 2 24 | talk 56:11 75:17 |
| 160:5 163:4 166:2 | step 21:1 | 17:23 99:1 198:21 | 235:11 4 18 | 111:5 154:13 |
| 169:6,18 176:18 | STEPHEN 1:12 | subset 80:5 82 4 | 239:8 24 1 3 5 | 159:24 161:1,2,3 |
| 178:3 181:23 | steps 50:17 103:16 | substance 121:23 | 241:3 | 183:3 194:18 |
| 195:8 196:9 | 134:18,22 135:4 9 | substantial 29:6 | surprised 13 22 | 236:3 |
| 199:10 215:2,3 | 135:11,12 158:22 | 42 6 151:11 | surrounding 42 20 | talked 34:12 42:12 |
| 221:9 223:11 | 159:2,3,8,13 | | switched 60 0 | 75:1,3 76:9 |

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 274

| | | | | |
|---|---|---|---|---|
| 138:24 146:16 | 151:19 152:7,11 | 9:7,9,17,23 10:10 | **TERENCE** 1:10 | 238:7 |
| 152:5 161:4 184:2 | 152:12,15,17,21 | 10:18,22 12:21 | term 106:8 121:24 | theirs 178:6 |
| 236:8 | 153:4,5,14,21 | 13:24 14:14 15:5 | 176:22 | themselves 67:13 |
| talking 7:11 13:9 | 154:6,22 155:1,20 | 15:17 16:4,10,12 | terminated 29:11 | thing 59:1 180:19 |
| 31:7 42:1 73:4 | 156:2,4,5,19,24 | 16:15 17:17,22 | 41:8 47:8 | 225:20 |
| 91:19 102:21,22 | 157:1,9,12,13,14 | 18:6 31:4,11 | termination 122:17 | things 10:6,7,23 |
| 105:14 110:5 | 157:21 158:5,5,11 | 32:17 33:9,13,16 | terms 26:2 48:4,17 | 11:4 43:15 85:14 |
| 112:10 116:11 | 158:15,23 159:23 | 34:24 37:1,8,10 | 52:19 82:23 85:22 | 87:13 90:12.15 |
| 125:9 127:22 | 160:3,12,14,15,16 | 37:20 43:14 45:5 | 90:9,12 111:4 | 91:9 95:10 147:3 |
| 142:14 143:22 | 161:6,8,9,10,16 | 51:15 58:7 62:8 | 127:22 131:1 | 171:18,20 172:6 |
| 144:1 148:12 | 161:23 162:2,5,8 | 62:10 63:7,14 | 136:10,17 139:15 | 172:12 201:3 |
| 171:14 181:10 | 162:10,16,19,24 | 64:2 72:1,7 74:6,9 | 140:18 150:19 | 208:3 212:22 |
| 185:13 186:20 | 163:2,5,16 164:1 | 74:15,18 76:22 | 160:21 179:4 | 218:21 224:9 |
| 192:17 197:13,15 | 181:11 188:4 | 84:6 88:20 99:14 | 195:17 198:16 | 225:6 227:6 |
| 203:8 210:13,16 | 190:21 191:1,9,17 | 108:2,24 109:7,18 | 225:21 234:2,3 | think 6:17 10:10,21 |
| 210:19 213:11 | 192:1,2,9,14,17 | 110:13,21,22,23 | **Terry** 169:15 | 13:4 19:2 23:1 |
| 220:21 225:19 | 192:20 193:4,14 | 111:1 114:7 120:1 | testified 2:16 48:16 | 24:22,22 27:13 |
| 227:2 233:11 | 194:5,15 219:5,13 | 121:8,12,19 | 49:4 85:21 101:1 | 32:14 43:23 46:5 |
| 236:8 | 219:20,22 220:1,3 | 125:13,22 128:19 | 130:11 200:24 | 49:21 63:5 64:6 |
| talks 116:22 179:10 | 220:14,18,20 | 129:6 133:5,18 | 230:9 234:17 | 66:13 70:19 73:6 |
| 235:19 | 221:1,3,5,14,19 | 134:13 135:15,19 | testifies 3:3 | 76:1,2 77:3,5 80:7 |
| tape 51:17 155:13 | 223:8,16,18 224:2 | 136:14 137:18 | testify 26:12 | 80:15 82:18 83:22 |
| 181:4 191:1 | 225:5.21 226:2 | 138:1 139:20 | testimony 3:15 | 83:22,22 88:2 |
| 192:19 193:20 | 230:7,10,12,13,15 | 142:24 145:13 | 157:7,11 185:2 | 90:23 91:1,15,24 |
| 223:3 236:19,21 | 231:6,11 232:14 | 146:1,19 152:6,10 | 195:23 198:11 | 100:13 105:9 |
| 236:23 237:9 | 232:16,19 233:2 | 161:13 177:21 | 251:11 | 106:13 114:1 |
| 238:4 239:15 | 233:15 234:12,17 | 180:11 185:14,14 | **Texas** 37:2 | 120:13 121:10,22 |
| tapes 13:2,13 15:22 | 234:19,23,24 | 196:6,18 210:3 | **Thank** 85:20 | 128:2 130:19 |
| 15:23 16:20 17:6 | 235:2,3,6,22,23 | 223:2,9 225:22 | 155:17 182:5 | 137:8 138:19 |
| 17:7,14 18:9,9,18 | 236:10,12,14,15 | 228:6,7,10,18 | 246:14.16 247:24 | 140:1 152:4 |
| 18:22 33:22 34:17 | 237:23 238:7,13 | **Teleglobe's** 12:13 | their 6:21,23 25:10 | 155:15 156:10 |
| 37:23 38:2,4,19 | 238:19 239:3,8,9 | 141:11 210:23 | 26:14 31:6,13 | 165:3 171:13 |
| 44:14,21 48:5,5 | 239:11,13,19 | tell 9:5 20:15 27:23 | 32:2,10,18 33:7 | 182:16 184:2 |
| 48:19 49:23 54:24 | 240:10,13 241:5 | 31:18 40:15 48:18 | 33:19 37:6,9,11 | 188:8,11,24 189:8 |
| 55:3,5,7,12,13,22 | 241:19 244:5 | 50:17 79:17 92:8 | 38:14 39:9,17 | 189:12 19 |
| 56:14,23 57:6,16 | 245:4,6,8,10 | 94:7 106:8 117:19 | 40:11,20 41:4 | 195:3,16,23 |
| 57:18,24 58:6,8 | task 90:4 91:9 | 134:18 142:7 | 42:10,10 44:13,20 | 206:19,21 208:11 |
| 58:11 59:3,7,21 | 122:14 | 149:6,23 150:1 | 44:24 45:10,14 | 215:20 216:3 |
| 60:1,7,11,15,18 | tax 211:14 | 156:1,5,23 157:11 | 46:10,15,17 48:9 | 218:2,18 220:5 |
| 60:20,23,24 61:2 | **TAYLOR** 2:2 | 171:18,19 172:6 | 48:17 58:24 64:3 | 224:3 227 7 |
| 61:6,7,8 71:12,14 | TCC 8:1,5,10,11 | 172:12 181:2 | 65:16 66:14,21 | 230:19 233:8, |
| 72:4 76:24 77:11 | 44:7 63:10,13 | 185:19 186:17 | 67:3,6,19 68:22 | 236:7,15,18 21.24 |
| 81:3 83:16 84:15 | team 33:15 43:4 | 198:23 214:16,21 | 69:4,13,19 70:8 | 237:5 239:11 |
| 101:5,7,10 103:18 | 50:15 197:13,13 | 221:13 223:11 | 70:23 71:8 77:2 | 240:18 241:2 |
| 130:16 134:20 | 197:17 200:4 | 242:15 | 85:16 93:6 95:7 | 247:10,14 |
| 135:1,6,8 140:13 | technical 154:5 | telling 40:16 48:17 | 95:12 103:4,9 | thinking 39:12 |
| 140:18 141:12,21 | technically 171:12 | 137:18 | 119:3,9,15 120:22 | 140:16 |
| 141:23 142:2,11 | 173:19 193:22 | temperature 146:7 | 129:18 133:19 | third 1:17,21 53:1 |
| 142:22 143:2,9,12 | 242:5 | ten 36:1 41:19 | 134:1 140:6 | 164:24 |
| 143:22 144:1,4,6 | telecommunication | 79:20 88:22 89:1 | 150:16,18 169:22 | third-party 25:9 |
| 144:7,8,15,18,19 | 7:20 | 105:15 192:22 | 170:23 171:8,10 | 241:22 243:21 |
| 145:21,24 146:3,8 | telecommunicatio... | tend 76:2 | 174:13 178:1 | 244:6 |
| 146:19,21 147:4,9 | 7:19 | tender 20:24 22:7 | 180:3,4,24 185:20 | Thomas 1:11 4:21 |
| 147:13,15,18 | Teleglobe 1:4,6 5:2 | 25:21 | 189:3,9 194:5 | 4:22 5:5 6:3.5 |
| 148:17 149:11.17 | 5:2,23 6:8,13,20 | tendered 20:11 | 196:16 197:8,11 | though 84:9 |
| 150:7,11,11,12,19 | 7:5,11,16,17,18 | 103:6 | 215:10 218:2 | thought 13:2 67:12 |
| 151:10.12.17.18 | 7:22 8:12,18,20 | Tens 196:14 | 228:5.11,11,13,14 | thousand 44:10 |

Wilcox & Fetzer, Ltd.

Professional Court Reporters

(302)655-04

Teleglobe Communications Corporation, et al
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)                                                    February 9, 2005

Page 275

203:15 204:8,10
204:11,16,19
205:10
three 4:19 5:8,8
10:6,7,17,23 11:3
52:16 132:8
150:13 173:11
188:24 189:2,8,12
236:15
three-and-a 4:19
threshold 177:22
through 1:15 5:10
7:6 13:5 25:11
29:3 30:6 33:14
38:18 42:18 44:2
45:7,8 53:23 54:2
63:20 83:7 93:17
97:11 109:8
148:17 150:8
155:3 156:6,21
157:22 160:17
165:8 166:19
181:5 196:7
198:13 201:1
205:24 211:9
221:11 228:12
230:3
throughout 31:20
174:1
throw 33:22
T1 25:8 61:18
116:22 248:14
ties 80:7
Tievsky 32:20
123:18 124:2,3
126:1
time 7:4,5,23,24
13:4,11 14:23
16:23,23 17:21
18:2,14,15,15
20:6 22:11,18
28:1 33:5,23
36:10 47:11 51:14
52:5,23 54:14
56:19 58:7,8
59:16 60:13,17
68:4 75:22 78:17
85:18 86:6 94:8,9
95:11 99:15 109:6
109:6,9 110:23
111:17 115:6,11
122:10 125:23
127:6 128:21
141:21 142:21
147:7 149:10
150:2,5 152:19
153:7 156:20

157:8,12,15 162:7
164:24 165:6,23
166:18 174:2
178:3 183:6,9
184:4,7 185:3,7
186:9,13,15
189:23 192:11
198:5 200:23
203:6,7,18 204:20
205:3,3,4 207:20
208:3,4 216:24
219:6,7 221:17
229:6 230:4
233:22 236:16
238:4 239:18
240:13 241:7,9,13
242:14
times 44:18 45:5
57:17 59:16
190:22,24 191:8
235:22 240:11,15
timing 86:13 107:7
tip 90:12 112:15
title 123:24 124:9
124:12,19
titles 6:10 7:21
TMI 116:23
today 3:10,15 4:3
41:18 44:5 56:22
58:9 73:16 79:21
80:19,24 81:24
83:16 88:11 91:1
92:17 95:17 96:24
99:19 102:12
103:15 104:20
106:18 109:16
114:14,15 144:6
150:10 155:2
157:7 159:17
164:12 168:12
182:17 183:8,11
184:23 189:13
195:16 208:6,7
225:1 246:1
247:23
together 196:19
210:4
told 13:1,3 15:22
33:19 42:6,9 44:7
46:9 47:6 49:19
63:9 93:19 103:1
106:20 22,22
107:8 143:8
152:20 160:9
166:19 182:7
225:23 239:7
Tom 120:23

top 158:1
topic 21:9 13:15
22:19
topics 3:10 4:1 22:6
25:22 26:10,12,14
26:23 27:2,16
164:3 247:8
total 156:24 157:3
trace 143:8
track 112:1
trailed 219:15
transactions 83:5
124:18
transcribed 251:9
transcript 243:18
251:11
transcription 251:9
transferred 198:21
200:13
transposed 67:20
68:6
traveled 90:22
traveling 48:18
trick 47:5
triggers 26:1
Troutt 133:23
true 41:10 189:4,5
251:11
trust 95:15
try 2:22,23 101:23
102:3 108:15
185:18 236:22
trying 13:13 36:12
49:20 20 63:6
77:2 81:21 90:14
90:23 118:22
127:7,11 137:8
138:5 147:23
149:3 185:15,16
185:17 207 19,19
224:3,7 231:5
236:17 240:20
TSI 116:23
TTC 116:23
Tucker 4:23,24
5:14 6:4,6
turmoil 33:23
turn 51:11 54:18
turned 191:3
TUSA 9:23 116:23
twelve 152:22
twenty 105:17
192:24
two 5:8,19 18:1
19:6 22:15 35:5
46:2 52:18 61:10
61:14 71:5 137:5

143:21
147:15
154:
157:
222:10
234:
Two-page
tying
type 50
typical
typically
108:
136:11
144:15
T-i-e-v-s-k...

U
ultimate
ultimately
125:
141:
212:12
unable
unavailable
unclear
242:
under
29:9
44:16
55:15
842:
124:
141:
149:11
178:
191:11
201:
209:
216:13
233:1
underneath
understand
15:16
44:25
56:13
8:21
145:15
149:3
153:
180:15
187:
229:2
236:18
understand up
15:13
100:

113:6 129:23
130:3,24 149:8,10
149:14 150:9
152:6,16 153:6
183:1 187:3,9
189:5,6 191:11
193:2,20
understood 134:12
134:15 143:1
149:22
unique 229:9
United 1:1 7:20
43:21 52:20 90:2
144:2 4,21 146:9
146:13,20 186:6
186:19 187:8
University 4:8
unless 20:15 25:21
84:20 181:22
228:12
unlikely 132:22
unreadable 239:11
239:14
unrestorable 57:19
235:24
until 5:17 13:5 43:3
58:8 77:20 146:22
152:18 195:4
untrue 30:11
updating 122:22 24
upgraded 112:3
USA 7:16,17,18
8:12 20 9:7,9,23
155:22 156:1
use 58:20 215:10
223:9 238:11
251:9
used 51:18 58:8
63:16 144:20
155:21 161:6,8
190:6 223:4,20
224:5 225:16
226:10 236:10
users 55:3
using 57:19 59:15
76:21 234:1
235:24 239:9
240:4 243:24
usually 193:2
utilized 191:16
utilizing 244:2
U.S 8:1 90:4 110:5
110:6,7,7 144:5
144:18 145:21
155:9 159:6 187:7
187:16 188:2,9 20
188:21 189:2,3

Teleglobe Communications Corporation, et al.
Case No. 02-11518 (MFW)          Vinyard V. Cooke, Esquire          February 9, 2005

| | | | | |
|---|---|---|---|---|
| 195:10,16 209:15 | 32:15 44:9 58:23 | 151:6 161:5 | 125:1,15,17,23 | 234:23,24 236:12 |
| 209:20 212:14 | 67:18,18 77:19 | 164:17,23 167:23 | 126:21 127:23 | 237:2,6,10 238:4 |
| | 78:10,17 83:23 | 171:3 177:17 | 128:4 129:23 | 240:14 243:7 |
| **V** | 85:3 130:5 136:15 | 181:12 193:18 | 130:14,23 134:13 | 245:8,24 246:7 |
| v 1:8,16 2:13 248:3 | 182:6 193:21 | 199:21,21 202:4.8 | 135:6,12,14,19 | 247:6 251:8 |
| 248:9 251:7 | 222:6 231:2,14 | 210:15 218:7 | 136:21 138:2,12 | weren't 141:22 |
| vacating 196:11 | 234:18 241:14 | 220:13 224:10 | 138:14 140:3,5,22 | West 2:3 |
| VanDoorn 72:2 | 245:3 | 229:8,22 234:5 | 141:2,6 142:11 | we're 26:11 65:24 |
| 73:18 113:4 | wanted 17:19 19:4 | 241:10 245:22 | 143:23 144:2,3,4 | 83:10 86:22 87:1 |
| 173:10 | 58:22 60:1 77:5 | went 4:7,8,20,22,24 | 144:4,8,8 146:3,4 | 88:5 104:14 |
| various 39:6 59:16 | 112:1 221:16 | 12:21 13:4 34:1 | 146:8,9,12,17,22 | 143:22 205:3 |
| 90:10 125:15 | 234:12 | 36:24 37:2 43:7 | 148:4 150:3 | 220:10.13 230:18 |
| 163:6 | Warren 5:1,1 | 43:7 47:22 104:12 | 151:10 152:10,10 | 246:11 |
| VCR 236:22,23 | Washington 4:9 6:6 | 105:24 106:4 | 153:14 154:2.13 | we've 7:11 156:10 |
| vendor 243:21 | 6:7 244:8 | 130:13 138:13 | 154:22 155:21 | 209:12 215:20 |
| vendors 217:12,20 | wasn't 41:4 77:17 | 142:6 150:2,4 | 158:11 159:4,13 | 224:4 230:24 |
| 222:3,11,14 239:6 | 95:13 138:5 141:5 | 152:16 187:12 | 159:18 160:3 | whatsoever 92:18 |
| 241:22 244:6 | 159:6 238:23 | 197:5,13 198:13 | 162:2,19 163:24 | 168:24 |
| Verge 1:11 112:22 | way 3:3 18:1 25:15 | 198:17 199:2,4,22 | 164:13,18,22 | while 21:1 114:8 |
| 169:2,9 | 27:8 28:15 34:15 | 200:1,4,6 201:1 | 165:17 169:24 | WILCOX 1:23 |
| verify 55:4 | 34:18 38:13 45:22 | 205:24 206:5 | 171:21 172:8 | Wilmington 1:17,21 |
| versus 198:18 | 47:19 104:23 | 211:9 212:1 | 173:22 176:5 | 1:23 2:4 |
| very 25:24 42:21 | 108:13 109:23 | 228:12 | 177:22 178:10 | wiped 72:17 |
| 67:16 91:9 95:11 | 117:23 125:11 | were 5:4,13 6:1.3 | 179:20 180:5 | witness 8:17 19:1 |
| 112:12,12 146:5 | 129:3 139:9 140:1 | 9:3,5,10,16 10:5,7 | 181:2,20 182:19 | 20:3 21:1 25:21 |
| 147:6 163:8 | 141:1 157:8 | 10:16 12:6,19 | 183:6,7,9,14,20 | 26:12 27:14,18,24 |
| 194:24 224:10 | 173:18,20 182:11 | 13:8 17:2,4,19 | 184:3,4,13 186:1 | 28:8 45:22 53:4 |
| 231:24 234:22 | 182:14,15 184:8,9 | 19:3,5,9,11,16 | 186:22 187:9,10 | 56:3 57:9,13 58:2 |
| 235:1 245:24,24 | 186:24 202:18 | 24:13 33:14,15,17 | 187:10,11,12 | 58:6 75:12,19,21 |
| 247:24 | 206:22 207:1 | 33:24 34:1,3,14 | 188:2,3 189:6,7 | 76:4,11 82:21 |
| vested 91:16 | 208:17 209:11 | 36:9 37:20 39:6 | 189:14,16 191:7 | 90:21 103:24 |
| Victoria 123:19 | 213:16 214:10,19 | 40:16 41:3,8,11 | 192:5 195:7,7,15 | 114:4 115:4 |
| 124:10 | 216:7 219:12 | 41:22 42:6,9,11 | 196:7,12 197:8,11 | 118:10,14 120:12 |
| viewed 177:23 | 225:1 243:23 | 42:19,23 43:1,8 | 198:21,23 199:1 | 135:23 136:10 |
| Vinyard 1:16 2:13 | wear 57:18 235:23 | 43:11,14,15,17 | 199:14 200:8,10 | 147:10 148:20 ` |
| 248:3,9 251:7 | Wednesday 1:17 | 44:7 46:3 47:3,7 | 200:11,13 201:8 | 151:24 152:4 |
| Virginia 4:8,10 6:6 | week 196:18 205:8 | 47:15,19,24 48:5 | 201:12,17,19 | 155:4,8 165:5 |
| 43:2 106:16,19 | weekly 45:6 147:13 | 49:1 50:8,18,18 | 202:2,4,8,10,21 | 167:12,17 173:5 |
| 191:19 | 149:18 150:11 | 51:24 52:1,10,20 | 202:22,24 203:2,9 | 184:15,19 186:8 |
| voice 113:21 219:14 | 151:17 152:13 | 52:23 54:4 55:11 | 204:19 206:7,8,10 | 187:19,23 188:1? |
| 237:20 | 181:12 | 55:22 56:13,14,16 | 206:11 207:1,13 | 188:16 194:8,1 \ |
| volume 151:12 | weeks 46:24 | 57:7,23 58:8,21 | 207:18,19 208:3 | 203:14 204:2 |
| VP's 64:1 | 147:15 151:8,18 | 59:6,19 60:1,2,5 | 208:10,14,15,21 | 207:14 220:7 |
| | well 6:1 24:18 27:19 | 60:11,14,17,21 | 209:3,18,19,19 | 226:12,16 228:19 |
| **W** | 29:24 33:14 36:8 | 61:12 62:5,14,18 | 210:1,2,9,22,24 | 228:23 235:11 |
| W 2:2 | 36:23 37:19 38:13 | 63:3,5,6,10,16 | 211:16,17,19 | 239:22 240:2,16 |
| Wade 117:10 | 39:2 42:5 47:18 | 64:4 76:17 77:2,7 | 212:22 213:15,21 | 240:24 241:12,14 |
| 248:18 | 52:1 54:17 56:11 | 79:9 83:5 87:8,11 | 214:3,7 216:10 | 241:18 242:12,13 |
| waiting 233:13 | 62:5 63:5 64:1 | 89:10,15,23 90:1 | 220:3,4,19 221:5 | 243:21 246:16 |
| waive 3:1,5 86:19 | 65:24 70:16,22 | 91:6,8,10,15,19 | 221:10,11,14 | 251:12 |
| 87:4 243:3,12 | 71:2,24 73:3,23 | 91:21 92:24 93:5 | 223:19 224:8 | witness's 165:7 |
| waiver 242:18 | 77:1 78:24 80:17 | 93:9,10,12,15 | 225:9 227:10,23 | Wolfe 35:16.17 |
| 243:1,16 | 97:2 99:13 102:10 | 95:5,10 97:19 | 228:3,5,5,11 | 36:4 39:14 46:21 |
| waiving 86:23 87:2 | 109:17 110:13 | 100:22 101:8 | 229:6,10,10,12,13 | 73:1,2,5 79:9.17 |
| walk 241:11 | 114:11 121:11,13 | 103:17 106:20,20 | 230:2.13.15 231:3 | 81:8 83:8,14 84:1 |
| want 2:24 14:5 | 136:4 140:1,12,23 | 106:22 109:12 | 232:14,16,19 | 98:6,9,12,16 99:4 |
| 17:24 21:3 28:21 | 141:16 149:8 | 122:9,21 124:8 | 233:16 234:17,19 | 99:8,13 102:11 |

Teleglobe Communications Corporation, et al

Case No. 02-11518 (MFW)        Vinyard V. Cooke, Esquire        February 9, 2005

| | | | | |
|---|---|---|---|---|
| 105:1,2 5.6.10.12 | 32:4 72:19 95:7 | 245:19 | 150 2.18  5.18 | 192:15 219:1 |
| 114:11 120:12 | 150:3 | 100-RPR 251:17 | 152:19   16  2.8 | 220:2 248:18 |
| 132:20 148:5 | written 12:14 13:5 | 1000 2:3 | 153.9   3  56.3 | 2005 1:17 54:8 |
| 151:1 154:2.14 15 | 15:4 24:10 34:5 | 10022-6069 2:6 | 158 6 | 64:21 78:2.4.12 |
| 175:2 184:6 | 40:19 50:21 73 7 | 11 1:3 65:4 80:11 | 2002 7 1      5 21 | 88:12 162:4 |
| 190:14 225:13 | 94:12 107:15 | 81:12 83:12 | 16 3 4  1   13 | 163:10 248:17 |
| 247:3.11,17 | 109:11 111:10 | 163:11 15 21 | 18:3 4 4  14 1 | 251:6 |
| woman 14:11.23 | 112:6 143:18 | 174.10 220:22.23 | 28.21  9  13 1 | 2008 251:18 |
| 108:23 109:2 | 149:9 163:10 | 221:2.4 231:10 | 30 20 31  11 21 | 23 248:10 |
| 158:18,20 | wrote 51:14 170:17 | 11:55 72:14 | 40.12 16    1 | 24 19:16 21:21 31:3 |
| words 33:9 39:3 | 190:21 218.15 | 11480 42:20 | 43:4 3    18 | 31:10 40:11 41:9 |
| 45:4 80:6 82:19 | 224:1 | 11495 43:19 | 58 1      5 59.5 | 41:12 51:6 58:12 |
| 149:16 162:10 | | 115 248:18 | 63.9 6 4    23 | 58:15.17 59:5 |
| 183:4 198:24 | **X** | 116 248:20 | 66:11 4    14 9 | 63:9 67:20 69:23 |
| 200:3 229:23 | x 1:2.6.14 248:2.6 | 12 151:8 | 69:2 89 1  91.6 | 89:23 91:6 98:22 |
| 237:4 | | 12:10 85:5 | 93:15 9 3 | 121:19.24 122:11 |
| work 2:22 3:1 5:1.4 | **Y** | 125 23:16 25:4.7 | 98:22 98   11 21 | 129:8 145:23 |
| 5:13 6:19 7:3 | Y 19:13 141:24 | 127 23:16 25:14 | 109:5     4 121.7 | 147:17 148:1,16 |
| 18:24 22:22 24:20 | Yeah 132:22 | 27:9 28:16 | 121:13    13  10 | 149:23 150:6.8.20 |
| 26:21 36:24 72:7 | year 5:11.19 28:20 | 131 29:1 | 132:11  1 4,98 | 151:16 154:7 |
| 75:6,9,17 76:1.2 | 29:22.24 89:1 | 133 29:9.16 | 130:2 4   14 4 | 211:1 212:24 |
| 86:19 90:14 93:6 | 99:16 | 1330 1:23 | 138:13 7 9 4 | 225:8 227:2 228:4 |
| 110:14 114:3 | years 4:19.20 5:7.18 | 139 30:4 | 141:9 11 5 4 4 21 | 24th 130:9 145:1 |
| 121:8.10.12 124:5 | 6:20 | 140 30:10 | 145:1    17 17 | 25 173:13 245:18 |
| 138:20 144:12 | year's 147:8 151:16 | 15 45:13 46:23 | 148:1 16   4 18 | 250 249:5 |
| 164:6 165:9 167:6 | yesterday 79:5.10 | 134:12 | 149:23 4 0 4 8 20 | 251 249:6 |
| 167:7 218:22 | 81:8 83:14 204: 13 | 15th 42:5 44:8 | 150 73 4   14 | 26(a) 116:8 248:20 |
| 232:8.10 242:1.18 | 246:23 247:19.20 | 46:15 47:6 11 14 | 152.12 1 4 1 23 | 26(a)(1)(B) 215:6 |
| 242:20 243:12 | York 2:6.6 4:19 | 48:8 104:7 | 155 3 1 50   21 | 216:15 217:6 |
| workable 93:1 | YOUNG 2:2 | 150 224:5 | 157 13     19 18 | 28 63:17 64:5 |
| worked 4:18 5:3 | | 16 175:20 248:23 | 162 1  3   9 | 154:23 155:3 |
| 92:8 113:13 | **Z** | 17th 2:3 | 171 4      5, | 172:22 |
| 119:22 126:21 | Z-r-n-o 134:5 | 175 248:23 249:3 | 173:3   5 5 | |
| 127:8,23 129:16 | | 19 175:24 249:13 | 175.3 1 4  11 | **3** |
| 140:1 154:1 | **$** | 19801 1:21 23 2:4 | 196.5  1 3  17 | 3 23:5 30:5 248:4.10 |
| 195:20 212:21 | $125 180:2 | 1982 4:8 | 211:1 1 1 5 | 3a 147:1.2 22 |
| working 4:21 45:6 | $600 152:11 | 1991 4:10.21 5:10 | 221:11 1 5 | 148:15 149:9 |
| 48:5 91:10 95:6 | | 1998 5:17 | 225:3       28 4 | 151:3.6 153:1 |
| 102:19 109:12.20 | **0** | 1999 5:2 3 6.24 7:6 | 229:1     4 18 | 191:14 |
| 110:21 111:2 | 02 35:4 | | 234:13  5  5 | 3b 153:11 11.13 |
| 114:8 125:16 | 02-11518 1:5 | **2** | 236:5  7 4 | 30 37:21 42:12 45:8 |
| 128:16 133:8 | 03 35:4 | 2 9:12 11:9 21:24 | 238:2   5   3 | 236:12 |
| 201:24 202:2.4.9 | 04-CV-1266 1:9 | 29:2 9 117:11 | 2002-2003 1 3 9 | 30(b)(6) 1:15 3:11 |
| 202:10 | | 151:8 248:8.9 | 2003 1 7  2 | 3:18 20:8.11 |
| works 37:3 133:4 | **1** | 2,000 41 16 63:10 | 25:1  44    5 4 | 26:11.16 164:3 |
| 204:3 245:7 | 1 2:10 3:19 21:23 | 63:13 158:4 | 85:1 88  5 | 248:8 |
| world 225:22 | 25:6 117:11 15 | 20 54:8 | 142:20 1   4 9 | 30-day 52:9 |
| worldwide 6:22 | 163:16 165:13 | 20,000 160:15 | 221:11 15 | 302 1:24 |
| 9:17 42:8 63:14 | 192:10.15 248:8 | 2000 65:20.22 108:2 | 254:5   5  13 | 31 64:21 78:2 4.12 |
| 90:3 121:19 125:1 | 1st 192:6 | 108:4 110:21 | 242:5    7 4 4 4 | 163.10 248:17 |
| worth 147:8.13.15 | 1:00 77:20 85:3.4 | 115:9 121:7 | 2003-2004 8  15 | 251:18 |
| 151:16.17.18 | 1:05 85:8 | 141:10 156:6.21 | 86:1 | |
| 177:24 | 1:06 86:4 | 157:15.22 160:17 | 2004 2 4     1 | **4** |
| wouldn't 187:1 | 10 175:11.15.21 | 162:11 186:13 | 86:1 88      59 13 | 4 53:12.16 80:12 |
| 245:2 | 177:18 178:8.13 | 2001 12:14 13:6 | 95:1  1 3 16 | 147:3 190:15 |
| write 95:14 | 178:15 249:2 | 73:23.23 113:8 | 165:11  3    8 19 | 235:17 248:11 |
| writing 13:2 13 | 10:00 1:17 42:8 | 138 17 149:16 20 | 174:10 1   6  6 | 40 44:11 47:6 |

Teleglobe Communications Corporation, et al.
Vinyard V. Cooke, Esquire

Case No. 02-11518 (MFW)

February 9, 2005

Page 278

236:12

**5**

5 51:12 54:19 61:11
    61:15,16 70:12,13
    80:15 82:4,6,15
    82:21 84:4,10,12
    95:23 105:4
    172:22,23 173:9
    173:13 223:1
    224:1 248:13
5b 57:16 190:19
    235:15,19,21
    240:10
5c 57:15 155:16,20
5:00 195:4
5:40 248:1
53 248:12
599 2:6

**6**

6 61:11.15 64:20
    80:12 163:12
    170:16 220:19
    231:11 248:16
6:00 245:19
60 44:11 47:7
61 248:15,17
655-0477 1:24

**7**

7 12:12 115:22
    116:5,20 117:8
    138:24 139:13
    140:9,14 248:18
7026 116:7 248:20

**8**

8 115:24 116:1,5,5
    116:12 215:1,2,4
    215:4 217:5
    248:19
80 179:10
81 177:2,2

**9**

9 1:17 175:8,15,15
    176:12 248:9,18
    248:21
9th 251:6
9,000 157:6 160:12
9:00 42:7
90 243:8
94 5:12
98 5:17,21
99 5:21 180:9