IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm. *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc. *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-1266 (SLR) |
| | ) | |
| BCE Inc. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPENDIUM OF CASES CITED IN DEFENDANTS' MEMORANDUM
IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

Counsel to Defendants BCE Inc., *et al.*:

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHEARMAN & STERLING LLP |
| Pauline K. Morgan (No. 3650) | Stuart J. Baskin |
| The Brandywine Building | George J. Wade |
| 1000 West Street, 17th Floor | Daniel Schimmel |
| P.O. Box 391 | 599 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| (302) 571-6600 | (212) 848-4000 |
| pmorgan@ycst.com | |
| bank@ycst.com | |

March 1, 2005
Wilmington, Delaware

## CANADIAN CASES

Tab #

Peoples Dep't Stores, Inc. v. Wise, [2004] SCC 68 (Can.) .................................................. 1

## UNREPORTED U.S. CASES

Tab #

Ben Franklin Retail Stores, Inc. v. Kendig, No. 97C7934, 97C6043,
    2000 WL 28266 (N.D. Ill. Jan 12, 2000) .................................................................. 2

California Public Employees' Ret. Sys. v. Coulter, No. Civ. A. 19191-NC, 2004 WL 1238443
    (Del. Ch. May 26, 2004) ........................................................................................ 3

In re Fuqua Indus. Inc., No. Civ. A. 11974, 2002 WL 991666 (Del. Ch. Ct. May 2, 2002) ............ 4

Grimes v. LCC Int'l, Inc., No. Civ. A 16957, 1999 WL 252381 (Del. Ch. Apr. 23, 1999) ............. 5

Kosachuck v. Latinadvisor.com, No. Civ. A. 17958, 2000 WL 1946664 (Del. Ch. Dec. 19, 2000) ...... 6

Official Comm. of Bond Holders of Metricom, Inc. v. Derrickson, No. C 02-04756 JF,
    2004 WL 2151336 (N.D. Cal. Feb. 25, 2004) ............................................................ 7

Rhone-Poulenc Rorer, Inc. v. Home Indemnity Co., 1991 WL 183842 (E.D.P.A. Sept. 16, 1991) ..... 8

Roselink Investors L.L.C. v. Shenkman, No. 01Civ7176 (MBM), 2004 WL 875262
    (S.D.N.Y. Aug 2, 2001) .......................................................................................... 9

Scripps Clinic & Research Found. v. Baxter Travenol Labs., Inc., No. 87-140, 1988 U.S. Dist.,
    1988 WL 70013 (D. Del.) ...................................................................................... 10

Siller v. Unisys Corp., No. Civ. A. 92-4870, 1993 WL 460804 (E.D.Pa. Nov. 3, 1993) ............. 11

Tribune Co. v. Purcigliotti, No. 93 Civ. 7222, 1998 WL 175933 (S.D.N.Y. Apr. 14, 1998) ........ 12