## CERTIFICATE OF SERVICE

I hereby certify that on **March 1, 2005,** I electronically filed a true and correct copy of

**Compendium of Cases Cited in Defendants' Memorandum in Opposition to Plaintiffs'**

**Motion to Compel** with the Clerk of the Court using CM/ECF, which will send notification that

such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| George V. Varallo, Esq.<br>Mark D. Collins, Esq.<br>Robert J. Stern, Jr., Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Kevin A. Gross, Esq.<br>Joseph A. Rosenthal, Esq.<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 |
| US Trustee<br>Office of the US Trustee<br>844 King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801 | John P. Amato, Esq.<br>Mark S. Indelicato, Esq.<br>Zachary G. Newman, Esq.<br>Jeffrey L. Schwartz, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |

I further certify that on March 1, 2005, I caused a copy of **Compendium of Cases Cited**

**in Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel** to be served by

hand-delivery on the following counsel of record:

| | |
|---|---|
| George V. Varallo, Esq.<br>Mark D. Collins, Esq.<br>Robert J. Stern, Jr., Esq.<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Kevin A. Gross, Esq.<br>Joseph A. Rosenthal, Esq.<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 |
| US Trustee<br>Office of the US Trustee<br>844 King Street, Suite 2313<br>Lock Box 35<br>Wilmington, DE 19801 | |

I further certify that on **March 1, 2005,** I served **Compendium of Cases Cited in**

**Defendants' Memorandum in Opposition to Plaintiffs' Motion to Compel** of the following

non-registered participants in the manner indicated below:

BY FEDERAL EXPRESS:
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*