# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY

M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
KEVIN M. BAIRD
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6707
FAX: (302) 576-3318

E-MAIL: pmorgan@ycst.com

H. ALBERT YOUNG
1929-1982
H. JAMES CONAWAY, JR.
1947-1990
WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 3, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    Teleglobe Communications Corporation, *et al.* v. BCE Inc., *et al.*
              C.A. No. 04-CV-1266

Dear Chief Judge Robinson:

      At the conclusion of the hearing held on February 16, 2005, the Court mentioned recent decisions of the Court of Appeals for the Third Circuit addressing the proposition that "a contract says what it says, and you are bound by the four corners of the contract." (Tr. at 66:22-23.) The Court suggested that the parties review those recent decisions and advise of their import in this case. (Tr. at 67:2-4.)

      The recent decisions of the Third Circuit addressing principles of contract interpretation focus on the words the parties used, not inferences by implication. In J.C. Penney Life Ins. Co. v. Pilosi, the Third Circuit applied Pennsylvania law and held that, where "'the language of an insurance contract is clear and unambiguous, a court is required to enforce that language.' That is, 'a court must refrain from torturing the language of a policy to create ambiguities where none exists.'" 393 F.3d 356, 363 (3d Cir. 2004) (citations omitted). Again, "[w]hen a word or phrase is specifically defined within the policy, that definition controls in

## YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
March 3, 2005
Page 2

determining the applicability of the policy." Id. at 364 (citation omitted). The Court reversed and denied coverage.

In In re Tops Appliance City, Inc., the Third Circuit affirmed a grant of summary judgment by a bankruptcy court on a matter of contract interpretation. 372 F.3d 510 (3d Cir. 2004). The Third Circuit quoted a decision of the United States Supreme Court for the proposition that "while the plain-meaning rule is not absolute, 'the words used, even in their literal sense, are the primary, and ordinarily most reliable, source of interpreting the measure of any writing: be it a statute, a contract, or anything else.'" Id. at 514 (citing Watt v. Alaska, 451 U.S. 259, 266 n.9 (1981)) (citation omitted).

In a recent unreported decision of the Third Circuit, Commerce Nat'l Ins. Servs., Inc. v. Buchler, the Court of Appeals held that "[i]f the language of the agreement is unambiguous, it must be given its plain meaning. If it is ambiguous, it must be construed against the drafter in accordance with the 'well-accepted *contra proferentem* principle of construction.'" No. 04-1028, 2004 WL 2786315, at *1 (3d Cir. Dec. 6, 2004) (citation omitted) (unpublished opinion). In Buchler, the Third Circuit held that a nonsolicitation provision in a contract was ambiguous, but affirmed this Court's grant of summary judgment nonetheless, on the ground that the construction of the contract by the district court was "reasonable" and satisfied the *contra proferentem* principle. Id. at *2.

We are mindful that we are proceeding on the basis of a motion to dismiss under Rule 12(b)(6) and not summary judgment. Nonetheless, as we hope we demonstrated at the hearing, the actual words of BCE and Teleglobe are properly before the Court since they are embodied in many documents that either have been referenced in the complaint or are integral to the complaint. And, once the Court focuses on the words that BCE and Teleglobe actually used, we respectfully believe that the conclusions are compelled that an implied "additional $2.5 billion commitment" simply did not exist and that no reasonable creditor or investor could have relied on the existence of such a commitment in the face of a constant stream of disclaimers to the contrary.

Respectfully,

*Pauline K. Morgan*

Pauline K. Morgan

PKM:dw
cc:    Gregory V. Varallo, Esq. (by Hand Delivery)
       Kevin Gross, Esq. (by Hand Delivery)
       John P. Amato, Esq. (by Facsimile)
       Stuart Baskin, Esq. (by Facsimile)
       John Shaw, Esq.