IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re                                                              )  Chapter 11
                                                                   )
TELEGLOBE COMMUNICATIONS CORPORATION, et al.,[1] )  Jointly Administered
                                                                   )  Bankr. Case No. 02-11518
   Debtors.                                                        )
------------------------------------------------------------------ x
TELEGLOBE COMMUNICATIONS CORPORATION, et al.,   )
                                                                   )  C.A. No. 04-CV-1266
   Plaintiffs,                                                     )
                                                                   )
   v.                                                              )
                                                                   )
BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD )
SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE )
JEAN C. MONTY, RICHARD J. CURRIE, THOMAS          )
KIERANS, STEPHEN P. SKINNER, And H. ARNOLD       )
STEINBERG,                                                         )
                                                                   )
   Defendants.                                                     )
------------------------------------------------------------------ x

**CORRECTED STIPULATION AND ORDER EXTENDING TIME TO REPLY TO
MOTION TO COMPEL PRODUCTION OF DOCUMENTS WRONGFULLY
WITHHELD BY DEFENDANTS**

This Stipulation is entered into by and between plaintiffs Teleglobe Communications Corporation and its affiliated debtors and debtors in possession and the Official Committee of its Unsecured Creditors (collectively "Plaintiffs") and defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg, ("Defendants").

WHEREAS, Plaintiffs filed on February 11, 2005, their Motion to Compel Production of Documents Wrongfully Withheld By Defendants (the "Motion");

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

RLF1-2847540-1

WHEREAS, Plaintiffs agreed, due to the weather conditions, to extend Defendants' time to file their Answering Brief to the Motion from February 28, 2005 to March 1, 2005, provided Defendants' consented to an additional day for Plaintiffs' reply brief, placing that brief due on March 9, 2005 and;

WHEREAS, Defendants filed their Answer Brief on March 1, 2005 at Docket No. 87, and;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that the Defendants' Answering Brief is deemed timely filed, and Plaintiffs' time to reply to the Answering Brief is hereby extended to March 9, 2005.

Dated: March 3, 2005
Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

_/s/ Gregory V. Varallo_
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

COUNSEL TO TELEGLOBE
COMMUNICATIONS CORPORATION, ET AL.

March 3, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Pauline K. Morgan_
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
920 N. King Street
Wilmington, DE 19899
(302) 571-6600
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

COUNSEL TO DEFENDANTS

2

ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.

*/s/ Kevin Gross*

Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

HAHN & HESSEN LLP
John P. Amato
Mark S. Indelicato
Zachary G. Newman
Jeffrey L. Schwartz
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TELEGLOBE
COMMUNICATION CORPORATION, ET AL.

## CERTIFICATE OF SERVICE

I hereby certify that on **March 4, 2005,** I electronically filed a true and correct copy of **Corrected Stipulation and Order Extending Time to Reply to Motion to Compel Production of Documents Wrongfully Withheld by Defendants** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

I further certify that on March 4, 2005, I caused a copy of **Corrected Stipulation and Order Extending Time to Reply to Motion to Compel Production of Documents Wrongfully Withheld by Defendants** to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

I further certify that on **March 4, 2005**, I served **Corrected Stipulation and Order Extending Time to Reply to Motion to Compel Production of Documents Wrongfully Withheld by Defendants** on the following non-registered participants in the manner indicated below:

BY FEDERAL EXPRESS:
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Pauline K. Morgan
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*