# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

C. MALCOLM COCHRAN, IV
DIRECTOR

DIRECT DIAL NUMBER
302-651-7506
COCHRAN@RLF.COM

March 10, 2005

<u>VIA E-FILE and HAND DELIVERY</u>
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street - Room 4209
Lock Box 18
Wilmington, DE  19801

      Re:  **Teleglobe Communications Corporation, et al. v. BCE, Inc., et al.; Civil Action No. 04-CV-1266**

Dear Chief Judge Robinson:

    Briefing is now complete on Plaintiffs' Motion to Compel Production of Documents Wrongfully Withheld by Defendants (D.I. 74). Pursuant to Local Rule 7.1.4., Plaintiffs respectfully request the opportunity to present oral argument on the Motion. In the event that the parties stipulate -- subject to the Court's approval -- that a special discovery master shall decide the Motion, Plaintiffs will promptly withdraw their request for oral argument.

    If Your Honor should have any questions, counsel remains available at the convenience of the Court.

                                Respectfully,

                                C. Malcolm Cochran, IV (#2377)

CMC:ps

cc:    Clerk of the Court (via e-file and hand delivery)
       Gregory V. Varallo, Esq.
       Pauline K. Morgan, Esq. (via hand delivery)
       Kevin Gross, Esq. (via hand delivery)
       John P. Amato, Esq. (via facsimile)
       George J. Wade, Esq. (via facsimile)

RLF1-2850499-1