# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

March 16, 2005

**VIA E-FILE and HAND DELIVERY**
The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street - Room 4209
Lock Box 18
Wilmington, DE 19801

Re: **Teleglobe Communications Corporation, et al. v. BCE, Inc., et al.; Civil Action No. 04-CV-1266**

Dear Chief Judge Robinson:

Enclosed for Your Honor's consideration is the Stipulated Order Appointing Special Discovery Master, which has been signed by counsel for all parties. If Your Honor will recall, plaintiffs filed a motion for the appointment of a special discovery master on February 14, 2005 (D.I. 77). Defendants filed a response to that motion on March 1, 2005 (D.I. 86) and consented to the appointment of a special discovery master. Pursuant to the proposed Order, the special master would decide all discovery disputes that arise between the parties, including the fully-briefed motion to compel filed by plaintiffs on February 11, 2005 (D.I. 74).

To alleviate any potential burden on the Court, the parties contacted certain of the special discovery masters utilized by this Court in intellectual property cases. After speaking with counsel, Collins J. Seitz, Jr. has agreed, subject to Your Honor's approval, to serve as special master. Mr. Seitz has approved the attached form of Order.

If Your Honor should have any questions with respect to the proposed Order, counsel remains available at the Court's convenience.

Respectfully,

Chad M. Shandler (#3796)

CS:ps
Enclosure
cc: Clerk of the Court w/ enclosure (via e-file and hand delivery)
Gregory V. Varallo, Esq. w/ enclosure
Pauline K. Morgan, Esq. w/ enclosure (via hand delivery)
Kevin Gross, Esq. w/ enclosure (via hand delivery)

RLF1-2852736-1

The Honorable Sue L. Robinson
March 16, 2005
Page 2

    John P. Amato, Esq. w/ enclosure (via facsimile)
    George J. Wade, Esq. w/ enclosure (via facsimile)
    Collins J. Seitz, Jr., Esq. w/ enclosure (via hand delivery)

RLF1-2852736-1