IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TELEGLOBE COMM. et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No.  02-11518(MFW)<br>) Jointly Administered<br>) |
| TELEGLOBE USA INC., et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BCE INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 04-1266-SLR<br>)<br>)<br>)<br>) |

# O R D E R

At Wilmington this 21st day of March, 2005, having reviewed the voluminous papers filed by the parties to this litigation;

IT IS ORDERED that:

1. Plaintiff's motion to appoint a special master (D.I. 77) and the parties' stipulated agreement to have Collins J. Seitz, Jr. serve as the special master (D.I. 95) are denied. The appointment of a special master is at the discretion of the court and the process of appointment has been specifically organized to be a random selection process managed by the Special Master Liaison.

2. Plaintiff's motion to compel production of documents (D.I. 74) is denied. The parties shall not file any further papers with the court until given permission by the court

following an in-person discovery conference to be conducted on **Wednesday, March 31, 2005** at **4:30 p.m.** in courtroom No. 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge