IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1266 (SLR) |
| | ) | |
| BCE, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District Court Rule 83.5, counsel moves the admission pro hac vice of Jaculin Aaron of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022 (the "Admittee") to represent the defendants in this action.

_____
Pauline K. Morgan (No. 3650)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Counsel for BCE, Inc., *et al.*

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005    _____
                                         Sue L. Robinson
                                         Chief United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Courts for the Southern and Eastern Districts of New York, the State of California, the U.S District Courts for the Southern, Northern and Eastern Districts of California, the U.S. Court of Appeals for the Second, Eighth and Ninth Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund

effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*
_____
Jaculin Aaron (California Bar No. 133983)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000