# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al.,[1] | : : | Jointly Administered Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| Debtors. | : | |
| | : | |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al., | : : : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 04-CV-1266 |
| | : | |
| BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG, | : : : : : : | |
| Defendants. | : | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject

to the approval and order of the Court, that the deadline by which Defendants have to respond to

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc. and Teleglobe Submarine Inc.

Plaintiff's Complaint in the above action is extended through and including Monday, April 18, 2005. No extensions have been previously requested.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *[signature]* | *[signature]* |
| Gregory V. Varallo (No. 2242) | Pauline K. Morgan (No. 3650) |
| C. Malcom Cochran, IV (No. 2377) | Maribeth L. Minella (No. 4185) |
| One Rodney Square | The Brandywine Building |
| P.O. Box 551 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19801 | P.O. Box 391 |
| (302) 651-770 | Wilmington, DE 19899 |
| varallo@rlf.com | (302) 571-6600 |
| cochran@rlf.com | pmorgan@ycst.com |
| | mminella@ycst.com |

*Attorneys for Teleglobe Communications Corporation, et al.*

Dated: April ___, 2005

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Daniel Schimmel
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

*Attorneys for BCE, Inc., et al.*

Dated: April 4, 2005

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

_____
Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19801
(302) 656-4433
kgross@rmgglaw.com

*Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, et al.*

Dated: April ___, 2005

SO ORDERED this _____ day of April, 2005.

_____
United States District Judge

Plaintiff's Complaint in the above action is extended through and including Monday, April 18, 2005. No extensions have been previously requested.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| Gregory V. Varallo (No. 2242)<br>C. Malcom Cochran, IV (No. 2377)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19801<br>(302) 651-770<br>varallo@rlf.com<br>cochran@rlf.com | Pauline K. Morgan (No. 3650)<br>Maribeth L. Minella (No. 4185)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>pmorgan@ycst.com<br>mminella@ycst.com |
| *Attorneys for Teleglobe Communications Corporation, et al.* | -and- |
| Dated: April ___, 2005 | SHEARMAN & STERLING LLP<br>Stuart J. Baskin<br>George J. Wade<br>Daniel Schimmel<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000 |
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | |
| _____<br>Kevin A. Gross (No. 209)<br>Jeffrey S. Goddess (No. 630)<br>Joseph A. Rosenthal (No. 234)<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, Delaware 19801<br>(302) 656-4433<br>kgross@rmgglaw.com | *Attorneys for BCE, Inc., et al.*<br><br>Dated: April ___, 2005 |
| *Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, et al.* | |
| Dated: April 1, 2005 | |

SO ORDERED this _____ day of April, 2005.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on **April 4, 2005,** I electronically filed a true and correct copy of **Stipulation and Order to Extend Time** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on April 4, 2005, I caused a copy of **Stipulation and Order to Extend Time** to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

US Trustee
Office of the US Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

I further certify that on April 4, 2005, I served **Stipulation and Order to ExtendTime** on the following non-registered participants in the manner indicated below:

BY FEDERAL EXPRESS:
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*[signature]*
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*