# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re

TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,

                                       Debtors.

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,

                                       Plaintiffs,

                  v.

BCE INC., *et al.*,

                                       Defendants.

Civ. No. 04-CV-1266 (SLR)

------------------------------------------------------------x

### ORDER GRANTING THE ISSUANCE OF A LETTER OF REQUEST FOR ANNA M. COCCIA TO THE APPROPRIATE QUÉBEC AUTHORITIES

This matter coming before the Court on the Motion of the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, *et al.*, for an Order Granting the Issuance of a Letter of Request to the appropriate authorities in Montréal, Québec, Canada (the "Motion") directing Anna M. Coccia ("Coccia") to submit to a deposition and to respond to a document request in the within adversary proceeding.

The Court having reviewed the Motion and having determined that the relief sought in the Motion is in the best interests of the Committee; and after due deliberation and sufficient cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

2.     A Letter of Request will be issued to the appropriate authorities in Montreal, Quebec, Canada to Coccia and in accordance with the form annexed hereto as Exhibit 1.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____ \_\_\_, 2005

                                                              _____
                                                              The Honorable Sue L. Robinson, Chief Judge
                                                              United States District Judge