THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

*In re*

TELEGLOBE COMMUNICATIONS CORPORATION, *et al*,    Chapter 11
                                                  Case No. 02-11518 (MFW)
                                                  Jointly Administered

                            Debtors.
---------------------------------------------------------------x

TELEGLOBE COMMUNICATIONS CORPORATION, *et al*,    Civ. No. 04-CV-1266 (SLR)

                            Plaintiffs,
          v.

BCE INC., *et al*,

                            Defendants
---------------------------------------------------------------x

### ORDER ENTERING STIPULATED PROTECTIVE ORDER

At Wilmington this ____ day of _____, 2005, IT IS HEREBY ORDERED that the Stipulation and Protective Order (D.I. ___ ) is entered as an order of this Court.

For purposes of filing papers under seal in the CM/ECF system, this Order shall serve as the Order that must be filed with the document filed under seal as required by CM/ECF Rule G.1.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

RLF1-2864672-1