IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TELEGLOBE COMMUNICATIONS | ) Jointly Administered |
| CORPORATION, *et al.*, | ) Bankr. Case No. 02-11518 (MFW) |
| | ) |
| Debtors. | ) |
| | |
| TELEGLOBE COMMUNICATIONS | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 04-CV-1266 (SLR) |
| v. | ) |
| | ) |
| BCE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that true and correct copies of Plaintiffs' Second Request for the Production of Documents Directed to All Defendants (Nos. 29-31) were served on April 28, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kevin Gross, Esquire(No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
George J. Wade, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA FEDERAL EXPRESS**
John Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-2869770-1

*[signature: Anne Shea Gaza]*

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19810
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
Dated: April 28, 2005                silberglied@rlf.com
gaza@rlf.com
  Attorneys for Teleglobe Comm.
  Corporation, *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following

Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esquire(No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on April 28, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant.

George J. Wade, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Anne Shea Gaza
Anne Shea Gaza, (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Gaza@rlf.com

RLF1-2869773-1