## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was delivered to all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 9th day of May, 2005.

*[signature]*
Beth W. Bivans

## CERTIFICATE OF CONFERENCE

Counsel for VarTec conferred via separate telephone conferences with counsel for BCE and counsel for Teleglobe at which there was a substantive discussion of the issue presented to the Court in this Motion. Neither BCE nor Teleglobe is opposed to VarTec's intervention for the limited purpose of seeking a protective order.

Certified to the 9th day of May, 2005.

By: *[signature]*
Beth W. Bivans