## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TELEGLOBE COMMUNICATIONS** | § | **CASE NO. 02-11518 (MFW)** |
| **CORPORATION, ET AL.,** | § | **(Jointly Administered)** |
| | § | |
| **DEBTORS.** | § | |
| | § | |
| | § | |
| **Teleglobe USA Inc. et al.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIV. ACTION NO. 04-1266 (SLR)** |
| **v.** | § | |
| | § | |
| **BCE Inc. et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING NON-PARTY VARTEC TELECOM, INC.'S
## MOTION TO INTERVENE FOR LIMITED PURPOSE

COMES NOW Non-Party VarTec Telecom, Inc.'s Motion to Intervene for Limited

Purpose. After due consideration of the parties' submissions on this issue, the Court hereby

GRANTS VarTec's Motion.

IT IS SO ORDERED.

Date: _____, 2005

_____
SUE L. ROBINSON
United States District Judge

009568.00016:904930.01