## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was delivered to all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 9th day of May, 2005.

_____
Beth W. Bivans

## CERTIFICATE OF CONFERENCE

Counsel for VarTec conferred via separate telephone conferences with counsel for BCE and counsel for Teleglobe at which there was a substantive discussion of the issues presented to the Court in this Motion. Despite best efforts, the counsel have not been able to resolve those matters presented.

Certified to the 9th day of May, 2005.

By: _____
Beth W. Bivans