IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br><br>TELEGLOBE COMMUNICATIONS CORPORATION, ET AL.,<br><br>DEBTORS. | § § § § § § § § | CASE NO. 02-11518 (MFW)<br>(Jointly Administered) |
| Teleglobe USA Inc. et al.,<br><br>Plaintiff,<br><br>v.<br><br>BCE Inc. et al.,<br><br>Defendants. | § § § § § § § § § § § § | CIV. ACTION NO. 04-1266 (SLR) |

**ORDER GRANTING INTERVENOR VARTEC TELECOM, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

COMES NOW Intervenor VarTec Telecom, Inc.'s Motion for Protective Order Regarding Defendants' Second Request for Production of Documents. After due consideration of the parties' submissions on this issue, the Court hereby GRANTS VarTec's Motion.

IT IS SO ORDERED.

Date: _____, 2005

_____
SUE L. ROBINSON
United States District Judge

009568.00016:904929.01