IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | |
| TELEGLOBE COMMUNICATIONS CORPORATION, ET AL., | § § § § | CASE NO. 02-11518 (MFW) (Jointly Administered) |
| DEBTORS. | § § § | |
| Teleglobe USA Inc. et al., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIV. ACTION NO. 04-1266 (SLR) |
| BCE Inc. et al., | § § § | |
| Defendants. | § | |

**INTERVENOR VARTEC TELECOM, INC.'S AMENDED MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND APPLICATION FOR ORAL ARGUMENT**

Intervenor Vartec Telecom, Inc. ("**Vartec**"), pursuant to Federal Rule of Bankruptcy Procedure 7026(c) and Federal Rule of Civil Procedure 26(c), moves the Court for entry of an order protecting the Arbitration Documents (as defined in the accompanying Brief in Support) from disclosure or discovery in their entirety by denying the Defendants' Second Request for Production of Documents. The grounds for the relief sought herein are set forth in *Intervenor Vartec Telecom, Inc.'s Amended Brief in Support of its Amended Motion for Protective Order Regarding Defendant's Second Request for Production of Documents and Application for Oral Argument* (the "**Amended Brief**").

WHEREFORE, Vartec respectfully requests that the Court grant this motion, enter an order denying the Defendants' Second Request for Production of Documents with prejudice,

grant Vartec the opportunity for oral argument on the issues herein and for such other relief as is just and proper.

Dated: May 10, 2005

STEVENS & LEE, P.C.

_____
Joseph H. Huston, Jr. (State Bar No. 4035)
Thomas G. Whalen, Jr. (State Bar No. 4034)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 654-5180
Telecopy:  (302) 654-5181

AND

HUGHES & LUCE L.L.P.
Craig W. Budner
Beth W. Bivans
1717 Main Street, Ste. 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Telecopy:  (214) 939-5849

**ATTORNEYS FOR NON-PARTIES VARTEC TELECOM, INC. AND VARTEC TELECOM HOLDING COMPANY**