IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TELEGLOBE COMMUNICATIONS | § | CASE NO. 02-11518 (MFW) |
| CORPORATION, ET AL., | § | (Jointly Administered) |
| | § | |
| DEBTORS. | § | |
| | | |
| Teleglobe USA Inc. et al., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIV. ACTION NO. 04-1266 (SLR) |
| v. | § | |
| | § | |
| BCE Inc. et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING INTERVENOR VARTEC TELECOM, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING DEFENDANTS' SECOND <u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

COMES NOW Intervenor VarTec Telecom, Inc.'s Motion for Protective Order Regarding Defendants' Second Request for Production of Documents. After due consideration of the parties' submissions on this issue, the Court hereby GRANTS VarTec's Motion.

IT IS SO ORDERED.

Date: _____, 2005         _____
                              SUE L. ROBINSON
                              United States District Judge

009568.00016:904929.01