## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was delivered to all attorneys of record in accordance with the Federal Rules of Civil Procedure on the 10th day of May, 2005.

_____
Joseph H. Huston, Jr.