## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esquire (No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

Thomas G. Whalen, Jr., Esquire (No. 4034)
STEVENS & LEE, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

I hereby certify that on May 16, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participant

George J. Wade, Esquire
SHEARMAN & STERLING, LLP
599 Lexington Avenue
New York, NY 10022

Beth W. Bivans Esquire
HUGHES & LUCE, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

_____
Russell C. Silberglied, Esquire (No. 3462)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7500
silberglied@rlf.com

RLF1-2805514-1