# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re

TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,

                Debtors.

------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,

                Plaintiffs,

        v.

BCE INC., *et al.*,

                Defendants.

------------------------------------------------------------x

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

Civ. No. 04-CV-1266 (SLR)

### ORDER GRANTING THE ISSUANCE OF A LETTER OF REQUEST FOR CLAUDE SEGUIN TO THE APPROPRIATE QUÉBEC AUTHORITIES

This matter coming before the Court on the Motion of the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, *et al.*, for an Order Granting the Issuance of a Letter of Request to the appropriate authorities in Montréal, Québec, Canada (the "Motion") directing Claude Seguin ("Seguin") to submit to a deposition and to respond to a document request in the within adversary proceeding.

The Court having reviewed the Motion and having determined that the relief sought in the Motion is in the best interests of the Committee; and after due deliberation and sufficient cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED.

2.     A Letter of Request will be issued to the appropriate authorities in Montreal, Quebec, Canada to Seguin and in accordance with the form annexed hereto as Exhibit 1.

2

     3.     This Court shall retain jurisdiction over any and all issues arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware

     _____ \_\_\_, 2005

     _____
The Honorable Sue L. Robinson, Chief Judge
United States District Judge