## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 17th day of May, 2005, I caused a copy of the foregoing to be served upon all persons on the attached Service List by first class mail:

George J. Wade, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Frank Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE  19801

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Gregory V. Varallo, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0551

_____
Kevin Gross