IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELEGLOBE COMMUNICATIONS CORPORATION, a Delaware Corporation, *et al* | ) ) ) | Civ. No. 04-CV-1266(SLR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BCE INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that the plaintiffs will take the depositions set forth below of non-party witnesses pursuant to subpoenas *duces tecum*, copies of which were previously served upon the attorneys for defendants identified on the attached certificate of service. The identities of the deponents, dates, times and places are as follows:

| DEPONENT | DATE AND TIME | PLACE |
|---|---|---|
| **Fox Cable Networks** (pursuant to FRCivP 30(b)(6)) | June 10, 2005 @ 1:30 p.m. (PST)<br><br>June 3, 2005 @ 9:30 a.m. (PST) (Production) | California Deposition Reporters<br>Macy's Plaza<br>700 South Flower St - 11th Floor<br>Los Angeles, CA 90017 |
| **Kenny A. Troutt** | June 13, 2005 @ 9:30 a.m. (CT)<br><br>June 6, 2005 @ 9:30 a.m. (CT) (Production) | Preferred Legal<br>Corporate Headquarters<br>8235 Douglas Ave., Suite 1020<br>Dallas, TX 75225-6010 |
| **Gregory S. Oliver** | June 14, 2005 @ 9:30 a.m. (CT)<br><br>June 6, 2005 @ 9:30 a.m. (CT) (Production) | Preferred Legal<br>Corporate Headquarters<br>8235 Douglas Ave., Suite 1020<br>Dallas, TX 75225-6010 |

You are invited to attend and cross examine.

Dated: May 19, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By _____
Kevin Gross (I.D. No. 209)
Citizens Bank Building
919 Market Street, Suite 1401
Wilmington, DE 19801
Telephone: (302)656-4433
Facsimile: (302)658-7567

And

HAHN & HESSEN LLP
John P. Amato
Mark S. Indelicato
Zachary G. Newman
Jeffrey L. Schwartz
Robert J. Malatak
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Attorneys for the Official Committee of
Unsecured Creditors of Teleglobe
Communication Corporation, et al.*

## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 19th day of May, 2005, I caused a copy of the foregoing to be served upon the following persons by first class mail:

George J. Wade, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

Frank Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Gregory V. Varallo, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0551

_____
Kevin Gross