IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          )   Chapter 11
                                                               )
TELEGLOBE COMMUNICATIONS                                       )
CORPORATION, *et al.*,                                         )   Jointly Administered
                                                               )   Bankr. Case No. 02-11518(MFW)
                                                               )
                              Debtors.                         )
---------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                                       )
CORPORATION,                                                   )
*et al.*,                                                      )   C.A. No. 04-1266 (SLR)
                                                               )
                              Plaintiffs,                      )
                                                               )
                v.                                             )
                                                               )
BCE INC., *et al.*,                                            )
                                                               )
                              Defendants.                      )
---------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

TO:   Pauline K. Morgan, Esq.              George J. Wade, Esq.
      Young Conaway Stargatt & Taylor      Daniel Schimmel, Esq.
      The Brandywine Building              Shearman & Sterling LLP
      1000 West Street, 17th Floor         599 Lexington Avenue
      P.O. Box 391                         New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of the following individuals at the offices of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, New York 10022, commencing at 10:00 a.m. on the following dates, or at some other times, locations, and dates, as mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
|---|---|
| Leonard F. Ruggins | June 14, 2005 |
| Pierre Lessard | June 17, 2005 |
| Bernard LeDuc | June 22, 2005 |
| George Walker | June 24, 2005 |
| H. Arnold Steinberg | July 1, 2005 |
| Peter J. Nicholson | July 8, 2005 |

The depositions will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The depositions are being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The depositions will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The depositions will also be recorded by audio-visual means.

You are invited to attend and cross examine.

/s/ Anne Shea Gaza
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509
Attorneys for Debtors

Dated: May 23, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on May 23, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2878527-1