IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm. *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc. *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-1266 (SLR) |
| | ) | |
| BCE Inc. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2005, I electronically filed a true and correct copy of

Defendants' Memorandum of Law in Opposition to Vartec Telecom, Inc.'s Amended Motion for Protective Order Regarding Defendants' Second Request for Production of Documents [Docket No. 119];

Declaration of John W. Shaw in Support of Defendants' Memorandum in Opposition to VarTec's Amended Motion for a Protective Order [Docket No. 120];

Declaration of William D. Anderson in Support of Defendants' Memorandum in Opposition to VarTec's Amended Motion for a Protective Order [Docket No. 121]

with the Clerk of the Court using CM/ECF, which sent notification that such filing is available for viewing and downloading to the following counsel of record:

Thomas G. Whalen, Jr.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

                                        /s/ M. M.
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*