IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| TELEGLOBE COMMUNICATIONS ) | Jointly Administered |
| CORPORATION, *et al.*, ) | Bankr. Case No. 02-11518 (MFW) |
| ) | |
| Debtors. ) | |
| | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-CV-1266 (SLR) |
| v. ) | |
| ) | |
| BCE INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena issued to Teleglobe America Inc. was served on May 26, 2005. True and correct copies of the subpoena and proof of service are attached hereto as Exhibit A.

*/s/ Anne Shea Gaza*
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19810
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
gaza@rlf.com
  Attorneys for Teleglobe Comm.
Dated: June 1, 2005    Corporation, *et al.*

1

RLF1-2880773-1