IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Teleglobe Comm., *et al.*, <br><br> Debtors. | Chapter 11 <br> Jointly Administered <br><br> Bankr. Case No. 02-11518 (MFW) |
| Teleglobe USA Inc., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> BCE Inc., *et al.*, <br><br> Defendants. | Civ. Action No. 04-1266 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 31st day of May 2005, the undersigned counsel caused a copy of the Defendants' Responses and Objections to Plaintiffs' Second Request for Production of Documents and Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories Directed to Defendants to be served upon counsel of record in this adversary proceeding as follows:

BY FIRST CLASS MAIL:

John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

WP3:1053684.5                                                                                       59825.1001

<u>BY HAND DELIVERY</u>

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Counsel to Teleglobe Communications Corporation, et al.

Dated: June 1, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. M.*

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
George J. Wade
Daniel Schimmel
Sonal S. Desai
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

Attorneys for Defendants

2

WP3:1053684.5                                                                                                    59825.1001

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2005, I electronically filed a true and correct copy of **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Thomas G. Whalen, Jr.
Stevens & Lee P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on June 1, 2005, I caused a copy of the **Notice of Service** on the to be served upon the following non-registered participants in the manner indicated below:

BY FIRST CLASS MAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022


_____
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*

WP3:1053684.5                                                                                                                                 59825.1001