# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., et al., | : | Chapter 11 |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| TELEGLOBE USA INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1266-SLR |
| | : | |
| BCE Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **3rd** day of **June, 2005**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, June 21, 2005 beginning at 10:00 a.m. **only** is canceled and has been rescheduled for **Monday, November 14 and Tuesday, November 15, 2005 beginning at 10:00 a.m.**  The mediation currently set for **Monday, June 20, 2005 at 10:00 a.m.** shall go forward as scheduled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE