THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
-----------------------------------------------------------------x
In re

TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL
TELECOMMUNICATIONS, INC., TELEGLOBE
HOLDINGS (U.S.) CORPORATION, TELEGLOBE
MARINE (U.S.) INC., TELEGLOBE HOLDING CORP.,
TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO
INC. and TELEGLOBE SUBMARINE INC.,

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

Debtors.
-----------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL
TELECOMMUNICATIONS, INC., TELEGLOBE
HOLDINGS (U.S.) CORPORATION, TELEGLOBE
MARINE (U.S.) INC., TELEGLOBE HOLDING CORP.,
TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO
INC., TELEGLOBE SUBMARINE INC., and the
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TELEGLOBE COMMUNICATIONS
CORPORATION, et al.,

Civ. No. 04-CV-1266

Plaintiffs,

v.

BCE INC., MICHAEL T. BOYCHUK, MARC A.
BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN,
STEWART VERGE, JEAN C. MONTY, RICHARD J.
CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER,
and H. ARNOLD STEINBERG,

Defendants.
-----------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that the plaintiffs will take the depositions set forth below of non-party witnesses pursuant to Letters of Request and Judgment, copies of which are attached hereto. The identity of the deponent, dates, times and place are as follows:

| Deponent | Date and Time | Place |
|---|---|---|
| Anna M. Coccia | June 28, 2005 at 9:30 a.m.<br><br>June 3, 2005 (production) | Kugler Kandestin, L.L.P,<br>1 Place Ville-Marie, Suite 2100,<br>Montreal, Quebec, H3B 2C6 |
| Claude Sequin | June 29, 2005 at 9:30 a.m.<br><br>June 6, 2005 (production) | Kugler Kandestin, L.L.P,<br>1 Place Ville-Marie, Suite 2100,<br>Montreal, Quebec, H3B 2C6 |

Dated: May 31, 2005

ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.

_/s/_____
Joseph A. Rosenthal (No. 234)
Kevin A. Gross (No. 209)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

- and-

HAHN & HESSEN LLP
John P. Amato
Mark S. Indelicato
Zachary G. Newman
Jeffrey L. Schwartz
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

Attorneys for the Official Committee of
Unsecured Creditors of Teleglobe
Communication Corporation, et al.

TO: **SHEARMAN & STERLING LLP**
George J. Wade, Esq.
Daniel Schimmel, Esq.
599 Lexington Avenue
New York, New York 10022-6069

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins, Esq.
Michael J. Merchant, Esq.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**OFFICE OF THE UNITED STATES TRUSTEE**
Frank Perch, Esq.
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801-3519

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Pauline K. Morgan, Esq.
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899-0391