## CERTIFICATE OF ELECTRONIC AND OTHER SERVICE

I hereby certify that on June 6, 2005, I electronically filed the foregoing Reply Brief in Support of Intervenor VarTec Telecom, Inc.'s Amended Motion for Protective Order Regarding Defendants' Second Request for Production with Request for Oral Argument (which now is available for viewing and downloading from CM/ECF) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| **Pauline K. Morgan, Esquire**<br>**John Shaw, Esquire**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **Robert J. Stearn, Jr. , Esquire**<br>**Kelly E. Farnan, Esquire**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
|---|---|
| **Kevin Gross, Esquire**<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 | |

I hereby certify that on June 6, 2005, I have sent the foregoing document by Federal Express to the following nonregistered participants:

| **George J. Wade, Esquire**<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022 | **Mark S. Indelicato, Esq.**<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, New York 10022 |
|---|---|

                                                                                                                  */s/ Joseph H. Huston, Jr.*
                                                                                                                    Joseph H. Huston, Jr.