UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br><br>TELEGLOBE COMMUNICATIONS<br>CORPORATION, ET AL.,<br><br>DEBTORS. | §§§§§§§§ | CASE NO. 02-11518 (MFW)<br>(Jointly Administered) |
| Teleglobe USA Inc. et al.,<br><br>Plaintiff,<br>v.<br><br>BCE Inc. et al.,<br><br>Defendants. | §§§§§§§§§§§ | CIV. ACTION NO. 04-1266 (SLR) |

Related to Docket Nos. 112, 113, 114, 119, and 128

## NOTICE OF COMPLETION OF BRIEFING AND
## APPLICATION FOR ORAL ARGUMENT

Intervenor VarTec Telecom, Inc. respectfully notifies the Court that briefing on its *Amended Motion for Protective Order Regarding Defendant's Second Request for Production of Documents and Application for Oral Argument* (Docket No. 112) is complete, and, pursuant to Local Rule 7.1.4, applies to the Court to schedule oral argument on the motion.

06/07/05/SL1 547128v1/18574.001

Dated: June 7, 2005

Respectfully submitted,

**STEVENS & LEE P.C.**

/s/ Joseph H. Huston, Jr.
_____
Joseph H. Huston, Jr. (No. 4035)
Thomas G. Whalen, Jr. (No. 4034)
1105 North Market Street Suite 700
Wilmington, DE 19801
Telephone: (302) 425-3310, -3304
Telecopy:  (610)371-7972, -8512

-and-

**HUGHES & LUCE L.L.P.**

Craig W. Budner
Beth W. Bivans
1717 Main Street, Ste. 2800
Dallas, Texas 75201
Telephone: (214) 939-5500
Telecopy:  (214) 939-5849

**ATTORNEYS FOR INTERVENOR VARTEC TELECOM, INC.**

2