## CERTIFICATE OF ELECTRONIC AND OTHER SERVICE

I hereby certify that on June 7, 2005, I electronically filed the foregoing Notice of Completion of Briefing and Request for Oral Argument (which thereby became available for viewing and downloading from CM/ECF) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

**Pauline K. Morgan, Esquire**
**John Shaw, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Robert J. Stearn, Jr., Esquire**
**Kelly E. Farnan, Esquire**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Kevin Gross, Esquire**
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

I hereby certify that on June 7, 2005, I have sent the foregoing document by first class mail, postage prepaid to the following nonregistered participants:

**George J. Wade, Esquire**
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022

**Mark S. Indelicato, Esq.**
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.