IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TELEGLOBE COMMUNICATIONS | ) Jointly Administered |
| CORPORATION, *et al.*, | ) Bankr. Case No. 02-11518 (MFW) |
| | ) |
| Debtors. | ) |
| | |
| TELEGLOBE COMMUNICATIONS | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 04-CV-1266 (SLR) |
| v. | ) |
| | ) |
| BCE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Anne Shea Gaza and the firm of Richards, Layton & Finger in the above-captioned action as counsel to Plaintiffs/Debtors herein.

/s/ Anne Shea Gaza
Gregory V. Varallo (No. 2242)
varallo@rlf.com
C. Malcolm Cochran, IV (No. 2337)
cochran@rlf.com
Anne Shea Gaza (No. 4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19810
(302) 651-7700
 Attorneys for Plaintiffs

Dated: June 13, 2005

RLF1-2886297-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on June 13, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

_____
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2878527-1