IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TELEGLOBE COMMUNICATIONS,<br>et al.,<br><br>    Debtors. | ) Chapter 11<br>) Bk. No.  02-11518(MFW)<br>) Jointly Administered<br>)<br>) |
| TELEGLOBE USA INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BCE INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-1266-SLR<br>)<br>)<br>)<br>) |

ORDER

At Wilmington this 13th day of June, 2005,

IT IS ORDERED that an in-person discovery conference shall be held on **Thursday, July 7, 2005**, at 3:00 p.m. in courtroom 6B on the 6th floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                             /s/
                                                  United States District Judge