## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., et al., | : | Chapter 11 |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| TELEGLOBE USA INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1266-SLR |
| | : | |
| BCE Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **20th** day of **June, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, September 28, 2005 at 8:30 a.m. EST** with the Magistrate Judge. The purpose of the teleconference is to discuss the need for any supplemental submissions to the Court, the due date and format for the submissions. **Defense counsel shall initiate the teleconference call.** Dress for the continued mediation scheduled for Monday, November 14 and Tuesday, November 15, 2005 beginning at 10:00 a.m. is casual.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE