IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          )   Chapter 11
                                                               )
TELEGLOBE COMMUNICATIONS                                       )
CORPORATION, *et al.*,                                         )   Jointly Administered
                                                               )   Bankr. Case No. 02-11518(MFW)
                                                               )
                                     Debtors.                  )
---------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                                       )
CORPORATION,                                                   )
*et al.*,                                                      )   C.A. No. 04-1266 (SLR)
                                                               )
                                     Plaintiffs,               )
                                                               )
                   v.                                          )
                                                               )
BCE INC., *et al.*,                                            )
                                                               )
                                     Defendants.               )
---------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

TO:   Pauline K. Morgan, Esq.            George J. Wade, Esq.
      Young Conaway Stargatt & Taylor    Daniel Schimmel, Esq.
      The Brandywine Building            Shearman & Sterling LLP
      1000 West Street, 17th Floor       599 Lexington Avenue
      P.O. Box 391                       New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of the following individuals at the offices of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, New York 10022, commencing at 10:00 a.m. on the following dates, or at some other times, locations, and dates, as mutually agreed upon by the parties:

RLF1-2898790-1

| **DEPONENT** | **DATE** |
|---|---|
| Stewart Verge | July 22, 2005 |
| Barry Pickford | July 29, 2005 |
| Michele Lalande | August 4, 2005 |
| Andrea LeBlanc | August 10, 2005 |
| Pierre Van Gheluwe | August 12, 2005 |
| Arnold H. Steinberg | August 15, 2005 |
| William D. Anderson | August 16, 2005 |
| Siim Vanaselja | August 25 – 26, 2005 |
| Michael Boychuck | August 31 – September 1, 2005 |
| Stephen Skinner | September 8 – 9, 2005 |
| Thomas Kieran | September 9, 2005 |
| Marc Ryan | September 14, 2005 |
| Martine Turcotte | September 21, 2005 |
| Serge Fortin | September 27, 2005 |
| Richard J. Currie | September 30, 2005 |

The depositions will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The depositions are being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The depositions will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The depositions will also be recorded by audio-visual means.

You are invited to attend and cross examine.

Dated: July 14, 2005

*/s/ Karen M. McKinley*
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Karen M. McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509
Attorneys for Debtors

RLF1-2898790-1