IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>TELEGLOBE COMMUNICATIONS )<br>CORPORATION, et al., )<br>)<br>      Debtors. )<br>_____)<br>TELEGLOBE COMMUNICATIONS )<br>CORPORATION, et al., )<br>)<br>      Plaintiffs, )<br>)<br>   v. )<br>)<br>BCE, INC., et al., )<br>)<br>      Defendants. ) | Chapter 11<br>Bankr. Case No. 02-11518(MFW)<br><br><br><br><br><br><br><br>Civ. No. 04-1266 |

**O R D E R**

At Wilmington this 18th day of July, 2005, having reviewed plaintiffs' motion to compel (D.I. 74) and the papers submitted in connection therewith; and it appearing to the court that most, if not all, of the issues identified by plaintiffs have been addressed through the in-person discovery conferences the court has been conducting with the parties;

IT IS ORDERED that said motion is denied unless, on or before **August 1, 2005**, plaintiffs identify with specificity which issues, addressed on which pages of the papers submitted, still remain in dispute. If plaintiffs timely respond, defendants may

file responding papers as well, on or before **August 15, 2005.**

_____
United States District Judge