IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re

TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC. and TELEGLOBE SUBMARINE INC.,

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

Debtors.

------------------------------------------------------------x

TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC., TELEGLOBE SUBMARINE INC., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TELEGLOBE COMMUNICATIONS CORPORATION, et al.,

Plaintiffs,

v.

BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG,

Defendants.

C.A. No. 04-CV-1266 (SLR)

------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2005, the above-captioned plaintiffs (the "Plaintiffs"), by and through their undersigned counsel, served the *Plaintiffs' First Request for Admission* on the following parties in the manner indicated:

RLF1-2901427-1

| | |
|---|---|
| **Via Hand Delivery:** | **Via Federal Express:** |
| Pauline K. Morgan | George J. Wade |
| Young Conaway Stargatt & Taylor, LLP | Shearman & Sterling |
| The Brandywine Building | 599 Lexington Avenue |
| 1000 West Street, 17th Floor | New York, NY  10022-6069 |
| P.O. Box 391 | |
| Wilmington, DE  19899 | |

Dated: July 19, 2005
Wilmington, Delaware

**RICHARDS LAYTON & FINGER, P.A.**

/s/ Russell C. Silberglied
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran IV (No. 2377)
Russell C. Silberglied (No. 3462)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Teleglobe Communications Corporation, et al.

**ROSENTHAL MONHAIT GROSS & GODDESS, P.A.**

/s/ Kevin Gross by RCS w/Permission
Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware  19899-1070
Telephone:  (302) 656-4433
Facsimile:   (302) 658-7567

-and-

**HAHN & HESSEN LLP**
John P. Amato
Mark S. Indelicato
Jeffrey L. Schwartz
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:   (212) 478-7400

Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, et al.