IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                      :    Chapter 11
                                            :
TELEGLOBE COMMUNICATIONS                    :    Jointly Administered
CORPORATION, et al.,                        :    Case No. 02-11518 (MFW)
                                            :
                Debtors.                    :
----------------------------------------------------------x
                                            :
TELEGLOBE COMMUNICATIONS                    :
CORPORATION, et al.,[1]                     :
                                            :
                Plaintiffs,                 :
                                            :
        v.                                  :    C.A. No. 04-CV-1266 (SLR)
                                            :
BCE INC., MICHAEL T. BOYCHUK,               :
MARC A. BOUCHARD, SERGE FORTIN,             :
TERENCE J. JARMAN, STEWART VERGE,           :
JEAN C. MONTY, RICHARD J. CURRIE,           :
THOMAS KIERANS, STEPHEN P. SKINNER,         :
and H. ARNOLD STEINBERG,                    :
                                            :
                Defendants.                 :
----------------------------------------------------------x

## NOTICE OF DEPOSITION

To:     Gregory V. Varallo              John P. Amato
        C. Malcolm Cochran              Mark S. Indelicato
        Russell C. Silberglied          Jeffrey L. Schwartz
        RICHARDS, LAYTON & FINGER, P.A.  HAHN & HESSEN LLP
        One Rodney Square               488 Madison Avenue
        920 N. King Street              New York, NY 10022
        Wilmington, DE 19801             Tel.   (212) 478-7200
        Tel.    (302) 651-7700           Fax.   (212) 478-7400
        Fax.    (302) 651-7701

---

[1]     The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the deposition upon oral examination of Cynthia Eakin, before a person authorized to administer oaths, at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue, N.W., Washington, D.C. 20004, commencing at 9:30 a.m. on August 3, 2005, or at such other time and place as may be mutually agreed upon by the parties, and continuing from day to day thereafter until completed. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means.

Dated: July 28, 2005
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
         -and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2005, I electronically filed a true and correct copy of the Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on July 28, 2005, I caused a copy of Notice of Deposition to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on July 28, 2005, I served the Notice of Deposition upon the following non-registered participants in the manner indicated below:

<u>BY FEDERAL EXPRESS</u>
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*