IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | Bankr. Case No. 02-11518(MFW) |
| | ) | |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, | ) | |
| *et al.*, | ) | C.A. No. 04-1266 (SLR) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BCE INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time within which the parties are required to serve their supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(e) is extended through and including August 8, 2005.

RLF1-2905568-1

/s/ Anne Shea Gaza
Gregory V. Varallo (No. 2242)
Varallo@rlf.com
C. Malcolm Cochran, IV (No. 2337)
Cochran@rlf.com
Russell C. Silberglied (No. 3462)
Silberglied@rlf.com
Anne Shea Gaza (No. 4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
   *Attorneys for the Debtors*


/s/ Kevin A. Gross
Kevin A. Gross (No. 209)
KGross@rmgglaw.com
Rosenthal, Monhait, Gross &
Goddess, P.A.
1401 Mellon Bank Center
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567
*Attorneys for the Official Committee of
Unsecured Creditors of Teleglobe
Communications Corp., et al.*

- and -

John P. Amato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
*Attorneys for the Official Committee of
Unsecured Creditors of Teleglobe
Communication Corporation, et al.*

/s/ Pauline K. Morgan
Pauline K. Morgan (No. 3650)
PMorgan@ycst.com
Maribeth Minella (No. 4185)
MMinella@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571 1253
*Attorneys for Defendant*

- and -

George Wade
Daniel Schimmel
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
*Attorneys for Defendants*

**SO ORDERED** this _____ day of _____, 2005.

_____
Robinson, J.