## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
TELEGLOBE COMMUNICATIONS                        :    Jointly Administered
CORPORATION, et al.,                            :    Case No. 02-11518 (MFW)
                                                :
                                Debtors.        :
------------------------------------------------------------x
                                                :
TELEGLOBE COMMUNICATIONS                        :
CORPORATION, et al.,[1]                         :
                                                :
                                Plaintiffs,     :
                                                :
                        v.                      :    C.A. No. 04-CV-1266 (SLR)
                                                :
BCE INC., MICHAEL T. BOYCHUK,                   :
MARC A. BOUCHARD, SERGE FORTIN,                 :
TERENCE J. JARMAN, STEWART VERGE,               :
JEAN C. MONTY, RICHARD J. CURRIE,               :
THOMAS KIERANS, STEPHEN P. SKINNER,             :
and H. ARNOLD STEINBERG,                        :
                                                :
                                Defendants.     :
------------------------------------------------------------x
```

## NOTICE OF DEPOSITIONS

To:     Gregory V. Varallo                 John P. Amato
        C. Malcolm Cochran                 Mark S. Indelicato
        Russell C. Silberglied             Jeffrey L. Schwartz
        RICHARDS, LAYTON & FINGER, P.A.    HAHN & HESSEN LLP
        One Rodney Square                  488 Madison Avenue
        920 N. King Street                 New York, NY 10022
        Wilmington, DE 19801               Tel.   (212) 478-7200
        Tel.   (302) 651-7700              Fax.   (212) 478-7400
        Fax.   (302) 651-7701

---

[1]    The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the depositions upon oral examination of the following individuals at the offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19899, commencing at 10:00 a.m. on the following dates, or at such other times, locations and dates as may be mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
| --- | --- |
| Bruce Milla | August 18, 2005 |
| Daniel Snyder | August 23, 2005 |
| Barry Bunin | August 24, 2005 |

The depositions will continue from day to day until completed. The depositions will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means.

Dated:  July 29, 2005
        Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
            -and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2005, I electronically filed a true and correct copy of the foregoing Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on July 29, 2005,  I caused a copy of the foregoing Notice of Depositions to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on July 29, 2005, I served the foregoing Notice of Depositions upon

the following non-registered participants in the manner indicated below:

BY FEDERAL EXPRESS
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for Defendants*