THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

In re

TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS,
INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION,
TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING
CORP., TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC. and
TELEGLOBE SUBMARINE INC.,

                               Debtors.

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

------------------------------------------------------------------x

TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS,
INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION,
TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING
CORP., TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC.,
TELEGLOBE SUBMARINE INC., and the OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF
TELEGLOBE COMMUNICATIONS CORPORATION, et al.,

                               Plaintiffs,

v.

BCE INC., MICHAEL T. BOYCHUK, MARC A.
BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN,
STEWART VERGE, JEAN C. MONTY, RICHARD J.
CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and
H. ARNOLD STEINBERG,

                               Defendants.

C.A. No. 04-CV-1266 (SLR)

------------------------------------------------------------------x

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO
FED. R. BANKR. P. 7026 AND FED. R. CIV. P. 26(a)**

      Teleglobe Communications Corporation ("TCC") and its above-captioned affiliated debtors and debtors in possession (collectively, "Debtors"), by their counsel, Richards Layton & Finger, P.A., and the Official Committee of Unsecured Creditors of the Debtors (the "Committee"), by its co-counsel, Rosenthal, Monhait, Gross & Goddess, P.A. and Hahn & Hessen LLP (collectively, "Plaintiffs"), hereby

make the following supplemental disclosures pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a) ("Rule 26(a)"):

**Rule 26(a)(1)(A)**: The Debtors hereby supplement their Rule 26(a) disclosures to include all individuals listed on the Committee's and/or the Defendants' Rule 26(a) disclosures, including any supplements thereto, and the Committee hereby supplements its Rule 26(a) disclosures to include all individuals listed on the Debtors' and/or the Defendants' Rule 26(a) disclosures, including any supplements thereto. In addition, the following individuals are likely to have discoverable information that the Plaintiffs may use to support their claims:[1]

| Name and Present/Former Positions | Last Known Address | Subject Matter |
| --- | --- | --- |
| Allied Irish Bank | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Arthur Anderson LLP | Address Unknown | Accounting issues relating to Teleglobe Inc. and the Debtors. |
| Bank of Nova Scotia | Mayer, Brown Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Bayerische Landesbank | Mayer, Brown Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| BBT Fund LP | Mayer, Brown Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Bearzatto, Alex BCE Director, Corporate Taxes | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors; "Project X" and related issues. |
| Bergeron, Daniel TI Executive Director, Revenue & Sales Control | Teleglobe Canada ULC 1555 Carrie-Derick Montreal, Quebec H3C6W2 Canada | Accounting and finance issues relating to Teleglobe Inc. and the Debtors. |

---

[1] Entities noted in these disclosures include: BCE Inc. ("BCE"), Bell Canada ("Bell Canada"), Teleglobe Inc. ("TI"), Teleglobe Communications Corporation ("TCC"), Teleglobe USA Inc. ("TUSA"), Optel Telecommunications, Inc. ("OTI), Teleglobe Holdings (U.S.) Corporation ("THUS"), Teleglobe Marine (U.S.) Inc. ("TMI"), Teleglobe Holding Corp. ("THC"), Teleglobe Telecom Corporation ("TTC"), Teleglobe Investment Corp. ("TIC"), Teleglobe Luxembourg LLC ("TLLLC"), Teleglobe Puerto Rico Inc. ("TPR") and Teleglobe Submarine Inc. ("TSI").

2

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Bergeron, Yves<br>Toronto Dominion Bank | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Bloxsome, Randy<br>TCC and TUSA Director, Corporate Planning & Analysis | 11480 Commerce Park Drive<br>Reston, VA 20191 | Budgeting and finance for Teleglobe Inc. and the Debtors. |
| BNP Paribas Canada | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Borden Ladner Gervais | Address Unknown | Credit facilities for Teleglobe Inc. |
| Bouliane, Rejean<br>TCC and TUSA Senior Vice President – Customer Service | 4175 De Vincennes<br>Terrebonne, Quebec J6X2G3<br>Canada | Operations of Teleglobe Inc. and the Debtors. |
| Bunin, Barry<br>TI Vice President – Network Implementation; TCC and TUSA Vice President | 11480 Commerce Park Drive<br>Reston, VA 201917 | The GlobeSystem project; the Teleglobe/Bell Canada synergy project; IT operations; budgeting and finance for Teleglobe Inc. and the Debtors and related issues. |
| Callahan, Bob<br>TI Chief Information Officer; TCC and TUSA Senior Vice President | 11480 Commerce Park Drive<br>Reston, VA 201917 | The Teleglobe/Bell Canada synergy project; IT operations of Teleglobe Inc. and the Debtors and related issues. |
| Canadian Imperial Bank of Commerce | 425 Lexington Avenue<br>New York, NY 10017 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Chauvin, Peter<br>Credit Suisse First Boston | Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Ciccotelli, Josie<br>BCE Vice President, Corporate Taxes | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; "Project X" and related issues. |
| Cieri, Richard M. | Kirkland & Ellis<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>United States | Project X and related issues. |
| Cinq-Mars, Daniel<br>TI Executive Director and Financial Controller | Teleglobe Canada ULC<br>1555 Carrie-Derick<br>Montreal, Quebec H3C6W2 | Accounting and finance issues relating to Teleglobe Inc. and the Debtors. |

3

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Citibank, N.A. | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Coccia, Anna<br>Bell Canada Associate Director – Accounting Policies | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Comerica Bank | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Credit Suisse First Boston | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Daher, Elie<br>Bell Canada – Associate Director External Reporting | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Dai-Ichi Kangyo Bank Ltd. | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Danske Bank | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Davis Polk & Wardwell | Address Unknown | BCE acquisition of Teleglobe Inc. |
| Davies Ward Phillips & Vineberg LLP | c/o Lankler Siffert & Wohl LLP<br>500 Fifth Avenue<br>New York, NY 10010 | "Project X" and related issues. |
| Davis, Gary<br>Bell Canada Vice President & Controller | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| de Grandpre, Yanick<br>BCE Associate Director, M&A/Corporate Finance | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Desrochers, Alain<br>Laurentian Bank of Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Deutsche Bank AG | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| DK Acquisition | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Dominion Bond Rating Service Limited ("DBRS") | 200 King Street West<br>Toronto, ON M5H 3T4<br>Canada | DBRS has knowledge of reports made to DBRS by BCE officers relating to the financing of TGO. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Doucette, Don<br>BCE Senior Director – Communications | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; "Project X" and related issues. |
| Eckhout, Mark<br>TCC and TUSA Director and CFO | 11480 Commerce Park Drive<br>Reston, VA 20191 | Finances of Teleglobe Inc. and the Debtors. |
| Ernst & Young | 5 Times Square<br>New York, NY 10036-6530 | "Project X" and related issues. |
| Gauvin, Francois<br>BCE Senior Director, Corporate Taxes | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE acquisition of Teleglobe Inc.; BCE control over Teleglobe Inc. and the Debtors; BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; the governance, financing, and operations of Teleglobe Inc. and the Debtors; "Project X" and related issues. |
| Goldman Sachs | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Goodmans LLP | Address Unknown | "Project X", the BCE acquisition of Teleglobe Inc. and related issues. |
| Honeycutt, John<br>Discovery Communications, Senior Vice President of Television Operations | c/o Mary Ellen Callahan, Esq.<br>Hogan & Hartson<br>555 13th Street NW<br>Washington, DC | See Deposition previously taken in this matter. |
| Houlihan Lokey Howard & Zukin | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Howard, Adam<br>JP Morgan Chase Bank | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Huret, Jerome<br>BCE Consultant | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE control over Teleglobe Inc. and the Debtors; "Project X" and related issues; and the viability of Teleglobe Inc. and the Debtors. |
| Jergens, Yvon J.<br>ABN/AMRO | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Jones Day Reavis & Pogue, n/k/a Jones Day | 222 East 41st Street<br>New York, NY 10017 | "Project X" and related issues. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Kavanagh, Elizabeth<br>BCE Director of Financial Controls | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| King Street Capital LP | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Kirby, Bruce<br>BCE Director, Corporate Strategy | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| La Caisse Centrale Desjardins due Quebec | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |
| Lazard Freres & Co. LLC | 30 Rockefeller Plaza<br>New York, NY 10020 | "Project X" and related issues. |
| Lehman Brothers Inc. | 745 Seventh Avenue<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Loranger, Martin<br>Teleglobe Corporate Development | Teleglobe Canada ULC<br>1555 Carrie-Derick<br>Montreal, Quebec H3C6W2<br>Canada | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; and the governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Mahaffy, James<br>HSBC | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| McGraw, David<br>BCE VP, M&A/Corp. Finance | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; "Project X" and related issues; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |
| McKinsey & Company, Inc. | 55 East 52nd Street, 21st Fl.<br>New York, NY 10022 | "Project X" and related issues. |
| Merrill Lynch Co., Inc. | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Milla, Bruce<br>TCC and TUSA, Executive Director - Tax | 11495 Commerce Park Drive<br>Reston, VA 20191 | Tax issues relating to Teleglobe Inc. and the Debtors. |
| Moody's | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Morgan Stanley Dean Witter | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Morin, Isabella<br>BCE Communications | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment. |
| Nantel, Ginette<br>Deloitte & Touche LLP | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; "Project X" and related issues; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |
| National Bank of Canada | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| National City Bank of Cleveland | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Neuman, Michael<br>TCC and TUSA Executive Vice President; TCC Group President, Europe, Middle East & Africa | 11480 Commerce Park Drive<br>Reston, VA 20191 | Revenue projections and budgets for Teleglobe Inc. and the Debtors. |
| Ogilvy Renault | Address Unknown | "Project X" and related issues. |
| Osler, Hoskin & Harcourt LLP (Andrew Kingissepp/ Steve Suarez) | Box 50, 1 First Canadian Pl.<br>Toronto, Ontario, Canada<br>M5X 1B8 | BCE control, BCE's funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |
| Pickford, Barry<br>BCE Vice President Taxation | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Powers, Tip<br>TCC and TUSA Director, Corporate Development | 11480 Commerce Park Drive<br>Reston, VA 20191 | Development of projections and budgeting for Teleglobe Inc. and the Debtors. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Racine, Guy<br>Export Development Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Raymond James | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| RCG Carpathia Master Fund Ltd. | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Ripplinger, John<br>BCE Associate Director, Investor Relations | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; the governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Rodi, Frank<br>BCE Associate Director, Treasury Operations | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Rosenhek, Michael<br>BCE/Bell Canada Financing & Treasury | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; "Project X" and related issues; viability of Teleglobe Inc. and the Debtors; and the solvency of Teleglobe Inc. and the Debtors. |
| Rourke, Glenn<br>Bank of Montreal | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Ruggins, Leonard<br>BCE and Bell Canada Vice President – Finance and Treasury | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Runion, Sally<br>Assistant to Terence J. Jarman and Charles Childers | 11480 Commerce Park Drive<br>Reston, VA 20191 | Actions taken by, decisions considered by, or issues concerning BCE, Teleglobe Inc., and the Debtors' directors and officers; and the governance, financing, and operations of Teleglobe Inc. and the Debtors. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Salomon Smith Barney | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Sanwa Bank (Canada) | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| SBC Communications Inc. | 175 East Houston Street San Antonio, TX 78205 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Schwartz, Robert TI, TCC and TUSA Senior Vice President; TI Chief Human Relations Officer | 11480 Commerce Park Drive Reston, VA 20191 | Actions taken by, decisions considered by, or issues concerning BCE, Teleglobe Inc., and the Debtors' directors and officers; the compensation structure of Teleglobe employees; and the governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Sciaccitano, Rebecca Assistant to Marc Bouchard | 11480 Commerce Park Drive Reston, VA 20191 | Actions taken by, decisions considered by, or issues concerning BCE, Teleglobe Inc., and the Debtors' directors and officers; and the governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Scott, Wesley BCE Chief Corporate Officer | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE control over Teleglobe Inc. and the Debtors; BCE funding commitment; and the viability of Teleglobe Inc. and the Debtors. |
| Shearman & Sterling | 599 Lexington Avenue New York, NY 10022 | "Project X" and related issues. |
| Simpson, Amos Bank of Tokyo-Mitsubishi Canada | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Simpson Thacher & Bartlett | 425 Lexington Avenue New York, NY 10017 | 2001 private placement. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| SMBC | Address Unknown | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Smith, Rod<br>Royal Bank of Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Societe Generale | Mayer, Brown Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding commitment and sources of funding for Teleglobe Inc. and the Debtors. |
| Stikeman Elliott LLP | 1155 Rene-Levesque Blvd. West, Montreal, Quebec H3B 3V2 | "Project X" and related issues. |
| Standard & Poors | A Division of the McGraw-Hill Companies, Inc.<br>1221 Avenue of the Americas<br>New York, NY 10020 | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Tetrault, Jose<br>BCE Director - International Treasury; TI Assistant Treasurer | Teleglobe Canada ULC<br>1555 Carrie-Derick<br>Montreal, Quebec H3C6W2<br>Canada | Actions taken by, decisions considered by, or issues concerning BCE, Teleglobe Inc., and the Debtors' directors and officers; BCE control over Teleglobe Inc. and the Debtors; BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; viability of Teleglobe Inc. and the Debtors; and the governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Thompson, David<br>TI Director - Corporate Marketing | 11480 Commerce Park Drive<br>Reston, VA 20191 | The governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| UBS Warburg | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |
| Walker, George<br>BCE Director-Investor Relations | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |

| Name and Present/Former Positions | Last Known Address | Subject Matter |
|---|---|---|
| Ward, Glenn V.<br>Bell Canada Vice President Technology Development | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE control over Teleglobe Inc. and the Debtors. |
| Yorkton Securities | Address Unknown | BCE funding commitment; sources of funding for Teleglobe Inc. and the Debtors; and the viability of Teleglobe Inc. and the Debtors. |

### Reservation of Rights

1.  Plaintiffs reserve the right to supplement or revise these supplemental disclosures and to present witnesses, documents and evidence in addition to those which are disclosed in their initial disclosures and these supplemental disclosures.

2.  Plaintiffs reserve their right to object to the production of any documents or other information identified in their initial disclosures and these supplemental disclosures, to the extent permitted by the Federal Rules of Civil Procedure.

/s/ *Anne Shea Gaza*  
Gregory V. Varallo (No. 2242)  
C. Malcolm Cochran, IV (No. 2377)  
Russell C. Silberglied (No. 3462)  
Anne Shea Gaza (No. 4093)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 N. King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701  
Attorneys for Teleglobe Communications Corporation, et al.

Dated:   August 8, 2005

/s/ *Joseph A. Rosenthal*  
Kevin A. Gross (No. 209)  
Joseph A. Rosenthal (No. 234)  
Rosenthal, Monhait, Gross & Goddess, P.A.  
1401 Mellon Bank Center  
P.O. Box 1070  
Wilmington, Delaware 19899-1070  
Telephone: (302) 656-4433  
Facsimile: (302) 658-7567

- and -

John P. Amato  
Mark S. Indelicato  
Zachary G. Newman  
Jeffrey L. Schwartz  
Hahn & Hessen LLP  
488 Madison Avenue  
New York, New York 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400  
Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communication Corporation, et al.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

I hereby certify that on August 8, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
GAZA@rlf.com

RLF1-2899768-1