## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                      :          Chapter 11
                                            :
TELEGLOBE COMMUNICATIONS                    :          Jointly Administered
CORPORATION, et al.,                        :          Case No. 02-11518 (MFW)
                                            :
                        Debtors.            :
------------------------------------------------------x
                                            :
TELEGLOBE COMMUNICATIONS                    :
CORPORATION, et al.,                        :
                                            :
                        Plaintiffs,         :
                                            :
                        v.                  :          C.A. No. 04-CV-1266 (SLR)
                                            :
BCE INC., MICHAEL T. BOYCHUK,               :
MARC A. BOUCHARD, SERGE FORTIN,             :
TERENCE J. JARMAN, STEWART VERGE,           :
JEAN C. MONTY, RICHARD J. CURRIE,           :
THOMAS KIERANS, STEPHEN P. SKINNER,         :
and H. ARNOLD STEINBERG,                    :
                                            :
                        Defendants.         :
------------------------------------------------------x
```

### DEFENDANTS' FIRST AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO RULE 26(e) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendants

BCE, Inc., Michael T. Boychuk, March a Bouchard, Serge Fortin, Terence J. Jarman, Stewart

Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner and H. Arnold

Steinberg (collectively "Defendants"), by their undersigned counsel, hereby make the following

First Amended and Supplemental Initial Disclosures. Defendants make these disclosures based

on the information reasonably available to them as of the date hereof. Defendants reserve the

right to add to or amend the disclosures contained herein.

Defendants do not, by making these disclosures, waive any rights or objections they may have with respect to discovery, including their right to object to discovery on the basis of relevancy, privilege, undue burden or any other valid objection. Defendants reserve all of their rights to object to the use of any information provided herein, for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action.

## I.    Disclosures

### A.    Rule 26(a)(1)(A): Individuals likely to have Discoverable Information

Defendants supplement the list of individuals identified in their August 27, 2004 Initial Disclosures as likely to have discoverable information that Defendants may use to support their defenses, with the following additional persons:

| Name | Last Known Address | Subject Matter |
|---|---|---|
| Anna Coccia | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Carl Condon | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Build-out of GlobeSystem and consideration of alternatives. |
| Elie Daher | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Yannick DeGrandpre | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Anthony Fell | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; build-out of GlobeSystem; consideration of alternatives; relationship between BCE and Teleglobe Inc. and the Debtors. |
| Francois Gauvin | c/o Shearman & Sterling LLP 599 Lexington Avenue | Tax issues relating to Teleglobe Inc. and the |

| | New York, NY 10022 | Debtors. |
|---|---|---|
| Jerome Huret | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | "Project X" and related issues; the viability of Teleglobe Inc. and the Debtors. |
| Andrea LeBlanc | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | "Project X" and related issues; the viability of Teleglobe Inc. and the Debtors. |
| Pierre Lessard | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | "Project X" and related issues; the viability of Teleglobe Inc. and the Debtors. |
| Martin Loranger | Unknown | Teleglobe employee; finance issues relating to Teleglobe Inc. and the Debtors. |
| David Masse | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Board secretariat. |
| David McGraw | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; "Project X" and related issues; consideration of alternatives. |
| Peter Nicholson | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Ildo Ricciuto | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Public securities filings. |
| Frank Rodi | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; the viability of Teleglobe Inc. and the Debtors. |
| Michael Rosenhek | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Treasury functions relating to Teleglobe Inc. |
| Michael Sabia | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of |

| | | |
|---|---|---|
| | | funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues; sources of funding for Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates. |
| Wes Scott | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Project "X" and related issues; the viability of Teleglobe Inc. and the Debtors. |
| John Sheridan | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Relationship between BCE and certain subsidiaries; relationship netween Teleglobe Inc. or affiliates and Bell Canada. |
| Jose Tetrault | | Treasury function. |
| George Walker | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Jean C. Monty | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Terence J. Jarman | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out |

| | | |
|---|---|---|
| | | of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries. |
| Marc A. Bouchard | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries. |
| Serge Fortin | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Stewart Verge | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | See Deposition previously taken in this matter. |
| Richard J. Currie | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |

| | | |
|---|---|---|
| Thomas Kierans | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Stephen P. Skinner | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| H. Arnold Steinberg | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Michel Lalande | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | See Deposition previously taken in this matter. |
| Pierre Van Gheluwe | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Patrick Pichette | c/o Shearman & Sterling LLP | BCE's funding of |

| | | |
|---|---|---|
| | 599 Lexington Avenue<br>New York, NY 10022 | Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Martine Turcotte | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| Siim Vanaselja | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE and subsidiaries; Project "X" and related issues. |
| William Anderson | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | BCE's funding of Teleglobe Inc. or affiliates; finance issues relating to Teleglobe Inc. and its affiliates; sources of funding for Teleglobe Inc. and its affiliates; build-out of GlobeSystem and |

| | | |
|---|---|---|
| | | consideration of alternatives; relationship between BCE and subsidiaries. |
| Barry Pickford | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Tax issues. |
| Marc Ryan | c/o Shearman & Sterling LLP 599 Lexington Avenue New York, NY 10022 | Board secretariat. |
| Andre Mongrain | c/o Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, Delaware 19801 | BCE's funding of Teleglobe Inc. or affiliates; relationship between BCE and its subsidiaries; build-out of GlobeSystem; consideration of alternatives; finance issues relating to the Debtors. |
| Ashwin Chitamun | | Build-out of GlobeSystem and consideration of alternatives. |
| Barry Bunin | c/o Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, Delaware 19801 | The build-out of GlobeSystem; the relationship between Teleglobe and Bell Canada; IT operations; budgeting and finance for Teleglobe Inc. and the Debtors. |
| Bill Enns | | Build-out of GlobeSystem and consideration of alternatives; finance issues relating to Teleglobe Inc. and the Debtors. |
| Bruce Milla | c/o Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, Delaware 19801 | Tax issues relating to Teleglobe Inc. and the Debtors. |
| Charles Childers | | The governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Cynthia Eakin | c/o Richards, Layton & Finger, P.A. One Rodney Square 920 North King Street Wilmington, Delaware 19801 | Accounting and finance issues relating to the Debtors. |

| | | |
|---|---|---|
| Daniel Bergeron | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Accounting and finance issues relating to Teleglobe Inc. and the Debtors. |
| Daniel Cinq-Mars | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | Accounting and finance issues relating to Teleglobe Inc. and the Debtors. |
| Daniel Snyder | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | BCE's funding of Teleglobe Inc. or its affiliates; sources of funding for Teleglobe Inc. and the Debtors; build-out of GlobeSystem and consideration of alternatives; finance issues; relationship between BCE, Teleglobe Inc., and the Debtors; Project "X" and related issues. |
| John Brunette | | BCE's funding of Teleglobe Inc. or affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE, Teleglobe Inc. and the Debtors; Project "X" and related issues. |
| Kathy Morgan | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | BCE's funding of Teleglobe Inc. or affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE, Teleglobe Inc. and the Debtors; Project "X" and related issues. |
| Kieren Bustamante | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | BCE's funding of Teleglobe Inc. or affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE, Teleglobe Inc. and the Debtors; Project "X" and related |

| | | |
|---|---|---|
| | | issues. |
| Mark VanDoorn | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | BCE's funding of Teleglobe Inc. or affiliates; build-out of GlobeSystem and consideration of alternatives; relationship between BCE, Teleglobe Inc. and the Debtors; Project "X" and related issues. |
| Michael Boychuk | c/o Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Finance issues relating to Teleglobe Inc. and its affiliates; BCE's funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with its subsidiaries; build-out of GlobeSystem and consideration of alternatives; finance issues relating to Teleglobe Inc. and the Debtors. |
| Michael Neuman | | Finance issues relating to Teleglobe Inc. and the Debtors; build-out of GlobeSystem and consideration of alternatives. |
| Paolo Guidi | | BCE's acquisition of Teleglobe Inc. |
| Randy Bloxsome | | Budgeting and finance for Teleglobe Inc. and the Debtors. |
| Rebecca Sciaccitano | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | The governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Sally Runion | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | The governance, financing, and operations of Teleglobe Inc. and the Debtors. |
| Tip Powers | 11480 Commerce Park Drive<br>Reston, VA 20191 | Development of projections and budgeting for Teleglobe Inc. and the |

| | | Debtors. |
|---|---|---|
| Lisa Donan | | The governance, financing, operations and marketing of Teleglobe Inc. and the Debtors. |
| Annie Lemieu | | Finance issues relating to the Debtors. |
| V.V. Cooke | c/o Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801 | BCE's funding of Teleglobe or affiliates; relationship between BCE, Teleglobe Inc. and the Debtors; sources of funding for Teleglobe Inc. and the Debtors; build-out of GlobeSystem and consideration of alternatives. |
| Kenny Troutt | 10595 Strait Lane<br>Dallas Texas 75229-5424 | See Deposition previously taken in this matter. |
| Gregory Oliver | Richard D. Anigian, Esq.<br>Haynes and Boone LLP<br>901 Main Street, Suite 3100<br>Dallas, Texas 75202-3789 | See Deposition previously taken in this matter. |
| John Honeycutt | c/o Mary Ellen Callahan, Esq.<br>Hogan & Hartson<br>555 13th Street, NW<br>Washington, DC | See Deposition previously taken in this matter. |
| Fox Cable Networks, Inc. | Fox Group<br>P.O. Box 900<br>Beverly Hills, CA 90213-0900 | BCE's funding of Teleglobe Inc. or affiliates. |
| Jim Millstein | 30 Rockefeller Plaza<br>New York, NY 10020 | Project "X" and related issues. |
| Said Annuteuoglu | 30 Rockefeller Plaza<br>New York, NY 10020 | Project "X" and related issues. |
| Eric R. Mendelsohn | 30 Rockefeller Plaza<br>New York, NY 10020 | Project "X" and related issues. |
| Marc Drouin | 30 Rockefeller Plaza<br>New York, NY 10020 | Project "X" and related issues. |
| Lazard Freres & Co. LLC | 30 Rockefeller Plaza<br>New York, NY 10020 | Project "X" and related issues. |
| Moody's | 99 Church Street<br>New York, NY 10007 | BCE's funding of Teleglobe Inc. or affiliates; credit rating of Teleglobe Inc. |
| Standard & Poors | 55 Water Street<br>New York, NY 10041 | BCE's funding of Teleglobe Inc. or affiliates; |

| | | credit rating of Teleglobe Inc. |
|---|---|---|
| Nortel Networks | 40 W 57th Street New York, NY 10019 | Finance issues relating to the Debtors. |
| SBC Communications Inc. | 175 East Houston Street San Antoniom TX 78205 | BCE's funding of Teleglobe Inc. or affiliates; build-out of GlobeSystem and consideration of alternatives. |
| Ernst & Young Inc. | 5 Times Square New York, NY 10036-6530 | Project "X" and related issues. |
| Benjamin Babcock | 5 Times Square New York, NY 10036-6530 | Project "X" and related issues. |
| Jones Gray Reavis & Pogue | 222 East 41st Street New York, NY 10017 | Project "X" and related issues. |
| Richard M. Cieri | 222 East 41st Street New York, NY 10017 | Project "X" and related issues. |
| Brad B. Erens | 222 East 41st Street New York, NY 10017 | Project "X" and related issues. |
| McKinsey & Company | 55 East 52nd Street New York, NY 10022 | Project "X" and related issues; build-out of GlobeSystem and consideration of alternatives. |
| Carlos Kirjner | 55 East 52nd Street New York, NY 10022 | Project "X" and related issues; build-out of GlobeSystem and consideration of alternatives. |
| Deloitte & Touche LLP | World Financial Center New York, NY 10281 | Accounting issues relating to Teleglobe Inc. and the Debtors. |
| Ginette Nantel Samson Belair/Deloitte & Touche s.e.n.c.r.l. | 5879 Boul. Henri Boursasa E Montreal, QC | Accounting issues relating to Teleglobe Inc. and the Debtors. |
| Lehman Brothers | 745 Seventh Avenue 30th Floor New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's acquisition of shares of Teleglobe Inc.'s stock. |
| Bank of Montreal | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |

| ABN AMRO Bank N.V. | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
|---|---|---|
| Bank of Tokyo- Mitsubishi (Canada) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Bayerische Landesbank Girozentrale | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| BNP Paribas (Canada) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| La Caisse Centrale Desjardins Du Quebec | Address Unknown | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Canadian Imperial Bank of Commerce | 199 Bay Street<br>Toronto, ON M5L 1G9 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Canadian Imperial Bank of Commerce, N.Y. Agency | 425 Lexington Avenue<br>New York, NY 10017 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Citibank, N.A. | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Credit Suisse First Boston Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Credit Suisse First Boston | c/o Mayer, Brown, Rowe & Maw | BCE funding of Teleglobe |

| | 1675 Broadway<br>New York, NY 10019 | Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
|---|---|---|
| Export Development Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| HSBC Bank Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| JP Morgan Chase Bank | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Laurentian Bank of Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Merrill Lynch Capital (Canada) Inc. | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Merrill Lynch Capital Corporation | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| National Bank of Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Royal Bank of Canada | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Societe Generale | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway | BCE funding of Teleglobe Inc. or affiliates; sources of |

| | New York, NY 10019 | funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
|---|---|---|
| The Bank of Nova Scotia | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| The Toronto-Dominion Bank | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Deutsche Bank AG | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Morgan Stanley | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Goldman Sachs | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Guy Racine (EDC) | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Glen Rourke (BMO) | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Marie Laberge (BLG) | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Marie-Claude Crevier (BNP) | c/o Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. |

| | | and the Debtors; BCE's relationship with Banks. |
|---|---|---|
| Adam Howard (JPM) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Amos Simpson (BTM) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Jim Mahaffy (HSBC) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Rod Smith (RBC) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Yvon Jeghers (ABN) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Jacinthe Hotte (NBC) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Yves Bergeron (TD) | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Alain Desrochers | c/o Mayer, Brown, Rowe & Maw<br>1675 Broadway<br>New York, NY 10019 | BCE funding of Teleglobe Inc. or affiliates; sources of funding for Teleglobe Inc. and the Debtors; BCE's relationship with Banks. |
| Dominion Bond Ratings Service (DBRS) | 200 King Street West<br>Suite 1304<br>Toronto, ON  M5H 3T4 | BCE's funding of Teleglobe Inc. or affiliates; credit rating of Teleglobe Inc. |

Defendants also add to this list all customers and potential customers of Teleglobe Inc. and/or the Debtors, as well as any entities that considered providing financing to Teleglobe Inc. and/or the Debtors during the relevant time period.  Defendants further supplement the list of individuals likely to have discoverable information to include all those individuals and entities listed in the Rule 26(a) Disclosures of the Debtors and/or the Official Committee of Unsecured Creditors of the Debtors (the "Committee") and any supplements thereof.

B.  Rule 26(a)(1)(B): Description by Category of Documents

Defendants identify the following additional categories of documents that Defendants may use to support their defenses:

1.          All documents, data compilations, and tangible things produced by BCE to the Debtors or to the Official Committee of Unsecured Creditors of the Debtors (the "Committee") since Defendants served their August 27, 2004 Initial Disclosures, including any documents received from third parties.

2.          All documents, data compilations, and tangible things produced to BCE by the Debtors or the Committee since Defendants served their August 27, 2004 Initial Disclosures, including any documents received from third parties.

3.          The transcripts of all depositions taken by Defendants or Plaintiffs in this proceeding or previously taken in connection with Debtors' bankruptcy proceeding [Bankr. Case No. 02-11518 (MFW), Bankr. D. Del.] pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, as well as any documents used as exhibits during those depositions.

4.          The transcripts of all depositions taken in the action brought against BCE by various members of Teleglobe's Lending Syndicate that is currently pending before the Ontario Superior Court of Justice, Court File No. 02-CV-232755CM3, as well as any documents used as undertakings or exhibits during those depositions.

C.  Rule 26(a)(1)(C): Computation of Damages

This rule continues to be inapplicable to Defendants.

   D.   Rule 26(a)(1)(D): Insurance agreements

         There are no additional insurance agreements that may be liable to satisfy part or

all of a judgment that may be entered in this action other than those already referenced and made

available for Plaintiffs' inspection in Defendants' August 27, 2004 Initial Disclosures.

Dated:  August 8, 2005
Wilmington, Delaware

                              YOUNG CONAWAY STARGAT &
                              TAYLOR, LLP

                              *Pauline K. Morgan (with permission)*
                              Pauline K. Morgan (No. 3650)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, DE 19899
                              (302) 571-6600

                                    -and-

                              SHEARMAN & STERLING LLP
                              Stuart J. Baskin
                              George J. Wade
                              Jaculin Aaron
                              Daniel Schimmel
                              599 Lexington Avenue
                              New York, NY 10022
                              (212) 848-4000

                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2005, I electronically filed a true and correct copy of

foregoing Defendants' First Amended and Supplemental Initial Disclosures Pursuant to Rule

26(e) of the Federal Rules of Civil Procedure with the Clerk of the Court using CM/ECF, which

will send notification that such filing is available for viewing and downloading to the following

counsel of record:

Gregory V. Varallo, Esq.                Kevin A. Gross, Esq.
Mark D. Collins, Esq.                   Joseph A. Rosenthal, Esq.
C. Malcolm Cochran, IV, Esq.            Rosenthal, Monhait, Gross & Goddess, P.A.
Robert J. Stern, Jr., Esq.              1401 Mellon Bank Center
Kelly E. Farnan, Esq.                   P.O. Box 1070
Anne S. Gaza, Esq.                      Wilmington, DE 19899-1070
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

I further certify that on August 8, 2005, I caused a copy of the foregoing Defendants'

First Amended and Supplemental Initial Disclosures Pursuant to Rule 26(e) of the Federal Rules

of Civil Procedure on the to be served upon the following non-registered participants in the

manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*Margaret Whiten*

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*