IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| TELEGLOBE COMMUNICATIONS ) | Jointly Administered |
| CORPORATION, *et al.*, ) | Bankr. Case No. 02-11518 (MFW) |
| ) | |
| Debtors. ) | |
| | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-CV-1266 (SLR) |
| v. ) | |
| ) | |
| BCE INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certifies that true and correct copies of Plaintiffs' Second Set of Interrogatories Directed to All Defendants were served on August 11, 2005 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kevin Gross, Esquire(No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
George J. Wade, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA FEDERAL EXPRESS**
John Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-2909999-1

*/s/ Anne Shea Gaza*

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19810
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com
  Attorneys for Teleglobe Comm.
  Corporation, *et al.*

Dated: August 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on August 11, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

_____
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
SHANDLER@rlf.com

RLF1-2878527-1