## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x

In re:                                          :       Chapter 11
                                                :
TELEGLOBE COMMUNICATIONS                        :       Jointly Administered
CORPORATION, et al.,                            :       Case No. 02-11518 (MFW)
                                                :
                          Debtors.              :

---------------------------------------------------------------x
                                                :
TELEGLOBE COMMUNICATIONS                        :
CORPORATION, et al.,[1]                         :
                                                :
                          Plaintiffs,           :
                                                :
                          v.                    :       C.A. No. 04-CV-1266 (SLR)
                                                :
BCE INC., MICHAEL T. BOYCHUK,                   :
MARC A. BOUCHARD, SERGE FORTIN,                 :
TERENCE J. JARMAN, STEWART VERGE,               :
JEAN C. MONTY, RICHARD J. CURRIE,               :
THOMAS KIERANS, STEPHEN P. SKINNER, :
and H. ARNOLD STEINBERG,                        :
                                                :
                          Defendants.           :

---------------------------------------------------------------x

## NOTICE OF DEPOSITION

To:    Gregory V. Varallo                    John P. Amato
       C. Malcolm Cochran                    Mark S. Indelicato
       Russell C. Silberglied                Jeffrey L. Schwartz
       RICHARDS, LAYTON & FINGER, P.A.       HAHN & HESSEN LLP
       One Rodney Square                     488 Madison Avenue
       920 N. King Street                    New York, NY 10022
       Wilmington, DE 19801                  Tel.   (212) 478-7200
       Tel.   (302) 651-7700                 Fax.   (212) 478-7400
       Fax.   (302) 651-7701

---

[1]    The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the deposition upon oral examination of Kieran Bustamante, before a person authorized to administer oaths, at the offices of Shearman & Sterling LLP, 801 Pennsylvania Avenue, N.W., Washington, D.C. 20004, commencing at 9:30 a.m. on September 2, 2005, or at such other time and place as may be mutually agreed upon by the parties, and continuing from day to day thereafter until completed. The deposition will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means.

Dated: August 15, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Margaret W_

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed a true and correct copy of foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on August 15, 2005,  I caused a copy of foregoing Notice of Deposition to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on August 15, 2005, I caused a copy of the foregoing Notice of

Deposition on the to be served upon the following non-registered participants in the manner

indicated below:


<u>BY FEDERAL EXPRESS</u>
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022



Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*