IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
TELEGLOBE COMMUNICATIONS                        :    Jointly Administered
CORPORATION, et al.,                            :    Case No. 02-11518 (MFW)
                                                :
                    Debtors.                    :
---------------------------------------------------------------x
                                                :
TELEGLOBE COMMUNICATIONS                        :
CORPORATION, et al.,[1]                         :
                                                :
                    Plaintiffs,                 :
                                                :
            v.                                  :    C.A. No. 04-CV-1266 (SLR)
                                                :
BCE INC., MICHAEL T. BOYCHUK,                   :
MARC A. BOUCHARD, SERGE FORTIN,                 :
TERENCE J. JARMAN, STEWART VERGE,               :
JEAN C. MONTY, RICHARD J. CURRIE,               :
THOMAS KIERANS, STEPHEN P. SKINNER,             :
and H. ARNOLD STEINBERG,                        :
                                                :
                    Defendants.                 :
---------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

To:     Gregory V. Varallo                      John P. Amato
        C. Malcolm Cochran                      Mark S. Indelicato
        Russell C. Silberglied                  Jeffrey L. Schwartz
        RICHARDS, LAYTON & FINGER, P.A.         HAHN & HESSEN LLP
        One Rodney Square                       488 Madison Avenue
        920 N. King Street                      New York, NY 10022
        Wilmington, DE 19801                    Tel.   (212) 478-7200
        Tel.   (302) 651-7700                   Fax.   (212) 478-7400
        Fax.   (302) 651-7701

        PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J.

Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H.

---

[1]     The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

DB01:1808510.1                                                              059825.1001

Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the depositions upon oral examination of the following individuals at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801, commencing at 10:00 a.m. on the following dates, or at such other times, locations and dates as may be mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
| --- | --- |
| V.V. Cooke | September 9, 2005 |
| Kathy Morgan | September 12, 2005 |
| Andre Mongrain | September 20, 2005 |

The depositions will continue from day to day until completed. The depositions will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means.

Dated: August 15, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret W.*

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed a true and correct copy of foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on August 15, 2005, I caused a copy of foregoing Notice of Deposition to be served by hand-delivery on the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on August 15, 2005, I caused a copy of the foregoing Notice of Deposition on the to be served upon the following non-registered participants in the manner indicated below:

BY FEDERAL EXPRESS
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Margaret W.

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*