IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
TELEGLOBE COMMUNICATIONS                     :    Jointly Administered
CORPORATION, et al.                          :    Bankr. Case No. 02-11518
                    Debtors.                 :
                                             :
-----------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                     :
CORPORATION, et al.,                         :
                    Plaintiffs,              :
                                             :
              v.                             :    C.A. No. 04-CV-1266 (SLR)
                                             :
BCE INC., MICHAEL T. BOYCHUK,                :
MARC A. BOUCHARD, SERGE FORTIN,              :
TERENCE J. JARMAN, STEWART VERGE,            :
JEAN C. MONTY, RICHARD J. CURRIE,            :
THOMAS KIERANS, STEPHEN P. SKINNER,          :
and H. ARNOLD STEINBERG,                     :
                                             :
                    Defendants.              :
-----------------------------------------------------------x
```

**DEFENDANTS' REPLY TO DEBTORS' RESPONSE TO THE COURT'S
JULY 18, 2005 ORDER REQUESTING IDENTIFICATION OF
OUTSTANDING ISSUES PRESENTED IN DEBTORS' MOTION TO COMPEL**

Defendants hereby reply to Debtors' Response to the Court's July 18,

2005 Order requesting identification of the outstanding issues presented in the Debtors'

Motion to Compel (D I 74), dated February 11, 2005. Defendants state as follows:

1. Defendants agree that there remains only one outstanding issue

raised in the Debtors' Motion to Compel of February 11, 2005. That issue relates to

BCE's decision to withhold from production on the grounds of privilege documents

authored, transmitted and received by attorneys for BCE and that reflect the provision of legal advice solely to BCE.[1]

2. In their recent response to the Court's July 18, 2005 order, the Debtors relied on *In re Mirant Corp.*, 2005 Bankr. LEXIS 1139 (N.D. Tex. June 15, 2005). Their reliance is misplaced. *Mirant* is not applicable to the facts of the instant case. *Mirant* involved the *joint* representation by counsel of both the parent corporation and subsidiary companies in the same transaction. In this case, BCE has already produced the documents relating to transactions in which counsel jointly represented both BCE and Teleglobe. BCE appropriately has continued to withhold on the grounds of privilege documents reflecting legal advice on matters that were not the subject of a joint representation, but instead were matters in which counsel represented only BCE.

---

[1] The specific portions of the July 7, 2005 transcript that address this issue, as referenced in the Debtors' Response to the Court's July 18, 2005 Order, may be found at pages 40 through 52 of the transcript.

Dated: August 15, 2005
      Wilmington, Delaware

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    */s/ Pauline K. Morgan*
                    Pauline K. Morgan (No. 3650)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    P.O. Box 391
                    Wilmington, DE 19899
                    (302) 571-6600

                          -and-

                    SHEARMAN & STERLING LLP
                    Stuart J. Baskin
                    George J. Wade
                    Jaculin Aaron
                    Daniel Schimmel
                    599 Lexington Avenue
                    New York, NY 10022
                    (212) 848-4000

                    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2005, I electronically filed a true and correct copy of foregoing Defendants' Reply to Debtors' Response to the Court's July 18, 2005 Order Requesting Identification of Outstanding Issues Presented in Debtors' Motion to Compel with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on August 8, 2005, I caused a copy of the foregoing Defendants' Reply to Debtors' Response to the Court's July 18, 2005 Order Requesting Identification of Outstanding Issues Presented in Debtors' Motion to Compel on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*/s/ Margaret W*
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*