IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TELEGLOBE COMMUNICATIONS,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No.  02-11518(MFW)<br>) Jointly Administered<br>)<br>) |
| TELEGLOBE USA INC., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>BCE INC., et al., | )<br>)<br>)<br>)<br>) Civ. No. 04-1266-SLR<br>)<br>)<br>) |

O R D E R

At Wilmington this 16th day of August, 2005, having conferred with counsel;

IT IS ORDERED that the above captioned case is hereby referred to the Special Master Panel established by order of the Court dated September 15, 2004, for a Special Master to address issues relating to plaintiff's motion to compel (D.I. 74-76, 87, 91, 135, 137, 156) and the parties' privilege logs.  Upon selection of a Special Master by the Panel Chair, the court shall enter a further order appointing same.

                                                                      _____<br>
                                                                      United States District Judge