IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
In re:                          ) Chapter 11
TELEGLOBE COMM. et al.,         ) Bk. No.  02-11518(MFW)
                                ) Jointly Administered
         Debtors.               )
-------------------------------
TELEGLOBE USA INC., et al.,     )
                                )
         Plaintiffs,            )
                                )
   v.                           ) Civ. No. 04-1266-SLR
                                )
BCE INC., et al.,               )
                                )
         Defendants.            )
```

### ORDER APPOINTING SPECIAL MASTER

**WHEREAS,** by Order dated September 15, 2004, the Court ordered the establishment of a Special Master Panel for intellectual property cases; and

**WHEREAS,** consistent with the goals and needs expressed in the referenced Order, the Court concludes that the appointment of a Special Master is warranted in the above-captioned case;

**NOW THEREFORE,** this 25th day of August, 2005, it is **HEREBY ORDERED** that:

1. Collins J. Seitz, Jr., Esquire is appointed as Special Master.

2. As required by Rule 53(b)(2), the Special Master shall proceed with all reasonable diligence and, as provided by Rule 53(c), shall have the authority to regulate all proceedings and take all measures necessary to manage the issues relating to

plaintiff's motion to compel (D.I. 74-76, 87, 91, 135, 137, 156) and the parties' privilege logs, and rule on same.

3. The Special Master shall, after consulting with the parties, establish procedures for the handling of the issues referred to in paragraph number 2 of this order ("identified issues"). He shall have the duty and authority to require the submission of reports, call conferences, and hold hearings in order to determine the status of the identified issues, to issue orders requiring the parties to adhere to discovery and case management dates set by the Court. He shall hear, resolve and make rulings on all disputes regarding the identified issues and, when appropriate, enter orders setting forth his rulings.

4. Except as otherwise ordered by the Special Master, the filing, service and hearing of discovery-related motions shall be governed by Case Management and Standing Orders and the Rules of this Court.

5. The Special Master shall hear matters promptly and at such times as may be convenient, at the discretion of the Special Master. All hearings and conferences before the Special Master shall be held in this District's Courthouse or at an appropriate other place arranged by the parties, with the approval of the Special Master. The party presenting a motion shall arrange for a court reporter at the hearing and provide a copy of the transcript to the Special Master thereafter. The parties shall

equally bear the costs of the court reporter and transcript provided to the Special Master.

6. The Special Master shall not communicate _ex parte_ with a party without the consent of all of the parties. The Special Master may communicate _ex parte_ with the Court.

7. The Special Master shall preserve all materials he receives or prepares in connection with any dispute regarding the identified issues. He shall not be required to file any such materials with the Court, unless directed to do so by the Court, except that he shall file any orders entered setting forth his rulings and any opinions prepared supporting his rulings.

8. The Special Master may have access to trade secrets, proprietary information or other confidential information in this action including, but not limited to, information which may be subject to a protective order. He and other persons assisting the Special Master shall preserve and protect the confidentiality of all such information and, if required to file any orders, findings, opinions or materials that contain or make reference to any such information (including, but not limited to, information designated "Confidential," "For Attorneys Eyes Only" and/or "Sensitive Superconfidential"), he shall file the same under seal.

9. The Special Master's rulings shall be subject to review by the Court, consistent with Rule 53(g)(3)-(5).

10. The Special Master shall be compensated for his services at his usual hourly rate. Others assisting the Special Master shall be compensated at their usual hourly rates. The Special Master shall send statements for services and expenses directly to counsel for the parties on a monthly basis, and shall receive payment directly from counsel for the parties in a timely fashion. The compensation and expenses of the Special Master shall, unless otherwise ordered by the Special Master, be shared equally by the parties. In this regard, if in the Special Master's opinion, a party engages in behavior which occasions the waste of the Special Master's time and resources, or otherwise hinders the efficient resolution of matters before the Special Master, that party may be apportioned all or a larger portion of the Special Master's compensation, costs and expenses. Any objections or disputes as to matters of the Special Master's compensation and/or expenses shall be presented to the Court in a timely application.

_____
United States District Judge