IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | Jointly Administered |
| CORPORATION, *et al.*, | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-CV-1266 (SLR) |
| | ) | |
| BCE INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
Wilmington, Delaware 19810
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Attorneys for Teleglobe Communications
Corporation, *et al.*

Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
kgross@rmgglaw.com
rmgg@rmgglaw.com
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19801
Telephone: (302) 656-4433
Facsimile:  (302) 658-7567

-and-

RLF1-2910261-4

John P. Amato
Mark S. Indelicato
Zachary G. Newman
Jeffrey L. Schwartz
Robert J. Malatak
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Attorneys for Official Committee of Unsecured
Creditors of Teleglobe Communications
Corporation, *et al.*

**SEALED DOCUMENT**