UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, hereby certify that on 30th day of August, 2005, I electronically filed **Plaintiffs' Motion for Leave to File Amended Complaint** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

    Kevin Gross
    kgross@rmgglaw.com

    Pauline Morgan
    pmorgan@ycst.com

I, hereby certify that on 30th day of August, 2005, I mailed (Local) via Hand Delivery Service and (Non-Local) via First Class Mail the **Plaintiffs' Motion for Leave to File Amended Complaint** to the following non-registered participants:

**Via Hand Delivery**
Kevin Gross
Joseph Rosenthal
Rosenthal, Monhait, Gross & Goddness, PA
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Hand Delivery**
Pauline Morgan
Yooung, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Via First Class Mail**
John P. Amato
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-2916734-1

**Via First Class Mail**
George J. Wade
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*/s/ Karen McKinley*
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
Karen McKinley (No. 4372)
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com
mckinley@rlf.com
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Teleglobe Communications Corporation, *et al.*