# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TELEGLOBE COMMUNICATIONS | ) Jointly Administered |
| CORPORATION, *et al.*, | ) Bankr. Case No. 02-11518 (MFW) |
| | ) |
| Debtors. | ) |
| TELEGLOBE COMMUNICATIONS | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 04-CV-1266 (SLR) |
| | ) |
| BCE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1, counsel for Plaintiffs first provided a copy of the proposed Amended Complaint to counsel for Defendants on August 2, 2005, and sought to determine if Defendants opposed the motion. On August 26, 2005, after several interim attempts to arrive at an agreement counsel for Defendants agreed to consent to the proposed Amended Complaint on condition that Plaintiffs' counsel agreed to extend the discovery deadline in this case a full two months, until December 15, 2005. The condition Defendants sought to impose is not acceptable to Plaintiffs and thus Plaintiffs understand this motion to be opposed.

RLF1-2914163-2

| | |
|---|---|
| Gregory V. Varallo (No. 2242)<br>C. Malcolm Cochran, IV (No. 2337)<br>Russell C. Silberglied (No. 3462)<br>Chad M. Shandler (No. 3796)<br>Anne Shea Gaza (No. 4093)<br>varallo@rlf.com<br>cochran@rlf.com<br>silberglied@rlf.com<br>shandler@rlf.com<br>gaza@rlf.com<br><br>Richards, Layton & Finger P.A.<br>One Rodney Square<br>Wilmington, Delaware 19810<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Attorneys for Teleglobe Communications Corporation, *et al.* | Kevin A. Gross (No. 209)<br>Joseph A. Rosenthal (No. 234)<br>kgross@rmgglaw.com<br>rmgg@rmgglaw.com<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, Delaware 19801<br>Telephone: (302) 656-4433<br>Facsimile: (302) 658-7567<br><br>-and-<br><br>John P. Amato<br>Mark S. Indelicato<br>Zachary G. Newman<br>Jeffrey L. Schwartz<br>Robert J. Malatak<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 478-7200<br>Facsimile: (212) 478-7400<br>Attorneys for Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, *et al.* |

Dated: August 30, 2005