# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | Jointly Administered |
| CORPORATION, *et al.*, | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 04-CV-1266 (SLR) |
| v. | ) | |
| | ) | |
| BCE INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court having considered Plaintiffs' Motion for Leave to File Amended Complaint, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that the Motion is GRANTED and the Amended Complaint attached to the Motion is deemed filed and served as of the date of this Order.

_____
Chief Judge Sue L. Robinson

RLF1-2910261-4