UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, hereby certify that on 30th day of August, 2005, I electronically filed **Plaintiffs' Motion for Leave to File Amended Complaint** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

    Kevin Gross
    kgross@rmgglaw.com

    Pauline Morgan
    pmorgan@ycst.com

I, hereby certify that on 30th day of August, 2005, I mailed (Local) via Hand Delivery Service and (Non-Local) via First Class Mail the **Plaintiffs' Motion for Leave to File Amended Complaint** to the following non-registered participants:

    **Via Hand Delivery**
    Kevin Gross
    Joseph Rosenthal
    Rosenthal, Monhait, Gross & Goddness, PA
    1401 Mellon Bank Center
    P.O. Box 1070
    Wilmington, DE 19899-1070

    **Via Hand Delivery**
    Pauline Morgan
    Yooung, Conaway, Stargatt & Taylor
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391

    **Via First Class Mail**
    John P. Amato
    Mark S. Indelicato
    Hahn & Hessen LLP
    488 Madison Avenue
    New York, NY 10022

RLF1-2916734-1

**Via First Class Mail**
George J. Wade
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*/s/ Karen McKinley*
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
Karen McKinley (No. 4372)
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com
mckinley@rlf.com
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Teleglobe Communications
Corporation, *et al.*