IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Teleglobe Comm., *et al.*,<br><br>　　　　Debtors. | ) Chapter 11<br>) Jointly Administered<br>)<br>) Bankr. Case No. 02-11518 (MFW) |
| Teleglobe USA Inc., *et al.*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BCE Inc., *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Civ. Action No. 04-1266 (SLR)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

　　PLEASE TAKE NOTICE that on the 31st day of August 2005, the undersigned counsel caused a copy of the Defendants' Second Set of Interrogatories Directed to All Plaintiffs to be served upon counsel of record in this adversary proceeding as follows:

BY EMAIL

John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

<u>BY EMAIL</u>

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Counsel to Teleglobe Communications Corporation, et al.

| | |
|---|---|
| Dated: August 31, 2005<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Margaret B. Whiteman*<br>Pauline K. Morgan (No. 3650)<br>Maribeth L. Minella (No. 4185)<br>Margaret B. Whiteman (No. 4652)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br><br>-and-<br><br>SHEARMAN & STERLING LLP<br>George J. Wade<br>Daniel Schimmel<br>Sonal S. Desai<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br><br>Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on August 31, 2005, I caused a copy of the foregoing Notice of Service on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*