IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
TELEGLOBE COMMUNICATIONS                                       :    Jointly Administered
CORPORATION, et al.,                                           :    Case No. 02-11518 (MFW)
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x
                                                               :
TELEGLOBE COMMUNICATIONS                                       :
CORPORATION, et al.,[1]                                        :
                                                               :
                    Plaintiffs,                                :
                                                               :
              v.                                               :    C.A. No. 04-CV-1266 (SLR)
                                                               :
BCE INC., MICHAEL T. BOYCHUK,                                  :
MARC A. BOUCHARD, SERGE FORTIN,                                :
TERENCE J. JARMAN, STEWART VERGE,                              :
JEAN C. MONTY, RICHARD J. CURRIE,                              :
THOMAS KIERANS, STEPHEN P. SKINNER,                            :
and H. ARNOLD STEINBERG,                                       :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

To:    Gregory V. Varallo                    John P. Amato
       C. Malcolm Cochran                    Mark S. Indelicato
       Russell C. Silberglied                Jeffrey L. Schwartz
       RICHARDS, LAYTON & FINGER, P.A.       HAHN & HESSEN LLP
       One Rodney Square                    488 Madison Avenue
       920 N. King Street                   New York, NY 10022
       Wilmington, DE 19801                 Tel.   (212) 478-7200
       Tel.   (302) 651-7700                Fax.   (212) 478-7400
       Fax.   (302) 651-7701

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the depositions upon oral examination of the following individuals at the offices of Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19810, commencing at 10:00 a.m. on the following dates, or at such other times, locations and dates as may be mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
|---|---|
| Andre Mongrain | September 20, 2005 |
| Kathy Morgan | October 17, 2005 |

The depositions will continue from day to day until completed. The depositions will be taken before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means.

Dated: September 12, 2005
Wilmington, Delaware

                        YOUNG CONAWAY STARGAT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
      -and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed a true and correct copy of foregoing Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on September 12, 2005, I caused a copy of the foregoing Notice of Depositions on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*