IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-1266 (SLR) |
| | ) | |
| BCE Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 12th day of September 2005, the undersigned counsel caused a copy of the following:

Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories

Defendants' Responses and Objections to Debtors' Third Request for the Production Of Documents

to be served upon counsel of record in this adversary proceeding as follows:

BY FEDERAL EXPRESS

John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

DB01:1847742.1                                                                                                             059825.1001

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Counsel to Teleglobe Communications Corporation, et al.

Dated: September 13, 2005  YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Margaret W.*

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
George J. Wade
Daniel Schimmel
Sonal S. Desai
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on September 13, 2005, I caused a copy of the foregoing Notice of Service on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*/s/ Margaret W.*

Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*