IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                              )   Chapter 11
                                                   )
TELEGLOBE COMMUNICATIONS                           )
CORPORATION, *et al.*,                             )   Jointly Administered
                                                   )   Bankr. Case No. 02-11518(MFW)
                                                   )
                  Debtors.                         )
------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                           )
CORPORATION,                                       )
*et al.*,                                          )   C.A. No. 04-1266 (SLR)
                                                   )
                                                   )
                  Plaintiffs,                      )
                                                   )
       v.                                          )
                                                   )
BCE INC., *et al.*,                                )
                                                   )
                  Defendants.                      )
------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Debtors, hereby certifies that a copy of **Debtors' Response to Defendants' Second Request for Production of Documents Directed to the Debtors** was served on September 14, 2005 upon the following counsel of record in the manner indicated below:

| | |
|---|---|
| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
| Pauline K. Morgan, Esq. | Kevin Gross, Esq. |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
| The Brandywine Building | 1401 Mellon Bank Center |
| 1000 West Street, 17th Floor | P.O. Box 1070 |
| P.O. Box 391 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | |

RLF1-2834041-1

**VIA FEDERAL EXPRESS**
John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floor
New York, New York 10022

**VIA FEDERAL EXPRESS**
George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Dated: September 14, 2005

**RICHARDS, LAYTON & FINGER P.A.**

*[signature]*

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Telephone: (302) 651-7700

*Attorneys for the Debtors*

RLF1-2834041-1

## CERTIFICATE OF SERVICE

I, Karen M. McKinley, do hereby certify that on the 14th of September, 2005, I caused copies of the foregoing *Notice of Service re: Debtors' Response to Defendants' Second Request for Production of Documents Directed to the Debtors* to be served on the following parties in the manner indicated:

**Via Hand Delivery:**
Pauline K. Morgan
Young Conaway Stargatt & Taylor, LLP
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Kevin Gross
Rosenthal Monhait Gross & Goddess, P.A.
P.O. Box 1070
Mellon Bank Center, Suite 1401
Wilmington, DE 19899

**Via Federal Express**
George Wade
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069

John P. Amato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*/s/ Karen M. McKinley (4372)*
Karen M. McKinley (DE Bar No. 4372)