IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Teleglobe Comm., *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br>Jointly Administered<br><br>Bankr. Case No. 02-11518 (MFW) |
| Teleglobe USA Inc., *et al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BCE Inc., *et al.*,<br><br>　　　　　Defendants. | Civ. Action No. 04-1266 (SLR) |

**NOTICE OF SUPPLEMENTAL SERVICE**

　　PLEASE TAKE NOTICE that on the 13th day of September 2005, the undersigned counsel caused a copy of the following:

　　Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories

　　Defendants' Responses and Objections to Debtors' Third Request for the Production Of Documents

to be served upon counsel of record in this adversary proceeding as follows:

BY EMAIL

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

Dated: September 14, 2005  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Margaret Whiteman*
---
Pauline K. Morgan (No. 3650)  
Maribeth L. Minella (No. 4185)  
Margaret B. Whiteman (No. 4652)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899  
(302) 571-6600

-and-

SHEARMAN & STERLING LLP  
George J. Wade  
Daniel Schimmel  
Sonal S. Desai  
599 Lexington Avenue  
New York, New York 10022  
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

DB01:1847742.2                                                                                              059825.1001

I further certify that on September 14, 2005, I caused a copy of the foregoing Notice of Service on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

/s/ Margaret Whiteman
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*