## CERTIFICATE OF ELECTRONIC AND OTHER SERVICE

I hereby certify that on September 16, 2005, I electronically filed the foregoing Intervenor VarTec Telecom, Inc.'s Objection to Defendants' Limited Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint (which now is available for viewing and downloading from CM/ECF) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| **Pauline K. Morgan, Esquire**<br>**John Shaw, Esquire**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | **Russell C. Silberglied, Esquire**<br>**Robert J. Stearn, Jr. , Esquire**<br>**Kelly E. Farnan, Esquire**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| **Kevin Gross, Esquire**<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 | |

I further certify that on September 16, 2005, I also served the foregoing with copies of the document by hand delivery, and sent it by electronic mail to the following nonregistered participants:

| | |
|---|---|
| **George J. Wade, Esquire**<br>Shearman & Sterling<br>599 Lexington Avenue<br>New York, NY 10022<br>'gwade@shearman.com'; | **Mark S. Indelicato, Esq.**<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>14th and 15th Floor<br>New York, New York 10022<br>mindelicato@hahnhessen.com' |

                                                    ___/s/ Joseph H. Huston, Jr._____