## EXHIBIT A

RLF1-2921632-2

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

GREGORY V. VARALLO
DIRECTOR

DIRECT DIAL NUMBER
302-651-7772
VARALLO@RLF.COM

September 12, 2005

George J. Wade, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Re: Teleglobe Communications Corporation, et al. v. BCE Inc., et al., C.A. No. 04-1266-SLR

Dear George:

Some time ago we spoke relating to the idea of using depositions taken in Canada as though they were taken in this proceeding. Having given some consideration to those depositions, I now propose that we stipulate that the depositions of the following individuals, all previously taken by BCE in the bank proceedings, may be used as though they were noticed and taken in this proceeding. Of course, this stipulation would be without prejudice to either side to attempt to take other or further testimony (either via deposition or at trial) from any of the individuals named. The depositions about which I propose we stipulate are as follows:

Glenn Rourke
Peter Chauvin
Adam Howard
Amos Simpson

James Mahaffy
Alain Desrochers
Yvon Jeghers
Rod Smith

Please advise at your early convenience as to whether you would be willing to enter into such a stipulation.

Yours very truly,

Gregory V. Varallo

GVV/paj

cc: John P. Amato, Esquire
    Kathy Morgan, Esquire

RLF1-2920795-1