UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Karen M. McKinley, hereby certify that on 16th day of September, 2005, I served via Hand Delivery (Local) and via First Class Mail (Non-Local) the **Plaintiffs' Reply to the "Limited Opposition of Defendants to Plaintiffs' Motion for Leave to File an Amended Complaint"** upon the following:

**Via Hand Delivery**
Kevin Gross
Joseph Rosenthal
Rosenthal, Monhait, Gross & Goddness, PA
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

**Via Hand Delivery**
Pauline Morgan
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

**Via First Class Mail**
John P. Amato
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1-2923524-1

**Via First Class Mail**
George J. Wade
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

          */s/ Karen McKinley/*
          Gregory V. Varallo (No. 2242)
          C. Malcolm Cochran, IV (No. 2837)
          Russell C. Silberglied (No. 3462)
          Chad M. Shandler (No. 3796)
          Anne Shea Gaza (No. 4093)
          Karen McKinley (No. 4372)
          varallo@rlf.com
          cochran@rlf.com
          silberglied@rlf.com
          shandler@rlf.com
          gaza@rlf.com
          mckinley@rlf.com
          RICHARDS, LAYTON & FINGER, PA
          One Rodney Square
          P.O. Box 551
          Wilmington, DE 19899
          (302) 651-7700

          Attorneys for Teleglobe Communications
          Corporation, *et al.*

RLF1-2923524-1