IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re                                           )   Chapter 11
                                                )
TELEGLOBE COMMUNICATIONS                        )
CORPORATION, et al.,                            )   Jointly Administered
                                                )   Bankr. Case No. 02-11518(MFW)
                                                )
                    Debtors.                    )
------------------------------------------------x
TELEGLOBE COMMUNICATIONS                        )
CORPORATION,                                    )
et al.,                                         )   C.A. No. 04-1266 (SLR)
                                                )
                    Plaintiffs,                 )
                                                )
            v.                                  )
                                                )
BCE INC., et al.,                               )
                                                )
                    Defendants.                 )
------------------------------------------------x   Re: Docket No. 176
```

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

    Heidi L. Parker, Paralegal, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of September, 2005, she caused a copy of the following to be served on the attached list as indicated:

- *Plaintiffs' Reply to the "Limited Opposition of Defendants to Plaintiffs' Motion for Leave to File an Amended Complaint"* [Docket No. 176, filed 9/16/05]

Dated: September 19, 2005
      Wilmington, Delaware

/s/ Parker
Heidi L. Parker, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 19th day of September, 2005.

LESLEY A. MORRIS
Notary Public - State of Delaware
My Comm. Expires April 17, 2007

/s/ Lesley A. Morris
Notary Public

2

**Via Hand Delivery:**
Joseph H. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Via Federal Express:**
Beth W. Bivans
Hughes & Luce LLP
1717 Main Street, Suite 2800
Dallas, TX 75201