IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                                          Chapter 11

TELEGLOBE COMMUNICATIONS
CORPORATION, *et al.*,                                          Case No. 02-11518 (MFW)
                                        Debtors.                       Jointly Administered
---------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS
CORPORATION, *et al.*,

                                        Plaintiffs,

                        v.                                              C.A. No. 04-CV-1266 (SLR)

BCE INC., *et al.*,

                                        Defendants.
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2005, the above-captioned plaintiffs (the "Plaintiffs"), by and through their undersigned counsel, served the *Notice of Deposition* on the following parties in the manner indicated:

**Via Hand Delivery**
**& Electronic Mail:**
Pauline K. Morgan
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
*pmorgan@ycst.com*

**Via Express Mail**
**& Electronic Mail:**
George J. Wade
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
*gwade@shearman.com*

Dated: September 20, 2005
Wilmington, Delaware

/s/ Karen M. McKinley
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran IV (No. 2377)
Russell C. Silberglied (No. 3462)
Karen M. McKinley (No. 4372)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

Attorneys for Plaintiff

RLF1-2924933-1