RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

September 22, 2005

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

Re:   Teleglobe Communications Corporation et al. v.
      BCE, Inc., et al., D. Del. Civil Action No. 04-1266-SLR

Dear Judge Robinson:

The briefing on the Plaintiffs' Motion for Leave to File Amended Complaint is now complete. The Plaintiffs will not be requesting oral argument, but of course are available if the Court believes that argument would be helpful. Therefore, the issue is *sub judice*.

The relevant pleadings are:

1.   Plaintiffs' Motion for Leave to File Amended Complaint (Filed Under Seal), filed 8/30/05 (D.I. 161);

2.   Plaintiffs' Motion for Leave to File Amended Complaint (Redacted), filed 8/30/05 (D.I. 162);

3.   Limited Opposition of Defendants to Plaintiffs' Motion for Leave to File an Amended Complaint, filed 9/9/05 (D.I. 166);

4.   Intervenor VarTec Telecom, Inc.'s Objection to Defendants' Limited Opposition to Plaintiffs' Motion for Leave to File and Amended Complaint, filed 9/16/05 (D.I. 172); and

5.   Plaintiffs' Reply to the "Limited Opposition of Defendants to Plaintiffs' Motion for Leave to File an Amended Complaint", filed 9/16/05 (D.I. 176).

RLF1-2925440-1

The Honorable Sue L. Robinson
September 22, 2005
Page 2

If you have any questions with regard to this matter, I am available at Your Honor's convenience.

Respectfully submitted,

*Russell C. Silberglied*

Russell C. Silberglied

RCS/lam
cc:  John P. Amato, Esq. (via facsimile)
    Pauline Morgan, Esq. (via facsimile)
    George Wade, Esq. (via facsimile)
    Beth Bivens, Esq. (via facsimile)
    Joseph Huston Jr., Esq. (via facsimile)
    Gregory V. Varallo, Esq.

RLF1-2925440-1