IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    **Chapter 11**
                                                               :
**TELEGLOBE COMMUNICATIONS**                                   :    **Jointly Administered**
**CORPORATION, et al.,**                                       :    **Case No. 02-11518 (MFW)**
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x
                                                               :
**TELEGLOBE COMMUNICATIONS**                                   :
**CORPORATION, et al.,**[1]                                    :
                                                               :
                    Plaintiffs,                                :
                                                               :
                  v.                                         :    **C.A. No. 04-CV-1266 (SLR)**
                                                               :
**BCE INC., MICHAEL T. BOYCHUK,**                              :
**MARC A. BOUCHARD, SERGE FORTIN,**                            :
**TERENCE J. JARMAN, STEWART VERGE,**                          :
**JEAN C. MONTY, RICHARD J. CURRIE,**                          :
**THOMAS KIERANS, STEPHEN P. SKINNER,**                        :
**and H. ARNOLD STEINBERG,**                                   :
                                                               :
                  Defendants.                                :
---------------------------------------------------------------x

## NOTICE OF CANCELLATION OF DEPOSITION

To:    Gregory V. Varallo                     John P. Amato
        C. Malcolm Cochran              Mark S. Indelicato
        Russell C. Silberglied             Jeffrey L. Schwartz
        RICHARDS, LAYTON & FINGER, P.A.   HAHN & HESSEN LLP
        One Rodney Square                 488 Madison Avenue
        920 N. King Street                 New York, NY 10022
        Wilmington, DE 19801            Tel.   (212) 478-7200
        Tel.   (302) 651-7700            Fax.  (212) 478-7400
        Fax.  (302) 651-7701

---

[1]    The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), will no longer be seeking to take the deposition of Mr. V. V. Cooke.

Dated: September 22, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Pauline K. Morgan /MBW*
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
    -and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I electronically filed a true and correct copy of foregoing Notice of Cancellation of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on September 22, 2005, I caused a copy of the foregoing Notice of Depositions on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*