# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., et al., | : | Chapter 11 |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| TELEGLOBE USA INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1266-SLR |
| | : | |
| BCE Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **28th** day of **September, 2005**,

IT IS ORDERED that the continued mediation shall go forward as scheduled on **Monday, November 14 and Tuesday, November 15, 2005 beginning at 10:00 a.m.** Supplemental submissions of the parties shall be due on or before **Friday, November 4, 2005,** and shall be limited to **ten (10) pages, double-spaced, 12 pt. font.** Dress for the mediation is casual. All other provisions of the Court's June 3, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE