IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
TELEGLOBE COMMUNICATIONS                        :   Jointly Administered
CORPORATION, et al.,                            :   Case No. 02-11518 (MFW)
                                                :
                Debtors.                        :
------------------------------------------------x
                                                :
TELEGLOBE COMMUNICATIONS                        :
CORPORATION, et al.,[1]                         :
                                                :
                Plaintiffs,                     :
                                                :
                v.                              :   C.A. No. 04-CV-1266 (SLR)
                                                :
BCE INC., MICHAEL T. BOYCHUK,                   :
MARC A. BOUCHARD, SERGE FORTIN,                 :
TERENCE J. JARMAN, STEWART VERGE,               :
JEAN C. MONTY, RICHARD J. CURRIE,               :
THOMAS KIERANS, STEPHEN P. SKINNER,             :
and H. ARNOLD STEINBERG,                        :
                                                :
                Defendants.                     :
------------------------------------------------x

## NOTICE OF DEPOSITION

To:   Gregory V. Varallo                John P. Amato
      C. Malcolm Cochran                Mark S. Indelicato
      Russell C. Silberglied            Jeffrey L. Schwartz
      RICHARDS, LAYTON & FINGER, P.A.   HAHN & HESSEN LLP
      One Rodney Square                 488 Madison Avenue
      920 N. King Street                New York, NY 10022
      Wilmington, DE 19801              Tel.  (212) 478-7200
      Tel.  (302) 651-7700              Fax.  (212) 478-7400
      Fax.  (302) 651-7701

---

[1]   The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the deposition upon oral examination of the following non-party witness pursuant to a subpoena *duces tecum*, a copy of which is attached hereto. The identity of the deponent, date, time and location are as follows:

| **DEPONENT** | **DATE AND TIME** | **LOCATION** |
|---|---|---|
| M. Said Armutcuoglu | October 14, 2005<br>10:00 a.m. | Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

You are invited to attend and cross-examine.

Dated: October 4, 2005
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
　　　　-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Teleglobe Comm. *et al.*,*<br>           Debtors.<br><br>------------------------------------------------------------- X<br>Teleglobe USA Inc. *et al.*,<br>           Plaintiffs,<br>    v.<br>BCE Inc. *et al.*,<br>           Defendants.<br>------------------------------------------------------------- X<br>*See Rider A for full caption | Chapter 11<br>Case No. 02-11518 (MFW)<br>Jointly Administered<br><br>Pending in the United States Bankruptcy Court<br>District of Delaware<br><br>**SUBPOENA**<br><br>Civ. No. 04-CV-1266 (SLR)<br>Pending in the United States District Court<br>District of Delaware |

TO: **M. Said Armutcuoglu**
   **Lazard Frères & Co. LLC**
   30 Rockefeller Center
   New York, NY 10020

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

**X YOU ARE COMMANDED to appear for deposition upon oral examination and give testimony at the place, on the date, and at the time specified below, or at any agreed upon adjourned date and time. The deposition will be taken before a notary public or some other person qualified to administer oaths.**

| PLACE | DATE AND TIME |
|---|---|
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000 | October 14, 2005<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of documents or objects at the place, date, and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature] Juulin Aar* | October 3, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jaculin Aaron, Esq. (JA-3660), Shearman & Sterling LLP, Counsel for the Defendants, 599 Lexington Avenue, New York, NY 10022 (212) 848-4000

## RIDER A

TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC. and TELEGLOBE SUBMARINE INC.,

                          Debtors.

------------------------------------------------------------x

TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC., TELEGLOBE SUBMARINE INC., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TELEGLOBE COMMUNICATIONS CORPORATION, et al.,

                          Plaintiffs,

            v.

BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG,

                          Defendants.

------------------------------------------------------------x

Chapter 11
Case No. 02-1 1518 (MFW)
Jointly Administered

Pending in the United States
Bankruptcy Court
District of Delaware

## SUBPOENA

Civ. No. 04-CV-1266 (SLR)
Pending in the United States
District Court
District of Delaware

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____                    _____
                    DATE                                                                         SIGNATURE OF SERVER

                                                                                                  _____
                                                                                                  ADDRESS OF SERVER

                                                                                                  _____

Rule 45, Fed.RCiv.P., Parts (c) and (d).

(C)PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fees.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) OF THIS RULE, A PERSON COMMANDED TO PRODUCE AND PERMIT INSPECTION AND COPYING MAY, WITHIN 14 DAYS AFTER SERVICE OF THE SUBPOENA OR BEFORE THE TIME SPECIFIED FOR COMPLIANCE IF SUCH TIME IS LESS THAN 14 DAYS AFTER SERVICE, SERVE UPON THE PARTY OR ATTORNEY DESIGNATED IN THE SUBPOENA WRITTEN OBJECTION TO INSPECTION OR COPYING OF ANY OR ALL OF THE DESIGNATED MATERIALS OR OF THE PREMISES. if OBJECTION is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any item for an order to compel the production Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commended.,

(3)(A) On timely motion- the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts Business in person, except that, subject to the provisions of clause (cX3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B)    If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not a the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re

TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC. and TELEGLOBE SUBMARINE INC.,

        Debtors.

Chapter 11
Case No. 02-1 1518 (MFW)
Jointly Administered

Pending in the United States
Bankruptcy Court
District of Delaware

------------------------------------------------------------------- x
TELEGLOBE COMMUNICATIONS CORPORATION, TELEGLOBE USA INC., OPTEL TELECOMMUNICATIONS, INC., TELEGLOBE HOLDINGS (U.S.) CORPORATION, TELEGLOBE MARINE (U.S.) INC., TELEGLOBE HOLDING CORP., TELEGLOBE TELECOM CORPORATION, TELEGLOBE INVESTMENT CORP., TELEGLOBE LUXEMBOURG LLC, TELEGLOBE PUERTO RICO INC., TELEGLOBE SUBMARINE INC., and the OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TELEGLOBE COMMUNICATIONS CORPORATION, et al.,

        Plaintiffs,

      v.

BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE. THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG,

        Defendants.

------------------------------------------------------------------- x

Civ. No. 04-CV-1266 (SLR)

Pending in the United States
District Court
District of Delaware

## SUBPOENA IN AN ADVERSARY PROCEEDING

YOUNG CONAWAY STARGATT & TAYLOR, LLP
BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
P.O. BOX 391
WILMINGTON, DELAWARE 19899
(302) 571-6672

-and-

SHEARMAN & STERLING LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 848-4000
ATTORNEYS FOR THE DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2005, I electronically filed a true and correct copy of foregoing Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on October 4, 2005, I caused a copy of the foregoing Notice of Deposition on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*