# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re                                )   Chapter 11
                                     )
TELEGLOBE COMMUNICATIONS             )
CORPORATION, et al.,                 )   Jointly Administered
                                     )   Bankr. Case No. 02-11518(MFW)
                                     )
                Debtors.             )
-----------------------------------------------------------x
TELEGLOBE COMMUNICATIONS             )
CORPORATION,                         )
et al.,                              )   C.A. No. 04-1266 (SLR)
                                     )
                Plaintiffs,          )
                                     )
        v.                           )
                                     )
BCE INC., et al.,                    )
                                     )
                Defendants.          )
-----------------------------------------------------------x
```

## NOTICE OF DEPOSITION

TO:    Pauline K. Morgan, Esq.        George J. Wade, Esq.
          Young Conaway Stargatt & Taylor    Daniel Schimmel, Esq.
          The Brandywine Building        Shearman & Sterling LLP
          1000 West Street, 17th Floor      599 Lexington Avenue
          P.O. Box 391               New York, NY 10022
          Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of the following individual at BCE Headquarters,

1000 de la Gauchetiere Ouest, Suite 3700, Montreal, Quebec H3B4Y7, commencing at 10:00

a.m. on the following date, or at some other time, location, and date, as mutually agreed upon by

the parties:

| **DEPONENT** | **DATE** |
|---|---|
| Michael Sabia | October 11, 2005 |

The deposition will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The deposition is being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The deposition will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The deposition will also be recorded by audio-visual means.

You are invited to attend and cross examine.

Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Karen M. McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509

Dated: October 6, 2005

Attorneys for Debtors

RLF1-2924219-1