IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------x<br>In re<br><br>TELEGLOBE COMMUNICATIONS<br>CORPORATION, *et al.*,<br><br>                    Debtors.<br>------------------------------------------------------------x<br>TELEGLOBE COMMUNICATIONS<br>CORPORATION,<br>*et al.*,<br><br>                    Plaintiffs,<br><br>            v.<br><br>BCE INC., *et al.*,<br><br>                    Defendants.<br>------------------------------------------------------------x | )<br>)   Chapter 11<br>)<br>)<br>)   Jointly Administered<br>)   Bankr. Case No. 02-11518(MFW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1266 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that a copy of Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories was served on October 7, 2005 upon the following counsel of record in the manner and at the addresses indicated below:

**BY HAND DELIVERY**
Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

| RICHARDS, LAYTON & FINGER, P.A. | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
|---|---|
| /s/ Gregory V. Varallo | /s/ Kevin A. Gross |
| Gregory V. Varallo (No. 2242) | Kevin A. Gross (No. 209) |
| C. Malcolm Cochran, IV (No. 2377) | Joseph A. Rosenthal (No. 234) |
| Russell C. Silberglied (No. 3462) | 1401 Mellon Bank Center |
| Chad M. Shandler (No. 3796) | P.O. Box 1070 |
| Anne Shea Gaza (No. 4093) | (302) 656-4433 |
| One Rodney Square | kgross@rmgglaw.com |
| P.O. Box 551 | jrosenthal@rmgglaw.com |
| Wilmington, DE 19801 | |
| (302) 651-7700 | and |
| varallo@rlf.com | |
| cochran@rlf.com | John P. Amato |
| silberglied@rlf.com | Hahn & Hessen LLP |
| shandler@rlf.com | 488 Madison Avenue |
| gaza@rlf.com | New York, New York 10022 |
| Attorneys for Teleglobe Comm. Corporation, *et al.* | Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Comm. Corporation, *et al.* |
| October 7, 2005 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2005, I caused to be hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following

>Pauline K. Morgan, Esquire (No. 3650)
>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899

I hereby certify that on October 7, 2005, I sent by Federal Express, the foregoing document to the following non-registered participant.

>George J. Wade, Esquire
>SHEARMAN & STERLING LLP
>599 Lexington Avenue
>New York, NY 10022

>Chad M. Shandler (No. 3796)
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware  19899
>(302) 651-7700
>shandler@rlf.com

RLF1-2869773-1