IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re                                           )    Chapter 11
                                                )
TELEGLOBE COMMUNICATIONS                        )
CORPORATION, et al.,                            )    Jointly Administered
                                                )    Bankr. Case No. 02-11518(MFW)
                                                )
                    Debtors.                    )
------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                        )
CORPORATION,                                    )
et al.,                                         )    C.A. No. 04-1266 (SLR)
                                                )
                                                )
                    Plaintiffs,                 )
                                                )
          v.                                    )
                                                )
BCE INC., et al.,                               )
                                                )
                    Defendants.                 )
------------------------------------------------------------x
```

## NOTICE OF DEPOSITION

TO:  Pauline K. Morgan, Esq.          George J. Wade, Esq.           Timothy MacDonald, Esq.
     Young Conaway Stargatt &         Daniel Schimmel, Esq.          Arnold & Porter LLP
       Taylor                         Shearman & Sterling LLP        370 Seventeenth Street
     The Brandywine Building          599 Lexington Avenue           Suite 4500
     1000 West Street, 17th Floor     New York, NY 10022             Denver, CO 80202-1370
     P.O. Box 391
     Wilmington, DE 19899

     John Amato, Esq.                 Kevin Gross, Esq.
     Hahn & Hessen LLP                Joseph A. Rosenthal, Esq.
     488 Madison Avenue               ROSENTHAL, MONHAIT,
     New York, NY 10022               GROSS & GODDESS, P.A.
                                      1401 Mellon Bank Center
                                      P.O. Box 1070
                                      Wilmington, DE 19801

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil

Procedure, Plaintiffs will take the deposition of the following individual at the offices of Arnold

RLF1-2932643-1

& Porter LLP, 370 Seventeenth Street, Denver, Colorado 80202, via videoconference, commencing at 10:00 a.m., MDT on the following date, or at some other time, location and date, as mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
| --- | --- |
| Michael Neumann | October 28, 2005 |

The deposition will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The deposition is being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The deposition will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The deposition will also be recorded by audio-visual means.

You are invited to attend this videoconferenced deposition at Arnold & Porter, at Richards, Layton & Finger, P.A. in Wilmington, Delaware or at such other location as the parties may agree which has videoconferenceing capabilities; and to cross examine.

/s/ Russell C. Silberglied
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Karen McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509
Attorneys for Debtors

Dated: October 11, 2005

RLF1-2932643-1