IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------x | |
| In re | Chapter 11 |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | Jointly Administered<br>Bankr. Case No. 02-11518(MFW) |
| Debtors. | |
| ------------------------------------------------------------x | |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | C.A. No. 04-1266 (SLR) |
| Plaintiffs, | |
| v. | |
| BCE INC., *et al.*, | |
| Defendants. | |
| ------------------------------------------------------------x | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2005, I caused the Notice of Deposition for Michael Neumann [D.I. No. 190] to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>   Pauline K. Morgan, Esq.  
>   YOUNG CONAWAY STARGATT &  
>     TAYLOR, LLP  
>   The Brandywine Building  
>   1000 West Street, 17th Floor  
>   P.O. Box 391  
>   Wilmington, DE 19899  

>   Kevin Gross, Esq.  
>   Joseph A. Rosenthal, Esq.  
>   ROSENTHAL, MONHAIT, GROSS &  
>     GODDESS, P.A.  
>   1401 Mellon Bank Center  
>   P.O. Box 1070  
>   Wilmington, DE 19801  

I hereby certify that on October 11, 2005, I sent by Federal Express, the Notice of Deposition for Michael Neumann [D.I. No. 190] to the following non-registered participants.

RLF1-2869773-1

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Timothy MacDonald, Esq.
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-1370

/s/ Karen McKinley
Karen McKinley (No. 4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
mckinley@rlf.com