IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------x | |
| In re ) | Chapter 11 |
| ) | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, *et al.*, ) | Jointly Administered |
| ) | Bankr. Case No. 02-11518(MFW) |
| ) | |
| Debtors. ) | |
| ------------------------------------------------------------x | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, ) | |
| *et al.*, ) | C.A. No. 04-1266 (SLR) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BCE INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ------------------------------------------------------------x | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that a copy of Plaintiffs' Supplemental Disclosures Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a) was served on October 17, 2005 upon the following counsel of record in the manner and at the addresses indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

RLF1-2834664-1

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.** |

/s/ Anne Shea Gaza
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com

Attorneys for Teleglobe Comm. Corporation, *et al.*

October 17, 2005

/s/ Kevin A. Gross
Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
(302) 656-4433
kgross@rmgglaw.com
jrosenthal@rmgglaw.com

and

John P. Amato
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Comm. Corporation, *et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
  GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on October 17, 2005, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
gaza@rlf.com

RLF1-2869773-1