IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al.,[1] | : : | Jointly Administered Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| Debtors. | : | |
| | : | |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al., | : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 04-CV-1266 |
| | : | |
| BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG, | : : : : : : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the approval and order of the Court, that the deadline by which the parties have to complete

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc. and Teleglobe Submarine Inc.

fact discovery is extended from October 17, 2005 through and including Friday, November 18, 2005.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Gregory V. Varallo/*<br>Gregory V. Varallo (No. 2242)<br>C. Malcolm Cochran, IV (No. 2377)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19801<br>(302) 651-770<br>varallo@rlf.com<br>cochran@rlf.com<br><br>*Attorneys for Teleglobe Communications Corporation, et al.*<br><br>Dated: October 18, 2005 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ M. M./*<br>Pauline K. Morgan (No. 3650)<br>Maribeth L. Minella (No. 4185)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>pmorgan@ycst.com<br>mminella@ycst.com<br><br>-and-<br><br>SHEARMAN & STERLING LLP<br>Stuart J. Baskin<br>George J. Wade<br>Daniel Schimmel<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 848-4000<br><br>*Attorneys for BCE, Inc., et al.*<br><br>Dated: October 19, 2005 |
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.<br><br>Kevin A. Gross (No. 209)<br>Joseph A. Rosenthal (No. 234)<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, Delaware 19801<br>(302) 656-4433<br>kgross@rmgglaw.com<br><br>*Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, et al.*<br><br>Dated: October ___, 2005 | |

SO ORDERED this _____ day of October, 2005.

_____
United States District Judge

fact discovery is extended from October 17, 2005 through and including Friday, November 18, 2005.

| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|

Gregory V. Varallo (No. 2242)
C. Malcom Cochran, IV (No. 2377)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-770
varallo@rlf.com
cochran@rlf.com

*Attorneys for Teleglobe Communications Corporation, et al.*

Dated: October ___, 2005

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

*/s/ Kevin Gross/*

Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19801
(302) 656-4433
kgross@rmgglaw.com

*Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communications Corporation, et al.*

Dated: October ___, 2005

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
pmorgan@ycst.com
mminella@ycst.com

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Daniel Schimmel
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

*Attorneys for BCE, Inc., et al.*

Dated: October ___, 2005

SO ORDERED this _____ day of October, 2005.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I electronically filed a true and correct copy of foregoing Stipulation and Order to Extend Time was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Kevin A. Gross, Esq.
Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on October 19, 2005, I caused a copy of the foregoing Stipulation and Order to Extend Time on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ M. M.
_____
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*