IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | Jointly Administered |
| CORPORATION, et al., | ) | Bankruptcy Case No. |
| | ) | 02-11518-MFW |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1266-SLR |
| | ) | |
| BCE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 18th day of October, 2005, having considered the affidavit of Daniel Schimmel regarding defendant BCE, Inc.'s discovery efforts, which affidavit was submitted in response to the court's order of August 10, 2005 (D.I. 164, 194);

IT IS ORDERED that the court is satisfied that BCE Inc.'s discovery efforts have been satisfactory. No sanctions shall be imposed, nor further action taken by the court in these regards.

_____
United States District Judge