IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re                                     )   Chapter 11
                                          )
TELEGLOBE COMMUNICATIONS                  )
CORPORATION, et al.,                      )   Jointly Administered
                                          )   Bankr. Case No. 02-11518(MFW)
                                          )
                    Debtors.              )
------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                  )
CORPORATION,                              )
et al.,                                   )   C.A. No. 04-1266 (SLR)
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )
                                          )
BCE INC., et al.,                         )
                                          )
                    Defendants.           )
------------------------------------------------------x
```

## NOTICE OF DEPOSITION

TO:   Pauline K. Morgan, Esq.            George J. Wade, Esq.
      Young Conaway Stargatt & Taylor    Daniel Schimmel, Esq.
      The Brandywine Building            Shearman & Sterling LLP
      1000 West Street, 17th Floor       599 Lexington Avenue
      P.O. Box 391                       New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual at the offices of Hahn & Hessen LLP, 488 Madison Avenue, New York, NY, 10022, commencing at 10:00 a.m. on the following date, or at some other time, location, and date, as mutually agreed upon by the parties:

| **DEPONENT** | **DATE** |
|---|---|
| Phil Jacob | November 4, 2005 |

The deposition will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The deposition is being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The deposition will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The deposition will also be recorded by audio-visual means.

You are invited to attend and cross examine.

Dated: November 3, 2005

/s/ Karen M. McKinley
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Karen McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7509

Attorneys for Debtors

RLF1-2941649-1