# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

In re: Teleglobe Comm., et al.,      :    Chapter 11
                               :    Jointly Administered
                     Debtors.   :
_____ :    Bankruptcy Case No. 02-11518 (MFW)
                               :
TELEGLOBE USA INC., et al.,     :
                               :
               Plaintiffs,   :
                               :
        v.                  :    Civil Action No. 04-1266-SLR
                               :
BCE Inc., et al.,              :
                               :
              Defendants.  :

## <u>ORDER</u>

At Wilmington this **14**<sup>th</sup> day of **November, 2005,**

Counsel and the parties are to hold the following dates for further mediation: Wednesday April 19 and Thursday, April 20, 2006.  These dates are very tentative. Counsel are to immediately advise if there are any changes in the scheduling order, specifically any modification to the exchange of expert reports and the completion date of expert depositions, that would effect the tentative mediation dates.  The following telephonic conference dates have been scheduled for the purpose of discussing the status of this case, in particular expert reports/information regarding damages, and its effect on further mediation: **Wednesday, January 11, 2006 at 8:30 a.m.; Wednesday, March 15, 2006 at 8:00 a.m., and Tuesday, April 4, 2006 at 8:00 a.m.**  The additional purpose of the April 4th teleconference is to identify and discuss the decision makers who are necessary to attend mediation for a global settlement of both the United States and

Canadian matters.  **Plaintiffs' counsel will initiate the teleconferences.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE