IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re                                           )   Chapter 11
                                                )
TELEGLOBE COMMUNICATIONS                        )
CORPORATION, et al.,                            )   Jointly Administered
                                                )   Bankr. Case No. 02-11518(MFW)
                                                )
                     Debtors.                   )
------------------------------------------------x
TELEGLOBE COMMUNICATIONS                        )
CORPORATION,                                    )
et al.,                                         )   C.A. No. 04-1266 (SLR)
                                                )
                                                )
                     Plaintiffs,                )
                                                )
              v.                                )
                                                )
BCE INC., et al.,                               )
                                                )
                     Defendants.                )
------------------------------------------------x
```

**NOTICE OF DEPOSITION**

TO:   Pauline K. Morgan, Esq.              George J. Wade, Esq.
      Young Conaway Stargatt & Taylor      Daniel Schimmel, Esq.
      The Brandywine Building              Shearman & Sterling LLP
      1000 West Street, 17th Floor         599 Lexington Avenue
      P.O. Box 391                         New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of the following individuals at the offices of Shearman & Sterling LLP, 599 Lexington Avenue New York, NY, 10022, commencing at 10:00 a.m. on the following dates:

RLF1-2941649-2

| **DEPONENT** | **DATE** |
|---|---|
| Pierre Van Gheluwe | November 30, 2005 |
| Marc Bouchard | December 2, 2005 |

The depositions will continue day to day (excluding Saturdays, Sundays and legal holidays) until completed.

The depositions are being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The depositions will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The depositions will also be recorded by audio-visual means.

You are invited to attend and cross examine.

/s/ Gregory V. Varallo
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Anne Shea Gaza (#4093)
Karen McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: November 28, 2005

Attorneys for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
  GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on November 28, 2005, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

_____
Gregory V. Varallo (#2242)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
varallo@rlf.com