IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------x
In re                                        )   Chapter 11
                                             )
TELEGLOBE COMMUNICATIONS                     )
CORPORATION, et al.,                         )   Jointly Administered
                                             )   Bankr. Case No. 02-11518(MFW)
                                             )
                    Debtors.                 )
---------------------------------------------x
TELEGLOBE COMMUNICATIONS                     )
CORPORATION,                                 )
et al.,                                      )   C.A. No. 04-1266 (SLR)
                                             )
                                             )
                    Plaintiffs,              )
                                             )
        v.                                   )
                                             )
                                             )
BCE INC., et al.,                            )
                                             )
                    Defendants.              )
---------------------------------------------x
```

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that a copy of Plaintiffs' Second Supplemental Disclosures Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a) was served on November 23, 2005 upon the following counsel of record in the manner and at the addresses indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
George J. Wade
Daniel Schimmel
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

RLF1-2950169-1

| | |
|---|---|
| VIA HAND DELIVERY<br>Kevin A. Gross<br>Joseph A. Rosenthal<br>ROSENTHAL, MONHAIT, GROSS &<br>GODDESS, P.A.<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19801 | VIA FEDERAL EXPRESS<br>John P. Amato<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, New York 10022 |

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Karen M. McKinley*
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Karen M. McKinley (No. 4372)
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
mckinley@rlf.com

Attorneys for Teleglobe Comm. Corporation, *et al.*

November 28, 2005

**ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.**

*/s/ Kevin A. Gross*
Kevin A. Gross (No. 209)
Joseph A. Rosenthal (No. 234)
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801
(302) 656-4433
kgross@rmgglaw.com
jrosenthal@rmgglaw.com

and

John P. Amato
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Comm. Corporation, *et al.*