## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
    TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
    GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on November 28, 2005, I sent by Federal Express the foregoing document to the following non-registered participants.

| | |
|---|---|
| George J. Wade, Esq.<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022 | John Amato, Esq.<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |

Karen M. McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
mckinley@rlf.com