# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

December 30, 2005

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: Teleglobe Communications Corporation et al. v. BCE, Inc., et al., D. Del. Civil Action No. 04-1266-SLR

Dear Judge Robinson:

At the Court's direction, the parties have conferred to extend the deadlines with respect to expert discovery. The October 14, 2004 "Discovery Plan and Scheduling Order" (Dkt. 43) provides that "the deadlines set forth herein may be extended by the parties' agreement without further order of the Court, provided the parties notify the Court promptly of any such extensions." Accordingly, the parties are hereby notifying the Court of the new agreed dates for expert discovery, and no further action from the Court is required.

If you have any questions with regard to this matter, I am available at Your Honor's convenience.

Respectfully submitted,

Russell C. Silberglied

RCS/lam
cc: Pauline Morgan, Esq. (via facsimile)
George Wade, Esq. (via facsimile)
John P. Amato, Esq. (via facsimile)
Kevin Gross, Esq. (via facsimile)
Gregory V. Varallo, Esq.
C. Malcolm Cochran, IV Esq.

RLF1-2964494-1