IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re                                                 )   Chapter 11
                                                      )
TELEGLOBE COMMUNICATIONS                              )
CORPORATION, et al.,                                  )   Jointly Administered
                                                      )   Bankr. Case No. 02-11518(MFW)
                                                      )
                    Debtors.                          )
------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                              )
CORPORATION,                                          )
et al.,                                               )   C.A. No. 04-1266 (SLR)
                                                      )
                    Plaintiffs,                       )
                                                      )
            v.                                        )
                                                      )
BCE INC., et al.,                                     )
                                                      )
                    Defendants.                       )
------------------------------------------------------x
```

### NOTICE OF DEPOSITION

TO:   Pauline K. Morgan, Esq.          George J. Wade, Esq.
      Young Conaway Stargatt & Taylor  Daniel Schimmel, Esq.
      The Brandywine Building          Shearman & Sterling LLP
      1000 West Street, 17th Floor     599 Lexington Avenue
      P.O. Box 391                     New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following individual at the offices of Richards, Layton & Finger, LLP, One Rodney Square, Wilmington, DE 19801, commencing at 10:00 a.m. on the following date:

| **DEPONENT** | **DATE** |
|---|---|
| BCE Inc. by Maria Buonamici | January 20, 2006 |

The deposition will continue day to day (excluding Saturdays, Sundays and legal holidays) until completed.

The deposition is being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The deposition will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The deposition will also be recorded by audio-visual means.

You are invited to attend and cross examine.

Dated: January 12, 2006

/s/ Gregory V. Varallo
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Chad M. Shandler (#3796)
Karen McKinley (#4372)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Debtors