THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------------------------------x
In re

TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL
TELECOMMUNICATIONS, INC., TELEGLOBE
HOLDINGS (U.S.) CORPORATION, TELEGLOBE
MARINE (U.S.) INC., TELEGLOBE HOLDING CORP.,
TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO
INC. and TELEGLOBE SUBMARINE INC.,

                        Debtors.

Chapter 11
Case No. 02-11518 (MFW)
Jointly Administered

------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS CORPORATION,
TELEGLOBE USA INC., OPTEL
TELECOMMUNICATIONS, INC., TELEGLOBE
HOLDINGS (U.S.) CORPORATION, TELEGLOBE
MARINE (U.S.) INC., TELEGLOBE HOLDING CORP.,
TELEGLOBE TELECOM CORPORATION,
TELEGLOBE INVESTMENT CORP., TELEGLOBE
LUXEMBOURG LLC, TELEGLOBE PUERTO RICO
INC., TELEGLOBE SUBMARINE INC., and the
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF TELEGLOBE COMMUNICATIONS
CORPORATION, et al.,

                        Plaintiffs,

              v.

BCE INC., MICHAEL T. BOYCHUK, MARC A.
BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN,
STEWART VERGE, JEAN C. MONTY, RICHARD J.
CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER,
and H. ARNOLD STEINBERG,

                        Defendants.

Civ. No. 04-CV-1266

------------------------------------------------------------x

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the plaintiffs in the above-captioned action will take the deposition upon oral examination of the custodian of records of Defendant BCE Inc. commencing at 9:30 a.m. on January 31, 2006 at the offices of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, or at such time and places as may be mutually

agreed upon by the parties, and continuing from day to day thereafter until completed. The deposition will take place before a notary public or other officer duly authorized to administer oaths and take testimony, and will be recorded by stenographic means and may be audiotaped and/or videotaped.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), BCE is required to designate one or more persons to testify on its behalf with respect to the source and authenticity of each document produced by BCE to the plaintiffs in the above-captioned action.

Dated: January 25, 2006

                                                    RICHARDS, LAYTON & FINGER, P.A.

                                                    */s/ Gregory V. Varallo*
                                                    Gregory V. Varallo (No. 2242)
                                                    C. Malcolm Cochran, IV (No. 2377)
                                                    Mark D. Collins (No. 2981)
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 651-7700
                                                    Facsimile: (302) 651-7701

                                                          - and-

                                                    HAHN & HESSEN LLP
                                                    John P. Amato
                                                    Mark S. Indelicato
                                                    Jeffrey L. Schwartz
                                                    488 Madison Avenue
                                                    New York, New York 10022
                                                    Telephone: (212) 478-7200
                                                    Facsimile: (212) 478-7400

                                                    Attorneys for the Plaintiffs

TO:   **SHEARMAN & STERLING LLP**
George J. Wade, Esq.
Jaculin Aaron, Esq.
Daniel Schimmel, Esq.
599 Lexington Avenue
New York, New York 10022-6069

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Pauline K. Morgan, Esq.
P.O. Box 391
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on January 26, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregory V. Varallo (#2242)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
varallo@rlf.com

RLF1-2869773-1