IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br> )<br>TELEGLOBE COMMUNICATIONS )<br>CORPORATION, *et al.*, )<br> )<br> Debtors. ) | Chapter 11<br><br>Jointly Administered<br>Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE COMMUNICATIONS )<br>CORPORATION, *et al.*, )<br> )<br> Plaintiffs, )<br> )<br> v. )<br> )<br>BCE INC., *et al.*, )<br> )<br> Defendants. ) | C.A. No. 04-CV-1266 (SLR) |

**NOTICE OF SERVICE OF PLAINTIFFS' SECOND SUPPLEMENTAL INITIAL
DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e)**

PLEASE TAKE NOTICE that copies of Plaintiffs' Second Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(e) were served on January 30, 2006 upon the following counsel of record at the addresses and in the manner indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**
George J. Wade, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA HAND DELIVERY**
Kevin Gross, Esquire(No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
John Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

1

RLF1-2973486-1

/s/ Anne Shea Gaza
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19810
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
gaza@rlf.com
  Attorneys for Teleglobe Comm.
  Corporation, *et al.*

Dated: January 30, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Kevin Gross, Esq.
Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on January 30, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Gaza@rlf.com