IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| TELEGLOBE COMMUNICATIONS ) | Jointly Administered |
| CORPORATION, *et al.*, ) | Bankr. Case No. 02-11518 (MFW) |
| ) | |
| Debtors. ) | |
| | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-CV-1266 (SLR) |
| v. ) | |
| ) | |
| BCE INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE OF DEBTORS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES (INTERROGATORY NOS. 1 AND 2)**

PLEASE TAKE NOTICE that copies of Debtors' Supplemental Responses and Objections to Defendants' First Request for Production of Documents and First Set of Interrogatories (Interrogatory Nos. 1 and 2) were served on January 31, 2006 upon the following counsel of record at the addresses and in the manner indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire (No. 3650)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kevin Gross, Esquire(No. 299)
Joseph A. Rosenthal (No. 234)
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

1

RLF1-2975579-1

**VIA FEDERAL EXPRESS**
George J. Wade, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA FEDERAL EXPRESS**
John Amato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Anne Shea Gaza
Gregory V. Varallo (No. 2240)
C. Malcolm Cochran, IV (No. 2337)
Russell C. Silberglied (No. 3462)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19810
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
gaza@rlf.com
  Attorneys for Teleglobe Comm.
  Corporation, *et al.*

Dated: January 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Pauline K. Morgan, Esq. | Kevin Gross, Esq. |
| YOUNG CONAWAY STARGATT & | Joseph A. Rosenthal, Esq. |
| TAYLOR, LLP | ROSENTHAL, MONHAIT, GROSS & |
| The Brandywine Building | GODDESS, P.A. |
| 1000 West Street, 17th Floor | 1401 Mellon Bank Center |
| P.O. Box 391 | P.O. Box 1070 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |

I hereby certify that on January 31, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| John Amato, Esq. | George J. Wade, Esq. |
| Hahn & Hessen LLP | Daniel Schimmel, Esq. |
| 488 Madison Avenue | SHEARMAN & STERLING LLP |
| New York, NY 10022 | 599 Lexington Avenue |
| | New York, NY 10022 |

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Gaza@rlf.com