IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-1266 (SLR) |
| | ) | |
| BCE Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

     PLEASE TAKE NOTICE that on the 1st day of March 2006, the undersigned counsel caused a copy of the Defendants' Second Amended and Supplemental Disclosures Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure to be served upon counsel of record in this adversary proceeding as follows:

BY EMAIL and FIRST CLASS MAIL

John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

BY EMAIL and HAND DELIVERY

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Counsel to Teleglobe Communications Corporation, et al.

Dated: March 1, 2006                YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

                                    /s/ Margaret
                                    _____
                                    Pauline K. Morgan (No. 3650)
                                    Maribeth L. Minella (No. 4185)
                                    Margaret B. Whiteman (No. 4652)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    P.O. Box 391
                                    Wilmington, DE 19899
                                    (302) 571-6600

                                            -and-

                                    SHEARMAN & STERLING LLP
                                    George J. Wade
                                    Daniel Schimmel
                                    Sonal S. Desai
                                    599 Lexington Avenue
                                    New York, New York 10022
                                    (212) 848-4000

                                    Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on March 2, 2006, I caused a copy of the foregoing Notice of Service on the to be served upon the following non-registered participants in the manner indicated below:

<u>BY EMAIL and FIRST CLASS MAIL</u>
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

/s/ Margaret
_____
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*