IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TELEGLOBE COMMUNICATIONS, et al., | ) ) | Bk. No.  02-11518(MFW) Jointly Administered |
| Debtors. | ) ) ) | |
| TELEGLOBE USA INC., et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 04-1266-SLR |
| BCE INC., et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 7th day of March, 2006, having conferred with counsel;

IT IS ORDERED that oral argument shall be held on **Tuesday, March 28, 2006**, at 5:00 p.m. in courtroom 6B on the 6th floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.  Plaintiffs and defendants each shall have forty-five (45) minutes in which to present their argument.

_____
United States District Judge