IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re                                        )        Chapter 11
                                             )
TELEGLOBE COMMUNICATIONS                     )
CORPORATION, et al.,                         )        Jointly Administered
                                             )        Bankr. Case No. 02-11518(MFW)
                                             )
                                             )
                   Debtors.                  )
------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                     )
CORPORATION,                                 )
et al.,                                      )        C.A. No. 04-1266 (SLR)
                                             )
                                             )
                   Plaintiffs,               )
                                             )
          v.                                 )
                                             )
BCE INC., et al.,                            )
                                             )
                   Defendants.               )
------------------------------------------------------x
```

**PLAINTIFFS' NOTICE PURSUANT TO FED. R. CIV. PROC. 44.1**

Pursuant to Fed. R. Civ. Proc. 44.1, Plaintiffs hereby give notice that, in the event that the Court determines that the laws of the Province of Quebec and the laws of Canada applicable therein apply to some or all of the claims and/or defenses raised in this litigation,[1] Plaintiffs will rely upon the affidavit testimony of Gerald F. Kandestin of Kugler Kandestin, L.L.P., 1 Place Ville-Marie, Suite 2101, Montreal Quebec H3B 2C6 for proof of foreign law.

The matters about which Mr. Kandestin will give affidavit testimony at an appropriate time are generally the matters for which the laws of the Province of Quebec and the laws of

---

[1] Plaintiffs contend that the law of Quebec does not apply to any claim or defense in this litigation. However, based upon the position the Defendants took in the briefing on Defendants' Motion to Dismiss, it is clear that the Defendants intend to prove otherwise. Accordingly, Plaintiffs will be submitting the affidavit of Mr. Kandestin to prove the law pertaining to its claims and Defendants' defenses should the Court rule in Defendants' favor on choice of law issues with respect to one or more claims or defenses.

Canada applicable in the Province of Quebec are cited in Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss [Dkt. 52]. In addition to the foregoing, to the extent that the Court determines that the laws of the Province of Quebec and the laws of Canada applicable in the Province of Quebec apply to the fiduciary duty Counts asserted by the Committee, Mr. Kandestin will testify about the duties owed by directors of a Canadian corporation and related legal concepts.

Dated: March 8, 2006
      Wilmington, Delaware

| RICHARDS, LAYTON & FINGER, P.A. | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
|---|---|
| /s/ illegible signature /s/<br>Gregory V. Varallo (No. 2242)<br>C. Malcolm Cochran, IV (No. 2377)<br>Russell C. Silberglied (No. 3462)<br>Steven J. Fineman (No. 4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19801<br>(302) 651-7700<br>varallo@rlf.com<br>cochran@rlf.com<br>silberglied@rlf.com<br>fineman@rlf.com<br><br>Attorneys for Teleglobe Comm. Corporation, *et al.*<br><br>March 8, 2006 | /s/ Joseph A. Rosenthal<br>Joseph A. Rosenthal (No. 234)<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>(302) 656-4433<br>jrosenthal@rmgglaw.com<br><br>and<br><br>John P. Amato<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, New York 10022<br><br>Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Comm. Corporation, *et al.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq. (No. 3650)
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph A. Rosenthal, Esq. (No. 234)
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on March 8, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

/s/ Steven J. Fineman

Steven J. Fineman (No. 4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com