IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | ) ) ) | Jointly Administered Bankr. Case No. 02-11518(MFW) |
| | ) | |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | ) ) ) ) | C.A. No. 04-1266 (SLR) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BCE INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that a copy of the Expert Report of Paul Charnetzki was served on March 8, 2006 upon the following counsel of record in the manner and at the addresses indicated below:

**VIA EMAIL & HAND DELIVERY**
Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**VIA EMAIL & HAND DELIVERY**
Joseph A. Rosenthal, Esq.
ROSENTHAL MONHAIT GROSS & GODDESS, P.A.
1401 Mellon Bank Center, Suite 1401
Wilmington, DE 19899

RLF1-2988949-1

|  |  |
|---|---|
| **VIA EMAIL & FEDERAL EXPRESS** | **VIA EMAIL & FEDERAL EXPRESS** |
| George J. Wade, Esq. | John P. Amato, Esq. |
| SHEARMAN & STERLING LLP | HAHN & HESSEN LLP |
| 599 Lexington Avenue | 488 Madison Avenue |
| New York, NY 10022 | New York, New York 10022 |

RICHARDS, LAYTON & FINGER, P.A.

/s/ Gregory V. Varallo

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com

Attorneys for Teleglobe Comm. Corporation, *et al.*

March 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on March 8, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

C. Malcolm Cochran (No. 2377)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cochran@rlf.com