IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, *et al.*, ) | Jointly Administered |
| ) | Bankr. Case No. 02-11518(MFW) |
| ) | |
| Debtors. ) | |
---------------------------------------------------------------x
| | |
|---|---|
| TELEGLOBE COMMUNICATIONS ) | |
| CORPORATION, ) | |
| *et al.*, ) | C.A. No. 04-1266 (SLR) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| BCE INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
---------------------------------------------------------------x

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs, hereby certify that a copy of the Expert Report of Walda W. Roseman was served on March 8, 2006 upon the following counsel of record in the manner and at the addresses indicated below:

| | |
|---|---|
| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & HAND DELIVERY** |
| Pauline K. Morgan, Esq. | Joseph A. Rosenthal, Esq. |
| YOUNG CONAWAY STARGATT & | ROSENTHAL MONHAIT GROSS & |
| TAYLOR, LLP | GODDESS, P.A. |
| The Brandywine Building | 1401 Mellon Bank Center, Suite 1401 |
| 1000 West Street, 17th Floor | Wilmington, DE 19899 |
| Wilmington, DE 19899 | |

**VIA EMAIL & FEDERAL EXPRESS**
George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA EMAIL & FEDERAL EXPRESS**
John P. Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York  10022

**RICHARDS, LAYTON & FINGER, P.A.**

_/s/ Signature_
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
One Rodney Square
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com

Attorneys for Teleglobe Comm. Corporation, *et al.*

March 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
  GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on March 8, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

C. Malcolm Cochran (No. 2377)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cochran@rlf.com