IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            )    Chapter 11
                                                                 )
TELEGLOBE COMMUNICATIONS CORPORATION, et al.,                    )    Jointly Administered
                                                                 )    Bankr. Case No. 02-11518 (MFW)
    Debtors.                                                     )
---------------------------------------------------------------- x
TELEGLOBE COMMUNICATIONS CORPORATION, et al.,                    )
                                                                 )    C.A. No. 04-CV-1266 (SLR)
    Plaintiffs,                                                  )
                                                                 )
    v.                                                           )
                                                                 )
BCE INC., et al.,                                                )
                                                                 )
    Defendants.                                                  )
---------------------------------------------------------------- x

## TRANSMITTAL AFFIDAVIT OF C. MALCOLM COCHRAN, IV IN SUPPORT OF PLAINTIFFS' MOTION TO AFFIRM AND ADOPT SPECIAL MASTER'S REPORTS AND ORDERS

I, C. Malcolm Cochran, IV, after being duly sworn upon oath, depose and state as follows:

I am an attorney with the law firm of Richards, Layton & Finger, counsel representing Plaintiffs in the above-captioned action.

I am admitted to practice before this Court.

This Affidavit is submitted in support of Plaintiffs' Motion to Affirm and Adopt the Special Master's Reports and Orders.

1.    Attached to this Affidavit as **Exhibit 1** is a true and correct copy of a letter from Piret Loone to M. Cochran, dated February 18, 2005.

2.    Attached to this Affidavit as **Exhibit 2** is a true and correct copy of a letter from P. Loone to J. Amato, dated March 25, 2005.

3.    Attached to this Affidavit as **Exhibit 3** is a true and correct copy of a letter from G. Wade to M. Cochran and J. Amato, dated April 22, 2005.

4.    Attached to this Affidavit as **Exhibit 4** is a true and correct copy of a letter from P. Loone to M. Cochran, dated April 26, 2005.

5.    Attached to this Affidavit as **Exhibit 5** is a true and correct copy of a letter from P. Loone to M. Cochran and J. Amato, dated July 11, 2005.

6.    Attached to this Affidavit as **Exhibit 6** is a true and correct copy of a letter from P. Loone to M. Cochran and J. Amato, dated August 16, 2005.

7.    Attached to this Affidavit as **Exhibit 7** is a true and correct copy of a letter from P. Loone to M. Cochran and J. Amato, dated August 31, 2005.

8.    Attached to this Affidavit as **Exhibit 8** is a true and correct copy of a letter from P. Loone to M. Cochran and J. Amato, dated September 2, 2005.

9.    Attached to this Affidavit as **Exhibit 9** is a true and correct copy of a letter from P. Loone to M. Cochran and J. Amato, dated September 9, 2005.

10.    Attached to this Affidavit as **Exhibit 10** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated September 20, 2005.

11.    Attached to this Affidavit as **Exhibit 11** is a true and correct copy of a letter from P. Loone to C. Shandler and J. Amato, dated September 20, 2005.

12.    Attached to this Affidavit as **Exhibit 12** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated September 20, 2005.

13.    Attached to this Affidavit as **Exhibit 13** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated September 23, 2005.

14.    Attached to this Affidavit as **Exhibit 14** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated November 1, 2005.

15.    Attached to this Affidavit as **Exhibit 15** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated November 4, 2005.

16.    Attached to this Affidavit as **Exhibit 16** is a true and correct copy of a letter from D. Schimmel to C. Seitz, dated November 15, 2005.

17.    Attached to this Affidavit as **Exhibit 17** is a true and correct copy of a letter from D. Schimmel to C. Seitz, dated November 16, 2005.

18.    Attached to this Affidavit as **Exhibit 18** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated November 16, 2005.

19.    Attached to this Affidavit as **Exhibit 19** is a true and correct copy of a letter from G. Wade to C. Seitz, dated November 23, 2005.

20.    Attached to this Affidavit as **Exhibit 20** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated December 6, 2005.

21.    Attached to this Affidavit as **Exhibit 21** is a true and correct copy of a letter from P. Morgan to C. Seitz, dated December 7, 2005.

22.    Attached to this Affidavit as **Exhibit 22** is a true and correct copy of a letter from P. Morgan to C. Seitz, dated December 16, 2005.

23.    Attached to this Affidavit as **Exhibit 23** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated December 16, 2005.

24.    Attached to this Affidavit as **Exhibit 24** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated December 19, 2005.

25.     Attached to this Affidavit as **Exhibit 25** is a true and correct copy of a letter from E. Walker to M. Cochran and J. Amato, dated December 21, 2005.

26.     Attached to this Affidavit as **Exhibit 26** is a true and correct copy of a letter from E. Walker to M. Cochran and J. Amato, dated December 22, 2005.

27.     Attached to this Affidavit as **Exhibit 27** is a true and correct copy of a letter from P. Morgan to C. Seitz, dated December 22, 2005.

28.     Attached to this Affidavit as **Exhibit 28** is a true and correct copy of a letter from G. Wade to M. Cochran and J. Amato, dated December 23, 2005.

29.     Attached to this Affidavit as **Exhibit 29** is a true and correct copy of a letter from P. Morgan to C. Seitz, dated December 23, 2005.

30.     Attached to this Affidavit as **Exhibit 30** is a true and correct copy of a letter from G. Wade to M. Cochran and J. Amato, dated December 23, 2005.

31.     Attached to this Affidavit as **Exhibit 31** is a true and correct copy of a letter from E. Walker to M. Cochran and J. Amato, dated January 8, 2005.

32.     Attached to this Affidavit as **Exhibit 32** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated January 11, 2006.

33.     Attached to this Affidavit as **Exhibit 33** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated January 11, 2006.

34.     Attached to this Affidavit as **Exhibit 34** is a true and correct copy of a letter from E. Walker to M. Cochran and J. Amato, dated January 11, 2006.

35.     Attached to this Affidavit as **Exhibit 35** is a true and correct copy of a letter from P. Morgan to C. Seitz, dated January 12, 2006.

36.     Attached to this Affidavit as **Exhibit 36** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated January 19, 2006.

37.     Attached to this Affidavit as **Exhibit 37** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated February 6, 2006.

38.     Attached to this Affidavit as **Exhibit 38** is a true and correct copy of a letter from B. Connolly to M. Cochran and J. Amato, dated February 21, 2006.

39.     Attached to this Affidavit as **Exhibit 39** is a true and correct copy of a letter from C. Cochran to C. Seitz, dated November 1, 2005.

40.     Attached to this Affidavit as **Exhibit 40** is a true and correct copy of a letter from C. Cochran to C. Seitz, dated November 16, 2005.

41.     Attached to this Affidavit as **Exhibit 41** is a true and correct copy of a letter from G. Varallo to C. Seitz, dated December 7, 2005.

42.     Attached to this Affidavit as **Exhibit 42** is a true and correct copy of Milla Deposition Exhibit 12, a letter from Osler, Hoskin & Harcourt to Canada Customs, dated March 7, 2002.

43.     Attached to this Affidavit as **Exhibit 43** is a true and correct copy of a letter from C. Shandler to C. Seitz, attaching Turcotte Deposition Transcript Day 2, dated October 28, 2005.

Dated: March 14, 2006

C. Malcolm Cochran, IV (#2377)

SUBSCRIBED and sworn to before me this
14th day of March, 2006

Notary Public

DEBORAH QUAINTANCE COOK
Notary Public - State of Delaware
My Comm. Expires May 9, 2007

RLF1-2991126-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joseph A. Rosenthal , Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on March 14, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700