## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., et al., | : | Chapter 11 |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | Bankruptcy Case No. 02-11518 (MFW) |
| | : | |
| TELEGLOBE USA INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1266-SLR |
| | : | |
| BCE Inc., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **15th** day of **March, 2006**,

IT IS ORDERED that the teleconference scheduled for Tuesday, April 4, 2006 at 8:00 a.m. and the tentative mediation dates of Wednesday April 19 and Thursday, April 20, 2006 are canceled. Counsel shall contact the Magistrate Judge should the parties desire further court-assisted ADR.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE