# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK

NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6707
DIRECT FAX: 302-576-3318
pmorgan@ycst.com

ATHANASIOS E. AGELAKOPOULOS
LISA A. ARMSTRONG
GREGORY J. BABCOCK
JOSEPH M. BARRY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
KARA HAMMOND COYLE
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN
KAREN L. PASCALE
PATRICIA A. WIDDOSS

JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JULIE C. PANARO
ADAM W. POFF
SETH J. REIDENBERG
MICHELE SHERRETTA
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER (SC ONLY)
JOHN E. TRACEY
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

March 15, 2006

**BY HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:  Teleglobe Communications Corporation, *et al.* v. BCE Inc., *et al.*
       C.A. No. 04-CV-1266

Dear Chief Judge Robinson:

    We write in connection with the Defendants' Objection, pursuant to Fed. R. Civ. P. 53, to the Special Master's Final Decision on Plaintiffs' Motion to Compel Defendants to Produce Documents Withheld on the Basis of Privilege (the "Decision"). We respectfully request that the Court review *in camera* the attached documents that were the subject of the Decision and are referenced in the Declarations of Martine Turcotte (Docket No. 227) and Mark Shapiro (Docket No. 226). The Defendants believe that these documents will aid the Court in its review and understanding of the Decision, BCE's Objections to the Special Master's Final Decision on Plaintiffs' Motion to Compel Defendants to Produce Documents Withheld on the Basis of Privilege (the "BCE Objection") (Docket No. 228) and the Declarations of Martine Turcotte and Mark Shapiro filed in support of the BCE Objection. For the Court's convenience, we have included with this letter an index of the documents attached hereto.

                     Respectfully,

                     */s/ Pauline K. Morgan*
                     Pauline K. Morgan

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Sue L. Robinson
March 15, 2006
Page 2

PKM:mbw
Attachments

cc:    Joseph Rosenthal, Esq. (w/o attachments, by Hand Delivery)
       John P. Amato, Esq. (w/o attachments, by email)
       C. Malcolm Cochran, IV, Esq. (w/o attachments, by Hand Delivery)
       Anne Shea Gaza, Esq. (w/o attachments, by Hand Delivery)
       George Wade, Esq. (w/o attachments, by email)
       Jaculin Aaron, Esq. (w/o attachments, by email)
       Daniel Schimmel, Esq. (w/o attachments, by email)

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
March 15, 2006
Page 3

## INDEX OF ATTACHMENTS

| Attachment to March 15, 2006 Letter | Description | Special Master's 2.22.06 Decision Reference | Declaration Reference |
|---|---|---|---|
| Attachment 1 | 7/04 Privilege Log, Doc. No. 222, April 23, 2002 "Teleglobe Legal Review" presentation | Page 33, n. 25* | Turcotte Decl. ¶¶ 5-7, 12 |
| Attachment 2 | 7/04 Privilege Log, Doc. No. 725, April 12, 2002 presentation to Jean Monty | Page 33, n. 27* | Turcotte Decl. ¶¶ 8-10 |
| Attachment 3 | 9/05 Privilege Log, Doc. No. 1056, excerpts from draft presentation | Page 33, n. 26 | Turcotte Decl. page 3, n. 2 |
| Attachment 4 | 9/05 Privilege Log, Doc. No. 278, April 3, 2002 draft memorandum | Page 42, n. 42 | Shapiro Decl. ¶¶ 4-5 |
| Attachment 5 | 9/05 Privilege Log, Doc. No. 5125, April 3, 2002 draft memorandum | Page 42, n. 42 | Shapiro Decl. ¶¶ 4-5 |
| Attachment 6 | 9/05 Privilege Log, Doc. No. 281, April 3, 2002 draft bullet points | Page 42, n. 43 | Shapiro Decl. ¶¶ 4-6 |
| Attachment 7 | 9/05 Privilege Log, Doc. No. 5124, April 3, 2002 draft bullet points | Page 42, n. 43 | Shapiro Decl. ¶¶ 4-6 |
| Attachment 8 | 7/04 Privilege Log, Doc. No. 700, April 10, 2002 e-mail | Page 42, n. 44 | Shapiro Decl. ¶ 4, 7 |
| Attachment 9 | 7/04 Privilege Log, Doc. No. 213, draft addressing options available to Teleglobe, Inc. | Page 42, n. 45 | Shapiro Decl. ¶ 4, 7 |
| Attachment 10 | 7/04 Privilege Log, Doc. No. 496, April 16, 2002 draft memorandum | Page 43, n. 46 | Shapiro Decl. ¶ 4, 8 |

\* Indicates the first document referenced in the footnote; the "*see also*" documents subsequently cited in the footnote are substantially similar.