IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                        ) Chapter 11
                                             )
TELEGLOBE COMMUNICATIONS                     )
CORPORATION, *et al.*,                       ) Jointly Administered
                                             ) Bankr. Case No. 02-11518(MFW)
                                             )
              Debtors.                       )
------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                     )
CORPORATION,                                 )
*et al.*,                                    ) C.A. No. 04-1266 (SLR)
                                             )
              Plaintiffs,                    )
                                             )
         v.                                  )
                                             )
BCE INC., *et al.*,                          )
                                             )
              Defendants.                    )
------------------------------------------------------------x

## NOTICE OF PAPER FILING

## OF NOTICE OF LODGING (PUBLIC VERSION)

NOTICE is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Notice of Lodging - Redacted Public Version together with the following exhibits:

| Exhibit A | Special Master Decisions; Transcript of hearing in front of the Special Master; Plaintiffs' Opening, Reply, Supplemental Opening and Supplemental Reply Briefs to the Special Master | Volume A |
|---|---|---|
| Exhibit B | Affidavit of Chad Shandler in Support of Plaintiffs' Opening Brief to the Special Master (Volume 1) | Volume B |

RLF1-2993593-1

| Exhibit C | Affidavit of Chad Shandler in Support of Plaintiffs' Opening Brief to the Special Master (Volume 2) | Volume C |
|---|---|---|
| Exhibit D | Appendix of Exhibits to Plaintiffs' Supplemental Brief to the Special Master (Volume 1) | Volume D |
| Exhibit E | Appendix of Exhibits to Plaintiffs' Supplemental Brief to the Special Master (Volume 2) | Volume E |
| Exhibit F | Defendants' Privilege Logs | Volume F |

The original documents are maintained in the case file in the Clerk's Office

_____
Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Anne Shea Gaza (No. 4093)
Richards, Layton & Finger P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
gaza@rlf.com

Attorneys for Teleglobe Comm. Corporation, *et al.*

Dated: March 21, 2006

RLF1-2993593-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on March 21, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

_____
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700