# Exhibit A

# Defendants' Correction of Plaintiffs' Exhibits C and E Regarding Over-Designation

## Defendants' Correction of Plaintiffs' Exhibits C and E
## Regarding Over-Designation

| Date | Number of Pages of Documents Alleged by Plaintiffs to Have Been Produced from Logs | Defendants' Correction |
|---|---|---|
| Feb. 18, 2005 | 2,824 | • 22,825 pages produced<br><br>• Only 121 pages containing redactions were logged and withheld as privileged<br><br>• More than 22,000 pages were produced on rolling basis promptly after responsiveness review or after Court resolved dispute over responsive dates on Apr. 26, 2005<br><br>• Those 22,000+ pages were never designated as privileged on any log |
| Apr. 26, 2005 | 1,810 | |
| Aug. 31, 2005 | 4,339 | |
| Sep. 2, 2005 | 4,901 | |
| Sep. 9, 2005 | 717 | |
| Sep. 20, 2005 | 8,234 | |
| Nov. 1, 2005 | 34 | • Only 97 pages<br><br>• Documents de-designated because Special Master issued case-specific standards for work product designation (Oct. 31, 2005 Tr. 109-13) |
| Nov. 4, 2005 | 28 | |
| Nov. 23, 2005 | 35 | |
| Dec. 16, 2005 | 2,829 | • 22,425 pages produced<br><br>• Documents de-designated in response to Special Master's Dec. 1, 2005 decision<br><br>• Documents are double counted in part because they include re-production of previously redacted documents (*i.e.*, where redactions appeared on part of a page), because of software constraints |
| Dec. 22, 2005 | 18,707 | |
| Dec. 23, 2005 | 889 | |
| Jan. 8, 2006 | 1,902 | • 3,461 pages (3,530 pages in plaintiffs' total is in error)<br><br>• Documents were privileged on their face<br><br>• Defendants subsequently learned that documents had been disclosed to third parties, especially outside auditors, and produced them<br><br>• Documents are double counted in part because many documents are electronic copies of BCE's public securities filings that consist of a cover e-mail which was produced in December 2005 with entirely redacted attachments; once BCE realized that those documents were not privileged, the same number of pages was Bates stamped a second time |
| Jan. 11, 2006 | 1,129 | |
| Jan. 19, 2006 | 499 | |
| Feb. 21, 2006 | 7,123 | • 7,123 pages produced<br><br>• Documents are double counted in part because they include re-production of previously redacted documents (*i.e.*, where redactions appeared on part of a page), because of software constraints |
| TOTAL | 56,000 | In addition to comments above, plaintiffs' page count is also inflated because: |

A-1

|  |  | <ul><li>Special Master required BCE to produce cover e-mails whose attachments were privileged<ul><li>Since December 2005, BCE produced nearly 7,200 pages that are *redacted in full* (that is, privileged attachments to non-privileged cover e-mails)</li><li>Thus, nearly 13% of the pages plaintiffs include in their 56,000 total page count are *blank*</li></ul></li><li>Many of the documents on the logs are *identical copies*, which were each logged for the sake of consistency</li></ul> |
|---|---|---|

A-2