# EXHIBIT D

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4   In re:                          :    Chapter 11
                                     :
 5   TELEGLOBE COMMUNICATIONS        :    Jointly Administered
     CORPORATION, et al.,            :    Bankruptcy Case No.
 6                                   :    No. 02-11518 (MFW)
            Debtors                  :
 7   --------------------------------:
     TELEGLOBE COMMUNICATIONS        :    CIVIL ACTION
 8   CORPORATION, et al.,            :
                                     :
 9           Plaintiffs              :
                                     :
10        vs.                        :
                                     :
11   BCE INC., MICHAEL T. BOYCHUK,   :
     MARC A. BOUCHARD, SERGE FORTIN, :
12   TERENCE J. JARMAN, STEWART VERGE,:
     JEAN C. MONTY, RICHARD J. CURRIE,:
13   THOMAS KIERANS, STEPHEN P.      :
     SKINNER and H. ARNDOLD          :
14   STEINBERG,                      :
                                     :
15          Defendants               :    NO. 04-1266 (SLR)

16                              - - -

17                              .    Wilmington, Delaware
                                     Thursday, March 31, 2005
18                                   4:32 o'clock, p.m.

19                              - - -

20   BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge

21                              - - -

22

23
                                     Valerie J. Gunning
24                                   Official Court Reporter

25
```

```
 1  to it within the next week or two.  All right?
 2              MR. SHANDLER:  Thank you, your Honor.
 3              THE COURT:  All right.
 4              MR. WADE:  If I might just say a word on that
 5  issue...
 6              THE COURT:  Yes?
 7              MR. WADE:  There were three privilege issues
 8  faced by BCE that were really quite different.  One was,
 9  it is certainly true that members of the Legal Department
10  at BCE worked -- did some work for Teleglobe when Teleglobe
11  was a wholly-owned subsidiary.  Not unusual.  Those
12  documents were all turned over to Teleglobe at the very
13  outset.  They're simply not at issue.
14              The second was there were some places where
15  BCE attorneys worked with what they conceived of as the
16  common interest of Teleglobe and BCE.  And there were
17  areas of common interest.  That was argued before Judge
18  Walrath.  Judge Walrath said, Well, if it's the common
19  interest of Teleglobe, produce them, because Teleglobe
20  does have an interest in those.  We did.
21              The ones we are concerned about are those in
22  which the attorneys were clearly working for BCE and
23  knew they were working for BCE and no one else.
24              THE COURT:  I just smile at the word clearly,
25  because there's very little that's truly clear in this life.
```