IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1266 (SLR) |
| | ) | |
| BCE, Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to District Court Rule 83.5, counsel moves the admission pro hac vice of Stephen J. Marzen of Shearman & Sterling LLP, 801 Pennsylvania Avenue, NW Suite 900, Washington, DC 20004 (the "Admittee") to represent the defendants in this action.

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Counsel for BCE, Inc., *et al.*

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2005    _____
                                Sue L. Robinson
                                Chief United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Federal, and District of Columbia Circuits, the United States District Courts for the Southern District of New York, the Northern District of Illinois, and the Districts of Columbia, Colorado, Maryland, and New Jersey, the United States Courts of Federal Claims and International Trade, and the United States Tax Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing this motion.

Stephen J. Marzen (No. -----)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
(202) 508-8000