IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Teleglobe Comm. Corp., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors ) | Banker. Case No. 02-11518 (MFW) |
| Teleglobe Comm Corp., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 04-CV-1266 (SLR) |
| ) | |
| BCE Inc., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## RULE 7.1.1 CERTIFICATION

The undersigned counsel certifies that counsel for the defendants oppose the relief sought in the attached motion.

_____
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Dated: March 23, 2006

RLF1-2994853-1