IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | ) Jointly Administered |
| | ) Bankr. Case No. 02-11518 (MFW) |
| Debtors. | ) |
| ——————————————————————— x | |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | ) |
| | ) C.A. No. 04-CV-1266 (SLR) |
| Plaintiffs, | ) **REDACTED – PUBLIC VERSION** |
| | ) |
| v. | ) |
| | ) |
| BCE INC., *et al*, | ) |
| | ) |
| Defendants. | ) |

## TRANSMITTAL AFFIDAVIT OF GREGORY E. STUHLMAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S FINAL DECISION

I, Gregory E. Stuhlman, after being duly sworn upon oath, depose and state as follows:

I am an attorney with the law firm of Richards, Layton & Finger, counsel representing Plaintiffs in the above-captioned action.

I am admitted to practice before this Court.

This Affidavit is submitted in support of Plaintiffs' Response to Defendants' Objections to the Special Master's Final Decision.

1. Attached to this Affidavit as **Exhibit 1A** is a true and correct copy of a an email from M. Lalande, dated January 21, 2002.

2. Attached to this Affidavit as **Exhibit 1B** is a true and correct copy of a memorandum from I. Ricciuto, dated April 9, 2002.

3. Attached to this Affidavit as **Exhibit 1C** is a true and correct copy of a memorandum from M. Ryan, dated April 11, 2002.

4. Attached to this Affidavit as **Exhibit 1D** is a true and correct copy of a memorandum from I. Ricciuto, dated April 11, 2002.

5. Attached to this Affidavit as **Exhibit 1E** is a true and correct copy of an email from M. Turcotte, dated April 11, 2002.

6. Attached to this Affidavit as **Exhibit 1F** is a true and correct copy of an email from V. Mercier, dated April 12, 2002.

7. Attached to this Affidavit as **Exhibit 1G** is a true and correct copy of an email from M. Turcotte, dated April 14, 2002.

8. Attached to this Affidavit as **Exhibit 1H** is a true and correct copy of an email from G. Bauer, dated April 16, 2002.

9. Attached to this Affidavit as **Exhibit 1I** is a true and correct copy of an email from M. Lalande, dated April 16, 2002.

10. Attached to this Affidavit as **Exhibit 1J** is a true and correct copy of a presentation, titled 'Preliminary Discussion Materials, Project X,' dated April 16, 2002.

11. Attached to this Affidavit as **Exhibit 1K** is a true and correct copy of an email from M. Lalande, dated April 17, 2002.

12. Attached to this Affidavit as **Exhibit 1L** is a true and correct copy of an email from M. Turcotte, dated April 17, 2002.

13. Attached to this Affidavit as **Exhibit 2** is a true and correct copy of a letter from A. Quintal, attaching Defendants' Privilege Logs, dated April 27, 2004.

14. Attached to this Affidavit as **Exhibit 3** is a true and correct copy of a letter from D. Schimmel, attaching Defendants' Privilege Logs, dated April 16, 2004.

15. Attached to this Affidavit as **Exhibit 4** is a true and correct copy of Opposition to Motion of the Official Committee of Unsecured Creditors for an Order Authorizing and Compelling Discovery Pursuant to Bankruptcy Rule 2004, dated April 21, 2004.

16. Attached to this Affidavit as **Exhibit 5** is a true and correct copy of The Form of Plan Administration Agreement, dated February 2005.

17. Attached to this Affidavit as **Exhibit 6** is a true and correct copy of The Sanction Order in the Ontario Superior Court, dated February 8, 2005.

18. Attached to this Affidavit as **Exhibit 7** is a true and correct copy of The Order Confirming First Amended Joint Chapter 11 Plan of Liquidation of Teleglobe Holdings (U.S.) Corporation, Teleglobe USA Inc. and Certain of Their Debtor Affiliates, dated February 10, 2005.

19. Attached to this Affidavit as **Exhibit 8** is a true and correct copy of The Statement of Claim in the Ontario Superior Court, dated November 16, 2005.

20. Attached to this Affidavit as **Exhibit 9** is a true and correct copy of *McRae v. Canada (Attorney General)*, [1997] 46 B.C.L.R. (3d) 137.

21. Attached to this Affidavit as **Exhibit 10** is a true and correct copy of *Divinsky, et al. v. Bethania*, [2002] 169 Man.R. (2d) 215.

22. Attached to this Affidavit as **Exhibit 11** is a true and correct copy of *In re Teleglobe Inc.*, [2004] O.J. No. 2905.

23. Attached to this Affidavit as **Exhibit 12** is a true and correct copy of excerpts of the deposition of J. Monty, taken October 24, 2005.

Dated: March 21, 2006

_____
Gregory E. Stuhlman (#4765)

SUBSCRIBED and sworn to before me this
21st day of March, 2006

_____
Notary Public

KARA J. BLANKENSHIP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 9, 2007

RLF1-2993739-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on March 28, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2973482-1