# EXHIBIT 1E

| From: | TURCOTTE, MARTINE [martine.turcotte@bell ca] |
|---|---|
| Sent: | Thursday, April 11, 2002 7:31 AM |
| To: | ben babcock; Jim Millstein; marc drouin; said armutcuoglu; martin-pierre roussel; mark shapiro; Andrew Tenzer; Richard M Cleri; Sean Dunphy; JP Bisnaire; Jay Swartz; Mercier, Vincent; PATRICK PICHETTE; john.brunette@teleglobe.com; SIIM VANASELJA; BARRY W PICKFORD; LESSARD, PIERRE; Skinner, Stephen; LALANDE, MICHEL; COSSETTE, MARTIN; jerome huret; SABIA, MICHAEL J. |
| Subject: | PROJECT X - List of Issues and Activities |

Importance:    High



Issues and
Activities List Pro...

\-\-

```
Martine Turcotte
Chief Legal Officer / Chef principal du service juridique
BCE Inc.
1000, de La Gauchetière Ouest
bureau 3700
Montréal, Qc  H3B 4Y7
Tel.: (514) 870-4637
Fax.: (514) 870-4877
Email:    martine.turcotte@bell.ca

Executive Assistant:  Diane Valade (514) 870-4638
```

1

459

BCE-SUP    123530

ISSUES AND ACTIVITIES LIST – PROJECT X

*The primary purpose of this list is to outline all the issues and activities which will come up and all the documents which need to be prepared, both prior to the closing date and beyond.*

*This list of issues and activities is meant to be very inclusive, but is not exhaustive.*

*You will find enclosed (1) a list of the names of all advisors involved; (2) a table of contents; (3) a calendar of important dates; and (4) a list of issues and activities.* **Please note that such Issues and Activities List is an attorney work product and therefore should be treated as privileged and confidential and must not be distributed to the other parties to the transaction.**

*If you have any comments or wish to add any additional steps that are not reflected by this list, please contact Martine Turcotte at (514) 870-4637 or martine.turcotte@bell.ca.*

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO **BE** DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

*Page 1 of 1*

459

BCE–SUP    123531

## ISSUES AND ACTIVITIES LIST – PROJECT X

### BRAVO

| Team | Members | |
|---|---|---|
| Legal Team: | Martine Turcotte | MT |
| | Michel Lalande | ML |
| | Martin Cossette | MC |
| Finance Team: | Siim Vanaselja | SV |
| | Pierre Lessard | PL |
| | Andrea LeBlanc | AL |
| | Steve Skinner | SS |
| | Claudine Marineau | CM |
| | Michael Borchuk | MB |
| Tax Team: | Barry Pickford | BP |
| Regulatory Team: | N/A | |
| IR & Communications Team: | Ida Teoli | IT |
| | Don Doucette | DD |
| | Maalika Paul | MP |

### TANGO

| Team | Members | |
|---|---|---|
| Legal Team: | John Brunette | JB |
| Finance/Operations: | Patrick Pichette | PP |
| | Charles Childers | CC |
| | Bill Eris | BE |

### ADVISORS

**Canadian Counsel (Tango):**
Davies Ward Phillips & Vineberg — DW/PV
Jay Swartz
JP Bisnaire
Vincent Mercier
Peter Hong
Siobhan Manahan
David Smith
Matthew Gottlieb
Matthew Milne-Smith
Deroz Farland

**Canadian Counsel (Tango):**
Stikeman Elliott — Stikeman
Sean Dunphy
Jean-Marc Huot
Pierre Raymond

**US Counsel (Bravo):**
Shearman & Sterling — Shearman
Douglas Badner
Mark Shapiro
Andrew Tenzer
Michael Tonkin
Zafra Brown
Stuart Baskin
Mary Warren
Linda Quinn

**US Counsel (Tango):** Jones Day — JD
Rick Clet

### ADVISORS

**US Bankers (Tango):** Lazard
Jim Millstein
Said Amirudzoglu
Eric Mendelsohn
Marc Drouin
Ivan Dimov
Davis Selenic
Nick Mellon
Martin-Pierre Roussel

**Accountants:** Deloitte & Touche

**PR Firms (Tango):** Sitrick & Company
Michael Sitrick

**Monitor:** Ernst & Young
Ben Babcock

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE-SUP   123532

ISSUES AND ACTIVITIES LIST – PROJECT X

## TABLE OF CONTENTS

TABLE OF CONTENTS........................................................................................................3

ABBREVIATIONS & LEGEND..........................................................................................4

CALENDAR..............................................................................................................................5

IMPORTANT DATES............................................................................................................5

ISSUES AND ACTIVITIES....................................................................................................6
1. LOGISTICS.......................................................................................................................6
2. ADVISORS.........................................................................................................................6
3. PRELIMINARY AGREEMENTS.................................................................................7
4. DUE DILIGENCE............................................................................................................7
5. STRUCTURE OF TRANSACTION / NEGOTIATION.......................................8
6. MAJOR AGREEMENTS AND DOCUMENTATION..........................................8
7. FILINGS & APPROVALS............................................................................................11
8. CORPORATE AND OTHER LEGAL ISSUES.....................................................13
9. REGULATORY ISSUES..............................................................................................24
10. FINANCE AND ACCOUNTING ISSUES.............................................................24
11. TAX ISSUES....................................................................................................................27
12. HUMAN RESOURCES ISSUES...............................................................................29
13. BONDHOLDERS APPROVAL..................................................................................29
14. COURT ORDERS...........................................................................................................30
15. INVESTOR / PUBLIC RELATIONS.......................................................................30
16. CLOSING.........................................................................................................................33
17. POST-CLOSING.............................................................................................................33

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

*Page 3 of 3*

459

BCE–SUP    123533

# ISSUES AND ACTIVITIES LIST – PROJECT X

## ABBREVIATIONS & LEGEND

### Abbreviations

| | |
|---|---|
| Advanced Ruling Certificate | ARC |
| Hart-Scott-Rodino Antitrust Improvement Act | HSR |
| Canadian Radio-Television and Telecommunications Commissions | CRTC |
| Federal Communications Commission | FCC |
| Public Utilities Commissions | PUC |
| New York Stock Exchange | NYSE |
| Toronto Stock Exchange | TSE |

### Abbreviations

| | |
|---|---|
| Canadian securities regulatory authorities | Securities Commissions |
| US Securities and Exchange Commission | SEC |

### Legend

| | |
|---|---|
| (hatched) | Should be done by. |
| (black) | Done. No further action required. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 • 10:00 pm

459

BCE–SUP    123534



ISSUES AND ACTIVITIES LIST – PROJECT X

CALENDAR

IMPORTANT DATES

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 – 10:50 pm

Page 5 of 5



ISSUES AND ACTIVITIES LIST – PROJECT X

ISSUES AND ACTIVITIES

| | Bravo/Tango Internal Team | | | | | | Advisors | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | |

**1. LOGISTICS**

1.1. Working Group List with Contact Information — — — — — — — — — — — — — — — — — To be updated.

1.2. Issues and Activities List

1.3. Timetable

1.4. List of Government Contacts — — — Ongoing — April 12

**2. ADVISORS**

2.1. Existence of Previous Commitments with Advisor(s) — — April 12 — None.

2.2. Tango Financial Advisor(s) Engagement Letter(s) — In progress.

2.3. Proxy Solicitation Expert(s) Engagement Letter(s) — Hold.

2.4. Engagement of PR Firm — Done.

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 • 10:00 pm

Page 6 of 6

459

BCE-SUP    123536



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | Secretariat | IR | Comm | Accounting | Regulatory | Tax | Finance | Legal | Sitrick | Stikeman | E&Y | D&T | JD | Lazard | Shearman | DWPV | | | |
| 2.5. Engagement Letter for Monitor | | | | | | | | | | | | | | | | | | April 10 | | First draft circulated. |
| **3. PRELIMINARY AGREEMENTS** | | | | | | | | | | | | | | | | | | | | |
| 3.1. Confidentiality Agreement with Lazard | | | | | | | | | | | | | | | | | | | | Done. |
| 3.2. Confidentiality Agreement with Bondholders | | | | | | | | | | | | | | | | | | | | |
| **4. DUE DILIGENCE** | | | | | | | | | | | | | | | | | | | | |
| 4.1. Corporate Charts | | | | | | | | | | | | | | | | | | | | Done. |
| 4.2. List of Tango Bondholders | | | | | | | | | | | | | | | | | | April 12 | | |
| 4.3. List of Tango Banks | | | | | | | | | | | | | | | | | | | | Done. |
| 4.4. List of Major Contracting Parties | | | | | | | | | | | | | | | | | | | | |
| 4.5. List of Landlords | | | | | | | | | | | | | | | | | | | | |
| 4.6. List of Dataroom Documents | | | | | | | | | | | | | | | | | | April 9 | | Done. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:09 pm

459

BCE–SUP    123537



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Targo Internal Team | | | | | | | | Advisors | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Slikeman | Sitrick | | | |
| 4.7. | DATAROOM PREPARATION | ▓ | | | | | | | | | | | | | | | | | | | |
| 4.7.1. | Review and Summary of Major Agreements | | ▓ | | | | | | | | | | | | | | | | | | In progress. JB preparing. |
| 4.7.2. | Unconsolidated Financial Statements and Cash Flows | | | | | ▓ | | | | | | | | | | | | | | | |
| 4.7.3. | Outline Critical/Non-Critical Components of Network | | ▓ | | | | | | | | | | | | | | | | April 12 | | |
| 5. | STRUCTURE OF TRANSACTION / NEGOTIATION | | | | | | | | | | | | | | | | | | | | |
| 5.1. | LIST OF STEPS & CHARTS | ▓ | ▓ | | | | | | | | | | | | | | | | | | Hold. |
| 6. | MAJOR AGREEMENTS AND DOCUMENTATION | | | | | | | | | | | | | | | | | | | | |
| 6.1. | AGREEMENTS AND DOCUMENTATION SPECIFIC TO STRUCTURE OF TRANSACTION (PLAN OF ARRANGEMENT) | ▓ | ▓ | | | | | | | | ▓ | | | | | | | | | | |
| 6.1.1. | Plan of Arrangement | ▓ | | | | | | | | | | | | | | | | | | | Hold. |
| 6.1.2. | Arrangement Agreement | ▓ | | | | | | | | | ▓ | | | | | | | | | | Hold. |
| 6.1.3. | Articles of Arrangement | ▓ | ▓ | | | | | | | | ▓ | | | | | | | | | | Hold. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 8 of 8

459



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sifrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6.1.4.** Arrangement Circular | | | | | | | | | | | | | | | | | | | | Hold. |
| **6.1.5.** Arrangement Court Documentation | | | | | | | | | | | | | | | | | | | | |
| **6.1.5.1.** Interim | | | | | | | | | | | | | | | | | | | | Hold. |
| **6.1.5.2.** Final | | | | | | | | | | | | | | | | | | | | Hold. |
| **6.1.6.** Form of Proxy | | | | | | | | | | | | | | | | | | | | Hold. |
| **6.2.** CCAA/CHAPTER 11 DOCUMENTATION | | | | | | | | | | | | | | | | | | | | |
| **6.2.1.** Engagement of a Monitor | | | | | | | | | | | | | | | | | | | | Done. |
| **6.2.2.** Draft Material for Initial Order for CCAA | | | | | | | | | | | | | | | | | | | | |
| **6.2.2.1.** Order | | | | | | | | | | | | | | | | | | | | |
| **6.2.2.2.** Draft Affidavit | | | | | | | | | | | | | | | | | | | | |
| **6.2.3.** First Day Papers for Chapter 11 | | | | | | | | | | | | | | | | | | | | |
| **6.2.4.** DIP Order | | | | | | | | | | | | | | | | | | | | |
| **6.2.5.** Material for s.304 Order | | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 9 of 9





## ISSUES AND ACTIVITIES LIST – PROJECT X

Page 11 of 11

| ISSUES AND ACTIVITIES | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7. FILINGS & APPROVALS** | | | | | | | | | | | | | | | | | | | | |
| **7.1.** SECURITIES LAWS | | | | | | | | | | | | | | | | | | | | |
| 7.1.1. *Material Change Reports* | | | | | | | | | | | | | | | | | | | | |
| 7.1.1.1. *Canada* | | | | | | | | | | | | | | | | | | | | *//da/MC to review.* |
| 7.1.1.2. *United States* | | | | | | | | | | | | | | | | | | | | *//da/MC to review.* |
| 7.1.2. *Prospectus or other Exemptions with Securities Commissions* | | | | | | | | | | | | | | | | | | | | |
| 7.1.2.1. *Initial Issue of Securities* | | | | | | | | | | | | | | | | | | | | *Hold.* |
| 7.1.2.2. *Resale of Securities* | | | | | | | | | | | | | | | | | | | | *Hold.* |
| 7.1.3. *Schedule 13-D* | | | | | | | | | | | | | | | | | | | | *//da/MC to review.* |
| 7.1.4. *Early Warning* | | | | | | | | | | | | | | | | | | | | *//da/MC to review.* |
| 7.1.5. *Regulation Exemptions with SEC* | | | | | | | | | | | | | | | | | | | | *S.3(A)(10).* |

Responsibility of:
Brave/Tango Internal Team
Advisors

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm



**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | |
| **7.2.** COMPETITION LAWS | | | | | | | | | | | | | | | | | | | | |
| 7.2.1. ARC Request – Competition Act | | | | | | | | | | | | | | | | | | | | |
| 7.2.2. HSR Pre-merger Notification | | | | | | | | | | | | | | | | | | | | |
| 7.2.3. Filings or Notifications in other Jurisdictions | | | | | | | | | | | | | | | | | | | | |
| **7.3.** TELECOMMUNICATIONS AND BROADCASTING LAWS | | | | | | | | | | | | | | | | | | | | |
| 7.3.1. CRTC Approval & Notification | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up. |
| 7.3.2. FCC Approval & Notification – Telecommunications Act of 1996 | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with JB. |
| 7.3.3. PUCs Approvals & Notifications – State statutes | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with JB. |
| 7.3.4. International Licensing Authorities | | | | | | | | | | | | | | | | | | April 16 | | ML to follow up with JB. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Page 12 of 12

459

BCE-SUP    123542



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | | |
| 7.4. | INVESTMENT CANADA ACT | | | | | | | | | | | | | | | | | | | | | |
| 7.4.1. | Notification | | | | | | | | | | | | | | | | | | | | | Hold. |
| 7.4.2. | Application for Review | | | | | | | | | | | | | | | | | | | | | Hold. |
| 7.5. | TAX RULINGS & FILINGS | | | | | | | | | | | | | | | | | | | | | |
| 7.5.1. | Federal Tax Rulings & Filings | | | | | | | | | | | | | | | | | | | | | |
| 7.5.2. | Provincial Tax Rulings & Filings | | | | | | | | | | | | | | | | | | | | | |
| 7.5.3. | US Tax Rulings & Filings | | | | | | | | | | | | | | | | | | | | | |
| 7.5.4. | Other Jurisdictions Tax Rulings and Filings | | | | | | | | | | | | | | | | | | | | | |
| 8. | CORPORATE AND OTHER LEGAL ISSUES | | | | | | | | | | | | | | | | | | | | | |
| 8.1. | DOES PROPOSED RESTRUCTURING ANNOUNCEMENT TRIGGER A DEFAULT? | | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up. |
| 8.2. | LITIGATION RISK ANALYSIS | | | | | | | | | | | | | | | | | | | | | |
| 8.2.1. | Disclosure Issues | | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with DWPV. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE–SUP    123543



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Stirick | | | |
| 8.2.2. Issue of Corporate Veil - Single Enterprise Theory | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with Shearman. |
| 8.2.3. Settlement Analysis | | | | | | | | | | | | | | | | | | April 12 | | |
| 8.3. PRECEDENTS | | | | | | | | | | | | | | | | | | | | |
| 8.3.1. Hordham/Trizechahn | | | | | | | | | | | | | | | | | | April 12 | | MC to review. |
| 8.3.2. United Bankruptcy Decision | | | | | | | | | | | | | | | | | | | | Done. |
| 8.3.3. GE-Montgomery Ward Litigation | | | | | | | | | | | | | | | | | | | | Awaiting documents from Shearman. |
| 8.3.4. Review Banks Complaint re Iridium | | | | | | | | | | | | | | | | | | | | Done. |
| 8.3.5. Loral - Globalstar | | | | | | | | | | | | | | | | | | | | Shearman to provide copy. |
| 8.3.6. Coch Industries - Purina Mills | | | | | | | | | | | | | | | | | | | | Shearman to provide copies. |
| 8.4. REVIEW PUBLIC STATEMENTS | | | | | | | | | | | | | | | | | | | | |
| 8.4.1. Review Past Bravo Public Statements | | | | | | | | | | | | | | | | | | April 12 | | In progress. |
| 8.4.2. Review Filing AIFs and MD&As for Tango and Bravo | | | | | | | | | | | | | | | | | | April 12 | | 140 days from year end. |
| 8.4.2.1. Timing | | | | | | | | | | | | | | | | | | | | |

Page 14 of 14

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.4.2.2. Disclosure | | | | | | | | | | | | | | | | | | | | I/L to follow up. |
| 8.4.3. Review Bravo Annual Report | | | | | | | | | | | | | | | | | | | | Done. April 25 mailing. |
| 8.4.3.1. Timing | | | | | | | | | | | | | | | | | | April 12 | | Done. Awaiting Board approval. |
| 8.4.3.2. Disclosure | | | | | | | | | | | | | | | | | | April 12 | | Done. Awaiting Board approval. |
| 8.4.4. Review Tango Annual Report | | | | | | | | | | | | | | | | | | April 12 | | |
| 8.4.5. Review BravoTel Annual Report | | | | | | | | | | | | | | | | | | | | Done. |
| 8.4.6. Timing of Approval of Bravo Earnings Release | | | | | | | | | | | | | | | | | | | | |
| 8.4.7. Review Auditor Representation Letters | | | | | | | | | | | | | | | | | | | | |
| 8.4.7.1. Bravo | | | | | | | | | | | | | | | | | | | | Done. |
| 8.4.7.2. Tango | | | | | | | | | | | | | | | | | | | | Done. |
| 8.6. REVIEW RELATED PARTY TRANSACTIONS | | | | | | | | | | | | | | | | | | | | |
| 8.5.1. List | | | | | | | | | | | | | | | | | | | | Done. List circulated. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 13 of 15

459

BCE–SUP    123545



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | |
| 8.5.2. | Summaries | ▒ | | | | | | | | | ▒ | ▒ | | | | | | | | In progress (MC & DWPV). |
| 8.5.3. | Sale of 1000 de la Gauchetière Building | █ | | | | | | | | | █ | | | | | | | April 11 | | No issue. |
| 8.5.4. | Release of Ex as Subsidiary Guarantor | ▒ | | | | | | | | | ▒ | ▒ | | | | | | | | ML to follow-up. |
| 8.5.5. | Alignment of Operating Networks | | | | | | | | | | ▒ | ▒ | | | | | | | | Currently on hold. |
| 8.5.6. | Draft Outsourcing Agreements | | | | | | | | | | ▒ | ▒ | | | | | | | | Consider feasibility. |
| 8.5.7. | Review Interconnect Agreement | | | | | | | | | | ▒ | | | | | | | | | Copy to be obtained by MC. |
| 8.5.8. | Review Bravo-Tel-Tango Wholesale Agreement | █ | | | | | | | | | | | | | | ▒ | | April 12 | | ML and MT to follow up. |
| 8.5.9. | Review Traffic Data | | | | | | | | | | | | | | | | | | | | FP to provide back-up info on traffic. |
| 8.6. | COOPERATIVE ANALYSIS CREDIT FACILITIES AND INDENTURES | █ | | | | | | | | | █ | | | | | | | April 12 | | Done. Memo circulated. |
| 8.7. | MEMO ON TRANSFER OF ASSETS | | | | | | | | | | | | | | | | | | | Done. DWPV memo circulated. |
| 8.8. | BONDHOLDER VOTE REQUIREMENTS | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 16 of 16

459

BCE-SUP    123546



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.9. Review Ability to Buy Bonds and Vote | | | | | | | | | | | | | | | | | | | | |
| 8.10. Review Shareholder Oppression Issues | | | | | | | | | | | | | | | | | | | | Hold. |
| 8.11. Plan of Arrangement "Infractical" Requirements | | | | | | | | | | | | | | | | | | | | Hold. |
| 8.12. Advisability of Granting Dissent Rights | | | | | | | | | | | | | | | | | | | | Hold. |
| 8.13. Requirement for Valuation and Fairness Opinion | | | | | | | | | | | | | | | | | | | | ? |
| 8.14. Exemption Fees Review | | | | | | | | | | | | | | | | | | | | Hold. |
| 8.16. Governance Issues | | | | | | | | | | | | | | | | | | | | |
| 8.16.1. Memo on Directors' Duties and Procedural Safeguards | | | | | | | | | | | | | | | | | | April 12 | | Awaiting DWPV memo. |
| 8.16.2. Order of Tango and Bravo Board meetings | | | | | | | | | | | | | | | | | | April 16 | | Done. |
| 8.16.3. Nature of Approval at Tango Board | | | | | | | | | | | | | | | | | | April 16 | | |
| 8.16.4. Nature of Approval at Bravo Board | | | | | | | | | | | | | | | | | | | | |

Responsibility of:
Bravo/Tango Internal Team / Advisors

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE-SUP      123547



ISSUES AND ACTIVITIES LIST – PROJECT X

**ISSUES AND ACTIVITIES**

| | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|
| **8.16.5. Who Does Board Presentations** | | | | |
| 8.16.5.1. | Bravo | April 16 | | |
| 8.16.5.2. | Tango | April 16 | | |
| **8.16.6. Who can Attend Board Meeting** | | | | |
| 8.16.6.1. | Bravo | April 12 | | Awaiting DWPV memo. |
| 8.16.6.2. | Tango | April 12 | | Awaiting DWPV memo. |
| **8.16.7. Who can Vote at Board Meeting** | | | | |
| 8.16.7.1. | Bravo | April 12 | | Awaiting DWPV memo. |
| 8.16.7.2. | Tango | April 12 | | Awaiting DWPV memo. |
| **8.16.8. Review D&O Insurance Policies** | | | | |
| 8.16.8.1. | Bravo | April 12 | | In progress. |
| 8.16.8.2. | Tango | April 12 | | In progress. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

459

BCE-SUP     123548



ISSUES AND ACTIVITIES LIST – PROJECT X

Page 19 of 19

| ISSUES AND ACTIVITIES | | Responsibility of: | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | Advisors | | | |
| | | Legal / Finance / Tax / Regulatory / Accounting / Comm / IR / Secretariat / HR | DWPV / Shearman / Lazard / JD / D&T / E&Y / Stikeman / Sitrick | | | |
| 8.15.9. | Review Indemnity Provisions | | | | | |
| 8.15.9.1. | Bravo | | | April 12 | | ML to follow up. |
| 8.15.9.2. | Tango | | | April 12 | | ML to follow up. |
| 8.15.9.3. | Tango Subsidiaries | | | April 12 | | ML to follow up. |
| 8.15.10. | Review Other Insurance Policies | | | | | ML/MT/PL to review. |
| 8.15.11. | Full Bravo Board Approval for Earnings Announcement (vs. Audit Committee) | | | | | Done. |
| 8.15.12. | Tango Directors and Officers | | | | | |
| 8.15.12.1. | Review Composition of Tango Board | | | April 12 | | Discuss. |
| 8.15.12.2. | Assess Resignation - Prior to Filing CCAA | | | | | |
| 8.15.12.3. | Assess Resignation - At Filing of CCAA | | | April 12 | | Discuss. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE-SUP     123549



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| 8.15.13. | Nomination of a Chief Restructuring Officer | ▨ | | | | | | | | | | | | | | | | | April 12 | | Names to be provided. |
| 8.15.14. | Determine Representations of Law Firms | | | | | | | | | | | | | | | | | | | | |
| 8.15.14.1. | Tango Canada | | | | | | | | | | | | | | | | | | | | Done. |
| 8.15.14.2. | Tango US | ■ | | | | | | | | | | | | | | | | | | | Done. |
| 8.15.14.3. | Bravo Canada | ■ | | | | | | | | | | | | | | | | | | | Done. |
| 8.15.14.4. | Bravo US | ■ | | | | | | | | | | | | | | | | | | | Done. DWPV and Shearman Memos circulated. |
| 8.16. | CONSEQUENCES OF BANKRUPTCY | | | | | | | | | | ■ | ■ | | | | | | | | | |
| 8.16.1. | Memo on Director Liabilities | | | | | | | | | | ▨ | | | ▨ | | | | | April 12 | | Draft memo circulated by DWPV. |
| 8.16.2. | Review US Sub. | | | | | | | | | | ▨ | | | ▨ | | | ▨ | | April 12 | | ML to follow up with Shearman. |
| 8.16.3. | Review International Subs | | | | | | | | | | | | | | | | | | | | |
| 8.16.4. | Tax Trust Fund | | | | | | | | | | | | | | | | | | | | |
| 8.16.5. | Wages Trust Fund | | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE-SUP    123550



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | | Advisors | | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | | | |
| 8.16.6. *Security for Directors* | | ▨ | | | | | | | | | | | | | | | | | | | | | | |
| 8.16.7. *Analysis of Key Contracts Between Tango and Bravo Entities and Arrange Back-Up Services* | | | | | | | | | | | | ▨ | | ▨ | | | | | | | | | | |
| 8.17. LEGAL OBLIGATIONS IN LIGHT OF NON-RELATED FINANCINGS | | | | | | | | | | | | ■ | ▨ | | | | | ▨ | | April 12 | | Done. No obligation provided no rep. given and financing not related to Tango and not material to BeV credit rating. |
| 8.18. TREATMENT OF BANKS | | | | | | | | | | | | | | | | | | | | | | , |
| 8.19. FOREIGN SUBSIDIARIES | | | | | | | | | | | | | | | | | | | | | | |
| 8.19.1. *Determine which Foreign Subsidiaries are Most Important* | | ▨ | | | | ▨ | | | | | | | ▨ | | | | | | | April 12 | | ML to follow up with FL. |
| 8.19.1.1. *Booking of Revenues by Entities* | | ▨ | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with FL |
| 8.19.1.2. *Collecting of Revenues by Entities* | | ▨ | | | | ▨ | | | | | | | | | | | | | | April 12 | | ML to follow up with FL. |
| 8.19.1.3. *Location of Bank Accounts* | | | | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with PL. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Page 21 of 21

459



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | |
| 8.19.1.4. Cash Management and Set-Off | ▨ | ▨ | | | | | | | | | | | | | | | | |
| 8.15.1.5. Operational Analysis | ▨ | | | | | | | | | | | | | | | | | |
| 8.19.2. List of Directors and Officers for Each | | | | | | | | | | | | | | | ▨ | | April 12 | ML to obtain. |
| 8.19.3. List of Contracts Signed by Foreign Subsidiaries | | | | | | | | | | | | | | | | | April 12 | JB to obtain. |
| 8.19.4. Assess Ability to Stop Payments | | | | | | | | | | ▨ | ▨ | | | | | | April 12 | PP to obtain. |
| 8.19.4.1. April-May Payables of Tango by Geography and Suppliers | | ▨ | | | | | | | | | | | | | | | April 10 | |
| 8.19.4.2. List of Letters of Credits and Guarantees Given. | ▨ | ▨ | | | | | | | | | | | | | | | April 10 | List provided. |
| 8.19.4.3. [Jay Swartz] | | | | | | | | | | | | | | | | | | |
| 8.20. WHICH FILINGS SHOULD BE MADE | | | | | | | | | | ▨ | | | | ▨ | | | April 16 | |
| 8.20.1.1. Canada | | | | | | | | | | | ▨ | ▨ | | | | | April 15 | |
| 8.20.1.2. US | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 22 of 22

459

BCE–SUP    123552

## ISSUES AND ACTIVITIES LIST – PROJECT X



| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Stirick | | | |
| **8.20.1.2.** *Foreign* | | | | | | | | | | | | | | | | | | | | |
| **8.21.** RESTRUCTURING ALTERNATIVES SUMMARY | | | | | | | | | | | | | | | | | | April 15 | | Done. |
| 8.21.1. *Review which Filings to Make* | | | | | | | | | | | | | | | | | | April 15 | | ML to review. |
| 8.21.2. *Review Tango Ontario/Quebec Assets* | | | | | | | | | | | | | | | | | | April 10 | | ML to review. |
| 8.21.3. *Review Head Office /Domicile/Assets in US* | | | | | | | | | | | | | | | | | | April 10 | | ML to review. |
| 8.21.4. *Review Tango US Subs Receivables* | | | | | | | | | | | | | | | | | | April 10 | | ML to follow up with DWPV. |
| **8.22.** REVIEW TANGO WEBSITE | | | | | | | | | | | | | | | | | | | | ML to prepare memo. |
| **8.23.** REVIEW EX-V CONTRACT | | | | | | | | | | | | | | | | | | April 18 | | |
| **8.24.** REVIEW DISTRESSED PREFERRED SHARE MECHANICS | | | | | | | | | | | | | | | | | | April 12 | | |
| **8.25.** PREPARE TIMELINE RE COMPETITORS RESTRUCTURING | | | | | | | | | | | | | | | | | | April 10 | | Done. |
| **8.26.** REVIEW POTENTIAL FOR ASSIGNMENT BY BANKS | | | | | | | | | | | | | | | | | | April 10 | | ML to prepare note. |
| **8.27.** PREPARE TIMELINE RE BRAVO DECISION-MAKING PROCESS | | | | | | | | | | | | | | | | | | April 14 | | MT to prepare and circulate. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 – 10:00 pm

459

BCE–SUP    123553



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | | |
| **8.22.** IMPACT OF GOODWILL WRITEDOWN ON TANGO DEBT COVENANTS | | | | | | | | | | | | | | | | | | | | April 12 | | |
| **8.23.** REVIEW IMPACT OF BANK TREATMENT ON BRAVO FACILITIES | | | | | | | | | | | | | | | | | | | | April 12 | | |
| **9.** REGULATORY ISSUES | | | | | | | | | | | | | | | | | | | | | | |
| **9.1.** MONITOR AT&T CANADA DECISION | | | | | | | | | | | | | | | | | | | | April 20 | | MT to call Sheridan Scott. |
| **9.2.** REVIEW IMPACT OF TERMINATING CONTRACTS | | | | | | | | | | | | | | | | | | | | April 15 | | ML to follow up with JB. |
| **10.** FINANCE AND ACCOUNTING ISSUES | | | | | | | | | | | | | | | | | | | | | | |
| **10.1.** IMPACT OF TRANSACTION | | | | | | | | | | | | | | | | | | | | | | |
| *10.1.1. Impact on Accounting Policies* | | | | | | | | | | | | | | | | | | | | | | |
| *10.1.2. Impact on Post-Transaction Bravo Share Price* | | | | | | | | | | | | | | | | | | | | | | |
| *10.1.3. Impact on Credit Ratings* | | | | | | | | | | | | | | | | | | | | | | |
| *10.1.3.1. Tango* | | | | | | | | | | | | | | | | | | | | | | |
| *10.1.3.2. Bravo* | | | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 – 10:00 pm*

Page 24 of 24

459

BCE–SUP    123554



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Bravo/Targo Internal Team | | | | | | | | Advisors | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Slikeman | Stikiok | |
| 10.1.3.3. | *Others ?* | | | | | | | | | | | | | | | | | | |
| 10.1.3.4. | *Impact on Alliances* | ▨ | ▨ | | | | | | | | | | | | | | | | |
| 10.1.3.5. | *Impact on Future Cost of Capital* | | | | | | | | | | | | ▨ | | | | | | |
| 10.2. | VALUATION | | | | | | | | | | | | ▨ | | | | | | |
| 10.3. | FAIRNESS OPINION | | | | | | | | | | | | ▨ | | | | | | |
| 10.4. | FINANCIAL MODEL | | ▨ | | | | | | | | | | ▨ | | | | | | |
| 10.5. | DEBT CAPACITY ANALYSIS | | | | | ▨ | | | | | | | | | | | | | |
| 10.6. | SHORT AND MEDIUM TERM FUNDING REQUIREMENTS | | | | | | | | | | | | | | | | | | |
| 10.6.1. | *Amounts put in up to date* | | ■ | | | | | | | | | | | | | | | | Ongoing. | | Done. Update. |
| 10.6.2. | *Weekly Cash Flow Forecast* | | ▨ | | | | | | | | | | ▨ | | | ▨ | | | April 16 | | |
| 10.6.3. | *Funding Plan* | | | | | | | | | | | | | | | | | | ′ | | |
| 10.6.4. | *Cash Flow Model Pre and Post Filing for Each Country* | | | | | | | | | | | | | | | | | | ′ | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

*Page 25 of 25*

459

BCE–SUP     123555



ISSUES AND ACTIVITIES LIST – PROJECT X

Page 26 of 26

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | |
| 10.6.5. | Strategy re Payables and Purchasing | | | | | | | | | | | | | | | | | | | | |
| 10.7. | IMPACT ON FUTURE BRAVO GROUP FINANCINGS | | | | | | | | | | | | | | | | | | | | |
| 10.7.1. | Bank Credit Facilities | | | | | | | | | | | | | | | | | | | | |
| 10.7.2. | Common Share Financings | | | | | | | | | | | | | | | | | | | | |
| 10.7.3. | Preferred Share Financings | | | | | | | | | | | | | | | | | | | | |
| 10.7.4. | Bond Financings | | | | | | | | | | | | | | | | | | | | |
| 10.7.5. | Commercial Paper Programs | | | | | | | | | | | | | | | | | | | | |
| 10.8. | ASSESS WHETHER THERE IS AN ONGOING VIABLE BUSINESS PLAN | | | | | | | | | | | | | | | | | | | | |
| 10.9. | DETERMINE VIABLE CAPITAL STRUCTURE | | | | | | | | | | | | | | | | | | | | |
| 10.10. | ONGOING EQUITY INVESTMENT REQUIRED | | | | | | | | | | | | | | | | | | | | |
| 10.11. | REVIEW 2002 INTEREST PAYMENT SCHEDULE | | | | | | | | | | | | | | | | | | | | |
| 10.12. | DETERMINE BANKS TREATMENT | | | | | | | | | | | | | | | | | | | Done. | |
| 10.13. | RATING AGENCIES PRESENTATION | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 • 10:00 pm*

459



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | | | |
| 10.14. LIST OF INTERCOMPANY RECEIVABLES | | | | | | | | | | | | | | | | | | | | |
| 10.15. ACCOUNTING TREATMENT FOR DECONSOLIDATION | | ▨ | | | ▨ | | | | | | | | | | | | | Ongoing- | | Done. |
| 10.16. INDUSTRY OVERVIEW | | | | | | | | | | | | ■ | | | | | | April 10 | | Done. Lazard presentation April 4. |
| 10.17. LIQUIDATION VALUE SCENARIO | | | | | | | | | | | | ■ | | ▨ | | | | | | |
| 10.18. OBSTACLES TO TANGO RESTRUCTURING | | | | | | | | | | | | | | | | | | | | Done. Lazard presentation April 4. |
| 10.19. AMOUNTS OWED BY TANGO TO BRAVO GROUP COMPANIES | | ■ | | | | | | | | | | ■ | | | | | | | | Done. |
| 10.20. BACK-UP PLAN IF NETWORK TURNED OFF BY THIRD PARTIES | | ▨ | | | | | | | | ▨ | | | | | | ▨ | | | | |
| 10.21. TREATMENT OF TANGO 4TH SERIES PREFERRED SHARES | | ▨ | | | | | | | | | | | | | | | | | | |
| 11. TAX ISSUES | | | | | | | | | | | | | | | | | | | | |
| 11.1. IDENTIFICATION OF TAX ISSUES | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.1. Memorandum | | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 27 of 27



ISSUES AND ACTIVITIES LIST – PROJECT X

Page 28 of 28

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 – 10:50 pm

US $47M expected in 1-2 months.

ISSUES AND ACTIVITIES

11.1.2.  Timing
11.1.3.  Optimal Corporate Structure
11.1.4.  Tango Tax Loss Monetization
11.1.5.  Treatment of Forgiveness of Debt
    11.1.5.1.  Canada
    11.1.5.2.  US
11.1.6.  Triggering of Capital Loss and Impact on Bravo Tax Position
11.1.7.  Impact of Change of Control Rules
    11.1.7.1.  Canada
    11.1.7.2.  US
11.1.8.  Refunds of Tax Loss Carry Back at Ex
11.2.  Filing of Returns

459

BCE~SUP    123558



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Stirick | | | | |
| **12. HUMAN RESOURCES ISSUES** | | | | | | | | | | | | | | | | | | | | | |
| 12.1. EMPLOYEE TERMINATION PLAN | | | | | | | | | | | | | | | | | | | | | |
| 12.2. EMPLOYEE RETENTION PLAN | | | | | | | | | | | | | | | | | | | | | |
| 12.3. STOCK OPTION PLAN | | | | | | | | | | | | | | | | | | April 12 | | |
| 12.4. PENSION PLAN | | | | | | | | | | | | | | | | | | | | |
| 12.4.1. Confirm Fully Funded | | | | | | | | | | | | | | | | | | April 12 | | |
| **13. CORPORATE APPROVAL** | | | | | | | | | | | | | | | | | | | | |
| 13.1. TANGO BOARD PRESENTATION | | | | | | | | | | | | | | | | | | April 18 | | |
| 13.2. TANGO BOARD RESOLUTION | | | | | | | | | | | | | | | | | | April 18 | | |
| 13.3. BRAVO BOARD PRESENTATION | | | | | | | | | | | | | | | | | | April 18 | | |
| 13.4. BRAVO BOARD RESOLUTION | | | | | | | | | | | | | | | | | | April 18 | | |
| **14. BONDHOLDERS APPROVAL** | | | | | | | | | | | | | | | | | | | | |
| 14.1. NOTICE OF MEETING | | | | | | | | | | | | | | | | | | | | Hold. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 – 10:00 pm

Page 29 of 29

459

BCE–SUP     123559



ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.2. Meeting of the Bondholders | | | | | | | | | | | | | | | | | | | | | Hold. |
| **15. Court Orders** | | | | | | | | | | | | | | | | | | | | | |
| 15.1. Initial Order (Arrangement) | | | | | | | | | | | | | | | | | | | | | Hold. |
| 15.2. Final Order (Arrangement) | | | | | | | | | | | | | | | | | | | | | Hold. |
| **16. Investor / Public Relations** | | | | | | | | | | | | | | | | | | | | | |
| 16.1. Communications Strategy | | | | | | | | | | | | | | | | | | | April 12 | | In progress. |
| 16.1.1. *Script for Announcement* | | | | | | | | | | | | | | | | | | | April 12 | | |
| 16.2. Obtain Precedents of Releases of Distressed Companies | | | | | | | | | | | | | | | | | | | Ongoing. | | In progress (MC). |
| 16.3. Stand-by Statements | | | | | | | | | | | | | | | | | | | | | |
| 16.3.1. Analysts | | | | | | | | | | | | | | | | | | | | | Done. |
| 16.3.2. Stock Exchanges | | | | | | | | | | | | | | | | | | | | | Done. |
| 16.3.3. Media | | | | | | | | | | | | | | | | | | | | | Done. |
| 16.4. Credit Agencies Statement | | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 19, 2002 - 10:00 pm*

*Page 30 of 30*

459



## ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Stikeman | Sitrick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **16.5.** INVESTORS MEETING / CALL | | | | | | | | | | | | | | | | | | | | |
| **16.6.** PRESS RELEASES | | | | | | | | | | | | | | | | | | | | |
| 16.6.1. *Announcement of Restructuring* | | | | | | | | | | | | | | | | | | April 12 | | |
| 16.6.1.1. *Restructuring* | | | | | | | | | | | | | | | | | | | | |
| 16.6.1.2. *Goodwill Impairment* | | | | | | | | | | | | | | | | | | | | |
| 16.6.2. *Press Conference / Transcript* | | | | | | | | | | | | | | | | | | | | |
| 16.6.3. *Announcement of Closing* | | | | | | | | | | | | | | | | | | | | Hold. |
| 16.6.4. *Other Announcements* | | | | | | | | | | | | | | | | | | | | |
| 16.6.5. *Other Third-Party Communications* | | | | | | | | | | | | | | | | | | | | |
| 16.6.5.1. *Customers* | | | | | | | | | | | | | | | | | | | | |
| 16.6.5.2. *Suppliers* | | | | | | | | | | | | | | | | | | | | |
| 16.6.6. Q & A | | | | | | | | | | | | | | | | | | | | |

*Responsibility of:* Bravo/Tango Internal Team | Advisors

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 – 10:00 pm

459

BCE–SUP    123561



ISSUES AND ACTIVITIES LIST – PROJECT X

Page 32 of 32

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

459

BCE-SUP    123562

# ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | HR | Secretariat | IR | Comm | Accounting | Regulatory | Tax | Finance | Legal | Sitrick | Stikeman | E&Y | D&T | JD | Lazard | Shearman | DWPV | | | |
| **17. CLOSING** | | | | | | | | | | | | | | | | | | | | |
| 17.1.   CLOSING AGENDA | | | | | | | | | | | | | | | | | | | | |
| 17.2.   RESIGNATIONS / APPOINTMENTS OF OFFICERS/DIRECTORS | | | | | | | | | | | | | | | | | | | | |
| **18. POST-CLOSING** | | | | | | | | | | | | | | | | | | | | |
| 18.1.   TRANSITION STRATEGY | | | | | | | | | | | | | | | | | | | | |
| 18.1.1.   *Management* | | | | | | | | | | | | | | | | | | | | |
| 18.1.2.   *Employment* | | | | | | | | | | | | | | | | | | | | |
| 18.1.3.   *Customers* | | | | | | | | | | | | | | | | | | | | |
| 18.2.   INSIDER REPORTS | | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 1/4, 2002 - 10:00 pm

459

BCE–SUP   123563