# EXHIBIT 1J

STRICTLY CONFIDENTIAL | 16 APRIL 2002

PRELIMINARY DISCUSSION MATERIALS

Project X

BCE–SUP    122356

PROJECT X

## Table Of Contents

I.      Major Findings and Implications Since Last Meeting

II.     Overview of Alternatives

III.    Restructuring Case

IV.     Pro Forma Combination Analysis

V.      Voice Only Case

VI.     Preliminary Liquidation Analysis

VII.    Next Steps

        Appendices

BCE-SUP    122357

PROJECT X

I     Major Findings and Implications Since Last Meeting

BCE—SUP    122358

PROJECT X

# Major Findings and Implications Since Last Meeting

| FINDINGS | POSSIBLE IMPLICATIONS |
|---|---|
| ▪ "Not debtor-friendly" legal environment outside of US. Canada and possibly UK | ▪ Keeping Teleglobe together in a company controlled restructuring will be very challenging<br>▪ Without benefits of "stay of proceedings," cash burn will remain high as the vast majority of '02 capex commitments are outside of North America |
| ▪ Under bankruptcy protection in North America, Teleglobe will continue to incur POP leases and operating costs during network migration | ▪ Additional costs must be included in the Restructuring Case during network migration<br>▪ However, uneconomic real estate leases in North America can be rejected |
| ▪ Stand-alone voice business generates positive free cash flow over forecast period. Most bilateral agreements reside within Teleglobe Canada LP and USA legal entities | ▪ Ability to protect and possibly sell/transfer bilateral agreements in North American entities under court protection<br>▪ Need to explore possible restructuring and/or sale of voice business only |
| ▪ Total liquidation value range of $80 - $240 million (3.0% - 9.1% of face value) _(handwritten)_<br>▪ "Structural subordination" – trade creditors appear to have preference over debt creditors in Canada and RoW (excluding US) | ▪ Little to no value available to debt holders under liquidation<br>▪ Any recovery highly dependent on liquidation of other assets (Intelsat, Excel Notes, etc.) |
| ▪ Preliminary analyses show potential for significant synergies for combining Teleglobe with facilities-based carriers _(handwritten)_ | ▪ Explore potential combinations<br>▪ Teleglobe will require further funding during auction process. BCE is currently the most likely funding source and may be required to commit traffic and make a further cash injection in the combined entity to retain an ongoing interest |

_(handwritten notes in margins)_

Page 1

PROJECT X

## II    Overview of Alternatives

BCE--SUP    122360

# PROJECT X

## Strategic Options

*($ in Millions)*



| | Preliminary Funding Requirement Cumulative/Unlevered | | | COMMENTS |
|---|---|---|---|---|
| | May 1 – July 31 | May 1 – Sept 30 | May 1 – Dec 31 | |
| **File in North America and Pursue a Sale of Teleglobe** | ($320) | ($400+) | ($490+) | ■ Requires $400+ million of funding to keep this option open<br>■ Requires operations outside of North America not to initiate insolvency proceedings<br><br>■ Need to proceed to immediate sale process – unlikely to be completed until late 2002 |
| **Sell Voice Only / Liquidate Rest** | ($70+) | ($70+) | ($70+) | ■ Minimizing cash burn requires exiting data business<br>■ Requires protecting bilateral agreements until sale completed<br>■ Requires competitive sale process to maximize value |
| **Liquidate** | ($25) | ($25) | ($25) | ■ Liquidating immediately destroys value of cash positive bilateral voice business |

■ A Dual Process of testing the sale of all of Teleglobe while preparing for the possibility of selling the voice business should be pursued immediately
■ Financing availability and potential for recovery will determine the option pursued

Page 2

BCE–SUP    122361

PROJECT X

## Strategic Options (cont'd)

|  | BANKS / BONDHOLDERS | BCE |
|---|---|---|
| **File in North America and Pursue a Sale of Teleglobe** | + May maximize total proceeds<br><br>+ May provide upside potential in the event the industry recovers<br><br>– Large amount of secured financing expected to fund losses until sale could result in diminished recovery<br><br>– Likely to be non-cash consideration<br><br>– Most potential partners also in difficult financial situation<br><br>– High execution risk (deal and operational) | + May provide upside potential in the event the industry recovers<br><br>+ Will be perceived as facilitating a best possible resolution for all stakeholders<br><br>– Bilateral agreements may be sold<br><br>– Large funding requirement (may exceed value of transaction) with no certainty of outcome<br><br>– Requires contractual obligations from BCE in addition to potential further equity investment<br><br>– High execution risk (deal and operational) |
| **Sell Voice Only / Liquidate Rest** | + Higher recovery potential as most of the value resides in the Canadian entities<br><br>+ A sale as an overlay to an existing network could create additional value<br><br>– Competitive bidding process challenging<br><br>– Does not have the potential upside of a successful sale of the whole company | + Protects bilateral relationships<br><br>+ Less than $100 million of funding required if implemented immediately<br><br>+ Perception of facilitating a positive resolution<br><br>– May loose its bilateral relationships (for Canada. |
| **Liquidate** | – Likely to have the least amount of recovery<br><br>– No value for bilateral agreements | + Minimal further funding required<br><br>– Loss of bilateral agreements |

Page 3

BCE–SUP    122362

PROJECT X

## III    Restructuring Case

BCE-SUP    122363

PROJECT X

## Summary of Restructuring Case – Revised for Legal Constraints

| | 2001A | 1Q-2002A | Apr-02E | May-02E | Jun-02E | Jul-02E | Aug-02E | Sep-02E | Oct-02E | Nov-02E | Dec-02E | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | | | | | | | |
| Gross Voice | 940.0 | 395.0 | 72.0 | 72.0 | 74.6 | 77.0 | 80.9 | 81.0 | 84.5 | 91.9 | 94.6 | 960.0 | 940.0 | 925.0 | 905.0 |
| Data | 349.0 | 158.3 | 26.3 | 26.3 | 26.1 | 25.1 | 24.2 | 23.2 | 22.3 | 20.6 | 19.8 | 307.9 | 304.9 | 327.9 | 361.1 |
| Other | (41.0) | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.0 | 1.0 | 1.0 | 0.9 |
| Total Gross Revenues | 1,259.0 | 1,055.5 | 98.4 | 100.8 | 100.8 | 102.3 | 105.2 | 107.2 | 110.3 | 113.0 | 114.5 | 1,248.7 | 1,245.9 | 1,253.8 | 1,167.0 |
| | | | | | | | | | | | | | | | |
| Net Voice Revenue | | 46.3 | 16.1 | 16.1 | 16.7 | 17.2 | 18.1 | 18.8 | 19.7 | 19.8 | 21.6 | 215.0 | 204.9 | 193.2 | 184.5 |
| | | | | | | | | | | | | | | | |
| Reported EBITDA | 68.0 | 10.8 | (1.9) | 0.4 | 1.5 | 1.5 | 2.1 | 2.3 | 1.5 | 2.1 | 2.5 | 24.1 | 39.0 | 39.9 | 43.0 |
| % Margin | -5.3% | 3.5% | -2.0% | 0.4% | 1.5% | 1.5% | 2.0% | 2.2% | 1.4% | 1.5% | 2.3% | 1.9% | 3.1% | 3.2% | 3.6% |
| | | | | | | | | | | | | | | | |
| Cash EBITDA | (49.0) | 7.2 | (2.0) | (1.0) | (1.2) | 0.4 | 0.9 | 1.2 | 1.3 | 0.4 | 0.9 | 1.4 | 9.9 | 24.3 | 25.7 | 28.8 |
| % Margin | | 2.4% | | | | 0.3% | 0.9% | 1.1% | 1.2% | 0.4% | 0.8% | 1.2% | 0.8% | 2.0% | 2.1% | 2.5% |
| | | | | | | | | | | | | | | | |
| Less Other Expense, Net | (116.0) | | | (10.3) | (10.3) | (10.3) | (10.3) | (2.0) | (2.0) | (2.0) | (10.3) | (99.5) | | | |
| Less Changes in Working Capital | 76.0 | 0.0 | | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 0.0 | 0.0 | 0.0 | (70.0) | | 70.0 | |
| | | | | | | | | | | | | | | | |
| Less Cash Capital Expenditures | (1,442.0) | (311.9) | (61.8) | (69.5) | (75.0) | (50.4) | (50.4) | (50.4) | (35.9) | (25.5) | (21.5) | (616.1) | (173.6) | (150.0) | (165.0) |
| | | | | | | | | | | | | | | | |
| Cumulative Unlevered Free Cash Flow | | | (200.3) | (277.5) | (320.1) | (367.1) | (406.6) | (406.6) | (431.5) | (461.9) | (486.1) | | (446.9) | (700.7) | (834.9) |

(2) Capex was reduced by the monthly equivalent of $7.2 million / year for capitalized IT and networking expense
(3) Cumulative months are calculated beginning in May 2002

### Reconciliation to April 10 Presentation (2002 Results)

| | Revised | Restructured | Management |
|---|---|---|---|
| ▪ EBITDA | $10 | $13 | $36 |
| ▪ Capex | 616 | 312 | 634 |
| ▪ Working Capital & Other | (130) | (125) | 0 |
| ▪ Unlevered Free Cash Flow | (736) | (424) | (598) |

### Key Assumptions

- ▪ File in Canada/USA/UK, no filing in RoW
  - ▪ Must honor capex commitments outside of North America in 2002
- ▪ US cost reductions take place mostly in 2003 – 9 month migration
- ▪ Exit Hosting and IP-VPN in short term

Page 4

BCE–SUP    122364

PROJECT X

IV.    Pro Forma Combination Analysis

BCE-SUP    122365

PROJECT X

# NPV of Synergies

## SUMMARY OF SYNERGY SENSITIVITIES

| | 2002E | | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| | Q3 02E | Q4 02E | | | |
| Teleglobe UFCF (a) | ($114) | ($90) | ($80) | ($124) | ($156) |
| | | | | | |
| Annual Synergies | | | Synergies | | |
| $100 | $15 | $20 | $90 | $100 | $100 |
| 150 | 23 | 30 | 120 | 150 | 150 |
| 200 | 30 | 40 | 160 | 200 | 200 |
| | | | | | |
| Annual Synergies | | Incremental UFCF Contribution of Synergies | | | |
| $100 | ($119) | ($70) | $10 | ($24) | ($56) |
| 150 | (111) | (60) | 40 | 26 | 14 |
| 200 | (104) | (50) | 80 | 76 | 64 |

(a) Assumes working capital decrease of $70 million occurs in 2003 and not 2004 as reflected in the restructuring model

Under the current Restructuring Plan, even including the synergies, Teleglobe's UFCF contribution to a partner will be negative in the near term

Page 5

BCE-SUP    122366

PROJECT X

# Summary of Synergy Impact

**PRO FORMA CONTRIBUTION ASSUMING $200 MILLION ANNUAL SYNERGIES**

| | 2002E | | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| | Q3 02E | Q4 02E | | | |
| **BROADWING** | | | | | |
| Standalone EBITDA | $150 | $151 | $620 | $656 | $689 |
| Pro Forma EBITDA | 184 | 193 | 804 | 881 | 918 |
| *% Increase/(Decrease)* | *22.2%* | *24.4%* | *29.6%* | *34.4%* | *33.2%* |
| | | | | | |
| Standalone UFCF | $83 | $103 | $286 | $313 | $338 |
| Pro Forma UFCF | (21) | 53 | 366 | 388 | 402 |
| *% Increase/(Decrease)* | *NM* | *(48.2%)* | *27.9%* | *24.2%* | *18.9%* |
| **LEVEL 3** | | | | | |
| Standalone EBITDA | $6 | $7 | $229 | $375 | $554 |
| Pro Forma EBITDA | 39 | 50 | 414 | 601 | 763 |
| *% Increase/(Decrease)* | *551.8%* | *618.7%* | *80.6%* | *60.2%* | *62.8%* |
| | | | | | |
| Standalone UFCF | ($26) | ($15) | ($250) | ($215) | ($5) |
| Pro Forma UFCF | (130) | (65) | (171) | (199) | 59 |
| *% Increase/(Decrease)* | *NM* | *NM* | *NM* | *NM* | *NM* |
| **WILLIAMS** | | | | | |
| Standalone EBITDA | $18 | $28 | $249 | $492 | $733 |
| Pro Forma EBITDA | 51 | 70 | 434 | 718 | 962 |
| *% Increase/(Decrease)* | *184.5%* | *154.3%* | *74.1%* | *45.8%* | *31.2%* |
| | | | | | |
| Standalone UFCF | ($72) | ($64) | ($143) | ($12) | $116 |
| Pro Forma UFCF | (177) | (114) | (63) | 64 | 180 |
| *% Increase/(Decrease)* | *NM* | *NM* | *NM* | *NM* | *55.0%* |

> A transaction would be EBITDA accretive assuming high level of synergies but UFCF negative in the near term

Page 6.

BCE-SUP    122367

PROJECT X

V.    Voice Only Case

BCE-SUP    122368

PROJECT X

## Summary of Preliminary Analysis of Voice Only Case.

Sale of voice business requires less than $75 million of incremental funding. The payback will be in a little over a year.

| | 2001A | 2002E | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| **REVENUES** | | | | | |
| Gross Voice | 939.0 | 825.6 | 752.0 | 740.0 | 724.0 |
| Outpayments | 692.0 | 632.0 | 578.0 | 574.0 | 567.0 |
| Net Voice Revenues | 247.0 | 193.6 | 174.0 | 166.0 | 157.0 |
| IPL Margin | 12.0 | 11.4 | 10.8 | 10.2 | 9.6 |
| Total Net Voice Revenues | 259.0 | 205.0 | 184.8 | 176.2 | 166.6 |
| | | | | | |
| **COSTS** | | | | | |
| Payroll | 47.9 | 39.1 | 37.5 | 36.8 | 36.9 |
| Network Costs | 46.9 | 49.6 | 42.2 | 42.3 | 42.4 |
| G&A | 29.0 | 24.8 | 23.3 | 21.9 | 20.6 |
| Bad Debt | 11.3 | 9.9 | 9.0 | 8.9 | 8.7 |
| | | | | | |
| EBITDA | 123.9 | 81.6 | 72.8 | 66.3 | 58.0 |
| Capex | 22.4 | 30.0 | 30.0 | 29.0 | 29.0 |
| Unlevered Free Cash Flow | 101.5 | 51.6 | 42.8 | 37.3 | 29.0 |

### Key Assumptions

- Keep selected POPs in North America and 2 in UK
- File for protection and insolvency everywhere else
- Retrench to historical bilateral & PTT voice traffic services
- 600 people organization
- Protect all bilaterals between Bell and other PTTs

Page 7

BCE-SUP    122369

PROJECT X

VI.    Preliminary Liquidation Analysis

BCE—SUP    122370

PROJECT X

## Summary Comments

- Preliminary range of recoveries to banks and bondholders is $0.03 to $0.09
  - Low recoveries to banks and bondholders are driven by several factors
    - Structural subordination
      - Due to structure of bank and public debt in TI and THCUS, claims of most creditors in Canada and RoW likely need to be satisfied before assets are available to creditors of these companies
    - Low asset values
      - Limited demand for assets (over capacity, etc.)
      - High proportion of IRU's in asset base which are above market
      - High proportion of construction in progress in asset base which has limited value on liquidation
      - Impairment of accounts receivable in a liquidation
        - Offset issues
        - Collectibility
      - Significant portion of recovery comes from investments (e.g. Intelsat, Excel Notes, etc.)

- Creditors in Canada and RoW achieve recoveries of $0.20 - $0.40
  - Trade and other unsecured creditors in Canada and "Rest of World" appear to rank in priority to claims of banks and bondholders

BCE–SUP    122371

PROJECT X

## Summary

|  | (US$ millions) | | Comments |
|---|---|---|---|
|  | Low | High | |
| **Net Assets Available for TI and THCUS:** | | | |
| Canada | $ | $ | See summary by region. |
| United States | 47 | 87 | See summary by region. |
| Rest of World | | | See summary by region. |
| Other: | | | |
| Intelsat | 15 | 68 | Private, proceeds may take 2 yrs |
| Newskies | 8 | 12 | Public company |
| Excel | | | |
| tax recovery | 40 | 40 | $7M to be pd to Vartec with residual to TI |
| sales proceeds | - | 50 | Management's best estimate. |
| Marine | - | 10 | Holds fleet of boats to maintain cables. |
| Look | - | 1 | Public company last traded at $0.08/share. |
| Support Costs | (30) | (30) | |
|  | $  80 | $  238 | |
| **Liabilities of TI and THCUS** | | | |
| Banks | $ 1,303 | $ 1,303 | |
| Noteholders | 1,296 | 1,296 | |
| Other | 20 | 20 | |
|  | $ 2,619 | $ 2,619 | |
| Recovery per $ of liabilities | 3.0% | 9.1% | |

Page 9

BCE-SUP    122372

PROJECT X

## Assumptions

■ Key assumptions:

- Orderly liquidation in Canada, US and RoW

- Claims of Banks/Bondholders are structurally subordinated to the claims of other creditors in Canada and RoW (i.e. excl. US)

  — Critical assumption which requires additional legal analysis

  — Will be a contentious issue between banks/bondholders and other creditors

■ Basis for preliminary conclusions:

- Discussions with management, Lazard and legal counsel

- Legal entity analysis of assets and liabilities

- Experience with comparable assets and liquidating plans in restructuring cases in Canada and US

■ Issues to be addressed/important sensitivities:



| ISSUE | POTENTIAL IMPACT ON RECOVERY TO DEBT HOLDERS |
|---|---|
| Structural subordination | Decrease recoveries |
| Severance and contingent liabilities | Decrease recoveries / assets available |
| Amount of liquidation and support costs | TBD |
| Prior ranking claims | Decrease recoveries / assets available |
| Liability for capex commitments? | TBD |
| Execution Risk | TBD |

Page 10

BCE-SUP    122373

PROJECT X

VII    Next Steps

BCE—SUP    122374

PROJECT X

## Next Steps

- Continue confirmation of key assumptions
  - Legal – international restructuring
  - Financial funding requirements
    - Short-term
    - Medium-term

- Prepare for filing in appropriate jurisdictions
  - Ensure filing strategy protects bilateral voice business
  - Set up appropriate cash management and banking arrangements
  - Interest payment on April 23

- Continue conversations and prepare formal sale process of whole company

- Determine funding source and amount (BCE or other)

- Begin parallel process to divest voice only

- Corporate governance

- Preparation of materials for the Board

Page 11

BCE—SUP    122375

PROJECT X.

Appendices

BCE–SUP    122376

PROJECT X

# Key Assumptions – Summary of Voice Only Case

| | 2001A | 2002E | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| **VOICE REVENUES ASSUMPTIONS** | | | | | |
| % Change in Volume | | 20.9% | -17.5% | 13.4% | 15.0% |
| % Change in Net Revenues per minute | | -21.6% | -10.1% | -4.6% | -5.4% |
| Gross Margin | 26.3% | 23.4% | 23.1% | 22.4% | 11.7% |
| **COSTS ASSUMPTIONS** | | | | | |
| **Personnel Costs** | | | | | |
| Change in Voice Personnel Costs | | -18.3% | -4.1% | -2.0% | 0.5% |
| Average Number of Employees at Year End | 650 | 600 | 560 | 540 | 530 |
| Average Cost per Employee | 60,620 | 62,621 | 64,687 | 66,822 | 69,027 |
| % Change in Cost per Employee | | 3.3% | 3.3% | 3.3% | 3.3% |
| **Network Costs** | | | | | |
| % Change in Network Costs | | 5.8% | -15.0% | 0.3% | 0.2% |
| **G&A** | | | | | |
| % Change in G&A | | -14.5% | -6.0% | -6.0% | -6.0% |
| Bad Debt | 11.27 | 9.91 | 9.02 | 8.88 | 8.69 |
| CAPEX | 22.4 | 30.0 | 30.0 | 29.0 | 29.0 |

Page 12

BCE-SUP     122377

PROJECT X

## Preliminary Pro Forma Combination Analysis – Level 3

### LEVEL 3 SYNERGY IMPACT SUMMARY

| | 2002E | | | | |
| --- | --- | --- | --- | --- | --- |
| | Q3 02E | Q4 02E | 2003E | 2004E | 2005E |
| Level 3 EBITDA | $6 | $7 | $229 | $375 | $534 |
| Tangible EBITDA | 3 | 3 | 25 | 26 | 29 |
| Combined EBITDA | $9 | $10 | $254 | $401 | $563 |
| | | | | | |
| **Combined Pro Forma EBITDA With Synergies** | | | | | |
| Annual Synergies | | | | | |
| $100 | $24 | $30 | $544 | $501 | $663 |
| 150 | 32 | 40 | 374 | 551 | 713 |
| 200 | 39 | 50 | 414 | 601 | 763 |
| | | | | | |
| **Combined Pro Forma UFCF With Synergies** | | | | | |
| Annual Synergies | | | | | |
| $100 | ($145) | ($85) | ($241) | ($239) | ($41) |
| 150 | (137) | (75) | (211) | (189) | 9 |
| 200 | (130) | (65) | (177) | (159) | 59 |
| | | | | | |
| **Incremental UFCF Value to Level 3** | | | | | |
| Annual Synergies | | | | | |
| $100 | ($119) | ($70) | $10 | ($24) | ($16) |
| 150 | (111) | (60) | 40 | 26 | 14 |
| 200 | (104) | (50) | 80 | 76 | 64 |

Source: SSB 2/27/02.
Note: Assumes no capital expenditure synergies.
Assumes no taxes.

Page 13

BCE–SUP     122378

PROJECT X

## Preliminary Pro Forma Combination Analysis – Broadwing

### BROADWING SYNERGY IMPACT SUMMARY

| | 2002E | | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| | Q3 02E | Q4 02E | | | |
| Broadwing EBITDA | $150 | $151 | $620 | $656 | $689 |
| Teleglobe EBITDA | 3 | 3 | 25 | 26 | 29 |
| Combined EBITDA | $154 | $153 | $644 | $681 | $718 |
| | | | | | |
| **Annual Synergies** | Combined Pro Forma EBITDA With Synergies | | | | |
| $100 | $169 | $173 | $734 | $781 | $818 |
| 150 | 176 | 183 | 764 | 831 | 868 |
| 200 | 184 | 193 | 804 | 881 | 918 |
| | | | | | |
| **Synergies** | Combined Pro Forma UFCF With Synergies | | | | |
| $100 | ($16) | $13 | $296 | $288 | $302 |
| 150 | (28) | 43 | 326 | 338 | 352 |
| 200 | (21) | 53 | 366 | 388 | 402 |
| | | | | | |
| **Annual Synergies** | Incremental UFCF Value to Broadwing | | | | |
| $100 | ($119) | ($70) | $10 | ($24) | ($36) |
| 150 | (111) | (60) | 40 | 26 | 14 |
| 200 | (104) | (50) | 80 | 76 | 64 |

Source: SSB 4/5/02.
Note: Assumes no capital expenditure synergies.
Assumes no taxes.

Page 14

BCE–SUP     122379

PROJECT X

## Preliminary Pro Forma Combination Analysis – Williams

### WILLIAMS SYNERGY IMPACT SUMMARY

| | 2002E | | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| | Q3 02E | Q4 02E | | | |
| Williams EBITDA | $18 | $28 | $249 | $492 | $733 |
| Teleglobe EBITDA | 3 | 3 | 25 | 26 | 29 |
| Combined EBITDA | $21 | $30 | $274 | $518 | $762 |

**Combined Pro Forma EBITDA With Synergies**

Annual Synergies

| | Q3 02E | Q4 02E | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| $100 | $36 | $50 | $364 | $618 | $862 |
| 150 | 44 | 60 | 394 | 668 | 912 |
| 200 | 51 | 70 | 434 | 718 | 962 |

**Combined Pro Forma UFCF With Synergies**

Annual Synergies

| | Q3 02E | Q4 02E | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| $100 | ($192) | ($134) | ($133) | ($36) | ($36) |
| 150 | (185) | (126) | (103) | 14 | 130 |
| 200 | (177) | (114) | (63) | 64 | 180 |

**Incremental UFCF Value to Williams**

Annual Synergies

| | Q3 02E | Q4 02E | 2003E | 2004E | 2005E |
|---|---|---|---|---|---|
| $100 | ($119) | ($70) | $10 | ($24) | ($36) |
| 150 | (111) | (60) | 40 | 26 | 14 |
| 200 | (104) | (50) | 80 | 76 | 64 |

Source: Deutsche Bank 1/16/02.
Note: Assumes no capital expenditure synergies.
Assumes no taxes.

Page 15

BCE-SUP    122380

PROJECT X

## Summary -- By Region

(US$ millions)

| | Canada Low | Canada High | United States Low | United States High | Rest of World Low | Rest of World High |
|---|---|---|---|---|---|---|
| | | **Summary of Preliminary Liquidation Value Range by Region** | | | | |
| Cash | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable | $ 105 | $ 139 | $ 32 | $ 48 | $ 25 | $ 51 |
| as a % of net book value | 48.8% | 64.4% | 35.6% | 54.2% | 30.0% | 60.0% |
| PP&E | 34 | 57 | 35 | 75 | 6 | 17 |
| as a % of net book value | 7.7% | 13.0% | 2.2% | 4.7% | 2.0% | 5.7% |
| Other Assets | - | 1 | - | 1 | - | - |
| Cost of Liquidation | (28) | (39) | (14) | (25) | (8) | (17) |
| Cash Available for Creditors | $ 111 | $ 158 | $ 53 | $ 99 | $ 23 | $ 51 |
| Third Party Liabilities | | | | | | |
| Accounts payable | $ 455 | $ 455 | $ 214 | $ 214 | $ 108 | $ 108 |
| Intercompany due to THCUS | - | - | 1,455 | 1,455 | - | - |
| | $ 455 | $ 455 | $ 1,669 | $ 1,669 | $ 108 | $ 108 |
| Recovery to creditors | 24% | 35% | 3% | 6% | 21% | 47% |
| Cash Available for TI and THCUS | $ - | $ - | $ 47 | $ 87 | $ - | $ - |

Page 16

BCE-SUP    122381