# EXHIBIT 2
# PART 1

# SHEARMAN & STERLING LLP

FAX: 212-848-7179
TELEX: 667290 WUI
www.shearman.com

599 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-6069
212 848-4000

ABU DHABI
BEIJING
BRUSSELS
DÜSSELDORF
FRANKFURT
HONG KONG
LONDON
MANNHEIM
MENLO PARK
MUNICH
NEW YORK
PARIS
ROME
SAN FRANCISCO
SINGAPORE
TOKYO
TORONTO
WASHINGTON, D.O.

WRITER'S DIRECT NUMBER:

(212) 848-7713

WRITER'S EMAIL ADDRESS:
aquintal@shearman.com

April 27, 2004

By Hand Delivery

Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*Revised versions of privlog 1 and privlog 2*

Dear Zachary:

Please find enclosed revised versions of the privilege logs provided to you on March 25, 2004 and April 9, 2004 respectively. In addition, we are producing a few supplementary documents bearing production numbers BCE – SUP 120428-120483. Should you have any questions, please do not hesitate to call.

Sincerely,

Anne L. Quintal

Enclosure

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners

NYDOCS04/401126.1

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 001 | | Memorandum w/ marginalia and attachments | 01/21/2002 | M. Lalande* | M. Lalande* | None | Memorandum prepared by counsel regarding BCE's proposal for Teleglobe Inc. financing reflecting attorney's legal advice and input, for use by BCE, attaching draft Teleglobe capital structure and chronology prepared by counsel. | AC |
| 002 | | E-mail w/ attachment | 01/21/2002 | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe; A. Bearzatto; R. Norman*; F. Huck*; G. Attorri; C. Simon; E. Charbonneau; T. Espiard; P. Andre Themens* | M. Turcotte* | Memorandum prepared by counsel regarding BCE's proposal for Teleglobe Inc. financing, reflecting attorney's legal advice and input. | AC/CI |
| 003 | | E-mail | 01/17/2002 | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe; A. Bearzatto; R. Norman*; F. Huck*; G. Attorri; C. Simon; E. Charbonneau; T. Espiard; P. Andre Themens | M. Turcotte* | Email attaching privileged memorandum prepared by counsel regarding BCE's proposal for Teleglobe Inc. financing. | AC/CI |
| 004 | | Presentation | 00/00/0000 | M. Lalande* | M. Lalande* | None | Draft presentation prepared by counsel for use by BCE regarding BCE's financing alternatives for Teleglobe Inc. reflecting attorney's legal advice and input. | AC |
| 005 | | Handwritten notes | 00/00/0000 | M. Lalande* | M. Lalande* | None | Draft presentation prepared by counsel for use by client, regarding BCE's financing alternatives for Teleglobe Inc. reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-2-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 006 | | Handwritten notes | 00/00/0000 | M. Lalande* | M. Lalande* | None | Draft presentation prepared by counsel for use by client, regarding BCE's financing alternatives for Teleglobe Inc. reflecting attorney's legal advice and input. | AC |
| 007 | | Draft memorandum w/marginalia | 01/15/2002 | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe | None | Draft memorandum prepared by counsel regarding BCE's financing alternatives for Teleglobe Inc. and analysis of financing instruments reflecting attorney's legal advice and input. | AC |
| 008 | | Draft letter of intent w/marginalia | 02/25/2002 | M. Lalande*; P. Pichette | M. Lalande*; P. Pichette | None | Draft letter of intent regarding proposed outsourcing of certain Teleglobe USA Inc. functions and activities to Bell Canada. | AC |
| 009 | | E-mail | 03/27/2002 | M. Lalande* | J. Luck | F. Gauvin, M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding proposed outsourcing agreement between Teleglobe Inc. and affiliates and Bell Canada. | AC/Cl |
| 010 | | Draft agreement w/marginalia | 03/19/2002 | M. Lalande* | M. Lalande* | None | Draft Outsourcing Services Agreement between Teleglobe USA Inc. and Bell Canada reflecting attorney's legal advice and input and reflecting a common legal cause and interest, prepared for use by client. | AC/Cl |
| 011 | | Draft agreement w/marginalia | 03/21/2002 | M. Lalande* | M. Lalande* | None | Draft of glossary schedule to Teleglobe USA Inc./Bell Canada Outsourcing Services Agreement reflecting attorney's legal advice and input and reflecting a common legal cause and interest, drafted for client's use. | AC/Cl |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-3-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 012 | | Draft | 00/00/2001 | P. Mercier*; M. Lalande*; E. Levy; D. Snyder*; C. Tlevsky; E. Daher; J. Romanini*; C. Page; D. Quinn | Teleglobe Inc | None | Draft of Teleglobe Inc. 2001 Financial Information, reflecting attorney's legal advice and input and reflecting a common legal cause and an identity of interest with Teleglobe. | AC/CI |
| 013 | | E-mail w/ marginalia | 04/08/2002 | S. Skinner | M. Ryan*; I. Ricciuto* | None | Attorney-client communication reflecting legal advice of counsel regarding language of BCE representations regarding Teleglobe Inc. | AC |
| 014 | | Draft w/marginalia | 04/05/2002 | M. Lalande* | M. Lalande* | None | Draft BCE 2001 Annual Report reflecting attorney's legal advice and input, prepared for review by client. | AC |
| 015 | | Memorandum | 04/10/2002 | Davies Ward Phillips & Vineberg LLP* | M. Lalande* | None | Memorandum prepared by BCE's counsel regarding BCE press releases. | AC/WP |
| 016 | | | 00/00/0000 | | | | | PRODUCED |
| 017 | | Draft letter of intent w/marginalia | 02/25/2002 | M. Lalande*; P. Pichette | M. Lalande*; P. Pichette | None | Draft letter of intent regarding proposed outsourcing of certain Teleglobe USA Inc. functions and activities to Bell Canada. | AC/CI |
| 018 | | Draft agreement w/marginalia | 03/19/2002 | M. Lalande* | M. Lalande* | None | Draft Outsourcing Services Agreement between Teleglobe USA Inc. and Bell Canada, prepared for review by client, reflecting attorney's legal advice and input and reflecting a common legal cause and interest. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-4-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 019 | | E-mail chain | 03/28/2002 | M. Lalande*; J. Luck | M. Roussopoulos; F. Gauvin; B. Pickford; H. Gomes; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich*; N. St-Pierre; M. Lalande*; V. Freud; I. Emond; P. Chapdelaine; J. Yves Caron | G. Ward, J. Luck | Attorney-client communication regarding draft outsourcing agreement with Bell Canada and seeking input of counsel on matter reflecting common legal cause and an identity of interest. | AC/CI |
| 020 | | E-mail chain | 03/13/2002 | J. Liddell; G. Ward; F. Gauvin; M. Lalande* | F. Gauvin; J. Liddell; J. Taschereau; I. Emond; G. Ward | M. Lalande*, G. Ward, H. Gomes, B. Milla, A. Mastromonaco, I. Rioux, B. Pickford, M. Weinstock, M. Turcotte*, M. Boychuk, P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding outsourcing agreement with Bell Canada reflecting a common legal cause and an identity of interest. | AC/CI |
| 021 | | E-mail chain | 03/17/2002 | M. Lalande*; F. Gauvin; J. Liddell; G. Ward; J. Luck | M. Roussopoulos; B. Pickford; M. Weinstock; M. Lalande*; J. Liddell; B. Enns; G. Ward; K. Morgan; G. Bich; D. Benoit* | J. Luck, T. Smirle, B. Callahan, E. Roman | Draft letter of intent regarding proposed outsourcing agreement with Bell Canada. | AC/CI |
| 022 | | Fax w/ attachment | 04/23/2002 | K. Morgan | M. Lalande* | None | Attorney-client communication regarding legal advice on restructuring and liquidation outside of the United States, on matter involving a common legal cause and an identity of interest. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-5-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 023 | | Teleglobe presentation w/marginalia | 04/15/2002 | M. Lalande*; Teleglobe Inc | M. Lalande* | None | Joint-presentation regarding the terms of Teleglobe's obligations, funding process, and treasury issues, setting forth handwritten notes of BCE's counsel, and reflecting a common legal cause and an identity of interest with Teleglobe Inc. | AC/WP/Ci |
| 024 | | E-mail | 04/03/2002 | M. Lalande* | J. Bisnaire*; V. Mercier**; J. Swartz*; M. Turcotte*; M. Cossette*; M. Shapiro** | None | Attorney-client communication reflecting and seeking legal advice of counsel regarding the relationship between BCE and Teleglobe Inc. and its affiliates. | AC |
| 025 | | Memorandum | 03/13/2001 | P. Van Gheluwe | M. Boychuk | B. Pickford, M. Lalande*, S. Skinner | Client-attorney communication providing information necessary to render legal advice regarding BCE equity contribution to Teleglobe. | AC |
| 026 | | Fax w/ attachment | 02/20/2001 | P. Van Gheluwe | M. Lalande* | None | Attaching memorandum providing information necessary to render legal advice regarding BCE equity contribution to Teleglobe. | AC |
| 027 | | E-mail | 04/14/2002 | M. Turcotte* | R. Cleri*; S. Dunphy*; A. Tenzer*; J. Swartz***; M. Shapiro** | M. Lalande*, P. Pichette, J. Brunett | A legal communication reflecting a common legal cause and an identity of interest regarding restructuring legislation in foreign jurisdictions in order to assess further funding. | AC/Ci |
| 028 | | E-mail | 04/17/2002 | M. Lalande* | P. Pichette; J. Brunette; J. Swartz**; V. Mercier*; M. Shapiro**; A. Tenzer*; B. Babcock; S. Dunphy*; R. Cleri*; J. Millstein; S. Armutcuoglu | M. Turcotte* | A legal communication reflecting a common legal cause and an identity of interest regarding moratorium laws in foreign jurisdictions in order to assess possible sale of assets in these jurisdictions and counsel's request for information regarding foreign European affiliates. | AC/Ci |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-6-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 029 | | E-mail chain | 04/16/2002 | G. Bauer*; J. Norbert Pontier* | M. Turcotte*; M. Lalande*; P. Pichette; J. Brunette; B. Babcock; S. Armutcuoglu; M. Drouin; D. Ferland; J. Swartz*; V. Mercier*; G. Bauer; R. Graves; J. Norbert Pontier | R. Graves*, R. Rawson*, P. Billot* | A legal communication reflecting advice of counsel on matter involving a common legal cause and an identity of interest, in particular restructuring under French law. | AC/CI |
| 030 | | Charts | 04/16/2002 | M. Cossette* | M. Lalande* | None | Legal analysis and summary by BCE's legal counsel of the terms of contracts. | AC |
| 031 | | Excerpt of draft | 04/15/2002 | M. Turcotte* | M. Lalande* | None | Analysis by counsel of various issues that may be discussed in future press release, reflecting a common legal cause and an identity of interest with respect to the relationship between BCE and Teleglobe Inc. and its affiliates. | AC/CI |
| 032 | | Memorandum w/ attachments | 02/20/2002 | Davies Ward Phillips & Vineberg LLP* | M. Turcotte* | None | Attorney memorandum regarding Companies' Creditors Arrangement Act and related issues, reflecting attorney's legal advice and input. | AC |
| 033 | | Memorandum | 00/00/0000 | BCE Legal Department | M. Turcotte* | None | Regarding overview of the bankruptcy process under the United States Bankruptcy Code, reflecting attorney's legal advice and input. | AC |
| 034 | | Draft | 00/00/2001 | M. Lalande*; Teleglobe Inc | M. Lalande* | None | Draft Teleglobe 2001 Financial Information, seeking and reflecting attorney's legal advice and input on matters involving common legal cause and identity of interest. | AC/CI |
| 035 | | Memorandum | 04/22/2002 | F. Gauvin | M. Lalande* | None | Regarding Teleglobe Canada Limited Partnership asset transfer, providing information necessary to render legal advice. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-7-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 036 | | E-mail w/ attachment | 10/25/2000 | M. Lalande* | B. Pickford; M. Boychuk; F. Gauvin; P. Van Gheluwe | A. Bourbonnais, M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding necessary third-party approvals required prior to the transfer of assets and attaching legal memorandum reflecting legal advice on that subject. | AC/CI |
| 037 | | Fax w/ attachment | 04/19/2002 | V. Mercier** | M. Lalande*; A. Tenzer* | None | Cover sheet from BCE's Canadian counsel to BCE's U.S. counsel providing counsel's input regarding Teleglobe Canada Limited Partnership. | AC |
| 038 | | Draft agreement | 12/20/2001 | M. Lalande* | M. Boychuk | None | Draft loan agreement between BCE and Teleglobe Inc., reflecting attorney's legal advice and input. | AC/CI |
| 039 | | E-mail chain | 02/15/2002 | F. Rodi; M. Lalande* | M. Lalande*; F. Rodi; M. Boychuk; M. Weinstock | J. Ciccarelli | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe loan agreement. | AC |
| 040 | | | 00/00/0000 | | | | | PRODUCED |
| 041 | | E-mail | 12/20/2001 | M. Lalande* | M. Boychuk; S. Skinner; F. Gauvin; P. Van Gheluwe; J. Romanini*; M. DiPierro*; M. Ryan* | None | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares with respect to repayment of funds advanced by BCE. | AC/CI |
| 042 | | E-mail | 12/20/2001 | M. Lalande* | M. Boychuk; S. Skinner; F. Gauvin | J. Romanini*, M. DiPierro*, F. Rodi | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares with respect to repayment of funds advanced by BCE. | AC |
| 043 | | E-mail | 12/20/2001 | M. Lalande* | M. DiPierro*; J. Romanini* | None | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares with respect to repayment of funds advanced by BCE. | AC |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

-8-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 044 | | E-mail | 05/16/2001 | M. Lalande* | J. Romanini*; A. Morin | P. Van Gheluwe, M. Boychuk | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares. | AC |
| 045 | | E-mail | 05/16/2001 | M. Lalande* | M. Boychuk; P. Van Gheluwe | F. Gauvin | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares. | AC |
| 046 | | Draft w/marginalia | 04/23/2002 | M. Lalande*; Teleglobe Inc | M. Lalande* | None | Draft press-release of Teleglobe Inc. regarding Teleglobe's restructuring, reflecting attorney's legal advice and input on matter involving common legal cause and identity of interest. | AC/WP/Ci |
| 047 | | E-mail w/ attachment | 02/01/2001 | M. Lalande* | B. Pickford; M. Boychuk; P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding terms of issuance of Teleglobe Inc. series 4 preferred shares and attaching description of terms. | AC |
| 048 | | E-mail | 01/25/2001 | M. Lalande* | P. Van Gheluwe | M. Chabot, M. Rosenhek, L. Ruggins, M. Boychuk, P. Lenzi, P. Thom, J. Ciccarelli | Attorney-client communication reflecting legal advice of counsel regarding equity infusion for Teleglobe Inc. | AC |
| 049 | | E-mail w/ attachment | 01/25/2001 | P. Van Gheluwe | M. Lalande*; M. Chabot; M. Rosenhek; L. Ruggins; M. Boychuk; P. Lenzi; P. Thom | J. Ciccarelli | Client-attorney communication requesting legal advice of counsel regarding equity infusion for Teleglobe Inc., and attaching chart providing information necessary to render such legal advice. | AC |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 050 | | Draft w/ marginalia | 04/24/2002 | M. Lalande* | M. Lalande* | None | Draft press release of BCE regarding BCE funding for Teleglobe Inc., reflecting attorney's legal advice and input, drafted for use by BCE. | AC |
| 051 | Yes | Email attaching news report | 04/22/2002 | S. Dunphy* | M. Shapiro**; M. Turcotte*; M. Lalande*; J. Marc Huot*; A. Tenzer* | None | Attorney-client communication regarding communication with bondholders. | AC/WP |
| 052 | | E-mail chain | 04/22/2002 | S. Dunphy*; M. Lalande* | M. Lalande*; I. Ricciuto*; M. Ryan*; J. Marc Huot*; S. Baskin*; S. Dunphy*; M. Shapiro** | S. Baskin*, M. Ryan*, J. Marc Huot* | Attorney-client communication reflecting legal advice of counsel regarding draft BCE press release. | AC |
| 053 | | Draft | 04/19/2002 | M. Lalande* | M. Lalande* | None | Draft Q&A prepared for BCE reflecting attorney's legal advice and input. | AC/WP |
| 054 | | Draft with marginalia | 04/21/2002 | M. Lalande* | M. Lalande* | None | Draft documents prepared for BCE, Bell Canada and Bell Nexxia reflecting attorney's legal advice and input; draft quarterly result letter, draft customer letter, Bell's FAQs, Q&As, Index and highlights. | AC/WP |
| 055 | | Draft w/marginalia | 00/00/0000 | M. Lalande* | I. Ricciuto*; BCE Legal Department | None | Draft overview of Teleglobe transactions and finances, reflecting attorney's legal advice and input and seeking counsel's advice on matters involving common legal cause and identity of interest between BCE and Teleglobe Inc. | AC/CI |
| 056 | | Draft | 03/14/2002 | Teleglobe Inc | M. Lalande* | None | Teleglobe Renewal Annual Information form, reflecting input of counsel on matters involving a common legal cause and an identity of interest between BCE and Teleglobe Inc., including extent of BCE's funding obligations. | AC/CI |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

-9-

-10-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 057 | | Fax w/ attachment | 02/09/2001 | I. Ricciuto* | M. Lalande*; M. Turcotte* | None | Attaching drafts of BCE Annual Information Form, reflecting attorney's legal advice and input. | AC |
| 058 | | E-mail w/ attachments | 07/17/2001 | A. Morin* | M. Ryan*; D. Masse*; M. Guy*; N. Morello*; M. Lalande*; R. DeSantis*; P. Van Gheluwe | None | Regarding and attaching draft board resolutions for BCE and Teleglobe Inc., reflecting attorney's legal advice and input. | AC |
| 059 | | Memorandum w/ attachments | 05/31/2001 | M. Lalande* | B. Pickford | S. Vanasella; M. Turcotte*, F. Gauvin, P. Van Gheluwe | Memorandum prepared by BCE's counsel regarding legal analysis of third-party approvals in connection with restructuring transactions involving Teleglobe Inc. | AC |
| 060 | | Email attaching memorandum and other attachments | 05/31/2001 | M. Lalande* | B. Pickford | S. Vanasella; M. Turcotte*, F. Gauvin, P. Van Gheluwe | Memorandum prepared by BCE's counsel regarding legal analysis of third-party approvals in connection with restructuring transactions involving Teleglobe Inc. Cover email from BCE's counsel summarizing his legal analysis. | AC |
| 061 | | Memorandum w/ marginalia and attachments | 05/22/2001 | B. Pickford | M. Lalande*; S. Vanasella; F. Gauvin; M. Turcotte* | None | Client-attorney communication requesting legal advice of counsel regarding Teleglobe restructuring. | AC |
| 062 | | Memorandum | 05/28/2001 | M. Lalande* | S. Vanasella; M. Turcotte*; M. Boychuk; B. Pickford; D. McGraw; F. Gauvin | P. Wachter, Y. DeGrandpre | Three legal memoranda prepared by BCE's counsel reflecting legal analysis of, inter alia, third-party approvals for potential transactions with Teleglobe Inc. and Excel Communications Inc. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 063 | | Draft w/marginalia | 06/19/2001 | M. Lalande* | M. Lalande* | None | Draft Teleglobe Inc. credit facility term sheet and draft BCE letter reflecting attorney's legal advice and input, prepared for client. | AC, AC/CI |
| 064 | | Draft w/marginalia | 06/00/2001 | M. Lalande* | P. Van Gheluwe; P. Andre Themens; A. Morin* | None | Draft Teleglobe credit facility term sheet and draft BCE letter reflecting attorney's legal advice and input. | AC, AC/CI |
| 065 | | Draft w/marginalia | 00/00/2001 | M. Lalande* | M. Lalande* | None | Draft BCE consolidated financial statements reflecting attorney's legal advice and input prepared for client's use. | AC |
| 066 | | Draft | 04/10/2002 | M. Lalande* | M. Boychuk | None | Draft BCE 2001 annual report BCE reflecting attorney's legal advice and input. | AC |
| 067 | | Memorandum w/ attachments | 10/25/2001 | A. Morin* | M. Lalande* | None | Regarding renewal of Teleglobe Inc. credit facilities, seeking attorney's legal advice and input. | AC/CI |
| 068 | | Memorandum | 07/20/2001 | A. Morin* | B. Black | M. Turcotte*, M. Lalande* | Memorandum from counsel seeking input from client in order to provide advice regarding ERISA. | AC/CI |
| 069 | | Memorandum | 07/16/2001 | A. Morin* | J. Brunette; D. Snyder*; C. Kelly | M. Lalande*, M. Turcotte*, P. Van Gheluwe | Memorandum from counsel seeking input from client in order to provide advice regarding ERISA. | AC/CI |
| 070 | | Memorandum | 02/29/2002 | E. Levy* | M. Lalande* | None | Memorandum prepared by counsel regarding Teleglobe Annual Information Form and filing requirements in Quebec. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-11-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 071 | | Memorandum | 10/06/2000 | M. Ryan* | J. Monty | M. Sabia, W. Anderson, M. Boychuk | Regarding memorandum providing legal advice, under the Canadian Business Corporation Act, regarding composition of Teleglobe board of directors and audit committee. | AC |
| 072 | | Draft memorandum and attachment | 10/11/2000 | BCE Legal Department | M. Lalande* | None | Memorandum setting forth issues for BCE Compliance Committee meeting and enclosing legal analysis of Teleglobe Inc.'s disclosure obligations. | AC/CI |
| 073 | | E-mail w/ attachment | 11/26/2001 | M. Lalande* | M. Ryan*; D. Masse*; N. Morello*; M. Boychuk; S. Skinner | M. Turcotte*, M. Boychuk | Legal memorandum from counsel regarding Board resolution and draft Teleglobe Inc. Board Resolution attached. | AC/CI |
| 074 | | E-mail w/ attachment | 11/21/2001 | M. Lalande* | M. Ryan*; D. Masse*; M. Guy*; N. Morello*; A. Gentile*; P. Thom; M. Boychuk; R. Petriello; L. Larocque; M. Lalande* | None | Legal memorandum reflecting advice of counsel regarding Board resolutions of BCE and Teleglobe Inc. and attaching draft BCE Board Resolution and draft Teleglobe Inc. Board resolution reflecting attorney's legal advice and input. | AC |
| 075 | | E-mail w/ attachment | 11/19/2001 | M. Lalande* | P. Thom; R. Petriello; L. Larocque | None | Regarding and attaching draft Bell-Teleglobe Loan Agreement reflecting attorney's legal advice and input. | AC |
| 076 | | Memorandum | 04/11/2002 | M. Boychuk | M. Sabia | None | General Summary of Teleglobe Inc. facilities' financial covenants, incorporating legal advice by M. Lalande.* | AC |
| 077 | | E-mail | 04/10/2002 | M. Lalande* | M. Boychuk; S. Vanaselja; P. Van Gheluwe | M. Turcotte*, M. Cossette* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. credit facilities. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 078 | | E-mail w/ handwritten cover note | 11/15/2001 | M. Lalande* | M. Ryan* | P. Thom; R. Petriello; L. Larocque; M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding BCE and Bell Canada board approvals in connection with loans to Teleglobe Inc. | AC |
| 079 | | E-mail | 04/10/2002 | M. Lalande* | S. Vanasella; M. Boychuk; P. Van Gheluwe; M. Turcotte* | M. Cossette* | Attorney-client communication reflecting legal advice of counsel regarding possible assignment of Teleglobe Inc. Credit Facilities. | AC |
| 080 | | E-mail w/ attachment | 04/10/2002 | I. Ricciuto* | M. Turcotte*; M. Ryan*; M. Boychuk; M. Lalande* | None | Memorandum from counsel setting forth legal analysis of the consequences of BCE and Bell Canada's investments in Teleglobe Inc. on BCE's and Bell Canada's credit agreements. Cover e-mail from counsel articulating certain legal conclusions and communications among BCE's attorneys. | AC |
| 081 | | E-mail chain w/attachment & marginalia | 11/05/2001 | F. Rodi | M. Lalande*; R. Petriello; P. Thom; L. Larocque | None | Client-attorney communication requesting legal advice of counsel regarding possible loans of BCE and Bell Canada to Teleglobe Inc. and attaching draft Teleglobe Inc. loan agreement reflecting attorney's legal advice and input. | AC |
| 082 | | E-mail chain w/ attachment | 04/05/2002 | F. Fergusson* | M. Turcotte*; M. Ryan*; M. Boychuk | V. Mercier** | Attaching legal memorandum regarding modifications to statements in MD&A in 2001 Annual Report for BCE and Teleglobe Inc. | AC/WP/JD |
| 083 | | Presentation | 04/12/2002 | M. Turcotte*; M. Lalande*; M. Cossette*; Shearman & Sterling*; Stikeman Elliott* | J. Monty | None | Preliminary Review Presentation to Jean Monty by BCE legal department regarding preliminary legal review process alternatives for Teleglobe Inc. reflecting attorney's legal advice and input. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 084 | | Memorandum w/ marginalia and attachments | 09/07/2000 | M. Ryan* | M. Sabia, Directors and Officers of BCE, Bell Canada, Bell Canada Holdings Inc., 129201 Canada Inc., and 3632709 Canada Inc. | None | Attorney-client communication regarding (and attaching) D&O questionnaires prepared by counsel re: acquisition of Teleglobe Inc. | AC |
| 085 | | Draft presentation w/marginalia | 01/11/2002 | BCE Legal Department | M. Boychuk | None | Presentation regarding proposed transaction between BCE and Teleglobe Inc. reflecting attorney's legal advice and input. | AC |
| 086 | | Board of directors resolution and attached e-mail to and from counsel | 11/28/2001 | P. Thom | M. Lalande* | M. Boychuk, L. Ruggins, F. Rodi, M. Rosenhek | Client-attorney communication for purposes of preparing draft Board Resolutions of BCE, Bell Canada, and Teleglobe Inc. regarding loans to Teleglobe Inc., and attaching draft board resolutions. | AC/CI |
| 087 | | E-mail w/ attachments (legal memorandum and exhibits) & marginalia | 01/21/2002 | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe; A. Bearzatto; R. Norman*; F. Huck*; G. Aitorri; C. Simon; E. Charbonneau; T. Espiard; P. Andre Themens* | M. Turcotte* | Memorandum prepared by counsel reflecting legal analysis of various proposed transactions designed to provide further funding to Teleglobe Inc. Attached to the legal Memorandum are updated chronology by counsel, chart describing proposed transactions, and Teleglobe Inc. capital structure chart (produced). | AC |
| 088 | | Memorandum | 12/03/2001 | M. Lalande* | M. Boychuk | None | Regarding BCE loan to Teleglobe reflecting attorney's legal advice and input. | AC |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

-15-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 089 | | Draft | 09/26/2000 | BCE Legal Department | M. Lalande* | None | Draft Notice of Special Meeting and Management Info Circular regarding BCE/Teleglobe Inc. arrangement reflecting attorney's legal advice and input. | AC/CI |
| 090 | | E-mail chain w/ attachment | 02/26/2002 | A. Bearzatto; S. Suarez* | F. Gauvin; M. Lalande*; P. Van Gheluwe; F. Sciannamblo; M. Boychuk; J. Ciccotelli; B. Pickford; A. Bearzatto | B. Pickford, F. Valois, A. Kingissepp*, S. Suarez*, L. Milledge* | Attorney-client communication reflecting legal advice of counsel regarding proposed transaction between BCE and Teleglobe Inc. and attaching draft request for income tax ruling. | AC |
| 091 | | E-mail w/ attachment | 02/07/2002 | G. Ward | M. Sabia | J. Sheridan, S. Scott, D. Kidd* | Regarding and attaching attorney's memorandum about Teleglobe intercorporate transactions. | AC/CI |
| 092 | | E-mail | 01/31/2001 | M. Lalande* | C. Page; P. Beauregard | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe executives. | AC |
| 093 | | Memorandum w/ attachment | 03/22/2000 | C. Lebel | M. Turcotte*; D. McGraw; S. Skinner, M. Boychuk | None | Regarding and attaching draft tax opinion and representation letters for BCE by Davis Polk & Wardwell* reflecting attorney's legal advice and input. | AC |
| 094 | | Agreements | 02/15/2000 | BCE Legal Department | M. Lalande* | None | Draft Support Agreement between BCE and Teleglobe Inc., reflecting attorney's legal advice and input. | AC/CI |
| 095 | | E-mail chain w/ attachment | 05/19/2000 | C. Lebel; A. Kwan* | M. Turcotte*; M. Boychuk; O. Larocque**; C. Lebel; J. Ciccotelli; B. Pickford | B. Pickford, J. Ciccotelli, M. J. Verdolini* | Regarding and attaching attorney memorandum setting forth legal analysis regarding BCE acquisition of Teleglobe Inc. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-16-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 096 | | Draft Agreement | 02/15/2000 | BCE Legal Department | M. Lalande* | None | Draft Support Agreement, Acquisition Agreement, and letter agreement between BCE and Teleglobe Inc. reflecting attorney's legal advice and input. | AC/CI |
| 097 | | Draft w/marginalia | 02/13/2002 | M. Kuchel* | M. Lalande* | None | Memorandum describing certain terms of Teleglobe Restricted Share Unit Plan for Senior Executives and Other Key Employees, in order to enable counsel to provide legal advice. | AC |
| 098 | | E-mail | 02/20/2002 | M. Lalande* | M. Boychuk; P. Van Gheluwe | None | Attorney-client communication seeking information in order to assess disclosure obligations of BCE. | AC |
| 099 | | E-mail | 02/20/2002 | T. Wortman* | M. Lalande* | R. Norman, M. Thompson | A legal memorandum of counsel providing legal advice regarding negotiations with lenders and repayment of loans, and regarding payment to bondholders. | AC/CI |
| 100 | | E-mail w/ attachment | 02/05/2002 | M. Lalande* | M. Boychuk; P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding renewal of credit facilities and attaching draft proposals from counsel. | AC |
| 101 | | Draft w/marginalia | 00/00/0000 | M. Boychuk | M. Lalande* | None | Draft memorandum provided to counsel to obtain legal advice regarding Teleglobe Inc. refinancing options. | AC |
| 102 | | Draft letter agreement | 03/21/2000 | BCE Legal Department | M. Boychuk | None | Draft letter agreement reflecting attorney's legal advice and input regarding amendment and renewal of credit facilities. | AC/CI |
| 103 | | | 00/00/0000 | | | | | PRODUCED |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-17-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 104 | | Draft w/marginalia | 06/20/2001 | BCE Legal Department | M. Lalande* | None | Draft letter of support and excerpts of term sheet reflecting attorney's legal advice and input regarding Teleglobe Inc. refinancing. | AC, AC/Ci |
| 105 | | E-mail | 02/18/2002 | M. Lalande* | N. Rise*; P. Andre Themens | P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding progress of negotiations with lenders for Teleglobe Inc. and seeking advice of counsel regarding proposed transaction refinancing. | AC/Ci |
| 106 | | E-mail chain w/ attachment | 02/26/2002 | M. Lalande* | M. Boychuk; L. Ruggins; P. Van Gheluwe | None | Attorney-client communication consisting of (i) draft term sheet, and (ii) draft BCE letter of support. | AC |
| 107 | | Petition for an Interim Order | 09/11/2000 | Goodman Phillips & Vineberg | M. Lalande* | None | Draft petition to Superior Court of Canada of Teleglobe Inc. reflecting attorney's legal advice and input. | AC/Ci |
| 108 | | Draft w/marginalia | 02/00/2002 | M. Lalande* | M. Lalande* | None | Draft term sheets and letter of support of BCE reflecting attorney's legal advice and input regarding Teleglobe Inc. refinancing, prepared for use by BCE. | AC |
| 109 | | Draft report | 00/00/0000 | M. Lalande* | M. Lalande* | None | Draft memorandum reflecting attorney's legal analysis of Credit Facilities, Debentures and Notes of Teleglobe Inc. and affiliates prepared in order to provide legal advice in connection with Teleglobe Inc. refinancing. | AC |
| 110 | | Notes | 01/16/2002 | M. Lalande* | M. Lalande* | None | Notes of BCE's counsel regarding negotiations of Teleglobe Inc. refinancing. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-18-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 111 | | Draft w/marginalia | 00/00/2002 | BCE Legal Department | M. Lalande* | None | Draft term sheet and BCE letter of support reflecting attorney's legal advice and input regarding Teleglobe Inc. refinancing. | AC, AC/CI |
| 112 | | Board of directors resolution | 11/22/2001 | M. Lalande* | M. Lalande*; BCE INC | None | Draft BCE board resolution reflecting counsel's legal advice and input regarding 2002 business plans and seeking further input and advice from counsel. | AC |
| 113 | | E-mail w/ marginalia | 01/22/2002 | M. Lalande* | N. Rise*; F. Huck*; P. Andre Themens* | None | Communication from counsel seeking legal advice regarding BCE's proposed transaction in connection with Teleglobe Inc. refinancing and handwritten notes setting forth counsel's legal analysis. | AC/CI |
| 114 | | Handwritten notes | 00/00/0000 | M. Lalande*; BCE counsel | M. Lalande* | None | Handwritten notes of counsel reflecting legal advice from law firms for BCE's proposed taking of security in connection with Teleglobe Inc. refinancing. | AC |
| 115 | | Memorandum | 10/05/2001 | C. Page | M. Lalande* | None | Memorandum reflecting attorney's legal advice and input regarding Excel stock options plan. | AC/CI |
| 116 | | E-mail w/ attachment | 10/10/2000 | I. Ricciuto* | M. Ryan*; M. Lalande* | None | A legal memorandum of Teleglobe Inc. following completion of Teleglobe Inc.'s acquisition by BCE, and cover e-mail regarding reporting requirements of Teleglobe Inc. | AC/CI |
| 117 | | Draft w/marginalia | 02/01/2001 | BCE Legal Department | M. Lalande* | None | Draft report reflecting attorney's legal advice and input regarding Teleglobe employee compensation. | AC/CI |
| 118 | | Memorandum | 02/01/2001 | P. Beauregard | S. Skinner, N. Kaminaris | M. Ryan*, I. Ricciuto*, M. Lalande* | Memorandum prepared by counsel setting forth legal advice as to whether Teleglobe Inc. is required to prepare Canadian GAAP or US GAAP MD&As. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff