# EXHIBIT 2
# PART 2

-19-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 119 | | E-mail | 04/21/2002 | S. Dunphy* | M. Turcotte*; M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding legal presentation to BCE Board of Directors. | AC |
| 120 | | Memorandum | 01/31/2001 | P. Beauregard | S. Skinner, N. Kaminaris | I. Ricciuto*, M. Lalande* | Memorandum prepared by counsel setting forth legal advice as to whether Teleglobe Inc. is required to prepare Canadian GAAP or US GAAP MD&As. | AC |
| 121 | | E-mail w/ attachment | 01/30/2001 | P. Beauregard | M. Lalande*; I. Ricciuto* | None | Attorney-client communication reflecting legal advice of counsel, attaching memorandum prepared by counsel setting forth legal advice as to whether Teleglobe Inc. is required to prepare Canadian GAAP or US GAAP MD&As. | AC |
| 122 | | E-mail w/ attachment | 04/15/2002 | V. Mercier* | M. Turcotte*; M. Ryan*; M. Lalande*; I. Ricciuto*; S. Vanaselja; I. Teoli; S. Skinner; G. Walker; M. Paul | J. Bisnaire | A legal communication reflecting attorney's legal advice and input regarding and attaching Teleglobe Inc. Material Change Report. | AC/CI/JD |
| 123 | | Draft w/marginalia | 04/11/2002 | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | Draft report of Teleglobe Inc. 2001 financial information containing attorney's legal advice and input. | AC/CI |
| 124 | | Memorandum w/ attachment | 04/11/2002 | I. Ricciuto* | S. Vanaselja; S. Skinner; M. Lalande*; F. Sciannamblo; E. Daher | None | Memorandum from counsel attaching marked-up drafts Teleglobe Inc. Financial Information and BCE annual reports reflecting attorney legal advice and input. | AC/CI |
| 125 | | Memorandum | 04/11/2002 | I. Ricciuto* | S. Vanaselja; S. Skinner; H. Gomes; M. Boychuk | M. Turcotte*; T. McGee, M. Ryan*; R. Mannion, M. | Memorandum prepared by counsel reflecting discussion regarding filing of Bell Canada and Teleglobe Inc. Financial Information. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-20-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Lalande*; F. Sciannambio |  |  |
| 126 |  | Memorandum w/ attachments | 04/10/2002 | I. Ricciuto* | J. Monty; M. Sabia; S. Vanasella; M. Turcotte*; M. Ryan*; S. Skinner; M. Boychuk; M. Lalande*; P. Lessard; F. Sciannambio | None | Memorandum prepared from counsel attaching draft BCE and Teleglobe Inc. Annual Reports reflecting attorney legal advice and input. | AC/CI |
| 127 |  | Memorandum w/ attachment | 04/09/2002 | I. Ricciuto* | S. Vanasella; M. Turcotte*; M. Ryan*; M. Boychuk; P. Lessard; M. Lalande* | None | Memorandum prepared from counsel attaching draft BCE Annual Report and Teleglobe Inc. Financial Information reflecting attorney legal advice and input. | AC/CI |
| 128 |  | Draft w/marginalia | 00/00/0000 | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | Draft report of Teleglobe Inc. 2001 Financial Information containing handwritten notes reflecting attorney's legal advice and input. | AC/CI |
| 129 |  | Draft w/marginalia | 02/19/2002 | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | Draft report of Teleglobe Inc. 2001 US GAAP Financial Information reflecting attorney's legal advice and input. | AC/CI |
| 130 |  | E-mail chain w/ attachments | 04/02/2002 | M. Lalande*; E. Daher | M. Shapiro*; V. Mercier*; J. Swartz*; J. Bisnaire; M. Lalande* | M. Turcotte* | Communication from client to counsel seeking legal advice regarding the timing and contents of disclosures in Teleglobe Inc. MD&As | AC/CI |
| 131 |  | E-mail w/ attachment | 01/15/2002 | I. Ricciuto* | M. Lalande* | None | Communication seeking counsel's legal advice regarding disclosure requirements in BCE's MD&A in connection with sale of Excel Communications and pending Teleglobe Inc. class action lawsuit. The document also includes handwritten notes from counsel reflecting legal advice and input on these matters. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-21-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 132 | | E-mail w/ attachment | 01/15/2002 | I. Ricciulo* | D. Snyder*; C. Eakin; M. Lalande* | None | E-mail seeking legal advice and input regarding "risk factors" to be included in BCE's draft MD&A. Handwritten comments from BCE's counsel reflecting legal advice and input on these matters. | AC/CI |
| 133 | | Report | 00/00/0000 | BCE Legal Department | M. Lalande* | None | Draft annual BCE MD&A reflecting attorney's legal advice and input. | AC |
| 134 | | E-mail chain w/ attachment & marginalia | 02/22/2002 | M. Lalande*; E. Daher | E. Daher | S. Skinner, P. Van Gheluwe, M. Boychuk, F. Sciannamblo, M. Turcotte*, M. Paul, B. Pickford | Attorney-client communication reflecting legal advice of counsel regarding BCE 2001 Annual Report and attaching draft report also reflecting input and advice of counsel. | AC |
| 135 | | Report | 02/20/2002 | BCE Legal Department | M. Lalande* | None | Draft BCE 2001 Annual Report reflecting attorney's legal advice and input. | AC |
| 136 | | Memorandum | 02/12/2002 | S. Suarez* | B. Pickford; A. Bearzatto; F. Valois | R. Chartrand*, S. Obal* | Memorandum from counsel reflecting attorney's legal advice and input and attaching draft request for advance income tax ruling regarding proposed transaction with Teleglobe Inc. | AC/CI |
| 137 | | E-mail chain | 12/20/2000 | M. Turcotte* | I. Teoli; P. Mercier; M. Lalande; A. McCluskey; F. Hamel; B. Poirier*; J. Bouinot*; P. Chapdelaine; M. Ryan* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe name and corporate logo change to BCE Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-22-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 138 | | Draft letter | 02/26/2002 | A. Kingisseppi; S. Suarez | M. Symes | None | Draft letter to Canada Customs and Revenue Agency reflecting attorney's legal advice and input regarding request for advance income tax ruling. | AC/CI |
| 139 | | | 00/00/0000 | | | | | PRODUCED |
| 140 | Yes | Presentation w/marginalia | 02/27/2002 | BCE Legal Department | M. Lalande* | None | Draft presentation to the Board of Directors reflecting attorney's legal advice and input regarding proposed transaction involving Teleglobe Inc. | AC |
| 141 | | Fax | 04/04/2002 | M. Lalande* | J. Bisnaire; M. Shapiro* | M. Turcotte*; M. Cossette* | Communication to BCE's counsel seeking legal advice regarding statements on Teleglobe's website. | AC |
| 142 | | Outline | 04/03/2002 | BCE Legal Department | M. Lalande* | None | Outline reflecting attorney's legal analysis of agreements in order to provide legal advice regarding methods of financing. | AC |
| 143 | | Memorandum | 04/02/2002 | V. Mercier*; J. Bisnaire; J. Swartz* | M. Lalande* | None | Memorandum of counsel reflecting attorney's legal advice and input regarding potential structures for BCE's further funding. | AC |
| 144 | Yes | E-mail w/ attachment | 12/14/2001 | A. Bearzatto | B. Pickford; J. Ciccotelli; F. Gauvin; F. Valois | None | Communication attaching presentation regarding BCE's proposed transaction with Teleglobe Inc. reflecting legal advice of counsel. | AC |
| 145 | | Memorandum | 01/21/2002 | M. Lalande* | M. Lalande* | None | Memorandum reflecting attorney's legal advice and input regarding Teleglobe Inc. financing. | AC |
| 146 | | E-mail | 04/21/2002 | S. Dunphy* | M. Turcotte*; M. Lalande* | None | Communication from counsel reflecting attorney's legal advice and input regarding legal presentation to BCE Board of Directors. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-23-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 147 | | E-mail chain w/ attachment | 04/09/2002 | M. Turcotte*; B. Pickford; J. Diane | M. Lalande*; M. Cossette*; S. Monaghan | J. Bisnaire*, M. Turcotte*, S. Vanaseija | A legal communication reflecting attorney's legal advice and input (and seeking attorney's further input) regarding debt restructuring and attaching memorandum regarding reorganization plan for reorganization reflecting legal advice and input. | AC |
| 148 | | Memorandum | 03/20/2002 | A. Kingissepp*; S. Suarez* | M. Symes | None | Draft memorandum reflecting attorney's legal advice and input regarding request for advance income tax ruling, attaching draft request. | AC/Ci |
| 149 | | E-mail chain w/ attachment | 04/13/2002 | M. Turcotte* | B. Pickford | S. Vanaseija, M. Lalande*, M. Cossette* | A legal communication reflecting attorney's legal advice and input regarding debt restructuring. | AC |
| 150 | | Memorandum | 02/15/2002 | R. Chartrand*; S. Obal* | M. Lalande* | None | Memorandum from counsel reflecting attorney's legal advice and input regarding BCE's proposed transaction with Teleglobe Inc. | AC |
| 151 | | E-mail chain | 04/16/2002 | S. Skinner, I. Ricciuto*; I. Teoli | I. Teoli | I. Ricciuto*, M. Turcotte*, M. Ryan*, F. Sciannamblo, E. Dahar | Attorney-client communication reflecting legal advice of counsel regarding BCE's financial statements and the continuance of press releases. | AC |
| 152 | | E-mail | 12/12/2001 | A. Bearzatto | B. Pickford; J. Ciccotelli; F. Valois; F. Gauvin | None | Reflecting attorney-client communication setting forth legal advice of counsel regarding BCE's proposed transaction for Teleglobe Inc. | AC |
| 153 | Yes | E-mail w/ attachment | 12/11/2001 | A. Bearzatto | B. Pickford; J. Ciccotelli; F. Gauvin | F. Valois | E-mail seeking legal advice and input of counsel regarding attached presentation discussing BCE's proposed transactions. | AC |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 154 | | Memoranda | 12/05/2001 | Osler Hoskin Harcourt*; A. Bearzatto | M. Lalande* | B. Pickford, F. Gauvin, F. Valois, J. Ciccotelli | Memoranda seeking counsel's legal advice and input regarding proposed loss monetization transaction and attached memorandum prepared by outside counsel regarding BCI in order to assist in the analysis. | AC |
| 155 | | Draft | 04/20/2002 | Stikeman Elliott* | M. Lalande* | None | Draft Demand Credit Facility Agreement between BCE Inc. and Teleglobe Inc., draft security agreement, and draft deed. | AC |
| 156 | | E-mail w/ attachment | 12/06/2001 | A. Bearzatto | F. Gauvin | M. Lalande* | Client-attorney communication reflecting and requesting legal advice of counsel regarding proposed transaction with Teleglobe Inc. | AC |
| 157 | | E-mail | 04/03/2002 | M. Lalande* | M. Turcotte*; J. Bisnaire; V. Mercier*; J. Swartz*; M. Shapiro* | None | Communication to BCE's counsel regarding Teleglobe Inc. funding for purposes of obtaining legal advice. | AC |
| 158 | | E-mail w/ attachment | 04/16/2002 | M. Lalande* | M. Turcotte*; M. Ryan*; M. Boychuk; S. Skinner | S. Dunphy*, M. Shapiro**, P. Van Gheluwe | Communication from counsel regarding proposed secondment of personnel to Teleglobe Inc. reflecting legal advice of counsel and attaching draft secondment agreement prepared by BCE's counsel. | AC/WP |
| 159 | | E-mail | 04/16/2002 | S. Dunphy* | M. Lalande* | M. Barbeau* | Advice of counsel regarding BCE's further funding of Teleglobe Inc. | AC/WP |
| 160 | | Memorandum | 04/22/2002 | J. Bisnaire; M. Shishler* | M. Turcotte*; I. Ricciuto*; M. Lalande* | None | Memorandum prepared by counsel regarding potential consequences of various events and transactions on Bell Canada's and BCE's debt instruments, reflecting attorney's legal advice and input. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-25-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 161 | | E-mail w/ marginalia | 04/08/2002 | S. Skinner | M. Ryan*; I. Ricciuto* | None | Client-attorney communication requesting legal advice of counsel, regarding proposed amendment to Teleglobe representation letter. | AC |
| 162 | | E-mail w/ attachment & marginalia | 03/13/2001 | P. Van Gheluwe | M. Boychuk; M. Lalande*; B. Pickford | B. Pickford, M. Lalande*, S. Skinner | Client-attorney communication requesting legal advice of counsel regarding issuance of Teleglobe Inc. shares. | AC |
| 163 | | E-mail | 04/17/2002 | M. Turcotte* | J. Bisnaire | M. Lalande*, P. Lessard | Regarding issues to be discussed in meeting with BCE and Teleglobe, reflecting a common legal cause and an identity of interest. | AC/CI |
| 164 | | Presentation | 04/12/2002 | M. Turcotte*; M. Lalande*; M. Cossette*; Shearman & Sterling*; Stikeman Elliott* | J. Monty | None | Presentation outlining legal alternatives and implications of relationship between Teleglobe and BCE, reflecting attorney's legal advice and input. | AC/WP |
| 165 | | E-mail | 04/14/2002 | M. Turcotte* | S. Dunphy*; M. Shapiro** | M. Lalande*, M. Ryan* | Client-attorney communication requesting legal advice of counsel, regarding legal implications of financing alternatives and ability of certain directors of BCE to vote at Board meeting. | AC |
| 166 | | Memorandum w/ marginalia | 05/22/2001 | B. Pickford | M. Lalande*; S. Vanasella; F. Gauvin; M. Turcotte* | None | Client attorney communication requesting legal advice of counsel regarding potential legal implications of proposed Teleglobe Inc. restructuring. | AC |
| 167 | | E-mail | 04/12/2002 | S. Dunphy* | M. Lalande*; M. Turcotte* | J. Marc Huot*, M. Grottenthaler*, M. | Providing a status report on ongoing legal research and preparation of draft agreements for BCE, reflecting attorney's legal advice and input. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 168 | | E-mail w/ attachment | 03/28/2002 | L. Jane Luck | F. Gauvin; B. Pickford; H. Gomes; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich*; N. St-Pierre; M. Lalande*; V. Freud; I. Emond; P. Chapdelaine; J. Yves Caron | Barbeau*, P. Howard*, T. Banks*, E. Pillon* | Client-attorney communication requesting legal advice of counsel regarding attached draft Outsourcing Services Agreement with Teleglobe Inc. | AC/CI |
| 169 | | E-mail | 04/21/2002 | M. Lalande* | S. Vanasella; M. Sabia; M. Boychuk; P. Van Gheluwe; L. Ruggins | G. Ward, L. Jane Luck | Attorney-client communication reflecting legal advice of counsel regarding document retention. | AC/WP |
| 170 | | E-mail w/ marginalia | 04/21/2002 | M. Turcotte* | M. Lalande*; M. Shapiro*; S. Dunphy*; M. Warren*; S. Baskin* | None | Notes regarding Board of directors meeting and D&O indemnification, reflecting attorney's legal advice and input. | AC |
| 171 | | E-mail w/ attachment & marginalia | 03/19/2002 | L. Jane Luck | F. Gauvin; B. Pickford; H. Gomes; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich* | G. Ward, L. Jane Luck | Draft Teleglobe Outsourcing agreement reflecting attorney's legal advice and input including counsel's handwritten notes setting forth legal analysis. | AC/CI |
| 172 | | E-mail w/ marginalia | 04/20/2002 | M. Turcotte* | M. Lalande*; M. Shapiro*; S. Dunphy*; M. Warren*; S. Baskin* | None | Conference call discussion list reflecting attorney's legal advice and input. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 173 | | E-mail | 04/20/2002 | M. Lalande* | S. Dunphy*; M. Shapiro* | M. Turcotte* | Memorandum from counsel setting forth legal analysis of terms of Credit Facilities and seeking legal advice of BCE's outside counsel regarding same. | AC/WP |
| 174 | | E-mail chain | 03/14/2002 | F. Gauvin; M. Weinstock | I. Emond; F. Gauvin | M. Weinstock, B. Pickford, P. Bertrand | Discussion of foreign permanent establishment reflecting attorney's legal advice and input. | AC |
| 175 | | E-mail | 04/22/2002 | S. Dunphy* | M. Turcotte*; M. Lalande* | M. Shapiro*, J. Marc Huot | Memorandum from counsel reflecting attorney's legal advice and input regarding interest payments and filing of petition under bankruptcy laws. | AC/WP |
| 176 | Yes | E-mail chain | 03/13/2002 | J. Liddell; G. Ward; M. Lalande* | F. Gauvin; J. Liddell | M. Lalande*, G. Ward, B. Milla, A. Mastromonaco, I. Rioux, B. Pickford, M. Weinstock, M. Turcotte*, M. Boychuk, P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding potential outsourcing transaction between Teleglobe and Bell Canada. | AC/CI |
| 177 | | Draft letter agreement w/ marginalia | 04/20/2002 | Stikeman Elliott* | M. Lalande* | None | Draft of Demand Credit Facility Agreement, draft promissory note, draft security agreement, and draft deed, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-28-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 178 | | E-mail | 04/02/2002 | S. Dunphy*; M. Turcotte* | M. Turcotte*; M. Lalande*; M. Sabia; J. Monty; S. Vanasella; M. Lalande*; M. Shapiro*; S. Baskin*; S. Dunphy*; J. Marc Huot | M. Shapiro* | Discussing public disclosure regarding Teleglobe, reflecting attorney's legal advice and input. | AC/WP |
| 179 | | | 00/00/0000 | | | | | PRODUCED |
| 180 | | E-mail chain | 04/22/2002 | M. Lalande* | M. Turcotte* | S. Vanasella, M. Shapiro*, S. Dunphy*, J. Marc Huot* | Discussing the consequences of nonpayment of interest, reflecting attorney's legal analysis of contracts. | AC |
| 181 | | Draft Memoranda | 04/12/2002 | J. Bisnaire; M. Shishler* | M. Turcotte*; I. Ricciuto*; M. Lalande* | None | Draft memoranda from counsel, reflecting attorney's legal advice and analysis of contracts regarding the legal consequences on certain debt instruments of BCE and Bell Canada of possible events relating to Bell Canada Holdings Inc., Teleglobe Inc. or other subsidiaries of BCE. | AC/CI |
| 182 | | Outline | 04/21/2002 | I. Ricciuto* | M. Lalande* | None | Memorandum from counsel setting forth legal analysis of certain notes issued by BCE and Bell Canada. | AC/WP |
| 183 | | Draft memorandum | 04/12/2002 | J. Bisnaire; A. Dean | M. Lalande* | None | Legal analysis of duties of directors of Teleglobe Inc. | AC/WP |
| 184 | | Notes | 00/00/0000 | M. Boychuk | M. Lalande* | None | Handwritten notes reflecting communication with counsel regarding BCE's obligations to lenders. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-29-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 185 | | Fax | 04/12/2002 | Davies Ward Phillips & Vineberg LLP* | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding duties and responsibilities of the Board of Directors of BCE. | AC/WP/CI |
| 186 | | E-mail | 04/10/2002 | M. Lalande* | M. Boychuk; S. Vanaselja; P. Van Gheluwe | M. Cossette*, M. Turcotte* | Attorney-client communication reflecting legal analysis of financial covenants in Credit Facilities and remedies of lenders in event of default. | AC |
| 187 | | E-mail chain | 04/17/2002 | M. Lalande* | J. Monty; M. Sabia; S. Vanaselja; M. Turcotte*; M. Shapiro**; P. Lessard; S. Dunphy* | None | Attorney-client communication reflecting analysis of payment obligations under, among other things, Credit Facilities. | AC |
| 188 | | E-mail | 04/17/2002 | M. Lalande* | J. Monty; M. Sabia; S. Vanaselja; M. Turcotte*; P. Lessard; M. Shapiro*; S. Dunphy* | None | Memorandum prepared by counsel setting forth disclosure obligations of BCE and Teleglobe Inc. under various agreements. | AC |
| 189 | Yes | Presentation w/marginalia | 03/10/2002 | BCE Legal Department | M. Lalande* | None | Draft presentation outlining Teleglobe capital structure analysis, reflecting attorney's legal advice and input on draft letter of support. | AC |
| 190 | | E-mail | 04/09/2002 | M. Lalande* | P Van Gheluwe | P. Lessard, M. Turcotte* | Attorney-client communication seeking information from client regarding bondholders in order to provide legal advice and input. | AC |
| 191 | | Draft letter | 07/09/2001 | BCE INC; M. Lalande* | M. Lalande* | None | Draft letter of support reflecting attorney's legal advice and input. | AC |
| 192 | | E-mail | 04/09/2002 | M. Lalande* | J. Tetrault | None | Attorney-client communication seeking information regarding Teleglobe's letter of credit in order to provide legal advice. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 193 | | E-mail | 04/09/2002 | M. Lalande* | K. Morgan | None | Attorney-client communication seeking information regarding Teleglobe's guarantees in order to provide legal advice. | AC/CI |
| 194 | | E-mail | 04/09/2002 | M. Lalande* | D. Quinn; J. Romanini* | None | Attorney-client communication seeking information regarding Teleglobe's Articles and By-laws in order to provide legal advice. | AC |
| 195 | | E-mail | 04/09/2002 | M. Lalande* | P. Lessard | None | Attorney-client communication seeking information on foreign subsidiaries of Teleglobe Inc. in order to provide legal advice. | AC |
| 196 | | E-mail w/ marginalia | 04/09/2002 | M. Lalande* | V. Mercier* | None | Memorandum seeking advice of counsel regarding issues relating to Teleglobe Inc., including litigation risks and directors' duties. | AC/CI |
| 197 | | E-mail | 04/09/2002 | M. Lalande* | M. Shapiro* | None | Memorandum seeking advice of counsel regarding, among other things, litigation risks. | AC |
| 198 | | E-mail | 02/05/2002 | M. Lalande* | M. Boychuk; P. Van Gheluwe | None | Memorandum from counsel reflecting legal analysis of contracts. | AC |
| 199 | | E-mail chain | 02/14/2002 | M. Lalande*; F. Rodi | F. Rodi; M. Lalande*; M. Weinstock | None | Communication to and from counsel reflecting legal advice on form of BCE's funding to Teleglobe Inc. | AC |
| 200 | Yes | E-mail | 04/10/2002 | | M. Boychuk; S. Vanasella*; P. Van Gheluwe | None | Memorandum reflecting legal advice of counsel regarding structural subordination. | AC |
| 201 | | Memorandum w/ attachments | 04/16/2002 | L. Ruggins | M. Ryan* | M. Turcotte, M. Lalande | Client-attorney communication providing information to counsel regarding Teleglobe Credit Facility and Bank exposure to BCE and affiliates in order to provide legal advice and report w/charts of potential credit exposure. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-31-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 202 | | Memorandum | 04/21/2002 | M. Cossette* | M. Lalande* | None | Memorandum prepared by counsel reflecting attorney's legal analysis and input of the Teleglobe Inc. Credit Facilities. | AC/WP |
| 203 | Yes | Memorandum w/ marginalia | 04/12/2002 | J. Swartz*; V. Mercier*; P. Hong | M. Lalande* | None | Memorandum from counsel reflecting attorney's legal advice and input as to whether announcement of Teleglobe Inc. restructuring would constitute event of default under Indenture and Credit Facilities. Documents include handwritten notes of BCE's counsel setting forth legal analysis of, among other things, consequences of default and disclosure obligations. | AC/CI/JD |
| 204 | | Table/Memorandum | 03/27/2002 | BCE Legal Department | M. Lalande* | None | Memorandum prepared by counsel setting forth legal analysis of Principal Terms of Teleglobe Inc. Indentures and Credit Facilities, reflecting attorney's legal advice and input. | AC |
| 205 | | E-mail chain | 01/25/2002 | M. Lalande*; N. Rise | M. Bovchuk; M. Lalande* | T. Wortman* | Memorandum seeking legal advice of counsel and counsel's response regarding BCE's funding of Teleglobe Inc. Memorandum from counsel setting forth legal input. | AC/CI |
| 206 | | E-mail chain w/ attachment | 04/09/2002 | J. DiLauro; M. Turcotte*; M. Cossette* | J. Swartz*; J. Bisnaire; V. Mercier*; M. Shapiro*; J. Millstein; S. Armulcuoglu; M. Drouin; R. Cleri; R. Rawson | M. Turcotte* | Table setting forth legal analysis of contracts. | AC/CI |
| 207 | | E-mail | 04/17/2002 | M. Lalande* | J. Monty; M. Sabia; S. Vanasella; M. Turcotte*; P. Lessard; M. Shapiro*; S. Dunphy* | None | Attorney-client communication reflecting legal analysis of Credit Facilities and other contracts. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-32-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 208 | | Outline | 04/00/2002 | M. Turcotte* | | None | Attorney work product reflecting legal advice and input regarding analysis of potential liability of BCE to lenders and bondholders. Prepared in anticipation of litigation. | AC/WP |
| 209 | | Memorandum w/ marginalia | 01/23/2002 | R. Norman*; T. Wortman* | M. Lalande* | None | Legal advice regarding debenture repurchases. | AC/CI |
| 210 | | E-mail chain | 01/26/2001 | P. Thom; M. Lalande* | G. Der-Bedrossian; T. Zurowska; P. Van Gheluwe | M. Chabot, M. Rosenhek, L. Ruggins, M. Boychuk, P. Lenzi, P. Thom, J. Ciccarelli | Attorney-client communication reflecting legal analysis of contracts regarding Equity Infusion for Teleglobe. | AC |
| 211 | | Memorandum & Chart | 04/00/2002 | Shearman & Sterling* | M. Lalande* | None | Legal analysis of BCE's options in connection with Teleglobe's funding problems w/draft timeline reflecting attorney's legal advice and input, and outline of buyer scenario decision process. | AC |
| 212 | | Memorandum w/ marginalia | 04/17/2002 | M. Shapiro*; A. Tenzer* | M. Turcotte*; M. Lalande* | None | Legal advice in connection with possible sale of Teleglobe's assets and BCE's provision of any further funding and potential timeline prepared by counsel, reflecting attorney's legal advice and input. | AC/WP |
| 213 | | Draft Memorandum | 04/18/2002 | Shearman & Sterling* | M. Lalande* | None | Legal advisors of BCE's options in connection with Teleglobe's funding problems reflecting attorney's legal advice and input. | AC/WP |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

-33-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 214 | | Draft Memorandum | 00/00/0000 | M. Turcotte* | | None | Draft memorandum reflecting attorney's legal analysis regarding analysis of potential liability to lenders and bondholders. Attached is a chart setting forth counsel's legal analysis of restructuring alternatives and input prepared in anticipation of litigation. | AC/WP |
| 215 | | Draft Board Minutes | 05/03/2000 | Board of Directors | P. Pichette | None | Draft Resolution of the Board of Directors, re: Teleglobe Inc. Funding Requirements, reflecting attorney's legal advice and input. | AC |
| 216 | | E-mail chain w/ attachments | 05/02/2002 | M. DiPierro*; M. Weinstock | J. Romanini*; M. DiPierro*; J. Ciccarelli; F. Valois | D. Masse*, B. Pickford, M. Ryan*, A. Baarzatto, M. Lalande*, P. Van Gheluwe | Draft Board resolutions of BCE and Teleglobe Inc., draft Share Transfer Agreement, and draft Articles of Amendment regarding issuance Fifth Series Preferred Shares of Teleglobe Inc. | AC |
| 217 | | Draft w/ marginalia | 04/00/2002 | M. Lalande* | Board of Directors of BCE, Inc. | None | Draft Resolution of the Board of BCE reflecting legal input and advice of counsel. | AC |
| 218 | | Memorandum w/ attachments | 03/17/2000 | M. Verdolini*; A. Kwan | J. Ciccotelli; C. Lebel; V. Mercier* | None | Attorney-client communication reflecting legal advice of counsel regarding Project Evolution-Teleglobe Dissent Rights. | AC |
| 219 | | E-mail w/ attachment | 04/19/2002 | S. Dunphy* | M. Turcotte*; M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel in connection with BCE Board presentation on duties and responsibilities of directors and litigation risk. | AC/WP |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff