# EXHIBIT 2

# PART 3

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 220 | | E-mail w/ attachment | 04/20/2002 | J. G. Huneault | M. Lalande*; M. Turcotte* | C. Henderson | Client-Attorney communication in order to render legal advice to BCE's Board of Directors regarding litigation and handwritten notes (slide printouts attached), reflecting attorney's legal advice and input. | AC/WP |
| 221 | | E-mail chain w/ attachment | 07/11/2001 | M. DiPierro*; J. Rondeau | J. Romanini*; B. Pickford; B. Roy; G. Der-Bedrossian; J. Ciccarelli; M. Ryan*; T. Zurowska | M. DiPierro*; M. Barbeau | Draft request of BCE for retraction of shares prepared by BCE's counsel. | AC |
| 222 | | Presentation | 04/23/2002 | M. Turcotte*; M. Lalande* | Board of Directors of BCE, Inc. | None | BCE Board Presentation setting forth legal analysis of counsel regarding Teleglobe Legal Review. | AC/WP |
| 223 | | E-mail chain w/ attachments | 07/11/2001 | M. DiPierro*; M. Barbeau* | J. Romanini*; B. Pickford; B. Roy; G. Der-Bedrossian; M. Ryan*; T. Zurowska | M. DiPierro* | Draft request of BCE for retraction of shares prepared by BCE's counsel. | AC |
| 224 | Yes | E-mail chain w/ attachment | 07/11/2001 | M. DiPierro*; M. Barbeau* | J. Romanini*; B. Pickford; B. Roy; G. Der-Bedrossian; M. Ryan*; M. DiPierro*; M. Lalande*; M. Weinstock; T. Zurowska | J. Farley | Draft request of BCE for retraction of shares prepared by BCE's counsel. | AC |
| 225 | | E-mail chain w/ attachments | 07/11/2001 | M. DiPierro*; M. Barbeau* | J. Romanini*; B. Pickford; B. Roy; G. Der-Bedrossian; J. Ciccarelli; M. Ryan*; T. Zurowska | M. DiPierro* | Draft request for retraction of shares prepared by BCE's counsel. | AC |
| 226 | | Draft w/ marginalia | 00/00/0000 | BCE Legal Department | M. Lalande* | None | Reflecting legal advice of counsel on voting issues on BCE Board. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff.

-35-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 227 | | Memorandum w/ marginalia and attachment | 04/11/2002 | M. Ryan* | M. Lalande* | D. Masse*, M. Guy* | Attorney's discussion points reflecting advice of counsel in connection with directors' telephone conference regarding MD&As, summary of teleconference prepared by attorney. | AC/CI/JD |
| 228 | Yes | Board Presentation w/ marginalia | 04/23/2002 | BCE Legal Department | M. Lalande* | None | BCE Board Presentation w/ handwritten notes reflecting attorney's legal advice and input regarding legal aspects of restructuring. | AC |
| 229 | | Draft Agreement | 04/01/2002 | Stikeman Elliot* | M. Lalande* | None | Draft Indemnity Agreement. | AC |
| 230 | | Draft | 04/17/2002 | I. Ricciuto | M. Kaminaris | None | Draft Teleglobe Inc.'s 2000 Financial Information reflecting legal input and advice of counsel. | AC/CI |
| 231 | | E-mail chain w/attachment & marginalia | 04/16/2002 | M. Lalande* | M. Ryan*; V. Mercier* | M. Turcotte*, S. Dunphy*, M. Shapiro*, M. Barbeau*, J. Brunelle | Email attaching Board meeting resolutions and other documents, reflecting attorney's legal advice and input. | AC/CI |
| 232 | | E-mail w/ attachment | 02/13/2002 | I. Ricciuto* | S. Vanasella; M. Turcotte*; M. Ryan*; B. Pickford; M. Paul; P. Van Gheluwe; L. Gagne; F. Pinsonnault; I. Morin | I. Teoli, D. Valade*, S. DiPaolo, P. Raffaele, P. McKenzie, L. Thibault, S. Matthews-Sinclair, C. Belec | Attorney-client communication attaching draft BCE Management Proxy Circular. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-36-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 233 | | E-mail chain w/ attachment | 04/21/2002 | M. Lalande*; J. Young; V. Mercier* | J. Brunette; D. Masse* | D. Tay, M. Forte, I. Ness, J. Papisardi, R. Clerf, R. Rawson, M. Weinberg, M. Ryan*, M. Turcotte*, M. Lalande*, J. Bisnaire | A legal communication reflecting a common legal cause and an identity of interest, attaching Teleglobe board resolutions and letters of resignation of Teleglobe directors and officers. | AC/CI |
| 234 | | E-mail | 04/15/2002 | M. Lalande* | J. Romanini* | M. Turcotte*, M. Ryan*, M. Cossette*, S. Dunphy*, M. Shapiro**, A. Tenzer*, V. Mercier** | Attorney-client communication seeking preparation of draft Board resolutions by counsel regarding D&O changes. | AC/CI |
| 235 | | E-mail chain w/ attachment | 04/23/2002 | G. Walker; M. LaChappelle | G. Walker; I. Morin*; L. Ruggins; I. Ricciuto* | None | Draft Q&A, draft BCE quarterly result letter, draft Bell Nexxia customer letter, draft Bell Employee FAQ reflecting attorney's legal advice and input. | AC |
| 236 | | E-mail w/ attachment | 04/09/2001 | A. Dean* | I. Ricciuto* | S. Skinner, M. Ryan*, M. Lalande* | Attorney-client communication attaching draft memorandum from counsel regarding Teleglobe Inc. reporting obligations. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 237 | | E-mail w/ attachments | 04/19/2002 | N. Kaminaris; BCE Legal Department | E. Daher | None | Draft news releases from Teleglobe regarding its 2002 First Quarter US GAAP results reflecting attorney's legal advice and input and reflecting a common legal cause and an identity of interest and seeking further legal advice. | AC/CI |
| 238 | | E-mail w/ attachment & marginalia | 10/10/2000 | I. Ricciuto* | M. Ryan*; M. Boychuk; M. Paul; G. Walker; S. Skinner; M. Lalande* | None | Seeking advice of counsel regarding Teleglobe Inc. disclosure requirements. | AC/CI |
| 239 | | Board of directors resolution | 04/23/2002 | BCE Legal Department | M. Lalande* | None | Draft Resolution Adopted by the Board of Directors, 4/23/2002 reflecting legal advice and input of counsel. | AC |
| 240 | | Board of Director Resolution | 04/23/2002 | BCE INC | M. Lalande* | None | Draft BCE Board of directors resolution with handwritten notes reflecting attorney's analysis. | AC |
| 241 | | Presentation | 04/23/2002 | M. Lalande*; M. Turcotte* | Board of Directors of BCE, Inc. | None | Draft BCE Board presentation prepared by counsel in connection with Teleglobe legal review. | AC/WP |
| 242 | | E-mail w/ attachment | 02/19/2002 | M. Lalande* | I. Ricciuto* | S. Vanasella, M. Turcotte*, M. Ryan*; S. Skinner, P. Van Ghaluwe, P Pichette, D. Snyder*, E. Daher | Draft rider to Teleglobe Inc. public filing, reflecting the legal advice and input of counsel. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 243 | | E-mail chain | 03/25/2002 | P. Van Gheluwe; M. Turcotte* | M. Boychuk; M. Lalande*; M. Turcotte* | None | Attorney-client communication providing information to counsel in order to enable provision of legal advice. | AC |
| 244 | | Draft w/marginalia | 03/27/2002 | BCE Legal Department | M. Lalande* | None | Draft table reflecting attorney's legal advice and input regarding principal terms of Teleglobe Inc. indentures and credit facilities. | AC |
| 245 | | Draft Memoranda | 04/01/2002 | Davies Ward Phillips & Vineberg LLP | M. Lalande*; M. Turcotte* | None | Two draft memoranda prepared by counsel, seeking legal input of attorneys, and reflecting attorney's legal advice, regarding proposed transaction in which BCE would provide additional financing to Teleglobe. | AC |
| 246 | | E-mail w/ attachments | 03/18/2002 | D. Doucette | I. Tsoli; P. Pichette; R. Schwartz; R. Schwartz; D. Marr; C. Childers; G. Ward; G. Burkett; G. Bloh*; P. Maarleg; G. Walker; L. Banks; J. Pakar; E. Roman | None | Client-Attorney Communication regarding proposed outsourcing agreement between Bell Canada and Teleglobe and attaching drafts of news release, media q & a, and employee message seeking input of attorneys with respect to proposed outsourcing agreement with Bell Canada. | AC/CI |
| 247 | | E-mail chain | 04/01/2002 | M. Turcotte*; V. Mercier | P. Hong; V. Mercier*; J. Swartz*; J. Bisnaire; M. Disney; M. Lalande*; S. Vanasselt; M. Turcotte* | P. Hong, J. Swartz*, J. Bisnaire, M. Disney, M. Lalande* | Memorandum prepared by counsel reflecting attorney's legal advice and input regarding proposed transaction in which BCE would provide additional funding. | AC |
| 248 | | E-mail chain | 03/31/2002 | M. Turcotte*; M. Lalande | V. Mercier*; J. Bisnaire; J. Swartz*; I. Golzeva; P. Hong; M. Disney | M. Turcotte* | A legal communication seeking attorney's legal advice and input regarding proposed transaction in which BCE would provide funding to Teleglobe Inc. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-39-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 249 | | Draft memorandum | 03/30/2002 | Davies Ward Phillips & Vineberg LLP | M. Lalande; M. Turcotte* | None | Draft memorandum reflecting attorney's legal advice and input of construing terms of debentures of Teleglobe Inc. In light of proposed transaction. | AC |
| 250 | | E-mail | 03/27/2002 | M. Lalande* | M. Turcotte* | None | A legal communication among counsel reflecting attorney's legal advice and input regarding tax loss monetization in order to provide legal advice to client. | AC |
| 251 | | E-mail w/ attachment | 04/11/2002 | M. Cossette*; Davies Ward Phillips & Vineberg LLP* | J. Swartz* | M. Turcotte*, P. Lessard, M. Lalande* | Attorney-client communication attaching draft Ernst & Young engagement letter and seeking advice of counsel. | AC/CI |
| 252 | | Draft letter agreement | 03/21/2002 | Lazard Freres & Co. LLC | M. Lalande* | None | Drafts of letter agreement and indemnification letter reflecting attorney's internal comments and advice. | AC/CI |
| 253 | | Chart | 12/31/2001 | BCE Legal Department | M. Lalande* | None | Chart of Teleglobe corporate structure with handwritten notes reflecting attorney's legal advice and input regarding proposed transaction between BCE and Teleglobe. | AC |
| 254 | yes | Draft presentation | 03/10/2002 | BCE Legal Department | M. Lalande* | None | Draft presentation reflecting attorney's legal advice and input regarding BCE letter of support. | AC |
| 255 | | Q&A | 04/24/2002 | BCE Legal Department | M. Lalande* | None | Draft q & a's reflecting legal advice and input of counsel. | AC/CI |
| 256 | | Memorandum | 04/16/2002 | Shearman & Sterling | M. Turcotte* | None | Memorandum prepared by counsel reflecting attorney's legal advice and input regarding potential BCE liability under US law. | AC/WP |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 257 | | E-mail chain with attachment | 04/18/2002 | M. Lalande*; S. Dunphy* | S. Vansella; M. Boychuk; M. Lalande* | M. Turcotte* | A legal communication reflecting attorney's legal advice and input regarding Bank of Montreal's letter to Teleglobe Inc. and BCE dated April 18, 2002 (and letter attached with handwritten comments seeking legal advice of counsel). | AC/WP |
| 258 | Yes | Presentation | 02/18/2002 | G. Ward; W. Enns | M. Sabia | None | Presentation reflects advice of counsel on labor law issues. | AC/CI |
| 259 | | E-mail chain with draft memorandum attached | 04/24/2002 | M. Kuchel* | C. Page | M. Ryan*, A. Dussault*, L. Gagne | Draft memorandum prepared by counsel setting forth legal analysis of the consequences of the restructuring on compensation plans. | AC/CI |
| 260 | | E-mail | 02/15/2002 | A. Dussault* | M. Kuchel* | E. Levy, S. Lee, I. Ricciuto* | E-mail subject: Re: Teleglobe Inc. Restricted Share Unit Plan setting forth legal advice and input of counsel regarding filing requirements. | AC/CI |
| 261 | | Memorandum | 04/24/2002 | A. Dussault* | M. Lalande* | None | Memorandum summarizing legal advice and input of counsel regarding whether U.S. Securities laws apply to share unit plan. | AC/CI |
| 262 | | E-mail with draft attachment | 02/15/2002 | A. Dussault* | M. Kuchel*; E. Levy; C. Page; L. Gagne | None | Draft of Teleglobe Inc. restricted share unit plan reflecting advice and input of counsel | AC/CI |
| 263 | | E-mail chain w/ attachments | 02/20/2002 | M. Kuchel*; N. Morello* | C. Page; N. Morello* | M. Kuchel* | Draft communication from counsel and resolution of the Board of Teleglobe Inc. re: appointment of MJ Saba as an officer. | AC/CI |

*Indicates person is a lawyer or employed in legal staff

-41-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 264 | | Draft | 06/19/2000 | BCE Legal Department; J. Monty | M. Lalande* | None | Draft materials regarding presentations regarding Teleglobe Inc. acquisition reflecting attorney's legal advice and input. | AC/CI |
| 265 | | E-mail w/ attachment | 11/27/2001 | M. Lalande* | M. Ryan* | M. Turcotte*; M. Boychuk | Communication from counsel providing comments on draft BCE board of directors resolution, reflecting attorney's legal advice and input. | AC |
| 266 | | E-mail w/ attachments | 02/12/2002 | M. Lalande* | I. Ricciulo* | S. Vanasella; M. Turcotte*; M. Ryan*; S. Skinner; B. Pickford; M. Paul; P. Van Gheluwe; P. Pichette; J. Brunette; A. Mongrain | A legal communication reflecting legal input and advice of counsel on draft Teleglobe Inc. 2001 Financial Information. | AC/CI |
| 267 | | E-mail w/ attachment | 02/15/2002 | I. Ricciulo* | S. Vanasella; M. Turcotte*; M. Ryan*; B. Pickford; M. Paul; P. Van Gheluwe; P. Pichette; J. Brunette; A. Mongrain; M. Lalande* | F. Sclamamblio, E. Dehar, A. Bearzatto, S. Argiriou, B. McMillan, D. Valadri*, S. Di Paolo*, P. Raffaella, P. McKenzie, L. Thibault, N. | Attorney-client communication reflecting legal input and advice of counsel on Teleglobe Inc. MD&A. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-42-

## BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Shipley, M. Stone, R. Sclacchitano, M. Roussopoulos* | | |
| 268 | | Draft letter agreement w/marginalia | 04/08/2002 | Davies Ward Phillips & Vineberg LLP* | B. Babcock | None | Draft letter agreement reflecting attorney's legal advice and input regarding retention of Ernst & Young. | AC/CI |
| 269 | | Report w/marginalia | 00/00/0000 | BCE Legal Department | M. Lalande* | None | Draft report reflecting attorney's legal advice and input regarding Teleglobe funding strategy. | AC/WP |
| 270 | | E-mail | 12/18/2001 | S. Lefebvre | B. Pickford; J. Ciccotelli; A. Kinglssepp*; M. Lalande*; F. Gauvin; F. Valois | A. Bearzatto | Communication to counsel for legal advice and input about diagram of proposed transaction involving Teleglobe Inc. | AC |
| 271 | | Memorandum | 04/16/2002 | M. Cossette* | M. Lalande* | None | Memorandum prepared by counsel regarding discussions at March 2, 2002 CSFB Global Telecommunication Conference. | AC/WP |
| 272 | | E-mail chain w/ attachment | 04/15/2002 | J. Blenaire* | M. Turcotte* | None | Memorandum prepared by Davies Ward Phillips & Vineberg LLP* regarding liabilities of directors of BCE and Teleglobe Inc. | AC |
| 273 | | E-mail | 04/04/2002 | M. Boychuk | M. Turcotte* | None | Client-Attorney communication seeking legal advice regarding disclosures. | AC |
| 274 | | Draft Indemnity agreement | 04/01/2002 | S. Dunphy* | M. Lalande* | None | Draft indemnity agreement and guaranty agreement prepared by BCE's counsel. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-43-

# BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 275 | | Memorandum | 04/16/2002 | Stikeman Elliot* | M. Lalande/BCE Board Members | None | Memorandum prepared by counsel setting forth legal analysis duties and liabilities of Canadian corporations in difficult financial circumstances. | AC |
| 276 | | E-mail | 05/01/2000 | J. Ciccotelli | M. Boychuk; B. Pickford; D. McGraw | O. Larocque*; C. Lebel | E-mail setting forth legal advice of counsel regarding acquisition of Teleglobe Inc. by BCE. | AC |
| 277 | | Charts | 00/00/0000 | M. Cossette* | M. Lalande* | None | E-mail setting forth legal analysis of methods of financing. | AC |
| 278 | | E-mail | 02/08/2001 | I. Ricciuto* | P. Pichette | None | Attorney-client communication attaching draft Teleglobe Inc. 2001 Financial Information. | AC/CI |
| 279 | | E-mail | 02/12/2001 | M. Lalande*; I. Ricciuto* | P. Pichette | None | Attorney-client communication reflecting handwritten comments of counsel on draft Teleglobe Inc. 2001 Financial Information. | AC/CI |
| 280 | | E-mail | 02/15/2001 | I. Ricciuto* | P. Pichette | None | Attorney-client communication reflecting handwritten comments of counsel on draft Teleglobe Inc. MD&A. | AC/CI |
| 281 | | E-mail | 02/15/2001 | I. Ricciuto* | P. Pichette | None | Attorney-client communication reflecting handwritten comments of counsel on draft BCE MD&A. | AC |
| 282 | | Drafts | 00/00/0000 | M. Lalande*; BCE Legal Department | P. Pichette | None | Draft press releases and draft Teleglobe Inc. and draft First Quarter Report reflecting attorney's legal advice and input seeking further advice. | AC/CI |
| 283 | | Draft | 04/15/2002 | M. Ryan* | P. Pichette | None | Draft material change report regarding Teleglobe Inc. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-44-

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 284 | | E-mail | 11/03/2000 | A. Dean* | I. Ricciuto* | None | Attorney-client communication seeking information from client in order to provide legal advice and attaching draft memorandum from counsel regarding Teleglobe Inc. reporting requirements. | AC |
| 285 | | E-mail | 04/06/2001 | I. Ricciuto* | N. Kaminaris | M. Lalande* | Memorandum from counsel setting forth legal analysis of Teleglobe Inc. disclosures obligations and attaching charts setting forth legal analysis of such obligations. | AC |
| 286 | | Draft agreement | 00/00/0000 | Davies Ward Phillips & Vineberg LLP* M. Cossette* | M. Lalande* | None | Draft engagement letter of Ernst & Young reflecting handwritten comments of counsel | AC/CI |
| 287 | | Draft resolution of the Board of Directors of BCE Inc. | 11/28/2001 | BCE Legal Department | M. Lalande* | None | Draft resolution of the Board of Directors of BCE reflecting input and advice of counsel. | AC |
| 288 | Yes | Presentation | 04/16/2002 | Lazard Freres & Co. LLC | M. Lalande* | None | Presentation reflecting legal advice of counsel on issues of structural subordination. | AC/CI |
| 289 | | Draft w/marginalia | 04/05/2002 | E. Paul-Hus* | M. Lalande* | None | Draft legal opinion regarding Teleglobe Inc.'s sale of Excel Communications assets reflecting a common legal cause and an identity of interest. | CI |
| 290 | | Fax w/ attachment | 04/05/2002 | E. Paul-Hus* | M. Lalande* | None | Fax attaching draft legal opinion  regarding Teleglobe Inc.'s sale of Excel Communications assets reflecting a common legal cause and an identity of interest. | CI |

*indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 291 | | Draft w/marginalia | 08/00/2001 | M. Lalande* | W. Anderson | None | Draft BCE Inc. side letter regarding the Excel transaction, reflecting attorney's legal advice and input. | AC |
| 292 | | Draft | 08/00/2001 | M. Lalande* | W. Anderson | None | Draft BCE Inc. side letter regarding the Excel transaction, reflecting attorney's legal advice and input. | AC |
| 293 | | E-mail w/ attachment | 08/16/2001 | J. Leung | M. Lalande*; E. Paul-Hus* | None | Attaching draft BCE Inc. side letter regarding the Excel transaction, reflecting attorney's legal advice and input. | AC |
| 294 | | E-mail chain w/ attachment | 08/15/2001 | J. Leung; C. Soper | M. Lalande*; E. Paul-Hus*; J. Leung | None | Attaching draft amended BCE Inc. side letter regarding the Excel transaction, reflecting attorney's legal advice and input. | AC |
| 295 | | Draft Memoranda | 09/17/2001 | W. Anderson | C. Gold | J. Leung, C. Page, M. Lalande* | Draft memoranda regarding Teleglobe Inc. and BCE Inc. stock option plans reflecting a common legal cause and an identity of interest. | AC/CI |
| 296 | | E-mail chain | 07/12/2001 | C. Gottschalk*; F. Gauvin; A. Tullo; M. Lalande* | F. Gauvin; E. Paul-Hus* | E. Paul-Hus*, M. Lalande*, W. Anderson, B. Mills, M. Turcotte* B. Pickford, A. Mastromonaco D. Schulte* C. May*, C. Gottschalk*, J. Leung, A. | Attorney-client communication reflecting legal advice of counsel regarding share transfers regarding the Excel transaction. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog

| DOC_NUMBER | REDACTION | DOC_TYPE | DATE | AUTHOR | RECIPIENT | CC | DESCRIPTION | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Tullo | | |
| 297 | | Memorandum | 09/07/2001 | E. Paul-Hus* | M. Turcotte*; M. Lalande*; T. McGee; R. Mannion; J. Brunalte; K. Sherill; G. Wyman; P. Went | None | Attorney memorandum regarding BCE Group's ongoing obligations relating to the sale of Excel reflecting attorney's legal advice and input. | AC/CI |
| 298 | | E-mail w/ attachments | 02/14/2002 | M. Lalande* | W. Anderson | J. Leung | Attorney-client communication reflecting legal advice of counsel regarding attached drafts of BCE side letter in Excel transaction. | AC/CI |
| 299 | | E-mail chain | 05/09/2001 | C. Kelly; M. Lalande* | M. Lalande*; W. Anderson; J. Leung; C. Gold | M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding Excel/VarTec transaction issues. | AC/CI |
| 300 | | Memorandum | 07/03/2001 | C. Gottschalk*; M. Fahey* | W. Anderson; J. Leung; M. Turcotte*; M. Lalande* E. Paul-Hus*; F. Gauvin; B. Milla | None | Attorney memorandum regarding principal issues with the VarTex/Excel transaction, reflecting attorney's legal advice and input. | AC/CI |
| 301 | | E-mail | 06/29/2001 | M. Fahey* | M. Lalande* | C. Gottschalk*; D. Schulte*; C. May* | Attorney-client communication reflecting legal advice of counsel regarding principal issues with the VarTex/Excel transaction, reflecting attorney's legal advice and input. | AC/CI |
| 302 | | BCE Board Presentation | 04/23/2002 | M. Turcotte*; M. Lalande*; Shearman & Sterling*; Stikeman Elliott* | Board of Directors of BCE, Inc. | None | Presentation prepared by counsel for Board of directors of BCE reflecting legal advice and input regarding litigation risk in connection with Teleglobe. | AC/WP |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 303 | | 06/26/2001 | E-mail w/ attachment | F. Rodi | M. Lalande* | P. Thom | Attaching draft promissory note between BCE and Teleglobe, reflecting attorney's legal advice and input. | AC |
| 304 | | 07/09/2001 | E-mail w/ attachments | P. Van Gheluwe | A. Morin*, M. Boychuk | None | Attaching draft Teleglobe Inc. and BCE Inc. board meetings purpose and summary statements, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 305 | | 10/23/2001 | E-mail w/ attachment | I. Ricciuto* | M. Ryan*, M. Boychuk, S. Skinner | M. Lalande*, E. Daher | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe funding risks and attaching extract of Teleglobe MD&As regarding same, reflecting a common legal cause and an identity of interest. | AC/CI |
| 306 | | 10/24/2001 | E-mail w/ attachments | I. Ricciuto* | M. Ryan*, S. Skinner, E. Daher, M. Lalande*, M. Boychuk | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe MD&As and attaching drafts of same, reflecting a common legal cause and an identity of interest. | AC/CI |
| 307 | | 11/19/2001 | E-mail chain | M. Kuchel*, M. Lalande* | P. Lavigne, , C. Page, P. Van Gheluwe, L. Stroppolo, M. Boychuk | M. Ryan*, N. Morello*, M. Lalande*, D. Masse*, L. Houle, R. Schwartz | Attorney-client communication reflecting legal advice of counsel regarding Bell/BCE loans to Teleglobe. | AC |
| 308 | | 02/19/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attaching draft term sheet and BCE support letter, reflecting attorney's legal advice and input. | AC |
| 309 | | 02/25/2002 | E-mail chain | M. Lalande*, E. Daher | E. Daher | S. Skinner, I. Ricciuto*, P. Van Gheluwe, M. Boychuk, F. Scannamblo, M. Turcotte*, M. Ryan*, P. Maarika, A. Mongrain, S. Vanaselja, P. Pichette, J. Brunelle, F. Gauvin | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe 2001 US GAAP MD&As. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 310 | | 03/01/2002 | E-Mail | M. Turcotte* | M. Lalande* | M. Boychuk, S. Vanasella, A. Leblanc | A legal communication regarding proposed transactions involving Teleglobe Inc., reflecting attorney's legal advice and input. | AC |
| 311 | | 02/28/2002 | E-mail w/ attachments | M. Lalande* | M. Turcotte*, M. Boychuk, S. Vanasella, A. Leblanc | None | Attorney-client communication reflecting legal advice of counsel regarding proposed transactions involving Teleglobe Inc. and attaching draft table of contents for presentation and draft memorandum from counsel regarding proposal for Teleglobe Inc. funding. | AC |
| 312 | | 00/00/0000 | | | | | | Produced |
| 313 | | 01/11/2002 | E-mail w/ attachment | I. Ricciuto* | S. Vanasella, M. Turcotte*, M. Ryan*, M. Boychuk, B. Pickford, S. Skinner, P. Maarika, L. Ruggins | P. Lenzi, B. Roy, E. Daher, B. Macmillan, D. Valade*, S. Di Paolo*, C. Fleury, D. Jean, P. Raffaele, P. McKenzie, N. Turcot, R. Shannon, P. Stauch, P. Brodeur | Attorney-client communication reflecting legal advice of counsel regarding BCE compliance committee meeting and attaching draft prospectuses. | AC |
| 314 | | 01/14/2002 | E-mail w/ attachments | I. Ricciuto* | S. Vanasella, M. Turcotte*, M. Ryan*, M. Boychuk, B. Pickford, M. Paul, S. Skinner, L. Ruggins, I. Teoli | D. Doucette, B. Macmillan, D. Valade*, S. Di Paolo*, C. Fleury, D. Jean, P. McKenzie, P. Raffaele, J. Dandurand | Attorney-client communication reflecting legal advice of counsel regarding BCE compliance committee meeting and attaching memorandum regarding SEC cautionary advice on pro-forma financials, and draft BCE Q3 news release. | AC |
| 315 | | 02/22/2002 | E-mail | M. Lalande* | E. Daher | S. Skinner, I., Ricciuto*, P. Van Ghelauwe, M. Boychuk, M. Turcotte*, M. Ryan*, M. Paul, S. Vanasella, B. Pickford, F. Sciannambio | Attorney-client communication reflecting legal advice of counsel regarding BCE draft annual report. | AC |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 316 | | 02/25/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, P. Van Gheluwe, L. Ruggins | M. Lalande* | Attaching draft Teleglobe term sheet and draft BCE support letter, reflecting attorney's legal advice and input. | AC |
| 317 | | 02/26/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, L. Ruggins, P. Van Gheluwe | None | Attaching draft Teleglobe term sheet and draft BCE support letter, reflecting attorney's legal advice and input. | AC |
| 318 | | 02/26/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attaching drafts of Teleglobe term sheet and draft BCE support letter, reflecting attorney's legal advice and input. | AC |
| 319 | | 05/10/2001 | E-mail w/ attachments | I. Ricciuto* | S. Vanasella, M. Turcotte*, M. Ryan*, M. Boychuk, G. Davis, B. Pickford, P. Mainika, S. Skinner | B. Anderson, B. Kouri, M. Lalande*, A. Bearzatto, P. Van Gheluwe, N. Kaminaris, S. Argifiou, E. Daher | Attaching drafts of Teleglobe Inc. MD&As, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 320 | | 06/22/2001 | E-mail w/ attachment | A. Morin* | M. Lalande* | M. Turcotte*, P. Van Gheluwe, R. DeSantis, M. Boychuk | Attaching checklist for closing of Teleglobe credit facilities, reflecting attorney's legal advice and input. | AC/CI |
| 321 | | 06/22/2001 | E-mail w/ attachment | M. Lalande* | M. Boychuk | S. Vanasella, M. Turcotte*, A. Morin*, P. Van Gheluwe | Attaching attorney memorandum regarding BCE support letter for Teleglobe credit facilities, reflecting attorney's legal advice and input. | AC |
| 322 | | 06/26/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte*, P. Van Gheluwe, A. Morin*, R. DeSantis | None | Attorney-client communication reflecting legal advice of counsel regarding BCE support letter for Teleglobe and attaching draft of same. | AC |
| 323 | | 07/08/2001 | E-mail | P. Van Gheluwe | F. Redi, P. Thorn, A. Morin* | M. Lalande*, M. Boychuk | Client-attorney communication requesting legal advice of counsel regarding drafting of BCE promissory note to Teleglobe. | AC |
| 324 | | 06/26/2001 | E-mail | M. Lalande* | P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding analysis of contracts. | AC |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 325 | | 06/26/2001 | E-mail w/ attachment | F. Rodi | M. Lalande | P. Thom | Client-attorney communication requesting legal advice of counsel regarding Teleglobe promissory note to BCE and attaching draft of same. | AC |
| 326 | | 07/09/2001 | E-mail chain | A. Morin*, M. Lalande*, F. Rodi | P. Van Gheluwe, M. Lalande* | F. Rodi, P. Thom, M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe promissory note. | AC |
| 327 | | 07/09/2001 | E-Mail | P. Van Gheluwe | A. Morin*, M. Boychuk | None | Attaching drafts of Teleglobe Inc. and BCE Inc. purpose and summary statements for board resolutions supporting renewal of Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 328 | | 10/23/2001 | E-mail w/ attachment | I. Ricciuto* | M. Ryan*, M. Boychuk, S. Skinner | M. Lalande*, E. Daher | A legal communication regarding extract of Teleglobe Inc. MD&As and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 329 | | 10/24/2001 | E-mail w/ attachments | I. Ricciuto* | M. Ryan*, S. Skinner, E. Daher, M. Boychuk | None | Attaching drafts of Teleglobe Inc. MD&As, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 330 | | 11/20/2001 | E-mail chain | P. Thom, M. Lalande* | M. Lalande*, P. Thom | M. Boychuk, L. Ruggins, F. Rodi, M. Rosenhiek | Client-attorney communication requesting legal advice of counsel regarding lending money to Teleglobe. | AC |
| 331 | | 01/15/2002 | E-mail w/ attachment | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe | None | Attaching attorney memorandum analyzing Teleglobe financial instruments, reflecting attorney's legal advice and input. | AC |
| 332 | | 01/16/2002 | E-mail w/ attachment | I. Ricciuto* | S. Vanasella, M. Boychuk, L. Ruggins, P. Van Gheluwe, P. Lenzi | M. Ryan* | Attaching draft Teleglobe Inc. prospectus excerpt, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 333 | | 03/04/2002 | Draft report | BCE Legal Department | M. Boychuk | None | Draft Teleglobe Inc. 2001 Third Quarter Report, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 334 | | 07/13/2001 | Draft report | BCE Legal Department | M. Boychuk | None | Draft Teleglobe Inc. 2001 Third Quarter Report, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 335 | | 00/00/0000 | | | | | | Produced |
| 336 | | 02/11/2002 | E-mail w/ attachments | I. Ricciuto* | J. Klug, T. McGee, R. Mannion, P. Pichette, J. Brunelle, M. Lalande*, N. Gentiletti, M. Mercier*, R. Fillingham, A. Serero | M. Turcotte*, M. Ryan*, M. Boychuk, L. Ruggins, P. Lenzi | Attorney-client communication reflecting legal advice of counsel and requesting further information regarding prospectus relating to BCE Inc. public offering of preferred shares and attaching drafts of same, reflecting a common legal cause and an identity of interest. | AC/CI |
| 337 | | 02/21/2002 | E-mail w/ attachments | E. Daher | S. Skinner, I. Ricciuto*, P. Van Gheluwe, M. Lalande*, M. Boychuk, F. Scannambio, M. Turcotte*, M. Ryan*, S. Vanasella, M. Paul, B. Pickford | None | Attaching drafts of 2001 BCE Annual Report, reflecting attorney's legal advice and input. | AC |
| 338 | | 02/26/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, L. Ruggins, P. Van Gheluwe | None | Attaching drafts of revised term sheet and draft BCE letter of Intent regarding Teleglobe Inc. credit facility, reflecting attorney's legal advice and input. | AC |
| 339 | | 03/11/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk | None | Attaching drafts of revised term sheet and draft BCE letter of Intent regarding Teleglobe Inc. credit facility, reflecting attorney's legal advice and Input. | AC |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 340 | | 02/27/2001 | E-mail w/ attachments | M. Lalande* | M. Boychuk | None | Attaching attorney memoranda to M. Boychuk, B. Pickford, F. Gauvin, P. Van Gheluwe, and copied to A. Bourbonnais and M. Turcotte analyzing the terms of contracts to evaluate third-party approvals, reflecting attorney's legal advice and input. | AC/CI |
| 341 | | 06/26/2001 | E-mail w/ attachment | M. Lalande* | M. Boychuk, M. Turcotte* | None | Attorney-client communication reflecting legal advice of counsel regarding BCE letter of Intent regarding Teleglobe credit facilities and attaching draft of same. | AC |
| 342 | | 10/24/2001 | E-mail w/ attachment | I. Ricculco* | M. Ryan* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. MD&As and attaching draft of same, reflecting a common legal cause and an identity of interest. | AC/CI |
| 343 | | 02/26/2002 | E-mail w/ attachments | A. Bearzatto | F. Gauvin, M. Lalande*, P. Van Gheluwe, F. Sciannambio, M. Bovchuk, J. Ciccotelli | B. Pickford, F. Valois, A. Kingissepp*, S. Suarez | Client-attorney communication requesting legal advice of counsel regarding tax ruling request for BCE Inc. and Teleglobe Inc. and attaching drafts of same, reflecting a common legal cause and an identity of interest. | AC/CI |
| 344 | | 02/28/2001 | E-mail w/ attachment | E. Paul-Hus* | M. Boychuk | A. Bearzatto | Attorney-client communication reflecting legal advice of counsel regarding BCE Annual Information Form and attaching draft of same. | AC |
| 345 | | 07/10/2001 | E-mail w/ attachment | P. Van Gheluwe | A. Morin*, M. Boychuk | None | Client-attorney communication requesting legal advice of counsel regarding BCE purpose and summary statement for the BCE board meeting and attaching draft of same. | AC |
| 346 | | 07/09/2001 | E-mail w/ attachment | A. Morin* | M. Lalande* | S. Vanaselja | A legal communication regarding contents of BCE letter and attaching draft of the same, reflecting attorney's legal advice and input. | AC |
| 347 | Yes | 00/00/0000 | Draft outline | BCE Legal Department | M. Boychuk | None | Draft outline regarding structural subordination of bonds/bondholders, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.

McCarthy Privlog

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | ADDRESSEE | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 348 | | 10/29/2001 | E-mail w/ attachment | I. Ricciuto* | S. Vanasella | A. Bearzatto | Attorney-client communication reflecting attorney's legal advice and input regarding BCE MD&As and attaching draft of same. | AC |
| 349 | | 12/03/2001 | E-mail w/ attachment | M. Lalande* | M. Bovchuk | M. Turcotte* | Attaching draft memorandum regarding analysis of credit facilities, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or works in legal staff.