# EXHIBIT 3
# PART 1

# SHEARMAN & STERLING LLP

FAX: 212-848-7179
TELEX: 667290 WUI
www.shearman.com

599 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-6069
212 848-4000

ABU DHABI
BEIJING
BRUSSELS
DÜSSELDORF
FRANKFURT
HONG KONG
LONDON
MANNHEIM
MENLO PARK
MUNICH
NEW YORK
PARIS
ROME
SAN FRANCISCO
SINGAPORE
TOKYO
TORONTO
WASHINGTON, D.C

WRITER'S DIRECT NUMBER:

(646) 848-4608

WRITER'S EMAIL ADDRESS:
DSchimmel@shearman.com

April 16, 2004

By FedEx

Zachary G. Newman, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

*3rd privilege log*

Dear Zachary:

Please find attached a supplemental log of documents withheld or redacted on the ground of privilege from the documents made available for your review in the electronic format. We are also producing a few supplementary documents. Should you have any questions, please do not hesitate to call.

Sincerely,

Daniel Schimmel

Enclosure

*Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware. which laws limit the personal liability of partners*

BCE Teleglobe PrivIlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 350 | | 02/22/2001 | E-mail w/ attachments | B. Roy | D. Masse*, B. Pickford, M. Boychuk, M. Weinstock, M. Ryan* | None | Attaching draft purpose and summary statement for board of directors meeting of Teleglobe Inc. regarding acquisition of Nortel shares, reflecting attorney's legal advice and input. | AC;CI |
| 351 | | 10/23/2001 | E-mail | M. Lalande* | I. Riccuio* | M. Ryan*, M. Boychuk, S. Skinner, E. Daher | Attorney-client communication regarding draft Teleglobe MD&A reflecting attorney's legal advice and input. | AC;CI |
| 352 | | 02/22/2001 | E-mail w/ attachment | B. Roy | M. Ryan*, B. Pickford, M. Weinstock, J. Ciccarelli, M. Boychuk | None | Client-attorney communication attaching draft purpose and summary statement for board meeting of Teleglobe Inc., which reflects advice of counsel. | AC;CI |
| 353 | | 01/11/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk | None | Client-Attorney communication seeking advice of counsel regarding proposed funding of Teleglobe Inc. by BCE and tax loss monetization and attaching correspondence regarding BCE/Teleglobe loss planning and draft chart regarding same, reflecting attorney's advice and input. | AC |
| 354 | | 04/05/2002 | E-mail w/ attachment | J. Bisnaire*, M. Turcotte* | M. Turcotte*, P. Lessard, S. Vanasella, I. Tredi, M. Shapiro*, A. Tonzer*, J. Millstein, S. Armutcuoglu, M. Boychuk | J. Swartz*, V. Mercier* | Attorney-client communication attaching Teleglobe press releases, reflecting advice and input of counsel and a common legal cause and an identity of interest. | AC;CI |
| 355 | | 02/22/2001 | E-mail w/ attachment | B. Roy | D. Masse* | None | Client-attorney communication attaching draft purpose and summary statement for meeting of Teleglobe Inc. Board of Directors. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-1-

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 356 | | 02/28/2001 | E-mail w/ attachment | D. Masse* | M. Boychuk | None | Attorney-client communication reflecting legal advice of counsel regarding chairman's report from Teleglobe's audit committee to its board of directors and attaching draft of same. | AC;CI |
| 357 | | 07/17/2001 | E-mail w/ attachment | A. Morin* | P. Van Gheluwe | M. Boychuk | Attaching draft internal restructuring memorandum, reflecting attorney's legal advice and input. | AC |
| 358 | | 11/26/2001 | E-mail chain | M. Boychuk, M. Lalande* | M. Lalande*, M. Boychuk | None | Attorney-client communication reflecting legal advice of counsel regarding preparation/filing of Teleglobe's tax returns. | AC;CI |
| 359 | | 03/06/2002 | E-mail | P. Van Gheluwe | G. Rourke | M. Boychuk, L. Ruggins, M. Lalande* | Client-attorney communication requesting legal advice of counsel regarding Teleglobe Inc. term sheet and BCE support letter. | AC |
| 360 | | 03/05/2002 | E-mail chain | M. Lalande*, F. Gauvin | G. Francois | B. Milla, A. Mastromonaco, I. Rioux, B. Pickford, M. Wienstock, M. Turcotte*, M. Boychuk, P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding the outsourcing of Teleglobe operations to Bell. | AC |
| 361 | | 02/25/2002 | E-mail | M. Lalande* | M. Boychuk, P. Van Gheluwe, L. Ruggins | M. Lalande* | Attaching draft Teleglobe Inc. term sheet and BCE support letter, reflecting attorney's legal advice and input. | AC |
| 362 | | 02/26/2002 | E-mail | M. Lalande* | M. Boychuk, L. Ruggins, P. Van Gheluwe | None | Attaching draft Teleglobe Inc. term sheet and BCE support letter, reflecting attorney's legal advice and input. | AC |
| 363 | | 03/11/2002 | E-mail | M. Lalande* | M. Boychuk | None | Attaching draft BCE support letter for Teleglobe Inc. reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee in legal staff

-2-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 364 | | 01/25/2001 | E-mail | P. Van Ghel-uwe | M. Lalande*, M. Chabot, M. Rosenhek, L. Ruggins, M. Boychuk, P. Lenzi, P. Thom | J. Ciccarelli | Client-attorney communication requesting legal advice of counsel regarding BCE's equity infusion in Teleglobe. | AC |
| 365 | | 02/27/2001 | E-mail w/ attachments | M. Lalande* | M. Boychuk | None | Attaching attorney memos reflecting legal advice of counsel regarding potential transfer of Nortel Network shares to Teleglobe and potential sale of BCE's interest in Excel. | AC |
| 366 | | 06/25/2001 | E-mail w/ attachment | A. Morin* | M. Lalande* | M. Turcotte* | Attaching checklist regarding closing of Teleglobe's credit facilities, reflecting attorney's legal advice and input. | AC |
| 367 | | 06/22/2001 | E-mail | M. Lalande* | M. Boychuk | S. Vanaselja | Attaching attorney memorandum regarding BCE support letter for Teleglobe, reflecting attorney's legal advice and input. | AC |
| 368 | | 06/26/2001 | E-mail | M. Lalande* | M. Boychuk, M. Turcotte* | None | Attorney-client communication reflecting legal advice of counsel regarding BCE support letter and attaching draft of same. | AC |
| 369 | | 06/29/2001 | E-mail chain | M. Lalande*, A. Morin* | A. Morin*, M. Lalande* | M. Boychuk | A legal communication regarding drafting of BCE support letter, reflecting attorney's legal advice and input. | AC |
| 370 | | 07/08/2001 | E-mail chain w/ attachment | P. Van Ghelu-we, M. Lalande*, F. Rodi | F. Rodi, P. Thom, P. Van Ghelu-we, M. Lalande* | M. Lalande*, M. Boychuk, P. Thom | A legal communication regarding drafting of promissory note in connection with Teleglobe borrowing from BCE, and attaching draft of same, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-5-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 371 | | 07/09/2001 | E-mail chain | A. Monir*, P. Van Gheluwe, F. Rodi, M. Lalande* | P. Van Gheluwe, M. Lalande* | F. Rodi, P. Thom | A legal communication regarding drafting of promissory note in connection with Teleglobe borrowing from BCE, reflecting attorney's legal and input. | AC |
| 372 | | 11/20/2001 | E-mail chain | P. Thom, M. Lalande* | M. Lalande*, P. Thom | M. Boychuk, L. Ruggins, F. Rodi, M. Rosenhek | Client-attorney communication providing information necessary to render legal advice regarding drafting of board resolutions. | AC |
| 373 | | 12/03/2001 | E-mail | M. Lalande* | M. Boychuk | M. Turcotte* | Attaching attorney memorandum reflecting legal advice of counsel regarding potential legal risks associated with proposed BCE loans to Teleglobe. | AC |
| 374 | | 01/15/2002 | E-mail w/ attachment | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe | None | Attaching attorney memorandum reflecting legal advice of counsel regarding potential Teleglobe financing alternatives. | AC |
| 375 | | 01/17/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe, A. Bearzatto, R. Norman, F. Huck, G. Thompson, E. Charbonneau, T. Espard, G. Altorri | M. Turcotte* | Attaching draft attorney memorandum and schedules reflecting legal advice of counsel regarding proposed financing for Teleglobe. | AC |
| 376 | | 01/24/2002 | E-mail | M. Lalande*, C. Fleury | M. Boychuk, M. Lalande* | B. Pickford | Attaching draft memorandum regarding BCE investment in Teleglobe, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-4-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 377 | | 02/15/2002 | E-mail chain | J. Trault, M. Lalande* | M. Lalande*, J. Tetrault, M. Boychuk | M. Lalande* | A legal communication regarding Teleglobe's treasury operations and the appointment of BCE officers to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 378 | | 02/21/2002 | E-mail w/ attachments | E. Daher | S. Skinner, I. Ricciuto*, P. Van Gheluwe, M. Lalande*, M. Boychuk, A. Mongrain, F. Sciammambio, M. Turcotte*, M. Ryan*, P. Maarika, S. Vanasella, P. Pichette, J. Brunette | None | Client-attorney communication requesting legal advice of counsel regarding attached draft financial information for Teleglobe according to U.S. and Canadian GAAP | AC;CI |
| 379 | | 02/25/2002 | E-mail | M. Lalande* | E. Daher | S. Skinner, I. Ricciuto*, P. Van Gheluwe, M. Boychuk, A. Mongrain, F. Sciammambio, M. Turcotte*, M. Ryan*, P. Maarika, S. Vanasella, P. Pichette, J. Brunette, F. Gauvin | Attorney-client communication reflecting legal advice of counsel regarding draft financial information for Teleglobe according to U.S. and Canadian GAAP | AC;CI |
| 380 | | 06/25/2001 | E-mail | A. Morin* | M. Lalande* | M. Turcotte* | Attaching draft checklist regarding the closing of Teleglobe's credit facilities, reflecting attorney's legal advice and input. | AC |
| 381 | | 06/22/2001 | E-mail | M. Lalande* | M. Boychuk | S. Vanasella | Attaching attorney memorandum reflecting legal advice of counsel regarding BCE support letter for Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-5-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 382 | | 07/08/2001 | E-mail | P. Van Gheluwe | F. Rodi, P. Thom | M. Lalande*, M. Boychuk | Client-attorney communication requesting legal advice of counsel regarding Teleglobe borrowing from BCE. | AC |
| 383 | | 07/13/2001 | E-mail w/ attachment | A. Morin* | M. Turcotte* | None | Attaching draft assignment agreement for Teleglobe's facilities, reflecting attorney's legal advice and input. | AC |
| 384 | | 07/18/2001 | E-mail | A. Morin* | M. Lalande* | None | A legal communication regarding drafting of assignment agreements for Teleglobe's facilities, reflecting attorney's legal advice and input. | AC |
| 385 | | 02/15/2002 | E-mail chain | M. Lalande*, J. Tetrault | J. Tetrault, M. Lalande*, M. Boychuk | M. Boychuk, M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding international treasury operations of BCE Teleglobe. | AC |
| 386 | | 09/27/2001 | E-mail | J. Ciccarelli | R. Leahy, M. Bouchard | M. Lalande*, M. Boychuk, L. Ruggins, A. Mongrain | A legal communication regarding Teleglobe's proposed private placement, reflecting a common legal cause and an identity of interest. | AC/CI |
| 387 | | 10/23/2001 | E-mail w/ attachment | I. Riccuto* | M. Ryan* | M. Lalande* | Attaching draft Teleglobe MD&As, reflecting attorney's legal advice and input. | AC/CI |
| 388 | | 11/19/2001 | E-mail chain | M. Kuchel*, M. Ryan*, M. Lalande* | P. Lavigne, C. Page, P. Van Gheluwe, N. Morello* | M. Ryan*, M. Boychuk, D. Masse* | A legal communication regarding management of Teleglobe's pension funds, reflecting attorney's legal advice and input. | AC/CI |
| 389 | | 12/19/2001 | E-mail | M. Lalande* | J. Tetrault | M. Roussopoulos*, P. Van Gheluwe, M. Boychuk | Attorney-client communication reflecting legal advice of counsel regarding guaranty between Teleglobe and Bank of America. | AC/CI |
| | | | | | | | | |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-8-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 390 | | 07/12/2001 | E-mail chain | D. Masse* | M. Lalande* | N. Morello* | A legal communication regarding approval of Teleglobe's credit facilities, reflecting attorney's legal advice and input. | AC |
| 391 | | 01/30/2002 | E-mail chain w/ attachments | G. Rourke | M. Boychuk, P. Van Gheluwe | G. Rourke | Attaching draft BCE support letter and outline regarding Teleglobe refinancing, reflecting attorney's legal advice and input. | AC |
| 392 | | 02/22/2001 | E-mail chain w/ attachment | M. Lalande* | N. Morello* D. Masse*, P. Van Gheluwe, M. Boychuk | None | Attaching draft purpose and summary statement for Teleglobe board meeting, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 393 | | 02/22/2001 | E-mail chain w/ attachment | C. Manneau | D. Masse* | S. Skinner, E. Tiseo, M. Boychuk | Client-attorney communication requesting legal advice of counsel regarding attached draft presentation regarding future plans for Teleglobe. | AC |
| 394 | | 07/24/2001 | E-mail w/ attachment | D. Masse* | S. Skinner, M. Boychuk | N. Morello*, M. Ryan* | Attaching draft chairman's report to Teleglobe's audit committee, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 395 | | 03/06/2002 | E-mail w/ attachment | M. Boychuk | P. Van Gheluwe | None | Attaching draft presentation regarding proposed reorganization of Teleglobe, reflecting a common legal cause and an identity of interest. | AC;CI |
| 396 | | 07/03/2002 | E-mail w/ attachment | M. Boychuk | B. Macmillan | None | Attaching draft presentation regarding proposed reorganization of Teleglobe, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-7-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 397 | | 12/02/2000 | E-mail | L. Coupal | V. Lepore | S. Skinner | A legal communication regarding Teleglobe restructuring and expenses, reflecting M. Lalande's* legal advice and input. | AC |
| 398 | | 02/01/2001 | E-mail | M. Lalande* | P. Beauregard* | None | A legal communication regarding Teleglobe AIF requirements, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 399 | | 02/09/2001 | E-mail | M. Lalande* | M. Ryan*, P. Beauregard* | None | A legal communication regarding Teleglobe Inc. directors' remuneration, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 400 | | 02/15/2001 | E-mail chain | M. Lalande* | R. Fantin | L. Coupal, A. Mastromonaco, J. David, F. Gauvin, B. Kouri | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe cash flow on a matter involving a common legal cause and identity of interest. | AC;CI |
| 401 | | 02/28/2001 | E-mail w/ attachment | M. Lalande* | N. Morello* | None | A legal communication attaching Teleglobe Inc. policy resolution, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 402 | | 03/20/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte*, B. Pickford | M. Ryan* | A legal communication attaching memorandum regarding BCE ownership requirements, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-8-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 403 | | 01/28/2002 | E-mail chain w/ attachment | M. Kuchel* | J. Romanani*, M. Di Pierro*, N. Morello* | D. Masse*, M. Lalande* | A legal communication attaching draft memorandum regarding Teleglobe Inc. organizational changes, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 404 | | 01/28/2002 | E-mail chain w/ attachment | M. Kuchel* | M. Lalande* | None | A legal communication regarding chairmanship of Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal case and an identity of interest, attaching draft memorandum regarding Teleglobe Inc. organizational changes. | AC;CI |
| 405 | | 12/14/2001 | E-mail | M. Turcotte* | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. funding agreement insurance policy. | AC |
| 406 | | 12/17/2001 | E-mail chain | B. D Angiolillo | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding status of Teleglobe Inc. proposed funding agreement. | AC |
| 407 | | 10/11/2001 | E-mail w/ attachment | E. Daher | M. Lalande* | I. Riccuto* | A legal communication attaching presentation regarding BCE external reporting third quarter timeline, reflecting attorney's legal advice and input. | AC |
| 408 | | 02/08/2002 | E-mail | I. Riccuto* | S. Vanasella | None | Attorney-client communication reflecting legal advice of counsel on a matter involving a common legal cause and identity of interest regarding BCE/Teleglobe compliance committee. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-9-

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 409 | | 02/20/2002 | E-mail | E. Levy | M. Lalande* | None | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding Teleglobe issuer status. | AC;CI |
| 410 | | 02/20/2002 | E-mail | I. Ricciuto* | M. Lalande* | None | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding Teleglobe issuer status. | AC;CI |
| 411 | | 04/01/2002 | E-mail | E. Daher | M. Lalande* | K. Wiegand | Client-attorney communication requesting legal advice of counsel on a matter of involving a common legal cause and an identity of interest regarding Teleglobe intangible assets and their implications to BCE. | AC;CI |
| 412 | | 02/27/2002 | E-mail | F. Chatel* | B. Koun | None | Attorney-client communication reflecting legal advice of counsel regarding BCE Ventures management agreement. | AC |
| 413 | | 12/14/2000 | E-mail | M. Lalande* | M. Di Pierro* | None | A legal communication regarding Teleglobe Inc. shareholders' resolution regarding directors, reflecting legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 414 | | 10/11/2001 | E-mail w/ attachment | F. Valois | D. Masse* | M. Lalande*, B. Pickford | Client-attorney communication requesting legal advice regarding attached draft Bell Canada board agenda regarding Teleglobe Inc. tax liability. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-10-

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 415 | | 12/06/2001 | E-mail | F. Gauvin | A. Bearzatto | M. Lalande* | Client-attorney communication requesting legal advice and input of counsel on a matter involving a common legal cause and an identity of interest regarding Teleglobe dividend payment. | AC;CI |
| 416 | | 01/11/2002 | E-mail w/ attachment | A. Bearzatto | S. Skinner | F. Valois | Communication regarding Teleglobe loss planning, reflecting legal advice and input of counsel on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 417 | | 01/10/2002 | E-mail chain | D. McGraw | M. Lalande* | P. Wachter | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding potential use of Excel network. | AC;CI |
| 418 | | 01/30/2001 | E-mail chain | M. Ryan* | E. Paul-Hus* | None | A legal communication regarding corporate governance practices for Teleglobe and BCE and required disclosures, reflecting legal advice and input of counsel. | AC |
| 419 | | 02/01/2001 | E-mail | P. Beauregard* | S. Skinner | M. Lalande* | A legal communication regarding Teleglobe AIF disclosures, reflecting legal advice and input of counsel on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 420 | | 02/01/2001 | E-mail chain w/ attachment | E. Paul-Hus* | N. Kaminaris | P. Lenzi | Attorney-client communication and attachment regarding Bell Canada dividend requirements and preferred shares, reflecting legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-11-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 421 | | 02/07/2001 | E-mail | P. Beauregard* | S. Boyaman* | J. Robillard, N. Kammans | Attorney-client communication regarding Teleglobe AIF status update, reflecting legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 422 | | 02/07/2001 | E-mail | P. Beauregard* | C. Page | M. Lalande*, E. Paul-Hus*, M. Liben | A legal communication regarding Teleglobe AIF compensation disclosure, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 423 | | 01/29/2001 | E-mail w/ attachment | R. Davis | M. Lalande* | None | Client-attorney communication attaching documents regarding director questionnaires for Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 424 | | 02/14/2001 | E-mail | E. Paul-Hus* | R. Barber* | M. Lalande* | A legal communication regarding BCE material contracts, reflecting attorney's legal advice and input. | AC |
| 425 | | 02/19/2001 | E-mail | P. Beauregard* | E. Paul-Hus* | N. Kammans | A legal communication regarding required disclosures for BCE AIF, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 426 | | 02/25/2001 | E-mail | P. Beauregard* | M. Lalande* | None | A legal communication regarding Teleglobe MD & A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-12-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 427 | | 02/25/2001 | E-mail w/ attachment | P. Beauregard* | I. Riccudo*, N. Kamnaris, E. Paul-Hus*, M. Lalande* | None | A legal communication regarding acquisition of Teleglobe and attaching BCE financial statement disclosures, reflecting attorney's legal advice and input. | AC |
| 428 | | 02/25/2002 | E-mail chain | F. Gauvin | M. Lalande* | I. Rioux | Client-attorney communication requesting legal advice on a matter involving a common legal cause and an identity of interest regarding changes to Teleglobe AIF. | AC;CI |
| 429 | | 03/12/2002 | E-mail chain | J. Romanini* | M. Lalande* | D. Snyder* | Client-attorney communication requesting legal advice and input on a matter involving a common legal cause and an identity of interest regarding changes to Teleglobe AIF. | AC;CI |
| 430 | | 03/12/2002 | E-mail chain | E. Levy | M. Lalande* | None | Client-attorney communication requesting legal advice and input on a matter involving a common legal cause and an identity of interest regarding revised Teleglobe AIF. | AC;CI |
| 431 | | 06/07/2001 | E-mail chain | M. Turcotte* | M. Lalande* | None | A legal communication regarding transmission of documents to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 432 | | 10/18/2001 | E-mail w/ attachment | M. Guy* | M. Lalande* | None | Client-attorney communication attaching document regarding BCE Inc. board resolution on Teleglobe Inc. funding requirements, requesting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-13-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 433 | | 11/16/2001 | E-mail chain | M. Ryan*, M. Lalande* | M. Kuchel* | N. Morello* | A legal communication regarding Teleglobe board meeting regarding loans from BCE, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 434 | | 11/18/2001 | E-mail chain | M. Kuchel*, M. Ryan*, M. Lalande*, M. Ryan*, M. Kuchel* | M. Kuchel*, N. Morello*, M. Lalande* | P. Lavigne, M. Ryan*, M. Boychuk, D. Masse*, N. Morello*, M. Lalande*, P. Lavigne | A legal communication regarding Teleglobe draft resolutions and board presentation regarding loans from BCE, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 435 | | 11/30/2001 | E-mail | M. Guy* | M. Lalande* | None | A legal communication regarding Teleglobe board resolutions on financial plans and budget, attaching same, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 436 | | 11/30/2001 | E-mail w/ attachment | N. Morello* | M. Lalande* | M. Guy* | A legal communication regarding Teleglobe board resolution on pension fund investment committee, attaching same, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | AC;CI |
| 437 | | 11/29/2001 | E-mail | J. Romanini* | M. Lalande* | None | Legal communication regarding appointment of Teleglobe officers, reflecting attorney's legal advice and counsel. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-14-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 438 | | 01/16/2002 | E-mail | E. Paul-Hus* | M. Ryan* | None | Email attaching legal communication regarding Teleglobe Inc. audit committee appointments, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 439 | | 03/22/2002 | E-mail w/ attachment | P. Mercier* | M. Lalande* | None | A legal communication regarding BCE Teleglobe trademark issues and attached trademark agreement, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 440 | | 07/19/2001 | E-mail w/ attachment | F. Pierre-Saint | M. Turcotte*, E. Paul-Hus*, M. Lalande* | C. Gottschalk | Attorney-client communication attaching memorandum and chart regarding representations and warranties made by BCE and Vertec, reflecting attorney's legal advice and input. | AC |
| 441 | | 02/07/2002 | E-mail w/ attachment | I. Ermond | M. Lalande* | None | Client-attorney communication requesting legal advice of counsel regarding treatment of 401(k) plans to be transferred to Teleglobe by BCE Inc. in connection with the Vertec transaction. | AC |
| 442 | | 01/12/2002 | E-mail chain | M. Fahey*, M. Lalande* | M. Lalande*, M. Fahey* | J. Leung, E. Paul-Hus*, C. Page, B. Anderson | Client-attorney communication requesting legal advice of counsel regarding Excel 401(k) plan and Vertec. | AC;CI |
| 443 | | 09/07/2001 | E-mail w/ attachment | C. Aiello* | B. Anderson, M. Boychuk, L. Houle, I. Dupuis, A. Wilcox, L. Ferrara, M. Buonamici, P. Nicholson, P. Pichette, B. Pickford, M. Ryan*, C. Apir, M. | None | Attorney-client communication reflecting legal advice of counsel regarding BCE Hart Scott Rodino filing in connection with Excel sale. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-15-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| | | | | | Turcotte*, S. Vanasella, T. Jarman, M. Stenberg, M. Lalande* | | | |
| 444 | | 02/26/2002 | E-mail chain | M. Lalande*, N. Morello* | N. Morello*, M. Lalande* | A. Tremblay, D. Masse* | Legal communication regarding preparation for Teleglobe audit meeting reflecting attorney's legal advice and input. | AC |
| 445 | | 02/08/2002 | E-mail w/ attachments | M. Lalande* | M. Turcotte*, M. Ryan*, R. Mannion | None | Client-attorney communication requesting legal advice of counsel regarding credit agreement opinions for BCE. | AC |
| 446 | | 01/22/2002 | E-mail | M. Lalande* | N. Risa, F. Huck, P. Andre Themens | None | Attorney-client communication reflecting legal advice of counsel regarding possible Teleglobe strategies of bond purchasing, a common legal cause and an identity of interest. | AC/CI |
| 447 | | 12/20/2001 | E-mail w/ attachments | M. Lalande* | M. Turcotte*, M. Ryan* | P. Van Gheluwe | Legal communication regarding credit agreements for BCE, attching draft opinions reflecting attorney's legal advice and input. | AC |
| 448 | | 10/17/2001 | E-mail chain | M. Lalande*, D. Masse* | D. Masse*, M. Boychuk, M. Lalande* | N. Morello*, M. Ryan* | Legal communication regarding BCE financial assistance resolution for Teleglobe, reflecting attorney's legal advice and input. | AC |
| 449 | | 10/17/2001 | E-mail | M. Lalande* | N. Morello* | M. Ryan*, M. Boychuk, D. Masse*, M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding BCE financial assistance resolution. | AC |
| 450 | | 10/02/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte* | None | Legal communication regarding draft organizational change announcement for BCE law department, attaching same, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-16-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 451 | | 09/10/2001 | E-mail w/ attachment | M. Lalande* | B. Milla, R. Burkett | None | Attaching correspondence regarding Teleglobe Inc. compensation table and regulation filings, reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | AC;CI |
| 452 | | 09/10/2001 | E-mail w/ attachment | M. Lalande* | R. Burkett | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. compensation table and regulation filings and reflecting a common legal cause and an identity of interest. | AC;CI |
| 453 | | 05/29/2001 | E-mail w/ attachment | M. Lalande* | B. Pickford | None | E-mail attaching attorney memorandum on CGI Group Inc. capital structure and BCE rights. | AC |
| 454 | | 06/08/2001 | E-mail chain | M. Lalande*, M. Turcotte* | M. Turcotte* | None | A legal communication regarding Teleglobe corporate governance practices, reflecting attorney's legal advice and input. | AC |
| 455 | | 08/03/2001 | E-mail | D. Pitigilio | M. Lalande*, J. Brunette | None | Client-attorney communication requesting legal advice of counsel regarding directors and officers renewal forms. | AC |
| 456 | | 12/13/2000 | E-mail w/ attachment | M. Di Pierro* | M. Lalande* | None | A legal communication regarding a shareholders resolution with respect to election of directors, reflecting attorney's legal advice and input. | AC;CI |
| 457 | | 04/03/2002 | E-mail w/ attachment | S. Di Paolo* | J. Bisnaire*, J. Swartz*, V. Mercier*, M. Turcotte*, M. Lalande* M. Cossette* | M. Ryan* | A legal communication regarding the Teleglobe goodwill review, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-17-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 458 | | 04/03/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication regarding Teleglobe methods of financing, and attaching draft of same, reflecting attorney's legal advice and input. | AC;CI |
| 459 | | 04/11/2002 | E-mail w/ attachment | M. Turcotte* | B. Babcock, J. Milstein, M. Drouin, S. Armutcuoglu, M. Roussel, M. Shapiro*, A. Tenzer*, R. Cieri, S. Dunphy*, J. Bisnaire*, J. Swartz*, V. Mercier*, P. Pichette, J. Brunette, S. Vanasella, B. Pickford, P. Lessard, S. Skinner, M. Lalande*, M. Cossette*, J. Huret, M. Sabia | None | A legal communication regarding issues and activities for Project X, reflecting attorney's legal advice and input on a matter involving a common legal cause and a community of interest. | AC;CI |
| 460 | | 04/15/2002 | E-mail | J. Bisnaire* | M. Turcotte*, M. Ryan*, M. Lalande*, I. Ricciuto* | V. Mercier* | Attorney-client communication reflecting legal advice of counsel regarding the Teleglobe material change report, reflecting a common legal cause and an identity of interest. | AC;CI |
| 461 | | 03/27/2002 | E-mail | M. Turcotte* | M. Lalande* | None | A legal communication regarding strategy for Project X, reflecting attorney's legal advice and input. | AC |
| 462 | | 04/01/2002 | E-mail | M. Turcotte* | M. Sabia, S. Vanasella | None | Attorney-client communication reflecting legal advice of counsel regarding Project X, attaching memo containing legal advice of counsel on same. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-18-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 463 | | 03/25/2002 | E-mail w/ attachment | M. Cossette* | M. Lalande* | None | A legal communication regarding and attaching chart of Teleglobe debentures and facilities, reflecting attorney's legal advice and input. | AC;CI |
| 464 | | 04/16/2002 | E-mail w/ attachment | M. Ryan* | M. Turcotte*, M. Lalande*, P. Bloun | None | Attaching document outlining legal duties of Teleglobe directors and officers, reflecting legal advice of counsel on same. | AC |
| 465 | | 04/15/2002 | E-mail | K. Gora, N. Gosselin* | M. Lalande* | M. Barbeau, K. Wong | Attorney-client communication reflecting legal advice of counsel regarding security agreement for BCE and Teleglobe. | AC |
| 466 | | 04/23/2002 | E-mail | S. Dunphy* | M. Shapiro*, M. Turcotte*, M. Lalande* | J. Huot, M. Barbeau | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe interest payment to BCE reflecting a common legal cause and an identity of interest. | AC;CI |
| 467 | | 04/22/2002 | E-mail w/ attachments | I. Ricciuto* | I. Teoli, M. Turcotte*, M. Ryan*, M. Lalande*, D. Doucette, N. Kamnants, J. Huot | None | A legal communication regarding and attaching BCE press releases, reflecting attorney's legal advice and input. | AC |
| 468 | | 04/03/2002 | E-mail | M. Turcotte* | M. Lalande* | None | A legal communication regarding Project X issues and activities, reflecting attorney's legal advice and input. | AC |
| 469 | | 04/03/2002 | E-mail | M. Turcotte* | M. Cossette* | M. Lalande* | A legal communication regarding Project X press releases reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-19-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 470 | | 04/04/2002 | E-mail chain w/ attachment | M. Turcotte* | M. Lalande*, M. Cossette* | None | A legal communication regarding timing of press release regarding downgrade of Teleglobe unsecured debt, attaching same, reflecting attorney's legal advice and inpute on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 471 | | 04/07/2002 | E-mail | M. Turcotte* | J. Millstein, M. Drouin, J. Blanaire*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tanzer*, S. Baskin* | M. Lalande*, I. Teoli | A legal communication regarding Proect X press release, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 472 | | 04/08/2002 | E-mail | V. Mercier* | M. Lalande* | None | A legal communication regarding Teleglobe directors and officers, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 473 | | 04/08/2002 | E-mail | V. Mercier* | M. Lalande* | M. Gottlieb | A legal communication regarding Teleglobe directors and officers, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 474 | | 04/08/2002 | E-mail chain | M. Turcotte*, P. Lessard | P. Lessard, M. Lalande*, M. Cossette*, S. Vanaselja | S. Vanaselja | A legal communication regarding Lazard representation of Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 475 | | 04/09/2002 | E-mail w/ attachment | M. Turcotte* | M. Sabia, S. Vanasella, M. Paul, I. Teoli, M. Ryan* | M. Lalande* | A legal communication regarding BCE and Teleglobe board meetings for Project X, attaching timeline, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 476 | | 04/09/2002 | E-mail w/ attachment | M. Turcotte* | M. Lalande*, M. Cossette* | None | A legal communication regarding BCE losses and debt restructuring, attaching reorganization plan, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 477 | | 04/10/2002 | E-mail w/ attachment | L. Robitaille | M. Lalande* | None | Client-attorney communication attaching list of Teleglobe financial commitments and letters of credit, requesting attorney's advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 478 | | 04/11/2002 | E-mail w/ attachment | P. Van Gheluwe | M. Lalande* | None | Client-attorney communication regarding Teleglobe cash flow, attaching chart, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 479 | | 04/11/2002 | E-mail w/ attachment | I. Ricciulo* | S. Vanasella, S. Skinner, H. Gomes, M. Boychuk | M. Turcotte*, T. McGee, M. Ryan*, R. Mannion, M. Lalande*, F. Scannambio | Attorney-client communication, attaching memo regarding filing of Bell Canada and Teleglobe Inc. financial information, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-21-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 480 | | 04/13/2002 | E-mail | M. Turcotte* | M. Boychuk | M. Lalande* | A legal communication regarding Teleglobe debenture interest payment, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 481 | | 04/15/2002 | E-mail | P. Lessard | M. Cossette* | M. Turcotte*, M. Lalande* | Client-attorney communication regarding Ernst & Young engagement for Project X, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 482 | | 04/15/2002 | E-mail | M. Cossette* | J. Swartz* | M. Turcotte*, P. Lessard, M. Lalande* | A legal communication regarding Project X engagement of Ernst & Young, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 483 | | 04/16/2002 | E-mail | M. Turcotte* | M. Lalande* | M. Ryan* | A legal communication regarding Teleglobe Inc. directors and officers changes reflecting attorney's advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 484 | | 04/16/2002 | E-mail | M. Ryan* | M. Lalande* | S. Dunphy*, M. Shapiro*, M. Turcotte*, L. Houle | A legal communication regarding Pichette's appointment at Teleglobe Inc., reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 485 | | 04/16/2002 | E-mail | P. Van Gheluwe | G. Green | F. Rodi, M. Boychuk, S. Boyce, M. Lalande* | Client-attorney communication regarding Bell invoice to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-22-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 486 | | 04/16/2002 | E-mail chain | M. Turcotte* | M. Lalande* | None | A legal communication regarding personnel changes at Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 487 | | 04/16/2002 | E-mail w/ attachment | P. Van Gheluwe | M. Lalande* | None | Client-attorney communication regarding Teleglobe invoices, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 488 | | 04/16/2002 | E-mail w/ attachment | J. Tétrault | M. Lalande* | None | Client-attorney communication regarding Teleglobe's funding, attaching chart of same, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 489 | | 04/16/2002 | E-mail w/ attachment | G. Green | P. Van Gheluwe | F. Rodl, M. Boychuk, M. Lalande*, S. Boyce, A., A. Duquet | Client-attorney communication regarding Teleglobe invoice to Bell Canada, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 490 | | 04/16/2002 | E-mail w/ attachment | P. Van Gheluwe | M. Lalande* | None | Client-attorney communication attaching chart regarding BCE outstanding loans with Teleglobe, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 491 | | 04/17/2002 | E-mail w/ attachments | S. Robitaille* | M. Lalande* | M. Barbeau*, J. Huot, S. Dunphy* | A legal communication attaching secondment agreement between BCE and Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-23-