# EXHIBIT 3

# PART 2

## BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 492 | | 04/17/2002 | E-mail w/ attachment | S. Dunphy* | J. Bisnaire* | M. Lalande*, M. Turcotte* | A legal communication attaching draft director indemnity agreement between BCE and Teleglobe, reflecting attorney's legal advice and counsel on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 493 | | 04/17/2002 | E-mail chain | S. Skinner, I. Teoli, I. Ricculo* | I. Teoli | I. Ricculo*, D. Doucette, M. Turcotte*, M. Ryan*, M. Lalande*, F. Sciannambio, E. Daher | Client-attorney communication regarding Teleglobe quarter one earnings press release, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 494 | | 04/17/2002 | E-mail w/ attachments | C. Hayes on behalf of M. Shapiro* | M. Turcotte*, M. Lalande* | None | Attorney-client communication attaching legal memorandum regarding BCE treatment of Teleglobe operations, reflecting attorney's legal advice and counsel. | AC |
| 495 | | 04/18/2002 | E-mail w/ attachments | C. Hayes on behalf of M. Shapiro* | M. Turcotte*, M. Lalande* | S. Dunphy*, S. Baskin*, M. Warren*, A. Tenzer* | Attorney-client communication attaching memorandum reflecting attorney's legal advice and input regarding BCE options in connection with treatment of Teleglobe operations. | AC |
| 496 | | 04/19/2002 | E-mail w/ attachment | M. Turcotte* | M. Lalande* | None | Attaching attorney client communication regarding BCE's relationship with Teleglobe reflecting attorney's legal advice and input. | AC |
| 497 | | 04/19/2002 | E-mail w/ attachment | H. Fournier on behalf of S. Hamilton* | M. Turcotte*, M. Lalande* | M. Barbeau*, S. Dunphy* | Attaching attorney client communication regarding potential BCE bank liability reflecting attorney's legal advice and input, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-24-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 498 | | 04/20/2002 | E-mail w/ attachment | M. Turcotte* | M. Lalande* | None | Attaching attorney client communication regarding Teleglobe board positions reflecting attorney's legal advice and input. | AC |
| 499 | | 04/20/2002 | E-mail w/ attachment | J. Huneault | M. Lalande*, M. Turcotte* | C. Henderson | Client-attorney communication requesting legal advice of counsel regarding BCE and Teleglobe D&O policy. | AC;CI |
| 500 | | 04/20/2002 | E-mail chain | S. Dunphy* | M. Lalande*, S. Dunphy* | None | Attorney-client communication reflecting legal advice of counsel regarding Bell/TGO agreements. | AC |
| 501 | | 04/21/2002 | E-mail w/ attachment | M. Cosselte* | M. Turcotte*, M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. basket provisions and attaching attorney memo regarding same. | AC |
| 502 | | 04/21/2002 | E-mail | S. Dunphy* | M. Turcotte*, M. Lalande*, M. Shapiro*, M. Ryan* | S. Dunphy*, J. Huot | Attorney-client communication reflecting legal advice of counsel regarding director's indemnity for Teleglobe directors. | AC |
| 503 | | 04/21/2002 | E-mail chain | V. Mercier*, M. Lalande* | M. Lalande*, V. Mercier* | D. Tav*, J. Brunette, M. Turcotte* | Attorney-client communication reflecting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding D&O insurance for Teleglobe. | AC;CI |
| 504 | | 04/22/2002 | E-mail w/ attachment | M. Turcotte* | M. Sabia, J. Monty, S. Vanasselja, M. Lalande*, M. Shapiro*, S. Baskin*, S. Dunphy*, J. Huot | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe interest payments. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-25-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 505 | | 04/22/2002 | E-mail w/ attachment | S. Dunphy* | M. Lalande* | None | Attaching attorney client communication regarding Teleglobe bank and bondholder relations reflecting attorney's legal advice and input. | AC |
| 506 | | 04/22/2002 | E-mail | S. Dunphy* | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding DIP financing. | AC |
| 507 | | 09/14/2001 | E-mail w/ attachment | M. Lalande* | A. Morin* | None | Client-attorney communication requesting legal advice of counsel regarding BCE loan and attaching correspondence regarding same. | AC |
| 508 | | 10/03/2001 | E-mail w/ attachment | M. Lalande* | M. Ryan* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. $250M unsecured notes PPM and attaching correspondence regarding same. | AC;CI |
| 509 | | 10/10/2001 | E-mail | M. Lalande* | A. Morin* | None | Attaching communication regarding Teleglobe Inc. PPM reflecting attorney's legal advice and input. | AC;CI |
| 510 | | 10/17/2001 | E-mail w/ attachment | M. Lalande* | N. Morello* | M. Boychuk, M. Ryan*, D. Masse* | Attorney-client communication reflecting legal advice of counsel regarding BCE financial assistance resolution and attaching same. | AC |
| 511 | | 11/05/2001 | E-mail | M. Lalande*, A. Dusing | A. Dusing | A. Rosenzweig, F. Gauvin, R. Rudick*, N. Rise, T. Wortman* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe notes. | AC |
| 512 | | 02/07/2002 | E-mail w/ attachment | G. Ward | M. Sabia | J. Sheridan, S. Scott, D. Kidd* | A communication regarding intercorporate transactions involving Teleglobe reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee in legal staff

-26-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 513 | | 12/06/2001 | E-mail | F. Gauvin | A. Bearzatto | M. Lalande* | A legal communication reflecting attorney's legal advice and input regarding Teleglobe payment of dividends to BCE, and reflecting a common legal cause and an identity of interest. | AC;CI |
| 514 | | 02/25/2002 | E-mail | F. Gauvin | M. Lalande*, E. Daher | None | Attorney-client communication reflecting legal advice of counsel regarding wording of Teleglobe financial information packages. | AC;CI |
| 515 | | 02/25/2002 | E-mail chain | F. Gauvin, M. Lalande* | M. Lalande*, F. Gauvin | I. Rioux, R. Burkett, B. Milla, A. Mastromonaco | A legal communication reflecting legal advice of counsel regarding wording of Teleglobe AIF form. | AC |
| 516 | | 12/15/2000 | E-mail w/ attachment | F. Gauvin | B. Milla | R. Burkett, A. Mastromonaco | Attaching attorney memorandum reflecting the legal advice and input of counsel regarding Teleglobe subsidiaries directors and officers. | AC |
| 517 | | 02/28/2001 | E-mail | F. Gauvin | P. Beauregard* | M. Lalande*, P. Van Ghelluwe, A. Pagliuca | A legal communication reflecting the legal advice and input of counsel regarding Teleglobe Inc. third series preferred shares redemption. | AC;CI |
| 518 | | 03/15/2001 | E-mail | F. Gauvin | M. Lalande* | None | Client-attorney communication requesting legal advice of counsel regarding Teleglobe Inc. third series preferred shares redemption. | AC;CI |
| 519 | | 02/25/2002 | E-mail chain | F. Gauvin, M. Lalande* | M. Lalande* | I. Rioux, R. Burkett, B. Milla, A. Mastromonaco | Attaching attorney-client communication reflecting legal advice and input of counsel regarding Teleglobe AIF | AC;CI |
| 520 | | 10/26/2001 | E-mail | F. Gauvin | M. Lalande* | None | Client-attorney communication requesting legal advice regarding Teleglobe Note Purchase Agreemen. | AC |

*Indicates person is a lawyer or employee or employee in legal staff

-27-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 521 | | 10/29/2001 | E-mail | F. Gauvin | M. Lalande*, I. Rioux, J. Ciccarelli, T. Wortman*, D. Scott | None | A legal communication regarding Teleglobe Note Purchase Agreement reflecting attorney's legal advice and input. | AC |
| 522 | | 11/05/2001 | E-mail chain | F. Gauvin, R. Rudick* | B. Milla | None | Attorney-client communication regarding Teleglobe Note Purchase Agreement, reflecting legal advice of counsel. | WP;AC |
| 523 | | 12/21/2000 | E-mail | F. Gauvin | B. Milla, R. Burkett | None | Attaching correspondence reflecting memorandum reflecting attorney's legal advice and input regarding Teleglobe restricted shares. | AC |
| 524 | | 09/24/2001 | E-mail chain w/ attachment | F. Gauvin, M. Lalande* | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe senior notes and attaching document regarding same. | AC |
| 525 | | 09/05/2001 | E-mail | F. Gauvin | N. Benard, A. Mastromonaco | None | Correspondence reflecting attorney's (M. Lalande*) legal advice and input regarding Teleglobe PPM. | AC |
| 526 | | 12/06/2001 | E-mail | F. Gauvin | A. Bearzatto | M. Lalande* | Client-attorney communication requesting legal advice of counsel regarding Teleglobe and BCE dividend payments. | AC |
| 527 | | 02/25/2002 | E-mail chain w/ attachment | F. Gauvin, M. Lalande* | M. Lalande* | I. Rioux, R. Burkett, B. Milla, A. Mastromonaco | A legal communication regarding Teleglobe AIF, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 528 | | 03/20/2002 | E-mail chain w/ attachment | F. Gauvin | J. Benger | A. Gordon*, E. Paul-Hus*, A. Mastromonaco | A legal communication regarding Teleglobe tax issues, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-28-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 529 | | 03/20/2002 | E-mail chain w/ attachment | F. Gauvin, J. Colden | I. Rioux, B. Pickford, A. Bearzatto | A. Kingissepp*, S. Suarez* | A legal communication regarding Teleglobe tax issues, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest and attaching attorney memorandum regarding same. | AC;CI |
| 530 | | 23/07/2001 | E-mail w/ attachment | M. Sabia | M. Ryan* | None | Client-attorney communication requesting legal advice of counsel regarding attached draft BCE Mid-Year Review. | AC |
| 531 | | 10/08/2000 | E-mail w/ attachment | M. Turcotte* | M. Sabia | None | Attorney-client communication reflecting legal advice of counsel regarding the integration of Teleglobe's legal staff and attaching draft list of staff transfers. | AC |
| 532 | | 15/03/2002 | Draft | BCE Legal Department | BCE Internal Files | None | Draft press release regarding Teleglobe's outsourcing of its network operations to Bell Canada, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 533 | | 15/03/2002 | Draft | BCE Legal Department | BCE Internal Files, M. Sabia | None | Draft press release regarding BCE outsourcing to BCE Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 534 | | 15/03/2002 | Draft | BCE Legal Department | BCE Internal Files, M. Sabia | None | Draft press release regarding Teleglobe's outsourcing to BCE and senior management changes, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 535 | | 15/03/2002 | Draft | Teleglobe Inc, BCE Legal Department | M. Sabia | None | Draft employee message regarding Teleglobe outsourcing to Bell Canada, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 536 | | 15/03/2002 | Draft | BCE Legal Department | M. Sabia | None | Draft Q&A regarding Teleglobe outsourcing, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 537 | | 22/03/2002 | E-mail chain w/ attachments | M. Turcotte*, S. Amulcuoglu | S. Vanasselia, M. Turcotte* | None | A legal communication attaching draft engagement letter and indemnity letter between Teleglobe Inc. and Lazard, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 538 | | 18/10/2001 | E-mail w/ attachment | I. Ricciuto*, E. Daher | I. Ricciuto*, M. Lalande* | None | A legal communication regarding Teleglobe Inc. financial statements' timeline, and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 539 | | 17/10/2001 | E-mail chain | N. Kaminaris, I. Ricciuto* | I. Ricciuto*, N. Kaminaris, E. Daher, J. C. Robillard, G. Walker, I. Mann, S. Argifou, A. Bearzatto, I. Ricciuto*, M. Lalande* | E. Daher, M. Lalande*, E. Kavanagh | Attorney-client communication reflecting legal advice of counsel regarding drafting of BCE financial statements. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-30-

BCE Teleglobe PriVlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 540 | | 18/10/2001 | E-mail w/ attachment | I. Riccuto* | M. Lalande* | None | Attaching draft Teleglobe Inc. report for the third quarter of 2001 regarding risk factors, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 541 | | 26/02/2002 | E-mail chain w/ attachments | F. Chatel* | L. Henderson | M. Lalande* | Attaching drafts of Bell Canada's Annual Information Form for 2001, reflecting attorney's legal advice and input. | AC |
| 542 | | 01/03/2002 | E-mail chain w/ attachments | L. Henderson, F. Chatel* | I. Riccuto*, L. Henderson | F. Chatel* | Attorney-client communication reflecting legal advice of counsel regarding Bell Canada's 2001 Annual Information Form, and attaching drafts of same. | AC |
| 543 | | 07/03/2002 | E-mail chain w/ attachments | L. Henderson | I. Riccuto* | F. Chatel* | Client-attorney communication requesting legal advice of counsel regarding BCE Inc.'s Annual Information Form, and attaching drafts of same. | AC |
| 544 | | 11/03/2002 | E-mail chain w/ attachment | E. Daher, M. Lalande* | M. Lalande*, E. Daher | None | Attaching draft of Teleglobe's MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 545 | | 15/03/2002 | E-mail chain w/ attachments | F. Chatel* | L. Henderson | None | Attaching drafts of BCE Inc.'s Annual Information Form, reflecting attorney's legal advice and input. | AC |
| 546 | | 13/09/2001 | E-mail w/ attachment | I. Riccuto* | M. Turcotte*, M. Ryan* | None | Attaching draft chart of planned financings for BCE Inc., Bell Canada, and Teleglobe Inc., reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-31-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 547 | | 15/12/2000 | E-mail chain w/ attachments | M. Lalande* | M. Ryan* | M. Di Pierro*, D. Masse* | Attorney-client communication reflecting legal advice of counsel regarding attached draft Teleglobe Inc. resolutions and a memo regarding the resolutions to J. Monty, reflecting a common legal cause and an identity of interest. | ACCI |
| 548 | | 11/12/2000 | Memorandum w/ attachments | M. Lalande* | D. Masse* | M. Ryan*, M. Di Pierro*, J. Brunette, C. Kelly, F. Gauvin, P. Van Gheluwe, J. Tétrault, M. Chabot | Attorney memo regarding the appointment of directors and officers for Teleglobe subsidiaries, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | ACCI |
| 549 | | 17/01/2001 | E-mail | M. Lalande* | D. Snyder* | K. Morgan, J. Brunette, M. Ryan*, D. Masse*, F. Gauvin | A legal communication regarding drafting of Teleglobe, Inc. Power of Attorney and Schedule of Authorities and attaching drafts of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | ACCI |
| 550 | | 18/01/2001 | E-mail chain w/ attachments | M. Lalande* | D. Masse*, M. Guy* | M. Ryan*, P. Van Gheluwe, M. Brychuk | Attorney-client communication reflecting legal advice of counsel regarding and attaching documents to be presented to Teleglobe Board regarding financial assistance from BCE Inc., reflecting a common legal cause and an identity of interest. | ACCI |
| 551 | | 25/01/2001 | E-mail chain w/ attachments | M. Lalande* | D. Masse*, M. Guy* | M. Ryan*, P. Van Gheluwe, M. Brychuk | Attorney-client communication reflecting legal advice of counsel regarding equity infusion for Teleglobe Inc. and attaching draft Teleglobe Inc. board resolution regarding same, reflecting a common legal cause and an identity of interest. | ACCI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 552 | | 16/02/2001 | E-mail chain | M. Lalande*, P. Van Gheluwe | P. Van Gheluwe, M. Lalande* | M. Chabot, M. Rosenhek, L. Ruggins, M. Boychuk, P. Lenzi, P. Thom, J. Ciccarelli | Attorney-client communication reflecting legal advice of counsel regarding equity infusion for Teleglobe. | AC |
| 553 | | 07/02/2001 | E-mail w/ attachment | M. Lalande* | K. Morgan | None | Attaching draft Teleglobe Inc. risk factors, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 554 | | 26/02/2001 | E-mail chain | M. Lalande*, T. Phillips*, F. Rodi | T. Phillips*, D. Masse* | F. Rodi, T. Phillips*, J. Tetrault, P. Thom, M. Chabot | Client-attorney communication requesting legal advice of counsel regarding Teleglobe cash management legal aspects, reflecting a common legal cause and an identity of interest. | AC;CI |
| 555 | | 12/03/2001 | E-mail chain w/ attachments | M. Lalande* | M. Barbeau* | M. Ryan*, M. Boychuk | Attorney-client communication reflecting legal advice of counsel regarding terms of Teleglobe Inc. series 4 preferred shares and attaching schedule and legal memo regarding same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 556 | | 23/02/2001 | E-mail chain w/ attachment | M. Lalande*, N. Bernier | M. Lalande*, N. Bernier, M. Boychuk, M. Turcotte* | None | Attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 557 | | 25/02/2001 | E-mail w/ attachment | M. Lalande* | N. Bernier | P. Beauregard*, I. Ricaudo*, M. Boychuk, M. Turcotte* | Attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 558 | | 15/02/2001 | E-mail chain w/ attachment | A. Bearzatto, M. Lalande* | M. Lalande*, A. Bearzatto | None | Client-attorney communication requesting legal advice of counsel regarding attached draft presentation on BCE Group losses. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-33-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 559 | | 06/12/2001 | E-mail chain w/ attachment | A. Bearzatto, F. Gauvin | A. Bearzatto, F. Gauvin | M. Lalande* | Client-attorney communication requesting legal advice of counsel regarding BCE loans to Teleglobe and attaching draft analysis of proposed method of implementing the loans. | AC |
| 560 | | 07/02/2001 | E-mail chain w/ attachments | P. Beauregard* | M. Lalande*, C. Page | None | Attorney-client communication reflecting legal advice of counsel regarding attached Teleglobe Annual Information Form Schedule riders, reflecting a common legal cause and an identity of interest. | AC;CI |
| 561 | | 07/02/2001 | E-mail chain w/ attachment | P. Beauregard* | M. Lalande* | None | Attaching draft Teleglobe Annual Information Form Schedule riders, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 562 | | 07/02/2001 | E-mail w/ attachment | P. Beauregard* | C. Kelly, D. Snyder* | M. Lalande*, I. Ricculo* | Attaching draft Teleglobe Annual Information Form Schedule, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 563 | | 19/06/2001 | E-mail w/ attachment | P. Van Gheluwe | M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding BCE equity contributions to Teleglobe, and attaching draft Teleglobe Inc. term sheet for $1.25B credit facilities. | AC;CI |
| 564 | | 25/06/2001 | E-mail w/ attachment | A. Monn* | M. Lalande* | M. Turcotte* | Attaching draft checklist regarding closing of the Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-34-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 565 | | 16/07/2001 | E-mail chain w/ attachments | A. Monn* | B. Pickford | M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding renewal of Teleglobe credit facilities and attaching draft term sheet and internal checklist regarding same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 566 | | 27/06/2001 | E-mail chain | P. Van Gheluwe, A. Monn* | A. Monn*, P. Van Gheluwe | E. Paul-Hus*, M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities, reflecting a common legal cause and an identity of interest. | AC;CI |
| 567 | | 27/07/2001 | E-mail | A. Monn* | E. Paul-Hus*, M. Lalande* | M. Turcotte* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities, reflecting a common legal cause and an identity of interest. | AC;CI |
| 568 | | 16/07/2001 | E-mail | A. Monn* | M. Lalande* | None | Attaching drafts of Teleglobe's 364-Day Revolving Credit Agreement and Guaranty, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 569 | | 16/07/2001 | E-mail chain | A. Monn*, J. Caron* | M. Lalande*, M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facility agreement, reflecting a common legal cause and an identity of interest. | AC;CI |
| 570 | | 16/07/2001 | E-mail w/ attachments | A. Monn* | M. Lalande* | None | Attaching draft BCE letter affirming commitment to Teleglobe and form promissory note for Teleglobe credit facility, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-35-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 571 | | 16/07/2001 | E-mail chain w/ attachment | A. Morin*, J. Caron* | M. Lalande*, M. Wu, S. Lusk | None | Attaching drafts of Teleglobe's $500M revolving credit agreement, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC:CI |
| 572 | | 16/07/2001 | E-mail chain | A. Morin*, J. Caron* | M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities agreements, reflecting a common legal cause and an identity of interest. | AC:CI |
| 573 | | 16/07/2001 | E-mail chain | M. Wu, J. Caron* | A. Morin*, M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe revolving credit agreement, reflecting a common legal cause and an identity of interest. | AC:CI |
| 574 | | 16/07/2001 | E-mail chain | F. Gauvin, A. Morin* | A. Morin*, F. Gauvin | P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities and internal restructuring, reflecting a common legal cause and an identity of interest. | AC:CI |
| 575 | | 15/07/2001 | E-mail | A. Morin* | C. Tievsky | M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Holdings board resolutions in connection with Teleglobe credit facilities and attaching drafts of same, reflecting a common legal cause and an identity of interest. | AC:CI |
| 576 | | 15/07/2001 | E-mail | A. Morin* | K. Cooper | M. Lalande*, J. Kiddoo | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit agreements, reflecting a common legal cause and an identity of interest. | AC:CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-36-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 577 | | 11/07/2001 | E-mail w/ attachments | A. Morin* | M. Ryan*, M. Guy*, D. Masse*, N. Morello* | M. Turcotte*, M. Lalande* | Attaching draft BCE and Teleglobe board resolutions regarding renewal of credit facilities by Teleglobe Inc., reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 578 | | 10/07/2001 | E-mail w/ attachments | A. Morin* | M. Lalande* | P. Van Gheluwe | A legal communication regarding Teleglobe's internal restructuring and attaching draft memo regarding same, reflecting attorney's legal advice and input. | AC |
| 579 | | 29/06/2001 | E-mail w/ attachments | A. Morin* | M. Turcotte* | M. Lalande* | A legal communication regarding Teleglobe credit facilities and attaching draft BCE board resolutions regarding same, reflecting attorney's legal advice and input | AC |
| 580 | | 29/06/2001 | E-mail w/ attachment | A. Morin* | S. Kelly | M. Boychuk | Attaching draft BCE support letter for Teleglobe Inc., reflecting attorney's legal advice and input. | AC |
| 581 | | 05/07/2001 | E-mail | A. Morin* | M. Lalande* | M. Turcotte* | A legal communication regarding Teleglobe credit facilities, reflecting attorney's legal advice and input. | AC |
| 582 | | 05/07/2001 | E-mail w/ attachments | A. Morin* | D. Masse*, F. Faucher*, R. DeSantis | None | A legal communication regarding draft BCE and Teleglobe board resolutions with respect to Teleglobe Inc. $1.250B credit facilities and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 583 | | 05/07/2001 | E-mail chain w/ attachment | A. Morin*, Y. Caron | P. Van Gheluwe, M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | R. DeSantis | A legal communication attaching draft BCE/Teleglobe coordination agreement, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 584 | | 17/07/2001 | E-mail | A. Monn* | P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding drafting of Schedule A to BCE support letter for Teleglobe. | AC |
| 585 | | 17/07/2001 | E-mail w/ attachments | A. Monn* | M. Ryan*, D. Masse*, M. Guy*, N. Morello*, M. Lalande* | None | Attaching draft BCE and Teleglobe Inc. board resolutions regarding Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |
| 586 | | 18/07/2001 | E-mail | -A. Morin* | R. DeSantis | M. Lalande* | Client-attorney communication requesting legal advice of counsel regarding the drafting of Section 7.9 of Teleglobe's credit agreement. | AC |
| 587 | | 18/07/2001 | E-mail | E. Paul-Hus* | M. Lalande* | M. Turcotte* | A legal communication regarding Teleglobe's bank facilities, reflecting attorney's legal advice and input. | AC |
| 588 | | 02/00/2001 | E-mail w/ attachments | M. Fahey* | M. Lalande*, E. Paul-Hus*, C. Kelly | C. Gottschalk | A legal communication attaching drafts of STB's opinion letter and officer's certificates, reflecting a common legal cause and an identity of interest. | AC/CI |
| 589 | | 16/08/2001 | E-mail w/ attachment | J. Leung | M. Lalande* | None | Attaching draft BCE side letter regarding VarTec/Excel, reflecting attorney's legal advice and input. | AC |
| 590 | | 10/08/2001 | E-mail | M. Lalande* | D. Ferland | M. Lalande* | A legal communication regarding definition of "Pari Passu" for the ranking of Teleglobe notes, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-38-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 591 | | 21/09/2001 | E-mail chain w/ attachment | W. Anderson, T. Jacobsen | M. Lalande*, C. Page | None | Client-attorney-communication requesting legal advice of counsel regarding attached memo regrding BCE stock options for Excel associates, reflecting a common legal cause and an identity of interest. | AC;CI |
| 592 | | 13/09/2001 | E-mail | C. Page | J. Leung, M. Lalande*, Y. Rocheleaur*, S. Rheault | None | Client-attorney communication requesting legal advice of counsel regarding stock options promised to Excel employees, reflecting attorney's legal advice and input, reflecting a common legal cause and an indentify of interest. | AC;CI |
| 593 | | 07/05/2002 | E-mail | M. Lalande* | I. Ricculo*, M. Turcotte*, M. Ryan* | None | A legal communication regarding BCE's proposed responses to due diligence questions, reflecting attorney's legal advice and input. | AC |
| 594 | | 21/04/2002 | E-mail | M. Lalande* | S. Hamilton, M. Turcotte*, M. Ryan* | P. Van Gheluwe | A legal communication regarding commitment letters to Teleglobe lenders, reflecting attorney's legal advice and input. | AC;CI |
| 595 | | 21/04/2002 | E-mail | M. Lalande* | S. Varasella, M. Sabia, M. Boychuk, P. Van Gheluwe, L. Roggins | None | Attorney-client communication reflecting legal advice of counsel regarding document retention policies for BCE. | AC |
| 596 | | 22/03/2002 | E-mail w/ attachment | M. Lalande* | M. Cossette* | None | Attaching draft chart reviewing terms of Teleglobe's indentures and credit facilities, reflecting attorney's legal advice and input. | AC |
| 597 | | 18/03/2002 | E-mail w/ attachments | M. Lalande* | J. Swartz* | None | Attaching attorney memo regarding proposal for Teleglobe financing and related draft schedules, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-39-

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 598 | | 11/03/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attaching drafts of term sheet and BCE support letter regarding Teleglobe $1.25 B credit facilities, reflecting attorney's legal advice and input. | AC |
| 599 | | 11/03/2002 | E-mail w/ attachments | M. Lalande* | P. Themens* | None | Attaching drafts of term sheet and BCE support letter regarding Teleglobe $1.25 B credit facilities, reflecting attorney's legal advice and input. | AC |
| 600 | | 26/02/2002 | E-mail w/ attachments | M. Lalande* | M. Boychuk, L. Ruggins, P. Van Gheluwe | None | Attaching drafts of term sheet and BCE support letter regarding Teleglobe $1.25 B credit facilities, reflecting attorney's legal advice and input. | AC |
| 601 | | 22/02/2002 | E-mail w/ attachments | M. Lalande* | D. Snyder*, D. Quinn, C. Trevsky, K. Bustamente, E. Daher, J. Romanini*, C. Page, F. Gauvin | J. Brunelle, P. Pichette, M. Turcotte*, M. Ryan*, I. Ricciuto*, E. Levy | Attaching drafts of Teleglobe's Annual Information Form, reflecting a common legal cause and an identity of interest. | AC;CI |
| 602 | | 19/02/2002 | E-mail chain w/ attachments | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attaching draft term sheet and BCE support letter regarding Teleglobe $1.25 B credit facilities, reflecting attorney's legal advice and input. | AC |
| 603 | | 18/02/2002 | E-mail | M. Lalande* | R. Norman, P. Themens* | P. Van Gheluwe | Client-attorney communication requesting legal advice of counsel regarding implications of Teleglobe's credit facilities and debentures. | AC;CI |
| 604 | | 12/02/2002 | E-mail chain w/ attachment | M. Lalande* | I. Ricciuto* | S. Vanasella, M. Turcotte*, M. Ryan*, S. Skinner, B. Pickford, M. Paul, P. Van Gheluwe, P. Pichette, J. Brunelle, A. Mongrain | A legal communication regarding Teleglobe MD&As and financial statements and notes, and attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-40-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 605 | | 05/02/2002 | E-mail chain | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding proposal for renewal of Teleglobe credit facilities. | AC |
| 606 | | 05/02/2002 | E-mail | M. Lalande* | J. Brunette | None | A legal communication regarding Teleglobe's assignment of receivables, reflecting a common legal cause and an identity of interest. | AC;CI |
| 607 | | 05/02/2002 | E-mail chain w/ attachment | M. Lalande* | M. Boychuk, P. Van Gheluwe | None | Attorney-client communication reflecting legal advice of counsel regarding proposal for renewal of Teleglobe credit facilities and attaching draft of same. | AC |
| 608 | | 24/01/2002 | E-mail chain w/ attachment | M. Lalande*, C. Fleury | M. Boychuk | B. Pickford | Attorney-client communication reflecting legal advice of counsel regarding additional BCE investments in Teleglobe and attaching draft outline of same. | AC |
| 609 | | 21/01/2002 | E-mail chain w/ attachment | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe, A. Brairzatto, R. Norman, F. Huck, G. Attorn, E. Charbonneau, T. Espard, P. Themens* | M. Turcotte* | Attaching memorandum regarding proposal for Teleglobe financing, reflecting a common legal cause and an identity of interest. | AC;CI |
| 610 | | 21/01/2002 | E-mail chain w/ attachments | M. Lalande* | P. Themens* | None | Attaching draft attorney memo regarding Teleglobe financing and various draft schedules, reflecting attorney's legal advice and input. | AC;CI |
| 611 | | 18/01/2002 | E-mail chain | M. Lalande*, D. Snyder*, C. Tievsky | C. Tievsky, D. Snyder* | B. Leon | A legal communication regarding drafting of Teleglobe's Annual Information Form, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-41-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 612 | | 17/01/2002 | E-mail chain w/ attachments | M. Lalande* | M. Boychuk, B. Pickford, P. Van Ghaluwe, A. Bearzatto, R. Norman, F. Huck, M. Thompson, C. Simon, E. Charbonneau, T. Espard | M. Turcotte* | Attaching draft attorney memo regarding Teleglobe financing and various schedules, reflecting a common legal cause and an identity of interest. | AC;CI |
| 613 | | 11/12/2001 | E-mail chain w/ attachments | M. Lalande* | E. Levy | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe reference book and attaching documents regarding same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 614 | | 07/12/2001 | E-mail | M. Lalande* | S. Swift | F. Gauvin, A. Lalani, J. Tetrault, J. Armitage | A legal communication regarding Teleglobe continuing guaranty, reflecting a common legal cause and an identity of interest. | AC;CI |
| 615 | | 04/12/2001 | E-mail chain w/ attachments | M. Lalande* | J. Armitage, N. Cox, A. Lalani | P. Van Ghaluwe, F. Gauvin, J. Tetrault | Attaching draft Teleglobe continuing guaranty, reflecting a common legal cause and an identity of interest. | AC;CI |
| 616 | | 04/12/2001 | E-mail chain | M. Lalande*, M. Nyman | M. Nyman, M. Lalande* | D. Canada | A legal communication regarding Teleglobe's Houston lease, reflecting a common legal cause and an identity of interest. | AC;CI |
| 617 | | 03/12/2001 | E-mail chain w/ attachment | M. Lalande* | M. Boychuk | M. Turcotte* | Attaching memorandum reflecting attorney's legal advice and input regarding BCE funding of Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-42-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 618 | | 27/11/2001 | E-mail w/ attachment | M. Lalande* | M. Ryan*, D. Masse*, N. Morello*, M. Boychuk, S. Skinner | None | A legal communication regarding Teleglobe board resolutions and attaching draft resolutions, reflecting attorney's legal advice and input. | AC |
| 619 | | 27/11/2001 | E-mail | M. Lalande* | M. Ryan* | None | E-mail containing client-attorney communication requesting legal advice of counsel regarding Teleglobe budget resolutions. | AC/CI |
| 620 | | 27/11/2001 | E-mail w/ attachment | M. Lalande* | M. Ryan* | None | Email attaching draft BCE Inc. board resolution regarding financial plans and budget, reflecting attorney's legal advice and input. | AC |
| 621 | | 21/11/2001 | E-mail | M. Lalande* | M. Nyman | None | Email requesting information necessary to render legal advice concerning lease guarantees for Teleglobe Inc. | AC |
| 622 | | 21/11/2001 | E-mail chain | M. Lalande* | L. Ruggins | None | Client-attorney communication requesting legal advice of counsel regarding confidentiality and reflecting legal advice of counsel regarding same. | AC |
| 623 | | 20/11/2001 | E-mail | M. Lalande* | P. Thom | M. Boychuk | Attorney-client communication reflecting legal advice of counsel regarding proposed board resolutions for BCE loans to Teleglobe. | AC |
| 624 | AC | 20/11/2001 | E-mail | M. Lalande* | E. Tisso | F. Gauvin, M. Lavey | Attorney-client communication reflecting legal advice of counsel regarding acquisition of Excel Telecommunications. | AC |
| 625 | | 20/11/2001 | E-mail w/ attachments | M. Lalande* | M. Ryan* | None | Email attaching draft board resolutions regarding short term loans from BCE and Bell Canada to Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-43-