# EXHIBIT 3

# PART 3

## BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 626 | | 19/11/2001 | E-mail | M. Lalande* | P. Thom, R. Petriello, L. Larocque | M. Ryan* | Attorney-client communication requesting and reflecting legal advice of counsel regarding BCE, Bell and Teleglobe board approvals for short-term loan transaction. | AC |
| 627 | | 19/11/2001 | E-mail w/ attachment | M. Lalande* | M. Guy*, A. Gentile* | N. Morello* | Email attaching attorney-client communication reflecting legal advice of counsel regarding requirement of board approval for Teleglobe loans and pension plans, reflecting common legal cause and an identity of interest. | AC/CI |
| 628 | | 19/11/2001 | E-mail w/ attachment | M. Lalande* | P. Thom, R. Petriello, L. Larocque | None | Email attaching draft loan agreement between Bell Canada and Teleglobe Inc. reflecting attorney's legal advice and input. | AC |
| 629 | | 15/11/2001 | E-mail | M. Lalande* | M. Ryan* | P. Thom, R. Petriello, L. Larocque, M. Turcotte* | Email requesting legal advice of counsel regarding requirement of board approval for lending to Teleglobe Inc. by BCE Inc. and Bell Canada. | AC |
| 630 | | 15/11/2001 | E-mail | M. Lalande* | D. Snyder* | None | Email requesting information necessary to render legal advice regarding BCE Inc. guarantee provisions. | AC |
| 631 | | 15/11/2001 | E-mail | M. Lalande* | D. Snyder* | None | Email requesting information necessary to render legal advice regarding guarantees and non-compete obligations on BCE Inc. and Teleglobe Inc. | AC |
| 632 | | 14/11/2001 | E-mail chain | M. Lalande* | M. Nyman | None | Email chain requesting legal advice of counsel regarding BCE policies and procedures applicable to Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-4-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 633 | | 13/11/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe operations manual, reflecting a common legal cause and an identity of interest. | AC |
| 634 | | 12/11/2001 | E-mail w/ attachment | M. Lalande* | M. Nyman | None | Attorney-client communication reflecting/legal advice of counsel regarding applicability of policies to Teleglobe and attaching schedule of authorities for Teleglobe Inc. | AC;CI |
| 635 | | 05/11/2001 | E-mail | M. Lalande* | R. Rudick* | F. Gauvin, I. Rioux, J. Ciccarelli, T. Wortman*, D. Scott, A. Shragie | Email reflecing attorney's legal advice and input on Teleglobe note purchase agreement. | AC |
| 636 | | 29/10/2001 | E-mail | M. Lalande* | J. Ciccarelli | D. Scott, M. Boychuk, R. Norman, T. Wortman* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe notes road show presentation. | AC;CI |
| 637 | | 27/10/2001 | E-mail | M. Lalande* | D. Scott | J. Ciccarelli, R. Norman, T. Wortman*, M. Longval, A. Dussault*, , S. Parandekar, Y. Jeghers, J. Gregson, E. Tiseo | Legal communication reflecting a common legal cause and an identity of interest regarding drafting of Teleglobe PPM. | AC;CI |
| 638 | | 24/10/2001 | E-mail | M. Lalande* | E. Daher | J. Robillard, G. Walker, I. Morin, S. Argiriou, A. Bearzatto, I. Ricciuto*, N. Kaminaris, M. Forestell | Legal communication reflecting attorney's legal advice and input to draft BCE MD&A. | AC |
| 639 | | 22/10/2001 | E-mail w/ attachment | M. Lalande* | B. Anderson, J. Leung | None | Email attaching draft Teleglobe Inc. MD&A reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 640 | | 18/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | S. Skinner | Email attaching correspondence regarding Teleglobe MD&As reflecting attorney's legal advice and input. | AC/CI |
| 641 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | J. Robillard, G. Walker, I. Morin, S. Argiriou, A. Bearzatto, I. Ricciuto*, N. Kammans, S. Skinner | Email attaching draft Teleglobe MD&A reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | AC/CI |
| 642 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricciuto* | Email attaching draft Teleglobe Inc. MD&A excerpt, reflecting attorney's legal advice and input regarding financial dependence and a common legal cause and an identity of interest. | AC/CI |
| 643 | | 17/10/2001 | E-mail chain | M. Lalande*, M. Mullins, E. Daher | E. Daher, I. Ricciuto*, M. Mullins | J. Lunsford, C. Eakin, D. Snyder*, B. Enns | Email chain reflecting attorney's legal advice and input regarding Teleglobe MD&A risk section. | AC/CI |
| 644 | | 16/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricciuto* | Email attaching draft Teleglobe Inc. risk factors for MD&A, reflecting attorney's legal advice and input. | AC/CI |
| 645 | | 21/09/2001 | E-mail w/ attachment | M. Lalande* | K. Morgan, D. Snyder*, S. Skinner, B. Pickford | J. Ciccarelli, D. Scott | Email attaching draft Teleglobe Inc. private placement memorandum for $250M in notes, reflecting attorney's advice and input. | AC/CI |
| 646 | | 13/09/2001 | E-mail w/ attachment | M. Lalande* | J. Ciccarelli, Y. Jeghers, R. Norman, T. Wortman* | M. Turcotte*, A. Monn*, M. Ryan* | Email attaching draft private placement memorandum for Teleglobe Inc. $250M notes, reflecting attorney's advice and input. | AC/CI |
| 647 | | 13/09/2001 | E-mail | M. Lalande* | S. Skinner | None | Attorney-client communication reflecting legal advice of counsel regarding drafting of Teleglobe Inc. private placement memorandum. | AC/CI |

*Indicates person is a lawyer or employed in legal staff

-46-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 648 | | 08/08/2001 | E-mail w/ attachment | M. Lalande* | D. Hunt, R. Norman, T. Wortman* | J. Ciccarelli | Email attaching Teleglobe Inc. draft 364-day facility agreement reflecting attorney's advice and input and reflecting a common legal cause and an identity of interest | AC;CI |
| 649 | | 06/08/2001 | E-mail w/ attachment | M. Lalande* | T. Wortman*, J. Ciccarelli | None | Email attaching draft Teleglobe Inc. $250M senior notes term sheet reflecting attorney's advice and input. | AC;CI |
| 650 | | 03/08/2001 | E-mail chain | M. Lalande* | D. Snyder* | K. Morgan, J. Brunette | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Inc. senior notes. | AC;CI |
| 651 | | 02/08/2001 | E-mail w/ attachment | M. Lalande* | A. Morin* | None | Email attaching draft opinion regarding Teleglobe 364-day revolving credit agreement. | AC;CI |
| 652 | | 01/08/2001 | E-mail | M. Lalande* | M. Fahey* | E. Paul-Hus* | Legal communication reflecting a common legal cause and an identity of interest regarding Canadian benefit law language in Teleglobe Inc. 364-day revolving credit agreement. | AC;CI |
| 653 | | 27/07/2001 | E-mail w/ attachment | M. Lalande* | A. Morin* | R. DeSantis, P. Van Gheluwe | Email attaching draft letter from BCE Inc. to Morgan Stanley regarding BCE strategic commitment to Teleglobe Inc., reflecting attorney's advice and input. | AC |
| 654 | | 27/07/2001 | E-mail w/ attachment | M. Lalande* | M. Fahey*, D. Schulte | C. Gottschalk, J. Leung, E. Paul-Hus* | Legal communication reflecting a common legal cause and an identity of interest regarding change of control clause with respect to Teleglobe. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-47-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 655 | | 26/07/2001 | E-mail | M. Lalande* | T. Hill, J. Leung | F. Fenton*, M. Turner | Legal communication reflecting a common legal cause and an identity of interest regarding C. Gold employment agreement. | AC/CI |
| 656 | | 25/07/2001 | E-mail | M. Lalande* | A. Monn* | None | Legal communication reflecting attorney's legal advice and input regarding Morgan Stanley new credit facility for Teleglobe. | AC |
| 657 | | 24/07/2001 | E-mail, E-mail chain | M. Lalande*, J. Walker, D. Vogel | T. Hill, J. Walker | D. Vogel, J. Walker, A. Lackey, D. Lobel | Legal communication reflecting a common legal cause and an identity of interest regarding financial interest disclosure statement regarding BCE Inc. ownership of Teleglobe Inc. | AC/CI |
| 658 | | 31/05/2001 | E-mail w/ attachments | M. Lalande* | B. Pickford | S. Vanasella, M. Turcotte*, F. Gauvin, P. Van Sheluve | Legal communication attaching attorney memorandum regarding potential Teleglobe Inc. restructuring and related charts, reflecting a common legal cause and an identity of interest. | AC/CI |
| 659 | | 12/06/2001 | E-mail w/ attachments | M. Lalande* | A. Monn* | None | Legal communication reflecting a common legal cause and an identity of interest and attaching memorandum and charts reflecting legal advice of counsel regarding Teleglobe restructuring. | AC/CI |
| 660 | | 19/06/2001 | E-mail w/ attachment | M. Lalande* | A. Monn* | None | Legal communication attaching correspondence reflecting a common legal cause and an identity of interest reflecting legal advice of counsel regarding Teleglobe restructuring. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-48-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 661 | | 19/06/2001 | E-mail w/ attachment | M. Lalande* | S. Kelly | N. Saibil, P. Themens*, P. Van Gheluwe, M. Turcotte*, A. Morin*, M. Boychuk | Legal communication reflecting a common legal cause and an identity of interest; attorney-client communication reflecting legal advice of counsel regarding Teleglobe term sheet for $1.250B credit facility. | ACCCI |
| 662 | | 19/06/2001 | E-mail w/ attachment | M. Lalande* | F. Rodi | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Board resolution regarding financial assistance from BCE Inc. | ACCCI |
| 663 | | 19/06/2001 | E-mail | M. Lalande* | S. Kelly | N. Saibil, P. Themens*, P. Van Gheluwe, M. Turcotte*, A. Morin*, M. Boychuk | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe facilities agreements board approvals. | ACCCI |
| 664 | | 19/06/2001 | E-mail w/ attachments | M. Lalande* | S. Kelly, N. Saibil | P. Van Gheluwe | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe internal restructuring. | ACCCI |
| 665 | | 19/06/2001 | E-mail | M. Lalande* | J. Brunette, D. Snyder*, K. Morgan | M. Turcotte* | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities. | ACCCI |
| 666 | | 20/06/2001 | E-mail chain | M. Lalande* | S. Kelly | N. Saibil, , P. Van Gheluwe, D. MacGougan, I. Pavilans, G. Rourke, P. Themens*, M. Turcotte*, A. Morin*, M. Boychuk | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities term sheet. | ACCCI |
| 667 | | 22/06/2001 | E-mail w/ attachment | M. Lalande* | M. Boychuk | S. Vanasella, A. Morin*, P. Van Gheluwe | Legal communication reflecting a common legal cause and an identity of interest regarding attached BCE support letter for Teleglobe credit facilities. | ACCCI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-49-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 668 | | 23/06/2001 | E-mail | M. Lalande* | P. Themens* | R. DeSantis, A. Morin* | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities. | AC |
| 669 | | 26/06/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte*, P. Van Gheluwe, M. Boychuk, A. Morin*, R. DeSantis | None | Attorney-client communication reflecting advice of counsel regarding BCE support letter regarding Teleglobe Inc. and attaching draft of same. | AC |
| 670 | | 26/06/2001 | E-mail chain | M. Lalande* | R. DeSantis, P. Themens* | P. Themens*, A. Morin*, L. Deltere, R. DeSantis, A. Morin* | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities. | AC/CI |
| 671 | . | 26/06/2001 | E-mail | M. Lalande* | M. Ryan* | M. Boychuk | Legal communication reflecting a common legal cause and an identity of interest regarding appointment of Teleglobe Vice-President and Controller. | AC/CI |
| 672 | | 26/06/2001 | E-mail chain | M. Lalande* | K. Morgan, J. Brunette, D. Snyder* | M. Turcotte*, M. Boychuk | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Inc. $125B credit facility. | AC/CI |
| 673 | | 26/06/2001 | E-mail w/ attachment | M. Lalande* | M. Wu | M. Turcotte* | Legal communication reflecting a common legal cause and an identity of interest regarding attached legal correspondence about Teleglobe credit facilities. | AC |
| 674 | | 26/06/2001 | E-mail chain | M. Lalande* | K. Morgan, J. Brunette, D. Snyder* | M. Turcotte*, M. Boychuk | A legal communication regarding proposed Teleglobe/Bell Nexxia agreement, reflecting a common legal cause and an identity of interest. | AC/CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 675 | | 27/06/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte*, R. DeSantis, P. Van Gheluwe, A. Morin*, M. Boychuk, S. Vanasella | None | Legal communication reflecting a common legal cause and an identity of interest regarding BCE support letter. | AC |
| 676 | | 27/06/2001 | E-mail chain | M. Lalande* | M. Wu | M. Turcotte*, K. Bustamente, J. Brunelle, A. Morin* | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe/Bell Canada Nexxia Agreement and client-attorney communication requesting legal advice of counsel regarding same. | AC |
| 677 | | 26/06/2001 | E-mail chain | K. Morgan, M. Lalande* | M. Lalande*, K. Morgan, J. Brunelle, D. Snyder*, K. Morgan | M. Turcotte*, M. Boychuk | A legal communication regarding Teleglobe Inc./Bell Nexxia Agreement reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | AC;CI |
| 678 | | 10/10/2001 | E-mail w/ attachments | D. Masse* | V. Fortuna | M. Ryan*, M. Turcotte*, S. Skinner, I. Ricciuto*, R. Schwartz, L. Houle, M. Lalande* | A legal communication regarding Teleglobe's Code of Ethics and attaching draft of same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 679 | | 13/11/2001 | E-mail chain | M. Nyman, M. Lalande* | M. Lalande*, M. Nyman | None | A legal communication regarding BCE policies applicable to Teleglobe, reflecting a common legal cause and an identity of interest. | AC;CI |
| 680 | | 15/11/2001 | E-mail chain | D. Snyder*, M. Lalande* | D. Snyder*, M. Lalande* | K. Morgan, K. Bustamente, H. Fields, C. Pauze, M. Nyman, W. Jones, M. Miller, D. Quinn | A legal communication regarding outstanding corporate guarantees and non-compete obligations involving Teleglobe Inc. and BCE, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 681 | | 10/01/2001 | E-mail | P. Van Gheluwe | M. Boychuk, M. Lalande*, M. Ryan*, D. Masse*, I. Ricculo* | None | Client-attorney communication requesting legal advice of counsel regarding matters to be addressed at Teleglobe's board meeting, including probable BCE equity infusion, reflecting a common legal cause and an identity of interest. | AC;CI |
| 682 | | 23/02/2001 | E-mail chain | T. Phillips, F. Rodi | M. Lalande*, D. Masse* | F. Rodi, T. Phillips*, J. Tetrault, P. Thom, M. Chabot | Client-attorney communication requesting legal advice of counsel regarding integration of Teleglobe and BCE cash management functions. | AC |
| 683 | | 25/01/2001 | E-mail w/ attachment | P. Van Gheluwe | M. Lalande*, M. Chabot, M. Rosenhek, L. Ruggins, M. Boychuk, P. Lenzi, P. Thom | J. Ciccarelli | Client-attorney communication requesting legal advice of counsel regarding BCE's proposed equity contribution to Teleglobe and attaching draft equity calculations. | AC |
| 684 | | 13/03/2001 | E-mail w/ attachment | P. Van Gheluwe | M. Boychuk, M. Lalande*, B. Pickford | None | Client-attorney communication requesting legal advice of counsel regarding attached draft memo regarding BCE's proposed equity contribution to Teleglobe. | AC |
| 685 | | 30/07/2001 | E-mail w/ attachment | R. Burkett | M. Lalande* | None | A legal communication regarding proposal response to an IRS inquiry regarding Teleglobe Holdings, reflecting a common legal cause and identity of interest. | AC;CI |
| 686 | | 27/07/2001 | E-mail | R. Burkett | M. Lalande* | None | A legal communication regarding the need for supporting documents pursuant to an IRS inquiry regarding Teleglobe holdings, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-52-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 687 | | 07/08/2001 | E-mail w/ attachment | I. Rioux | M. Lalande*, J. Romanin*, D. Quinn, B. Owens | F. Gauvin | A legal communication regarding Teleglobe's corporate structure post-liquidation/dissolution of some of its subsidiaries, reflecting a common legal cause and an identity of interest. | AC;CI |
| 688 | | 15/10/2001 | E-mail | A. Morin* | M. Lalande*, P. Van Gheluwe | None | A legal communication regarding termination of Teleglobe's short term promissory notes program, reflecting attorney's legal advice and input. | AC |
| 689 | | 24/01/2002 | E-mail w/ attachment | C. Fleury | M. Lalande*, B. Pickford | None | Client-attorney communication requesting legal advice of counsel regarding BCE investments in Teleglobe. | AC |
| 690 | | 08/03/2002 | E-mail w/ attachment | I. Calabrese | A. Leblanc, M. Turcotte*, M. Lalande* | None | Client-attorney communication requesting legal advice of counsel regarding attached analysis of Teleglobe's capital structure. | AC |
| 691 | | 02/04/2002 | E-mail w/ attachment | J. Tollefson | M. Turcotte*, M. Lalande*, S. Vanasselia | M. Shapiro* | Attorney-client communication attaching draft attorney memo reflecting legal advice of counsel regarding BCE's possible investment in Teleglobe. | AC |
| 692 | | 25/03/2002 | E-mail w/ attachment | M. Cossette* | M. Lalande* | None | A legal communication attaching draft table reviewing the principal terms of Teleglobe's indentures and credit facilities, reflecting attorney's legal advice and input. | AC |
| 693 | | 02/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching draft table reviewing the principal terms of Teleglobe's indentures and credit facilities, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-53-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 694 | | 03/04/2002 | E-mail w/ attachments | M. Turcotte* | M. Shapiro*, D. Bartner, M. Lalande*, J. Bisnaire*, P Mercier*, J. Milstein, M. Drouin | None | A legal communication attaching correspondence between BCE and Teleglobe regarding Teleglobe's Annual Information Form and risk factors included in Teleglobe's annual MD&A and attaching drafts of same, reflecting a common legal cause and an identify of interest. | AC/CI |
| 695 | | 09/04/2002 | E-mail w/ attachments | I. Ricciuto* | M. Shapiro* | M. Lalande* | A legal communication attaching drafts of BCE's Annual Report and Teleglobe's MD&A and financial statements for the U.S. and Canada, reflecting attorney's legal advice and input. | AC |
| 696 | | 14/04/2002 | E-mail chain | M. Turcotte* | M. Lalande*, M. Sabia, S. Vanaselja, M. Boychuk | M. Shapiro*, S. Dunphy* | Attorney-client communication reflecting legal advice of counsel regarding potential liability BCE may have to various banks. | AC |
| 697 | | 12/04/2002 | E-mail w/ attachment | P. Van Gheluwe | I. Ricciuto*, M. Lalande* | None | A legal communication attaching draft Teleglobe Inc. Material Change Report, reflecting attorney's legal advice and input. | AC |
| 698 | | 03/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching draft table regarding Teleglobe's methods of financing, reflecting attorney's legal advice and input. | AC/CI |
| 699 | | 03/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching draft table regarding Teleglobe's methods of financing, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-54-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 700 | | 10/04/2002 | E-mail chain w/ attachments | M. Shapiro*, I. Ricciuto* | I. Ricciuto*, M. Shapiro* | M. Lalande*, M. Turcotte* | Attorney-client communication regarding BCE's Annual Report and Teleglobe's MD&A and financial statements for U.S. and Canada and attaching drafts of same, reflecting attorney's legal advice and input. | AC;CI |
| 701 | | 14/04/2002 | E-mail w/ attachment | L. Culver | I. Ricciuto*, M. Turcotte*, M. Lalande*, S. Vanasse8a M. Ryan*, G. Walker, I. Tooll, R. Graves* | J. Bisnaire*, D. Ferland, V. Mercier* | Attorney-client communication attaching draft Material Change Report for Teleglobe Inc., reflecting attorney's legal advice and input. | AC;CI |
| 702 | | 15/04/2002 | E-mail w/ attachment | J. Bisnaire* | M. Turcotte*, M. Ryan*, M. Lalande*, I. Ricciuto* | V. Mercier* | Attorney-client communication attaching draft Material Change Report for Teleglobe Inc., reflecting attorney's legal advice and input. | AC;CI |
| 703 | | 15/04/2002 | E-mail w/ attachment | J. Bisnaire* | M. Turcotte*, M. Ryan*, M. Lalande*, I. Ricciuto* | V. Mercier* | Attorney-client communication draft Material Change Report for Teleglobe Inc., reflecting attorney's legal advice and input. | AC |
| 704 | | 16/04/2002 | E-mail attachment | M. Ryan* | M. Turcotte*, M. Lalande*, P. Bloun | None | Attaching correspondence between BCE and Slikeman*, attaching draft presentation regarding duties of directors and officers at BCE at Teleglobe, reflecting attorney's legal advice and input. | AC |
| 705 | | 17/04/2002 | E-mail chain w/ attachment | S. Dunphy*, T. Banks | M. Turcotte*, M. Lalande*, J. Marc Huot*, S. Dunphy* | P. Howard, M. Yontel* | Attorney-client communication attaching attorney memo regarding liability of directors and officers at BCE and Teleglobe, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-55-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 706 | | 17/04/2002 | E-mail chain w/ attachment | M. Turcotte*, D. Berrut | M. Lalande*, P. Blouin, P. Loulou, M. Turcotte*, M. Paul | None | Client-attorney communication requesting legal advice of counsel regarding attached draft board presentation in connection with restructuring of Teleglobe. | AC,CI |
| 707 | | 22/04/2002 | E-mail w/ attachment | M. Turcotte* | M. Shapiro*, S. Baskin*, S. Dunphy*, J. Marc-Huot*, M. Yonfa*, M. Lalande* | None | A legal communication regarding presentation to BCE board regarding Teleglobe's legal review board and attaching draft of same, reflecting attorney's legal advice and counsel. | AC |
| 708 | | 19/04/2002 | E-mail chain w/ attachment | M. Shishler, C. Autencio | M. Turcotte*, I. Ricciuto*, M. Lalande*, M. Shishler | J. Bisnarre* | Attorney-client communication attaching attorney memo regarding events that trigger a default of BCE's debt instruments, reflecting, reflecting attorney's legal advice and input. | AC |
| 709 | | 21/04/2002 | E-mail w/ attachment | D. Valade* | F. Faucher* | M. Lalande*, M. Turcotte* | A legal communication attaching draft presentation to BCE's board regarding Teleglobe legal review, reflecting attorney's legal advice and input. | AC |
| 710 | | 19/04/2002 | E-mail w/ attachments | M. Turcotte* | M. Lalande* | None | Attaching client-attorney communication requesting legal advice of counsel regarding attached draft board presentation in connection with restructuring of Teleglobe. | AC,CI |
| 711 | | 17/04/2002 | E-mail w/ attachments | N. Gosselin* | M. Lalande* | M. Barbeau* | Attorney-client communication attaching drafts of Demand Credit Facility Agreement between Teleglobe Inc. and BCE, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-56-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 712 | | 17/04/2002 | E-mail w/ attachments | N. Gosselin* | D. Ferland | M. Barbeau*, M. Lalande* | Attorney-client communication regarding BCE and Teleglobe Inc. Demand Credit Facility Agreement and Schedules, and Security Agreement, and attaching drafts of same, reflecting attorney's legal advice and input. | AC |
| 713 | | 12/04/2002 | E-mail w/ attachment | M. Shishler | M. Turcotte*, I. Riccuito*, M. Lalande* | J. Bisnaire*, J. Swartz*, V. Mercer* | Attorney-client communication attaching attorney memo reflecting legal advice of counsel regarding implications of proposed reorganization of Teleglobe on BCE's debt instruments. | AC |
| 714 | | 22/04/2002 | E-mail w/ attachments | J. Romanini* | C. Vina | E. Paul-Hus*, M. Lalande* D. Quinn, D. Snyder* | A legal communication attaching draft resolutions regarding the change of officers and directors of Teleglobe entities, reflecting a common legal cause and an identity of interest. | AC;CI |
| 715 | | 21/04/2002 | E-mail w/ attachments | J. Young | J. Brunetta, D. Masse* | D. Tay, M. Forte, I. Ness, J. Rapascadi, R. Clen*, R. Rawson*, R. Weinberg, M. Ryan*, M. Turcotte*, M. Lalande*, J. Bisnaire* | A legal communication attaching draft resolutions for Teleglobe board meeting regarding resignation of certain directors, reflecting a common legal cause and an identity of interest. | AC;CI |
| 716 | | 02/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching draft table regarding Teleglobe's methods of financing, reflecting attorney's legal advice and input. | AC |
| 717 | | 03/04/2002 | E-mail chain w/ attachment | P. Van Ghelulwe, M. Cossette* | M. Lalande*, M. Turcotte* | M. Turcotte*, M. Cossette* | A legal communication attaching draft table regarding Teleglobe's methods of financing, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-57-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 718 | | 19/04/2002 | E-mail w/ attachment | D. Valade* | M. Lalande* | None | A legal communication regarding attached draft board presentation in connection with restructuring at Teleglobe, reflecting attorney's legal advice and input. | AC |
| 719 | | 08/04/2002 | E-mail w/ attachment | M. Turcotte* | J. Bisnaire*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tenzer*, D. Bartner, J. Millstein, M. Droun, S. Armutcuoglu, S. Baskin*, M. Lalande*, M. Paul | I. Teoli, S. Vanaselja, M. Sabia, P. Lessard | Client-attorney communication requesting legal advice of counsel regarding attached press release regarding BCE's review of Teleglobe's operations and business plans. | AC |
| 720 | | 08/04/2002 | E-mail w/ attachment | M. Turcotte* | J. Bisnaire*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tenzer*, D. Bartner, J. Millstein, M. Droun, S. Armutcuoglu, S. Baskin*, M. Lalande*, M. Paul | I. Teoli, S. Vanaselja, M. Sabia, P. Lessard | Client-attorney communication requesting legal advice of counsel regarding attached draft press release regarding BCE's review of Teleglobe's operations and business plans. | AC |
| 721 | | 08/04/2002 | E-mail w/ attachment | M. Turcotte* | J. Bisnaire*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tenzer*, D. Bartner, J. Millstein, M. Droun, S. Armutcuoglu, S. Baskin*, M. Lalande*, M. Paul | S. Vanaselja, P. Lessard | Client-attorney communication requesting legal advice of counsel regarding attached draft press release regarding BCE's review of Teleglobe's operations and business plans. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-58-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 722 | | 08/04/2002 | E-mail w/ attachment | I. Teoli | J. Blanaru*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tenzer*, D. Bartner, J. Millstein, M. Droun, S. Armutcuoglu, S. Baskin*, M. Lalande*, M. Paul | S. Vanasella, M. Sabia, P. Lessard, M. Turcotte* | Client-attorney communication requesting legal advice of counsel regarding attached draft press release regarding BCE's review of Teleglobe's operations and business plans. | AC |
| 723 | | 08/04/2002 | E-mail w/ attachment | I. Teoli | J. Blanaru*, V. Mercier*, J. Swartz*, M. Shapiro*, A. Tenzer*, D. Bartner, J. Millstein, M. Droun, S. Armutcuoglu, M. Lalande*, M. Paul | S. Vanasella, M. Sabia, P. Lessard | Client-attorney communication requesting legal advice of counsel regarding attached draft questions and answers in connection with BCE's review of Teleglobe's operations and business plans. | AC |
| 724 | | 09/04/2002 | E-mail chain | M. Turcotte* | M. Lalande* | None | Attaching correspondence within BCE regarding proposed language of Teleglobe's rep letter to Deloitte & Touche, reflecting attorney's legal advice and input. | AC;CI |
| 725 | | 12/04/2002 | E-mail w/ attachment | M. Turcotte* | P. Lessard, B. Pickford, M. Lalande*, M. Cossette* | None | A legal communication attaching attorney presentation reflecting legal advice of counsel regarding implications of proposed restructuring of Teleglobe (Project X). | AC;CI |
| 726 | | 14/04/2002 | E-mail | M. Turcotte* | S. Dunphy*, M. Shapiro* | M. Lalande*, M. Ryan* | A legal communication regarding BCE liability to banks and bondholders, reflecting attorney's legal advice and input. | AC |
| 727 | | 14/04/2002 | E-mail | M. Turcotte* | M. Sabia, S. Vanasella, M. Lalande*, M. Boychuk | None | A legal communication regarding potential liability of BCE to banks, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 728 | | 14/04/2002 | E-mail w/ attachment | M. Turcotte* | M. Shapiro*, S. Dunphy* | M. Lalande* | A legal communication attaching attorney memo reflecting legal advice of counsel regarding liability of BCE to banks. | AC |
| 729 | | 14/04/2002 | E-mail chain | S. Dunphy*, M. Turcotte* | S. Dunphy*, M. Shapiro*, M. Turcotte* | M. Yantel*, M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding liability of BCE to banks. | AC |
| 730 | | 15/04/2002 | E-mail chain w/ attachment | I. Ricciuo*, J. Bisnaire* | C. Aiello*, I. Ricciuo* | M. Turcotte*, M. Ryan*, M. Lalande* | Attorney-client communication reflecting legal advice of counsel regarding and attaching draft Material Change Report for Teleglobe. | AC |
| 731 | | 15/04/2002 | E-mail w/ attachment | M. Turcotte* | I. Teoli, S. Vanaselja, P. Lessard, P. Blouin, M. Sabia, J. Monty, M. Lalande*, M. Shapiro*, A. Tenzer*, S. Dunphy* | None | Client-attorney communication requesting advice of counsel regarding attached draft announcement of Teleglobe restructuring. | AC;CI |
| 732 | | 16/04/2002 | E-mail w/ attachment | M. Grottenthaler* | M. Turcotte* | M. Lalande*, M. Shapiro* | A legal communication attaching attorney memo reflecting legal advice of counsel regarding BCE's liability for the debt obligations contracted by Teleglobe. | AC |
| 733 | | 16/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte* | M. Lalande* | A legal communication attaching attorney memo reflecting legal advice of counsel regarding discussions at CSFB telecommunications conference regarding Teleglobe. | AC |
| 734 | | 17/04/2002 | E-mail w/ attachments | M. Shapiro* | M. Turcotte*, M. Lalande* | None | Attorney-client communication attaching attorney memo reflecting legal advice of counsel regarding implications of shutting down Teleglobe's operations. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-60-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 735 | | 17/04/2002 | E-mail | M. Turcotte* | G. Tremblay*, M. Lalande* | None | A legal communication regarding BCE's statements relating to its funding of Teleglobe Inc., reflecting attorney's legal advice and input. | AC |
| 736 | | 18/04/2002 | E-mail chain | D. Quinn, J. Romanut*, D. Snyder*, M. Lalande* | M. Lalande*, D. Snyder*, D. Quinn | D. Snyder*, M. Lalande* | A legal communication regarding Teleglobe board resolutions with respect to directors and officers, reflecting a common legal cause and an identity of interest. | AC;CI |
| 737 | | 18/04/2002 | E-mail w/ attachments | M. Shapiro* | M. Turcotte*, M. Lalande* | S. Dunphy*, S. Baskin*, M. Warren*, A. Tenzer* | Attorney-client communication attaching attorney memos reflecting legal advice of counsel regarding shut-down/liquidation of Teleglobe. | AC |
| 738 | | 19/04/2002 | E-mail w/ attachment | M. Turcotte* | M. Lalande* | None | A legal communication attaching correspondence between BCE and outside counsel attaching attorney memo reflecting legal advice of counsel regarding BCE's liability in the U.S. as a result of its association with Teleglobe. | AC |
| 739 | | 19/04/2002 | E-mail w/ attachment | S. Hamilton* | M. Turcotte*, M. Lalande* | M. Barbeau*, S. Dunphy* | Attorney-client communication attaching attorney memo reflecting legal advice of counsel regarding BCE's potential liability to the Bank of Montreal. | AC |
| 740 | | 20/04/2002 | E-mail w/ attachments | M. Turcotte* | M. Lalande* | None | Attaching correspondence between BCE and Teleglobe, attaching draft Teleglobe resolutions regarding the change of its directors and officers, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 741 | | 20/04/2002 | E-mail w/ attachments | J. Lanni* | M. Lalande*, M. Turcotte* | S. Dunphy*, M. Barbeau*, S. Hamilton | Attorney-client communication attaching attorney memo reflecting legal advice of counsel regarding BCE's potential liability to the Bank of Montreal. | AC |
| 742 | | 21/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching attorney memo reflecting legal advice of counsel regarding Teleglobe's potential default under the Credit Facilities. | AC |
| 743 | | 21/04/2002 | E-mail w/ attachment | M. Cossette* | M. Turcotte*, M. Lalande* | None | A legal communication attaching draft presentation reflecting legal advice of counsel regarding BCE's potential liability stemming from public statements. | AC |
| 744 | | 21/04/2002 | E-mail | S. Dunphy* | M. Turcotte*, M. Lalande* | None | Attorney-client communication reflecting legal advice of counsel regarding BCE's potential liability to banks. | AC |
| 745 | | 22/04/2002 | E-mail chain | S. Dunphy*, M. Lalande* | M. Lalande*, I. Riccuito*, M. Ryan*, J. Huot, S. Baskin*, S. Dunphy*, M. Shapiro* | S. Baskin*, M. Ryan*, J. Huot | Attorney-client communication reflecting legal advice of counsel regarding drafting of forward-looking statements for BCE. | AC |
| 746 | | 22/04/2002 | E-mail w/ attachment | S. Dunphy* | M. Lalande* | None | A legal communication attaching correspondence between outside counsel, attaching draft message for banks and bondholders in connection with BCE's review of Teleglobe's operations and business plan, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-62-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 747 | | 22/04/2002 | E-mail w/ attachment | A. Tenzer* | M. Turcotte*, M. Lalande*, S. Baskin*, , M. Warren*, M. Shapiro*, S. Gleva, S. McKeon, S. Dunphy* | None | Attorney-client communication reflecting legal advice of counsel regarding attached draft questions and answers for BCE's announcement of reorganization at Teleglobe. | AC |
| 748 | | 22/04/2002 | E-mail w/ attachment | M. Shishler | M. Turcotte*, I. Ricciuto*, M. Lalande* | J. Bisnaire* | Attorney-client communication attaching attorney memo reflecting legal advice of counsel regarding potential for default on any of BCE's debt intruments. | AC |
| 749 | | 26/04/2002 | E-mail w/ attachment | I. Ricciuto* | M. Turcotte*, M. Ryan*, M. Lalande*, M. Shapiro*, M. Convery | None | Client-attorney communication requesting legal of counsel regarding attached draft Teleglobe Material Change Report. | AC;CI |
| 750 | | 26/04/2002 | E-mail w/ attachment | I. Ricciuto* | M. Turcotte*, M. Ryan*, M. Lalande*, M. Shapiro* | None | Client-attorney communication requesting legal advice of counsel regarding attached draft Teleglobe Material Change Report. | AC;CI |
| 751 | | 06/05/2002 | E-mail w/ attachment | D. Doucette | S. Dunphy*, M. Lalande* | None | Client-attorney communication requesting legal advice of counsel regarding attached draft question and answer in connection with Project X. | AC |
| 752 | | 18/01/2001 | E-mail chain | C. Kelly, M. Lalande* | M. Lalande*, K. Bustamente, C. Kelly, T. Hill, M. Turner | F. Gauvin, M. Di Pierro*, T. Phillips*, B. Owens | Attorney-client communication reflecting legal advice of counsel regarding reporting procedures for Teleglobe subsidiaries. | AC |
| 753 | | 20/07/2001 | E-mail | M. Lalande* | A. Morin* | R. DeSantis, P. Van Gheluwe, F. Gauvin | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facility amending agreements. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-63-

BCE Teleglobe PrivLog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 754 | | 20/07/2001 | E-mail w/ attachments | M. Lalande* | M. Turcotte* | None | Attaching attorney-client communication between BCE and DWPV, attaching draft Teleglobe Inc.'s corporate opinion to Facility A and B lenders, reflecting legal advice of counsel. | AC;CI |
| 755 | | 23/07/2001 | E-mail w/ attachments | M. Lalande* | D. Schulte | None | Client-attorney communication requesting legal advice of counsel regarding Teleglobe credit facilities and attaching drafts of same. | AC |
| 756 | | 24/07/2001 | E-mail | M. Lalande* | T. Hill | J. Walker, A. Lackey, D. Vogel | Attorney-client communication reflecting a common legal cause and an identity of interest regarding corporate ownership structure for BCE Inc., Bell Canada, Teleglobe Inc., eMeritus Communications Inc., and SBC Communications Inc. | AC;CI |
| 757 | | 25/07/2001 | E-mail | M. Lalande* | A. Mann* | None | Legal communication reflecting a common legal cause and an identity of interest regarding legal advice of counsel regarding Morgan Stanley New Credit Facility for Teleglobe. | AC;CI |
| 758 | | 27/07/2001 | E-mail w/ attachment | M. Lalande* | M. Fahey*, D. Schulte | C. Gottschalk, J. Leung, E. Paul-Hus* | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Change of Control provision | AC;CI |
| 759 | | 27/07/2001 | E-mail | M. Lalande* | A. Mann* | None | Legal communications reflecting a common legal cause and an identity of interest regarding credit agreement between Teleglobe and Morgan Stanley. | AC;CI |
| 760 | | 27/07/2001 | E-mail chain w/ attachment | M. Lalande* | A. Mann* | R. DeSantis, P. Van Gheluwe | Attorney-client communication reflecting legal advice of counsel regarding BCE support letter to Morgan Stanley about Teleglobe Inc. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-64-

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 761 | | 01/08/2001 | E-mail | M. Lalande* | A. Monn* | None | Client-attorney communication requesting legal advice of counsel regarding Morgan Stanley loan to Teleglobe Holdings. | ACCI |
| 762 | | 02/08/2001 | E-mail w/ attachment | M. Lalande* | A. Monn* | None | Client-attorney communication requesting legal advice of counsel regarding attached BCE Inc. opinion about Teleglobe for Morgan Stanley. | AC |
| 763 | | 03/08/2001 | E-mail chain | M. Lalande* | D. Snyder* | K. Morgan, J. Brunette | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. $250M Senior Notes. | AC |
| 764 | | 06/08/2001 | E-mail w/ attachment | M. Lalande* | T. Wortman*, J. Ciccarelli | None | Client-attorney communication requesting legal advice of counsel regarding term sheet for Teleglobe Inc. $250M Senior Notes. | AC;CI |
| 765 | | 08/08/2001 | E-mail w/ attachment | M. Lalande* | D. Hunt, R. Norman, T. Wortman* | J. Ciccarelli | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. senior notes and attaching draft relating to same. | AC |
| 766 | | 09/08/2001 | E-mail | M. Lalande* | C. Kelly, T. Hill, E. Paul-Hus* | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. financing agreements. | ACCI |
| 767 | | 05/09/2001 | E-mail w/ attachment | M. Lalande* | J. Ciccarelli | None | Email attaching communication reflecting legal advice of counsel regarding Teleglobe Inc. $250M Note Purchase Agreement. | AC |
| 768 | yes | 10/09/2001 | E-mail w/ attachment | M. Lalande* | Y. Rocheleau* | None | Attaching correspondence with Robert Burkett of Teleglobe regarding compensation of Teleglobe employees, reflecting a common legal cause and an identity of interest. | ACCI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 769 | | 25/09/2001 | E-mail w/ attachments | M. Lalande* | F. Gauvin | None | Attaching correspondence from STB, including drafts of Teleglobe Note Purchase Agreement, reflecting a common legal cause and an identity of interest. | AC;CI |
| 770 | | 25/09/2001 | E-mail w/ attachment | M. Lalande* | J. Ciccarelli | None | Attaching correspondence regarding $250M Teleglobe notes, reflecting attorney's legal advice and input. | AC |
| 771 | | 11/10/2001 | E-mail w/ attachment | M. Lalande* | M. Ryan* | M. Turcotte* | Attaching correspondence regarding Teleglobe audit meeting, attaching draft agenda for same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 772 | | 16/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricciuto* | A legal communication regarding Teleglobe risk factors and attaching draft presentation regarding same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 773 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | B. Anderson | None | Attaching correspondence with Teleglobe regarding Teleglobe risk factors and attaching draft presentation regarding same; reflecting a common legal cause and an identity of interest. | AC;CI |
| 774 | | 17/10/2001 | E-mail chain | M. Lalande*, E. Daher, M. Mullins | E. Daher, I., Ricciuto*, M. Mullins | J. Lunsford, C. Eakin, D. Snyder*, B. Enns | A legal communication regarding Teleglobe MD&A risks, reflecting a common legal cause and an identity of interest. | AC;CI |
| 775 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | None | Attaching correspondence with Teleglobe regarding Teleglobe MD&A risks, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

-66-

BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|----|---------|-------------|
| 776 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | I. Riccuto*, C. Kelly, M. Geeker, V. Cooke, Y. Rocheleau* | A legal communication regarding Teleglobe MD&A and attaching draft Legal Proceedings section for MD&A, reflecting a common legal cause and an identity of interest. | AC;CI |
| 777 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Riccuto* | A legal communication regarding Teleglobe risk factors and attaching draft MD&A, reflecting a common legal cause and an identity of interest. | AC;CI |
| 778 | | 17/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | J. Robillard, G. Walker, I. Morin, S. Argirlou, A. Bearzatto, I. Ricculo*, N. Kammaris, S. Skinner | A legal communication regarding Teleglobe Q3 MD&As and attaching draft of same, reflecting attorney's legal advice and input. | AC |
| 779 | | 18/10/2001 | E-mail w/ attachment | M. Lalande* | E. Daher | None | Attaching correspondence within BCE regarding Teleglobe financial statements and MD&A, reflecting attorney's legal advice and input. | AC |
| 780 | | 21/10/2001 | E-mail | M. Lalande* | J. Ciccarelli | None | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Note Purchase Agreement. | AC |
| 781 | | 22/10/2001 | E-mail | M. Lalande* | B. Anderson, J. Leung | None | Attaching draft Teleglobe Q3 MD&A, reflecting attorney's legal advice and input. | AC;CI |
| 782 | yes | 24/10/2001 | E-mail w/ attachment | M. Lalande* | D. Snyder* | None | A legal communication regarding Private Placement memorandum, reflecting a common legal cause and an identity of interest. | AC;CI |
| 783 | | 24/10/2001 | E-mail | M. Lalande* | J. Gratto, M. Wu | F. Gauvin, K. Bustamente | A legal communication regarding Teleglobe/Bell Nexxia closing, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe Privlog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 784 | | 24/10/2001 | E-mail w/ attachment | M. Lalande* | D. Scott | None | Attaching correspondence with Teleglobe, attaching list of open issues related to Private Placement Memorandum, reflecting a common legal cause and an identity of interest. | AC;CI |
| 785 | | 24/10/2001 | E-mail w/ attachment | M. Lalande* | T. Snyder* | None | Attaching correspondence within BCE and with STB regarding Teleglobe Note Purchase Agreement, attaching drafts of same, reflecting a common legal cause and an identity of interest. | AC;CI |
| 786 | | 24/10/2001 | E-mail | M. Lalande* | E. Daher | J. Robillard, G. Walker, I. Morin, S. Angelou, A. Bearzatto, I. Ricciuto*, N. Kaminaris, M. Forestell | A legal communication regarding BCE MD&As, reflecting attorney's legal advice and input. | AC |
| 787 | | 29/10/2001 | E-mail w/ attachment | M. Lalande* | N. Rise, T. Wortman* | None | Attaching draft presentation regarding Teleglobe investor meetings, reflecting a common legal cause and an identity of interest. | AC;CI |
| 788 | | 29/10/2001 | E-mail | M. Lalande* | J. Ciccarelli | D. Scott, M. Boychuk, N. Rise, T. Wortman* | A legal communication regarding Teleglobe investor meetings, reflecting a common legal cause and an identity of interest. | AC;CI |
| 789 | | 30/10/2001 | E-mail chain | M. Lalande*, C. Eakin | D. Snyder*, J. Lunsford, M. Mullins, C. Eakin | C. Eakin, J. Lunsford, M. Mullins | A legal communication regarding Teleglobe Private Placement Memorandum, reflecting a common legal cause and an identity of interest. | AC;CI |
| 790 | | 30/10/2001 | E-mail w/ attachment | M. Lalande* | D. Snyder | J. Ciccarelli | Attaching draft Teleglobe Note Purchase Agreement, reflecting a common legal cause and an identity of interest. | AC;CI |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff

## BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|---|---|---|---|---|---|---|---|---|
| 791 | | 01/11/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte* | None | Attaching draft table of contents for Teleglobe operations manual, reflecting attorney's legal advice and input. | AC;CI |
| 792 | | 19/11/2001 | E-mail w/ attachment | M. Turcotte* | P. Thom, R. Petriello, L. Larocque | None | Attorney-client communication reflecting legal advice of counsel regarding loan agreement between Bell Canada and Teleglobe and attaching draft of same. | AC |
| 793 | | 20/11/2001 | E-mail chain | M. Lalande*, P. Thom | P. Thom, M. Lalande* | M. Boychuk | A legal communication regarding drafting of board resolutions in connection with proposed BCE and Bell Canada short term loans to Teleglobe, reflecting attorney's legal advice and input. | AC |
| 794 | Yes | 23/11/2001 | Excerpt of manual | M. Lalande* | BCE Legal Department, M. Turcotte* | None | Excerpt of Teleglobe Inc. Operations Manual regarding Teleglobe Inc. Executive Summary, reflecting attorney's legal advice and input. | AC;CI |
| 795 | | 27/11/2001 | E-mail chain w/ attachment | M. Lalande*, M. Ryan* | M. Ryan*, M. Lalande* | M. Turcotte*, M. Boychuk | Attaching draft BCE board resolution regarding its proposed business and financial plans and budget, reflecting attorney's legal advice and input. | AC |
| 796 | | 27/11/2001 | E-mail | M. Lalande* | M. Ryan* | None | A legal communication regarding drafting of Teleglobe's business plan and budget and accompanying board resolution, reflecting attorney's legal advice and input. | AC;CI |
| 797 | | 27/11/2001 | E-mail w/ attachment | M. Lalande* | M. Ryan*, D. Masse*, N. Morello*, M. Boychuk*, S. Skinner | None | Attaching draft board resolution regarding Teleglobe's business plan and budget, reflecting attorney's legal advice and input. | AC;CI |
| 798 | | 11/12/2001 | E-mail w/ attachments | M. Lalande* | E. Levy | None | Attaching draft operations manual and executive summary of the capital and debt structure for Teleglobe, reflecting attorney's legal advice and input. | AC;CI |

*Indicates person is a lawyer or employed in legal staff of a lawyer or employed in legal staff

BCE Teleglobe PrivIog 3

| DOC_NO | REDACTION | DOC_DATE | DOC_TYPE | AUTHOR | RECIPIENT | CC | SUBJECT | DESIGNATION |
|--------|-----------|----------|----------|--------|-----------|-----|---------|-------------|
| 799 | | 13/12/2001 | E-mail w/ attachment | M. Lalande* | M. Turcotte* | None | A legal communication regarding proposed Interim Funding Agreement for Teleglobe, attaching correspondence among BCE, Simpson, Thacher & Bartlett, and Wilson Elser, attaching draft of same, reflecting attorney's legal advice and input. | AC |

*Indicates person is a lawyer or employee of a lawyer or employed in legal staff