# EXHIBIT B
# PART 1

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 120484 | BCE-SUP 120494 | 002 | Yes | E-mail w/ attachment | Memorandum prepared by counsel regarding BCE's proposal for Teleglobe Inc. financing, reflecting attorney's legal advice and input. | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe; A. Bearzatto; R. Norman*; F. Huck*; G. Attorri; C. Simon; E. Charbonneau; T. Espard; P. Andre Themens* | M. Turcotte* | 1/21/02 | Produced in Redacted form (indicated on priv log) |
| BCE-SUP 120507 | BCE-SUP 120508 | 003 | | E-mail | Email attaching privileged memorandum prepared by counsel regarding BCE's proposal for Teleglobe Inc. financing. | M. Lalande* | M. Boychuk; B. Pickford; P. Van Gheluwe; A. Bearzatto; R. Norman*; F. Huck*; G. Attorri; C. Simon; E. Charbonneau; T. Espard; P. Andre Themens | M. Turcotte* | 1/17/02 | Missing attachment |
| BCE-SUP 120509 | BCE-SUP 120509 | 009 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding proposed outsourcing agreement between Teleglobe Inc. and affiliates and Bell Canada. | M. Lalande* | J. Luck | F. Gauvin, M. Turcotte* | 3/27/02 | |
| BCE-SUP 120510 | BCE-SUP 120564 | 010 | | Draft agreement w/marginalia | Draft Outsourcing Services Agreement between Teleglobe USA Inc. and Bell Canada reflecting attorney's legal advice and input and reflecting a common legal cause and interest, prepared for use by client. | M. Lalande* | M. Lalande* | None | 3/19/02 | |
| BCE-SUP 120565 | BCE-SUP 120569 | 011 | | Draft agreement w/marginalia | Draft of glossary schedule to Teleglobe USA Inc./Bell Canada Outsourcing Services Agreement reflecting attorney's legal advice and input and reflecting a common legal cause and interest, drafted for client's use. | M. Lalande* | M. Lalande* | None | 3/21/02 | |

1

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 120570 | BCE-SUP 120603 | 012 | | Draft | Draft of Teleglobe Inc. 2001 Financial Information, reflecting input and reflecting a common legal cause and an identity of interest with Teleglobe. | P. Mercer*; M. Lalande*; E. Levy; D. Snyder*; C. Tievsky; E. Daher; J. Romanini*; C. Page; D. Quinn | Teleglobe Inc | None | 00/00/01 | Privilege Log lists numerous authors -- no reference in document Some H/w notes cut-off in copying. |
| BCE-SUP 120604 | BCE-SUP 120607 | 017 | | Draft letter of intent w/marginalia | Draft letter of intent regarding proposed outsourcing of certain Teleglobe USA Inc. functions and activities to Bell Canada. | M. Lalande*; P. Pichette | M. Lalande*; P. Pichette | None | 2/25/02 | not sure if this correct bates range |
| BCE-SUP 120608 | BCE-SUP 120662 | 018 | | Draft agreement w/marginalia | Draft Outsourcing Services Agreement between Teleglobe USA Inc. and Bell Canada, prepared for review by client, reflecting attorney's legal advice and input and reflecting a common legal cause and interest. | M. Lalande* | M. Lalande* | None | 3/19/02 | |
| BCE-SUP 120663 | BCE-SUP 120664 | 019 | | E-mail chain | Attorney-client communication regarding draft outsourcing agreement with Bell Canada and seeking input of counsel on matter reflecting common legal cause and an identity of interest. | M. Lalande*; J. Luck | M. Roussopoulos; F. Gauvin; B. Pickford; H. Games; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich*; N. St-Pierre; M. Lalande*; V. Freud, I. Emond; P. Chapdelaine; J. Yves Caron | G. Ward, J. Luck | 3/28/02 | Missing attachment |
| BCE-SUP 120665 | BCE-SUP 120667 | 020 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding outsourcing agreement with Bell Canada reflecting a common legal cause and an identity of interest. | J. Liddell; G. Ward; F. Gauvin; M. Lalande* | F. Gauvin; J. Liddell; J. Taschereau; I. Emond; G. Ward | M. Lalande*, G. Ward, H. Gomes, B. Milla, A. Mastromonaco, I. Rioux, B. Pickford, M. Weinstock, M. Turcotte*, M. Boychuk, P. Van Ghehuwe | 3/13/02 | |

2

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 120668 | BCE-SUP 120669 | 021 | | E-mail chain | Draft letter of intent regarding proposed outsourcing agreement with Bell Canada. | M. Lalande*; F. Gauvin; J. Liddell; G. Ward; J. Luck | M. Roussopoulos; B. Pickford; M. Wernstock; M. Lalande*; J. Liddell; B. Enns; G. Ward; K. Morgan; G. Bich; D. Benoit* | J. Luck, T. Smirle, B. Callahan, E. Roman | 3/17/02 | Missing attachment |
| BCE-SUP 120670 | BCE-SUP 120692 | 022 | | Fax w/ attachment | Attorney-client communication regarding legal advice on restructuring and liquidation outside of the United States, on matter involving a common legal cause and an identity of interest. | K. Morgan | M. Lalande* | None | 4/23/02 | |
| BCE-SUP 120693 | BCE-SUP 120708 | 023 | | Teleglobe presentation w/marginalia | Joint-presentation regarding the terms of Teleglobe's obligations, funding process, and treasury issues, setting forth handwritten notes of BCE's counsel, and reflecting a common legal cause and an identity of interest with Teleglobe Inc. | M. Lalande*; Teleglobe Inc | M. Lalande* | None | 4/15/02 | |
| BCE-SUP 120709 | BCE-SUP 120709 | 027 | | E-mail | A legal communication reflecting a common legal cause and an identity of interest regarding restructuring legislation in foreign jurisdictions in order to assess further funding. | M. Turcotte* | R. Cleri*; S. Dunphy*; A. Tenzer*; J. Swartz**; M. Shapiro** | M. Lalande*; P. Pichette, J. Brunett | 4/14/02 | |
| BCE-SUP 120710 | BCE-SUP 120712 | 028 | | E-mail | A legal communication reflecting a common legal cause and an identity of interest regarding moratorium laws in foreign jurisdictions in order to assess possible sale of assets in these jurisdictions and counsel's request for information regarding foreign European affiliates. | M. Lalande* | P. Pichette; J. Brunette; J. Swartz*; V. Mercier*; M. Shapiro**; A. Tenzer*; B. Babcock; S. Dunphy*; R. Cleri*; J. Milstein; S. Armutcuoglu | M. Turcotte* | 4/17/02 | |

3

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 120713 | BCE-SUP 120714 | 029 | | E-mail chain | A legal communication reflecting advice of counsel on matter involving a common legal cause and an identity of interest, in particular restructuring under French law. | G. Bauer*; J. Norbert Pontier* | M. Turcotte*; M. Lalande*; P. Pichette; J. Brunette; B. Babcock; S. Armutcuoglu; M. Drouin; D. Ferland; J. Swartz*; V. Mercier*; G. Bauer, R. Graves; J. Norbert Pontier | R. Graves*; R. Rawson*; P. Billot* | 4/16/02 | |
| 120715 | 120756 | 034 | | Draft | Draft Teleglobe 2001 Financial Information, seeking and reflecting attorney's legal advice and input on matters involving common legal cause and identity of interest. | M. Lalande*; Teleglobe Inc | M. Lalande* | None | 00/00/01 | not sure if this correct bates range |
| 120757 | 120759 | 036 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding necessary third-party approvals required prior to the transfer of assets and attaching legal memorandum reflecting legal advice on that subject. | M. Lalande* | B. Pickford; M. Boychuk; F. Gauvin; P. Van Gheluwe | A. Bourbonnais, M. Turcotte* | 10/25/00 | |
| 120766 | 120766 | 041 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding issuance of Teleglobe Inc. series 4 preferred shares with respect to repayment of funds advanced by BCE. | M. Lalande* | M. Boychuk; S. Skinner; F. Gauvin; P. Van Gheluwe; J. Romanini*; M. DiPierro*; M. Ryan* | None | 12/20/01 | |
| 120767 | 120772 | 046 | | Draft w/marginalia | Draft press-release of Teleglobe Inc. regarding Teleglobe's restructuring, reflecting attorney's legal advice and input on matter involving common legal cause and identity of interest. | M. Lalande*; Teleglobe Inc | M. Lalande* | None | 4/23/02 | |

4

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 120773 | 120781 | 055 | | Draft w/ marginalia | Draft overview of Teleglobe transactions and finances, reflecting attorney's legal advice and input and seeking counsel's advice on matters involving common legal cause and identity of interest between BCE and Teleglobe Inc. | M. Lalande* | I. Ricciuto*; BCE Legal Department | None | 00/00/00 | not sure if this correct bates range |
| 120782 | 120814 | 056 | | Draft | Teleglobe Renewal Annual Information form, reflecting input of counsel on matters involving a common legal cause and an identity of interest between BCE and Teleglobe Inc., including extent of BCE's funding obligations. | Teleglobe Inc | M. Lalande* | None | 3/14/02 | |
| 120836 | 120836 | 068 | | Memorandum | Memorandum from counsel seeking input from client in order to provide advice regarding ERISA. | A. Monn* | B. Black | M. Turcotte*, M. Lalande* | 7/20/01 | Missing attachment |
| 120837 | 120837 | 069 | | Memorandum | Memorandum from counsel seeking input from client in order to provide advice regarding ERISA. | A. Monn* | J. Brunette; D. Snyder*; C. Kelly | M. Lalande*, M. Turcotte*, P Van Gheluwe | 7/16/01 | Missing attachment |
| 120847 | 120849 | 073 | | E-mail w/ attachment | Legal memorandum from counsel regarding Board resolution and draft Teleglobe Inc. Board Resolution attached. | M. Lalande* | M. Ryan*; D. Masse*; N. Morello*; M. Boychuk; S. Skinner | M. Turcotte*. M. Boychuk | 11/26/01 | |
| 120847 | 120852 | 086 | | Board of directors resolution and attached e-mail to and from counsel | Client-attorney communication for purposes of preparing draft Board Resolutions of BCE, Bell Canada, and Teleglobe Inc. regarding loans to Teleglobe Inc., and attaching draft board resolutions. | P Thom | M. Lalande* | M. Boychuk, L. Ruggins, F. Rodi, M. Rosenhek | 11/28/01 | Missing attachment |

5

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 120853 | 121010 | 089 | | Draft | Draft Notice of Special Meeting and Management Info Circular regarding BCE/Teleglobe Inc. arrangement reflecting attorney's legal advice and input. | BCE Legal Department | M. Lalande* | None | 9/26/00 | |
| 121011 | 121012 | 091 | | E-mail w/ attachment | Regarding and attaching attorney's memorandum about Teleglobe intercorporate transactions. | G. Ward | M. Sabia | J. Sheridan, S. Scott, D. Kidd* | 2/7/02 | |
| 126858 | 126872 | 107 | | Petition for an Interim Order | Draft petition to Superior Court of Canada of Teleglobe Inc. reflecting attorney's legal advice and input. | Goodman Phillips & Vineberg | M. Lalande* | None | 9/11/00 | |
| 121449 | 121451 | 115 | | Memorandum | Memorandum reflecting attorney's legal advice and input regarding Excel stock options plan. | C. Page | M. Lalande* | None | 10/5/01 | |
| 121436 | 121438 | 116 | | E-mail w/ attachment | A legal memorandum of Teleglobe Inc. following completion of Teleglobe Inc.'s acquisition by BCE, and cover e-mail regarding reporting requirements of Teleglobe Inc. | I. Ricciuto* | M. Ryan*; M. Lalande* | None | 10/10/00 | |
| 121439 | 121448 | 117 | | Draft w/marginalia | Draft report reflecting attorney's legal advice and input regarding Teleglobe employee compensation. | BCE Legal Department | M. Lalande* | None | 2/1/01 | |
| 126877 | 126882 | 122 | | E-mail w/ attachment | A legal communication reflecting attorney's legal advice and input regarding and attaching Teleglobe Inc. Material Change Report. | V. Mercer* | M. Turcotte*; M. Ryan*; M. Lalande*; I. Ricciuto*; S. Vanaselja; I. Teoli; S. Skinner; G. Walker; M. Paul | J. Bisnaire | 4/15/02 | Date is incorrect |
| 121452 | 121456 | 123 | | Draft w/ marginalia | Draft report of Teleglobe Inc. 2001 financial information containing attorney's legal advice and input. | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | 4/11/02 | not sure if this correct bates range |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 127071 | 127081 | 124 | Yes | Memorandum w/ attachment | Memorandum from counsel attaching marked-up drafts Teleglobe Inc. Financial Information and BCE annual reports reflecting attorney legal advice and input. | I. Ricculo* | S. Vanaselja; S. Skinner; M. Lalande*; F. Scannamblo; E. Daher | None | 4/11/02 | missing one of two attachments - remains on privilege log indicating that it was redacted |
| 121475 | 121475 | 125 | | Memorandum | Memorandum prepared by counsel reflecting discussion regarding filing of Bell Canada and Teleglobe Inc. Financial Information. | I. Ricculo* | S. Vanaselja; S. Skinner; H. Gomes; M. Boychuk | M. Turcotte*; T. McGee, M. Ryan*, R. Mannion, M. Lalande*, F. Scannamblo | 4/11/02 | |
| 121476 127082 | 121482 127094 | 126 | Yes | Memorandum w/ attachments | Memorandum prepared from counsel attaching draft BCE and Teleglobe Inc. Annual Reports reflecting attorney legal advice and input. | I. Ricculo* | J. Monty, M. Sabia; S. Vanaselja; M. Turcotte*; M. Ryan*; S. Skinner; M. Boychuk; M. Lalande*; P. Lessard; F. Scannamblo | None | 4/10/02 | produced twice – once with one attachment, once with two attachments – both missing draft BCE Annual Report |
| 121483 127095 | 121483 127101 | 127 | Yes | Memorandum w/ attachment | Memorandum prepared from counsel attaching draft BCE Annual Report and Teleglobe Inc. Financial Information reflecting attorney legal advice and input. | I. Ricculo* | S. Vanaselja; M. Turcotte*; M. Ryan*; M. Boychuk; P. Lessard; M. Lalande* | None | 4/9/02 | produced twice – once without attachments and once with one of two attachments. |
| 121521 | 121521 | 128 | | Draft w/marginalia | Draft report of Teleglobe Inc. 2001 Financial Information containing handwritten notes reflecting attorney's legal advice and input. | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | 00/00/00 | |
| 121555 | 121594 | 129 | | Draft w/marginalia | Draft report of Teleglobe Inc. 2001 US GAAP Financial Information reflecting attorney's legal advice and input. | BCE Legal Department; Teleglobe Inc | M. Lalande* | None | 2/19/02 | no marginalia |
| 121601 | 121602 | 130 | | E-mail chain w/ attachments | Communication from client to counsel seeking legal advice regarding the timing and contents of disclosures in Teleglobe Inc. MD&As | M. Lalande*; E. Daher | M. Shapiro*; V. Mercer*; J. Swartz*; J. Bisnaire; M. Lalande* | M. Turcotte* | 4/2/02 | not marked produced - produced in redacted form w/o attachments |

7

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 121595 | 121600 | 132 | | E-mail w/ attachment | E-mail seeking legal advice and input regarding "risk factors" to be included in BCE's draft MD&A. Handwritten comments from BCE's counsel reflecting legal advice and input on these matters. | I. Ricciuto* | D. Snyder*; C. Eakin; M. Lalande* | None | 1/15/02 | |
| 121629 | 121655 | 136 | | Memorandum | Memorandum from counsel reflecting attorney's legal advice and input and and attaching draft request for advance income tax ruling regarding proposed transaction with Teleglobe Inc. | S. Suarez* | B. Pickford; A. Bearzatto; F. Valos | R. Chartrand*, S. Obal* | 2/12/02 | not sure if this correct bates range |
| 121603 | 121628 | 138 | | Draft letter | Draft letter to Canada Customs and Revenue Agency reflecting attorney's legal advice and input regarding request for advance income tax ruling. | A. Kingissepp; S. Suarez | M. Symes | None | 2/26/02 | |
| 121656 | 121705 | 148 | | Memorandum | Draft memorandum reflecting attorney's legal advice and input regarding request for advance income tax ruling, attaching draft request. | A. Kingissepp*; S. Suarez* | M. Symes | None | 3/20/02 | |
| 121706 | | 163 | | E-mail | Regarding issues to be discussed in meeting with BCE and Teleglobe, reflecting a common legal cause and an identity of interest. | M. Turcotte* | J. Bisnaire | M. Lalande*, P. Lessard | 4/17/02 | |
| 121707 | 121775 | 168 | | E-mail w/ attachment | Client-attorney communication requesting legal advice of counsel regarding attached draft Outsourcing Services Agreement with Teleglobe Inc. | L. Jane Luck | F. Gauvin; B. Pickford; H. Gomes; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich*; N. St-Pierre; M. Lalande*; V. Freud; I. Emond; P. Chapdelaine; J. Yves Caron | G. Ward, L. Jane Luck | 3/28/02 | |

8

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 121776 | 121832 | 171 | | E-mail w/ attachment & marginalia | Draft Teleglobe Outsourcing agreement reflecting attorney's legal advice and input including counsel's handwritten notes setting forth legal analysis. | L. Jane Luck | F. Gauvin; B. Pickford; H. Gomes; E. Kavanagh; J. Liddell; G. Burkett; A. Bilyk; D. Benoit*; G. Bich* | G. Ward, L. Jane Luck | 3/19/02 | |
| 121833 | 121835 | 176 | Yes | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding potential outsourcing transaction between Teleglobe and Bell Canada. | J. Liddell; G. Ward; M. Lalande* | F. Gauvin; J. Liddell | M. Lalande*, G. Ward, B. Milla, A. Mastromonaco, I. Rioux, B. Pickford, M. Weinstock, M. Turcotte*, M. Boychuk, P. Van Gheluwe | 3/13/02 | |
| 121836 | 121840 | 181 | Yes | Draft Memoranda | Draft memoranda from counsel, reflecting attorney's legal advice and analysis of contracts regarding the legal consequences on certain debt instruments of BCE and Bell Canada of possible events relating to Bell Canada Holdings Inc., Teleglobe Inc., or other subsidiaries of BCE. | J. Bisnaire; M. Shishler* | M. Turcotte*; I. Riccuto*; M. Lalande* | None | 4/12/02 | Produced in Redacted form and missing even numbered pages |
| 121851 | 121851 | 192 | | E-mail | Attorney-client communication seeking information regarding Teleglobe's letter of credit in order to provide legal advice. | M. Lalande* | J. Tetrault | None | 4/9/02 | |
| 121852 | 121852 | 193 | | E-mail | Attorney-client communication seeking information regarding Teleglobe's guarantees in order to provide legal advice. | M. Lalande* | K. Morgan | None | 4/9/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122625 | 122625 | 196 | | E-mail w/ marginalia | Memorandum seeking advice of counsel regarding issues relating to Teleglobe Inc., including litigation risks and directors' duties. | M. Lalande* | V. Mercier* | None | 4/9/02 | |
| 121857 | 121878 | 206 | | E-mail chain w/ attachment | Table setting forth legal analysis of contracts. | J. DiLauro; M. Turcotte*; M. Cassette* | J. Swartz*; J. Bisnaire; V. Mercier*; M. Shapiro*; J. Millstein; S. Armutcuoglu; M. Drouin; R. Cleri; R. Rawson | M. Turcotte* | 4/9/02 | |
| 121881 | 121888 | 227 | | Memorandum w/ marginalia and attachment | Attorney's discussion points reflecting advice of counsel in connection with directors' telephone conference regarding MD&As, summary of teleconference prepared by attorney. | M. Ryan* | M. Lalande* | D. Masse*, M. Guy* | 4/11/02 | not sure if this correct bates range |
| 121889 | 121917 | 230 | | Draft | Draft Teleglobe Inc.'s 2000 Financial Information reflecting legal input and advice of counsel. | I. Ricciuto | M. Kamnans | None | 4/17/02 | not sure if this correct bates range |
| 121919 | 121935 | 233 | | E-mail chain w/ attachment | A legal communication reflecting a common legal cause and an identity of interest, attaching Teleglobe board resolutions and letters of resignation of Teleglobe directors and officers. | M. Lalande*; J. Young; V. Mercier* | J. Brunette; D. Masse* | D. Tay, M. Forte, I. Ness, J. Rapisardi, R. Cleri, R. Rawson, M. Weinberg, M. Ryan*, M. Turcotte*, M. Lalande*, J. Bisnaire | 4/21/02 | |
| 122624 | 122624 | 234 | | E-mail | Attorney-client communication seeking preparation of draft Board resolutions by counsel regarding D&O changes. | M. Lalande* | J. Romanini* | M. Turcotte*, M. Ryan*, M. Cossette*, S. Dunphy*, M. Shapiro**, A. Tenzer*, V. Mercier** | 4/15/02 | |

10

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 121936 | 121974 | 237 | | E-mail w/ attachments | Draft news releases from Teleglobe regarding its 2002 First Quarter US GAAP results reflecting attorney's legal advice and input and reflecting a common legal cause and an identity of interest and seeking further legal advice. | N. Kaminans; BCE Legal Department | E. Daher | None | 4/19/02 | Missing cover email |
| 121975 | 121977 | 238 | | E-mail w/ attachment & marginalia | Seeking advice of counsel regarding Teleglobe Inc. disclosure requirements. | I. Ricciuto* | M. Ryan*; M. Boychuk; M. Paul; G. Walker; S. Skinner; M. Lalande* | None | 10/10/00 | missing a page. |
| 121978 | 121979 | 242 | | E-mail w/ attachment | Draft rider to Teleglobe Inc. public filing, reflecting the legal advice and input of counsel. | M. Lalande* | I. Ricciuto* | S. Vanaselja, M. Turcotte*, M. Ryan*, S. Skinner, P. Van Gheluwe, P. Pichette, D. Snyder*, E. Daher | 2/19/02 | |
| 121980 | 121990 | 246 | | E-mail w/ attachments | Client-Attorney Communication regarding proposed outsourcing agreement between Bell Canada and Teleglobe and attaching drafts of news release, media q & a, and employee message seeking input of attorneys with respect to proposed outsourcing agreement with Bell Canada. | D. Doucette | I. Teoli; P. Pichette; R. Schwartz; R. Schwartz; D. Marr; C. Childers; G. Ward; G. Burkett; G. Bich*; P. Maarika; G. Walker; L. Banks; J. Pekar; E. Roman | None | 3/18/02 | |
| 121991 | 121998 | 251 | | E-mail w/ attachment | Attorney-client communication attaching draft Ernst & Young engagement letter and seeking advice of counsel. | M. Cossette*; Davies Ward Phillips & Vineberg LLP* | J. Swartz* | M. Turcotte*, P Lessard, M. Lalande* | 4/11/02 | |
| 121999 | 122036 | 252 | | Draft letter agreement | Drafts of letter agreement and indemnification letter reflecting attorney's internal comments and advice. | Lazard Freres & Co. LLC | M. Lalande* | None | 3/21/02 | Some handwritten notes are cut off - multiple drafts produced |
| 122626 | 122631 | 255 | Yes | Q&A | Draft q & a's reflecting legal advice and input of counsel. | BCE Legal Department | M. Lalande* | None | 4/24/02 | PL says that doc is redacted but no redactions marked on doc. |

11

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122037 | 122081 | 258 | Yes | Presentation | Presentation reflects advice of counsel on labor law issues. | G. Ward; W. Enns | M. Sabia | None | 2/18/02 | |
| 122112 | 122115 | 263 | | E-mail chain w/ attachments | Draft communication from counsel and resolution of the Board of Teleglobe Inc. re: appointment of MJ Saba as an officer. | M. Kuchel*; N. Morello* | C. Page; N. Morello* | M. Kuchel* | 2/20/02 | |
| 122116 | 122158 | 266 | | E-mail w/ attachments | A legal communication reflecting legal input and advice of counsel on draft Teleglobe Inc. 2001 Financial Information. | M. Lalande* | I. Ricciuto* | S. Vanaselja; M. Turcotte*; M. Ryan*; S. Skinner; B. Pickford; M. Paul; P. Van Gheluwe; P Pichette; J. Brunette; A. Mongrain | 2/12/02 | |
| 122159 | 122199 | 267 | | E-mail w/ attachment | Attorney-client communication reflecting legal input and advice of counsel on Teleglobe Inc. MD&A. | I. Ricciuto* | S. Vanaselja; M. Turcotte*; M. Ryan*; B. Pickford; M. Paul; P. Van Gheluwe; P Pichette; J. Brunette; A. Mongrain; M. Lalande* | F. Scannamblo, E. Daher, A. Bearzatto, S. Argiriou, B. McMillan, D. Valade*, S. Di Paolo*, P. Raffaele, P McKenzie, L. Thibault, N. Shipley, N. Stone, R. Scacchitano, M. Roussopoulos* | 2/15/02 | MD&A is for BCE not Teleglobe |
| 122200 | 122205 | 268 | | Draft letter agreement w/marginalia | Draft letter agreement reflecting attorney's legal advice and input regarding retention of Ernst & Young. | Davies Ward Phillips & Vineberg LLP* | B. Babcock | None | 4/8/02 | |
| 122243 | 122285 | 279 | | E-mail | Attorney-client communication reflecting handwritten comments of counsel on draft Teleglobe Inc. 2001 Financial Information. | M. Lalande*; I. Ricciuto* | P. Pichette | None | 2/12/01 | Appears we have it - inaccurately described on PL |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122286 | 122306 | 280 | | E-mail | Attorney-client communication reflecting handwritten comments of counsel on draft Teleglobe Inc. MD&A | I. Riccuto* | P. Pichette | None | 2/15/01 | Appears we have it - inaccurately described on PL |
| 122307 | 122345 | 282 | | Drafts | Draft press releases and draft Teleglobe Inc. and draft First Quarter Report reflecting attorney's legal advice and input seeking further advice. | M. Lalande*; BCE Legal Department | P. Pichette | None | 00/00/00 | |
| 122346 | 122349 | 283 | | Draft | Draft material change report regarding Teleglobe Inc. | M. Ryan* | P. Pichette | None | 4/15/02 | |
| 122350 | 122355 | 286 | | Draft agreement | Draft engagement letter of Ernst & Young reflecting handwritten comments of counsel | Davies Ward Phillips & Vineberg LLP*; M. Cossette* | M. Lalande* | None | 00/00/00 | |
| 122356 | 122381 | 288 | Yes | Presentation | Presentation reflecting legal advice of counsel on issues of structural subordination. | Lazard Freres & Co. LLC | M. Lalande* | None | 4/16/02 | Originally produced in redacted form, now produced without redactions. |
| 122386 | 122388 | 289 | | Draft w/marginalia | Draft legal opinion regarding Teleglobe Inc.'s sale of Excel Communications assets reflecting a common legal cause and an identity of interest. | E. Paul-Hus* | M. Lalande* | None | 4/5/02 | |
| 122382 | 122385 | 290 | | Fax w/ attachment | Fax attaching draft legal opinion regarding Teleglobe Inc.'s sale of Excel Communications assets reflecting a common legal cause and an identity of interest. | E. Paul-Hus* | M. Lalande* | None | 4/5/02 | |
| 122389 | 122394 | 295 | | Draft Memoranda | Draft memoranda regarding Teleglobe Inc. and BCE Inc. stock option plans reflecting a common legal cause and an identity of interest. | W. Anderson | C. Gold | J. Leung, C. Page, M. Lalande* | 9/17/01 | |

13

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122395 | 122397 | 296 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding share transfers regarding the Excel transaction. | C. Gottschalk*; F. Gauvin; A. Tullo; M. Lalande* | F. Gauvin; E. Paul-Hus* | E. Paul-Hus*; M. Lalande*; W. Anderson, B. Milla, M. Turcotte*, B. Pickford, A. Mastromonaco, D. Schulte*, C. May*, C. Gottschalk*, J. Leung, A. Tullo | 7/12/01 | |
| 122398 | 122402 | 297 | | Memorandum | Attorney memorandum regarding BCE Group's ongoing obligations relating to the sale of Excel reflecting attorney's legal advice and input. | E. Paul-Hus* | M. Turcotte*; M. Lalande*; T. McGee; R. Mannion; J. Brunette; K. Sheriff; G. Wyman; P. Went | None | 9/7/01 | |
| 126875 | 126876 | 301 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding principal issues with the VarTex/Excel transaction, reflecting attorney's legal advice and input. | M. Fahey* | M. Lalande* | C. Gottschalk*, D. Schulte*, C. May* | 6/29/01 | |
| 122426 | 122429 | 304 | | E-mail w/ attachments | Attaching draft Teleglobe Inc. and BCE Inc. board meetings purpose and summary statements, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | A. Monn*, M. Boychuk | None | 7/9/01 | |
| 122430 | 122431 | 305 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe funding risks and attaching extract of Teleglobe MD&As regarding same, reflecting a common legal cause and an identity of interest. | I. Ricculo* | M. Ryan*, M. Boychuk, S. Skinner | M. Lalande*, E. Daher | 10/23/01 | |

14

Documents Orginally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122432 | 122452 | 306 | | E-mail w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe MD&As and attaching drafts of same, reflecting a common legal cause and an identity of interest. | I. Riccuto* | M. Ryan*, S. Skinner, E. Daher, M. Lalande*, M. Boychuk | None | 10/24/01 | blackline marks not shown |
| 122461 | 122496 | 319 | | E-mail w/ attachments | Attaching drafts of Teleglobe Inc. MD&As, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Riccuto* | S. Vanasella, M. Turcotte*, M. Ryan*, M. Boychuk, G. Davis, B. Pickford, P. Maarika, S. Skinner | B. Anderson, B. Koun, M. Lalande*, A. Bearzatto, P. Van Gheluwe, N. Kammans, S. Argirlou, E. Daher | 5/10/01 | |
| 122509 | 122511 | 327 | | E-Mail | Attaching drafts of Teleglobe Inc. and BCE Inc. purpose and summary statements for board resolutions supporting renewal of Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | A. Monn*, M. Boychuk | None | 7/9/01 | |
| 122512 | 122513 | 328 | | E-mail w/ attachment | A legal communication regarding extract of Teleglobe Inc. MD&As and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Riccuto* | M. Ryan*, M. Boychuk, S. Skinner | M. Lalande*, E. Daher | 10/23/01 | |
| 122514 | 122534 | 329 | | E-mail w/ attachments | Attaching drafts of Teleglobe Inc. MD&As, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Riccuto* | M. Ryan*, S. Skinner, E. Daher, M. Boychuk | None | 10/24/01 | blackline marks not shown |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 126883 | 126884 | 332 | | E-mail w/ attachment | Attaching draft Teleglobe Inc. prospectus excerpt, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Ricciuto* | S. Vanasella, M. Boychuk, L. Ruggins, P. Van Gheluwe, P. Lenzi | M. Ryan* | 1/16/02 | |
| 122535 | 122543 | 333 | | Draft report | Draft Teleglobe Inc. 2001 Third Quarter Report, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | BCE Legal Department | M. Boychuk | None | 3/4/02 | not sure if this correct bates range; incorrect date(?) |
| 122544 | 122553 | 334 | | Draft report | Draft Teleglobe Inc. 2001 Third Quarter Report, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | BCE Legal Department | M. Boychuk | None | 7/13/01 | not sure if this correct bates range; incorrect date(?) |
| 122554 | 122591 | 336 | | E-mail w/ attachments | Attorney-client communication reflecting legal advice of counsel and requesting further information regarding prospectus relating to BCE Inc. public offering of preferred shares and attaching drafts of same, reflecting a common legal cause and an identity of interest. | I. Ricciuto* | J. Klug, T. McGee, R. Mannon, P. Pichette, J. Brunette, M. Lalande*, N. Gentiletti, M. Mercier*, R. Fillingham, A. Serero | M. Turcotte*, M. Ryan*, M. Boychuk, L. Ruggins, P. Lenzi | 2/11/02 | |
| 126890 | 126906 | 342 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. MD&As and attaching draft of same, reflecting a common legal cause and an identity of interest. | I. Ricciuto* | M. Ryan* | None | 10/24/01 | attachment is not blacklined |

16

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 122597 | 122623 | 343 | | E-mail w/ attachments | Client-attorney communication requesting legal advice of counsel regarding tax ruling request for BCE Inc. and attaching Teleglobe Inc. and attaching drafts of same, reflecting a common legal cause and an identity of interest. | A. Bearzatto | F. Gauvin, M. Lalande*, P. Van Gheluwe, F. Scannambio, M. Boychuk, J. Ciccotelli | B. Pickford, F. Valois, A. Kingsissepp*, S. Suarez | 2/26/02 | |
| BCE-SUP 123166 | BCE-SUP 123168 | 350 | | E-mail w/ attachments | Attaching draft purpose and summary statement for board of directors meeting of Teleglobe Inc. regarding acquisition of Nortel shares, reflecting attorney's legal advice and input. | B. Roy | D. Masse*, B. Pickford, M. Boychuk, M. Weinstock, M. Ryan* | None | 2/22/01 | |
| BCE-SUP 125006 | BCE-SUP 125006 | 351 | | E-mail | Attorney-client communication regarding draft Teleglobe MD&A reflecting attorney's legal advice and input. | M. Lalande* | I. Ricciuto* | M. Ryan*, M. Boychuk, S. Skinner, E. Daher | 10/23/01 | |
| BCE-SUP 123169 | BCE-SUP 123170 | 352 | | E-mail w/ attachment | Client-attorney communication attaching draft purpose and summary statement for board meeting of Teleglobe Inc., which reflects advice of counsel. | B. Roy | M. Ryan*, B. Pickford, M. Weinstock, J. Ciccarelli, M. Boychuk | None | 2/22/01 | |
| BCE-SUP 126621 | BCE-SUP 126625 | 354 | | E-mail w/ attachment | Attorney-client communication attaching Teleglobe press releases, reflecting advice and input of counsel and a common legal cause and an identity of interest. | J. Bisnaire*, M. Turcotte* | M. Turcotte*, P. Lessard, S. Vanaselja, I. Teoli, M. Shapiro*, A. Tenzer*, J. Millstein, S. Armutcuoglu, M. Boychuk | J. Swartz*, V. Mercer* | 4/5/02 | |
| BCE-SUP 123171 | BCE-SUP 123172 | 355 | | E-mail w/ attachment | Client-attorney communication attaching draft purpose and summary statement for meeting of Teleglobe Inc. Board of Directors. | B. Roy | D. Masse* | None | 2/22/01 | |

17

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123173 | BCE-SUP 123177 | 356 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding chairman's report from Teleglobe's audit committee to its board of directors and attaching draft of same. | D. Masse* | M. Boychuk | None | 2/28/01 | |
| BCE-SUP 125007 | BCE-SUP 125007 | 358 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding preparation/filing of Teleglobe's tax returns. | M. Boychuk, M. Lalande* | M. Lalande*, M. Boychuk | None | 11/26/01 | |
| BCE-SUP 125017 | BCE-SUP 125018 | 377 | | E-mail chain | A legal communication regarding Teleglobe's treasury operations and the appointment of BCE officers to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | J. Trault, M. Lalande* | M. Lalande*, J. Tetrault, M. Boychuk | M. Lalande* | 2/15/02 | |
| BCE-SUP 123219 | BCE-SUP 123370 | 378 | | E-mail w/ attachments | Client-attorney communication requesting legal advice of counsel regarding attached draft financial information for Teleglobe according to U.S. and Canadian GAAP. | E. Daher | S. Skinner, I. Ricculo*, P. Van Gheluwe, M. Lalande*, M. Boychuk, A. Mongran, F. Sciannambio, M. Turcotte*, M. Rvan*, P. Maarika, S. Vanaselia, P. Pichette, J. Brunette | None | 2/21/02 | |
| BCE-SUP 123371 | BCE-SUP 123374 | 379 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding draft financial information for Teleglobe according to U.S. and Canadian GAAP. | M. Lalande* | E. Daher* | S. Skinner, I. Ricculo*, P. Van Gheluwe, M. Boychuk, A. Mongran, F. Sciannambio, M. Turcotte*, M. Rvan*, P Maarika, S. Vanaselia, P Pichette, J. Brunette, F. Gauvin | 2/25/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123375 | BCE-SUP 123376 | 386 | | E-mail | A legal communication regarding Teleglobe's proposed private placement, reflecting a common legal cause and an identity of interest. | J. Ciccarelli | R. Leahy, M. Bouchard | M. Lalande*, M. Boychuk, L. Ruggins, A. Mongran | 9/27/01 | |
| BCE-SUP 123377 | BCE-SUP 123378 | 387 | | E-mail w/ attachment | Attaching draft Teleglobe MD&As, reflecting attorney's legal advice and input. | I. Ricciuto* | M. Ryan* | M. Lalande* | 10/23/01 | |
| BCE-SUP 123379 | BCE-SUP 123387 | 388 | | E-mail chain | A legal communication regarding management of Teleglobe's pension funds, reflecting attorney's legal advice and input. | M. Kuchel*, M. Ryan*, M. Lalande* | P. Lavigne, C. Page, P. Van Gheluwe, N. Morello* | M. Ryan*, M. Boychuk, D. Masse* | 11/19/01 | |
| BCE-SUP 125023 | BCE-SUP 125023 | 389 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding guaranty between Teleglobe and Bank of America. | M. Lalande* | J. Tetrault | M. Roussopoulos*, P. Van Gheluwe, M. Boychuk | 12/19/01 | |
| BCE-SUP 123388 | BCE-SUP 123389 | 392 | | E-mail chain w/ attachment | Attaching draft purpose and summary statement for Teleglobe board meeting, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | N. Morello*, D. Masse*, P. Van Gheluwe, M. Boychuk | None | 2/22/01 | |
| BCE-SUP 123411 | BCE-SUP 123417 | 394 | | E-mail w/ attachment | Attaching draft chairman's report to Teleglobe's audit committee, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | D. Masse* | S. Skinner, M. Boychuk | N. Morello*, M. Ryan* | 7/24/01 | |
| BCE-SUP 125030 | BCE-SUP 125047 | 395 | | E-mail w/ attachment | Attaching draft presentation regarding proposed reorganization of Teleglobe, reflecting a common legal cause and an identity of interest. | M. Boychuk | P. Van Gheluwe | None | 3/6/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125048 | BCE-SUP 125064 | 396 | | E-mail w/ attachment | Attaching draft presentation regarding proposed reorganization of Teleglobe, reflecting a common legal cause and an identity of interest. | M. Boychuk | B. Macmillan | None | 3/7/02 | |
| BCE-SUP 123418 | BCE-SUP 123418 | 398 | | E-mail | A legal communication regarding Teleglobe AIF requirements, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | M. Lalande* | P. Beauregard* | None | 2/1/01 | Also produced at BCE-SUP 125079 |
| BCE-SUP 123419 | BCE-SUP 123419 | 399 | | E-mail | A legal communication regarding Teleglobe Inc. directors' remuneration, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | M. Ryan*, P. Beauregard* | None | 2/9/01 | Also produced at BCE-SUP 125080 |
| BCE-SUP 123420 | BCE-SUP 123422 | 400 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe cash flow on a matter involving a common legal cause and identity of interest. | M. Lalande* | R. Fantin | L. Coupal, A. Mastromonaco, J. David, F. Gauvin, B. Kouri | 2/15/01 | Also produced at BCE-SUP 125081-83 |
| BCE-SUP 123423 | BCE-SUP 123425 | 401 | | E-mail w/ attachment | A legal communication attaching Teleglobe Inc. policy resolution, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | M. Lalande* | N. Morello* | None | 2/28/01 | Also produced at BCE-SUP 125084-86 |
| BCE-SUP 123426 | BCE-SUP 123429 | 403 | | E-mail chain w/ attachment | A legal communication attaching draft memorandum regarding Teleglobe Inc. organizational changes, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Kuchel* | J. Romanni*, M. Di Pierro*, N. Morello* | D. Masse*, M. Lalande* | 1/28/02 | |

20

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123430 | BCE-SUP 123433 | 404 | | E-mail chain w/ attachment | A legal communication regarding chairmanship of Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal case and an identity of interest, attaching draft memorandum regarding Teleglobe Inc. organizational changes. | M. Kuchel* | M. Lalande* | None | 1/28/02 | |
| BCE-SUP 123434 | BCE-SUP 123435 | 408 | | E-mail | Attorney-client communication reflecting legal advice of counsel on a matter involving a common legal cause and identity of interest regarding BCE/Teleglobe compliance committee. | I. Ricciuto* | S. Vanaselja | None | 2/8/02 | Missing attachment |
| BCE-SUP 125076 | BCE-SUP 125077 | 409 | | E-mail | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding Teleglobe issuer status. | E. Levy | M. Lalande* | None | 2/20/02 | |
| BCE-SUP 123436 | BCE-SUP 123437 | 410 | | E-mail | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding Teleglobe issuer status. | I. Ricciuto* | M. Lalande* | None | 2/20/02 | |
| 126885 | 126887 | 411 | | E-mail | Client-attorney communication requesting legal advice of counsel on a matter of involving a common legal cause and an identity of interest regarding Teleglobe intangible assets and their implications to BCE. | E. Daher | M. Lalande* | K. Wiegand | 4/1/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125078 | BCE-SUP 125078 | 413 | | E-mail | A legal communication regarding Teleglobe Inc. shareholders' resolution regarding directors, reflecting legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | M. Di Pierro* | None | 12/14/00 | |
| BCE-SUP 125089 | BCE-SUP 125089 | 417 | | E-mail chain | Client-attorney communication requesting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding potential use of Excel network. | D. McGraw | M. Lalande* | P. Wachter | 1/10/02 | |
| BCE-SUP 123438 | BCE-SUP 123438 | 419 | | E-mail | A legal communication regarding Teleglobe AIF disclosures, reflecting legal advice and input of counsel on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | S. Skinner | M. Lalande* | 2/1/01 | |
| BCE-SUP 123439 | BCE-SUP 123439 | 421 | | E-mail | Attorney-client communication regarding Teleglobe AIF status update, reflecting legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | S. Boyaman* | J. Robillard, N. Kammans | 2/7/01 | |
| BCE-SUP 123440 | BCE-SUP 123440 | 422 | | E-mail | A legal communication regarding Teleglobe AIF compensation disclosure, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | C. Page | M. Lalande*, E. Paul-Hus*, M. Liben | 2/7/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123441 | BCE-SUP 123459 | 423 | | E-mail w/ attachment | Client-attorney communication attaching documents regarding director questionaires for Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | R. Davis | M. Lalande* | None | 1/29/01 | |
| BCE-SUP 126809 | BCE-SUP 126809 | 426 | | E-mail | A legal communication regarding Teleglobe MD & A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | M. Lalande* | None | 2/25/01 | |
| BCE-SUP 123460 | BCE-SUP 123461 | 428 | | E-mail chain | Client-attorney communication requesting legal advice on a matter involving a common legal cause and an identity of interest regarding changes to Teleglobe AIF. | F. Gauvin | M. Lalande* | I. Rioux | 2/25/02 | |
| BCE-SUP 123462 | BCE-SUP 123464 | 429 | | E-mail chain | Client-attorney communication requesting legal advice and input on a matter involving a common legal cause and an identity of interest regarding changes to Teleglobe AIF. | J. Romanni* | M. Lalande* | D. Snyder* | 3/12/02 | |
| BCE-SUP 123465 | BCE-SUP 123466 | 430 | | E-mail chain | Client-attorney communication requesting legal advice and input on a matter involving a common legal cause and an identity of interest regarding revised Teleglobe AIF. | E. Levy | M. Lalande* | None | 3/12/02 | |
| 126888 | 126889 | 431 | | E-mail chain | A legal communication regarding transmission of documents to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Turcotte* | M. Lalande* | None | 6/7/01 | |

23

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 126907 | 126908 | 433 | | E-mail chain | A legal communication regarding Teleglobe board meeting regarding loans from BCE, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | M. Ryan*, M. Lalande* | M. Kuchel* | N. Morello* | 11/16/01 | |
| BCE-SUP 123468 | BCE-SUP 123469 | 434 | | E-mail chain | A legal communication regarding Teleglobe draft resolutions and board presentation regarding loans from BCE, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Kuchel*, M. Ryan*, M. Lalande*, M. Ryan*, M. Kuchel* | M. Kuchel*, N. Morello*, M. Lalande* | P. Lavigne, M. Ryan*, M. Boychuk, D. Masse*, N. Morello*, M. Lalande*, P. Lavigne | 11/18/01 | |
| BCE-SUP 12509 | BCE-SUP 125096 | 435 | | E-mail | A legal communication regarding Teleglobe board resolutions on financial plans and budget, attaching same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Guy* | M. Lalande* | None | 11/30/01 | |
| BCE-SUP 125097 | BCE-SUP 125103 | 436 | | E-mail w/ attachment | A legal communication regarding Teleglobe board resolution on pension fund investment committee, attaching same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | N. Morello* | M. Lalande* | M. Guy* | 11/30/01 | |
| BCE-SUP 123476 | BCE-SUP 123478 | 438 | | E-mail | Email attaching legal communication regarding Teleglobe Inc. audit committee appointments, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | E. Paul-Hus* | M. Ryan* | None | 1/16/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123488 | BCE-SUP 123489 | 442 | | E-mail chain | Client-attorney communication requesting legal advice of counsel regarding Excel 401(k) plan and Vartec. | M. Fahey*, M. Lalande* | M. Lalande*, M. Fahey* | J. Leung, E. Paul-Hus*, C. Page, B. Anderson | 1/12/02 | |
| BCE-SUP 125104 | BCE-SUP 125104 | 446 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding possible Teleglobe strategies of bond purchasing, a common legal cause and an identity of interest. | M. Lalande* | N. Rise, F. Huck, P. Andre Themens | None | 1/22/02 | |
| BCE-SUP 123490 | BCE-SUP 123491 | 451 | | E-mail w/ attachment | Attaching correspondence regarding Teleglobe Inc. compensation table and regulatory filings, reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | M. Lalande* | | 4 None | 9/10/01 | |
| BCE-SUP 123492 | BCE-SUP 123529 | 452 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. compensation table and regulatory filings and reflecting a common legal cause and an identity of interest. | M. Lalande* | R. Burkett | None | 9/10/01 | |
| BCE-SUP 125105 | BCE-SUP 125108 | 456 | | E-mail w/ attachment | A legal communication regarding a shareholders resolution with respect to election of directors, reflecting attorney's legal advice and input. | M. Di Pierro* | M. Lalande* | None | 12/13/00 | |

25

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123530 | BCE-SUP 123563 | 459 | | E-mail w/ attachment | A legal communication regarding issues and activities for Project X, reflecting attorney's legal advice and input on a matter involving a common legal cause and a community of interest. | M. Turcotte* | B. Babcock, J. Millstein, M. Droun, S. Armulcuoglu, M. Roussel, M. Shapiro*, A. Tenzer*, R. Cler, S. Dunphy*, J. Bisnaire*, J. Swartz*, V. Mercer*, P. Pichette, J. Brunette, S. Vanasella, B. Pickford, P. Lessard, S. Skinner, M. Lalande*, M. Cossette*, J. Huret, M. Sabia | None | 4/11/02 | |
| BCE-SUP 125110 | BCE-SUP 125120 | 460 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding the Teleglobe material change report, reflecting a common legal cause and an identity of interest. | J. Bisnaire* | M. Turcotte*, M. Ryan*, M. Lalande*, I. Riccuto* | V. Mercer* | 4/15/02 | Header marked "Project X" - mirrors changes made to 2001 AIF |
| BCE-SUP 123564 | BCE-SUP 123565 | 466 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe interest payment to BCE reflecting a common legal cause and an identity of interest. | S. Dunphy* | M. Shapiro*, M. Turcotte*, M. Lalande* | J. Huot, M. Barbeau* | 4/23/02 | Author/Recipients do not match document produced with this privilege number. Forwarding e-mail omitted from production? |
| 127145 | 127145 | 469 | | E-mail | A legal communication regarding Project X press releases reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Turcotte* | M. Cassette* | M. Lalande* | 4/3/02 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 127146 | 127149 | 470 | | E-mail chain w/ attachment | A legal communication regarding timing of press release regarding downgrade of Teleglobe unsecured debt, attaching same, reflecting attorney's legal advice and impute on a matter involving a common legal cause and an identity of interest. | M. Turcotte* | M. Lalande*, M. Cossette* | None | 4/4/02 | first removed CI and later produced |
| 127150 | 127150 | 471 | | E-mail | A legal communication regarding Project X press release, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Turcotte* | J. Millstein, M. Drouin, J. Bisnaire*, V. Mercer*, J. Swartz*, M. Shapiro*, A. Tenzer*, S. Baskin* | M. Lalande*, I. Teoli | 4/7/02 | first removed CI and later produced |
| 127151 | 127151 | 472 | | E-mail | A legal communication regarding Teleglobe directors and officers, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | V. Mercer* | M. Lalande* | None | 4/8/02 | first removed CI and later produced |
| 127152 | 127152 | 473 | | E-mail | A legal communication regarding Teleglobe directors and officers, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | V. Mercer* | M. Lalande* | M. Gottlieb | 4/8/02 | first removed CI and later produced |
| 127153 | 1217154 | 475 | | E-mail w/ attachment | A legal communication regarding BCE and Teleglobe board meetings for Project X, attaching timeline, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Turcotte* | M. Sabia, S. Vanasella, M. Paul, I. Teoli, M. Ryan* | M. Lalande* | 4/9/02 | first removed CI and later produced |

27

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125121 | BCE-SUP 125123 | 477 | | E-mail w/ attachment | Client-attorney communication attaching list of Teleglobe financial commitments and letters of credit, requesting attorney's advice and input on a matter involving a common legal cause and an identity of interest. | L. Robitaille | M. Lalande* | None | 4/10/02 | |
| 127155 | 127156 | 478 | | E-mail w/ attachment | Client-attorney communication regarding Teleglobe cash flow, attaching chart, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | M. Lalande* | None | 4/11/02 | first removed CI and later produced |
| BCE-SUP 125124 | BCE-SUP 125125 | 479 | Yes | E-mail w/ attachment | Attorney-client communication, attaching memo regarding filing of Bell Canada and Teleglobe Inc. financial information, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Ricciuto* | S. Vanaselja, S. Skinner, H. Gomes, M. Bovchuk | M. Turcotte*, T. McGee, M. Ryan*, R. Mannion, M. Lalande*, F. Sciammamblo | 4/11/02 | Redacted (still on Priv Log) |
| 127157 | 127158 | 481 | | E-mail | Client-attorney communication regarding Ernst & Young engagement for Project X, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Lessard | M. Cossette* | M. Turcotte*, M. Lalande* | 4/15/02 | first removed CI and later produced; part in french |
| BCE-SUP 125126 | BCE-SUP 125127 | 482 | | E-mail | A legal communication regarding Project X engagement of Ernst & Young, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Cossette* | J. Swartz* | M. Turcotte*, P. Lessard, M. Lalande* | 4/15/02 | |

28