# EXHIBIT B

## PART 2

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 127159 | 127159 | 485 | | E-mail | Client-attorney communication regarding Bell invoice to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | G. Green | F. Rodi, M. Boychuk, S. Boyce, M. Lalande* | 4/16/02 | first removed CI and later produced |
| BCE-SUP 125128 | BCE-SUP 125130 | 487 | | E-mail w/ attachment | Client-attorney communication regarding Teleglobe invoices, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | M. Lalande* | None | 4/16/02 | Description is incorrect e-mail from F. Rodi (unless there is a cover e-mail missing). |
| BCE-SUP 125131 | BCE-SUP 125132 | 488 | | E-mail w/ attachment | Client-attorney communication regarding Teleglobe's funding, attaching chart of same, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | J. Tetrault | M. Lalande* | None | 4/16/02 | Attachment is incomplete (cut-off at bottom) |
| BCE-SUP 125136 | BCE-SUP 125137 | 489 | | E-mail w/ attachment | Client-attorney communication regarding Teleglobe invoice to Bell Canada, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | G. Green | P. Van Gheluwe | F. Rodi, M. Boychuk, M. Lalande*, S. Boyce, A., A. Duquet | 4/16/02 | |
| BCE-SUP 125133 | BCE-SUP 125135 | 490 | | E-mail w/ attachment | Client-attorney communication attaching chart regarding BCE outstanding loans with Teleglobe, requesting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Van Gheluwe | M. Lalande* | None | 4/16/02 | Attachment is unreadable (shaded areas) and may be cut off |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 127160 | 127163 | 492 | | E-mail w/ attachment | A legal communication attaching draft director indemnity agreement between BCE and Teleglobe, reflecting attorney's legal advice and counsel on a matter involving a common legal cause and an identity of interest. | S. Dunphy* | J. Bisnaire* | M. Lalande*, M. Turcotte* | 4/17/02 | first removed CI and later produced |
| BCE-SUP 123636 | BCE-SUP 123636 | 503 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel on a matter involving a common legal cause and an identity of interest regarding D&O insurance for Teleglobe. | V. Mercier*, M. Lalande* | M. Lalande*, V. Mercier* | D. Tay*, J. Brunette, M. Turcotte* | 4/21/02 | |
| BCE-SUP 123637 | BCE-SUP 123704 | 508 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. $250M unsecured notes PPM and attaching correspondence regarding same. | M. Lalande* | M. Ryan* | None | 10/3/01 | Author/Recipients do not match document produced with this privilege number. Forwarding e-mail omitted from production? |
| BCE-SUP 123705 | BCE-SUP 123756 | 509 | | E-mail | Attaching communication regarding Teleglobe Inc. PPM reflecting attorney's legal advice and input. | M. Lalande* | A. Monn* | None | 10/10/01 | |
| BCE-SUP 123757 | BCE-SUP 123760 | 514 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding wording of Teleglobe financial information packages. | F. Gauvin | M. Lalande*, E. Daher | None | 2/25/02 | |
| BCE-SUP 125145 | BCE-SUP 125146 | 517 | | E-mail | A legal communication reflecting the legal advice and input of counsel regarding Teleglobe Inc. third series preferred shares redemption. | F. Gauvin | P. Beauregard* | M. Lalande*, P. Van Gheluwe, A. Pagliuca | 2/28/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125147 | BCE-SUP 125148 | 518 | | E-mail | Client-attorney communication requesting legal advice of counsel regarding Teleglobe Inc. third series preferred shares redemption. | F. Gauvin | M. Lalande* | None | 3/15/01 | Description is incorrect as to subject matter of e-mail |
| BCE-SUP 125141 | BCE-SUP 125144 | 519 | | E-mail chain | Attaching attorney-client communication reflecting legal advice and input of counsel regarding Teleglobe AIF. | F. Gauvin, M. Lalande* | M. Lalande* | I. Rioux, R. Burkett, B. Milla, A. Mastromonaco | 2/25/02 | Descriptive information is incorrect (or missing covering e-mail) |
| BCE-SUP 123771 | BCE-SUP 123772 | 527 | | E-mail chain w/ attachment | A legal communication regarding Teleglobe AIF, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | F. Gauvin, M. Lalande* | M. Lalande* | I. Rioux, R. Burkett, B. Milla, A. Mastromonaco | 2/25/02 | |
| BCE-SUP 123773 | BCE-SUP 123776 | 528 | | E-mail chain w/ attachment | A legal communication regarding Teleglobe tax issues, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | F. Gauvin | J. Benger | A. Gordon*, E. Paul-Hus*, A. Mastromonaco | 3/20/02 | |
| 126909 | 126928 | 529 | | E-mail chain w/ attachment | A legal communication regarding Teleglobe tax issues, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest and attaching attorney memorandum regarding same. | F. Gauvin, J. Golden | I. Rioux, B. Pickford, A. Bearzatto | A. Kingissepp*, S. Suarez* | 3/20/02 | |

31

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123780 | BCE-SUP 123901 | 532 | | Draft | Draft press release regarding Teleglobe's outsourcing of its network operations to Bell Canada, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | BCE Legal Department | BCE Internal Files | None | 3/15/02 | Document produced is e-mail from Stone (for Schwartz) to Pichette, Childers, Enns, Bunin, Callahan, Condon, Schwartz, and Hope, CC: Pekar, Ward, Sabia, RE: Bell Canada Synergies. With multiple attachments, timeline omitted. |
| BCE-SUP 12902 | 23BCE-SUP 124023 | 533 | | Draft | Draft press release regarding BCE outsourcing to Teleglobe, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | BCE Legal Department | BCE Internal Files, M. Sabia | None | 3/15/02 | Document produced is e-mail from Stone (for Schwartz) to Pichette, Childers, Enns, Bunin, Callahan, Condon, Schwartz, and Hope, CC: Pekar, Ward, Sabia, RE: Bell Canada Synergies. With multiple attachments, timeline omitted. |
| BCE-SUP 124146 | 267 | | | Draft | Draft employee message regarding Teleglobe outsourcing to Bell Canada, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | Teleglobe Inc, BCE Legal Department | M. Sabia | None | 3/15/02 | Document produced is e-mail from Stone (for Schwartz) to Pichette, Childers, Enns, Bunin, Callahan, Condon, Schwartz, and Hope, CC: Pekar, Ward, Sabia, RE: Bell Canada Synergies. With multiple attachments, timeline omitted. |

32

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124268 | BCE-SUP 124389 | 536 | | Draft | Draft Q&A regarding Teleglobe's outsourcing, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | BCE Legal Department | M. Sabia | None | 3/15/02 | Document produced is e-mail from Stone (for Schwartz) to Pichette, Childers, Enns, Bunin, Callahan, Condon, Schwartz, and Hope, CC: Pekar, Ward, Sabia, RE: Bell Canada Synergies. With multiple attachments, timeline omitted. |
| BCE-SUP 124390 | BCE-SUP 124400 | 537 | | E-mail chain w/ attachments | A legal communication attaching draft engagement letter and indemnity letter between Teleglobe Inc. and Lazard, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Turcotte*, S. Armutcuoglu | S. Vanasella, M. Turcotte* | None | 3/22/02 | |
| BCE-SUP 124401 | BCE-SUP 124409 | 538 | | E-mail w/ attachment | A legal communication regarding Teleglobe Inc. financial statements' timeline, and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and identity of interest. | I. Ricciuto*, E. Daher | I. Ricciuto*, M. Lalande* | None | 10/18/01 | |
| BCE-SUP 124423 | BCE-SUP 124427 | 540 | Yes | E-mail w/ attachment | Attaching draft Teleglobe Inc. report for the third quarter of 2001 regarding risk factors, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | I. Ricciuto* | M. Lalande* | None | 10/18/01 | Redacted (still on Priv Log) |
| BCE-SUP 124506 | BCE-SUP 124575 | 544 | | E-mail chain w/ attachment | Attaching draft of Teleglobe's MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | E. Daher, M. Lalande* | M. Lalande*, E. Daher | None | 3/11/02 | |

33

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124576 | BCE-SUP 124591 | 547 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding attached draft Teleglobe Inc. resolutions and a memo regarding the resolutions to J. Monty, reflecting a common legal cause and an identity of interest. | M. Lalande* | M. Ryan* | M. Di Pierro*, D. Masse* | 12/15/00 | |
| BCE-SUP 124592 | BCE-SUP 124595 | 548 | | Memorandum w/ attachments | Attorney memo regarding the appointment of directors and officers for Teleglobe subsidiaries, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | D. Masse* | M. Ryan*, M. Di Pierro*, J. Brunette, C. Kelly, F. Gauvin, P. Van Gheluwe, J. Tetrault, M. Chabot | 11/12/00 | |
| 126929 | 126941 | 549 | | E-mail | A legal communication regarding drafting of Teleglobe, Inc. Power of Attorney and Schedule of Authorities and attaching drafts of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | D. Snyder* | K. Morgan, J. Brunette, M. Ryan*, D. Masse*, F. Gauvin | 1/17/01 | |
| BCE-SUP 124596 | BCE-SUP 124609 | 550 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding and attaching documents to be presented to Teleglobe Board regarding financial assistance from BCE Inc., reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Masse*, M. Guy* | M. Ryan*, P. Van Gheluwe, M. Boychuk | 1/18/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124610 | BCE-SUP 124612 | 551 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding equity infusion for Teleglobe Inc. and attaching draft Teleglobe Inc. board resolution regarding same, reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Masse*, M. Guy* | M. Ryan*, P. Van Gheluwe, M. Boychuk | 1/25/01 | |
| 126942 | 126946 | 553 | | E-mail w/ attachment | Attaching draft Teleglobe Inc. risk factors, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | K. Morgan | None | 7/2/01 | Incorrect date (should this be a blackline?) |
| BCE-SUP 124613 | BCE-SUP 124614 | 554 | | E-mail chain | Client-attorney communication requesting legal advice of counsel regarding Teleglobe cash management legal aspects, reflecting a common legal cause and an identity of interest. | M. Lalande*, T. Phillips*, F. Rodi | T. Phillips*, D. Masse* | F. Rodi, T. Phillips*, J. Tetrault, P. Thom, M. Chabot | 2/26/01 | |
| BCE-SUP 125207 | BCE-SUP 125216 | 555 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding terms of Teleglobe Inc. series 4 preferred shares and attaching schedule and legal memo regarding same, reflecting a common legal cause and an identity of interest. | M. Lalande* | M. Barbeau* | M. Ryan*, M. Boychuk | 12/3/01 | Description is incorrect (wrong date) |
| BCE-SUP 124615 BCE-SUP 125217 | BCE-SUP 124627 | 556 | | E-mail chain w/ attachment | Attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande*, N. Bernier | M. Lalande*, N. Bernier, M. Boychuk, M. Turcotte* | None | 2/23/01 | Attachment and e-mail produced separately in different supplemental productions |

35

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 557 | | E-mail w/ attachment | Attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | N. Bernier | P. Beauregard*, I. Ricciuto*, M. Boychuk, M. Turcotte* | 2/25/01 | Description does not match document. (wrong recipients) |
| BCE-SUP 125218 | BCE-SUP 125221 | 560 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding attached Teleglobe Annual Information Form Schedule riders, reflecting a common legal cause and an identity of interest. | P. Beauregard* | M. Lalande*, C. Page | None | 2/7/01 | Inaccurate date (European convention) |
| BCE-SUP 126961 | BCE-SUP 126964 | 561 | | E-mail chain w/ attachment | Attaching draft Teleglobe Annual Information Form Schedule riders, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | M. Lalande* | None | 2/7/01 | |
| BCE-SUP 126965 | BCE-SUP 126968 | 562 | | E-mail w/ attachment | Attaching draft Teleglobe Annual Information Form Schedule, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | P. Beauregard* | C. Kelly, D. Snyder* | M. Lalande*, I. Ricciuto* | 2/7/01 | |
| BCE-SUP 125232 | BCE-SUP 125247 | 563 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding BCE equity contributions to Teleglobe, and attaching draft Teleglobe Inc. term sheet for $1.250B credit facilities. | P. Van Gheluwe | M. Lalande* | None | 6/19/01 | (attaches support letter) |
| BCE-SUP 125226 | BCE-SUP 125231 | 564 | Yes | E-mail w/ attachment | Attaching draft checklist regarding closing of the Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn* | M. Lalande* | M. Turcotte* | 6/25/01 | Produced in redacted form (indicated on priv log) |

36

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125248 | BCE-SUP 125261 | 565 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding renewal of Teleglobe credit facilities and attaching draft term sheet and internal checklist regarding same, reflecting a common legal cause and an identity of interest. | A. Monn* | B. Pickford | M. Lalande* | 7/16/01 | Description contains incorrect date; missing attachment (support letter and checklist); still on PL with modified description. Removed CI |
| BCE-SUP 125262 | BCE-SUP 125293 | 568 | | E-mail | Attaching drafts of Teleglobe's 364-Day Revolving Credit Agreement and Guaranty, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn* | M. Lalande* | None | 7/16/01 | |
| BCE-SUP 125294 | BCE-SUP 125295 | 569 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facility agreement, reflecting a common legal cause and an identity of interest. | A. Monn*, J. Caron* | M. Lalande*, M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | 7/16/01 | |
| BCE-SUP 125296 | BCE-SUP 125398 | 571 | | E-mail chain w/ attachment | Attaching drafts of Teleglobe's $500M revolving credit agreement, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn*, J. Caron* | M. Lalande*, M. Wu, S. Lusk | None | 7/16/01 | |
| BCE-SUP 125399 | BCE-SUP 125400 | 572 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities agreements, reflecting a common legal cause and an identity of interest. | A. Monn*, J. Caron* | M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | 7/16/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125401 | BCE-SUP 125402 | 573 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe revolving credit agreement, reflecting a common legal cause and an identity of interest. | M. Wu, J. Caron* | A. Monn*, M. Wu, S. Lusk, T. Baker, J. Gratto, W. Blackwell, E. Vargas | M. Lalande* | 7/16/01 | |
| BCE-SUP 125403 | BCE-SUP 125403 | 574 | | E-mail chain | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit facilities and internal restructuring, reflecting a common legal cause and an identity of interest. | F. Gauvin, A. Monn* | A. Monn*, F. Gauvin | P. Van Gheluwe | 7/16/01 | |
| BCE-SUP 125404 | BCE-SUP 125407 | 575 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Holdings board resolutions in connection with Teleglobe credit facilities and attaching drafts of same, reflecting a common legal cause and an identity of interest. | A. Monn* | C. Tievsky | M. Lalande* | 7/15/01 | |
| BCE-SUP 125408 | BCE-SUP 125409 | 576 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe credit agreements, reflecting a common legal cause and an identity of interest. | A. Monn* | K. Cooper | M. Lalande*, J. Kiddoo | 7/15/01 | |
| BCE-SUP 125410 | BCE-SUP 125416 | 577 | | E-mail w/ attachments | Attaching draft BCE and Teleglobe board resolutions regarding renewal of credit facilities by Teleglobe Inc., reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn* | M. Ryan*, M. Guy*, D. Masse*, N. Morello* | M. Turcotte*, M. Lalande* | 7/11/01 | Still on PL. Attachment does not show blackline markings. |

38

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125417 | BCE-SUP 125425 | 582 | | E-mail w/ attachments | A legal communication regarding draft BCE and Teleglobe board resolutions with respect to Teleglobe Inc. $1.250B credit facilities and attaching draft of same, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn* | D. Masse*, F. Faucher*, R. DeSantis | None | 5/7/01 | Inaccurate date (European convention) / Some attachments appear to be missing (blacklines) |
| BCE-SUP 125426 | BCE-SUP 125493 | 583 | | E-mail chain w/ attachment | A legal communication attaching draft BCE/Teleglobe coordination agreement, reflecting a common legal cause and an identity of interest. | A. Monn*, Y. Caron | P. Van Gheluwe, M. Wu, S. Lusk, T. Baker, , J. Gratto, W. Blackwell, E. Vargas | R. DeSantis | 5/7/01 | Inaccurate date (European convention) / Document is unreadable (machine code) |
| BCE-SUP 125494 | BCE-SUP 125496 | 585 | | E-mail w/ attachments | Attaching draft BCE and Teleglobe Inc. board resolutions regarding Teleglobe credit facilities, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | A. Monn* | M. Ryan*, D. Masse*, M. Guy*, N. Morello*, M. Lalande* | None | 7/17/01 | |
| BCE-SUP 125499 | BCE-SUP 125501 | 588 | | E-mail w/ attachments | A legal communication attaching drafts of STB's opinion letter and officer's certificates, reflecting a common legal cause and an identity of interest. | M. Fahey* | M. Lalande*, E. Paul-Hus*, C. Kelly | C. Gottschalk | 2/8/01 | missing attachments |
| BCE-SUP 125502 | BCE-SUP 125503 | 590 | | E-mail | A legal communication regarding definition of "Pari Passu" for the ranking of Teleglobe notes, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | D. Ferland | M. Lalande* | 10/8/01 | Inaccurate author and date. |

39

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125504 | BCE-SUP 125508 | 591 | | E-mail chain w/ attachment | Client-attorney-communication requesting legal advice of counsel regarding attached memo regrding BCE stock options for Excel associates, reflecting a common legal cause and an identity of interest. | W. Anderson, T. Jacobsen | M. Lalande*, C. Page | None | 9/21/01 | |
| | 127177 | 594 | | E-mail | A legal communication regarding commitment letters to Teleglobe lenders, reflecting attorney's legal advice and input. | M. Lalande* | S. Hamilton, M. Turcotte*, M. Ryan* | P. Van Gheluwe | 4/21/02 | first removed CI and later produced |
| BCE-SUP 125515 | BCE-SUP 125606 | 601 | | E-mail w/ attachments | Attaching drafts of Teleglobe's Annual Information Form, reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Snyder*, D. Quinn, C. Tievsky, K. Bustamente, E. Daher, J. Romanini*, C. Page, F. Gauvin | J. Brunette, P. Pichette, M. Turcotte*, M. Ryan*, I. Ricculo*, E. Levy | 2/22/02 | blackline marks not shown |
| 121432 | 121432 | 603 | | E-mail | Client-attorney communication requesting legal advice of counsel regarding implications of Teleglobe's credit facilities and debentures. | M. Lalande* | R. Norman, P. Themens* | P. Van Gheluwe | 2/18/02 | |
| BCE-SUP 125607 | BCE-SUP 125650 | 604 | | E-mail chain w/ attachment | A legal communication regarding Teleglobe MD&As and financial statements and notes, and attaching draft Teleglobe MD&A, reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | M. Lalande* | I. Ricculo* | S. Vanaselja, M. Turcotte*, M. Ryan*, S. Skinner, B. Pickford, M. Paul, P. Van Gheluwe, P. Pichette, J. Brunette, A. Mongrain | 2/12/02 | E-mail states that attachment is blacklined - it is not. |
| BCE-SUP 125651 | BCE-SUP 125651 | 606 | | E-mail | A legal communication regarding Teleglobe's assignment of receivables, reflecting a common legal cause and an identity of interest. | M. Lalande* | J. Brunette | None | 2/5/02 | |

40

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 120484 016509 | 120485 016519 | 609 | | E-mail chain w/ attachment | Attaching memorandum regarding proposal for Teleglobe financing, reflecting a common legal cause and an identity of interest. | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe, A. Bearzatto, R. Norman, F. Huck, G. Attorn, E. Chartonneau, T. Espard, P. Themens* | M. Turcotte* | 1/21/02 | Portions of the attachments are unreadable (shaded/color areas) |
| BCE-SUP 125651 | BCE-SUP 125651 | 611 | | E-mail chain | A legal communication regarding drafting of Teleglobe's Annual Information Form, reflecting a common legal cause and an identity of interest. | M. Lalande*, D. Snyder*, C. Tievsky | C. Tievsky, D. Snyder* | B. Leon | 1/18/02 | |
| BCE-SUP 126969 BCE-SUP 120486 | 126969 BCE-SUP 120494 | 612 | | E-mail chain w/ attachments | Attaching draft attorney memo regarding Teleglobe financing and various schedules, reflecting a common legal cause and an identity of interest. | M. Lalande* | M. Boychuk, B. Pickford, P. Van Gheluwe, A. Bearzatto, R. Norman, F. Huck, M. Thompson, C. Simon, E. Chartonneau, T. Espard | M. Turcotte* | 1/17/02 | Missing attachments and redacted |
| BCE-SUP 125760 | BCE-SUP 125780 | 613 | | E-mail chain w/ attachments | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe reference book and attaching documents regarding same, reflecting a common legal cause and an identity of interest. | M. Lalande* | E. Levy | None | 11/12/01 | |
| BCE-SUP 125781 | BCE-SUP 125781 | 614 | | E-mail | A legal communication regarding Teleglobe continuing guaranty, reflecting a common legal cause and an identity of interest. | M. Lalande* | S. Swift | F. Gauvin, A. Lalani, J. Tetrault, J. Armilage | 7/12/01 | |
| BCE-SUP 125782 | BCE-SUP 125788 | 615 | | E-mail chain w/ attachments | Attaching draft Teleglobe continuing guaranty, reflecting a common legal cause and an identity of interest. | M. Lalande* | J. Armilage, N. Cox, A. Lalani | P. Van Gheluwe, F. Gauvin, J. Tetrault | 4/12/01 | |

41

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 125789 | BCE-SUP 125791 | 616 | | E-mail chain | A legal communication regarding Teleglobe's Houston lease, reflecting a common legal cause and an identity of interest. | M. Lalande*, M. Nyman | M. Nyman, M. Lalande* | D. Canada | 4/12/01 | |
| | 127207 | 619 | | E-mail | E-mail containing client-attorney communication requesting legal advice of counsel regarding Teleglobe budget resolutions. | M. Lalande* | M. Ryan* | None | 11/27/01 | |
| BCE-SUP 125796 | BCE-SUP 125798 | 627 | | E-mail w/ attachment | Email attaching attorney-client communication reflecting legal advice of counsel regarding requirement of board approval for Teleglobe loans and pension plans, reflecting common legal cause and an identity of interest. | M. Lalande* | M. Guy*, A. Gentile* | N. Morello* | 11/19/01 | |
| BCE-SUP 122642 | BCE-SUP 122646 | 634 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding applicability of policies to Teleglobe and attaching schedule of authorities for Teleglobe Inc. | M. Lalande* | M. Nyman | None | 12/11/01 | |
| BCE-SUP 122650 | BCE-SUP 122651 | 636 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe notes road show presentation. | M. Lalande* | J. Ciccarelli | D. Scott, M. Boychuk, R. Norman, T. Wortman* | 10/29/01 | |
| BCE-SUP 122652 | BCE-SUP 122653 | 637 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding drafting of Teleglobe PPM. | M. Lalande* | D. Scott | J. Ciccarelli, R. Norman, T. Wortman*, M. Longval, A. Dussault*, S. Parandekar, Y. Jeghers, J. Gregson, E. Tiseo | 10/27/01 | |

42

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 122654 | BCE-SUP 122664 | 639 | | E-mail w/ attachment | Email attaching draft Teleglobe Inc. MD&A reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | M. Lalande* | B. Anderson, J. Leung | None | 10/22/01 | |
| BCE-SUP 125799 | BCE-SUP 125801 | 640 | | E-mail w/ attachment | Email attaching correspondence regarding Teleglobe MD&As reflecting attorney's legal advice and input. | M. Lalande* | E. Daher | S. Skinner | 10/18/01 | |
| BCE-SUP 122665 | BCE-SUP 122676 | 641 | | E-mail w/ attachment | Email attaching draft Teleglobe MD&A reflecting attorney's legal advice and input and a common legal cause and an identity of interest. | M. Lalande* | E. Daher | J. Robillard, G. Walker, I. Monn, S. Argiriou, A. Bearzatto, I. Ricculo*, N. Kaminars, S. Skinner | 10/17/01 | |
| BCE-SUP 122677 | BCE-SUP 122682 | 642 | | E-mail w/ attachment | Email attaching draft Teleglobe Inc. MD&A excerpt, reflecting attorney's legal advice and input regarding financial dependence and a common legal cause and an identity of interest. | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricculo* | 10/17/01 | |
| BCE-SUP 122683 | BCE-SUP 122684 | 643 | | E-mail chain | Email chain reflecting attorney's legal advice and input regarding Teleglobe MD&A risk section. | M. Lalande*, M. Mullins, E. Daher | E. Daher, I. Ricculo*, Mullins | J. Lunsford, C. Eakin, D. Snyder*, B. Enns | 10/17/01 | |
| BCE-SUP 122685 | BCE-SUP 122689 | 644 | | E-mail w/ attachment | Email attaching draft Teleglobe Inc. risk factors for MD&A, reflecting attorney's legal advice and input. | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricculo* | 10/16/01 | |
| BCE-SUP 122690 | BCE-SUP 122746 | 645 | | E-mail w/ attachment | Email attaching draft Teleglobe Inc. private placement memorandum for $250M in notes, reflecting attorney's advice and input. | M. Lalande* | K. Morgan, D. Snyder*, S. Skinner, B. Pickford | J. Ciccarelli, D. Scott | 9/21/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 122747 | BCE-SUP 122807 | 646 | | E-mail w/ attachment | Email attaching draft private placement memorandum for Teleglobe Inc. $250M notes, reflecting attorney's advice and input. | M. Lalande* | J. Ciccarelli, Y. Jeghers, R. Norman, T. Wortman* | M. Turcotte*, A. Morin*, M. Ryan* | 9/13/01 | |
| BCE-SUP 122808 | BCE-SUP 122809 | 647 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding drafting of Teleglobe Inc. private placement memorandum. | M. Lalande* | S. Skinner | None | 9/13/01 | |
| BCE-SUP 122810 | BCE-SUP 122913 | 648 | | E-mail w/ attachment | Email attaching Teleglobe Inc. draft 364-day facility agreement reflecting attorney's advice and input and reflecting a common legal cause and an identity of interest | M. Lalande* | D. Hunt, R. Norman, T. Wortman* | J. Ciccarelli | 8/8/01 | |
| BCE-SUP 122914 | BCE-SUP 122920 | 649 | | E-mail w/ attachment | Email attaching draft Teleglobe Inc. $250M senior notes term sheet reflecting attorney's advice and input. | M. Lalande* | T. Wortman*, J. Ciccarelli | None | 6/6/01 | |
| BCE-SUP 122921 | BCE-SUP 122922 | 650 | | E-mail chain | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Inc. senior notes. | M. Lalande* | D. Snyder* | K. Morgan, J. Brunelle | 3/8/01 | |
| BCE-SUP 125802 | BCE-SUP 125806 | 651 | | E-mail w/ attachment | Email attaching draft opinion regarding Teleglobe 364-day revolving credit agreement. | M. Lalande* | A. Morin* | None | 2/8/01 | Should attachment be a blackline? |
| BCE-SUP 125807 | BCE-SUP 125910 | 652 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding Canadian benefit law language in Teleglobe Inc. 364-day revolving credit agreement. | M. Lalande* | M. Fahey* | E. Paul-Hus* | 1/8/01 | Incorrect date |
| BCE-SUP 125911 | BCE-SUP 125911 | 655 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding C. Gold employment agreement. | M. Lalande* | T. Hill, J. Leung | F. Fenton*, M. Turner | 7/25/01 | |

44

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 122923 | BCE-SUP 122939 | 661 | | E-mail w/ attachment | Legal communication reflecting a common legal cause and an identity of interest; attorney-client communication reflecting legal advice of counsel regarding Teleglobe term sheet for $1.250B credit facility. | M. Lalande* | S. Kelly | N. Saibil, P. Themens*, P. Van Gheluwe, M. Turcotte*, A. Morin*, M. Boychuk | 6/19/01 | |
| BCE-SUP 122940 | BCE-SUP 122942 | 662 | | E-mail w/ attachment | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Board resolution regarding financial assistance from BCE Inc. | M. Lalande* | F. Rodi | None | 6/19/01 | |
| BCE-SUP 122943 | BCE-SUP 122943 | 663 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe facilities agreements board approvals. | M. Lalande* | S. Kelly | N. Saibil, P. Themens*, P. Van Gheluwe, M. Turcotte*, A. Morin*, M. Boychuk | 6/19/01 | |
| BCE-SUP 122944 | BCE-SUP 122950 | 664 | | E-mail w/ attachments | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe internal restructuring. | M. Lalande* | S. Kelly, N. Saibil | P. Van Gheluwe | 6/19/01 | |
| BCE-SUP 122951 | BCE-SUP 122951 | 665 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities. | M. Lalande* | J. Brunette, D. Snyder*, K. Morgan | M. Turcotte* | 6/19/01 | |
| BCE-SUP 122952 | | 666 | 954 | E-mail chain | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe credit facilities term sheet. | M. Lalande* | S. Kelly | N. Saibil, P. Van Gheluwe, D. MacGougan, I. Pavlanis, G. Rourke, P. Themens*, M. Turcotte*, A. Morin*, M. Boychuk | 6/20/01 | |

45

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 122955 | BCE-SUP 122955 | 671 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding appointment of Teleglobe Vice-President and Controller. | M. Lalande* | M. Ryan* | M. Boychuk | 6/26/01 | |
| BCE-SUP 122956 | BCE-SUP 122957 | 672 | | E-mail chain | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Inc. $1.2513 credit facility. | M. Lalande* | K. Morgan, J. Brunette, D. Snyder* | M. Turcotte*, M. Boychuk | 6/26/01 | |
| BCE-SUP 122960 | BCE-SUP 122961 | 674 | | E-mail chain | A legal communication regarding proposed Teleglobe/Bell Nexxia agreement, reflecting a common legal cause and an identity of interest. | M. Lalande* | K. Morgan, J. Brunette, D. Snyder* | M. Turcotte*, M. Boychuk | 6/26/01 | |
| BCE-SUP 122964 | BCE-SUP 122965 | 677 | | E-mail chain | A legal communication regarding Teleglobe Inc./Bell Nexxia Agreement reflecting attorney's legal advice and input on a matter involving a common legal cause and an identity of interest. | K. Morgan, M. Lalande* | M. Lalande*, K. Morgan, J. Brunette, D. Snyder*, K. Morgan | M. Turcotte*, M. Boychuk | 6/26/01 | |
| BCE-SUP 122966 | BCE-SUP 123018 | 678 | | E-mail w/ attachments | A legal communication regarding Teleglobe's Code of Ethics and attaching draft of same, reflecting a common legal cause and an identity of interest. | D. Masse* | V. Fortuna | M. Ryan*, M. Turcotte*, S. Skinner, I. Ricciuto*, R. Schwartz, L. Houle, M. Lalande* | 10/10/01 | |
| BCE-SUP 123019 | BCE-SUP 123020 | 679 | | E-mail chain | A legal communication regarding BCE policies applicable to Teleglobe, reflecting a common legal cause and an identity of interest. | M. Nyman, M. Lalande* | M. Lalande*, M. Nyman | None | 11/13/01 | |

46

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123021 | BCE-SUP 123022 | 680 | | E-mail chain | A legal communication regarding outstanding corporate guarantees and non-compete obligations involving Teleglobe Inc. and BCE, reflecting a common legal cause and an identity of interest. | D. Snyder*, M. Lalande* | D. Snyder*, M. Lalande* | K. Morgan, K. Bustamente, H. Fields, C. Pauze, M. Nyman, W. Jones, M. Miller, D. Quinn | 11/15/01 | |
| BCE-SUP 125916 | BCE-SUP 125917 | 681 | | E-mail | Client-attorney communication requesting legal advice of counsel regarding matters to be addressed at Teleglobe's board meeting, including probable BCE equity infusion, reflecting a common legal cause and an identity of interest. | P. Van Gheluwe | M. Boychuk, M. Lalande*, M. Ryan*, D. Masse*, I. Ricciuto* | None | 10/1/01 | |
| BCE-SUP 123025 | BCE-SUP 123026 | 685 | | E-mail w/ attachment | A legal communication regarding proposed response to an IRS inquiry regarding Teleglobe Holdings, reflecting a common legal cause and identity of interest. | R. Burkett | M. Lalande* | None | 7/30/01 | |
| BCE-SUP 123027 | BCE-SUP 123027 | 686 | | E-mail | A legal communication regarding the need for supporting documents pursuant to an IRS inquiry regarding Teleglobe holdings, reflecting a common legal cause and an identity of interest. | R. Burkett | M. Lalande* | None | 7/27/01 | |
| BCE-SUP 123028 | BCE-SUP 123033 | 687 | | E-mail w/ attachment | A legal communication regarding Teleglobe's corporate structure post-liquidation/dissolution of some of its subsidiaries, reflecting a common legal cause and an identity of interest. | I. Rioux | M. Lalande*, J. Romanni*, D. Quinn, B. Owens | F. Gauvin | 7/8/01 | |

47

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123034 | BCE-SUP 123073 | 694 | | E-mail w/ attachments | A legal communication attaching correspondence between BCE and Teleglobe regarding Teleglobe's Annual Information Form and risk factors included in Teleglobe's annual MD&A and attaching drafts of same, reflecting a common legal cause and an identity of interest. | M. Turcotte* | M. Shapiro*, D. Bartner, M. Lalande*, J. Bisnaire*, P. Mercier*, J. Millstein, M. Drouin | None | 4/3/02 | One of two attachments missing |
| 127219 | 127224 | 700 | yes | E-mail chain w/ attachments | Attorney-client communication regarding BCE's Annual Report and Teleglobe's MD&A and financial statements for U.S. and Canada and attaching drafts of same, reflecting attorney's legal advice and input. | M. Shapiro*, I. Ricciuto* | I. Ricciuto*, M. Shapiro* | M. Lalande*, M. Turcotte* | 4/10/02 | removed CI; produced Teleglobe sections but withheld cover e-mail and BCE annual report (marked redacted on priv. log) |
| BCE-SUP 125920 | BCE-SUP 125931 | 701 | | E-mail w/ attachment | Attorney-client communication attaching draft Material Change Report for Teleglobe Inc., reflecting attorney's legal advice and input. | L. Culver | I. Ricciuto*, M. Turcotte*, M. Lalande*, S. Vanasella, M. Ryan*, G. Walker, I. Teoli, R. Graves* | J. Bisnaire*, D. Ferland, V. Mercier* | 4/14/02 | |
| BCE-SUP 125932 | BCE-SUP 125942 | 702 | | E-mail w/ attachment | Attorney-client communication attaching draft Material Change Report for Teleglobe Inc., reflecting attorney's legal advice and input. | J. Bisnaire* | M. Turcotte*, M. Ryan*, M. Lalande*, I. Ricciuto* | V. Mercier* | 4/15/02 | |
| BCE-SUP 123081 | BCE-SUP 123150 | 714 | | E-mail w/ attachments | A legal communication attaching draft resolutions regarding the change of officers and directors of Teleglobe entities, reflecting a common legal cause and an identity of interest. | J. Romanini* | C. Vina | E. Paul-Hus*, M. Lalande*, D. Quinn, D. Snyder* | 4/22/02 | |

48

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 123151 | BCE-SUP 123165 | 715 | | E-mail w/ attachments | A legal communication attaching draft resolutions for Teleglobe board meeting regarding resignation of certain directors, reflecting a common legal cause and an identity of interest. | J. Young | J. Brunette, D. Masse* | D. Tay, M. Forte, I. Ness, J. Rapisardi, R. Cleri*, R. Rawson*, R. Weinberg, M. Ryan*, M. Turcotte*, M. Lalande*, J. Bisnaire* | 4/21/02 | |
| BCE-SUP 125953 | BCE-SUP 125955 | 724 | | E-mail chain | Attaching correspondence within BCE regarding proposed language of Teleglobe's rep letter to Deloitte & Touche, reflecting attorney's legal advice and input. | M. Turcotte* | M. Lalande* | None | 4/9/02 | |
| BCE-SUP 124628 | BCE-SUP 124631 | 736 | | E-mail chain | A legal communication regarding Teleglobe board resolutions with respect to directors and officers, reflecting a common legal cause and an identity of interest. | D. Quinn, J. Romanin*, D. Snyder*, M. Lalande* | M. Lalande*, D. Snyder*, D. Quinn | D. Snyder*, M. Lalande* | 4/18/02 | |
| BCE-SUP 124632 | BCE-SUP 124700 | 740 | | E-mail w/ attachments | Attaching correspondence between BCE and Teleglobe, attaching draft Teleglobe resolutions regarding the change of its directors and officers, reflecting a common legal cause and an identity of interest. | M. Turcotte* | M. Lalande* | None | 4/20/02 | |
| BCE-SUP 125962 | BCE-SUP 125971 | 754 | | E-mail w/ attachments | Attaching attorney-client communication between BCE and DWPV, attaching draft Teleglobe Inc.'s corporate opinion to Facility A and B lenders, reflecting legal advice of counsel. | M. Lalande* | M. Turcotte* | None | 7/20/01 | |

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 126102 | BCE-SUP 126104 | 757 | | E-mail | Legal communication reflecting a common legal cause and an identity of interest regarding legal advice of counsel regarding Morgan Stanley New Credit Facility for Teleglobe. | M. Lalande* | A. Morin* | None | 7/25/01 | |
| BCE-SUP 126105 | BCE-SUP 126106 | 758 | | E-mail w/ attachment | Legal communication reflecting a common legal cause and an identity of interest regarding Teleglobe Change of Control provision | M. Lalande* | M. Fahey*, D. Schulte | C. Gottschalk, J. Leung, E. Paul-Hus* | 7/27/01 | contains support letter language |
| BCE-SUP 126107 | BCE-SUP 126107 | 759 | | E-mail | Legal communications reflecting a common legal cause and an identity of interest regarding credit agreement between Teleglobe and Morgan Stanley. | M. Lalande* | A. Morin* | None | 7/27/01 | In French |
| BCE-SUP 126108 | BCE-SUP 126109 | 761 | | E-mail | Client-attorney communication requesting legal advice of counsel regarding Morgan Stanley loan to Teleglobe Holdings. | M. Lalande* | A. Morin* | None | 1/8/01 | Incorrect date |
| BCE-SUP 126115 | BCE-SUP 126121 | 764 | | E-mail w/ attachment | Client-attorney communication requesting legal advice of counsel regarding term sheet for Teleglobe Inc. $250M Senior Notes. | M. Lalande* | T. Wortman*, J. Ciccarelli | None | 6/6/01 | Incorrect date |
| BCE-SUP 124808 | BCE-SUP 124808 | 766 | | E-mail | Attorney-client communication reflecting legal advice of counsel regarding Teleglobe Inc. financing agreements. | M. Lalande* | C. Kelly, T. Hill, E. Paul-Hus* | None | 9/8/01 | |
| BCE-SUP 124809 | BCE-SUP 124847 | 768 | yes | E-mail w/ attachment | Attaching correspondence with Robert Burkett of Teleglobe regarding compensation of Teleglobe employees, reflecting a common legal cause and an identity of interest. | M. Lalande* | Y. Rocheleau* | None | 10/9/01 | |

50

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124848 BCE-SUP 126248 | BCE-SUP 124848 BCE-SUP 126372 | 769 | | E-mail w/ attachments | Attaching correspondence from STB, including drafts of Teleglobe Note Purhcase Agreement, reflecing a common legal cause and an identity of interest. | M. Lalande* | F. Gauvin | None | 9/25/01 | BCE-SUP 126248-BCE-SUP 126372 is also marked as PL#769 -- without cover email |
| BCE-SUP 124851 | BCE-SUP 124854 | 771 | | E-mail w/ attachment | Attaching correspondence regarding Teleglobe audit meeting, attaching draft agenda for same, reflecting a common legal cause and an identity of interest. | M. Lalande* | M. Ryan* | M. Turcotte* | 11/10/01 | |
| BCE-SUP 124855 | BCE-SUP 124859 | 772 | | E-mail w/ attachment | A legal communication regarding Teleglobe risk factors and attaching draft presentation regarding same, reflecting a common legal cause and an identity of interest. | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricciuto* | 10/16/01 | |
| BCE-SUP 124860 | BCE-SUP 124865 | 773 | | E-mail w/ attachment | Attaching correspondence with Teleglobe regarding Teleglobe risk factors and attaching draft prsentation regarding same; reflecting a common legal cause and an identify of interest. | M. Lalande* | B. Anderson | None | 10/17/01 | |
| BCE-SUP 124866 | BCE-SUP 124867 | 774 | | E-mail chain | A legal communication regarding Teleglobe MD&A risks, reflecting a common legal cause and an identity of interest. | M. Lalande*, E. Daher, M. Mullins | E. Daher, I. Ricciuto*, Mullins | M. J. Lunsford, C. Eakin, D. Snyder*, B. Enns | 10/17/01 | |
| BCE-SUP 124868 | BCE-SUP 124872 | 775 | | E-mail w/ attachment | Attaching correspondence with Teleglobe regarding Teleglobe MD&A risks, reflecting a common legal cause and an identity of interest. | M. Lalande* | E. Daher | None | 10/17/01 | |
| BCE-SUP 124873 | BCE-SUP 124874 | 776 | | E-mail w/ attachment | A legal communication regarding Teleglobe MD&A and attaching draft Legal Proceedings section for MD&A, reflecting a common legal cause and an identity of interest. | M. Lalande* | E. Daher | I. Ricciuto*, C. Kelly, M. Geeker, V. Cooke, Y. Rocheleau* | 10/17/01 | |

51

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124875 | BCE-SUP 124880 | 777 | | E-mail w/ attachment | A legal communication regarding Teleglobe risk factors and attaching draft MD&A, reflecting a common legal cause and an identity of interest. | M. Lalande* | E. Daher | D. Snyder*, J. Leung, I. Ricciuto* | 10/17/01 | |
| BCE-SUP 124893 | BCE-SUP 124903 | 781 | | E-mail | Attaching draft Teleglobe Q3 MD&A, reflecting attorney's legal advice and input. | M. Lalande* | B. Anderson, J. Leung | None | 10/22/01 | |
| BCE-SUP 124904 | BCE-SUP 124908 | 782 | yes | E-mail w/ attachment | A legal communication regarding Private Placement memorandum, reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Snyder* | None | 10/24/01 | |
| BCE-SUP 124909 | BCE-SUP 124910 | 783 | | E-mail | A legal communication regarding Teleglobe/Bell Nexxia closing, reflecting a common legal cause and an identity of interest. | M. Lalande* | J. Gratto, M. Wu | F. Gauvin, K. Bustamente | 10/24/01 | |
| BCE-SUP 124911 | BCE-SUP 124915 | 784 | | E-mail w/ attachment | Attaching correspondence with Teleglobe, attaching list of open issues related to Private Placement Memorandum, reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Scott | None | 10/24/01 | |
| BCE-SUP 126377 | BCE-SUP 126522 | 785 | | E-mail w/ attachment | Attaching correspondence within BCE and with STB regarding Teleglobe Note Purchase Agreement, attaching drafts of same, reflecting a common legal cause and an identity of interest. | M. Lalande* | T. Wortman* | None | 10/24/01 | |
| BCE-SUP 126523 | BCE-SUP 126584 | 787 | | E-mail w/ attachment | Attaching draft presentation regarding Teleglobe investor meetings, reflecting a common legal cause and an identity of interest. | M. Lalande* | N. Rise, T. Wortman* | None | 10/29/01 | Attachment is unreadable (shaded areas/colors) |

52

Documents Originally Designated as Common Interest, Subsequently Produced

| BATES # START | BATES # END | PRIV. LOG DOC # | REDAC. | DOC_TYPE | DESCRIPTION | AUTHOR | RECIPIENT | CC | DATE | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| BCE-SUP 124911 BCE-SUP 126585 | BCE-SUP 124915 BCE-SUP 126586 | 788 | | E-mail | A legal communication regarding Teleglobe investor meetings, reflecting a common legal cause and an identity of interest. | M. Lalande* | J. Ciccarelli | D. Scott, M. Boychuk, N. Rise, T. Wortman* | 10/29/01 | |
| BCE-SUP 124916 | BCE-SUP 124918 | 789 | | E-mail chain | A legal communication regarding Teleglobe Private Placement Memorandum, reflecting a common legal cause and an identity of interest. | M. Lalande*, C. Eakin | D. Snyder*, J. Lunsford, M. Mullins, C. Eakin | C. Eakin, J. Lunsford, M. Mullins | 10/30/01 | |
| BCE-SUP 124919 | BCE-SUP 124977 | 790 | | E-mail w/ attachment | Attaching draft Teleglobe Note Purchase Agreement, reflecting a common legal cause and an identity of interest. | M. Lalande* | D. Snyder* | J. Ciccarelli | 10/30/01 | |
| 127275 | 127275 | 796 | | E-mail | A legal communication regarding drafting of Teleglobe's business plan and budget and accompanying board resolution, reflecting attorney's legal advice and input. | M. Lalande* | M. Ryan* | None | 11/27/01 | |
| BCE-SUP 124978 | BCE-SUP 124980 | 797 | | E-mail w/ attachment | Attaching draft board resolution regarding Teleglobe's business plan and budget, reflecting attorney's legal advice and input. | M. Lalande* | M. Ryan*, D. Masse*, N. Morello*, M. Boychuk, S. Skinner | None | 11/27/01 | |
| BCE-SUP 126587 | BCE-SUP 126607 | 798 | | E-mail w/ attachments | Attaching draft operations manual and executive summary of the capital and debt structure for Teleglobe, reflecting attorney's legal advice and input. | M. Lalande* | E. Levy | None | 11/12/01 | |

53