IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>TELEGLOBE COMMUNICATIONS,<br>et al.,<br><br>        Debtors. | )<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No.  02-11518(MFW)<br>Jointly Administered |
| TELEGLOBE USA INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BCE INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 04-1266-SLR |

**O R D E R**

At Wilmington this 31st day of March, 2006, having reviewed plaintiff's motion for leave to file an amended complaint, and defendant's limited objection thereto;

IT IS ORDERED that said motion (D.I. 161) is granted.

IT IS FURTHER ORDERED, however, that the court's July 8, 2005 ruling on VarTec's motion for a protective order remains the law of the case.

                                                                                    _____<br>
                                                                              United States District Judge