# EXHIBIT A

# EXHIBIT A
## POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| MARC A. BOUCHARD | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| * | 5/17/2000 | President & CEO | Bell Nexxia |
| 8/1/2000 | 2/25/2002 | Director | OTI |
| 12/1/2001 | 2/16/2002 | Corp. Sec'y | OTI |
| 12/1/2001 | 2/16/2002 | EVP | OTI |
| 5/17/2000 | 8/1/2000 | President, North American Markets & Corporate Development | TCC |
| 8/1/2000 | 2/25/2002 | Director | TCC |
| 1/24/2001* | 2/25/2002 | President, Data, Canada/Asia | TCC |
| 3/1/2001 | 2/25/2002 | EVP | TCC |
| 11/1/2000 | 1/23/2002 | Director | THC |
| 11/1/2000 | 1/23/2002 | Director | THUS |
| 11/1/2000 | 1/23/2002 | Director | TIC |
| 8/31/2001 | * | Director | TPR |
| 6/15/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 2/25/2002 | President, North American Markets & Corporate Development | TUSA |
| 3/1/2001 | 2/25/2002 | EVP | TUSA |

* Exact Start/End date estimated or unknown.

EXHIBIT A
POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| MICHAEL T. BOYCHUK | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| * | * | President | 3808921 Canada Inc. |
| * | * | Treasurer | 3808921 Canada Inc. |
| 1/17/2001* | | Treasurer | BCE |
| 1/17/2001* | | VP | Bell Canada |
| 1/17/2001* | | Treasurer | Bell Canada |
| 4/5/2000 | 4/23/2002 | President | TTC |
| 4/5/2000 | 4/23/2002 | Treasurer | TTC |
| 4/5/2002 | 4/23/2002 | Director | TTC |
| * | * | Director | Teleglobe Financial Holdings Ltd. |
| * | * | President | Teleglobe Financial Holdings Ltd. |
| * | * | Treasurer | Teleglobe Financial Holdings Ltd. |
| 9/29/2000 | 4/23/2002 | Director | THC |
| 9/29/2000 | 4/23/2002 | President | THC |
| 9/29/2000 | 4/23/2002 | Treasurer | THC |
| 9/29/2000 | 4/23/2002 | Director | THUS |
| 9/29/2000 | 4/23/2002 | President | THUS |
| * | 4/23/2002 | Treasurer | THUS |
| 9/29/2000 | 4/23/2002 | Director | TIC |
| 11/1/2000 | 4/23/2002 | President | TIC |
| 11/1/2000 | 4/23/2002 | Treasurer | TIC |
| 5/31/2000 | 4/23/2002 | CFO | TI |
| 5/31/2000 | 4/23/2002 | EVP - Finance | TI |
| 9/29/2000 | 4/23/2002 | President & CEO | TMI |
| 11/1/2000 | 4/23/2002 | Director | TMI |
| 9/29/2000 | 4/23/2002 | Director | TSI |
| 9/29/2000 | 4/23/2002 | President & CEO | TSI |

| RICHARD J. CURRIE | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 5/31/1995* | | Director | BCE |
| 12/15/2000 | 4/23/2002 | Director | TI |

* Exact Start/End date estimated or unknown.

EXHIBIT A
POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| SERGE FORTIN | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 8/1/2000 | 2/27/2002 | Director | OTI |
| 12/1/2001 | 2/27/2002 | EVP | OTI |
| 12/1/2001 | 2/27/2002 | VP | OTI |
| 5/17/2000 | 3/1/2001 | President, Global Markets | TCC |
| 8/1/2000 | 2/27/2002 | Director | TCC |
| 3/1/2001 | 7/26/2002* | EVP | TCC |
| 8/1/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 3/1/2001* | President - Global Markets | TUSA |
| 3/1/2001 | 4/3/2002* | EVP | TUSA |

| TERENCE J. JARMAN | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 09/01/1996* | 01/01/1999* | Executive Vice President | Bell Canada |
| 01/01/1999* | 01/01/2000* | President | Bell Nexxia |
| 01/01/2000* | 04/11/2000 | Vice Chair, Corporate | Bell Canada |
| 4/11/2000 | 1/23/2002 | CEO | TCC |
| 5/15/2000 | 8/1/2000 | Director | TCC |
| 5/17/2000 | 1/23/2002 | President | TCC |
| 10/25/2000* | 1/23/2002 | CEO | TI |
| 10/25/2000* | 1/23/2002 | President | TI |
| 12/15/2000 | 1/23/2002 | Director | TI |
| 8/1/2000 | 1/23/2002 | CEO | TUSA |

| THOMAS E. KIERANS | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 4/28/1999 | | Director | BCE |
| 12/15/2000 | 4/23/2002 | Director | TI |

| JEAN C. MONTY | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 10/31/1997* | 5/29/2002 | Director | BCE |
| 5/19/1998* | 12/1/2000* | President | BCE |
| 5/19/1998* | 4/24/2002 | CEO | BCE |
| 4/26/2000 | 4/24/2002 | Chairman | BCE |
| 5/19/1998* | 1/17/2001* | Chairman | Bell Canada |
| 5/19/1998* | 1/17/2001* | CEO | Bell Canada |
| 11/5/1997 | 4/23/2002 | Director | TI |
| 2/15/2000 | 4/23/2002 | Chairman | TI |
| 11/1/2000 | 4/23/2002 | CEO | TI |

* Exact Start/End date estimated or unknown.

EXHIBIT A
POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| STEPHEN P. SKINNER | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| 10/11/2000* | 4/15/2002* | Dept'y Controller | BCE |
| 11/10/2000* | 4/15/2002* | VP | BCE |
| 4/15/2002* | 3/26/2003* | Controller | BCE |
| 2/28/2001* | 2/28/2001* | VP - Dept'y Controller | Bell Canada |
| 7/25/2001 | 4/2/2002* | Controller | TI |
| 7/25/2001 | 4/2/2002* | VP | TI |

| H. ARNOLD STEINBERG | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| * | * | Director | Bell Canada International, Inc. |
| 2/16/1989 | | Director | TI |

| STEWART VERGE | | | |
|---|---|---|---|
| Start Date | End Date | Position | Corporation |
| * | * | Vice President, Networks | Bell Canada |
| 7/1/1991 | * | Group Vice President (Network Services) | Bell Ontario |
| 8/1/2000 | 2/27/2002 | Director | OTI |
| 12/1/2001 | 3/29/2002 | EVP | OTI |
| 12/1/2001 | 3/29/2002 | Treasurer | OTI |
| 5/17/2000 | 3/1/2001 | President, Global Operations | TCC |
| 8/1/2000 | 2/27/2002 | Director | TCC |
| 3/1/2001 | 3/29/2002 | EVP | TCC |
| 8/31/2001 | * | Director | TPR |
| 8/1/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 3/1/2001* | President - Global Operations | TUSA |
| 3/1/2001 | 3/29/2002 | EVP | TUSA |

* Exact Start/End date estimated or unknown

# EXHIBIT B

**EXHIBIT B**
**CORPORATE STRUCTURE OF TI AND THE DEBTORS**



# EXHIBIT C

## EXHIBIT C
## COMPOSITION OF TI AND DEBTORS' BOARDS OF DIRECTORS*

| DATES | TI DIRECTORS |
|---|---|
| As of 2/15/2000 through 10/31/2000:** | Burney, Ducharme, Hainsfurther, McArtor, Medland, Monty, Moses, Nicholson, Normand, Oliver, Sirois, Smith, Steinberg, Troutt, Zrno |
| 11/1/2000 - 11/10/2000 | Bourbonnais, Medland, Monty, Ryan, Steinberg |
| 11/10/2000 - 12/15/2000 | Medland, Monty, Steinberg |
| 12/15/2000 - 1/23/2002 | Currie, Jarman, Kierans, Monty, Steinberg |
| 1/23/2002 - 2/27/2002 | Currie, Fell, Kierans, Monty, Steinberg |
| 2/27/2002 - 4/23/2002 | Currie, Fell, Kierans, Monty, Sabia, Steinberg |
| Beginning 4/23/2002 | Farrar, Steinberg, Terry |

| DATES | THUS DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin, Troutt |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 4/23/2002 | Boychuk, Pichette |
| 4/23/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | THC DIRECTORS |
|---|---|
| On 2/15/2000: | Seguin, Stewart |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 5/14/2002 | Boychuk, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TIC DIRECTORS |
|---|---|
| On 2/15/2000: | Cayouette, Seguin |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 5/14/2002 | Boychuk, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TCC DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin, Stewart |
| 11/1/2000 - 2/25/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/25/2002 - 2/27/2002 | Brunette, Fortin, Verge |
| 2/27/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

*Charts for Teleglobe Luxembourg LLC and Teleglobe Puerto Rico Inc. are not included.

** BCE's announced its intention to acquire the remaining outstanding shares of TI on February 15, 2000, and the acquisition was completed on November 1, 2000. Director changes at the Debtor level during the Gap Period are omitted.

EXHIBIT C
## COMPOSITION OF TI AND DEBTORS' BOARDS OF DIRECTORS*

| DATES** | TUSA DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin |
| 11/1/2000 - 2/16/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/16/2002 - 2/27/2002 | Brunette, Childers, Pichette |
| 2/27/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | OTI DIRECTORS |
|---|---|
| On 2/15/2000 | Cahill, Cayouette, Guidi |
| 11/1/2000 – 2/25/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/25/2002 – 2/27/2002 | Brunette, Fortin, Verge |
| 2/27/2002 – 5/14/2002 | Brunette, Mongrain, Pichette |
| Beginning 5/14/2002 | Brunette, Mongrain, Fortin |

| DATES | TMI DIRECTORS |
|---|---|
| On 2/15/2000 | Cayouette, Seguin, Van Doorn |
| 11/1/2000 – 11/28/2001 | Boychuk, Milla, Van Doorn |
| 11/28/2001 – 4/23/2002 | Boychuk, Milla |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TSI DIRECTORS |
|---|---|
| On 2/15/2000 | Seguin, Stewart |
| 11/1/2000 – 11/28/2001 | Boychuk, Milla, Van Doorn |
| 11/28/2001 – 4/23/2002 | Boychuk, Milla |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TTC DIRECTORS |
|---|---|
| On 2/15/2000 | Gold, Seguin, Sirois, Smith, Troutt |
| 11/1/2000 – 4/5/2002 | Anderson, Gold, Timmer |
| 4/5/2002 – 4/23/2002 | Anderson, Boychuk, Pichette |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

*Charts for Teleglobe Luxembourg LLC and Teleglobe Puerto Rico Inc. are not included.

** BCE's announced its intention to acquire the remaining outstanding shares of TI on February 15, 2000, and the acquisition was completed on November 1, 2000. Director changes at the Debtor level during the Gap Period are omitted.