**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------x
In re                                          )  Chapter 11
                                               )
TELEGLOBE COMMUNICATIONS                       )
CORPORATION, et al.,                           )  Jointly Administered
                                               )  Bankr. Case No. 02-11518(MFW)
                                               )
                       Debtors.                )
-----------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                       )
CORPORATION,                                   )
et al.,                                        )  C.A. No. 04-1266 (SLR)
                                               )
                      Plaintiffs,              )
                                               )
             v.                                )
                                               )
BCE INC., et al.,                              )
                                               )
                      Defendants.              )
-----------------------------------------------------------x
```

**NOTICE OF SERVICE**

The undersigned, counsel for Plaintiffs, hereby certifies that a copy of the Rebuttal

Expert Report of Carlyn Taylor was caused to be served on April 14, 2006 upon the following

counsel of record in the manner and at the addresses indicated below:

<table>
<tr>
<td>

**VIA EMAIL & HAND DELIVERY**
Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

</td>
<td>

**VIA EMAIL & HAND DELIVERY**
Joseph A. Rosenthal, Esq.
ROSENTHAL MONHAIT GROSS &
GODDESS, P.A.
1401 Mellon Bank Center, Suite 1401
Wilmington, DE 19899

</td>
</tr>
</table>

**VIA EMAIL & FEDERAL EXPRESS**
George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

**VIA EMAIL & FEDERAL EXPRESS**
John P. Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York  10022

**RICHARDS, LAYTON & FINGER, P.A.**

Gregory V. Varallo (No. 2242)
C. Malcolm Cochran, IV (No. 2377)
Russell C. Silberglied (No. 3462)
Chad M. Shandler (No. 3796)
Steven J. Fineman (No. 4025)
One Rodney Square
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
fineman@rlf.com

Attorneys for Teleglobe Comm. Corporation,
*et al.*

April 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on April 14, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

Steven J. Fineman (No. 4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-2869773-1