IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Teleglobe Comm., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| | ) | |
| Teleglobe USA Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 04-1266 (SLR) |
| | ) | |
| BCE Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of April, 2006, the undersigned counsel caused a copy of the **Rebuttal Expert Report of William E. Taylor and Linda McLaughlin of NERA Economic Consulting, Inc.,** to be served upon counsel of record in the manner indicated and at the addresses indicated below:

VIA EMAIL and FIRST CLASS MAIL

John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*jamato@hahnhessen.com*

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

BY EMAIL and FIRST CLASS MAIL

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
919 Market Street
Wilmington, DE 19899-1070
*jrosenthal@rmgglaw.com*

Counsel to the Official Committee of Unsecured Creditors of
Teleglobe of Communications Corporation, et al.

Gregory V. Varallo, Esq.
C. Malcolm Cochran, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
*varallo@rlf.com*
*cochran@rlf.com*
*gaza@rlf.com*

Counsel to Teleglobe Communications Corporation, et al.

Dated: April 17, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. [signature]

Pauline K. Morgan (No. 3650)
Maribeth L. Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
George J. Wade
Daniel Schimmel
Sonal S. Desai
Brynna Connolly
599 Lexington Avenue
New York, New York 10022
(212) 848-4000

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
919 Market Street
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on April 17, 2006, I caused a copy of the foregoing Notice of Service to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL and FIRST CLASS MAIL
John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
*pmorgan@ycst.com*
*mwhiteman@ycst.com*
*bank@ycst.com*

*Attorneys for Defendants*

4