IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
In re:                                            :   Chapter 11
                                                  :
TELEGLOBE COMMUNICATIONS                          :   Jointly Administered
CORPORATION, et al.,                              :   Case No. 02-11518 (MFW)
                                                  :
                    Debtors.                      :
---------------------------------------------------------X
                                                  :
TELEGLOBE COMMUNICATIONS                          :
CORPORATION, et al.,[1]                           :
                                                  :
                    Plaintiffs,                   :
                                                  :
         v.                                       :   C.A. No. 04-CV-1266 (SLR)
                                                  :
BCE INC., MICHAEL T. BOYCHUK,                     :
MARC A. BOUCHARD, SERGE FORTIN,                   :
TERENCE J. JARMAN, STEWART VERGE,                 :
JEAN C. MONTY, RICHARD J. CURRIE,                 :
THOMAS KIERANS, STEPHEN P. SKINNER,               :
and H. ARNOLD STEINBERG,                          :
                                                  :
                    Defendants.                   :
---------------------------------------------------------X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for the above-captioned defendants to move, answer or otherwise plead in response to the Amended Complaint [D.I. 249] is extended to April 19, 2006.

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |

_____          _____
Gregory V. Varallo
C. Malcolm Cochran, IV
Russell C. Silberglied  (No. 3462)
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

*Counsel to Teleglobe Communications
Corporation, et al.*

Joseph A. Rosenthal, Esq.
1401 Mellon Bank Center
Wilmington, DE 19899

-and-

HAHN & HESSEN LLP
John P. Amato, Esq.
488 Madison Avenue
New York, NY 10022

*Counsel to the Official Committee of Unsecured
Creditors of Teleglobe of Communications
Corporation, et al.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_____
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

*Counsel for the Defendants*


SO ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
| | |
| | */s/ Joseph A. Rosenthal* |
| Gregory V. Varallo | Joseph A. Rosenthal, Esq. |
| C. Malcolm Cochran, IV | 1401 Mellon Bank Center |
| Russell C. Silberglied | Wilmington, DE 19899 |
| One Rodney Square | |
| P.O. Box 551 | -and- |
| Wilmington, DE 19801 | |
| | HAHN & HESSEN LLP |
| *Counsel to Teleglobe Communications Corporation, et al.* | John P. Amato, Esq. |
| | 488 Madison Avenue |
| | New York, NY 10022 |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors of Teleglobe of Communications Corporation, et al.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

*Counsel for the Defendants*

       SO ORDERED this _____ day of _____, 2006.

              _____
              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on April 17, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*[signature: Margaret W]*

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on April 17, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*

DB01:1798040.4                                                                                                    059825.1001