IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
TELEGLOBE COMMUNICATIONS                         :    Jointly Administered
CORPORATION, et al.,                             :    Case No. 02-11518 (MFW)
                                                 :
                    Debtors.                     :
-------------------------------------------------x
                                                 :
TELEGLOBE COMMUNICATIONS                         :
CORPORATION, et al.,¹                            :
                                                 :
                    Plaintiffs,                  :
                                                 :
              v.                                 :    C.A. No. 04-CV-1266 (SLR)
                                                 :
BCE INC., MICHAEL T. BOYCHUK,                    :
MARC A. BOUCHARD, SERGE FORTIN,                  :
TERENCE J. JARMAN, STEWART VERGE,                :
JEAN C. MONTY, RICHARD J. CURRIE,                :
THOMAS KIERANS, STEPHEN P. SKINNER,              :
and H. ARNOLD STEINBERG,                         :
                                                 :
                    Defendants.                  :
-------------------------------------------------x
```

## NOTICE OF RESCHEDULED DEPOSITION

To:  Gregory V. Varallo                    John P. Amato
     C. Malcolm Cochran                    Mark S. Indelicato
     Russell C. Silberglied                Jeffrey L. Schwartz
     RICHARDS, LAYTON & FINGER, P.A.       HAHN & HESSEN LLP
     One Rodney Square                     488 Madison Avenue
     920 N. King Street                    New York, NY 10022
     Wilmington, DE 19801                  Tel.  (212) 478-7200
     Tel.  (302) 651-7700                  Fax.  (212) 478-7400
     Fax.  (302) 651-7701

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

1

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, by agreement of the parties, the Defendants' deposition upon oral examination of Carlyn Taylor, currently scheduled for April 27, 2006, shall be rescheduled to May 9, 2006, at 9:30 a.m., at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801.

You are invited to attend and cross-examine.

Dated: April 25, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
    -and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Gregory V. Varallo, Esq. | Joseph A. Rosenthal, Esq. |
| Robert J. Stern, Jr., Esq. | Rosenthal, Monhait & Goddess, P.A. |
| Kelly E. Farnan, Esq. | 1401 Mellon Bank Center |
| Anne S. Gaza, Esq. | P.O. Box 1070 |
| Richards, Layton & Finger, P.A. | Wilmington, DE 19899-1070 |
| 920 N. King Street | |
| Wilmington, DE 19801 | |

I further certify that on April 25, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

<u>BY EMAIL</u>
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

/s/ Margaret Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com