IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re                                           )   Chapter 11
                                                )
TELEGLOBE COMMUNICATIONS                        )
CORPORATION, et al.,                            )   Jointly Administered
                                                )   Bankr. Case No. 02-11518(MFW)
                                                )
                    Debtors.                    )
------------------------------------------------x
TELEGLOBE COMMUNICATIONS                        )
CORPORATION,                                    )
et al.,                                         )   C.A. No. 04-1266 (SLR)
                                                )
                                                )
                    Plaintiffs,                 )
                                                )
        v.                                      )
                                                )
BCE INC., et al.,                               )
                                                )
                    Defendants.                 )
------------------------------------------------x
```

## NOTICE OF DEPOSITIONS

TO:  Pauline K. Morgan, Esq.              George J. Wade, Esq.
     Young Conaway Stargatt & Taylor       Shearman & Sterling LLP
     The Brandywine Building               599 Lexington Avenue
     1000 West Street, 17th Floor          New York, NY 10022
     Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of the following individuals at the offices of Shearman & Sterling LLP, 599 Lexington Avenue New York, NY, 10022, on the following dates and times:

RLF1-2941649-3

| **DEPONENT** | **DATE and TIME** |
|---|---|
| Ian Fisher | May 1, 2006 at 9:30 a.m. |
| Linda McLaughlin | May 2, 2006 at 10:00 a.m. |
| William E. Taylor | May 4, 2006 at 10:00 a.m. |
| Joshua Livnat | May 4, 2006 at 10:00 a.m. |
| Gordon W. G. Cetkovski | May 6, 2006 at 10:00 a.m. |

The depositions will continue day to day (excluding Saturdays, Sundays and legal holidays) until completed.

The depositions are being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The depositions will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The depositions will also be recorded by audio-visual means.

You are invited to attend and cross examine.

_Russell C. Sell_
Gregory V. Varallo (#2242)
C. Malcolm Cochran, IV (#2377)
Russell C. Silberglied (#3462)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Debtors

Dated: April 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on April 25, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY  10022

*/s/ Russell C. Silberglied*
Russell C. Silberglied (#3462)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
silberglied@rlf.com