IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
TELEGLOBE COMMUNICATIONS                          :    Jointly Administered
CORPORATION, et al.,                              :    Case No. 02-11518 (MFW)
                                                  :
                         Debtors.                 :
------------------------------------------------------------x
                                                  :
TELEGLOBE COMMUNICATIONS                          :
CORPORATION, et al.,[1]                           :
                                                  :
                         Plaintiffs,              :
                                                  :
              v.                                  :    C.A. No. 04-CV-1266 (SLR)
                                                  :
BCE INC., MICHAEL T. BOYCHUK,                     :
MARC A. BOUCHARD, SERGE FORTIN,                   :
TERENCE J. JARMAN, STEWART VERGE,                 :
JEAN C. MONTY, RICHARD J. CURRIE,                 :
THOMAS KIERANS, STEPHEN P. SKINNER,               :
and H. ARNOLD STEINBERG,                          :
                                                  :
                         Defendants.              :
------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

To:   Gregory V. Varallo                    John P. Amato
      C. Malcolm Cochran                    Mark S. Indelicato
      Russell C. Silberglied                Jeffrey L. Schwartz
      RICHARDS, LAYTON & FINGER, P.A.       HAHN & HESSEN LLP
      One Rodney Square                     488 Madison Avenue
      920 N. King Street                    New York, NY 10022
      Wilmington, DE 19801                  Tel.   (212) 478-7200
      Tel.   (302) 651-7700                 Fax.   (212) 478-7400
      Fax.   (302) 651-7701

---

[1]   The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

2

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Defendants BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg (the "Defendants"), by and through their undersigned counsel, will take the depositions of the following individuals at the offices of Richards, Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, DE 19801, on the following dates and times:

| **DEPONENT** | **DATE and TIME** |
|---|---|
| Paul Charnetzki | May 3, 2006 at 8:30 a.m. |
| Walda Roseman | May 5, 2006 at 10 a.m. |

You are invited to attend and cross-examine.

Dated: April 25, 2006
Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Pauline K. Morgan*
        Pauline K. Morgan (No. 3650)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, DE 19899
        (302) 571-6600
            -and-

        SHEARMAN & STERLING LLP
        Stuart J. Baskin
        George J. Wade
        Jaculin Aaron
        Daniel Schimmel
        599 Lexington Avenue
        New York, NY 10022
        (212) 848-4000

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on April 25, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

/s/ Pauline K. Morgan

Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com