IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re                                                       )  Chapter 11
                                                            )
TELEGLOBE COMMUNICATIONS                                    )
CORPORATION, et al.,                                        )  Jointly Administered
                                                            )  Bankr. Case No. 02-11518(MFW)
                                                            )
                                      Debtors.              )
------------------------------------------------------------x
TELEGLOBE COMMUNICATIONS                                    )
CORPORATION,                                                )
et al.,                                                     )  C.A. No. 04-1266 (SLR)
                                                            )
                                      Plaintiffs,           )
                                                            )
                    v.                                      )
                                                            )
BCE INC., et al.,                                           )
                                                            )
                                      Defendants.           )
------------------------------------------------------------x
```

## NOTICE OF DEPOSITION

TO:   Pauline K. Morgan, Esq.            George J. Wade, Esq.
      Young Conaway Stargatt & Taylor    Shearman & Sterling LLP
      The Brandywine Building            599 Lexington Avenue
      1000 West Street, 17th Floor       New York, NY 10022
      Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs will take the depositions of the following individuals at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY, commencing at 10:00 a.m. on the following dates, or at some other times, locations, and dates, as mutually agreed upon by the parties:

RLF1-2878521-2

| **DEPONENT** | **DATE** |
|---|---|
| Marc Bouchard | May 17, 2006 |

The depositions will continue day to day (excluding Saturdays, Sundays and legal holidays) until complete.

The depositions are being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The depositions will be conducted by oral examination, and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The depositions will also be recorded by audio-visual means.

You are invited to attend and cross examine.

                                                    Gregory V. Varallo (#2242)
                                                    C. Malcolm Cochran, IV (#2377)
                                                    Russell C. Silberglied (#3462)
                                                      Chad Shandler (#3796)
                                                      Richards, Layton & Finger, P.A.
                                                      One Rodney Square
                                                      P.O. Box 551
                                                      Wilmington, DE 19899
                                                      (302) 651-7509
                                                         Attorneys for Debtors

Dated: May 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2006, I caused the foregoing document to be hand delivered and electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
 TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
 GODDESS, P.A.
1401 Mellon Bank Center
Wilmington, DE 19801

I hereby certify that on May 11, 2006, I sent by Federal Express the foregoing document to the following non-registered participants.

George J. Wade, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

John Amato, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022

Chad Shandler (# 3796)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Shandler@rlf.com