IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Teleglobe Comm. Corp., *et al.*, | ) Chapter 11 |
| | ) Jointly Administered |
| Debtors | ) Banker. Case No. 02-11518 (MFW) |
| Teleglobe Comm Corp., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 04-CV-1266 (SLR) |
| | ) |
| BCE Inc., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter having come before the Court on Plaintiffs' Motion *in limine* to Preclude Defendants from Calling as Witnesses at Trial Any Persons Who Were Not Identified as Potential Witnesses Until After the Close of Fact Discovery, and good cause for the Motion having been shown,

**IT IS HEREBY ORDERED**, this _____ day of _____, 2006 that:

The Motion *in limine* is **GRANTED** and Defendants shall be precluded from calling as a witness at the trial in this matter any individual who was not identified as a potential witness until after the close of the January 31, 2006 fact discovery cut-off.

_____
Chief Judge of the United States District Court
for the District of Delaware

RLF1-3017264-1