# EXHIBIT C

**TELEGLOBE**

February 27, 2002

Deloitte & Touche LLP
1 Place Ville-Marie, Suite 3000
Montreal, QC H3B 4T9
Attention : Ginette Nantel

Dear Ms. Nantel:

This representations letter is provided in connection with your audits of the consolidated
financial statements of Teleglobe Inc. for the year ended December 31, 2001, the period from
January 1 through October 31, 2000, and the period from November 1 through December 31,
2000 (the "financial statements") for the purpose of expressing an opinion as to whether the
financial statements are presented fairly in accordance with generally accepted accounting
principles. We confirm that we are responsible for the fair presentation in the financial
statements of the financial position, results of operations, and cash flows in conformity with
Canadian generally accepted accounting principles, and, separately, in conformity with
generally accepted accounting principles in the United States of America.

We confirm, to the best of our knowledge and belief, the following representations:

1.    The financial statements referred to above are fairly presented in conformity with
      Canadian generally accepted accounting principles, and, separately, in conformity with
      generally accepted accounting principles in the United States of America, including the
      appropriate disclosure of all information required by statute.

2.    The financial statements are free of material errors and omissions. Except as listed in
      Appendix A, all transactions have been properly recorded in the accounting records
      underlying the financial statements.

3.    We believe the effects of any uncorrected financial statement misstatements aggregated
      by you during the current audit engagement and pertaining to the latest period presented
      are immaterial, both individually and in the aggregate, to the financial statements taken
      as a whole. A summary of such uncorrected misstatements has been attached as
      Appendix A. In addition, we believe the effects of the uncorrected financial statement
      misstatements detected in the current year that relate to the prior year presented, when
      combined with those misstatements aggregated by you during the prior-year audit
      engagement and pertaining to the prior year presented, are immaterial, both individually
      and in the aggregate to the financial statements for the year ended December 31, 2000
      taken as a whole.

R.2004-BCE 012151

Deloitte & Touche LLP
February 27, 2002
Page 2

4. We understand that your audits were conducted in accordance with Canadian generally accepted auditing standards. These standards require that you plan and perform an audit to obtain reasonable assurance that the financial statements are free of material misstatement. However, such an audit is based on selective tests. Because you do not perform a detailed examination of all transactions, there is a risk that material fraud, error, violation or possible violation of law or regulation may exist, but not be detected.

5. There has been no fraud or possible irregularities involving management or employees who have a significant role in the system of internal control, or that could have a material effect on the financial statements.

6. We are unaware of any violations or possible violations of laws or regulations that could have an effect on the financial statements.

7. We have not received any communications from taxation authorities concerning assessments or reassessments that could have a material effect on the financial statements.

8. There have been no communications from regulatory agencies concerning noncompliance with, or deficiencies in, financial reporting practices.

9. The Company has complied with all aspects of contractual agreements that could have a material effect on the financial statements in the event of non-compliance.

10. We have made available to you all:

   a) Financial records and related data.

   b) Minutes of the meetings of shareholders, directors, and committees of directors, or summaries of actions of recent meetings for which minutes have not yet been prepared.

11. We have reviewed the year-end adjusting entries and acknowledge our responsibility for their accuracy.

12. We have disclosed to you all known related parties and related party transactions, including guarantees and transactions for no consideration. Related party transactions have been measured and disclosed in the financial statements in accordance with generally accepted accounting principles.

13. Employee future benefit costs, assets, and obligations have been properly recorded and adequately disclosed in the financial statements including those arising under defined benefit and defined contribution plans as well as termination arrangements. We believe that the actuarial assumptions and methods used to measure pension assets, liabilities and costs for financial accounting purposes are appropriate in the circumstances.

R.2004-BCE 012152

Deloitte & Touche LLP
February 27, 2002
Page 3

14.     We have identified the operating segments of the business in accordance with generally accepted accounting principles and securities regulations. Information regarding operating segments, geographic areas and major customers has been properly disclosed in the financial statements. The Company's chief operating decision maker is the Chief Executive Officer.

15.     The following have been properly recorded and, when appropriate, adequately disclosed in the financial statements:

- economic dependence on another party;
- losses arising from sale and purchase commitments;
- agreements to buy back assets previously sold;
- assets pledged as collateral;
- provisions for future removal and site restoration costs;
- off-balance sheet derivative financial instruments (e.g. futures, options, swaps), including outstanding commitments to purchase or sell securities, assets and/or commodities under forward placement and standby commitments;
- financial instruments with significant individual or group concentration of credit risk;
- guarantees, whether written or oral, under which the Company is contingently liable;
- sales with recourse provisions.

16.     We have no plans or intentions that may materially affect the carrying value or classification of assets and liabilities reflected in the financial statements.

17.     The Company has satisfactory title to all assets and there are no liens or encumbrances on the Company's assets that are not disclosed.

18.     We have recorded or disclosed all liabilities, both actual and contingent, and have also disclosed all guarantees that we have given to third parties.

19.     We have considered the effect of environmental matters on the Company and have disclosed to you all liabilities or contingencies arising from environmental matters. All liabilities, contingencies and commitments arising from environmental matters, and the effect of environmental matters on the carrying values of the relevant assets are recognized, measured and disclosed, as appropriate, in the financial statements.

20.     No claims or potential claims in connection with litigation have been or are expected to be received that would have a material impact on the financial statements.

21.     We have properly recorded or disclosed in the financial statements all share repurchase agreements and shares reserved for options, warrants, conversions, and other requirements.

R.2004-BCE 012153

Deloitte & Touche LLP
February 27, 2002
Page 4

22. In preparing the financial statements in conformity with generally accepted accounting principles, management uses estimates. The Company has disclosed in the financial statements the nature of measurement uncertainties that are material. It has also disclosed all estimates where it is reasonably possible that the estimate will change in the near term and the effect of the change could be material to the financial statements.

23. The Company is responsible for determining and maintaining the adequacy of the allowance for doubtful accounts receivable, as well as estimates used to determine such amounts. Management believes the allowance is adequate to absorb currently estimated bad debts in the account balances.

24. We believe that all expenditures that have been deferred to future periods are recoverable.

25. Management has evaluated the available evidence about future taxable income and other possible sources of realization of future income tax assets. The amount recognized for all deductible temporary differences, unused tax losses and income tax reductions has been limited to the amount that, based on management's best estimate, is more likely than not to be realized.

26. In estimating fair values of certain assets and liabilities, we believe that the market assumptions used were the most appropriate in the circumstances.

27. In regards to revenue recognition, the Company adopted as guidance the provisions of SEC Staff Accounting Bulletin ("SAB") 101, Revenue Recognition in Financial Statements as of October 1, 2000. All revenues recorded since then are in compliance with all criteria illustrated in SAB 101 and other related guidance on this topic.

We are satisfied that for all revenues recognized relating to multi-element contracts and agreements entered into by the Company, that there exists objective and reliable information supporting the fair values of each of the separate components of those transactions.

Furthermore, we are satisfied that the classification of amounts recorded in connection with all such contracts have been appropriately classified in the financial statements.

R.2004-BCE 012154

Deloitte & Touche LLP
February 27, 2002
Page 5

28. In the third quarter, the Company adopted a 'formal plan of disposal' for the Excel Communications group and recorded a loss on discontinued operations based on management's best estimate of the anticipated proceeds and costs of disposal, as well as results of operations to the anticipated date of final disposal. Based on our review of the actual results for that segment as at December 31, 2001, we are satisfied that the estimates used in our initial calculation were fair and that no adjustment to the loss on disposal is required.

29. With respect to the charges recorded in 2001 as part of the restructuring and other charges, we are satisfied that, as contemplated by accounting rules governing restructuring charges (including but not limited to CICA Handbook section 3460, EIC 53 and EIC 60, and U.S. accounting standards EITF 94-3, SAB 100 and FAS 121):

   ➢ These amounts include only amounts of a non-recurring and a non-operating nature.
   ➢ No future benefit can be expected from activities directly related to these charges.
   ➢ As regards the costs related to employee severance, we are satisfied that no curtailment gain or loss arises from these actions.

30. The Company has the necessary financial support of its parent company, BCE Inc., to support its operations in such a manner relevant to the Company's ability to continue as a going concern. BCE has completed its original commitment to contribute $1.0 billion in equity. In addition, at the CEO conference held December 12, 2001, BCE committed to contribute up to an additional Cdn$1.0 billion to support the working capital and debt repayment requirements of the Company over the next twelve months. The Company is presently in discussions with its lenders to renegotiate its short-term credit facilities. Alternative sources of funding are also being pursued. In any event, management believes that the Company will have the financial resources to meet its obligations as they become due through alternative sources of financing including the financial support of BCE Inc.

31. As indicated in its accounting policy, the Company assesses the impairment of long-lived assets and intangibles when events or changes in circumstances indicate that the carrying value may not be recoverable. In connection with the preparation of the financial statements as at December 31, 2001, we have completed this assessment based on our projection of future undiscounted cash flows and have determined that no impairment exists as at December 31, 2001. The future cash flows were prepared using management's best estimates, based on reasonable and supportable assumptions and considering the currently prevailing market conditions, as to future operating cash flows and residual values. We confirm that:
   1. The projected cash flows are an accurate reflection of the Company's intentions and that the Company has the ability (including the financial support of BCE Inc., as required) to carry out these intentions.
   2. The capital expenditures presented in this projection are sufficient to complete the network build-out required to support the projected revenues.

R.2004-BCE 012155

Deloitte & Touche LLP
February 27, 2002
Page 6

32. The Company has not completed the process of evaluating the impact that will result from adopting, under US GAAP, Statement of Financial Accounting Standards (SFAS) No. 141, Business Combinations, and SFAS No. 142, Goodwill and Other Intangible Assets, and under Canadian GAAP, Handbook sections 1581 and 3062 under the same names, respectively, as discussed in Note 2. The Company is therefore unable to disclose the impact that adopting these standards will have on its financial position and results of operations when such standards are adopted.

33. In accordance with the new standards regarding the assessment of impairment of goodwill and other intangible assets that the Company will have to implement effective January 1, 2002, at this time we do not believe that it is likely that the implementation of these standards will cause the Company to be in violation of any of the Company's debt covenants that would require disclosure in the Company or the parent Company's notes to the financial statements as at December 31, 2001.

34. The unaudited interim financial information accompanying the financial statements in the Company's 2001 Financial Information has been prepared and presented in conformity with generally accepted accounting principles applicable to interim financial information. The accounting principles used to prepare the unaudited interim financial information are consistent with those used to prepare the audited financial statements.

35. There have been no events subsequent to the balance sheet date up to the date hereof which require adjustment of or disclosure in the financial statements and related notes. Further, there have been no events subsequent to the date of the comparative financial statements that would require adjustment of those financial statements and related notes.

Yours truly,

TELEGLOBE INC.

Jean Monty
Chairman and Chief Executive Officer

Michael Boychuk
Chief Financial Officer

Stephen Skinner
Vice President and Controller

R.2004-BCE 012156

Deloitte & Touche LLP
February 27, 2002
Page 7


APPENDIX A

TELEGLOBE INC.
SUMMARY OF UNCORRECTED FINANCIAL STATEMENT MISSTATEMENTS
YEAR ENDED DECEMBER 31, 2001

| Description | Known | Likely | Total |
|---|---|---|---|
| (in U.S. $millions) | | | |
| Obsolete components inventory | 0.8 | | |
| Other items | 0.4 | 0.9 | |
| Total | 1.2 | 0.9 | 2.1 |
| Tax effect | | | (0.7) |
| Net overstatement of Income, Canadian GAAP | | | 1.4 |
| Items affecting US GAAP only | | | |
| Unrecorded fair value of interest rate swaps | (5.4) | | |
| Unrecorded stock compensation expense | 4.4 | | |
| Sub-total of US GAAP items only | (1.0) | | (1.0) |
| Tax effect | | | 0.3 |
| | | | (0.7) |
| Net overstatement of income, US GAAP | | | 0.7 |

In addition, the Company's results contain certain classification errors on the statement of operations as follows:

| Present classification | Correct classification | (In US $ millions) |
|---|---|---|
| Revenue | Other income (gain on sale of equipment) | 10.9 |
| Revenue | Other income (foreign exchange gain) | 1.1 |
| Revenue/Network expense | Overstatement of both | 14.1 |

R.2004-BCE 012157