# EXHIBIT E



April 24, 2001

Deloitte & Touche, LLP
1 Place Ville-Marie, Suite 3000
Montreal QC H3B 4T9

Dear Sirs:

This representations letter is provided in connection with your review of the interim financial statements of Teleglobe Inc. for the quarter ended March 31, 2001 (the "interim financial statements"). We confirm, to the best of our knowledge and belief, the following representations:

1. We acknowledge that we are responsible for the fair presentation of the interim financial statements in conformity with both generally accepted accounting principles in the United States and Canadian generally accepted accounting principles and accordingly for the prevention and detection of fraud, error, violation or possible violation of laws or regulations.

2. The interim financial statements are fairly presented in conformity with both generally accepted accounting principles in the United States and Canadian generally accepted accounting principles, applied on a consistent basis with that of the interim financial statements for the quarter ended March 31, 2000, and substantially consistent with the audited financial statements as of and for the year ended December 31, 2000.

3. The interim financial statements are free of material errors and omissions. All transactions have been properly recorded in the accounting records underlying the financial statements.

4. We understand that your review of the interim financial statements was conducted in accordance with Canadian generally accepted standards for such reviews and accordingly consisted primarily of enquiry, analytical procedures and discussion related to information we supplied to you. We also understand that such a review would not necessarily detect fraud, error, violation or possible violation of laws or regulations, should any exist.

5. There have been no irregularities that involve management or employees who have a significant role in the system of internal control, or that could have a material effect on the interim financial statements.

6. We are unaware of any violations or possible violations of laws or regulations that could have an effect on the interim financial statements.

7. There have been no communications from regulatory agencies concerning noncompliance with, or deficiencies in, financial reporting practices.

8. The Company has complied with all aspects of contractual agreements that could have a material effect on the interim financial statements in the event of non-compliance.



BCE-AD 0011144

Deloitte & Touche, LLP
April 24, 2001
Page 2

9. We have made available to you all:

    a) Financial records and related data.

    b) Minutes of the meetings of shareholders, directors, and committees of directors, or summaries of actions of recent meetings for which minutes have not yet been prepared.

10. Other than those described in the notes to the financial statements, there have been no events subsequent to the date of the interim financial statements which require adjustment to or disclosure in the financial statements and related notes.

11. The notes to the interim financial statements reflect all material events and transactions that are significant to an understanding of the changes in the Company's financial position and its performance since reported in its annual financial statements for the year-ended December 31, 2000.

12. The Company, using its best estimates based on reasonable and supportable assumptions and projections, reviews for impairment long-lived assets and certain identifiable intangibles to be held and used whenever events or changes in circumstances indicate that the carrying amount of its assets might not be recoverable. After reviewing events and circumstances in the first quarter of 2001, Management has recorded an impairment of long-lived assets of the Excel Communications group.

13. The Company has the necessary financial support of its parent company, BCE Inc., to support its operations in such a manner relevant to the Company's ability to continue as a going concern. The Company has a $1.25 billion credit facility which is not fully drawn upon. Management anticipates the renewal of this credit facility in July under similar terms and conditions as the existing facility. In addition, BCE has previously committed to contribute $1.0 billion in equity of which approximately $140 million has been drawn as at March 31, 2001. Alternative sources of funding are also being pursued. The Company's cash flows for the next twelve months indicate that even with the above funding, a shortfall exists. Management is actively reviewing its cash flow forecasts and in particular its planned capital expenditures, relating to which we will announce a significant reduction in our capital spend. In any event, management believes that the Company will have the financial resources to meet its obligations as they become due through alternative sources of financing including the financial support of BCE Inc.

14. We believe the effects of any unrecorded financial statement misstatements aggregated by you during the current review of the interim financial statements for the three-month period ended March 31, 2001 presented are immaterial, both individually and in aggregate, to the financial statements taken as a whole.

BCE-AD 0011145

Deloitte & Touche, LLP
April 24, 2001
Page 3


Yours truly,

TELEGLOBE INC.

_____
Jean Monty
Chairman and Chief Executive Officer

_____
Michael Boychuck
Chief Financial Officer

_____
Stephen Skinner
Vice President and Deputy Controller, Bell Canada

BCE-AD 0011146