# EXHIBIT F

March 20, 2002

Jean,

Siim asked me to follow-up with you on the following items while he is on vacation.

1. Update the 1998 LD Toll cost and margin story (see Tab A)
    - Actual costs for 2001 include all operating costs, cash and non-cash, on a fully distributed basis (i.e. includes all overheads however, excludes items below net operating revenue such as financing costs and income taxes).

2. Provide back-up to D&T fees for 2001 and 2000 (see Tab B)

3. Review wording in the management representation letter relating to Teleglobe funding. (see Tab C)
    - In order to avoid a going concern note in the year-end audited financial statements we must represent to D&T our belief that the company has sufficient sources of funding to meet its financial obligations as they become due over the next twelve months. Paragraph 30 is making this representation.
    - I understand from Siim that it is the last sentence of this paragraph that concerns you. I am not sure I understand your concern and would make a couple of comments (a) this is a representation at a point in time and can change subsequently (b) the paragraph provides no indication of a BCE funding commitment beyond the Cdn$1B (c) what I read the last sentence to mean is that the funding commitment of BCE (Cdn$1B), the expectation of renewing the credit facility at its full amount and other potential sources of funding are sufficient to cover Teleglobe's obligations over the next twelve months.

I have also enclosed two additional management representation letters which require your signature. These letters are merely updates of letters we originally signed (dated February 5th) and result from the February 14th filing of prospectuses relating to Series AA preferred shares and the MTN $1B shelf. (see Tab D)

Please do not hesitate to contact should you wish to discuss any of the above items, and in particular point 3.

Yours truly,

c.c.    Michael Sabia
        Siim Vanaselja





Confidential--For Attorneys' Eyes Only

BCE-AD 0368215