# EXHIBIT H

From:          TURCOTTE, MARTINE [martine.turcotte@bell.ca]
Sent:          Thursday, April 11, 2002 7:31 AM
To:            ben babcock; Jim Millstein; marc drouin; said armutcuoglu; martin-pierre roussel; mark
               shapiro; Andrew Tenzer; Richard M. Cieri; Sean Dunphy; JP Bisnaire; Jay Swartz; Mercier,
               Vincent; PATRICK PICHETTE; john.brunette@teleglobe.com; SIIM VANASELJA; BARRY W
               PICKFORD; LESSARD, PIERRE; Skinner, Stephen; LALANDE, MICHEL; COSSETTE,
               MARTIN; jerome huret; SABIA, MICHAEL J.
Subject:       PROJECT X - List of Issues and Activities

Importance:    High



Issues and
Activities List Pro...

--
Martine Turcotte
Chief Legal Officer / Chef principal du service juridique
BCE Inc.
1000, de La Gauchetière Ouest
bureau 3700
Montréal, Qc  H3B 4Y7
Tel.: (514) 870-4637
Fax.: (514) 870-4877
Email:    martine.turcotte@bell.ca


Executive Assistant:  Diane Valade (514) 870-4638



1

Confidential - For Attorneys' Eyes Only

BCE-AD 0138674



*The primary purpose of this list is to outline all the issues and activities which will come up and all the documents which need to be prepared, both prior to the closing date and beyond.*

*This list of issues and activities is meant to be very inclusive, but is not exhaustive.*

*You will find enclosed (1) a list of the names of all advisors involved; (2) a table of contents; (3) a calendar of important dates; and (4) a list of issues and activities.* **Please note that such Issues and Activities List is an attorney work product and therefore should be treated as privileged and confidential and must not be distributed to the other parties to the transaction.**

*If you have any comments or wish to add any additional steps that are not reflected by this list, please contact Martine Turcotte at (514) 870-4637 or martine.turcotte@bell.ca.*

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 1 of 1

Confidential - For Attorneys' Eyes Only

BCE-AD 0138675



ISSUES AND ACTIVITIES LIST – PROJECT X

| BRAVO | | | ADVISORS | | | ADVISORS | | |
|---|---|---|---|---|---|---|---|---|
| Legal Team: | Martine Turcotte | MT | Canadian Counsel (Tango): | | | US Bankers (Tango): Lazard | | |
| | Michel Lalande | ML | | Davies Ward Phillips & Vineberg | DWPV | | Jim Millstein | |
| | Martin Cossette | MC | | Jay Swartz | | | Said Armutcuoglu | |
| | | | | JP Bisnaire | | | Eric Mendelsohn | |
| Finance Team: | Slim Vanasella | SV | | Vincent Mercier | | | Marc Drouin | |
| | Pierre Lessard | PL | | Peter Hong | | | Ivan Dimov | |
| | Andrea LeBlanc | AL | | Siobhan Monahan | | | Davis Salanic | |
| | Steve Skinner | SS | | David Smith | | | Nick Melton | |
| | Claudine Marineau | CM | | Matthew Gottlieb | | | Martin-Pierre Roussel | |
| | Michael Boychuk | MB | | Matthew Milne-Smith | | | | |
| | | | | Denis Ferland | | Accountants: | Deloitte & Touche | |
| Tax Team: | Barry Pickford | BP | Canadian Counsel (Tango): | | | | | |
| | | | | Stikeman Elliott | Stikeman | | | |
| Regulatory Team: | N/A | | | Sean Dunphy | | PR Firms (Tango): | Sitrick & Company | |
| | | | | Jean-Marc Huot | | | Michael Sitrick | |
| IR & Communications Team: | Ida Teoli | IT | | Pierre Raymond | | | | |
| | Don Doucette | DD | | | | Monitor: | Ernst & Young | |
| | Maarika Paul | MP | US Counsel (Bravo): | Shearman & Sterling | Shearman | | Ben Babcock | |
| | | | | Douglas Bartner | | | | |
| TANGO | | | | Mark Shapiro | | | | |
| | | | | Andrew Tenzer | | | | |
| Legal Team: | John Brunette | JB | | Michael Torkin | | | | |
| | | | | Zafira Brown | | | | |
| | | | | Stuart Baskin | | | | |
| Finance/Operations: | Patrick Pichette | PP | | Mary Warren | | | | |
| | Charles Childers | CC | | Linda Quinn | | | | |
| | Bill Ens | BE | US Counsel (Tango): | Jones Day | JD | | | |
| | | | | Rick Cieri | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138676



ISSUES AND ACTIVITIES LIST – PROJECT X

## TABLE OF CONTENTS

TABLE OF CONTENTS............................................................................................................................................3

ABBREVIATIONS & LEGEND...............................................................................................................................4

CALENDAR.............................................................................................................................................................5

IMPORTANT DATES...............................................................................................................................................5

ISSUES AND ACTIVITIES......................................................................................................................................6
1.   LOGISTICS........................................................................................................................................................6
2.   ADVISORS ........................................................................................................................................................6
3.   PRELIMINARY AGREEMENTS........................................................................................................................7
4.   DUE DILIGENCE...............................................................................................................................................7
5.   STRUCTURE OF TRANSACTION / NEGOTIATION.........................................................................................8
6.   MAJOR AGREEMENTS AND DOCUMENTATION...........................................................................................8
7.   FILINGS & APPROVALS.................................................................................................................................11
8.   CORPORATE AND OTHER LEGAL ISSUES..................................................................................................13
9.   REGULATORY ISSUES...................................................................................................................................24
10.  FINANCE AND ACCOUNTING ISSUES.........................................................................................................24
11.  TAX ISSUES....................................................................................................................................................27
12.  HUMAN RESOURCES ISSUES......................................................................................................................29
13.  BONDHOLDERS APPROVAL.........................................................................................................................29
14.  COURT ORDERS.............................................................................................................................................30
15.  INVESTOR / PUBLIC RELATIONS.................................................................................................................30
16.  CLOSING.........................................................................................................................................................33
17.  POST-CLOSING..............................................................................................................................................33

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138677

ISSUES AND ACTIVITIES LIST – PROJECT X



## ABBREVIATIONS & LEGEND

| Abbreviations | | Abbreviations | | Legend | |
|---|---|---|---|---|---|
| Advanced Ruling Certificate | ARC | | | Should be done by |  |
| Hart-Scott-Rodino Antitrust Improvement Act | HSR | Canadian securities regulatory authorities | Securities Commissions | | |
| Canadian Radio-Television and Telecommunications Commissions | CRTC | | | | |
| Federal Communications Commission | FCC | | | Done. No further action required. | |
| Public Utilities Commissions | PUC | US Securities and Exchange Commission | SEC | | |
| New York Stock Exchange | NYSE | | | | |
| Toronto Stock Exchange | TSE | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138678

ISSUES AND ACTIVITIES LIST – PROJECT X

## CALENDAR



## IMPORTANT DATES

| Date | Task | Date | Task |
|------|------|------|------|
| April 4 | Update Meeting | April 16 | Update Meeting |
| April 10 | Update Meeting | April 18 | Board Packages |
| April 11 | Plan Overview | April 23-24 | Bravo and Tango Board Meetings |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Page 5 of 5

Confidential - For Attorneys' Eyes Only

BCE-AD 0138679

ISSUES AND ACTIVITIES LIST – PROJECT X



| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DWPV | Shearman | Lazard | JD | DKT | E&Y | Shearman | Stick | | | |
| 1. | LOGISTICS | | | | | | | | | | | | | | | | | | | | |
| 1.1. | WORKING GROUP LIST WITH CONTACT INFORMATION | | | | | | | | | | | | | | | | | | | | To be updated. |
| 1.2. | ISSUES AND ACTIVITIES LIST | | | | | | | | | | | | | | | | | | Ongoing | | |
| 1.3. | TIMETABLE | | | | | | | | | | | | | | | | | | | | |
| 1.4. | LIST OF GOVERNMENT CONTACTS | | | | | | | | | | | | | | | | | | April 12 | | |
| 2. | ADVISORS | | | | | | | | | | | | | | | | | | | | |
| 2.1. | EXISTENCE OF PREVIOUS COMMITMENTS WITH ADVISOR(S) | | | | | | | | | | | | | | | | | | | | None. |
| 2.2. | TANGO FINANCIAL ADVISOR(S) ENGAGEMENT LETTER(S) | | | | | | | | | | | | | | | | | | April 12 | | In progress. |
| 2.3. | PROXY SOLICITATION EXPERT(S) ENGAGEMENT LETTER(S) | | | | | | | | | | | | | | | | | | | | Hold. |
| 2.4. | ENGAGEMENT OF PR FIRM | | | | | | | | | | | | | | | | | | | | Done. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138680

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DuPV | Shearman | Lazard | JD | O&Y | EEY | Slolarman | Stock | | | |
| 2.5. | ENGAGEMENT LETTER FOR MONITOR | ▨ | | | | | | | | | ▨ | | | | ▨ | | | | April 10 | | First draft circulated. |
| 3. | PRELIMINARY AGREEMENTS | | | | | | | | | | | | | | | | | | | | |
| 3.1. | CONFIDENTIALITY AGREEMENT WITH LAZARD | ▪ | | | | | | | | | | | | | | | | | | | Done. |
| 3.2. | CONFIDENTIALITY AGREEMENT WITH BONDHOLDERS | | | | | | | | | | ▨ | | ▨ | | | | | | | | |
| 4. | DUE DILIGENCE | | | | | | | | | | | | | | | | | | | | |
| 4.1. | CORPORATE CHARTS | ▪ | | | | | | | | | | | | | | | | | | | Done. |
| 4.2. | LIST OF TANGO BONDHOLDERS | ▨ | | | | ▨ | | | | | | | | | | | | | April 12 | | |
| 4.3. | LIST OF TANGO BANKS | ▪ | | | | | | | | | | | | | | | | | | | Done. |
| 4.4. | LIST OF MAJOR CONTRACTING PARTIES | ▨ | | | | | | | | | | | | | | | | | | | |
| 4.5. | LIST OF LANDLORDS | | | | | | | | | | | | | | | | | | | | |
| 4.6. | LIST OF DATAROOM DOCUMENTS | ▪ | | | | | | | | | | | ▨ | | ▪ | | | | April 9 | | Done. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138681

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat HR | DMPV | Shearman | Lazard | JD | D&T | E&Y | Strick Stikeman | | | |
| 4.7. | DATAROOM PREPARATION | | | | | | | | | | | | | | | | April 12 | | In progress. JB preparing. |
| 4.7.1. | Review and Summary of Major Agreements | | | | | | | | | | | | | | | | | | |
| 4.7.2. | Unconsolidated Financial Statements and Cash Flows | | | | | | | | | | | | | | | | | | |
| 4.7.3. | Outline Critical/Non-Critical Components of Network | | | | | | | | | | | | | | | | | | |
| 5. STRUCTURE OF TRANSACTION / NEGOTIATION | | | | | | | | | | | | | | | | | | | |
| 5.1. | LIST OF STEPS & CHARTS | | | | | | | | | | | | | | | | | | Hold. |
| 6. MAJOR AGREEMENTS AND DOCUMENTATION | | | | | | | | | | | | | | | | | | | |
| 6.1. | AGREEMENTS AND DOCUMENTATION SPECIFIC TO STRUCTURE OF TRANSACTION (PLAN OF ARRANGEMENT) | | | | | | | | | | | | | | | | | | |
| 6.1.1. | Plan of Arrangement | | | | | | | | | | | | | | | | | | Hold. |
| 6.1.2. | Arrangement Agreement | | | | | | | | | | | | | | | | | | Hold. |
| 6.1.3. | Articles of Arrangement | | | | | | | | | | | | | | | | | | Hold. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 8 of 8

Confidential - For Attorneys' Eyes Only

BCE-AD 0138682

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | | Responsibility of. | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DMPV | Shearman | Lazard | JD | O&T | PJY | Shaman | Slack | | | |
| 6.1.4. | Arrangement Circular | ▨ | | | ▨ | | | | | | ▨ | | | | | | | | | | Hold. |
| 6.1.5. | Arrangement Court Documentation | | | | | | | | | | | | | | | | | | | | |
| | 6.1.5.1.    Interim | ▨ | | | | | | | | | ▨ | | | | | | | | | | Hold. |
| | 6.1.5.2.    Final | ▨ | | | | | | | | | ▨ | | | | | | | | | | Hold. |
| 6.1.6. | Form of Proxy | ▨ | | | | | | | | | ▨ | | | | | | | | | | Hold. |
| 6.2. | CCAA/CHAPTER 11 DOCUMENTATION | | | | | | | | | | | | | | | | | | | | |
| 6.2.1. | Engagement of a Monitor | ▨ | | | | | | | | | | | | | | | | | | | Done. |
| 6.2.2. | Draft Material for Initial Order for CCAA | | | | | | | | | | | | | | | | | | | | |
| | 6.2.2.1.    Order | | | | | | | | | | | | | ▨ | | | | | | | |
| | 6.2.2.2.    Draft Affidavit | | | | | | | | | | | | | ▨ | | | | | | | |
| 6.2.3. | First Day Papers for Chapter 11 | | | | | | | | | | | | | | | | | | | | |
| 6.2.4. | DIP Order | | | | | | | | | | ▨ | | | ▨ | | | | | | | |
| 6.2.5. | Material for s.304 Order | | | | | | | | | | | | | ▨ | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138683

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Spearmen | Lazard | JD | DST | F&Y | Shearman | Strick | | | |
| 6.2.6. | DIP Loan Agreement and Security | | | | | | | | | | | | | | | | | | | | |
| 6.2.7. | Cash Flow Projections | | | | | | | | | | | | | | | | | | | | |
| 6.3. | AGREEMENTS AND PLANS | | | | | | | | | | | | | | | | | | | | |
| 6.3.1. | Stock Option Plans | | | | | | | | | | | | | | | | | | | | |
| 6.4. | ANCILLARY DOCUMENTS | | | | | | | | | | | | | | | | | | | | |
| 6.4.1. | Advisors' Consents | | | | | | | | | | | | | | | | | | | | |
| 6.4.2. | Comfort Letters | | | | | | | | | | | | | | | | | | | | |
| 6.4.3. | Officer's Certificate | | | | | | | | | | | | | | | | | | | | |
| 6.4.4. | Legal Opinions | | | | | | | | | | | | | | | | | | | | |
| 6.5. | TRANSLATIONS | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138684

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | | Responsibility of: | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | | | |
| | | | Legal | France | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DuPry | Shearman | Lazard | JD | D&T | F&Y | Silverman | Stroik | | | |

7. **FILINGS & APPROVALS**

  7.1.  SECURITIES LAWS

    7.1.1.  *Material Change Reports*



| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.1.1.1. | Canada | | | | | | | | | | | | | | | | | | | | | | Ilda/MC to review. |
| 7.1.1.2. | United States | | | | | | | | | | | | | | | | | | | | | | Ilda/MC to review. |

    7.1.2.  *Prospectus or other Exemptions with Securities Commissions*

| 7.1.2.1. | Initial Issue of Securities | | | | | | | | | | | | | | | | | | | | | | Hold. |
| 7.1.2.2. | Resale of Securities | | | | | | | | | | | | | | | | | | | | | | Hold. |
| 7.1.3. | Schedule 13-D | | | | | | | | | | | | | | | | | | | | | | Ilda/MC to review. |
| 7.1.4. | Early Warning | | | | | | | | | | | | | | | | | | | | | | Ilda/MC to review. |
| 7.1.5. | Regulation Exemptions with SEC | | | | | | | | | | | | | | | | | | | | | | S.3(A)(10). |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138685

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DMPV | Shearman | Lazard | JD | DST | E&Y | Sikeman | Stock | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.2. | COMPETITION LAWS | | | | | | | | | | | | | | | | | | | | |
| 7.2.1. | ARC Request – Competition Act | ▨ | | | ▨ | | | | | | ▨ | | | | | | | | | | |
| 7.2.2. | HSR Pre-merger Notification | | | | ▨ | | | | | | | ▨ | | | | | | | | | |
| 7.2.3. | Filings or Notifications in other Jurisdictions | ▨ | | | ▨ | | | | | | | | | | | | | | | | |
| 7.3. | TELECOMMUNICATIONS AND BROADCASTING LAWS | | | | | | | | | | | | | | | | | | | | |
| 7.3.1. | CRTC Approval & Notification | ▨ | | | ▨ | | | | | | | | | | | | | | April 12 | | ML to follow up. |
| 7.3.2. | FCC Approval & Notification – Telecommunications Act of 1996 | ▨ | | | ▨ | | | | | | | | | | | | | | April 12 | | ML to follow up with JB. |
| 7.3.3. | PUCs Approvals & Notifications – State statutes | ▨ | | | ▨ | | | | | | | | | | | | | | April 12 | | ML to follow up with JB |
| 7.3.4. | International Licensing Authorities | ▨ | | | ▨ | | | | | | | | | | | | | ! | April 15 | | ML to follow up with JB. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138686

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DMPV | Shearman | Lazard | JD | DKT | RBY | Stikeman | Stock | | | |
| **7.4.** INVESTMENT CANADA ACT | | | | | | | | | | | | | | | | | | | | |
| 7.4.1. Notification | █ | | | | | | | | | | | | | | | | █ | | | Hold. |
| 7.4.2. Application for Review | █ | | | | | | | | | | | | | | | | █ | | | Hold. |
| **7.5.** TAX RULINGS & FILINGS | | | | | | | | | | | | | | | | | | | | |
| 7.5.1. Federal Tax Rulings & Filings | | | █ | | | | | | | | | | | | | | | | | |
| 7.5.2. Provincial Tax Rulings & Filings | | | █ | | | | | | | | | | | | | | | | | |
| 7.5.3. US Tax Rulings & Filings | | | █ | | | | | | | | | | | | | | | | | |
| 7.5.4. Other Jurisdictions Tax Rulings and Filings | | | █ | | | | | | | | | | | | | | | | | |
| **8. CORPORATE AND OTHER LEGAL ISSUES** | | | | | | | | | | | | | | | | | | | | |
| **8.1.** DOES PROPOSED RESTRUCTURING ANNOUNCEMENT TRIGGER A DEFAULT? | █ | | | | | | | | | █ | █ | | | | | | █ | April 12 | | ML to follow up. |
| **8.2.** LITIGATION RISK ANALYSIS | | | | | | | | | | | | | | | | | | | | |
| 8.2.1. Disclosure Issues | █ | | | | | | | | | █ | | | | | █ | | | April 12 | | ML to follow up with DWPV. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138687

ISSUES AND ACTIVITIES LIST – PROJECT X

Legal Department

| ISSUES AND ACTIVITIES | | Responsibility of: | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | Advisors | | | |
| | | Legal / Finance / Tax / Regulatory / Accounting / Comm / IR / Secretariat / HR | DMPV / Shearman / Lazard / JD / DKT / EEY / Slaughter / Stack | | | |
| 8.2.2. | Issue of Corporate Veil - Single Enterprise Theory | | | April 12 | | ML to follow up with Shearman |
| 8.2.3. | Settlement Analysis | | | April 12 | | |
| 8.3. | PRECEDENTS | | | | | |
| 8.3.1. | Horsham/Trizechahn | | | April 12 | | MC to review. |
| 8.3.2. | Unitel Bankruptcy Decision | | | | | Done. |
| 8.3.3. | GE-Montgomery Ward Litigation | | | | | Awaiting documents from Shearman. |
| 8.3.4. | Review Banks Complaint re Iridium | | | | | Done. |
| 8.3.5. | Loral - Globalstar | | | | | Shearman to provide copy. |
| 8.3.6. | Coch Industries - Purina Mills | | | | | Shearman to provide copies. |
| 8.4. | REVIEW PUBLIC STATEMENTS | | | | | |
| 8.4.1. | Review Past Bravo Public Statements | | | April 12 | | In progress. |
| 8.4.2. | Review Filing AIFs and MD&As for Tango and Bravo | | | | | |
| 8.4.2.1. | Timing | | | April 12 | | 140 days from year end. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138688

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DKPV | Shearman | Lazard | JD | D&T | EBY | Silkman | Slack | | | |
| | 8.4.2.2. | Disclosure | | | | | | | | | | | | | | | | | | April 18 | | ML to follow up. |
| 8.4.3. | | Review Bravo Annual Report | | | | | | | | | | | | | | | | | | | | |
| | 8.4.3.1. | Timing | | | | | | | | | | | | | | | | | | | | Done. April 25 mailing. |
| | 8.4.3.2. | Disclosure | | | | | | | | | | | | | | | | | | April 12 | | Done. Awaiting Board approval |
| 8.4.4. | | Review Tango Annual Report | | | | | | | | | | | | | | | | | | April 12 | | Done. Awaiting Board approval |
| 8.4.5. | | Review BravoTel Annual Report | | | | | | | | | | | | | | | | | | April 12 | | |
| 8.4.6. | | Timing of Approval of Bravo Earnings Release | | | | | | | | | | | | | | | | | | | | Done. |
| 8.4.7. | | Review Auditor Representation Letters | | | | | | | | | | | | | | | | | | | | |
| | 8.4.7.1. | Bravo | | | | | | | | | | | | | | | | | | | | Done. |
| | 8.4.7.2. | Tango | | | | | | | | | | | | | | | | | | | | Done. |
| 8.6. | | REVIEW RELATED PARTY TRANSACTIONS | | | | | | | | | | | | | | | | | | | | |
| | 8.6.1. | List | | | | | | | | | | | | | | | | | | | | Done. List circulated. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138689

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DWPV | Shearman | Lazard | JD | D&T | E&Y | Slaughan | Strick | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.5.2. | Summaries | ▨ | | | | | | | | | ▨ | | | | | | | | April 11 | | In progress (MC & DWPV). |
| 8.5.3. | Sale of 1000 de la Gauchetière Building | ▨ | | | | | | | | | | | | | | | | | | | No issue |
| 8.5.4. | Release of Excess Subsidiary Guarantor | ▨ | | | | | | | | | ▨ | | | | | | | | | | ML to follow up. |
| 8.5.5. | Alignment of Operating Networks | ▨ | | | | | | | | | ▨ | | | | | | | | | | Currently on hold. |
| 8.5.6. | Draft Outsourcing Agreements | ▨ | | | | | | | | | ▨ | | | | | | | | | | Consider feasibility. |
| 8.5.7. | Review Interconnect Agreement | ▨ | | | | | | | | | ▨ | | | | | | | | | | Copy to be obtained by MC. |
| 8.5.8. | Review BravoTel-Tango Wholesale Agreement | | | | | | | | | | ▨ | | | | | | | ▨ | April 12 | | ML and MT to follow up. |
| 8.5.9. | Review Traffic Data | ▨ | | | | | | | | | | | | | | | | | April 12 | | PP to provide back-up info on traffic. |
| 8.6. | COMPARATIVE ANALYSIS CREDIT FACILITIES AND INDENTURES | ▨ | | | | | | | | | | | | | | | | | | | Done. Memo circulated. |
| 8.7. | MEMO ON TRANSFER OF ASSETS | | | | | | | | | | ▨ | | | | | | | | | | Done. DWPV memo circulated. |
| 8.8. | BONDHOLDER VOTE REQUIREMENTS | | | | | | | | | | ▨ | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138690

ISSUES AND ACTIVITIES LIST – PROJECT X

**ISSUES AND ACTIVITIES** — Responsibility of: — Bravo/Tango Internal Team (Legal, Finance, Tax, Regulatory, Accounting, Comm, IR, Secretarial, HR); Advisors (DKPV, Shearman, Lazard, JD, DBT, EKY, Swanson, Slick) — Next Due Date — Completion Date — Comments

| # | Issue / Activity | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|
| 8.9. | REVIEW ABILITY TO BUY BONDS AND VOTE | | | Hold. |
| 8.10. | REVIEW SHAREHOLDER OPPRESSION ISSUES | | | Hold. |
| 8.11. | PLAN OF ARRANGEMENT "IMPRACTICAL" REQUIREMENTS | | | Hold. |
| 8.12. | ADVISABILITY OF GRANTING DISSENT RIGHTS | | | Hold |
| 8.13. | REQUIREMENT FOR VALUATION AND FAIRNESS OPINION | | | ? |
| 8.14. | EXEMPTION FEES REVIEW | | | Hold. |
| 8.15. | GOVERNANCE ISSUES | | | |
| 8.15.1. | Memo on Directors' Duties and Procedural Safeguards | April 12 | | Awaiting DWPV memo. |
| 8.15.2. | Order of Tango and Bravo Board meetings | | | Done. |
| 8.15.3. | Nature of Approval at Tango Board | April 16 | | |
| 8.15.4. | Nature of Approval at Bravo Board | April 16 | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138691

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DWPV | Shearman | Lazard | JO | DST | E&Y | Shkman | Stkck | | | |
| 8.15.5. *Who Does Board Presentations* | | | | | | | | | | | | | | | | | | | | |
| 8.15.5.1. *Bravo* | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | April 16 | | |
| 8.15.5.2. *Tango* | ▨ | | | | | | | | | ▨ | | ▨ | | | | | | April 16 | | |
| 8.15.6. *Who can Attend Board Meeting* | | | | | | | | | | | | | | | | | | | | |
| 8.15.6.1. *Bravo* | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | April 12 | | Awaiting DWPV memo. |
| 8.15.6.2. *Tango* | ▨ | | | | | | | | | ▨ | | | | | | | | April 12 | | Awaiting DWPV memo. |
| 8.15.7. *Who can Vote at Board Meeting* | | | | | | | | | | | | | | | | | | | | |
| 8.15.7.1. *Bravo* | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | April 12 | | Awaiting DWPV memo. |
| 8.15.7.2. *Tango* | ▨ | | | | | | | | | ▨ | | | | | | | | April 12 | | Awaiting DWPV memo. |
| 8.15.8. *Review D&O Insurance Policies* | | | | | | | | | | | | | | | | | | | | |
| 8.15.8.1. *Bravo* | | | | | | | | | | ▨ | | | | | | | | April 12 | | In progress. |
| 8.15.8.2. *Tango* | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | April 12 | | In progress. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Page 18 of 18

Confidential - For Attorneys' Eyes Only

BCE-AD 0138692

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DoPW | Shearman | Lazard | JD | DST | EKY | Solomon | Slack | | | | | | |
| 8.15.9. | Review Indemnity Provisions | | | | | | | | | | | | | | | | | | | | | | |
| 8.15.9.1. | Bravo | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | | April 12 | | ML to follow up. |
| 8.15.9.2. | Tango | | | | | | | | | | ▨ | | | | | | | ▨ | | April 12 | | ML to follow up. |
| 8.15.9.3. | Tango Subsidiaries | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | | April 12 | | ML to follow up. |
| 8.15.10. | Review Other Insurance Policies | ▨ | | | | | | | | | ▨ | | | | | | | ▨ | | | | ML/MT/PL to review. |
| 8.15.11. | Full Bravo Board Approval for Earnings Announcement (vs. Audit Committee) | ▨ | | | | | | | | | | ▨ | | | | | | | | | | Done. |
| 8.15.12. | Tango Directors and Officers | | | | | | | | | | | | | | | | | | | | | |
| 8.15.12.1. | Review Composition of Tango Board | ▨ | | | | | | | | | | ▨ | | ▨ | | | | ▨ | | | | |
| 8.15.12.2. | Assess Resignation - Prior to Filing CCAA | ▨ | | | | | | | | | | ▨ | | ▨ | | | | ▨ | | April 12 | | Discuss. |
| 8.15.12.3. | Assess Resignation - At Filing of CCAA | ▨ | | | | | | | | | | ▨ | | ▨ | | | | ▨ | | April 12 | | Discuss. |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138693

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of. (Bravo/Tango Internal Team: Legal, Finance, Tax, Regulatory, Accounting, Comm, IR, Secretariat, HR — Advisors: DWPV, Shearman, Lazard, JD, C&T, F&V, Shearman, Strick) | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|
| 8.16.13. Nomination of a Chief Restructuring Officer | | April 12 | | Names to be provided. |
| 8.16.14. Determine Representations of Law Firms | | | | |
| 8.16.14.1. Tango Canada | | | | Done. |
| 8.16.14.2. Tango US | | | | Done. |
| 8.16.14.3. Bravo Canada | | | | Done. |
| 8.16.14.4. Bravo US | | | | Done. |
| 8.16. CONSEQUENCES OF BANKRUPTCY | | | | Done. DWPV and Shearman Memos circulated. |
| 8.16.1. Memo on Director Liabilities | | April 12 | | Draft memo circulated by DWPV. |
| 8.16.2. Review US Sub. | | April 12 | | ML to follow up with Shearman. |
| 8.16.3. Review International Subs | | | | |
| 8.16.4. Tax Trust Fund | | | | |
| 8.16.5. Wages Trust Fund | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138694

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | Advisors | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | HR Secretarial | Shearman DMPV | Lazard | JD | DBT | FBY | Silverman Strick | | | | |

8.16.6. *Security for Directors*

8.16.7. *Analysis of Key Contracts Between Tango and Brivo Entities and Arrange Back-Up Services*

8.17. LEGAL OBLIGATIONS IN LIGHT OF NON-RELATED FINANCINGS | | | | | | | | | | | | | | | | | | | Done. No obligation provided no rep. given and financing not related to Tango and not material to Bell credit rating.

8.18. TREATMENT OF BANKS | | | | | | | | | | | | | | | | | April 12

8.19. FOREIGN SUBSIDIARIES

8.19.1. *Determine which Foreign Subsidiaries are Most Important* | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with PL

8.19.1.1. *Booking of Revenues by Entities* | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with PL

8.19.1.2. *Collecting of Revenues by Entities* | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with PL

8.19.1.3. *Location of Bank Accounts* | | | | | | | | | | | | | | | | | April 12 | | ML to follow up with PL

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comms | IR | Secretarial | HR | DMPV | Shearman | Lazard | JD | D&T | EBY | Stikeman | Stock | | | |
| 8.19.1.4. | Cash Management and Set-Off | ▨ | | | | | | | | | | | | | ▨ | | | | | | |
| 8.19.1.5. | Operational Analysis | ▨ | | | | | | | | | | | | | ▨ | | | | | | |
| 8.19.2. List of Directors and Officers for Each | | ▨ | | | | | | | | | | | | | ▨ | | | | April 12 | | ML to obtain. |
| 8.19.3. List of Contracts Signed by Foreign Subsidiaries | | ▨ | | | | | | | | | | | | | | | | | April 12 | | JB to obtain. |
| 8.19.4. Assess Ability to Stop Payments | | | | | | | | | | | ▨ | | | | | | | | April 12 | | |
| 8.19.4.1. | April-May Payables of Tango by Geography and Suppliers | ▨ | | | | | | | | | | | | | | | | | April 10 | | PP to obtain. |
| 8.19.4.2. | List of Letters of Credits and Guarantees Given. | ▨ | | | | | | | | | | | | | | | | | April 10 | | List provided. |
| 8.19.4.3. | [Jay Swartz] | | | | | | | | | | ▨ | | | | | | | | | | |
| 8.20. WHICH FILINGS SHOULD BE MADE | | | | | | | | | | | | | | | | | | | | | |
| 8.20.1.1. | Canada | | | | | | | | | | ▨ | | | | | | ▨ | | April 15 | | |
| 8.20.1.2. | US | | | | | | | | | | ▨ | ▨ | | | | | | | April 15 | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138696

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of: Bravo/Tango Internal Team — Legal, Finance, Tax, Regulatory, Accounting, Comm, IR, Secretariat, HR / Advisors — DWPV, Shearman, Lazard, JD, D&T, E&Y, Shearman, Stikek | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|
| 8.20.1.3.   Foreign | | April 15 | | |
| 8.21.   RESTRUCTURING ALTERNATIVES SUMMARY | | | | Done. |
| 8.21.1.   Review which Filings to Make | | April 15 | | |
| 8.21.2.   Review Tango Ontario/Quebec Assets | | April 10 | | ML to review. |
| 8.21.3.   Review Head Office /Domicile/Assets in US | | April 10 | | ML to review. |
| 8.21.4.   Review Tango US Subs Receivables | | April 10 | | ML to review. |
| 8.22.   REVIEW TANGO WEBSITE | | | | ML to follow up with DWPV. |
| 8.23.   REVIEW EX-V CONTRACT | | April 18 | | ML to prepare memo. |
| 8.24.   REVIEW DISTRESSED PREFERRED SHARE MECHANICS | | April 12 | | |
| 8.25.   PREPARE TIMELINE RE COMPETITORS RESTRUCTURING | | | | Done. |
| 8.26.   REVIEW POTENTIAL FOR ASSIGNMENT BY BANKS | | April 10 | | ML to prepare note. |
| 8.27.   PREPARE TIMELINE RE BRAVO DECISION MAKING PROCESS | | April 14 | | MT to prepare and circulate. |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138697

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of: | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|
| | Bravo/Tango Internal Team (Legal, Finance, Tax, Regulatory, Accounting, Comm, IR, Secretariat, HR) / Advisors (OMPV, Shearman, Lazard, JD, DBY, EEY, Silverman, Stikck) | | | | |
| **8.28.** IMPACT OF GOODWILL WRITEDOWN ON TANGO DEBT COVENANTS | | | April 12 | | |
| **8.29.** REVIEW IMPACT OF BANK TREATMENT ON BRAVO FACILITIES | | | April 12 | | |
| **9. REGULATORY ISSUES** | | | | | |
| **9.1.** MONITOR AT&T CANADA DECISION | | | April 20 | | *MT to call Sheridan Scott.* |
| **9.2.** REVIEW IMPACT OF TERMINATING CONTRACTS | | | April 15 | | *ML to follow up with JB.* |
| **10. FINANCE AND ACCOUNTING ISSUES** | | | | | |
| **10.1.** IMPACT OF TRANSACTION | | | | | |
| 10.1.1. *Impact on Accounting Policies* | | | | | |
| 10.1.2. *Impact on Post-Transaction Bravo Share Price* | | | | | |
| 10.1.3. *Impact on Credit Ratings* | | | | | |
| 10.1.3.1. *Tango* | | | | | |
| 10.1.3.2. *Bravo* | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138698



# ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | | Responsibility of: (Bravo/Tango Internal Team: Legal, Finance, Tax, Regulatory, Accounting, Comm, HR, Secretariat; Advisors: DNPV, Shearman, Lazard, JD, DBT, E&Y, Shearman-, Slrick) | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|
| 10.1.3.3. | Others ? | | | | |
| 10.1.3.4. | Impact on Alliances | | | | |
| 10.1.3.5. | Impact on Future Cost of Capital | | | | |
| 10.2. | VALUATION | | | | |
| 10.3. | FAIRNESS OPINION | | | | |
| 10.4. | FINANCIAL MODEL | | | | |
| 10.5. | DEBT CAPACITY ANALYSIS | | | | |
| 10.6. | SHORT AND MEDIUM TERM FUNDING REQUIREMENTS | | | | |
| 10.6.1. | Amounts put in up to date | | Ongoing. | | Done.  Update. |
| 10.6.2. | Weekly Cash Flow Forecast | | April 15 | | |
| 10.6.3. | Funding Plan | | | | |
| 10.6.4. | Cash Flow Model Pre and Post Filing for Each Country | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138699

**ISSUES AND ACTIVITIES LIST – PROJECT X**



| ISSUES AND ACTIVITIES | | Responsibility of: | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team (Legal, Finance, Tax, Regulatory, Accounting, Comm, IR, Secretariat, HR) / Advisors (DMPV, Stearman, Lazard, JO, DST, ERY, Sherman, Strick) | | | |
| | 10.6.6. | *Strategy re Payables and Purchasing* | | | |
| 10.7. | IMPACT ON FUTURE BRAVO GROUP FINANCINGS | | | | |
| | 10.7.1. | *Bank Credit Facilities* | | | |
| | 10.7.2. | *Common Share Financings* | | | |
| | 10.7.3. | *Preferred Share Financings* | | | |
| | 10.7.4. | *Bond Financings* | | | |
| | 10.7.5. | *Commercial Paper Programs* | | | |
| 10.8. | ASSESS WHETHER THERE IS AN ONGOING VIABLE BUSINESS PLAN | | | | |
| 10.9. | DETERMINE VIABLE CAPITAL STRUCTURE | | | | |
| 10.10. | ONGOING EQUITY INVESTMENT REQUIRED | | | | |
| 10.11. | REVIEW 2002 INTEREST PAYMENT SCHEDULE | | | | Done. |
| 10.12. | DETERMINE BANKS TREATMENT | | | | |
| 10.13. | RATING AGENCIES PRESENTATION | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138700

| ISSUES AND ACTIVITIES LIST – PROJECT X |
|---|

## ISSUES AND ACTIVITIES

| ISSUES AND ACTIVITIES | Responsibility of: Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DMPV | Shearman | Lazard | JD | DST | EBY | Silkeman | Strick | | | |
| 10.14. LIST OF INTERCOMPANY RECEIVABLES | ■ | | | | | | | | | | | | | | | | | Ongoing. | | Done. |
| 10.15. ACCOUNTING TREATMENT FOR DECONSOLIDATION | | | ▨ | | ▨ | | | | | | | | | | | | | April 10 | | |
| 10.16. INDUSTRY OVERVIEW | | | | | | | | | | | | ■ | | | | | | | | Done. Lazard presentation April 4. |
| 10.17. LIQUIDATION VALUE SCENARIO | | | | | | | | | | | | | | | ▨ | | | | | |
| 10.18. OBSTACLES TO TANGO RESTRUCTURING | | | | | | | | | | | | ■ | | | | | | | | Done. Lazard presentation April 4. |
| 10.19. AMOUNTS OWED BY TANGO TO BRAVO GROUP COMPANIES | | ■ | | | | | | | | | | | | | | | | | | Done. |
| 10.20. BACK-UP PLAN IF NETWORK TURNED OFF BY THIRD PARTIES | ▨ | | | | | | | | | | | | | | | | | | | |
| 10.21. TREATMENT OF TANGO 4TH SERIES PREFERRED SHARES | ▨ | | | | | | | | | ▨ | | | | | | ▨ | | | | |
| **11. TAX ISSUES** | | | | | | | | | | | | | | | | | | | | |
| 11.1. IDENTIFICATION OF TAX ISSUES | | | | | | | | | | | | | | | | | | | | |
| 11.1.1. *Memorandum* | | ▨ | | | | | | | | ▨ | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

*Page 27 of 27*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138701

# ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DWPV | Sherman | Lazard | JD | DST | EKY | Silkman | Stick | | | |
| 11.1.2. Timing | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.3. Optimal Corporate Structure | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.4. Tango Tax Loss Monetization | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.5. Treatment of Forgiveness of Debt | | | | | | | | | | | | | | | | | | | | |
|     11.1.5.1. Canada | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
|     11.1.5.2. US | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.6. Triggering of Capital Loss and Impact on Bravo Tax Position | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.7. Impact of Change of Control Rules | | | | | | | | | | | | | | | | | | | | |
|     11.1.7.1. Canada | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
|     11.1.7.2. US | | ▨ | | | | | | | | ▨ | | | | | | | | | | |
| 11.1.8. Refunds of Tax Loss Carry Back at Ex | | ▨ | | | | | | | | ▨ | | | | | | | | | | US $47M expected in 1-2 months. |
| 11.2. FILING OF RETURNS | | ▨ | | | | | | | | ▨ | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138702

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DuPiv | Shearman | Lazard | JD | CST | EBY | Shearman Strick | | | |
| **12. HUMAN RESOURCES ISSUES** | | | | | | | | | | | | | | | | | | | |
| 12.1. EMPLOYEE TERMINATION PLAN | ▨ | | | | | | | ▨ | | ▨ | | | ▨ | | | | | | |
| 12.2. EMPLOYEE RETENTION PLAN | | | | | | | | ▨ | | ▨ | | | ▨ | | | | | | |
| 12.3. STOCK OPTION PLAN | ▨ | | | | | | | ▨ | | ▨ | | | ▨ | | | | April 12 | | |
| 12.4. PENSION PLAN | | | | | | | | | | | | | | | | | | | |
| 12.4.1. Confirm Fully Funded | ▨ | | | | | | | ▨ | | | | | | | | | April 12 | | |
| **13. CORPORATE APPROVAL** | | | | | | | | | | | | | | | | | | | |
| 13.1. TANGO BOARD PRESENTATION | ▨ | | | | | | | | | | ▨ | | | | | | April 18 | | |
| 13.2. TANGO BOARD RESOLUTION | | | | | | | | | | ▨ | ▨ | | | | | | April 18 | | |
| 13.3. BRAVO BOARD PRESENTATION | ▨ | | | | | | | | | | ▨ | | | | | | April 18 | | |
| 13.4. BRAVO BOARD RESOLUTION | ▨ | | | | | | | | | ▨ | | | | | | ▨ | April 18 | | |
| **14. BONDHOLDERS APPROVAL** | | | | | | | | | | | | | | | | | | | |
| 14.1. NOTICE OF MEETING | ▨ | | | | | | | ▨ | | | | | | | | | | | Hold |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Confidential - For Attorneys' Eyes Only

BCE-AD 0138703

| ISSUES AND ACTIVITIES LIST – PROJECT X |
|---|

### ISSUES AND ACTIVITIES

| | | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DMPV | Shearman | Lazard | JD | D&T | FEY | Shearman | Stock | | | |
| 14.2. | MEETING OF THE BONDHOLDERS | ▨ | | | | | | | ▨ | | | | | | | | | | | | Hold. |
| **15. COURT ORDERS** | | | | | | | | | | | | | | | | | | | | | |
| 15.1. | INITIAL ORDER (ARRANGEMENT) | ▨ | | | | | | | | | ▨ | | | | | | | | | | Hold. |
| 15.2. | FINAL ORDER (ARRANGEMENT) | ▨ | | | | | | | | | ▨ | | | | | | | | | | Hold. |
| **16. INVESTOR / PUBLIC RELATIONS** | | | | | | | | | | | | | | | | | | | | | |
| 16.1. | COMMUNICATIONS STRATEGY | ▨ | | | | | ▨ | | | | | ▨ | | | | | | ▨ | April 12 | | In progress. |
| | 16.1.1. *Script for Announcement* | ▨ | | | | | ▨ | | | | | ▨ | ▨ | | | | | ▨ | April 12 | | |
| 16.2. | OBTAIN PRECEDENTS OF RELEASES OF DISTRESSED COMPANIES | ▨ | | | | | | | | | | | | | | | | ▨ | Ongoing. | | In progress (MC). |
| 16.3. | STAND-BY STATEMENTS | | | | | | | | | | | | | | | | | | | | |
| | 16.3.1. *Analysts* | ■ | | | | ■ | | | | | | | | | | | | | | | Done. |
| | 16.3.2. *Stock Exchanges* | ■ | | | | ■ | | | | | | | | | | | | | | | Done. |
| | 16.3.3. *Media* | ■ | | | | ■ | | | | | | | | | | | | | | | Done. |
| 16.4. | CREDIT AGENCIES STATEMENT | ▨ | | | | ▨ | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138704

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretarial | HR | DKPV | Shearman | Lazard | JD | D&T | FNY | Sherman | Strick | | | |
| 16.5. INVESTORS MEETING / CALL | | | | | | | | | | | | | | | | | | | | |
| 16.6. PRESS RELEASES | | | | | | | | | | | | | | | | | | | | |
| 16.6.1. *Announcement of Restructuring* | | | | | | | | | | | | | | | | | | | | |
| 16.6.1.1.  Restructuring | | | | | | | | | | | | | | | | | | April 12 | | |
| 16.6.1.2.  Goodwill Impairment | | | | | | | | | | | | | | | | | | | | |
| 16.6.2. *Press Conference / Transcript* | | | | | | | | | | | | | | | | | | | | |
| 16.6.3. *Announcement of Closing* | | | | | | | | | | | | | | | | | | | | Hold |
| 16.6.4. *Other Announcements* | | | | | | | | | | | | | | | | | | | | |
| 16.6.5. *Other Third-Party Communications* | | | | | | | | | | | | | | | | | | | | |
| 16.6.5.1.  Customers | | | | | | | | | | | | | | | | | | | | |
| 16.6.5.2.  Suppliers | | | | | | | | | | | | | | | | | | | | |
| 16.6.6. Q & A | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138705

**ISSUES AND ACTIVITIES LIST – PROJECT X**

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | Bravo/DWPV | Shearman | Lazard | JD | DST | EBY | Steanan | Steick | | | |
| 16.7. EMPLOYEE COMMUNICATIONS | | | | | | | | | | | | | | | | | | | | |
| 16.7.1. Letters | | | | | | | | | | | | | | | | | | | | |
| 16.7.2. Q & A | | | | | | | | | | | | | | | | | | | | |
| 16.8. COMMUNICATIONS WITH BANKS | | | | | | | | | | | | | | | | | | April 23 | | |
| 16.9. POLITICAL ASSESSMENT | | | | | | | | | | | | | | | | | | | | |
| 16.10. BRAVO STOCKHOLDER REACTION | | | | | | | | | | | | | | | | | | | | |
| 16.11. MEDIA REACTION | | | | | | | | | | | | | | | | | | | | |
| 16.12. EMPLOYEE REACTION | | | | | | | | | | | | | | | | | | | | |
| 16.13. UNION REACTION | | | | | | | | | | | | | | | | | | | | |
| 16.14. MAJOR ACCOUNTS | | | | | | | | | | | | | | | | | | | | |
| 16.15. MAJOR ALLIANCE PARTNERS | | | | | | | | | | | | | | | | | | | | |
| 16.16. GOVERNMENT | | | | | | | | | | | | | | | | | | | | |

*ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES*
*April 10, 2002 - 10:00 pm*

Confidential - For Attorneys' Eyes Only

BCE-AD 0138706

ISSUES AND ACTIVITIES LIST – PROJECT X

| ISSUES AND ACTIVITIES | Responsibility of: | | | | | | | | | | | | | | | | Next Due Date | Completion Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Bravo/Tango Internal Team | | | | | | | | Advisors | | | | | | | | | | |
| | Legal | Finance | Tax | Regulatory | Accounting | Comm | IR | Secretariat | HR | DMPW | Stedeman | Lazard | JD | D&T | EKY | Silveman | Strick | | | |
| **17. CLOSING** | | | | | | | | | | | | | | | | | | | | |
| 17.1. CLOSING AGENDA | | | | | | | | | | | | | | | | | | | | |
| 17.2. RESIGNATIONS / APPOINTMENTS OF OFFICERS/DIRECTORS | | | | | | | | | | | | | | | | | | | | |
| **18. POST-CLOSING** | | | | | | | | | | | | | | | | | | | | |
| 18.1. TRANSITION STRATEGY | | | | | | | | | | | | | | | | | | | | |
| 18.1.1. Management | | | | | | | | | | | | | | | | | | | | |
| 18.1.2. Employment | | | | | | | | | | | | | | | | | | | | |
| 18.1.3. Customers | | | | | | | | | | | | | | | | | | | | |
| 18.2. INSIDER REPORTS | | | | | | | | | | | | | | | | | | | | |

ATTORNEY WORK PRODUCT – PRIVILEGED AND CONFIDENTIAL – NOT TO BE DISTRIBUTED TO OTHER PARTIES
April 10, 2002 - 10:00 pm

Page 33 of 33

Confidential - For Attorneys' Eyes Only