# EXHIBIT L



# Hahn&Hessen LLP
## ATTORNEYS

Robert J. Malatak

Direct Dial: (212) 478-7316
Email: rmalatak@hahnhessen.com

December 9, 2004

**VIA OVERNIGHT DELIVERY**

Ken Fredeen, Esq.
General Counsel
Deloitte & Touche
2 Queens Street East
Suite 1200
P.O. Box 8
Toronto, Ontario MC3G7
Canada

Re: **Teleglobe Communications Corp., *et al.* v. BCE Inc., *et al.***

Dear Mr. Fredeen:

Further to our recent conversation, we represent the Official Committee of Unsecured Creditors of Teleglobe Communications Corp., *et al.*, one of the plaintiffs in the captioned litigation. In connection therewith, we served a subpoena (copy attached) on Deloitte & Touche LLP in the United States ("Deloitte-US") (the "Deloitte Subpoena"). As we discussed, Ms. Irene Cannon-Geary, Esq., in-house counsel for Deloitte-US, stated that Deloitte-US does not have documents responsive to the Deloitte Subpoena and suggested that Deloitte & Touche LLP in Canada ("Deloitte-Canada") does.

Please let me know as soon as possible whether Deloitte-Canada will voluntarily produce the appropriate person(s), including Ginette Nantel, for a deposition and the requested documents set-forth in the Deloitte Subpoena.

Please call me should you have any questions.

Sincerely,

Robert J. Malatak /asm

Robert J. Malatak

488 Madison Avenue • New York, N.Y. 10022 • Phone (212) 736-1000 • (212) 478-7200
Fax (212) 478-7400 • Email: thefirm@hahnhessen.com  1185987.1/RTM/999990/001 12/8/2004  1185987.1/RTM/585847/007 12/8/2004
1185987.1/RTM/585847/007 12/8/2004