# EXHIBIT N

# SHEARMAN & STERLING LLP

FAX: 212-848-7179
TELEX: 667290 WUI
www.shearman.com

599 LEXINGTON AVENUE
NEW YORK, N.Y. 10022-6069
212 848-4000

ABU DHABI
BEIJING
BRUSSELS
DÜSSELDORF
FRANKFURT
HONG KONG
LONDON
MANNHEIM
MENLO PARK
MUNICH
NEW YORK
PARIS
ROME
SAN FRANCISCO
SÃO PAULO
SINGAPORE
TOKYO
TORONTO
WASHINGTON, D.C.

WRITER'S DIRECT NUMBER:

212-848-4608

WRITER'S EMAIL ADDRESS:
dschimmel@shearman.com

March 4, 2005

Via email, facsimile and U.S. mail

Robert J. Malatak
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022

Re: Teleglobe Communications Corp., et al., v. BCE Inc., et al.

Dear Mr. Malatak:

      We are in receipt of your letter dated March 3, 2005, regarding the discovery you seek to obtain from Deloitte and Touche and Osler, Hoskin & Harcourt LLP ("Osler"). BCE Inc. ("BCE") has not objected to your efforts to obtain letters of request. BCE will also direct Deloitte and Touche to provide any documents it received from BCE that are responsive to the subpoena and were created during the relevant time period, subject to any applicable Canadian privileges. The remaining documents in Deloitte and Touche's files are not within BCE's possession, custody, or control. BCE similarly will direct Osler to produce non-privileged documents submitted by BCE to Osler that are responsive to the subpoena and were created during the relevant time period, subject to any applicable privileges. We will also ask that Osler provide other responsive non privileged documents created during the relevant time period, subject to all applicable privileges. Furthermore, in an effort to assist you in the discovery process in good faith, we will ask BCE for the address of the Canadian repository for Arthur Andersen, if it is known.

Very truly yours,

D. Schimmel

Daniel Schimmel

cc:  C. Malcolm Cochran, IV
     Gregory V. Varallo

*Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.*

NYDOCS04/422586.1