# EXHIBIT O

Message        Page 1 of 1

### Cossette, Martin (6011706)

**From:** Cossette, Martin (6011706)
**Sent:** March 9, 2005 6:11 PM
**To:** 'pbrodeur@deloitte.ca'
**Cc:** 'Daniel Schimmel'
**Subject:** Teleglobe U.S. Unsecured Creditors Lawsuit

Dear Pierre:

I write to you in connection with the above referenced action. We are hereby instructing Deloitte & Touche (D&T) to forward to my attention a copy of any documents that D&T received from BCE that are responsive to the attached subpoena that the Official Committee of Creditors of Teleglobe Communications Corporation and other debtors (Committee) served on D&T to the extent those documents were created in the period January 1, 2000 through May 28, 2002, subject to any applicable Canadian privileges. We also instruct D&T to forward to my attention a copy of any documents that BCE previously provided to D&T relating to BCE's write-down of the value of Teleglobe Inc.'s Goodwill in 2002, and the documents that BCE provided to D&T in connection with the preparation of its 2002 annual report and financial statements, filed on April 10, 2003.

Although it is my understanding from previous discussions with you and members of your team that you are taking the position that you will not provide us with a copy of your entire files regarding these matters, I reiterate my request to receive a copy of those files. Please indicate to me in writing whether or not you now agree to comply with that request and if not, the reasons thereof.

Call me should you wish to discuss.

Regards,

Martin

Martin Cossette
Conseiller Juridique/Legal Counsel
Bell Canada
Bureau 3700
1000, rue de La Gauchetière Ouest
Montréal, Québec  H3B 4Y7
(514) 391-5213
Fax: (514) 391-3768

08/06/2005