## CERTIFICATE OF SERVICE

I, Joseph A. Rosenthal, hereby certify that on this 23rd day of May 2006, I caused a copy of the foregoing to be served upon the following counsel in the manner indicated:

<u>Via Electronic Filing</u>
Pauline K. Morgan, Esquire
Young Conaway Stargatt &
Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

<u>Via First Class Mail</u>
George J. Wade, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069

<u>Via Electronic Filing</u>
Gregory V. Varallo, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

_____
Joseph A. Rosenthal (DE Bar I.D. #234)