**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,<br><br>                  Debtors. | Chapter 11<br>Jointly Administered<br><br>Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*,<br><br>                  Plaintiffs,<br>v.<br><br>BCE INC. *et al.*,<br><br>                  Defendants. | Civ. Action No. 04-1266 (SLR) |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF CARLYN TAYLOR & THE RELATED TESTIMONY OF PAUL CHARNETZKI**

      Defendants respectfully move to exclude from evidence the testimony of Carlyn Taylor and the related testimony of Paul Charnetzki. The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

      Respectfully submitted,

      YOUNG CONAWAY STARGATT & TAYLOR, LLP


      __/s/ Pauline K. Morgan_____
      Pauline K. Morgan (No. 3650)
      The Brandywine Building, 17th Floor
      1000 West Street
      Wilmington, Delaware 19899
      (302) 571-6600
      pmorgan@ycst.com
      *Attorneys for Defendants*

Of Counsel:

SHEARMAN & STERLING LLP
Stuart J. Baskin
Jaculin Aaron

DCDOCS01/347749.1                   1

599 Lexington Avenue
New York, NY  10022-6069
(212) 848-4000

Stephen J. Marzen
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(212) 508-8000

Dated:  May 23, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | Chapter 11<br>Jointly Administered |
| Debtors. | Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*, | |
| Plaintiffs, | Civ. Action No. 04-1266 (SLR) |
| v. | |
| BCE INC. *et al.*, | |
| Defendants. | |

## RULE 7.1.1 CERTIFICATION

The undersigned counsel certifies that counsel for the plaintiffs oppose the relief sought in the attached motion.

*[signature]*
Stephen J. Marzen
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(202) 508-8000

*Counsel for Defendants*

Dated: May 23, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on May 23, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*