IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br> Jointly Administered <br><br> Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*, <br><br> Plaintiffs, <br> v. <br> BCE INC. *et al.*, <br><br> Defendants. | Civ. Action No. 04-1266 (SLR) |

## **ORDER**

This matter having come before the Court on Defendants' Motion *in limine* to Exclude the Testimony of Carlyn Taylor and the Related Testimony of Paul Charnetzki on grounds of judicial estoppel and collateral estoppel, and good cause for the Motion having been shown,

**IT IS HEREBY ORDERED**, this _____ day of _____, 2006 that:

The Motion *in limine* is **GRANTED** and the expert testimony of Carlyn Taylor and the related testimony of Paul Charnetzki shall be excluded.

_____
Chief Judge of the United States District Court
for the District of Deleware