IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br>Jointly Administered<br><br>Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>BCE INC. *et al.*,<br><br>　　　　　　　　　　　Defendants. | Civ. Action No. 04-1266 (SLR) |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PAUL CHARNETZKI AND CARLYN TAYLOR AS A SANCTION FOR THE SPOLIATION OF INFORMATION CONSIDERED IN FORMING THEIR OPINIONS**

　　　　Defendants respectfully move to exclude from evidence the testimony of Paul Charnetzki and Carlyn Taylor as a sanction for the spoliation of information considered in forming their opinions. The grounds for this motion are fully set forth in the Opening Brief filed contemporaneously herewith.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP


　　　　　　　　　　　　　　　　　　　　　/s/ Pauline K. Morgan
　　　　　　　　　　　　　　　　　　　　Pauline K. Morgan (No. 3650)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　　　　　　　　　　1000 West Street
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　(302) 571-6600
　　　　　　　　　　　　　　　　　　　　pmorgan@ycst.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

2

Of Counsel:

SHEARMAN & STERLING LLP
Stuart J. Baskin
Jaculin Aaron
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Stephen J. Marzen
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(212) 508-8000

Dated: May 23, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | Chapter 11<br>Jointly Administered |
| Debtors. | Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*, | |
| Plaintiffs, | Civ. Action No. 04-1266 (SLR) |
| v. | |
| BCE INC. *et al.*, | |
| Defendants. | |

## RULE 7.1.1 CERTIFICATION

The undersigned counsel certifies that counsel for the plaintiffs oppose the relief sought in the attached motion.

*[signature]*
Stephen J. Marzen
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(202) 508-8000

*Counsel for Defendants*

Dated: May 23, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.  
Robert J. Stern, Jr., Esq.  
Kelly E. Farnan, Esq.  
Anne S. Gaza, Esq.  
Richards, Layton & Finger, P.A.  
920 N. King Street  
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.  
Rosenthal, Monhait & Goddess, P.A.  
1401 Mellon Bank Center  
P.O. Box 1070  
Wilmington, DE  19899-1070

I further certify that on May 23, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

| | |
|---|---|
| Gregory V. Varallo, Esq. | Joseph A. Rosenthal, Esq. |
| Russell C. Silberglied, Esq.-p | Rosenthal, Monhait & Goddess, P.A. |
| Mark D. Collins, Esq. | 1401 Mellon Bank Center |
| C. Malcolm Cochran, IV, Esq. | P.O. Box 1070 |
| Robert J. Stern, Jr., Esq. | Wilmington, DE  19899-1070 |
| Kelly E. Farnan, Esq. | |
| Anne S. Gaza, Esq. | |
| Richards, Layton & Finger, P.A. | |
| 920 N. King Street | |
| Wilmington, DE  19801 | |

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*