IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*,<br><br>                                 Debtors. | Chapter 11<br>Jointly Administered<br><br>Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*,<br><br>                                 Plaintiffs,<br>v.<br>BCE INC. *et al.*,<br><br>                                 Defendants. | Civ. Action No. 04-1266 (SLR) |

## **ORDER**

This matter having come before the Court on Defendants' Motion *in limine* to Exclude the Expert Testimony of Paul Charnetzki and Carlyn Taylor as a Sanction for the Spoliation of Information Considered in Forming Their Opinions, and good cause for the Motion having been shown,

**IT IS HEREBY ORDERED**, this \_\_\_\_ day of _____, 2006 that:

The Motion *in limine* is **GRANTED** and the expert testimony of Paul Charnetzki and Carlyn Taylor shall be excluded as a sanction for the spoliation of information considered in forming their opinions.

                                                 _____
                                                 Chief Judge of the United States District Court
                                                 for the District of Deleware