IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | Chapter 11<br>Jointly Administered |
| Debtors. | Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*, | |
| Plaintiffs, | Civ. Action No. 04-1266 (SLR) |
| v. | |
| BCE INC. *et al.*, | |
| Defendants. | |

## DECLARATION OF STEPHEN J. MARZEN

Stephen J. Marzen declares under penalty of perjury:

1. I am a partner at Shearman & Sterling, LLP, representing Defendants in the above-captioned matter.

2. I make this affidavit in support of Defendants' Motion *in Limine* to Exclude the Expert Testimonies of Paul Charnetzki and Carlyn Taylor as a Sanction for the Spoliation of Information Considered in Forming their Opinions. The depositions referenced herein were taken by Defendants during the course of the above-captioned lawsuit.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of a letter dated March 16, 2006 from Russell Silberglied at Richards, Layton & Finger to Jaculin Aaron at Shearman & Sterling and an attachment thereto entitled "Expert Document Production." Also attached as Exhibit 1 is a true and correct copy of a letter dated March 24, 2006 from Jaculin Aaron to Russell Silberglied in response.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of deposition transcript excerpts from the May 3, 2006 deposition of Paul Charnetzki.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of deposition transcript excerpts from the May 9, 2006 deposition of Carlyn Taylor.

6. Attached as Exhibit 4 to this Declaration is a true and correct copy of excerpts from the Expert Report of Paul Charnetzki, dated March 8, 2006.

7. Attached as Exhibit 5 to this Declaration is a true and correct copy of excerpts from the Expert Report of Carlyn Taylor, dated March 8, 2006.

8. Attached as Exhibit 6 to this Declaration is a true and correct copy of excerpts from the Expert Report of Walda Roseman, dated March 8, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2006.

*/s/ Stephen J. Marzen*
Stephen J. Marzen

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on May 23, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

| | |
|---|---|
| Gregory V. Varallo, Esq. | Joseph A. Rosenthal, Esq. |
| Russell C. Silberglied, Esq.-p | Rosenthal, Monhait & Goddess, P.A. |
| Mark D. Collins, Esq. | 1401 Mellon Bank Center |
| C. Malcolm Cochran, IV, Esq. | P.O. Box 1070 |
| Robert J. Stern, Jr., Esq. | Wilmington, DE  19899-1070 |
| Kelly E. Farnan, Esq. | |
| Anne S. Gaza, Esq. | |
| Richards, Layton & Finger, P.A. | |
| 920 N. King Street | |
| Wilmington, DE  19801 | |

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*