IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
In re:                                                     :    Chapter 11
                                                           :
TELEGLOBE COMMUNICATIONS                                   :    Jointly Administered
CORPORATION, et al.,                                       :    Case No. 02-11518 (MFW)
                                                           :
                    Debtors.                               :
-----------------------------------------------------------x
                                                           :
TELEGLOBE COMMUNICATIONS                                   :
CORPORATION, et al.,[1]                                    :
                                                           :
                                                           :
                    Plaintiffs,                            :
                                                           :
         v.                                                :    C.A. No. 04-CV-1266 (SLR)
                                                           :
BCE INC., MICHAEL T. BOYCHUK,                              :
MARC A. BOUCHARD, SERGE FORTIN,                            :
TERENCE J. JARMAN, STEWART VERGE,                          :
JEAN C. MONTY, RICHARD J. CURRIE,                          :
THOMAS KIERANS, STEPHEN P. SKINNER,                        :
and H. ARNOLD STEINBERG,                                   :
                                                           :
                    Defendants.                            :
-----------------------------------------------------------x

**DEFENDANTS' STATEMENT OF NO OBJECTION REGARDING PLAINTIFFS'
MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM CALLING AS
WITNESSES AT TRIAL ANY PERSONS WHO WERE NOT IDENTIFIED AS
POTENTIAL WITNESSES UNTIL AFTER THE CLOSE OF FACT DISCOVERY**

Defendants do not object to the relief requested in the Plaintiffs' Motion *in Limine* to Preclude Defendants from Calling as Witnesses at Trial Any Persons Who Were Not Identified as Potential Witnesses Until After the Close of Fact Discovery [D.I. 264].

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

Dated: Wilmington, Delaware
May 31, 2006

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

YOUNG CONAWAY STARGATT & TAYLOR LLP
Pauline K. Morgan (No. 3650)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006, I electronically filed a true and correct copy of foregoing document was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

I further certify that on May 31, 2006, I caused a copy of the foregoing document on the to be served upon the following non-registered participants in the manner indicated below:

<u>BY EMAIL</u>
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070

*/s/ Margaret B. Whiteman*
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*