IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | C.A. No. 04-1266 (SLR) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BCE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**TRANSMITTAL AFFIDAVIT OF RUSSELL C. SILBERGLIED**

STATE OF DELAWARE    )
                     ) ss.
COUNTY OF NEW CASTLE )

RUSSELL C. SILBERGLIED, being duly sworn, hereby deposes and says:

1. I am a director at Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, counsel to Plaintiffs in the above-captioned proceeding.

2. I am admitted to appear before this Court and submit this affidavit in support of "Plaintiffs' Answering Brief In Response to Defendants' Motion In Limine to Exclude the Testimony of Carlyn Taylor and the Related Testimony of Paul Charnetzki".

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Resolution No. 7 Adopted by the BCE Inc. ("BCE") Board of Directors on November 28, 2001, as produced in this litigation by Defendants.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the "Notice of Filing of Additional Exhibit" (attaching copy of Commitment Letter, dated May 15, 2002), which was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 31, 2002.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the "Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders Authorizing First Priority Secured Postpetition Financing, Pursuant to Section 364(c) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure", which was filed with the Bankruptcy Court on May 30, 2002.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the cited pages of the Transcript from the May 9, 2006 Deposition of Carlyn Taylor.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the cited pages of the Transcript of the May 24, 2002 Hearing Before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the April 23, 2002 Presentation to the BCE Board of Directors titled "Addressing Teleglobe and the SBC Put", as produced in this litigation by Defendants.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the "Notice of (I) Transaction Notice Filed with the Canadian Court Seeking Approval of Sale of Teleglobe Companies' Core Business to Successful Bidder, (II) Decision Concerning Need for an Auction,

(III) Selection of Successful Bidder, and (IV) Sale Hearing Date", which was filed with the Bankruptcy Court on September 20, 2002.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the "Motion of Debtors and Debtors in Possession for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 (I) Approving a Proposed Settlement Between Debtors and TLGB Acquisition LLC Relating to the Sale of the Teleglobe Companies' Core Telecom Business and (II) Authorizing the Debtors to Consummate the Sale of the Core Telecom Business in Accordance with the Terms and Conditions of Such Settlement", filed with the Bankruptcy Court on April 29, 2003.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the cited pages of the Transcript from the October 21, 2005 Deposition of John Brunette.

_/s/ Russell C. Silberglied_<br>
Russell C. Silberglied (No. 3462)

Sworn to before me this 31st
day of May, 2006

_/s/ Lesley A. Morris_
Notary Public

My Commission Expires 4/17/07

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esq.
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joseph A. Rosenthal, Esq.
ROSENTHAL, MONHAIT, GROSS &
GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on May 31, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

John Amato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

George J. Wade, Esq.
Daniel Schimmel, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

/s/ Russell C. Silberglied
Russell C. Silberglied (#3462)
Silberglied@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3020192-1