# EXHIBIT 6

Confidential & BCE restricted



Bell Canada
Enterprises

# Addressing Teleglobe and the SBC Put

BCE Board of Directors

April 23, 2002

BCE-AD 0029303

# Summary

▸ Current situation

▸ BCE strategy – Teleglobe

▸ Managing the SBC Put

▸ Financial overview

▸ Issue management plan

2

2002-06-12 9:51

Confidential & BCE Restricted

BCE-AD 0029304

# Current situation

## Solid performance

- ➤ Q1 results delivered on plan
- ➤ Continued execution at Bell
- ➤ Performance improving at BGM
- ➤ Progress on 3C strategy

## Challenges

- ➤ Depressed telecom sector facing brutal market conditions
- ➤ Increased market scepticism on convergence
- ➤ Viability of Teleglobe
- ➤ Emergis profit warning
- ➤ SBC Put option increasing uncertainty
- ➤ CRTC price cap continuing overhang

Must take action to reduce uncertainty

2002-06-12 9:51

Confidential & BCE Restricted

3

BCE-AD 0029305

Current situation...

# Objectives of the plan

▸ Demonstrate that we are in charge of events and have a clear plan to address them

▸ Proceed prudently to contain our financial exposure and ensure our financial strength

▸ Continue to execute our Corporate Strategy and confirm our determination to deliver it

> Must emerge as the strong and trusted Canadian business leader we are today

2002-06-12 9:51

*Confidential & BCE Restricted*

4

BCE-AD 0029306

Current situation...

# Three-part action plan

▶ Disengage from Teleglobe

▶ Redefine SBC relationship
  ‣ Recognize their intention to eliminate their equity participation in Bell
  ‣ Remain open to continuing a strategic partnership, including equity in BCE
  ‣ Take action to finance SBC stake in Bell

▶ Focus on execution of BCE strategy
  ‣ Must deliver 2002 financial performance
  ‣ And demonstrate tangible progress on 3C strategy

5

2002-06-12 9:51

*Confidential & BCE Restricted*

BCE-AD 0029307

Current situation...

# A before and after look at BCE

➤ Financial outlook remains solid, despite the significance of the issues

➤ But financial flexibility is diminished, we will need to be prudent managers

## BCE Key Financials

| $M | December 12 Plan | | | Current Outlook | | | Proposed Plan | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2002 | 2003 | 2004 | 2002 | 2003 | 2004 |
| EPS* ($/share) | 1.67 | 1.81 | 2.25 | 1.45 | 1.63 | 2.09 | 1.87 | 2.03 | 2.43 |
| yoy growth | 6% | 9% | 24% | -7% | 8% | 25% | 7% | 9% | 20% |
| Free Cash Flow | (1,500) | 0 | 1,000 | (9,309) | (435) | 507 | (8,836) | 44 | 786 |
| Debt / EBITDA | 2.22 | 1.75 | 1.40 | 3.47 | 2.80 | 2.41 | 2.95 | 2.24 | 1.87 |
| Debt / Capital | 42.1% | 37.8% | 33.8% | 65.7% | 61.4% | 57.5% | 61.4% | 54.4% | 49.5% |

* from continuing operations

2002-06-12 9:51

Confidential & BCE Restricted

6

BCE-AD  0029308

# Summary

▸ Current situation

▸ BCE strategy – Teleglobe

▸ Managing the SBC put

▸ Financial overview

▸ Issue management plan

Confidential & BCE Restricted

2002-06-12 9:51

7

BCE-AD 0029309

# BCE strategy – Teleglobe

① Market prospects

② Teleglobe situation

③ Revised Teleglobe management plan

④ Restructuring

⑤ Strategic options

⑥ Proposed action plan

8

2002-06-12 9:51

*Confidential & BCE Restricted*

BCE-AD 0029310

BCE strategy – Teleglobe...

# Forecasted growth of IP traffic

Forecasted IP traffic growth
5-year outlook
% growth per year



Driving factors

▸ No "killer applications" to drive consistent doubling of IP traffic

▸ Slowdown in "Web-enablement"

▸ Large companies sweating assets

▸ Demise of many "Web-centric" businesses

200-400

69

Late 90s / Early 2000
(Worldcom)

Nov 2001
(JP Morgan)

Supply built for demand 5X larger than current

Source:McKinsey & Company; JP Morgan "Telecom Services 2001", November 2,2001

*Confidential & BCE Restricted*

2002-06-12 9:51

9

BCE-AD  0029311



BCE strategy – Teleglobe...

## Long-haul supply and demand

Estimated US long-haul capacity

US EXAMPLE, BUT TRUE IN ALL REGIONS

(Tbps)

Installed lit capacity

Required capacity

Additional dark fiber capacity

171

116

74

46

29

18

74

2005  2004  2003  2002  2001  2000  2001

Year end

▸ Supply overhang likely to persist for another 2 years

▸ Additional threat from unlit fiber to exacerbate oversupply

Source: Updated by McKinsey & Company, Feb 2002, from Goldman Sachs/McKinsey & Co "US Communication Infrastructure at a Crossroads: Opportunities amid the Gloom", August 2001

*Confidential & BCE Restricted*

10

2002-06-12 9:51

BCE-AD 0029312

BCE strategy – Teleglobe...

## Prices not yet bottoming out

### Leased line & IP transit capacity pricing
US $/Mbps/month



- Composite European prices down 33% in Q1-2002

- Going rate for IP transit reported by Teleglobe at ~$75-125/Mbps/month

- Teleglobe's last IP transit deal priced at $80/Mbps/ month

Not clear that prices will stabilize soon

Source: Telegeography's bandwidth pricing database service
2002-06-12 9:51

*Confidential & BCE Restricted*

11

BCE-AD  0029313

BCE strategy – Teleglobe...

# Little evidence of attackers success



☐ Incumbents

**ATM market share, 2000**
% of revenues

Attackers*

Qwest -3
12
AT&T 29
31
Sprint
25
Worldcom

**Frame market share, 2000**
% of revenues

Attackers
10
17
AT&T 45
Sprint
28
Worldcom

▶ High cost and complexity in building back office capabilities

▶ Most attackers unable to fulfill multi-product RFPs due to poor product portfolio

▶ Extremely high number of POPs required to be competitive

▶ Few attackers have access assets which provide lower cost structure

┌─────────────────────────────────────┐
│ Will be difficult for Teleglobe to make a dent │
│ in the enterprise market │
└─────────────────────────────────────┘

* Intermedia; Broadwing; Infonet

Source: IDC Frame Relay services, Dec 1, 2000; IDC ATM services market share and assessment, 2000-2005, Dec 1, 2000

2002-06-12 9:51

*Confidential & BCE Restricted*

12

BCE-AD 0029314

BCE strategy – Teleglobe...

# Expected prolonged shakeout

## US attackers' long-haul assets



| | Net assets US $Billions | Details |
|---|---|---|
| Global Crossing | 12.1 | • Gores Technology bid details not yet disclosed<br>• $750 million offered by Hutchinson Whampoa and Singapore Technologies Telemedia<br>• Hutchinson-ST Telemedia bid values assets at $0.03 on the dollar<br>• Court auction to be held July 8th |
| 360networks | 5.1 | • Sold off UK network assets and co-location sites to Telia<br>• Final restructuring plan due July 2nd |
| Level3 | 10.6 | • Sold off Asian network and operations to Reach<br>• Rumoured to be advocating merger |
| Williams Communications | 5.7 | • Seeking to cut costs by 25%<br>• Completing consensual restructuring prior to Chapter 11 |
| Genuity | 3.5 | • Verizon not looking to Genuity as credible option |
| PSINet | ~3.2 | • Out of business |
| XO | 3.7 | • Recapitalization plan recently failed |

100% = US $43.9 billion*

Assets sold-off:
• PSINet
— 7%

Too early to tell:
• Level3
• Genuity
— 32%

— 61%

Undergoing restructuring:
• 360networks
• Williams (imminent)
• Global Crossing
• XO

**Prolonged price pressure induced by distressed carriers**

*Book Value
Source: McKinsey & Company

2002-06-12 9:51

13

BCE strategy – Teleglobe...

# Core voice business declining steadily

## Teleglobe's Voice Business



Voice on its own cannot sustain Teleglobe's business

Source: Teleglobe Revised Management Plan

*Confidential & BCE Restricted*

2002-06-12 9:51

14

BCE-AD  0029316

BCE strategy – Teleglobe...

# Teleglobe's network: a concern

## Description

| | |
|---|---|
| **Basic network design troublesome** | ▸ Many single points of failure<br>▸ Off-net network with little visibility |
| **Inter-operability of various networks** | ▸ Cash conservation strategy suggested lease vs. buy approach, but ensuing network is an amalgamation of other carriers's networks<br>▸ US network dependent on Broadwing whose Corvis technology is plagued with multiple failures |
| **Reliance on troubled carriers for capacity** | ▸ Teleglobe's dependence on troubled third party networks for connectivity raises customer concerns (e.g. Viatel, KPNQwest, Williams, and Flag) |
| **Network reach too limited** | ▸ Too few yet oversized POPs for Teleglobe's business, limiting its reach and increasing its operating costs (e.g. Teleglobe 60 POPs vs. Worldcom's 2000 POPs) |

**Network not up to standards**



2002-06-12 9:51

*Confidential & BCE Restricted*

15

BCE-AD 0029317

BCE strategy – Teleglobe...

## Operational problems

### Selected examples

| | |
|---|---|
| Important European network delayed | ‣ Legal issues with Telcomax have caused delays in German network activation<br><br>‣ Nordic, Eastern, and Swiss rings behind schedule<br><br>‣ Need to continue to pay for leased capacity in the meantime |
| Relative low scale and collapsing prices stranding investments | ‣ $100M investment (with $60M outstanding commitments) on the Australia-Japan cable worth today ~$20M<br><br>‣ Most sub-sea capacity stranded, e.g. market prices for transatlantic capacity half of Teleglobe's costs on Flag<br><br>‣ Lease costs for POPs in Germany ($70M investment) are $7.5M/year, but margins on sales are ~$2.5M |
| Lack of customer service capabilities | ‣ Only 25 people deployed to offer 7/24 service around the world in a dozen languages<br><br>‣ Little to no back office automation |

Additional $30-$50M required to increase network robustness

Confidential & BCE Restricted

2002-06-12 9:51

16



BCE strategy – Teleglobe...

# Revenue shortfall in key growth products

| | Dec 12th plan (US$M) | Revised 02 (US$M) | What has changed | |
|---|---|---|---|---|
| IP-VPN: slower adoption than planned for | 26 | 5 | • IP-VPN adoption slower than expected<br>• Large number of POPs required to ensure low cost position<br>• Carriers with existing enterprise relationships capturing bulk of IP-VPN new installs | Originally positioned as future growth products |
| Hosting market evaporated | 25 | 0 | • Massive overcapacity in hosting<br>• End of dot-com era<br>• IT outsourcers capturing large share of enterprise hosting services<br>• $300M writedown required | Originally positioned as future growth products |
| Wholesale data continuing to slide | 410 | 375 | • IP transit and leased line prices continuing to fall, with European prices melting down (33% slide in the first 3 months of 2002) | Continued erosion |

At least $80M shortfall in data revenues expected

Source: Teleglobe Revised Management Plan and Teleglobe Dec12th 2001 plan

*Confidential & BCE Restricted*

2002-06-12 9:51

17

BCE strategy – Teleglobe...

# Teleglobe's business plan had to be revised

| US$, Million | Dec 12th Plan | Revised budget 02 | Variance: Revised vs. budget 02 |
|---|---|---|---|
| Revenues | | | |
| Voice | 1,000 | 989 | (11) |
| Data | 460 | 380 | (80) |
| Total | 1,460 | 1,369 | (91) |
| EBITDA | 150 | 59 | (91) |
| Cash CAPEX | 665 | 634 | (31) |
| Unlevered Free Cash Flow | (515) | (598) | (83) |

**Data revenue down 17% and EBITDA revised down 61%**

Source: Teleglobe Revised Management Plan and Teleglobe Dec12th 2001 plan
Confidential & BCE Restricted

2002-06-12 9:51

18



BCE-AD  0029321

BCE strategy – Teleglobe...

## Summary

‣ Market prospects for data not expected to improve soon

‣ Growth products not generating benefits in the short to mid-term

‣ Data wholesale business continuing to erode fast

‣ Untenable position:

  – Poor outlook for enterprise products and services

  – Challenge to build enterprise channels and relationships

  – High cost network

‣ Many competitors cleansing balance sheet

---

**Restructuring Teleglobe's debt is unavoidable, but is it sufficient?**

*2002-06-12 9:51*

*Confidential & BCE Restricted*

20

BCE-AD  0029322



BCE strategy – Teleglobe…

## Restructuring not sufficient

**Key assumptions:**

- Given that revised outlook is not tenable financially, Teleglobe management have prepared a plan that assumes complete debt restructuring and substantial expense reduction

- For example:
  - Discontinue operations in Scandinavia, Germany and Holland (highest capex regions)
  - Close down 18 POPs
  - Reduce lease costs (e.g. satellite)
  - Cut salesforce (e.g. IP-VPN)

Source: Lazard

2002-06-12 9:51

**Free cash flow – post restructuring**
US$, Millions

| 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|
| -467 | -120 | -24 | -124 |

Equity value:
~($500-600) Million

**Problem is with business fundamentals, and not only balance sheet, i.e. excess debt**

*Confidential & BCE Restricted*

21

BCE-AD 0029323

BCE strategy – Teleglobe...

# Need to writedown Teleglobe goodwill

## BCE expected Goodwill impairment

### 100% = CDN$ 7.1-8.1 billion



Others*

4%

96%

Teleglobe

Teleglobe alone: $7.0-7.8 billion

* BGMi and Emergis

2002-06-12 9:51

Confidential & BCE Restricted

22

BCE-AD  0029324

BCE strategy – Teleglobe...
# BCE objectives going forward

> Limit BCE's financial exposure

> Ensure responsible treatment of all customers

> Protect relationships with foreign carriers, especially with respect to protecting bilateral agreements

> Preserve to extent possible value of Teleglobe to its creditors

23

*Confidential & BCE Restricted*

2002-06-12 9:51

BCE-AD 0029325

BCE strategy – Teleglobe...

# Strategic options

▶ Options being considered by Teleglobe:

  ‣ Business combination with another carrier
  ‣ Manage wind-down

▶ Exploratory discussions engaged with potential partners; some limited interest

▶ Must determine outcome by mid-May to limit BCE cash to US$100 million plus US$25 million (for severance and retention)

24

*Confidential & BCE Restricted*

2002-06-12 9:51

BCE-AD 0029326

BCE strategy – Teleglobe...

# Time is short

## Teleglobe's cash use – weekly perspective

Ending cash*
US$, Million



US$ 100M

Week ending

▸ Teleglobe can only last 4 more weeks on its own
▸ US$100 million could take Teleglobe up to June 23

\* Cash excludes retention & severance payment of US$25M (~US$5-10M required in the first 2 weeks, and the balance spread over the next 90 days)

Source: E&Y

*Confidential & BCE Restricted*

2002-06-12 9:51

25

BCE-AD 0029327

BCE strategy – Teleglobe...
# Potential business combination candidates

| Combination rationale | Candidates |
|---|---|

**Complememtary footprint carriers**
- Carrier that have exclusively regional footprint looking for international assets and relationships

Broadwing, GENUiTY™, into the light Qwest, Sprint

**International consolidation and attacking PTTs**
- International carriers merging to form a stronger and larger entity

SEQUANT, Telefónica, AT&T, WorldCom

**Revenue hungry asset owners**
- Take advantage of operators with strong asset base, but insufficient revenues

Level(3), Williams COMMUNICATIONS

Multiple discussions underway but low probability to close a deal quickly

2002-06-12 9:51

*Confidential & BCE Restricted*

26

BCE-AD  0029328

BCE strategy – Teleglobe...

# Liquidation impact on Bell's customers

➤ International component of Bell's customers mostly based on 3 core products:

  ‣ International voice (~$595M per year)

  ‣ International private lines ($13M per year); about 150 Nexxia customers, such as banks, governments, and large industrials

  ‣ IP transit ($18M per year); mostly Bell and other carriers/ISPs

➤ Migrating customers off Teleglobe could require up to 75 days for IPL installations requiring multiple carriers involvement

➤ Current contractual agreement with Teleglobe restrict migration of customers, unless liquidation or breach of contract

Limited risk, except for IPL migrations

2002-06-12 9:51

*Confidential & BCE Restricted*

27

BCE strategy – Teleglobe...
# Proposed action plan

► Appointment by Teleglobe of Chief Restructuring Officer

► Independent directors with restructuring experience appointed at
  Teleglobe

► April 24-market announcement on plans and options
  ‣ Announce range for Goodwill writedown

► Continue discussions with potential partners and pursue in parallel
  potential sale of voice business
  ‣ Mid-May critical decision point

► Commit enough capital to continue operations while looking for
  business combination solution, but without exceeding $100 Million*

► If no agreement can be reached with a partner, than proceed to:
  ‣ Notify customers
  ‣ File under CCAA and other similar legislation
  ‣ Commence orderly shutdown

* Excluding US$25 Million for retention and severance payments associated with a managed shutdown

2002-06-12 9:51

*Confidential & BCE Restricted*

28

BCE-AD  0029330

# Summary

▶ Current situation

▶ BCE strategy — Teleglobe

▶ Managing the SBC put

▶ Financial overview

▶ Issue management plan

29

Confidential & BCE Restricted

2002-06-12 9:51

BCE-AD 0029331

Managing the SBC Put...

# Key provisions of Ameritech/SBC investment

- On 1 June 1999, Ameritech invested $5.1B (US$3.4B) for 20% of Bell Canada
  - At 25% premium to market value
  - And, in October 1999, a further $314M to privatise Mobility

- Ameritech/SBC can put / BCE can call the investment at a 25% premium to FMV
  - July 1, 2002 to December 31, 2002
  - July 1, 2004 to December 31, 2004

- The put/call can be settled with cash and/or interest bearing US$ promissory note
  - With a term of 2 years or less
  - Interest rate at cost of BCE debt + 50 basis points for each 10% of option price above 20% up to a maximum of +1.5%

30

2002-06-12 9:51

*Confidential & BCE Restricted*

BCE-AD 0029332

Managing the SBC Put...

# Funds used to fuel growth

## Use of Funds

- Bell Mobility privatization — $1,300M
- ExpressVu — $1,000M
- Emergis — $600M
- MTS/Intrigna – national expansion — $400M
- Aliant – national expansion — $400M
- Repayment BCE debt — $1,400M
  - ‣ Enabled Bell to accelerate investments:
    - – $250M DSL roll-out
    - – $800M Mobility & Western expansion
    - – $900M Nexxia & data network



A reinvigorated Bell Canada

Bell EBITDA

CAGR 1.0%

CAGR 1.5%

1997  1998  1999  2000  2001  2002

Raising EBITDA growth from 1.0% to 7.5%

Confidential & BCE Restricted

2002-06-12 9:51

31

Managing the SBC Put...

# SBC potential motivation to exercise

> Although well capitalized, SBC considering major strategic moves to boost its growth rates via
>   › Participating in wireless consolidation - e.g. via Cingular/ AT&T or Voicestream
>   › Building a position in the enterprise data sector via Worldcom/AT&T

> Desire to lock in investment gains in Bell fearing US market issues may migrate to Canada. In Q1:
>   › US access lines dropped 2%
>   › Data revenues only grew 6.5%

> Of their international investments, Bell is the most likely source of funds:
>   › European assets not liquid
>   › Mexican asset considered more strategic

## SBC Q1 Results

|  | Q1/2002 | Q1/2001 | Change |
|---|---|---|---|
| Revenues | $12,628 | $13,144 | (3.9)% |
| EBITDA | $5,111 | $5,164 | (1.0)% |
| Data Revenues | $1,668 | $1,519 | 9.8% |
| Cingular Wireless Revenues | $3,316 | $3,065 | 8.2% |

Source: SBC

## SBC Outlook

| Annual Growth | 2002 | 2003 | 2004 |
|---|---|---|---|
| Revenues | 0.3% | 3.3% | 2.7% |
| EBITDA | 0% | 3.9% | 2.8% |

Source: Morgan Stanley

*Confidential & BCE Restricted*

32

2002-06-12 9:51

BCE-AD 0029334

Managing the SBC Put...

# SBC's statements creating uncertainty

## Recent Statements

**14 Nov. 2001**    *"No plans to exercise put option in 2002"*

**28 Feb. 2002**    *"We currently do not know whether we or BCE will exercise our right during that time frame"*

## A change in message

▸ Since late February, SBC's public statements have signaled a change in direction
  ▸ Will no longer state categorically that they will not exercise the put

▸ And, in discussions with analysts, they have indicated that the Bell put is a real source of funds for consolidation plans

Uncertainty creating an overhang on the BCE stock that we must address

33

2002-06-12 9:51

*Confidential & BCE Restricted*

BCE-AD 0029335



BCE-AD 0029336

Managing the SBC Put...

# SBC Put financing

## Strategy and Objectives

‣ Utilize SBC Promissory Note as a bridge to a more permanent financing structure to be implemented with appropriate debt / equity mix and targeted asset monetizations over two years

‣ In advance of SBC Put, secure rating agency confirmation that investment grade credit status will be preserved

‣ Maintain current BCE dividend policy

2002-06-12 9:51

*Confidential & BCE Restricted*

35

BCE-AD 0029337

Managing the SBC Put...

# SBC Put interim financing

## SBC Promissory Note: Indicative Pricing

| | |
|---|---|
| Issuer: | BCE Inc. |
| Amount: | US$3.7B - US$4.7B (C$6.0B - C$7.5B) |
| Issue Date: | Sept /Oct 1, 2002 |
| Term: | 2 Years (with prepayment option) |
| Fixed Coupon: | |
| Benchmark Yield (2 year GOC): | 4.00% |
| Spread (at BBB+ rating): | 2.00% |
| SBC Premium: | 1.50% |
| Interest Rate: | 7.50% |

Put Price and Promissory Note terms, conditions and covenants to be negotiated in good faith, with dispute resolution decided by investment bankers

Confidential & BCE Restricted

36

2002-06-12 9:51

Managing the SBC Put...

## Refinancing of SBC Promissory Note

| (Cdn $M) | 2002 | 2003 | 2004 |
|---|---|---|---|
| SBC Promissory Note Balance | (7,500) | (4,500) | (500) |
| Equity Related Issue to SBC / Public | 1,000 [Q3] | 2,000 [Q2] | 500 [Q2][2] |
| Incremental Directories Securitization[1] | 500 [Q3] | | |
| Term Debt Issuance | 1,500 [Q4] | 2,000 [Q2] | |
| SBC Promissory Note - Y/E Balance | (4,500) | (500) | 0 |

(1) $1.5B raised through securitization; $1.0B remains at Bell to finance its operating plan

(2) Equity issuance can be reduced by issuance of treasury shares for DRP / ESP plans which should generate approximately $600M from Jan. 1, 2002 to Dec. 31 2004

2002-06-12 9:51

Confidential & BCE Restricted

37

BCE-AD 0029339

Managing the SBC Put...

# Financial impacts of SBC Put

## Modest impact on earnings...

| $M | 2002 | 2003 | 2004 |
|---|---|---|---|
| **Impact on NIAC** | | | |
| Increased earnings | 91 | 402 | 470 |
| Extra interest expense | (72) | (249) | (195) |
| | 19 | 153 | 275 |
| **Impact on EPS** | | | |
| Increased earnings | 0.11 | 0.50 | 0.58 |
| Extra interest expense | (0.09) | (0.31) | (0.24) |
| Dilution | (0.01) | (0.17) | (0.33) |
| | 0.01 | 0.02 | 0.01 |

## ...but reduced financial flexibility due to debt levels

| (C$M) | Mar 31/02 Actual | Pro Forma Dec 31/02 |
|---|---|---|
| **Consolidated Balance Sheet** | | |
| Total Debt | $20,252 | $23,300 |
| Total Book Capitalization | $43,051 | $37,936 |
| **Key Credit Ratios** | | |
| Debt / Total Capitalization | 47.4% | 61.4% |
| Debt / Trailing EBITDA | 2.7X | 3.0X |
| EBITDA / Interest | 6.2X | 7.0X |

38

2002-06-12 9:51

*Confidential & BCE Restricted*

BCE-AD  0029340

# Summary

▸ Current situation

▸ BCE strategy – Teleglobe

▸ Managing the SBC Put

▸ Financial Overview

▸ Issue management plan

Confidential & BCE Restricted

2002-06-12 9:51

39

BCE-AD 0029341

Financial overview...

# Growth outlook – 2002-2004



## BCE Consolidated Revenue, EBITDA and EPS

| CAGR | 01-02 | 01-04 |
|---|---|---|
| Revenue | 5.4% | 8.0% |
| EBITDA | 8.9% | 9.8% |
| EPS | 7.5% | 11.7% |

Confidential & BCE Restricted

40

2002-06-12 9:51

BCE-AD 0029342

Financial overview...

# BCE credit profile

| (CSM) | 2001A | 2002E | 2003E | 2004E |
|---|---|---|---|---|
| **Consolidated Balance Sheet** | | | | |
| Total Debt | $19,955 | $23,300 | $19,370 | $17,939 |
| Total Capitalization | $42,639 | $37,936 | $35,479 | $36,114 |
| **Key Credit Ratios** | | | | |
| Debt / Total Capitalization | 46.8% | 51.4% | 54.4% | 49.5% |
| Debt / EBITDA | 2.8 | 3.0 | 2.2 | 1.9 |
| EBITDA / Interest | 4.7 | 7.0 | 5.7 | 6.6 |
| Free Cash Flow | (4,180) | (8,836) | 44 | 786 |
| (before monetizations) | | | | |
| **Implied Credit Ratings:** | | | | |
| S&P | A+ | BBB+ | BBB+ | A- |
| Moody's | A3 | Baa3 | Baa3 | Baa2 |
| DBRS | A(H) | BBB(H) | BBB(H) | A(L) |
| DBRS (Commercial Paper)[1] | R1 Mid | R1 Low/R2 Hi | R1 Low/R2 Hi | R1 Low |

(1) Should CP decline to a R2 High Rating BCE's access to the CP market would be restricted

Confidential & BCE Restricted

41

2002-06-12 9:51

Financial overview...

# In summary, still outperforming comparables



RBOCS: Bell South. SBC. Verizon (Qwest excluded)

Source: Analysts estimates: UBS, BMO, Merrill Lynch, Morgan Stanley

Confidential & BCE Restricted

2002-06-12 9:51

42

# Summary

- ➤ Current situation

- ➤ BCE strategy – Teleglobe

- ➤ Managing the SBC put

- ➤ Financial overview

- ➤ Issue management plan

43

Confidential & BCE Restricted

2002-06-12 9:51

BCE-AD 0029345

# Issue management plan

1. Key messages
2. Investors relations plan
3. Customer communication plan
4. Employee communication plan
5. Government relation plan
6. Media communication plan

44

Confidential & BCE Restricted

2002-06-12 9:51

BCE-AD 0029346

Issue Management Plan...

## Communications – Key messages

▸ BCE conducted a pragmatic assessment of Teleglobe situation and made decision in best interest of shareholders and customers

▸ Limited funding to Teleglobe will protect customer service while Teleglobe pursues options

▸ Committed to strategy: The strength/performance of Bell, our core franchise is solid; convergence showing progress

▸ We maintain the earning power of the Group and protect dividend

Objectives of these actions are to:
  ▸ Remove uncertainty surrounding events
  ▸ Demonstrate company is in control of situation
  ▸ Enhance shareholder value

2002-06-12 9:51

Confidential & BCE Restricted

45

Issue Management Plan...

# Communication plan – Investors

▶ Objectives

  ‣ Reinforce messages on individual basis

  ‣ Reinforce financial stability of the company

▶ April 24

  ‣ 8:00 am Meeting with analysts (media present)

▶ Post April 24

  ‣ CEO meetings with top 30 institutional holders of BCE equity (e.g. Caisse, Teachers, Fidelity, Putnam, etc.)

2002-06-12 9:51

Confidential & BCE Restricted

BCE-AD 0029348

Issue Management Plan...

# Communication plan – Customers

- **Objectives**
  - Assure business customers of service continuity at Bell
  - Assure that BCE management has clear going-forward plan with customer needs at epicenter

- **April 24**
  - Letter sent to business customers
  - Q&A's sent to sales teams and call centers
  - JCM personal calls/meetings with bankers

- **Post April 24**
  - Individual account management to determine impact, if any, of Teleglobe situation

2002-06-12 9:51

*Confidential & BCE Restricted*

47

BCE-AD 0029349

Issue Management Plan...

# Communication plan – Employees

▸ Objectives

    ▸ Equip employees with the details so they can be ambassadors of our position/messages

    ▸ Assure employees that management has solid going-forward plan

    ▸ Reinforce need to focus on execution of business plans

▸ April 24

    ▸ JCM call to top 250 BCE employees

    ▸ JCM letter to all BCE employees

    ▸ Q&A's posted on intranets

▸ Post April 24

    ▸ Town Hall meetings with employees (MJS)

    ▸ Ongoing communications

2002-06-12 9:51

*Confidential & BCE Restricted*

48

BCE-AD 0029350

Issue Management Plan...

# Communication plan – Government

▶ Objectives

* Assure that BCE remains strong financially with future international growth potential

* Assure that BCE remains focused on its overall strategy (connectivity with content and commerce)

* Assure that BCE will remain the driving force in the Canadian telecom landscape

▶ April 24

* JCM scheduled calls to A. Rock, J. Manley, P. Martin, Prime Minister, P. Pettigrew

* Calls to Premiers of Quebec and Ontario

* Calls to Deputy Ministers by MJS and Bell Government Relations staff

* Mailing of Briefing package (letter, press releases) to key members of Parliament

▶ Post April 24

* Ongoing liaison by Government Relations staff with key officials

2002-06-12 9:51

*Confidential & BCE Restricted*

49

BCE-AD 0029351

Issue Management Plan...

# Communication plan – Media

➤ Objectives

　➤ Fully explain BCE decision on Teleglobe

　➤ Deliver key messages on SBC

　➤ Allow full media access to CEO

　➤ Provide transparency through media to our retail shareholder base

➤ April 24

　➤ 10:00 to 11:00 a.m.　Media Briefing

　➤ 11:00 to 1:00 p.m.　One-on-one interviews

50

Confidential & BCE Restricted

BCE-AD 0029352