# APPENDIX 4A
# (Part 1)

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0001 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: Fourth Quarter 2001 interim financial statements | 1/23/2002 | R.2004-BCE012160 | R.2004-BCE012163 | | |
| PX0002 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: 2001 year-end financial statements (original version) | 2/27/2002 | R.2004-BCE012151 | R.2004-BCE012157 | | |
| PX0003 | Memo from S. Skinner to M. Lalande et al, re: Management representation letters for BCE & TGO (w/ handwritten note, "April ?") | 3/3/2002 | BCE-AD 0365812 | BCE-AD 0365812 | | |
| PX0004 | Memo from S. Skinner to J. Monty re: follow-up on Deloitte & Touche representations letters | 3/20/2002 | BCE-AD 0368215 | BCE-AD 0368215 | | |
| PX0005 | Email from S. Skinner to M. Ryan, et al re: Teleglobe rep letter 4:42 PM | 4/8/2002 | BCE-AD 0372595 | BCE-AD 0372595 | | |
| PX0006 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: 2001 year-end financial statements (revised version) | 2/27/2002 | BCE-AD 0533704 | BCE-AD 0533710 | | |
| PX0007 | Memo from M. Ryan to File re: Advance Call - Special BCE/Teleglobe Board of Directors' Meeting April 11, 2002 - 9:15 a.m. | 4/11/2002 | BCE-SUP121881 | BCE-SUP121888 | | |
| PX0008 | Memo from B. Kirby to P. Nicholson re: Reviewing Teleglobe's Strategic Options | 4/9/2002 | BCET095600 | BCET095602 | | |
| PX0009 | Transcript, 2002 BCE Business Review, Jean Monty/John Sheridan Q&A | 12/12/2001 | BCE-AD 0138435 | BCE-AD 0138557 | | |
| PX0010 | Transcript, 2002 BCE Business Review, Michael Sabia/Q&A | 12/12/2001 | BCE-AD 0010732 | BCE-AD 0010815 | | |
| PX0011 | Transcript, Jean Monty remarks at Investor Conference | 1/8/2002 | BCE-AD 0322200 | BCE-AD 0322240 | | |
| PX0012 | Transcript, Siim Vanaselja, CFO of BCE Inc. | 3/5/2002 | BCE-AD 0010407 | BCE-AD 0010442 | | |
| PX0013 | Email from M. Lalande to R. Norman et al, re: Credit Facilities / Debentures 09:50:36 | 2/18/2002 | BCE-SUP121432 | BCE-SUP121432 | | |
| PX0014 | Teleglobe Inc. Financial Information U.S. GAAP 2001 (final - approved by board on 2/27/02) | 2001 | R.2004-BCE010663 | R.2004-BCE010699 | | |
| PX0015 | Teleglobe Financial Information 2001 US GAAP Report (final - after April revisions) | 2/27/2002 | GEN023001 | GEN 023037 | | |
| PX0016 | Support Agreement | 2/15/2000 | BCET119212 | BCET119253 | | |
| PX0017 | Amendment to Support Agreement | 6/18/2000 | BCE-AD 00030297 | BCE-AD 00030311 | | |
| PX0018 | BCE News Release, "BCE to Acquire Remainder of Teleglobe for C$9.65 Billion" | 2/15/2000 | BCE-AD 0067167 | BCE-AD 0067170 | | |
| PX0019 | Chart of February 15, 2000 Stock Option Grants | 2/15/2000 | BCET119268 | BCET119268 | | |
| PX0020 | Presentation "The Strategic Transformation of BCE" - Work in Progress - Board of Directors Meeting | 3/22/2000 | BCE-AD 0056945 | BCE-AD 0057013 | | |
| PX0021 | Executive Summary, Financial & Control Systems | 4/20/2000 | BCE-AD 0028142 | BCE-AD 0028143 | | |
| PX0022 | Fax from T. Jarman to J. Monty et al. re: As discussed, Quarterly numbers and graphs re: TCC - With and without TBS, attaching quarterly numbers and graphs | 5/8/2000 | R.2004-BCE008528 | R.2004-BCE008535 | | |
| PX0023 | BCE Proposal | 6/9/2000 | BCE-AD 0028214 | BCE-AD 0028215 | | |
| PX0024 | Globe & Mail Article, "BCE seeks to lower bid for Teleglobe" | 6/14/2000 | BCE-AD 0077485 | BCE-AD 0077486 | | |
| PX0025 | BCE News Release "BCE and Teleglobe Confirm the Terms of Their Transaction" | 6/19/2000 | BCE-AD 0006694 | BCE-AD 0006696 | | |
| PX0026 | Teleglobe Post-Transaction Perspectives (Confidential Draft) | 6/20/2000 | BCE-AD 0028182 | BCE-AD 0028185 | | |
| PX0027 | Letter from J. Monty to Members of the BCE Board of Directors re: Teleglobe transaction, attaching notes | 6/21/2000 | BCET083326 | BCET083330 | | |
| PX0028 | Email from M. Turcotte to M. Sabia re: Teleglobe legal staff integration process, attaching integration document | 8/10/2000 | BCE-AD 0541560 | BCE-AD 0541564 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0029 | Teleglobe Management Information Circular | 9/27/2000 | RBC001732 | RBC001894 | | |
| PX0030 | BCE Board Meeting Minutes 2/15/00 at 2:00 PM | 2/15/2000 | BCE-SUP126626 | BCE-SUP126630 | | |
| PX0031 | BCE Board Meeting Minutes, 6/28/00 at 9:00 AM | 6/28/2000 | BCE-SUP126639 | BCE-SUP126647 | | |
| PX0032 | BCE Board Meeting Minuutes, 7/26/00 at 9:30 AM | 7/26/2000 | BCE-SUP126652 | BCE-SUP126660 | | |
| PX0033 | BCE Board Meeting Minutes, 9/27/00 at 9:00 AM | 9/27/2000 | BCE-SUP126661 | BCE-SUP126678 | | |
| PX0034 | BCE Board Meeting Minutes. 10/25/00 at 8:30 AM | 10/25/2000 | BCE-SUP126679 | BCE-SUP126701 | | |
| PX0035 | BCE Board Meeting Minutes, 1/24/01 at 9:00 AM | 1/24/2001 | BCE-SUP126772 | BCE-SUP 126780 | | |
| PX0036 | BCE Board Meeting Minutes. 4/25/01 at 8:00 AM | 4/25/2001 | BCE-SUP126702 | BCE-SUP126704 | | |
| PX0037 | BCE Board Meeting Minutes, 7/18/01 at 8:00 AM | 7/18/2001 | BCE-SUP126705 | BCE-SUP126708 | | |
| PX0038 | BCE Board Meeting Minutes, 9/26/01 at 8:30 AM | 9/26/2001 | BCE-SUP126709 | BCE-SUP126713 | | |
| PX0039 | BCE Board Meeting Minutes, 10/24/01 at 9:00 AM | 10/24/2001 | BCE-SUP126714 | BCE-SUP126724 | | |
| PX0040 | BCE Board Meeting Minutes, 11/28/01 at 8:30 AM | 11/28/2001 | BCE-SUP124981 | BCE-SUP124995 | | |
| PX0041 | BCE Board Meeting Minutes, 1/23/02 at 9:00 AM | 1/23/2002 | BCE-SUP126740 | BCE-SUP126771 | | |
| PX0042 | BCE Board Meeting Minutes, 2/27/02 at 8:30 AM | 2/27/2002 | BCE-SUP126781 | BCE-SUP126793 | | |
| PX0043 | BCE Board Meeting Minutes, 4/19/02 at 12:00 PM | 4/19/2002 | BCE-SUP126794 | BCE-SUP126795 | | |
| PX0044 | BCE Board Meeting Minutes, 4/22/02 at 5:00 PM | 4/22/2002 | BCE-SUP126796 | BCE-SUP126797 | | |
| PX0045 | BCE Board Meeting Minutes, 4/23/02 at 6:30 PM | 4/23/2002 | BCE-SUP126798 | BCE-SUP126808 | | |
| PX0046 | BCE Board Meeting Minutes, 4/23/02 at 6:30 PM | 4/23/2002 | R.2004-BCE006338 | R 2004-BCE006346 | | |
| PX0047 | BCE Record Book | 11/30/2001 | BCE-AD 0543612 | BCE-AD 0543692 | | |
| PX0048 | BCE-Bell Canada Secretariat BCE Record Book 4/23/02 | 4/23/2002 | BCE-AD 0543438 | BCE-AD 0543611 | | |
| PX0049 | Memo from M. Ryan to File re: BCE 10/24/01 Board of Directors meeting | 10/24/2001 | BCE-AD 0497289 | BCE-AD 0497292 | | |
| PX0050 | Memo from M. Ryan to File et al, re: BCE Inc Board of Directors' Meeting February 27, 2002 | 2/27/2002 | BCE-AD 0582829 | BCE-AD 0582835 | | |
| PX0051 | Memo from M Ryan to File re: Advance Call - Special BCE/Teleglobe Board of Directors' Meeting April 11, 2002 - 9:15 a m | 4/11/2002 | BCE-AD 0497515 | BCE-AD 0497517 | | |
| PX0052 | Memo from M. Ryan to file summarizing an informal BCE board meeting on 4/19/02 | 4/19/2002 | BCE-AD 00029598 | BCE-AD 00029604 | | |
| PX0053 | Memo from M Ryan to file summarizing an informal BCE board meeting on 4/22/02 | 4/22/2002 | BCE-AD 00029688 | BCE-AD 00029688 | | |
| PX0054 | BCE Board Meeting Purpose & Summary Statement, Approval of financial assistance to Teleglobe | 5/3/2000 | BCE-AD 0027970 | BCE-AD 0027975 | | |
| PX0055 | BCE Board Meeting Purpose & Summary Statement, US$75 Million Supplemental Funding for Teleglobe; Teleglobe Inc Board Meeting Purpose & Summary Statement, US$75 Million Supplemental Funding for Telelgobe- | 10/24/2001 | BCE-AD 0022193 | BCE-AD 0022194 | | |
| PX0056 | BCE Inc Resolution No. 7 Financial Assistance to Teleglobe | 10/24/2001 | BCE-AD 0207278 | BCE-AD 0207279 | | |
| PX0057 | BCE Board Resolution No 7, approving 2004-2004 Financial Plan and 2002 Budget, and authorizing $850 million in financial assistance to Teleglobe Inc. | 11/28/2001 | BCET072143 | BCET072146 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0058 | BCE Board Meeting Purpose & Summary Statement, Teleglobe Tax Loss Monetization | 2/27/2002 | BCE-AD 0003607 | BCE-AD 0003608 | | |
| PX0059 | Teleglobe Board Meeting Minutes, 5/7/99 at 4:00 PM | 5/7/1999 | BCE-AD 0091280 | BCE-AD 0091282 | | |
| PX0060 | Teleglobe Board Meeting Minutes, 11/23/99 at 8:30 AM | 11/23/1999 | STB-TGO08344 | STB-TGO08347 | | |
| PX0061 | Teleglobe Board Meeting Minutes, 2/12/00 at 12:00 PM | 2/12/2000 | BCE-AD 0091777 | BCE-AD 0091779 | | |
| PX0062 | Teleglobe Special Committee Meeting Minutes, 2/14/00 at 9:00 AM | 2/14/2000 | BCET122147 | BCET122153 | | |
| PX0063 | Teleglobe Special Committee Meeting Minutes, 2/15/00 at 9:00 AM | 2/15/2000 | BCET122154 | BCET122155 | | |
| PX0064 | Teleglobe Board Meeting Minutes, 2/15/00 at 12:00 PM | 2/15/2000 | BCET119197 | BCET119211 | | |
| PX0065 | Teleglobe Special Committee Meeting Minutes, 3/8/00 at 12:30 PM | 3/8/2000 | BCET122156 | BCET122157 | | |
| PX0066 | Teleglobe Special Committee Meeting Minutes, 3/13/00 | 3/13/2000 | BCET122158 | BCET122159 | | |
| PX0067 | Teleglobe Board Meeting Minutes, 3/14/00 at 12:30 PM | 3/14/2000 | RES000023636 | RES00002346 | | |
| PX0068 | Teleglobe Board Meeting Minutes, 4/11/00 at 10:00 AM | 4/11/2000 | BCE-AD 0091876 | BCE-AD 0091880 | | |
| PX0069 | Teleglobe Special Committee Meeting Minutes, 5/15/00 at 6:15 PM | 5/15/2000 | BCET122160 | BCET122161 | | |
| PX0070 | Teleglobe Special Committee Meeting Minutes, 5/16/00 at 11:30 AM | 5/16/2000 | BCET122162 | BCET122163 | | |
| PX0071 | Teleglobe Board Meeting Minutes, 5/16/00 at 12:30 PM | 5/16/2000 | RES000023668 | RES000023699 | | |
| PX0072 | Teleglobe Board Meeting Minutes, 5/31/00 at 9:20 AM | 5/31/2000 | RES000023700 | RES000023702 | | |
| PX0073 | Teleglobe Special Committee Meeting Minutes, 6/11/00 at 7:00 PM | 6/11/2000 | BCET122170 | BCET122171 | | |
| PX0074 | Teleglobe Special Committee Meeting Minutes, 6/14/00 at 8:30 PM | 6/14/2000 | BCET122173 | BCET122174 | | |
| PX0075 | Teleglobe Special Committee Meeting Minutes, 6/17/00 at 2:00 PM | 6/17/2000 | BCET122175 | BCET122177 | | |
| PX0076 | Teleglobe Board Meeting Minutes, 6/18/00 at 4:30 PM | 6/18/2000 | BCE-AD 0091924 | BCE-AD 0091928 | | |
| PX0077 | Teleglobe Special Committee Meeting Minutes, 6/18/00 at 3:30 PM | 6/18/2000 | BCET122178 | BCET122179 | | |
| PX0078 | Teleglobe Board Meeting Minutes, 6/19/00 at 8:30 AM | 6/19/2000 | RES000023710 | RES000023716 | | |
| PX0079 | Teleglobe Board Meeting Minutes, 7/19/00 at 5:30 PM | 7/19/2000 | RES000023763 | RES000023768 | | |
| PX0080 | Teleglobe Board Meeting Minutes, 8/9/00 at 11:00 AM | 8/9/2000 | RES000023783 | RES000023792 | | |
| PX0081 | Teleglobe Board Meeting Minutes, 10/25/00 at 6:00 PM | 10/25/2000 | RES000023814 | RES000023818 | | |
| PX0082 | Teleglobe Board Meeting Minutes, 11/10/00 at 3:00 PM | 11/10/2000 | RES000023878 | RES000023881 | | |
| PX0083 | Teleglobe Board Resolution re: committee appointments | 12/15/2000 | BCE-AD 0092104 | BCE-AD 0092109 | | |
| PX0084 | Teleglobe Board Meeting Minutes, 1/24/01 at 4:00 PM | 1/24/2001 | BCET058441 | BCET058451 | | |
| PX0085 | Teleglobe Board Meeting Minutes, 2/28/01 at 4:00 PM | 2/28/2001 | BCE-AD 0088316 | BCE-AD 0088326 | | |
| PX0086 | Teleglobe Board Meeting Minutes, 4/12/01 aat 4:30 PM | 4/12/2001 | BCE-AD0092138 | BCE-AD0092140 | | |
| PX0087 | Teleglobe Board/Audit Meeting Minutes, 4/24/01 at 3:30 PM | 4/24/2001 | BCET119551 | BCET119554 | | |
| PX0088 | Teleglobe Board Meeting Minutes, 5/23/01 at 9:00 AM | 5/23/2001 | BCET119555 | BCET119558 | | |
| PX0089 | Teleglobe Board Meeting Minutes, 7/18/01 at 8:00 AM | 7/18/2001 | RES000023927 | RES000023932 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0090 | Teleglobe Audit Committee Meeting Minutes, 7/24/01 at 2:30 PM | 7/24/2001 | RES000027469 | RES000027470 | | |
| PX0091 | Teleglobe Board Meeting Minutes, 07/25/2001 at 4:00 PM | 7/25/2001 | BCET119565 | BCET119571 | | |
| PX0092 | Teleglobe Board Meeting Minutes, 08/17/2001 at 9:00 AM | 8/17/2001 | BCE-AD 0264860 | BCE-AD 0264862 | | |
| PX0093 | Teleglobe Audit Committee Meeting Minutes, 8/22/01 at 12:00 PM | 8/22/2001 | RES0000027471 | RES0000027472 | | |
| PX0094 | Teleglobe Board Meeting Minutes, 11/28/01 at 3:45 PM | 11/28/2001 | BCET119584 | BCET119592 | | |
| PX0095 | Teleglobe Board Meeting Minutes, 1/23/02 at 3:00 PM | 1/23/2002 | RES000023968 | RES000023972 | | |
| PX0096 | Teleglobe Board Meeting Minutes, 1/23/02 at 3:00 PM | 1/23/2002 | BCE-AD 0075289 | BCE-AD 0075293 | | |
| PX0097 | Teleglobe Board Meeting Minutes, 2/27/02 at 3:30 PM | 2/27/2002 | No Bates number (Pichette 4) | No Bates number | | |
| PX0098 | Teleglobe Board Meeting Minutes, 2/27/02 at 3:30 PM | 2/27/2002 | BCET119604 | BCET119613 | | |
| PX0099 | Teleglobe Board Meeting Minutes, 4/23/02 at 4:30 PM | 4/23/2002 | RES000023986 | RES000023988 | | |
| PX0100 | Teleglobe Board Meeting Minutes, 4/23/02 at 11:00 PM | 4/23/2002 | RES000023990 | RES000023998 | | |
| PX0101 | Memo from M. Ryan to File et al. re: Special Teleglobe Joint Board/Audit Committee Meeting of April 12, 2001 | 4/12/2001 | BCE-AD 0508713 | BCE-AD 0508715 | | |
| PX0102 | Memo from M. Ryan to File et al, re: Teleglobe Inc. Audit Committee Meeting October 23, 2001 - 3:00 PM | 10/19/2001 | BCE-AD 0497252 | BCE-AD 0497255 | | |
| PX0103 | Memo from M. Ryan to File re: Teleglobe Inc Board of Directors' Meeting - October 24, 2001 | 10/24/2001 | BCE-AD 0497256 | BCE-AD 0497258 | | |
| PX0104 | Memo from M. Ryan to File et al, re: Teleglobe Inc. Board of Directors Meeting January 23, 2002 | 1/23/2002 | BCET099656 | BCET0996558 | | |
| PX0105 | Memo from M. Ryan to File et al, re: Teleglobe Audit Committee Meeting of February 26, 2002 | 2/26/2002 | BCET027162 | BCET027165 | | |
| PX0106 | Memo From M. Ryan to File et al re: Teleglobe Board of Directors' Meeting February 27, 2002 | 2/27/2002 | BCET099649 | BCET099651 | | |
| PX0107 | Teleglobe Board Resolution No. 2000-50, Creation and Issuance of Fourth Series Preferred Shares to BCE Inc. | 6/29/2000 | RES000023739 | RES000023761 | | |
| PX0108 | Meeting of the Board of Directors Redemption of the Third Series Preferred Shares - Purpose and Summary Statement | 2/28/2001 | BCE-AD 0203063 | BCE-AD 0203063 | | |
| PX0109 | Teleglobe Inc Meeting of the Board of Directors Purpose and Summary Statement | 2/28/2001 | BCE-AD 0139307 | BCE-AD 0139307 | | |
| PX0110 | Teleglobe Inc. Board Resolution No. 3, approving Funding Plan and and TCC Plan | 11/28/2001 | BCE-AD 0207405 | BCE-AD 0207406 | | |
| PX0111 | Teleglobe Inc Special Board of Directors Meeting - Tentative Agenda | 4/12/2002 | GEN009765 | GEN009766 | | |
| PX0112 | Solvency Certificate of Michael T. Boychuk as Chief Financial Officer of Teleglobe | 1/24/2001 | RES000018000 | RES000018000 | | |
| PX0113 | Solvency Certificate of Michael T. Boychuk as Chief Financial Officer of Teleglobe | 2/28/2001 | RES000092823 | RES000092823 | | |
| PX0114 | Teleglobe Inc Board Meeting Record Book 2/15/00 | 2/15/2000 | RES000072443 | RES000072615 | | |
| PX0115 | Teleglobe Inc. Board Meeting Record Book 3/14/00 | 3/14/2000 | RES000072751 | RES000073025 | | |
| PX0116 | Teleglobe Inc. Board Meeting Record Book 4/11/00 | 4/11/2000 | BCE-AD0086007 | BCE-AD0086088 | | |
| PX0117 | Teleglobe Finance Committee Record Book, 5/16/00 | 5/16/2000 | RES000073422 | RES000073466 | | |
| PX0118 | Teleglobe Inc. Board Meeting Record Book 5/31/00 | 5/31/2000 | BCE-AD 0088950 | BCE-AD 0088957 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0119 | Teleglobe Inc. Board Meeting Record Book, 6/18/00 | 6/18/2000 | BCE-AD 0088958 | BCE-AD 0089016 | | |
| PX0120 | Teleglobe Inc. Board Meeting Record Book 6/19/00 at 2:00 PM | 6/19/2000 | RES000073026 | RES000073044 | | |
| PX0121 | Teleglobe Inc. Board Meeting Record Book 6/19/00 at 8:30 AM | 6/19/2000 | RES000073045 | RES000073089 | | |
| PX0122 | Teleglobe Inc. Board Meeting Record Book 8/9/00 | 8/9/2000 | BCE-AD 0089306 | BCE-AD 0089637 | | |
| PX0123 | Teleglobe Inc. Board Meeting Record Book 10/25/00 | 10/25/2000 | BCE-AD 0089638 | BCE-AD 0089725 | | |
| PX0124 | Teleglobe Inc. Board Meeting Record Book 11/10/00 | 11/10/2000 | RES000014090 | RES000014150 | | |
| PX0125 | Teleglobe Board Meeting Mailing Materials and Record Book, 1/24/01 | 1/24/2001 | BCE-AD 0089847 | BCE-AD 0090055 | | |
| PX0126 | Teleglobe Board Meeting Mailing Materials and Record Book, 2/28/01 | 2/28/2001 | RES000019165 | RES000019571 | | |
| PX0127 | Teleglobe Joint Board/Audit Committee Meeting Mailing Materials and Record Book, 4/24/01 | 4/24/2001 | RES000018518 | RES000018853 | | |
| PX0128 | Teleglobe Special Board Meeting Mailing Materials and Record Book, 7/18/01 | 7/18/2001 | RES000026976 | RES000027018 | | |
| PX0129 | Teleglobe Audit Committee Meeting Mailing Materials and Record Book, 7/24/01 | 7/24/2001 | RES000027085 | RES000027166 | | |
| PX0130 | Teleglobe Board Meeting Mailing Materials and Record Book, 7/25/01 | 7/25/2001 | BCE-AD 0090587 | BCE-AD 0090720 | | |
| PX0131 | Teleglobe Inc. Board Meeting Record Book 8/17/01 | 8/17/2001 | BCE-AD 0090721 | BCE-AD 0090766 | | |
| PX0132 | Teleglobe Board Meeting Mailing Materials and Record Book, 10/24/01 | 10/24/2001 | BCE-AD 0090767 | BCE-AD 0091009 | | |
| PX0133 | Teleglobe Board Meeting Mailing Materials and Record Book, 11/28/01 | 11/28/2001 | BCE-AD 0091010 | BCE-AD 0091219 | | |
| PX0134 | Teleglobe Inc. Board Meeting Record Book 1/23/02 | 1/23/2002 | RES000007842 | RES000007957 | | |
| PX0135 | Teleglobe Board Meeting Mailing Materials and Record Book, 2/27/02 | 2/27/2002 | GEN 012556 | GEN 012597 | | |
| PX0136 | Teleglobe Board Meeting Mailing Materials and Record Book, 4/12/02 | 4/12/2002 | RES000028824 | RES000029012 | | |
| PX0137 | Teleglobe Board/Audit Meeting Mailing Materials and Record Book | 4/23/2002 | RES000029013 | RES000029174 | | |
| PX0138 | Teleglobe-Notes on Meeting Michael Sabia-Glenn Rourke 6/11/01 | 6/11/2001 | BMO000805 | BMO000805 | | |
| PX0139 | Teleglobe Banking Syndicate Review | 6/21/2001 | BMO001616 | BMO001653 | | |
| PX0140 | Teleglobe Bank Meeting Minutes, 6/21/01 | 6/21/2001 | BMO015515 | BMO015515 | | |
| PX0141 | Transaction Summary for Teleglobe Inc. | not dated | BMO012837 | BMO012842 | | |
| PX0142 | TG Call Report 1/9/02: Meeting with Boychuk; VanGheluwe; and Rourke | 1/9/2002 | BMO001494 | BMO001495 | | |
| PX0143 | Email from G. Rourke to S. Kelly et al, re: Teleglobe | 7/11/2001 | BMO000879 | BMO000879 | | |
| PX0144 | Email from G. Rourke to C. Campbell et al, re: Teleglobe (TGO) | 11/9/2001 | BMO000992 | BMO000992 | | |
| PX0145 | The Gazette, 2 Articles - "Teleglobe work force revamped" & "Faster, cheaper" | 3/19/2002 | BMO009591 | BMO009591 | | |
| PX0146 | Call with Steve and Glenn (Notes) | 1/9/2001 | BMO014399 | BMO014399 | | |
| PX0147 | Conference Call, Steve, Colleen and Glenn (Notes) | 1/14/2001 | BMO014535 | BMO014535 | | |
| PX0148 | APRMA Approval Status, Teleglobe Inc. Bridge 06/01 | 7/10/2001 | BMO014975 | BMO014978 | | |
| PX0149 | Glenn Rourke's Notebook. TGO (6/2000-10/2001) | 6/1/2000-10/1/2001 | BMO015516 | BMO015579 | | |
| PX0150 | Glenn Rourke's Calendar (1/1/00-5/30/02) | 5/30/2002 | BMO015622 | BMO015650 | | |
| PX0151 | Email from J. Hastings to C. Kee et al, re: Teleglobe | 5/8/2001 | CBG001877 | CBG001877 | | |
| PX0152 | Teleglobe Banking Syndicate Review | 6/21/2001 | CBG000135 | CBG000172 | | |
| PX0153 | Section A - Approval of Summary Terms, w/ handwritten notes | 7/6/2001 | CBG000686 | CBG000701 | | |
| PX0154 | Email from J. Hastings to L. Jones et al, re: RE: Teleglobe - Credit Approval Memo | 7/11/2001 | CBG002017 | CBG002017 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0155 | Email from J. Hastings to R. Beadon et al, re: RE: Teleglobe Credit Approval Memo | 7/11/2001 | CBG000064 | CBG000064 | | |
| PX0156 | Email from L. Jones to J. Hastings et al. re: RE: Teleglobe - Credit Approval Memo | 7/12/2001 | CBG000052 | CBG000055 | | |
| PX0157 | Email from J. Hastings to L. Jones et al. re: BCI | 10/25/2001 | CBG002023 | CBG002023 | | |
| PX0158 | BCE Inc. Annual Review - August 2001 | 8/1/2001 | CBG000661 | CBG000680 | | |
| PX0159 | Email from R. Beadon to J. Hastings re: RE: Teleglobe - Credit Approval Memo | 7/12/2001 | CBG000056 | CBG000056 | | |
| PX0160 | Email from P. VanGheluwe to J. Hastings re: Teleglobe Financing | 6/6/2001 | CBG001965 | CBG001966 | | |
| PX0161 | Salomon Smith Barney credit (risk) analysis | 7/6/2001 | CBG000041 | CBG000051 | | |
| PX0162 | Letter from M. Boychuk to A. Simpson re: Teleglobe Inc. - US$1,250,000,000 Credit Facilities ("Facilities") | 7/17/2000 | BT000263 | BT000264 | | |
| PX0163 | Memo from A. Simpson to T. Hamamura re: Teleglobe Inc. | 6/21/2001 | BT000279 | BT000279 | | |
| PX0164 | Fax from A. Simpson to T. Kawasaki et al re: Teleglobe Inc Credit Application MTL01-028 | 7/10/2001 | BT000479 | BT000486 | | |
| PX0165 | Fax from A. Simpson to K. Brouk et al, re: Teleglobe Inc. Credit Application MTL01-028 | 7/12/2001 | BT000464 | BT000478 | | |
| PX0166 | Fax from P. Van Gheluwe to A. Simpson attaching BCE representations letter | 7/12/2001 | BT000266 | BT000271 | | |
| PX0167 | Fax from A. Simpson to K. Brouk et al, re: Teleglobe Inc. | 7/13/2001 | BT000495 | BT000500 | | |
| PX0168 | Memo from T. Kawasaki to A. Simpson et al, re: Teleglobe, Inc. | 7/13/2001 | BT000294 | BT000294 | | |
| PX0169 | Letter from A. Simpson to D. MacGougan re: notifying of Bank of Tokyo's approval of US $15 million commitment | 7/16/2001 | BT000272 | BT000272 | | |
| PX0170 | Credit Facility Information / Credit Rating Application (Consultation), Quarterly Review | 12/21/2001 | BT000412 | BT000436 | | |
| PX0171 | Calling Memo from T. Hamamura et al, to L. Ruggins et al re: Notes from Meeting | 1/24/2002 | BT000301 | BT000302 | | |
| PX0172 | Fax from A. Simpson to T. Hamamura et al, re: Teleglobe Inc. Quarterly Review Dated December 21, 2001 | 1/15/2002 | BT000247 | BT000247 | | |
| PX0173 | Fax from A. Simpson to K. Brouk et al, re: Teleglobe Inc. Credit Application MTL01-028 | 7/12/2001 | BT000321 | BT000331 | | |
| PX0174 | Letter from A. Simpson to S. Brish re: US$15,000,000 all in Facility "A" (Teleglobe) | 8/11/2000 | BT000265 | BT000265 | | |
| PX0175 | Memo from A. Simpson to T. Hamamura re: BCE Teleglobe Inc. | 4/15/2002 | BT000303 | BT000304 | | |
| PX0176 | Fax from A. Simpson to K. Brouk et al, re: Teleglobe Inc. | 7/12/2001 | BT000488 | BT000493 | | |
| PX0177 | Teleglobe Bank Meeting Agenda | 6/21/2001 | BLG000677 | BLG000677 | | |
| PX0178 | Email from A. Simpson to T. Kawasaki et al. re: Teleglobe Inc. | 7/11/2001 | BT000494 | BT000494 | | |
| PX0179 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | ABN000881 | ABN000919 | | |
| PX0180 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | BNS000356 | BNS000393 | | |
| PX0181 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | CSFB000933 | CSFB000971 | | |
| PX0182 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | EDC000526 | EDC000563 | | |
| PX0183 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | LBC002924 | LBC002963 | | |
| PX0184 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | RBC000330 | RBC00367 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0185 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | RBC001467 | RBC001504 | | |
| PX0186 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | R 2004-BCE041943 | R 2004-BCE041979 | | |
| PX0187 | Letter from P. Van Gheluwe to A. Simpson re: answer to questions regarding funding of Teleglobe | 7/12/2001 | R 2004-BCE072166 | R 2004-BCE072170 | | |
| PX0188 | Letter from S. Vanaselja to J. Mahaffy at HSBC re: concerns about BCE's commitment to fund Teleglobe | 7/13/2001 | R 2004-BCE072205 | R 2004-BCE072208 | | |
| PX0189 | ABN-AMRO risk analysis | 7/3/2001 | ABN003625 | ABN003625 | | |
| PX0190 | Email from D. MacGougan to P. VanGheluwe re: FW: Teleglobe Facility | 7/3/2001 | BCET423588 | BCET423589 | | |
| PX0191 | Annex of Banque Laurentienne du Canada to Teleglobe's annual credit review | 7/6/2001 | LBC002966 | LBC002994 | | |
| PX0192 | Email from M. Teney to M. Teney et al. re: Urgent - 07/10/2001 GRM Notification - Teleglobe Inc. (1) Teleglobe Holdings (U.S.) Corporation (2) Excel Communications Inc. (3) has been processed and can be found in the Electronic Credit Process (Active) database | 7/12/2001 | TD000267 | TD000269 | | |
| PX0193 | Representations letter from BCE to Morgan Stanley | 7/23/2001 | BCE-AD 0000955 | BCE-AD 0000958 | | |
| PX0194 | Representations Letter from BCE Inc. to BMO Nesbitt Burns/Lenders re: Teleglobe Inc | 7/23/2001 | BCET000817 | BCET000818 | | |
| PX0195 | Letter from W. Anderson to National Bank of Canada et al. re: Teleglobe Inc. | 4/27/2000 | BCE-AD 0010301 | BCE-AD 0010301 | | |
| PX0196 | Fax from P. VanGheluwe to L. Ruggins et al, re: and attaching letter from Teleglobe to Bank of America and National Bank of Canada re: 1st quarter results and general letter to all Teleglobe lenders. | 4/28/2000 | BCE-AD 0062121 | BCE-AD 0062129 | | |
| PX0197 | Letter from W. Anderson to Credit Facility Banks | 6/29/2000 | R 2004-BCE010643 | R 2004-BCE010644 | | |
| PX0198 | Letter from W. Anderson to Teleglobe Inc. et al. re: U.S. $500,000,000 Facility A 364-Day Credit Agreement and U.S. $750,000,000 Facility B 364-Day Credit Agreement | 7/24/2000 | BCE-AD 0027195 | BCE-AD 0027197 | | |
| PX0199 | Letter from W. Anderson to G. Rourke re: Confirming approval of terms of BCE support for Teleglobe | 8/2/2000 | BCET065006 | BCET065006 | | |
| PX0200 | Presentation re Review of Credit with BCE and Teleglobe Bank Refinancing | 5/7/2001 | BCE-AD 0073113 | BCE-AD 0073128 | | |
| PX0201 | Email from P. VanGheluwe to M. Lalande re: [Fwd: Teleglobe redraft of termsheet], attaching Teleglobe TS BL June 18 01.doc 11:11 AM | 6/19/2001 | BCE-SUP125232 | BCE-SUP125247 | | |
| PX0202 | Email from P. Archer to J. Coombs re: Teleglobe | 4/29/2002 | TD001604 | TD001605 | | |
| PX0203 | Briefing Memo from A. Baillie to Y. Bergeron et al, re: BCE Inc. and Teleglobe Inc. | 10/1/2001 | TD001606 | TD001607 | | |
| PX0204 | Fax from A. Desrochers to P. VanGheluwe re: Teleglobe Inc. | 1/7/2002 | LBC002744 | LBC002744 | | |
| PX0205 | Email from G. Rourke to M. Boychuk et al re: TGO, attaching 3 docs: Teleglobe Options January 24.doc, Teleglobe BCE Support Letter Jan 28 02.doc and Teleglobe Support Agreement List.doc | 1/30/2002 | BCE-AD 0334908 | BCE-AD 0334912 | | |
| PX0206 | Email from P. VanGheluwe to M. Boychuk et al, re: Teleglobe Refinancing, attaching Term Sheet | 3/6/2002 | BCE-AD 0207194 | BCE-AD 0207197 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0207 | Email from P. VanGheluwe to G. Rourke et al, re: Teleglobe Refinancing, attaching draft Term Sheet and draft BCE Support Letter | 3/6/2002 | BCE-E0002886 | BCE-E0002889 | | |
| PX0208 | Memo from M. Laberge to J. Rauhala et al, re: Teleglobe Credit Facility | 3/18/2002 | BLG000537 | BLG000537 | | |
| PX0209 | Email from J. Coombs to Y. Bergeron re: FW: Teleglobe | 4/16/2002 | TD001614 | TD001614 | | |
| PX0210 | Email from P. VanGheluwe to M. Boychuk et al, re: National Bank, attaching memo re: National Bank relationship with BCE Group | 4/16/2002 | BCE-AD 0075878 | BCE-AD 0075879 | | |
| PX0211 | Email from J. Rauhala to B. Erpenbeck et al, re: BCE | 5/3/2002 | BLG000157 | BLG000157 | | |
| PX0212 | Credit Presentation Teleglobe/Excel | not dated | BNS000287 | BNS000331 | | |
| PX0213 | Teleglobe Extension | not dated | Comerica 0000012 | Comerica 0000018 | | |
| PX0214 | CSFB notes re BCE's "new" convergence strategy | not dated | CSFB005484 | CSFB005486 | | |
| PX0215 | Handwritten notes re Teleglobe refinancing | not dated | BCE-AD 0072998 | BCE-AD 0073000 | | |
| PX0216 | CIBC Presentation to Teleglobe Board. Financing Discussion | 6/21/2000 | RES000085385 | RES000085480 | | |
| PX0217 | McKinsey Presentation, Capturing Teleglobe's Growth Potential | 7/4/2000 | MCK05270 | MCK05281 | | |
| PX0218 | McKinsey Presentation, Laying Out Teleglobe's Strategic Options | 9/19/2000 | MCK05120 | MCK05125 | | |
| PX0219 | McKinsey First Workshop, Laying out Teleglobe's strategic options | 10/3/2000 | BCE-AD 0054247 | BCE-AD 0054323 | | |
| PX0220 | McKinsey Second Workshop. Making the case for acquisitions or partnerships | 10/20/2000 | BCE-AD 0054324 | BCE-AD 0054445 | | |
| PX0221 | McKinsey Third Workshop, Accelerating Teleglobe's growth through acquisitions and partnerships | 10/30/2000 | BCE-AD 0054448 | BCE-AD 0054540 | | |
| PX0222 | McKinsey Presentation to J. Monty, Accelerating Teleglobe's Growth Through Acquisitions and Partnership | 11/10/2000 | BCE-AD 0054542 | BCE-AD 0054577 | | |
| PX0223 | Memo from P. Loulou to M. Sabia et al, re: Teleglobe Documents, attaching McKinsey workshop documents | 12/4/2000 | BCE-AD 0054245 | BCE-AD 0054246 | | |
| PX0224 | Goldman Sachs Draft Preliminary Valuation Analysis for BCE | 4/10/2001 | BCE-AD 0009825 | BCE-AD 0009863 | | |
| PX0225 | Goldman Sachs "Project Wide" Presentation | 4/16/2001 | BCE-AD 0003870 | BCE-AD 0003887 | | |
| PX0226 | Discussion Materials Regarding Project B³, Goldman Sachs (Confidential Draft) | 6/13/2001 | BCE-AD 0077314 | BCE-AD 0077372 | | |
| PX0227 | BCE - Bell Canada - Teleglobe Financing Alternatives Presentation | 10/9/2001 | BCE-AD 0061976 | BCE-AD 0061990 | | |
| PX0228 | Email from P. Loulou to M. Sabia et al. re: Please use this version with two minor edits, attaching draft McKinsey presentation for 10/12/01 discussion with J. Monty | 10/10/2001 | BCE-AD 0168494 | BCE-AD 0168538 | | |
| PX0229 | CSFB Presentation, Materials Prepared for Discussion BCE | 10/31/2001 | BCE-AD 0062903 | BCE-AD 0062938 | | |
| PX0230 | Merrill Lynch presentation to BCE, Regarding Financing Alternatives for Teleglobe | 10/31/2001 | BCE-AD 0062989 | BCE-AD 0063032 | | |
| PX0231 | JPMorgan Presentation "Teleglobe Financing Recommendation" | 11/5/2001 | BCE-AD 0062710 | BCE-AD 0062774 | | |
| PX0232 | Presentation, Teleglobe Financing - Dealer Proposals - Summary, with handwritten notes | 11/7/2001 | BCET071880 | BCET071896 | | |
| PX0233 | Merrill Lynch presentation - Regarding Structural Considerations for Teleglobe Inc. (Draft) | 11/14/2001 | BCE-AD 0062940 | BCE-AD 0062987 | | |

| Trial Exhibit Number | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0234 | Email from R. Lloyd to M. Boychuk re: Teleglobe Mandate - re: Merrill Lynch's proposed fee and responsibility structure for Teleglobe assignment - with handwritten notes | 11/16/2001 | BCE-AD 0075662 | BCE-AD 0075662 | | |
| PX0235 | BCE Presentation, Regarding Project Atlas | 11/21/2001 | BCE-AD 0069172 | BCE-AD 0069179 | | |
| PX0236 | CSFB Presentation to BCE | 11/21/2001 | BCE-AD 00030887 | BCE-AD 00030933 | | |
| PX0237 | Email from T. Espiard to M. Boychuk et al, re: TGO - Revised Board Slides, attaching draft 11/22/01 Presentation, Regarding Project Atlas | 11/23/2001 | BCE-AD 0335030 | BCE-AD 0335042 | | |
| PX0238 | Email from T. Espiard to M. Boychuk et al re: Board Slides, attaching revised slides for "Regarding Project Atlas" presentation | 11/27/2001 | BCE-AD 0061919 | BCE-AD 0061937 | | |
| PX0239 | Handwritten Notes - "TGO: Merrill Lynch" | 1/16/2002 | BCE-AD 0003711 | BCE-AD 0003711 | | |
| PX0240 | Merrill Lynch discussion document to BCE - Regarding Project Atlas - Action Plan | 1/16/2002 | BCE-AD 034438 | BCE-AD 034455 | | |
| PX0241 | Merrill Lynch Discussion Document to BCE, Regarding Project Atlas - Communication Plan Considerations (Draft) | 1/22/2002 | BCE-AD 0000515 | BCE-AD 0000527 | | |
| PX0242 | Email from P. VanGheluwe to A. Leblanc et al, re: Fwd: As requested, attaching 11/27/01 Merrill Lynch Presentation, Regarding Project Atlas | 3/7/2002 | BCET416299 | BCET416316 | | |
| PX0243 | Email from M. Rosenhek to F. Bernier re: Fwd: TGO financing/cashflow, attaching financing slide | 3/11/2002 | BCE-AD 0256051 | BCE-AD 0256053 | | |
| PX0244 | Memo from McKinsey to P. Pichette re: Strategic Options for Teleglobe | 4/10/2002 | MCK00010 | MCK00012 | | |
| PX0245 | Goldman Sachs "Discussion Materials for BCE Regarding Credit Considerations" | 4/19/2002 | BCE-AD 0075880 | BCE-AD 0075925 | | |
| PX0246 | Memo from S. Skinner to J. Monty requesting signatures on Teleglobe representations letters for 2000 and Q1 and Q2 2001 | 2001 | SSSPXC 0000868 | SSSPXC 0000868 | | |
| PX0247 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: First Quarter 2001 interim financial statements | 4/24/2001 | BCE-AD 0011144 | BCE-AD 0011146 | | |
| PX0248 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: Second Quarter 2001 interim financial statements (unsigned) | 7/24/2001 | BCE-AD 0189992 | BCE-AD 0189995 | | |
| PX0249 | Memo from S. Skinner to J. Monty requesting signatures on Teleglobe representations letters for 2000 and Q1 and Q2 2001 | 7/26/2001 | BCE-E0007824 | BCE-E0007829 | | |
| PX0250 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: Third Quarter 2001 interim financial statements | 10/24/2001 | BCE-AD 0011129 | BCE-AD 0011132 | | |
| PX0251 | Representations letter from BCE Inc. to Deloitte & Touche re: Fourth Quarter 2001 interim financial statements | 1/23/2002 | BCE-AD 0024237 | BCE-AD 0024239 | | |
| PX0252 | Representations letter from BCE Teleglobe (Childers, Pichette, Mongrain, Brunette) to Deloitte & Touche re: 2001 year-end financial statements | 2/26/2002 | BCE-AD 0011118 | BCE-AD 0011124 | | |
| PX0253 | Representations letter from BCE Inc. to Deloitte & Touche re: 2001 year-end financial statements | 2/27/2002 | R 2004-BCE012146 | R 2004-BCE012150 | | |
| PX0254 | Memo from S. Skinner to M. Lalande & M. Turcotte re: Management representation letters for BCE & TGO (w/o attachments) | 3/3/2002 | R 2004-BCE012145 | R 2004-BCE012145 | | |
| PX0255 | Email from S. Skinner to M. Ryan et al, re: Teleglobe rep letter (w/handwriting) | 4/8/2002 | BCE-AD 0547983 | BCE-AD 0547983 | | |
| PX0256 | Email from I. Ricciuto to M. Turcotte re: Fwd: Teleglobe rep letter | 4/9/2002 | BCE-AD 0533701 | BCE-AD 0533703 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0257 | Representations letter from Teleglobe Inc to Deloitte & Touche re: 2001 year-end financial statements | 4/16/2002 | BCE-AD 0020337 | BCE-AD 0020338 | | |
| PX0258 | Audio: BCE to acquire Teleglobe\ conference call\ebce000215b-a | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | | |
| PX0259 | Audio: BCE to acquire Teleglobe\ebce000215-a | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | | |
| PX0260 | Video: BCE to acquire Teleglobe\ebce000215a-v | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | | |
| PX0261 | Audio: Q4_2000\ebce010124-a | 1/24/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0262 | Audio: Feb5\financial guidance session\ebce050201-a | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0263 | Audio: Feb5\news conference\ ebce050201-a-2 | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0264 | Video: Feb5\news conference\ ebce050201-v | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0265 | Audio: Morgan Stanley Dean Witter Global Communications Conference\ ebce010330-a | 3/30/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0266 | Audio: Annual Meeting\ebce010425-a-agm-part1 | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0267 | Audio: Annual Meeting\ebce010425-a-press | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0268 | Audio: BCE_Q1\ebce010425-a-earnings | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0269 | Video: Annual Meeting\ebce010425-v-agm-part1 | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0270 | Audio: BCE_Q2\ebce010725-a | 7/25/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0271 | Audio: Teleglobe rationalization plan announcement Teleconference\ ebce010830-a | 8/30/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0272 | Audio: BCE_Q3\ebce011024-a | 10/24/2001 | BCE-VID00000013 | BCE-VID00000013 | | |
| PX0273 | Audio: 2002 Business Review Conference\ebce011212a-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0274 | Audio: 2002 Business Review Conference\ebce011212b-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0275 | Audio: 2002 Business Review Conference\ebce011212c-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0276 | Audio: 2002 Business Review Conference\media conference\ebce011212press-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0277 | Video: 2002 Business Review Conference\ebce011212a-v | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0278 | Video: 2002 Business Review Conference\ebce011212b-v | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0279 | Video: 2002 Business Review Conference\ebce011212c-v | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | | |
| PX0280 | Audio: Twelfth Annual Salomon Smith Barney Entertainment Media & Telecommunications Conference\ ebce020108-a | 1/8/2002 | BCE-VID00000014 | BCE-VID00000014 | | |
| PX0281 | Audio: BCE_Q42001\ebce020123-a | 1/23/2002 | BCE-VID00000014 | BCE-VID00000014 | | |
| PX0282 | Audio: BCE_Q1\analyst\ebce020424a-a | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | | |
| PX0283 | Audio: BCE_Q1\media\ebce020424a-a | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | | |
| PX0284 | Video: BCE_Q1\analyst\ebce020424a-v | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | | |
| PX0285 | Transcript of BCE Inc. Conference Call held 2/15/00 6:30 PM - 7:10 PM | 2/15/2000 | BCE-AD 0067027 | BCE-AD 0067047 | | |
| PX0286 | Transcript of Teleglobe Conference Call 05/17/2000 9:00 AM - 10:10 AM | 5/17/2000 | BCE-AD 0316971 | BCE-AD 0316992 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0287 | BCE Investor Relations Internal Briefing Second Quarter 2001 | 7/25/2001 | BCE-AD 0316017 | BCE-Ad 0316063 | | |
| PX0288 | Memo from G. Walker to M. Sabia re: Meeting with Jack Grubman of Salomon Smith Barney, attaching documents | 8/6/2001 | BCE-AD 0065584 | BCE-AD 0065584 | | |
| PX0289 | Teleglobe Conference Call 8/9/00 4:30 PM | 8/9/2000 | BCE-AD 0049579 | BCE-AD 0049616 | | |
| PX0290 | Corporate New Releases, "BCE Completes Acquisition of Teleglobe" | 11/2/2000 | BMO011616 | BMO011617 | | |
| PX0291 | Transcript, BCE Inc. Q1 2001 Results Conference Call | 4/25/2001 | BCE-AD 0010971 | BCE-AD 0010995 | | |
| PX0292 | BCE News Release: BCE and Vartec Telecom Announce Strategic Discussions Regarding Excel Communications | 5/24/2001 | BCE-AD 0160232 | BCE-AD 0160235 | | |
| PX0293 | Toronto Star Article, "BCE backs troubled Teleglobe" | 9/4/2001 | BMO011566 | BMO011567 | | |
| PX0294 | News Article, Reuters, "BCE Committed to Backing Bell Canada International, Teleglobe" | 10/24/2001 | BCET094024 | BCET094024 | | |
| PX0295 | Canadian Press Newswire, "BCE Inc loss worse than expected" | 10/25/2001 | BCET117813 | BCET117813 | | |
| PX0296 | Email from G. Walker to T. Jarman et al, re: Teleglobe funding, attaching Extracts from Q3 Conference call transcript document | 11/5/2001 | BCET028613 | BCET028614 | | |
| PX0297 | Washington Times Article, "Canadian parent props up Teleglobe in slump" | 11/5/2001 | SG000023 | SG000025 | | |
| PX0298 | Email from G. Walker to S. Vanaselja et al, re: Q&A's for Dec 12th CEO conference. attaching Q&A document | 12/2/2001 | BCET434203 | BCET434209 | | |
| PX0299 | Email from C. Fleury to M. Paul et al, re: Updated BCE Business Review - Q&A's, attaching BCE-DEC12-Business review-Guidance.doc | 12/7/2001 | BCE-AD 0527871 | BCE-AD 0527877 | | |
| PX0300 | Email from G. Walker to I. Ricciuto re: Q&A, attaching final version of Q&A's for 2002 BCE Business Review (9:13 PM) | 12/10/2001 | BCE-AD 0020824 | BCE-AD 0020853 | | |
| PX0301 | Q&A for 2002 BCE Business Review - December 12th 2001 (9:10 AM Draft) | 12/12/2001 | R 2004-BCE008832 | R 2004-BCE008837 | | |
| PX0302 | Q&A for JCM | 3/26/2002 | BCET51829 | BCET51833 | | |
| PX0303 | Bell Canada News Release: "BCE to Consider Strategic Alternatives for Teleglobe" | 4/8/2002 | BCET041543 | BCET041545 | | |
| PX0304 | Chicago Tribune Article, "Telecom woes create opportunities for lucky few" | 4/15/2002 | BMO011532 | BMO011533 | | |
| PX0305 | Email from G. Walker to L. Ruggins et al, re: Fwd: Q&A, attaching Q&A document (version 3) | 4/23/2002 | R 2004-BCE007447 | R 2004-BCE007502 | | |
| PX0306 | Teleglobe Corporate News Releases, "BCE Ceases Long-Term Funding to Teleglobe" | 4/24/2002 | BCE-AD 0198282 | BCE-AD 0198283 | | |
| PX0307 | Teleglobe Corporate News Releases, "Teleglobe Inc Pursues Restructuring Alternatives" | 4/24/2002 | BCE-AD 0198285 | BCE-AD 0198287 | | |
| PX0308 | Transcript of 4/24/02 Meeting | 4/24/2002 | BCE-AD 0150756 | BCE-AD 0150831 | | |
| PX0309 | Email from M. Lalande to G. Walker et al re: Fwd: Fwd: BCE First Quarter Conference Call Transcript, attaching transcript | 4/25/2002 | BCE-AD 0010443 | BCE-AD 0010547 | | |
| PX0310 | BCE Liquidity Forecast (Non-consolidated) | 3/31/2001 | BCE-AD 0189438 | BCE-AD 0189439 | | |
| PX0311 | Teleglobe Liquidity Forecast as of March 31, 2001 | 4/26/2001 | BCE-AD 0189480 | BCE-AD 0189481 | | |
| PX0312 | BCE Liquidity Forecast (non-consolidated) as of 4/30/01 | 4/30/2001 | BCE-AD 0189422 | BCE-AD 0189423 | | |
| PX0313 | Email from M. Bouchard to T. Jarman et al re: Putnam meeting feedback | 5/2/2001 | TGV23221 | TGV23222 | | |
| PX0314 | Email from T. Jarman to M. Paul et al. re: Re: Putnam meeting feedback | 5/2/2001 | BCE-E0008243 | BCE-E0008244 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0315 | Email from M. Rosenhek to M. Boychuk et al, re: Bell & BCE cash/financing forecasts, attaching Bell & BCE treasury projections documents | 6/8/2001 | BCE-AD 0162513 | BCE-AD 0162523 | | |
| PX0316 | BCE Liquidity Forecast (non-consolidated) as at 6/30/01 | 6/30/2001 | BCE-AD 0189434 | BCE-AD 0189435 | | |
| PX0317 | Teleglobe Liquidity Forecast as at July 1, 2001 (June actuals not yet complete) | 7/1/2001 | BCE-AD 0189476 | BE-AD 0189476 | | |
| PX0318 | Email from M. Rosenhek to bceforecast attaching BCE forecast | 7/11/2001 | BCE-AD 0162907 | BCE-AD 0162935 | | |
| PX0319 | Teleglobe Liquidity Forecast as at July 12, 2001 | 7/12/2001 | BCE-AD 0189472 | BCE-AD 0189472 | | |
| PX0320 | Email from M. Bouchard to R. Sciacchitano re: FW: Project Info - Additional valuation materials, attaching Project Info | 7/19/2001 | TGV29270 | TGV29273 | | |
| PX0321 | Email from P. VanGheluwe to M. Boychuk re: Teleglobe, attaching Cash-Flow-TCC.xls (Teleglobe cash flow analysis & projections) | 7/19/2001 | BCE-AD 0335364 | BCE-AD 03353676 | | |
| PX0322 | Email from M. Rosenhek to T. Zurowska et al, attaching BCE/ Bell Canada forecast | 7/23/2001 | BCE-AD 0163001 | BCE-AD 0163016 | | |
| PX0323 | Teleglobe Liquidity Forecast as of July 31, 2001 | 7/31/2001 | BCE-AD 0189475 | BCE-AD 0189475 | | |
| PX0324 | Email from A. LeBlanc to S. Vanaselja re: Teleglobe analysis, attaching Teleglobe Valuation | 8/30/2001 | BCE-AD 0068539 | BCE-AD 0068541 | | |
| PX0325 | Email from M. Bouchard to J. Monty et al re: FW: Version with graphs..., attaching Template 10 year model 6.xls 9:04 PM | 9/5/2001 | TGV31243 | TGV31258 | | |
| PX0326 | Email from M. Loranger to P. Pichette et al re: TGO Valuation (10 Year Plan) Revised, attaching Teleglobe Valuation Model (10 Year Plan) Revised spreadsheet and presentation | 9/12/2001 | R.2004-BCE006063 | R.2004-BCE006071 | | |
| PX0327 | Email from B. Enns to M. Neuman re: RE: '02 forecast | 9/17/2001 | TGV327321 | TGV327322 | | |
| PX0328 | BCE cash/ financing forecasts | 9/30/2001 | BCE-AD 0163338 | BCE-AD 0163346 | | |
| PX0329 | Email from M. Rosenhek to A. Vachon et al, re: TGO consol. fcst 01-04, attaching consolidated forecast | 10/11/2001 | BCE-AD 0159716 | BCE-AD 0159717 | | |
| PX0330 | Teleglobe Presentation to BCE, Valuations and Options (Draft) | 2/4/2002 | BCE-AD 0068691 | BCE-AD 0068702 | | |
| PX0331 | Email from P. Wachter to P. VanGheluwe re: Marc BCE Valuation Model 010702 v2 (links to 3 yr plan)12.xls, attaching Bouchard 10-year projections | 3/5/2002 | BCE-AD 0386219 | BCE-AD 0386229 | | |
| PX0332 | Preliminary Teleglobe Financial Modeling draft of 3/14/02 | 3/14/2002 | BCE-AD 0001088 | BCE-AD 0001097 | | |
| PX0333 | Email from A. Leblanc to S. Vanaselja re: Sabia Presentation March 22, attaching Preliminary Teleglobe Financial Modeling presentation (Draft) 3:00 PM | 3/22/2002 | BCE-AD 0155187 | BCE-AD 0155197 | | |
| PX0334 | Preliminary Teleglobe Financial Modeling | 3/22/2002 | BCE-AD 0079881 | BCE-AD 0079890 | | |
| PX0335 | Email from A. Leblanc to M. Turcotte re: Teleglobe, attaching 3/22/02 Draft Preliminary Teleglobe Financial Modeling | 3/25/2002 | BCE-AD 0170329 | BCE-AD 0170339 | | |
| PX0336 | Email from B. LeDuc to A. Leblanc et al, re: Teleglobe Valuations, attaching Planning Options, Monte Carlo assumption and Frosty Crystal Ball final valuation model | 3/25/2002 | TGV657446 | TGV657517 | | |
| PX0337 | Email from P. Pichette to A. Chitamun, et al re: Patrick's JCM presentation, attaching Presentation to BCE, Valuations and Options 5:00 PM | 4/7/2002 | TGV57228 | TGV57252 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0338 | Email from I. Dimov to P. Pichette et al, re: Teleglobe Valuation, attaching Teleglobe Valuation | 4/22/2002 | TGV00639390 | TGV00639396 | | |
| PX0339 | Teleglobe 2001 Budget | 1/24/2001 | BCET123711 | BCET123726 | | |
| PX0340 | Teleglobe Consolidated 2001-2003 Business Plan | 1/24/2001 | BCE-AD 0074031 | BCE-AD 0074037 | | |
| PX0341 | Teleglobe 2001 Budget | 2/28/2001 | BCE-AD 0073996 | BCE-AD 0074003 | | |
| PX0342 | Teleglobe 2001 Budget Board of Directors Presentation | 2/28/2001 | BCE-AD 0073946 | BCE-AD 0073953 | | |
| PX0343 | Teleglobe 2001 Budget Board of Directors Presentation | 2/28/2001 | R 2004-BCE041639 | R 2004-BCE041677 | | |
| PX0344 | Teleglobe-2001 One-Time Revenue Transactions | not dated | BCE-AD 0079874 | BCE-AD 0079876 | | |
| PX0345 | Email from M. Bouchard to W. Enns re: FW: 2002-2004 Plan Calendar, attaching BCE 2002-2004 Plan Calendar | 8/28/2001 | TGV22535 | TGV22536 | | |
| PX0346 | Email from M. Bouchard to C. Eakin et al. re: TIMELINE for 2002 Budget Process | 9/11/2001 | TGV24015 | TGV24016 | | |
| PX0347 | Email from M. Bouchard to M. Neuman re: 2002 Plan | 9/17/2001 | TGV32277 | TGV32278 | | |
| PX0348 | Email from M. Bouchard to R. Sciacchitano re: Fwd: RE: FW: 2002 Plan | 9/27/2001 | TGV00670576 | TGV00670580 | | |
| PX0349 | Email from M. Bouchard to A. Mongrain re: Fwd: FW: 2002 Plan | 9/28/2001 | TGV528193 | TGV528194 | | |
| PX0350 | Email from M. Ryan to S. Di Paolo re: Fwd: Fwd: 2002 Budget | 10/18/2001 | BCE-AD 0582330 | BCE-AD 0582331 | | |
| PX0351 | BCE 2002 Business Plan (Draft) | 10/31/2001 | BCE-AD 0564958 | BCE-AD 0565029 | | |
| PX0352 | Presentation to BCE Executive Council, "BCE 2002 Business Plan" | 11/9/2001 | BCE-AD 0044227 | BCE-AD 0044292 | | |
| PX0353 | Email from A. Leblanc to M. Boychuk attaching Final Version to Sent to the Board of BCE 2002 Business Plan Presentation | 11/22/2001 | BCE-AD 0174082 | BCE-AD 0174186 | | |
| PX0354 | Email from M. Lalande to M. Ryan re: Teleglobe Budget Resolution 8:28 AM | 11/27/2001 | BCE-SUP127207 | BCE-SUP127207 | | |
| PX0355 | BCE 2002 Business Plan (Draft) 10/26/01 4:00 PM | 11/28/2001 | R 2004-BCE003272 | R 2004-BCE003282 | | |
| PX0356 | BCE 2002 Business Plan Presentation | 11/28/2001 | BCE-AD 0453303 | BCE-AD 0453405 | | |
| PX0357 | BCE Consolidated Key Rations Page from Business Plan presentation | 11/28/2001 | BCE-AD 0488721 | BCE-AD 0488721 | | |
| PX0358 | Email from S. Fortin to A. Chan re: FW:, attaching 2002 Voice Business Plan presentation | 2/21/2002 | TGV451182 | TGV451290 | | |
| PX0359 | Telelgobe Business Plan | 5/14/2002 | BCE-AD 00129064 | BCE-AD 00129118 | | |
| PX0360 | Consolidated Statements of Operations (unaudited) US GAAP | 2001 | No Bates number (Boychuk 7) | No Bates number | | |
| PX0361 | Teleglobe Inc. Financial Information U.S. GAAP 2001 | 2001 | RES000028737 | RES000028775 | | |
| PX0362 | Teleglobe Inc.'s Management Discussion and Analysis of Financial Condition and Results of Operations, 2001 Financial Statements | 2001 | BCE-SUP123291 | BCE-SUP123330 | | |
| PX0363 | Email from M. Lalande to E. Daher, et al re Re: 2001 Teleglobe Inc. Financial Information packages (Audit Committee) | 2/25/2002 | BCE-SUP123371 | BCE-SUP123374 | | |
| PX0364 | Email from M. Lalande to E. Daher, et al re: TGO 2001 MD&A (Risk Factors) 7:25 AM | 2/8/2002 | BCE-AD 0221154 | BCE-AD 0221159 | | |
| PX0365 | Teleglobe Renewal Annual Information Form - English - Draft #8 | 3/14/2002 | BCE-SUP120782 | BCE-SUP120834 | | |
| PX0366 | Teleglobe Renewal Annual Information Form - English - Draft #10 | 3/22/2002 | GEN013802 | GEN013847 | | |
| PX0367 | Letter from M. Ryan to H. Steinberg et al, re: proposal changes to Teleglobe Inc.'s 2001 Financial Information | 4/10/2002 | GEN009858 | GEN009858 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0368 | Letter from M. Ryan to Teleglobe Board of Directors re: proposed changes to Teleglobe Inc.'s 2001 Financial Information | 4/11/2002 | GEN009860 | GEN009860 | | |
| PX0369 | Teleglobe 2001 Financial Information report | 3/6/2002 | BCE-AD 0533237 | BCE-AD 0533274 | | |
| PX0370 | Teleglobe 2001 Financial Information report | 2001 | BCET110333 | BCET110369 | | |
| PX0371 | Email from D. Snyder to M. Lalande, et al re: Telelgobe AIF, attaching preliminary comments on the blacklined version of AIF 18:55:46 | 3/11/2002 | BCE-AD 0101689 | BCE-AD 0101736 | | |
| PX0372 | Calendar - Year 2000 Capital Committee | 2000 | TGV250377 | TGV250377 | | |
| PX0373 | Calendar - Year 2002 Capital Committee | 2002 | TGV697781 | TGV697781 | | |
| PX0374 | Email from M. Busque to S. Verge, et al re: Minutes - Capital Committee May 31st, 2000 | 6/2/2000 | TGV705388 | TGV705389 | | |
| PX0375 | Email from M. Busque to S. Verge, et al re: Minutes - Capital Committee June 15th, 2000 | 6/16/2000 | TGV705431 | TGV705432 | | |
| PX0376 | Email from F. Fournier to S. Verge, et al re: Revised Capital Committee Agenda - Wednesday November 22nd, 2000 | 11/20/2000 | TGV705691 | TGV705691 | | |
| PX0377 | Email from A. Lemieux to S. Verge, et al re: Minutes - Capital Committee December 20, 2000 | 12/21/2000 | TGV705403 | TGV705404 | | |
| PX0378 | Email from A. Lemieux to A. Anderson, et al re: Minutes - Capital Committee January 26, 2001 | 1/29/2001 | TGV705400 | TGV705402 | | |
| PX0379 | Email from C. Condon to M. Bouchard et al, re: Revised Capital Plan, attaching Capital Plan | 2/16/2001 | TGV00098822 | TGV0098832 | | |
| PX0380 | Email from A. Lemieux to H. Huynh, et al re: Minutes - Capital Committee March 15, 2001 | 3/15/2001 | TGV705424 | TGV705427 | | |
| PX0381 | Email from M. Bouchard to R. Sciacchitano re: FW: Revised Capital Plan V2, attaching 2001 Capital Plan | 3/19/2001 | TGV29501 | TGV29513 | | |
| PX0382 | Email from A. Lemieux to J. Brunette re: Minutes - Capital Committee - April 12, 2001 | 4/17/2001 | TGV705384 | TGV705387 | | |
| PX0383 | Email from A. Lemieux to E. Gandarilla, et al re: Minutes - Capital Committee May 16, 2001 | 5/17/2001 | TGV705442 | TGV705444 | | |
| PX0384 | Email from A. Mastromonaco to F. Gauvin et al, re: FW; Capital Share Increase Process not up to Speed | 5/18/2001 | BCE-AD 0225420 | BCE-AD 0225422 | | |
| PX0385 | Email from M. Couture to S. Verge et al, re: Presentation capital committee, attaching Capital Plan - April 2001 Investment Review presentation | 5/18/2001 | TGV705467 | TGV705485 | | |
| PX0386 | Email from A. Lemieux to: S. Verge, et al re: Minutes - Capital Committee August 21, 2001 | 8/22/2001 | TGV517550 | TGV517552 | | |
| PX0387 | Report: Globe System: Capital Plan Reductions | 8/28/2001 | BCET321730 | BCET321734 | | |
| PX0388 | Email from A. Lemieux to A. Mongrain re: TR: Minutes - Capital Committee July 19, 2001 | 9/7/2001 | TGV519410 | TGV519411 | | |
| PX0389 | Email from A. Lemieux to S. Verge, et al re: Minutes - Capital Committee September 18, 2001 | 9/18/2001 | TGV534707 | TGV534708 | | |
| PX0390 | Email from A. Lemieux to R. Brandt, et al re: Minutes - Capital Committee October 18, 2001 | 10/19/2001 | TGV534702 | TGV534703 | | |
| PX0391 | Email from S. Verge to C. Condon re: FW: September results - CAPEX, attaching Capital Plan September 2001 Investment Review document and 2001 Capital Investments Cashflow Forecast document | 10/24/2001 | TGV709187 | TGV709206 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0392 | Email from M. Neuman to A. Lemieux, et al re: RE: Minutes - Capital Committee November 16, 2001 | 11/27/2001 | TGV568282 | TGV568282 | | |
| PX0393 | Email from C. Ramos to S. Verge, et al re: Minutes capital committee December 17, 2001 | 12/18/2001 | TGV423872 | TGV423874 | | |
| PX0394 | Presentation: Capital Investments Authorization Process 1/02 | January 2002 | BCE-AD 0270432 | BCE-AD 0270451 | | |
| PX0395 | Email from C. Ramos to S. Verge, et al re: Minutes capital committee January 22, 2002 | 1/25/2002 | TGV432628 | TGV432630 | | |
| PX0396 | Email from A. Lemieux to A. Mongrain, et al re: Minutes - Capital Committee February 21, 2002 | 2/21/2002 | TGV437171 | TGV437173 | | |
| PX0397 | Email from B. Bunin to V. Daluz, et al, re: RE: Minutes Capital Committee- March 20, 2002 | 4/1/2002 | TGV128230 | TGV128233 | | |
| PX0398 | Letter from Chantilly Corporate Services, Inc. to T. Jarman re: Term, Status, Position, Location and Services to be Performed | 4/12/2000 | BCE-SUP120365 | BCE-SUP 120369 | | |
| PX0399 | Letter from Chantilly Corporate Services, Inc. to M. Bouchard re: Term, Status, Position, Location and Services to be Performed | 6/6/2000 | BCE-SUP120321 | BCE-SUP 120324 | | |
| PX0400 | Email from K. Morgan to J. Brunette re: FW: Teleglobe Inc. Officers 9:00 PM | 10/30/2000 | TMORK00001374 | TMORK00001375 | | |
| PX0401 | Email from M. Lalande to K. Morgan et al, re: Teleglobe Inc. Officers | 10/30/2000 | TGV565138 | TGV565138 | | |
| PX0402 | Email from M. Lalande to K. Bustamante et al, re: RE: Teleglobe Inc. Officers | 10/31/2000 | TGV563826 | TGV563828 | | |
| PX0403 | Email from M. Lalande to I. Ricciuto re: Teleglobe D&O | 12/14/2000 | BCE-AD 0202471 | BCE-AD 0202471 | | |
| PX0404 | Collection of Corporate Resolutions and records relating to the Appointment of Officers and Directors of Teleglobe subsidiaries (Bouchard Ex. 16) | various dates | RES001408 | RES001429 | | |
| PX0405 | Personal Information Sheet re Boychuk | 3/20/2001 | BCE-AD 0187273 | BCE-AD 0187278 | | |
| PX0406 | Letter from J. Monty to "Colleagues" re: T. Jarman's decision to leave TGO, appointment of new directors | 1/25/2002 | BCE-AD 0266383 | BCE-AD 0266384 | | |
| PX0407 | Memo from M. Bouchard to R. Schwartz re: Constructive Dismissal | 2002 | BCE-AD 0265734 | BCE-AD 0265736 | | |
| PX0408 | Register of Directors | 4/23/2002 | BCE-AD 0331813 | BCE-AD 0331815 | | |
| PX0409 | Shareholders Teleglobe, Inc. Volume 2 - Director Appointment Resolutions and April 23, 2002 Resignations | 4/23/2002 | BCE-AD 0091571 | BCE-AD 0091585 | | |
| PX0410 | Teleglobe Inc. Schedule 2 - Directors' And Officers' Remuneration, Report on Executive Compensation | not dated | BCE-AD 0000256 | BCE-AD 0000263 | | |
| PX0411 | BCE Inc. Resolution No. 2 re: Teleglobe Inc. Funding Requirements, adopted by the Board of Directors | 5/3/2000 | R.2004-BCE043858 | R.2004-BCE043858 | | |
| PX0412 | Teleglobe Board Presentation, Financing Issues | 6/17/2000 | RES000085144 | RES000085155 | | |
| PX0413 | BCE Inc. Resolution No. 4 re: Additional Financial Assistance to Teleglobe, adopted by the Board of Directors | 7/26/2000 | R.2004-BCE043859 | R.2004-BCE043860 | | |
| PX0414 | Email from M. Bouchard to M. Hossain re: Financing Site build | 1/12/2001 | TGV33131 | TGV33131 | | |
| PX0415 | BCE Inc. Resolution No. 4 re: Financial Assistance to Teleglobe Inc., adopted by the Board of Directors | 1/24/2001 | R.2004-BCE043861 | R.2004-BCE043861 | | |
| PX0416 | Remaining 2001 & 2002 Funding Requirement | 2/28/2001 | GEN010289 | GEN 010297 | | |
| PX0417 | Email from M. Rosenhek to P. Thom re: TGO funding (need answer fast) | 5/29/2001 | BCE-AD 0254629 | BCE-AD 0254629 | | |