# APPENDIX 4A
# (Part 2)

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0418 | Email from F. Rodi to M. Lalande et al. re: TGO Promissory Note 10:01 AM | 6/26/2001 | BCE-AD 0370817 | BCE-AD 0370818 | | |
| PX0419 | Promissory Note for US$41,000,000.00; Promissory Note for US$156,000,000.00 | 6/29/2001 | BCE-AD 0053343 | BCE-AD 0053346 | | |
| PX0420 | Memo from M. Boychuk to P. Pichette re: Teleglobe Funding Plan | 7/6/2001 | R 2004-BCE000584 | R 2004-BCE000589 | | |
| PX0421 | Email from B. MacMillan to P. Pichette re: Presentation, attaching Teleglobe Inc. Summary Financial & Performance Review 10:50 AM | 7/13/2001 | BCE-E0006778 | BCE-E0006785 | | |
| PX0422 | Teleglobe Summary Financial & Performance Review presentation | 7/13/2001 | BCE-E0000832 | BCE-E0000838 | | |
| PX0423 | BCE Inc. Resolution No. 1 re: the renewal of Credit Facilities for Teleglobe, adopted by the Board of Directors | 7/18/2001 | R 2004-BCE043864 | R 2004-BCE043865 | | |
| PX0424 | BCE Inc. Resolution No. 2 re: New Teleglobe Inc. Credit Facility, adopted by the Board of Directors | 7/18/2001 | R 2004-BCE043868 | R 2004-BCE043869 | | |
| PX0425 | Presentation to BCE and Teleglobe Board of Directors: Renewal of Teleglobe Credit Facilities | 7/18/2001 | R 2004-BCE057673 | R 2004-BCE057683 | | |
| PX0426 | Email from T. Jarman to M. Bouchard et al, re: FW: Teleglobe funding, attaching Extracts from Q3 conference call | 11/5/2001 | TGV43308 | TGV43309 | | |
| PX0427 | Email from J. Ciccarelli to R. Leahy et al, re: Teleglobe Financing (private placement) | 9/27/2001 | R 2004-BCE072670 | R 2004-BCE072672 | | |
| PX0428 | Email from M. Lalande to N. Morello et al, re: BCE Financial Assistance Resolution 9:41 AM | 10/17/2001 | BCE-SUP125138 | BCE-SUP125140 | | |
| PX0429 | Email from T. Jarman to B. Enns re: capital urgent | 10/17/2001 | TGV464603 | TGV464603 | | |
| PX0430 | Supplemental Funding for Teleglobe, Inc., presentation to the Board of Directors | 10/24/2001 | BCE-AD 0115780 | BCE-AD 0115786 | | |
| PX0431 | Email from M. Rosenhek to P. VanGheluwe re: Fwd: prelim BCE plan (01-02), attaching BCE preliminary financing plan | 11/2/2001 | BCE-AD 0163478 | BCE-AD 0163483 | | |
| PX0432 | Email from M. Rosenhek to A. Leblanc re: Fwd: (revised), attaching BCE preliminary financing plan | 11/4/2001 | BCE-AD 0163489 | BCE-AD 0163493 | | |
| PX0433 | Email from M. Rosenhek to C. Marineau re: BCE financing plan revision, attaching latest BCE preliminary financing | 11/14/2001 | BCE-AD 0163598 | BCE-AD 0163608 | | |
| PX0434 | Email from M. Lalande to M. Ryan re: Board Resolutions 12:34 PM | 11/20/2001 | BCE-SUP125793 | BCE-SUP125795 | | |
| PX0435 | Email from M. Rosenhek to A. Vachon re: FWd: TGO BOD financing presentation w/changes, attaching revised presentation | 11/23/2001 | BCE-AD 0255524 | BCE-AD 0255533 | | |
| PX0436 | Email from M. Rosenhek to D. Masse et al, re: TGO BOD financing presentation w/changes, attaching Teleglobe Financing presentation | 11/23/2001 | BCE-E0012974 | BCE-E0012983 | | |
| PX0437 | Memo from M. Boychuk to J. Monty re: TG funding piece to be presented to Board on following day, attaching Teleglobe funding piece | 11/27/2001 | GEN010228 | GEN010238 | | |
| PX0438 | 2002-2004 BCE Financing Plan-BCE Board of Directors | 11/28/2001 | BCE-AD 0379725 | BCE-AD 0379740 | | |
| PX0439 | Teleglobe Remaining 2001 & 2002 Funding Requirement | 11/28/2001 | BCE-AD 0091192 | BCE-AD 0091200 | | |
| PX0440 | Teleglobe Remaining 2001 & 2002 Funding Requirement Presentation (w/notes) | 11/28/2001 | GEN010289 | GEN010297 | | |
| PX0441 | BCE Senior Management Conference - Monty - presentation slides with handwritten notes | 12/11/2001 | RES000051762 | RES000051837 | | |
| PX0442 | BCE/Teleglobe Loss Monetization Follow-up | 1/11/2002 | BCE-SUP127028 | BCE-SUP127035 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0443 | Email from M. Lalande to M. Boychuk et al re: Teleglobe Proposal, attaching draft Memo re: Proposal for Teleglobe Financing | 1/17/2002 | BCE-AD 0370587 | BCE-AD 0370615 | | |
| PX0444 | Email from M. Lalande to M. Boychuk et al re: Teleglobe Proposal (Revised), attaching revised draft Memo re: Proposal for Teleglobe Financing | 1/21/2002 | BCE-AD 0545232 | BCE-AD 0545257 | | |
| PX0445 | Memo from M. Lalande to File re: Proposal for Teleglobe Inc. Financing | 1/21/2002 | BCE-AD 0221263 | BCE-AD 0221270 | | |
| PX0446 | Email from M. Lalande to F. Rodi et al re: Re: Teleglobe Debt 3:26 PM | 1/25/2002 | BCE-AD 0221232 | BCE-AD 0221233 | | |
| PX0447 | Email from M. Rosenhek to R. Bloxsome re: Re: Cash Funding for 2002 | 1/29/2002 | BCE-AD 0255674 | BCE-AD 0255676 | | |
| PX0448 | Email from M. Weinstock to F. Rodi re: Re: Teleglobe Debt | 1/29/2002 | BCE-AD 0559939 | BCE-AD 0559941 | | |
| PX0449 | Email from M. Rosenhek to F. Bernier re: Fwd: TGO fcst, attaching Teleglobe Consolidated Financing Plan | 1/30/2002 | BCE-AD 0255681 | BCE-AD 0255684 | | |
| PX0450 | Email from M. Rosenhek to R. Olivier re: TGO, attaching 2002 TGO - BCE Funding Summary | 2/4/2002 | BCE-AD 0255723 | BCE-AD 0255727 | | |
| PX0451 | Email from R. Bloxsome to M. Rosenhek et al, re: Cash Funding Reconciliation 020402.xls, attaching document | 2/6/2002 | TGV652183 | TGV652188 | | |
| PX0452 | Email from M. Lalande to B. Pickford et al re: Teleglobe Board Presentation, attaching "BCE/Teleglobe Tax Loss Monetization" | 2/21/2002 | BCE-AD 0331587 | BCE-AD 0331594 | | |
| PX0453 | Email from M. Lalande to M. Turcotte et al, re: Loss Monetization 11:24 AM | 2/22/2002 | BCE-AD 0220934 | BCE-AD 0220934 | | |
| PX0454 | Email from M. Lalande to M. Ryan, et al re: Teleglobe Resolution, attaching draft of Resolution on Tax Loss Monetization | 2/26/2002 | BCE-AD 0220810 | BCE-AD 0220811 | | |
| PX0455 | Letter from A. Kingissepp et al, to M. Symes re: BCE Inc., Teleglobe Inc.: Request for Advance Income Tax Ruling (draft) | 2/26/2002 | BCE-SUP121603 | BCE-SUP121628 | | |
| PX0456 | Presentation, BCE/Teleglobe Tax Loss Monetization | 2/27/2002 | BCE-AD 0003609 | BCE-AD 0003616 | | |
| PX0457 | Letter from C. Childers to J. Honeycutt re: Fox meeting with Teleglobe | 3/1/2002 | FCN0141 | FCN0147 | | |
| PX0458 | Email from M. Rosenhek to P. Pichette et al, re: TGO financing/cashflow, attaching BCE Teleglobe Current Financial Planning - Allocation of Cash Requirements | 3/11/2002 | BCE-AD 0256048 | BCE-AD 0256050 | | |
| PX0459 | Memo from A. Bearzatto to B. Pickford et al, re: BCE/Teleglobe Loss Monetization Request for Advance Income Tax Ruling, attaching letter from Osler, Hoskin & Harcourt to the Canada Customs & Revenue Agency re: request | 3/11/2002 | BCE-AD 0003642 | BCE-AD 0003672 | | |
| PX0460 | Teleglobe Inc. Promissory Note | 3/26/2002 | BCE-AD 0028285 | BCE-AD 0028286 | | |
| PX0461 | Handwritten notes re: Teleglobe Board/Audit Committee dated 10/23 & 10/24/01 | 10/24/2001 | BCE-AD 0537486 | BCE-AD 0537490 | | |
| PX0462 | Teleglobe Funding Summary and Consolidated Funding Summary | not dated | BCE-AD 0071323 | BCE-AD 0071324 | | |
| PX0463 | Email from A. Coccia to A. Mongrain, et al re: [Fwd: Goodwill Impairment Memo], attaching Goodwill Impairment memo 6:19 PM | 4/11/2001 | TGV00259104 | TGV00259106 | | |
| PX0464 | Email from S. Skinner to H. Gomes, et al re: New Acctg Rules on Goodwill and Intangibles, attaching Goodwill memo on standards doc, distribution list.doc 2:51 PM | 9/25/2001 | TGV534790 | TGV534795 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0465 | Email from E. Daher to C. Eakin, et al re: Goodwill analysis under existing policy 4:07 PM | 1/6/2002 | RES000104932 | RES000104933 | | |
| PX0466 | Email from C. Eakin to E. Daher, et al, re RE: Goodwill analysis under existing policy | 1/7/2002 | BCE-DH00000202 | BCE-DH00000203 | | |
| PX0467 | Letter from Deloitte-Touche to S. Vanaselja et al, re: audit, BCE's impairment analysis of Teleglobe Inc. related goodwill at December 31, 2001 and January 1, 2002 | 6/9/2003 | BCE-DH 0008625 | BCE-DH 0008629 | | |
| PX0468 | Canada\CICA Handbook Excerpt 3062: Goodwill and Other Intangible Assets | not dated | PWC0002450 | PWC0002469 | | |
| PX0469 | Handwritten Note from P. VanGheluwe to M. Boychuk attaching Teleglobe Inc Analysis of Goodwill Write-off | not dated | RES000082960 | RES000082961 | | |
| PX0470 | Teleglobe write-off of goodwill Analysis of Impact | not dated | BCE-AD 0564670 | BCE-AD 0564671 | | |
| PX0471 | Email from P. VanGheluwe to M. Boychuk re: Fwd: TR: Clarification on BCE commitment to Teleglobe | 8/26/2001 | BCET415283 | BCET415283 | | |
| PX0472 | Email from C. Fleury to M. Lalande et al. re: Additional BCE Investments in Teleglobe, attaching Additional BCE Investmenst in Teleglobe US $ / BCE Takes Security | 1/24/2002 | BCE-AD 0559672 | BCE-AD 0559674 | | |
| PX0473 | Email from M. Lalande to M. Boychuk et al, re: Re: Additional BCE Investments in Teleglobe, attaching Additional BCE Investments in Teleglobe US $ / BCE Takes Security document | 1/24/2002 | BCE-AD 0221240 | BCE-AD 0221242 | | |
| PX0474 | Email from M. Rosenhek to C. Marineau et al, re: 2002 $1B CAD TGO commitment from BCE | 1/24/2002 | BCE-AD 0255669 | BCE-AD 0255669 | | |
| PX0475 | Series of answers to the Quebec Securities Commission (English language only) | 12/31/2001 | BCE-DH 0008688 | BCE-DH 0008725 | | |
| PX0476 | Letter from S. Vanaselja et al, to L. Auger et al, re: BCE Inc., Responses to Second Comment Letter following the filing of a Preliminary Short Form Base Shelf Prospectus dated July 24, 2002, File: 733, SEDAR Project No. 467416 | 7/31/2002 | BCE-DH 0008350 | BCE-DH 0008354 | | |
| PX0477 | Letter from N. Parent to S. Vanaselja re: BCE Inc., Ongoing Information Review, Comments letter | 10/7/2002 | BCE-DH 0009192 | BCE-DH 0009197 | | |
| PX0478 | Letter from S. Vanaselja et al, to N. Parent re: BCE Inc. Revue de l'information continue, Lettre de commentaires, Dossier: No 0733, attaching documents | 11/11/2002 | BCE-DH 0008363 | BCE-DH 0008419 | | |
| PX0479 | Letter from A. Smargiassi to S. Vanaselja re: BCE Inc., Ongoing Information Review, Second Comments Letter | 12/12/2002 | BCE-DH 0009417 | BCE-DH 0009418 | | |
| PX0480 | Email from E. Daher to I. Ricciuto et al, re: Commission des valeurs mobilieres du Quebec, attaching English version of second QSC comment letter | 12/20/2002 | BCE-DH 0009285 | BCE-DH 0009287 | | |
| PX0481 | Letter from S. Vanaselja et al, to A. Smargiassi re: BCE Inc Revue de l'information continue, Lettre de commentaires, Dossier: n° 0733 | 1/20/2003 | BCE-DH 0008424 | BCE-DH0008488 | | |
| PX0482 | Letter from N. Parent to S. Vanaselja re: BCE inc., Programme d'examen de l'information continue, Troisième lettre d'observations | 1/31/2003 | BCE-DH 0008489 | BCE-DH 0008491 | | |
| PX0483 | Letter from S. Skinner to N. Parent re: BCE Inc. Revue de l'information continue, Lettre de commentaires, Dossier: n° 0733 | 2/17/2003 | BCE-DH 0008492 | BCH-DH 0008593 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0484 | Letter from S. Vanaselja et al. to N. Parent re: BCE Inc. Examen des documents d'information continue, Quatrieme lettre de commentaires, datée du février 2003. Dossier n° 0733 | 6/9/2003 | BCE-DH 0008602 | BCE-DH 0008618 | | |
| PX0485 | Memo from J. Callaway to J. Kahan re: BCE/Teleglobe | 2/16/2005 | SBC/TG-E-04631 | SBC/TG-E-04631 | | |
| PX0486 | SBC Put Option/ Teleglobe Bank Facility Financing Strategy | 4/12/2002 | BCE-AD 0157442 | BCE-AD 0157463 | | |
| PX0487 | Presentation - Resolving the BCE Put/Call | 5/28/2002 | BCET417841 | BCET417869 | | |
| PX0488 | Presentation - Approval to Repurchase SBC's 20% Stake in BCH | 6/28/2002 | BCE-AD 0509234 | BCE-AD 0509255 | | |
| PX0489 | Expert Report of Carlyn Taylor (including all appendices, exhibits and attachments thereto) | 3/8/2006 | No Bates number (Taylor 1) | No Bates number | | |
| PX0490 | Expert Report of Paul F. Charnetzki (including all appendices, exhibits and attachments thereto) | 3/8/2006 | No Bates number (Charnetzki 1) | No Bates number | | |
| PX0491 | Summary of Errata in Expert Report of Paul Charnetzki (including all appendices, exhibits and attachments thereto) | not dated | No Bates number (Charnetzki 1A) | No Bates number | | |
| PX0492 | Expert Report of Walda W. Roseman (including all appendices, exhibits and attachments thereto) | 3/8/2006 | No Bates number (Roseman 1) | No Bates number | | |
| PX0493 | *Financing and Risk Management* by Richard A. Brealey and Stewart C. Myers | not dated | FISHER0003650 | FISHER0003653 | | |
| PX0494 | Excerpts from Book | not dated | No Bates number (Fisher 6) | No Bates number | | |
| PX0495 | Modern Project Finance, A Casebook by Benjamin C. Esty | not dated | FISHER0003654 | FISHER0003656 | | |
| PX0496 | Staff Accounting Bulletin No. 74- Disclosure of the Impact that Recently Issued Accounting Standards Will Have on Financial Statements of the Registrant When Adopted in a Future Period | not dated | No Bates number (Livnat 7) | No Bates number | | |
| PX0497 | United Statess Securities and Exchange Commission, Schedule 14A, Teleglobe International Holdings Ltd. | 2005 | RES089551 | RES089875 | | |
| PX0498 | Email from P. Miles to P. Van Gheluwe re: SBC General Option (V13).ppt | 3/26/2002 | BCE-AD 0386253 | BCE-AD 0386269 | | |
| PX0499 | Email from P. Miles to L. Ruggins et al. re: SBC Put/TGO Financing Strategy Presentation, attaching presentation draft | 4/12/2002 | BCE-AD 0064095 | BCE-AD 0064117 | | |
| PX0500 | Declaration of James W. Callaway, SBC Communications, in response to subpoena | 10/12/2005 | No Bates number (Callaway 3) | No Bates number | | |
| PX0501 | James Callaway's Outlook Calendar | 5/5/2002 | SBC/TG06837 | SBC/TG06854 | | |
| PX0502 | BCE Board Presentation, Addressing Teleglobe and the SBC Put | 4/23/2002 | BCE-AD 0543555 | BCE-AD 0543604 | | |
| PX0503 | Teleglobe Inc. Rating Agency Presentation (final) | 11/6/2000 | BMO001654 | BMO001740 | | |
| PX0504 | Teleglobe Inc. Rating Agency Presentation | 11/6/2000 | BCE-AD 0305647 | BCE-AD 0305732 | | |
| PX0505 | DBRS rating report on Teleglobe Inc. | not dated | BCE-AD 0063305 | BCE-AD 0063309 | | |
| PX0506 | DBRS rating report on Teleglobe Inc. | 11/21/2000 | BCET034488 | BCET034492 | | |
| PX0507 | Memo from P. VanGheluwe to L. Ruggins re: DBRS ratings report | not dated | BCE-AD 0063304 | BCE-AD 0063310 | | |
| PX0508 | Email from P. VanGheluwe to J. Tysall re: Teleglobe ratings | 3/8/2001 | BCET411327 | BCET411328 | | |
| PX0509 | Memo from Ruggins informing the "BBB+" S&P rating given on Teleglobe's debt due to BCE's support | 3/16/2001 | BCET110144 | BCET110144 | | |
| PX0510 | Letter from (not signed) to Dominion Bond Rating Service responding to Dominion's concerns about BCE's funding commitment | 8/16/2001 | BCE-AD 0011006 | BCE-AD 0011006 | | |
| PX0511 | Email from R. Buchalter to P. VanGheluwe, et al re: DBRS Updated report on Teleglobe | 8/29/2001 | BCET419790 | BCET419795 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0512 | Merrily Lynch re: Teleglobe Inc. "Ratings Arbitrage May Provide Profit Opportunities For Crossover Buyers" | 1/18/2002 | BCET010950 | BCET010957 | | |
| PX0513 | Memo from J. Deforges to M. Boychuk et al, re: Credit Rating Agencies - Follow-up meeting, attaching draft presentation to Credit Rating Agencies | 9/21/2000 | BCE-AD 0063313 | BCE-AD 0063357 | | |
| PX0514 | Investor Relations Distribution List, Letter- Subject: Market Reaction Report: BCE's Third Quarter Results and New Corporate Structure, including Highlights- Analysts' Reports | 10/27/2000 | BCE-AD 0059818 | BCE-AD 0059828 | | |
| PX0515 | National Bank Financial Daily Bulletin, "Teleglobe is Surviving the Telecom Tempest" | 8/10/2001 | BCE-AD 0065629 | BCE-AD 0065631 | | |
| PX0516 | Merrill Lynch Comment on BCE Inc., "How a Weak Economy Could Help BCE" | 9/24/2001 | CSFB004971 | CSFB004978 | | |
| PX0517 | Email from G. Walker to P. VanGheluwe re: Fwd: Merrill Lynch Research - BCE Inc., attaching Merrill Lynch document | 9/25/2001 | BCET545639 | BCET54547 | | |
| PX0518 | Merrill Lynch Comment on BCE Inc., "Weathering the Storm" | 10/25/2001 | BCE-AD 0314405 | BCE-AD 0314412 | | |
| PX0519 | Public Information Book - BCE | 11/1/2001 | CSFB004797 | CSFB005227 | | |
| PX0520 | Email from D. Carter to L. Ruggins, et al re: Meeting December 20th | 12/14/2001 | BCET073332 | BCET073332 | | |
| PX0521 | Merrill Lynch Comment on BCE Inc, "A Closer Look at the 2002 Numbers" | 12/17/2001 | BCET458687 | BCET458696 | | |
| PX0522 | Email from D. Carter to P. VanGheluwe re: Teleglobe questions | 1/25/2002 | BCE-E0003366 | BCE-E0003366 | | |
| PX0523 | Merrill Lynch Comment on BCE Inc., "The SBC Put: How Big a Deal Is It?" | 3/26/2002 | BCET019589 | BCET019591 | | |
| PX0524 | Email from P. VanGheluwe to M. Boychuk re: Fwd: Teleglobe spreadsheet, attaching email from D. Carter at Moody's to P. Van Gheluwe | 3/28/2002 | BCE-E0002824 | BCE-E0002828 | | |
| PX0525 | Project X Chronology of Events | not dated | BCE-AD 0502786 | BCE-AD 0502787 | | |
| PX0526 | Declaration of Maria Buonamici | 1/16/2006 | No Bates number (rece. from S&S) | No Bates number | | |
| PX0527 | Letter from B. Connolly to G. Varallo re: Project X Chronology of Events Document | 2/24/2006 | No Bates number (rece. from S&S) | No Bates number | | |
| PX0528 | Email from M. Lalande to M. Turcotte et al, re: Project Saving Grace, attaching TOC Teleglobe Documents doc, Memo Teleglobe Financing (v.2) | 2/28/2002 | BCE-AD 0559466 | BCE-AD 0559478 | | |
| PX0529 | Email from M. Turcotte to M. Lalande et al, re: Re: Project Saving Grace | 3/1/2002 | BCE-AD 0559464 | BCE-AD 0559465 | | |
| PX0530 | Project Saving Grace, financial flexibility doc (quotes from Vanaselja, Sabia, and Monty re: credit facility extension prospects, BCE commitment to fund Teleglobe | 3/8/2002 | BCE-AD 0001076 | BCE-AD 0001076 | | |
| PX0531 | Document List, Project Saving Grace | not dated | BCE-AD 0068965 | BCE-AD 0068966 | | |
| PX0532 | Project X Working Group List | March 2002 | BCE-AD 0225978 | BCE-AD 0225983 | | |
| PX0533 | Non-Disclosure Agreement | not dated | TGV641985 | TGV641985 | | |
| PX0534 | Project X Table of Contents | 7/12/2005 | BCE-AD 0390909 | BCE-AD 0390917 | | |
| PX0535 | Draft Engagement Letter | 3/21/2002 | GEN046726 | GEN46732 | | |
| PX0536 | Email from M. Drouin to M. Lalande re: Fw: Draft Engagement Letter, attaching Teleglobe Indemnity Letter and Engagement Letter | 3/21/2002 | BCE-AD 0150068 | BCE-AD 0150078 | | |
| PX0537 | Lazard Freres Agreement Letter | 3/21/2002 | LZR002645 | LZR002657 | | |
| PX0538 | Draft Engagement Letter | 3/29/2002 | BCE-AD 0025542 | BCE-AD 0025553 | | |
| PX0539 | Luxembourg LLC Balance Sheet | 3/31/2002 | RES000004917 | RES000004917 | | |
| PX0540 | Email from M. Turcotte to M. Sabia et al. re: Project X | 4/2/2002 | BCE-AD 0225998 | BCE-AD 0225998 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0541 | Email from P. Pichette to A. Leblanc re: RE: models, attaching 2002-2003 Revised Plan | 4/2/2002 | TGV639634 | TGV639680 | | |
| PX0542 | Email from P. Pichette to D. Berrut re: Confidential, attaching Presentation to BCE, Valuations and Options | 4/2/2002 | TGV636592 | TGV636598 | | |
| PX0543 | Email from M. Drouin to M. Turcotte et al. re: April 4 Presentation | 4/3/2002 | BCE-AD 0138628 | BCE-AD 0138673 | | |
| PX0544 | Email from M. Lalande to M. Turcotte et al, re: Teleglobe Funding | 4/3/2002 | BCE-AD 0220635 | BCE-AD 0220635 | | |
| PX0545 | Email from M. Turcotte to J. Monty et al. re: Project X - Restructuring Alternatives, attaching Restructuring Alternatives Summary | 4/3/2002 | BCE-AD 0271443 | BCE-AD 0271444 | | |
| PX0546 | Email from A. Leblanc to P. Pichette re: Models supporting April 4 presentation, attaching models | 4/4/2002 | TGV641457 | TGV641486 | | |
| PX0547 | Presentation: Project X Preliminary Observations | 4/4/2002 | BCE-AD 0000296 | BCE-AD 0000343 | | |
| PX0548 | Email from P. Pichette to J. Brunette et al, re: FW: Project X - Confidentiality Agreement, attaching non-disclosure agreement | 4/7/2002 | TGV637792 | TGV637792 | | |
| PX0549 | Email from M. Turcotte to P. Lessard et al, re: Re: Lazard and E&Y[Fwd: Project X] | 4/8/2002 | BCE-AD 0546089 | BCE-AD 0546090 | | |
| PX0550 | Letter from M. Ryan to Teleglobe Board of Directors re: Special Meeting | 4/8/2002 | GEN009764 | GEN009764 | | |
| PX0551 | Email from M. Turcotte to J. Millstein et al. re: Agenda for April 10 Update meeting with Jean, attaching April 10 Agenda 3:05 PM | 4/9/2002 | BCE-AD 0271320 | BCE-AD 0271321 | | |
| PX0552 | Email from S. Baskin to M. Shapiro et al, re: Re: Project X - list of Issues and Activities, attaching list of issues and activities document | 4/9/2002 | SSSPXC0001636 | SSSPXC0001668 | | |
| PX0553 | Letter from M. Ryan to Teleglobe Board of Directors re: Special Meeting | 4/9/2002 | GEN009857 | GEN009857 | | |
| PX0554 | Memo from P. Pichette to M. Sabia re: Synthesis of differences between prior management's representations | 4/9/2002 | TGV647297 | TGV647299 | | |
| PX0555 | Email from M. Cossette to M. Turcotte re: Downturn presentation, attaching Downturn in Telecom Industry document | 4/10/2002 | BCE-AD 0563495 | BCE-AD 0563496 | | |
| PX0556 | Email from M. Drouin to M. Longval attaching Agenda for 4/10 update meeting with Jean 3:00 PM | 4/10/2002 | BCE-AD 0271281 | BCE-AD 0271311 | | |
| PX0557 | Issues and Activities List-Project X | 4/10/2002 | BCE-AD 0276943 | BCE-AD 0276975 | | |
| PX0558 | BCE Inc./Teleglobe Inc. Directors' Advance Call Discussion Points/Script 9:15 A.M. | 4/11/2002 | BCE-SUP121884 | BCE-SUP121888 | | |
| PX0559 | BCE Inc./Teleglobe Inc. Directors' Advance Call Discussion Points/Script 9:15 A.M. | 4/11/2002 | GEN009771 | GEN009774 | | |
| PX0560 | Email from J. Millstein to M. Cossette, et al re: Re: Engagement Letter - Comments. attaching drafts of letter | 4/11/2002 | BCE-AD 0169405 | BCE-AD 0169418 | | |
| PX0561 | Email from M. Cossette to M. Drouin, et al re: Engagement Letter - Comments, attaching drafts of letter | 4/11/2002 | BCE-AD 0169427 | BCE-AD 0169439 | | |
| PX0562 | Email from M. Turcotte to B. Babcock, et al re: Project X - List of Issues and Activities. attaching Issues and Activities document 9:31 AM | 4/11/2002 | BCE-AD 0271245 | BCE-AD 0271278 | | |
| PX0563 | Davies Ward Phillips & Vineberg LLP Memo re: Default Triggers under Canadian Indenture, US Indenture and Credit Facility | 4/12/2002 | BCE-AD 0563324 | BCE-AD 0563332 | | |
| PX0564 | Email from B. Erens to J. Swartz. et al re: Project X Action Steps 11:49 PM | 4/12/2002 | TGV00576110 | TGV00576111 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0565 | Email from M. Ryan to M. Lalande re: Fwd: Duties and Responsibilities of the Board, attaching Davies Ward Phillips & Vineberg Memo 12:38 PM | 4/12/2002 | BCE-AD 0372597 | BCE-AD 0372608 | | |
| PX0566 | Email from M. Turcotte to J. Monty et al, re: Teleglobe - Directors and CRO | 4/12/2002 | BCE-AD 0559924 | BCE-AD 0559924 | | |
| PX0567 | Email from S. Armutcuoglu to M. Turcotte re Re: Engagement Letter - Comments, attaching drafts of letter | 4/12/2002 | BCE-AD 0169390 | BCE-AD 0169402 | | |
| PX0568 | Email from V. Mercier to M. Turcotte et al, re: Project X, attaching Material Change Report | 4/12/2002 | BCE-SUP126877 | BCE-SUP126882 | | |
| PX0569 | Email from B. Enns to C. Childers, et al. re: Model Output attaching Project X Restructuring Model presentation | 4/12/2002 | TGV55782 | TGV55787 | | |
| PX0570 | Email from D. Salanic to A. Mongrain et al. re: Restructuring Model, attaching Project X - Preliminary Restructuring Model | 4/13/2002 | MCK04647 | MCK04665 | | |
| PX0571 | Scenario Comparison (from Project X Preliminary Restructuring Model) | 4/13/2002 | MCK02161 | MCK02170 | | |
| PX0572 | Email from B. Enns to J. Brunette re: FW: Restructuring Model, attaching Restructuring Model document | 4/14/2002 | TGV55988 | TGV56006 | | |
| PX0573 | Email from D. Salanic to P. Pichette et al, re: Strategic Partners, attaching April 13 Talking Points | 4/14/2002 | TGV00057614 | TGV00057621 | | |
| PX0574 | Email from M. Lalande to M. Cossette re: Fwd: Fwd: Project X - Default Triggers | 4/15/2002 | BCE-AD 0563322 | BCE-AD 0563323 | | |
| PX0575 | Email from M. Rosenhek to P. VanGheluwe et al, re: Fwd: BCE-->TGO funding information requested | 4/15/2002 | BCE-AD 0533194 | BCE-AD 0533194 | | |
| PX0576 | Email from P. Miles to L. Ruggins et al, re: TGOFunding.xls, attaching Teleglobe Funding Strategy | 4/15/2002 | BCE-AD 0076380 | BCE-AD 0076382 | | |
| PX0577 | Notes for Discussions with Directors of BCE (from 4/11 to 4/19) | 4/15/2002 | BCE-AD 0403686 | BCE-AD 0403688 | | |
| PX0578 | Email from I. Dimov to P. Pichette et al, re: presentation, attaching Project X Presentation 7:16 PM | 4/16/2002 | TGV643145 | TGV643171 | | |
| PX0579 | Email from M. Cossette to M. Turcotte et al, re: CSFB Conference by Siim Vanaselja (March 5, 2005), attaching conference memo | 4/16/2002 | BCE-AD 0559932 | BCE-AD 0559934 | | |
| PX0580 | Email from M. Lalande to J. Brunette et al, re: Teleglobe Inc. D&O 11:46:47 | 4/16/2002 | BCE-SUP120087 | BCE-SUP120087 | | |
| PX0581 | Email from M. Turcotte to J. Monty et al, re: Agenda for April 16 meeting. attaching agenda 3:03 PM | 4/16/2002 | TGV642698 | TGV642699 | | |
| PX0582 | Email from M. Turcotte to M. Lalande et al, re: Re: D&O Changes | 4/16/2002 | BCE-AD 0546101 | BCE-AD 0546101 | | |
| PX0583 | Lazard Preliminary Discussion Materials RE: Project X | 4/16/2002 | TGV00640132 | TGV00640157 | | |
| PX0584 | Memo from M. Ryan to File et al, re: Project X | 4/16/2002 | BCE-AD 0565539 | BCE-AD 0565541 | | |
| PX0585 | Preliminary Discussion Materials for Project X (w/handwritten notes) | 4/16/2002 | BCE-SUP122356 | BCE-SUP122381 | | |
| PX0586 | Project X - NA Preliminary Restructuring | 4/16/2002 | TGV637881 | TGV637892 | | |
| PX0587 | Email from M. Turcotte to G. Tremblay et al, re: Project X-[Fwd: CSFB Conference by Siim Vanaselja (March 5, 2002)], attaching conference memo | 4/17/2002 | BCE-AD 0547041 | BCE-AD 0547044 | | |
| PX0588 | Index, Project X, Questions and Answers | 4/19/2002 | BCE-AD 0566559 | BCE-AD 0566576 | | |
| PX0589 | Memo from T. Fell to D. Currie et al, re: views on BCE | 4/19/2002 | BCE-AD 0026869 | BCE-AD 0026871 | | |
| PX0590 | Project X Questions and Answers | 4/19/2002 | BCE-AD 0333710 | BCE-AD 0333741 | | |

| Trial Exhibit Number | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0591 | Email from D. Salanic to P. Pichette et al. re: Model, attaching April 20 Preliminary Restructuring doucment | 4/20/2002 | TGV00637290 | TGV00637304 | | |
| PX0592 | Email from S. Armutcuoglu to J. Brunette et al, re: Revised to do list, attaching April 19_Project X-To Do list. Doc | 4/20/2002 | TBRUJ00001177 | TBRUJ00001180 | | |
| PX0593 | Project X - NASGH Preliminary Restructuring | 4/20/2002 | BCE-AD 0026773 | BCE-AD 0026782 | | |
| PX0594 | Memo from M. Ryan to D. Currie et al, re: Call-in Coordinates | 4/21/2002 | BCE-AD 0380150 | BCE-AD 0380150 | | |
| PX0595 | Project X - Restructuring Model | 4/21/2002 | BCE-AD 0034157 | BCE-AD 0034162 | | |
| PX0596 | Email from J. Millstein to J. Brunette et al, re: interest 6:36 PM | 4/22/2002 | TGV49117 | TGV49117 | | |
| PX0597 | Letter from P. Pichette to J. Monty re: Teleglobe Inc. | 4/23/2002 | R 2004-BCE010733 | R 2004-BCE010736 | | |
| PX0598 | Letter from Teleglobe Inc. to J. Monty re: Teleglobe Inc. | 4/23/2002 | BCE-AD 00029690 | BCE-AD 00029690 | | |
| PX0599 | Teleglobe Board Presentation w/ post-it note saying, "Marc, Martine needs to read this and make changes if necessary. - Patrick" | 4/23/2002 | BCE-AD 0548297 | BCE-AD 0548323 | | |
| PX0600 | BCE Board Presentation Outline | not dated | BCE-AD 0563292 | BCE-AD0563296 | | |
| PX0601 | Some Discussion Points for Currie 4/24/02 announcement | not dated | BCE-AD 0352827 | BCE-AD 0352827 | | |
| PX0602 | Email from P. Pichette to P. Pichette re: FW: Preliminary Material for 20:00 call, attaching April 18 Buyers List, April 18 Teleglobe Teaser | 4/29/2002 | TPICP00001338 | TPIC00001367 | | |
| PX0603 | 2001 Objectives and Issues to Address | 2001 | BCE-AD 0043099 | BCE-AD 0043110 | | |
| PX0604 | BCE 2001 Mandate | 2001 | BCE-AD 0390325 | BCE-AD 0390332 | | |
| PX0605 | TCC Funding Requirements - 2001 | 2001 | BCE-AD 0159618 | BCE-AD 0159630 | | |
| PX0606 | Law Department / Corporate Secretariat Objectives - 2002 | 2002 | BCE-AD 0564468 | BCE-AD 0564468 | | |
| PX0607 | BCE 2003 Annual Report | 2003 | No Bates number (Sabia 52) | No Bates number | | |
| PX0608 | Teleglobe Corporate Calendar 2001 | 1/10/2000 | RES000117018 | RES000117021 | | |
| PX0609 | Memo from S. Skinner to G. Davis, et al, re: TGO Review of Q1 results with Francois Gauvin | 5/24/2000 | BCE-AD 0271033 | BCE-AD 0271034 | | |
| PX0610 | Email from M. Bouchard to R. Sciacchitano re: FW: BCE Board Material, attaching Teleglobe Communications Corporation Update | 6/12/2000 | TGV24836 | TGV24855 | | |
| PX0611 | Cover note regarding information re upcoming 6/28/00 meeting | 6/21/2000 | BCE-AD 0496872 | BCE-AD 0496876 | | |
| PX0612 | Teleglobe Communications Corporation Update | 6/28/2000 | BCET122320 | BCET122334 | | |
| PX0613 | Email from R. Russell to TCC USA List et al. re: Terry Jarman Organization Announcement, with attachments | 6/30/2000 | R 2004-BCE050303 | R 2004-BCE050327 | | |
| PX0614 | Memo from M. Paul to T. Jarman et al, re: Second Quarter Analysts' Conference | 7/10/2000 | BCE-AD 0064199 | BCE-AD 0064201 | | |
| PX0615 | Email from M. Bouchard to G. Ewert re: GlobalCenter | 7/17/2000 | TGV33239 | TGV33239 | | |
| PX0616 | Presentation - Turbo Project: Capturing Teleglobe's Growth Potential | 7/6/2000 | RES000099291 | RES000099316 | | |
| PX0617 | Email from P. Nicholson to R. Nicol, et al re: BCE Strategy, attaching memo, BCE Strategy - The Big Picture Context 10:54 PM | 8/18/2000 | BCE-AD 0389812 | BCE-AD 0389835 | | |
| PX0618 | Presentation: Capturing Teleglobe's Growth Potential: Kickstarting Change at Global Markets | 8/18/2000 | MCK05611 | MCK05620 | | |
| PX0619 | Memo from S. Fortin to T. Jarman re: A first approach to an integrated plan for Global Markets | 8/25/2000 | RES000083591 | RES000083599 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0620 | Email from M. Rosenhek to N. Denoncourt et al, re: YEE, attaching BCE Sept 2000 Outlook | 9/22/2000 | BCE-AD 0254534 | BCE-AD 0254540 | | |
| PX0621 | Handwritten Note from Nicholson to "Michael" - attaching "Teleglobe 'Back of the Envelope' Observations" | 9/28/2000 | BCE-AD 0096092 | BCE-AD 0096095 | | |
| PX0622 | Handwritten Notes - "Issues" List | 10/16/2000 | BCE-AD 0057064 | BCE-AD 0057066 | | |
| PX0623 | Memo from M. Ryan to M. Turcotte et al, re: Teleglobe Inc. - Review of Corporate Documents | 10/20/2000 | BCE-AD 0102864 | BCE-AD 0102865 | | |
| PX0624 | Email from D. Marr to W. Scott et al, re: Teleglobe Report, attaching draft of Teleglobe Project Final Report | 10/21/2000 | BCE-AD 0140770 | BCE-AD 0140773 | | |
| PX0625 | Email from W. Scott to D. Marr et al, re: Re: Teleglobe Report | 10/22/2000 | BCE-AD 0140774 | BCE-AD 0140774 | | |
| PX0626 | Email from M. Lalande to A. Bourbonnais et al. re: Teleglobe Inc. - Secretariat | 10/24/2000 | RES000114325 | RES000114325 | | |
| PX0627 | Email from M. Rosenhek to N. Denoncourt re: revised outlook, attaching BCE Nov 2000 | 11/15/2000 | BCE-AD 0254574 | BCE-AD 0254578 | | |
| PX0628 | BCE Executive Council Presentation, Teleglobe Strategy and Direction | 11/24/2000 | BCE-AD 0054196 | BCE-AD 0054243 | | |
| PX0629 | Letter from P. Nicholson to M. Sabia re: Executive Council Action Items | 11/27/2000 | BCE-AD 0057080 | BCE-AD 0057086 | | |
| PX0630 | Memo from A. Coccia re: Fair Value of Net Assets-TCC | 12/7/2000 | RES000131967 | RES000131971 | | |
| PX0631 | Email from M. Turcotte to M. Ryan et al, re: 2001 Law Department Projects, attaching List of Law Department Projects | 1/15/2001 | BCE-AD 0578685 | BCE-AD 0578706 | | |
| PX0632 | Memo from P. Thom to "Mike" attaching excerpt from presentation | 1/17/2001 | GEN043133 | GEN043152 | | |
| PX0633 | Email from M. Lalande to D. Snyder et al. re: TGO Schedule of Authorities 11:35 PM | 1/22/2001 | TGV51620 | TGV51620 | | |
| PX0634 | Email from M. Bouchard to R. Sciacchitano re: FW: 2001 Score cards, attaching 2001 Objectives and Mandate 2001 | 1/24/2001 | TGV22414 | TGV22426 | | |
| PX0635 | Teleglobe Financial Update, Board of Directors | 1/24/2001 | BCE-AD 0125522 | BCE-AD 0125546 | | |
| PX0636 | Email from J. Brunette to K. Morgan, et al re: FW: Teleglobe's risk factors, attaching Risk factors.doc 12:31 AM | 1/25/2001 | TGV00047268 | TGV00047269 | | |
| PX0637 | Memo from S. Fortin to E. Gandarilla et al, re: Three year plan | 1/26/2001 | RES000091911 | RES000092297 | | |
| PX0638 | Designation by Jean Monty of Siim Vanaselja as having authority to determine terms and conditions of financial assistance to Teleglobe | 1/30/2001 | BCE-AD 0101459 | BCE-AD 0101459 | | |
| PX0639 | Email from M. Bouchard to A. Mongrain re: FW: Introduction to Andre Mongrain | 1/31/2001 | TGV00027019 | TGV00027019 | | |
| PX0640 | Email from C. Wiegand to A. Coccia et al, re: RAP/GAAP Model | 2/5/2001 | BCE-AD 0052671 | BCE-AD 0052672 | | |
| PX0641 | Email from D. Snyder to J. Brunette, et al re: FW: Teleglobe AIF Risk Factors, attaching risk factors.doc 7:59 PM | 2/7/2001 | TGV00103417 | TGV00103420 | | |
| PX0642 | Email from L. Donnan to J. Bias re: FW: January Flash Results, attaching January Financial Statements | 2/14/2001 | TGV231666 | TGV231687 | | |
| PX0643 | Memo from M. Lalande to K. Bustamante, et al, re: Teleglobe Schedule of Authorities and Power of Attorney | 2/14/2001 | BCE-AD 0139155 | BCE-AD 0139157 | | |
| PX0644 | Handwritten notes | 2/16/2001 | BCE-AD 0543738 | BCE-AD 0544107 | | |
| PX0645 | Email from M. Lalande to D. Snyder et al re: TCC SofA | 2/19/2001 | BCE-AD 0202991 | BCE-AD 02202991 | | |
| PX0646 | Email from C. Condon to B. Enns et al. re: Stu's Board Package, attaching Network Deployment Status Report | 2/22/2001 | TGV714191 | TGV714205 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0647 | Email from D. Snyder to M. Lalande, et al re: Policy on Authorization, attaching Schedule of Authorization 12:20:50 | 2/22/2001 | RES000114292 | RES000114309 | | |
| PX0648 | Memo from F. Valois to B. Pickford et al, re: Sale of Nortel shares | 2/22/2001 | BCET111459 | BCET111462 | | |
| PX0649 | Email from C. Wiegand to M. Rousseau re: FW: Fwd: Cashflow analysis - Write-off | 3/1/2001 | BCE-AD 0047214 | BCE-AD 0047215 | | |
| PX0650 | Email from M. Lalande to D. Snyder re: Corporate Policies | 3/7/2001 | R.2004-BCE047044 | R 2004-BCE047075 | | |
| PX0651 | Email from M. Rosenhek to F. Rodi et al re: Re: Updates to the Money Market Approved List | 3/14/2001 | BCE-AD 0254584 | BCE-AD 0254584 | | |
| PX0652 | Email from M. Rosenhek to N. Denoncourt et al, re: BCE April YEE Update, attaching April YEE file | 3/15/2001 | BCE-AD 0162612 | BCE-AD 0162615 | | |
| PX0653 | Letter from BCE to Steinberg re: BCE Phantom Stock Options | 3/23/2001 | BCE-AD 0059358 | BCE-AD 0059358 | | |
| PX0654 | Report: Strategic Alternatives for Teleglobe | 4/2/2001 | R.2004-BCE001331 | R 2004-BCE001369 | | |
| PX0655 | Email from M. Bouchard to R. Sciacchitano re: FW: Teleglobe Q&A attaching Teleglobe Frequently Asked Questions | 4/3/2001 | TGV30218 | TGV30224 | | |
| PX0656 | Email from M. Rosenhek to F. Rodi et al. re: FYI | 4/9/2001 | BCE-AD 0254609 | BCE-AD 0254609 | | |
| PX0657 | Email from M. Vandoorn to A. Coccia et al, re: 20yr plan model | 4/12/2001 | GEN117324 | GEN117331 | | |
| PX0658 | Email from D. Snyder to C. Pauze, re: RE: Level 3 update 3:42 AM | 4/19/2001 | TGV00693944 | TGV00693945 | | |
| PX0659 | Email from M. Bouchard to R. Sciacchitano re: FW: Terry's Q1 analyst backup, attaching Backup for 1st Quarter Analyst Call | 4/23/2001 | TGV30432 | TGV30478 | | |
| PX0660 | Presentation - Teleglobe Overview and Update Board of Directors | 4/25/2001 | RES000018618 | RES000018641 | | |
| PX0661 | BCE Report - Teleglobe - Strategic Alternatives and Current Status | 4/30/2001 | BCE-AD 0009864 | BCE-AD 0009879 | | |
| PX0662 | Email from P. Pichette to T. Jarman, et al re: Q1 review follow-up | 4/30/2001 | BCE-AD 0491230 | BCE-AD 0491231 | | |
| PX0663 | Letter from J. Monty to T. Jarman et al, re: strategic reasons for purchase of Teleglobe | 4/30/2001 | BCE-AD 0502800 | BCE-AD 0502801 | | |
| PX0664 | Terry Jarman's Resume | not dated | TGV667257 | TGV667258 | | |
| PX0665 | Summary Perspective on Financials-Take 2 | 5/3/2001 | BCE-AD 0448751 | BCE-AD 0448761 | | |
| PX0666 | Email from A. Wong to M. Rosenhek re: Revised Teleglobe Interest -Base, attaching revised Teleglobe Interest - Base document | 5/8/2001 | BCE-AD 0152523 | BCE-AD 0152527 | | |
| PX0667 | Email from D. McGraw to M. Boychuk re: attaching two Teleglobe 5 year plan models dated 5/13/01 (with attachments) | 5/14/2001 | R.2004-BCE073083 | R 2004-BCE073090 | | |
| PX0668 | Email from M. Rosenhek to F. Rodi et al, re: Friday's meeting with Mike | 5/23/2001 | BCE-AD 0254628 | BCE-AD 0254628 | | |
| PX0669 | Ruggins' handwritten notes - "not financeable without BCE support" | not dated | BCE-AD 0075664 | BCE-AD 0075664 | | |
| PX0670 | Presentation to BCE Corporate Governance Committee, "Beyond Compliance: Building a Corporate Governance Culture-Interim Report of the Joint Committee on Corporate Governance | 5/23/2001 | BCE-AD 0509032 | BCE-AD 0509096 | | |
| PX0671 | Email from M. Rosenhek to P. Thom et al. re: Meeting with Mike on Friday | 5/30/2001 | BCE-AD 0254630 | BCE-AD 0254630 | | |
| PX0672 | Presentation, 2002-2004 Strategic Plan Kickoff | 6/1/2001 | BCE-E0001140 | BCE-E0001159 | | |
| PX0673 | Email from M. Lalande to J. Brunette et al. re: Important Reminder 2:08 PM | 6/7/2001 | TGV562155 | TGV562155 | | |
| PX0674 | Email from P. Pichette to T. Jarman et al, re: June 1 Presentation w/ attachment | 6/7/2001 | BCE-AD 0352419 | BCE-AD 0352439 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0675 | Email from P. VanGheluwe to T. Jarman et al re: Teleglobe Bankers Presentation w/ attachment | 6/12/2001 | BCET413118 | BCET413160 | | |
| PX0676 | Email from A. Lee to P. VanGheluwe et al. re: List of Attendees - Meeting June 21, 2001, attaching list of attendees | 6/20/2001 | BCE-AD 0152664 | BCE-AD 0152668 | | |
| PX0677 | Report: A Risk Reducing Alternative Strategy for Teleglobe | 6/21/2001 | R.2004-BCE001378 | R 2004-BCE001393 | | |
| PX0678 | Email from A. Mongrain to P. Van Gheluwe re: TR: Authorization Matrix | 6/25/2001 | BCE-AD 0304901 | BCE-AD 0304916 | | |
| PX0679 | Email from D. MacGougan to P. VanGheluwe re: FW: Teleglobe - Bank Meeting Attendees, attaching actual attendees list | 6/25/2001 | BCE-AD 0152708 | BCE-AD 0152711 | | |
| PX0680 | Email from M. Lalande to J. Brunette, et al re: Re: Teleglobe/Bell Nexxia Agreement 9:14 PM | 6/26/2001 | BCE-AD 0194684 | BCE-AD 0194684 | | |
| PX0681 | Email from P. VanGheluwe to M. Lalande re: Sabia presentation, attaching Sabia presentation (new version) | 6/27/2001 | BCE-AD 0538485 | BCE-AD 0538492 | | |
| PX0682 | Email from M. Rosenhek to T. Erasmo et al, re: JULY YEE, attaching July YEE info. | 6/28/2001 | BCE-AD 0162653 | BCE-AD 0162659 | | |
| PX0683 | Project Fusion Outline | 6/29/2001 | SBC/TG-E-04630 | SBC/TG-E-04630 | | |
| PX0684 | P. Van Gheluwe's Calendar | 6/30/2001 | BCE-AD 0073109 | BCE-AD 0073109 | | |
| PX0685 | Teleglobe Ratio Sensitivity Analysis | 6/30/2001 | BCE-AD 0073353 | BCE-AD 0073353 | | |
| PX0686 | Email from M. Fahey to W. Anderson et al re: PRIVILEGED & CONFIDENTIAL: Excel Communications, Inc. -- Issues List | 7/3/2001 | TGV511798 | TGV511809 | | |
| PX0687 | Email from P. Wachter to M. Boychuk et al. re: TGO AlternativesJul5 ppt, attaching 7/5/01 presentation, Teleglobe Alternatives | 7/5/2001 | BCE-AD 0335438 | BCE-AD 0335447 | | |
| PX0688 | Email from M. Bouchard to P. Pichette re: TGO Review | 7/9/2001 | TGV24902 | TGV24902 | | |
| PX0689 | Email from A. Lemieux to C. Condon et al, re: Revised Presentation : 2000-2003 Capex plan, attaching revised presentation | 7/12/2001 | TGV00517243 | TGV00517260 | | |
| PX0690 | Email from Y. Bergeron to P. Archer re: FW: BCE Group/BCI/Teleglobe | 7/12/2001 | TD000005 | TD000005 | | |
| PX0691 | Key Messages from Discussion with Management and Data Analysis | 7/13/2001 | BCE-AD 0450108 | BCE-AD 0450112 | | |
| PX0692 | Web biography | 7/13/2001 | BCET094761 | BCET094761 | | |
| PX0693 | Email from D. Snyder to I. Ricciuto, et al re: Teleglobe Risk Factors, attaching Teleglobe Globesystem.doc (revision) 11:46 PM | 7/18/2001 | TGV00565378 | TGV00565380 | | |
| PX0694 | Email from M. Bouchard to R. Sciacchitano re: FW: 2Q Performance report, attaching Quarterly Performance Review Q2 2001 | 7/19/2001 | TGV22633 | TGV22660 | | |
| PX0695 | Email from B. Enns to P. Pichette et al. re: Aug. 30 BCE Strat Review | 7/24/2001 | R.2004-BCE006233 | R.2004-BCE006233 | | |
| PX0696 | Handout at Audit Committee meeting on 7/24/01 | 7/24/2001 | BCE-AD 0088694 | BCE-AD 0088697 | | |
| PX0697 | Email from F. Gauvin to B. Pickford et al, re: Private Placement | 8/8/2001 | BCE-AD 0003781 | BCE-AD 0003781 | | |
| PX0698 | Presentation - BCE Executing for Growth | 8/9/2001 | BCE-AD 0065561 | BCE-AD 0065581 | | |
| PX0699 | Handwritten Notes - "TGO" | 8/10/2001 | BCE-AD 0003831 | BCE-AD 0003831 | | |
| PX0700 | Email from P. Pichette to B. Enns re: Notes from last Friday's conversation 6:02 AM | 8/13/2001 | BCE-AD 0447137 | BCE-AD 0447137 | | |
| PX0701 | Email from B. LeDuc to P. Nicholson et al, re: Mktg Context & Growth aug 16final.ppt, attaching document | 8/16/2001 | BCE-AD 0040058 | BCE-AD 0040110 | | |
| PX0702 | Excel Communications | 8/17/2001 | BCE-AD 0090741 | BCE-AD 0090747 | | |
| PX0703 | Email from M. Smith to P. Pichette re: Teleglobe Strategic Review Presentation, attaching Teleglobe Strategic Review Presentation | 8/29/2001 | BCE-E0000184 | BCE-E0000258 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0704 | Email from M. Paul to M. Sabia et al, re: TGO Rationalization Plan Documents, attaching scripts and backup documents for 8/30/01 analyst conference, 8/30/01 Teleglobe Press release | 8/30/2001 | R.2004-BCE006135 | R.2004-BCE006151 | | |
| PX0705 | Handwritten notes re: TGO conference call | 8/30/2001 | R.2004-BCE072479 | R.2004-BCE072480 | | |
| PX0706 | Presentation, Teleglobe Strategic Review | 8/30/2001 | BCE-AD 0068019 | BCE-AD 0068095 | | |
| PX0707 | Presentation, Teleglobe Strategic Review (w/handwriting) | 8/30/2001 | BCE-AD 0068542 | BCE-AD 0068617 | | |
| PX0708 | Email from A. Mongrain to C. Eakin re: Aug 30 BCE Strategy Review | 9/4/2001 | TGV00535128 | TGV00535128 | | |
| PX0709 | Email from M. Rosenhek to F. Rodi re: BCE cash position slide (draft), attaching document | 9/10/2001 | BCE-AD 0163282 | BCE-AD 0163283 | | |
| PX0710 | Email from D. McGraw to M. Boychuk re: Fwd: TGO Write-off / Monetization, attaching credit analysis spreadsheets | 9/14/2001 | BCE-E0003311 | BCE-E0003330 | | |
| PX0711 | Report: Summary Perspective on Teleglobe's Strategic Plan | 9/14/2001 | R.2004-BCE003385 | R.2004-BCE003397 | | |
| PX0712 | Email from M. Bouchard to P. Pichette re: FW: JCM Presentation. attaching BCE/Teleglobe - Telstra Meeting | 9/17/2001 | TGV31903 | TGV31927 | | |
| PX0713 | Email from M. Rosenhek to M. Lavallee re: tgo cap, attaching tgo debt & pref SEP20_01 document | 9/21/2001 | BCE-AD 0255269 | BCE-AD 0255270 | | |
| PX0714 | Monte Carlo Results (page 5) | 9/21/2001 | BCE-AD 0056721 | BCE-AD 0056721 | | |
| PX0715 | TGO Monte Carlo presentation | 9/21/2001 | BCE-AD 0451422 | BCE-AD 0451435 | | |
| PX0716 | TG's Monte Carlo Analysis and Implications for Strategy | 9/21/2001 | BCE-AD 0440754 | BCE-AD 0440754 | | |
| PX0717 | BCE Planning Options | 9/26/2001 | BCE-AD 0071325 | BCE-AD 0071343 | | |
| PX0718 | Email from A. Mongrain to C. Eakin et al, re: FW: 2002 Plan | 9/26/2001 | TGV523539 | TGV523539 | | |
| PX0719 | Email from P. Pichette to B. LeDuc re: frosty, attaching TGO frosty Model version 2 | 9/26/2001 | BCE-AD 0446827 | BCE-AD 0446834 | | |
| PX0720 | Email from D. Snyder to R. Leahy re: Teleglobe Private Placement Memorandum - Questions 6:24 PM | 10/3/2001 | BCE-AD 0146867 | BCE-AD 0146869 | | |
| PX0721 | Email from F. Gauvin to S. Skinner et al re: (pas d'objet) | 10/4/2001 | BCE-AD 0248168 | BCE-AD 0248168 | | |
| PX0722 | BCE Capital Structure Review 2001-2004 Presentation | 10/10/2001 | BCE-AD 0163389 | BCE-AD 0163405 | | |
| PX0723 | Email from M. Ryan to H. Kilian re: Fwd: Teleglobe draft code of ethics, attaching draft | 10/10/2001 | BCE-AD 0492762 | BCE-AD 0492788 | | |
| PX0724 | Email from M. Rosenhek to P. Thom re: Fwd: BCE Capital Structure Review ppt, attaching BCE Capital Structure Review | 10/11/2001 | BCE-AD 0163370 | BCE-AD 0163387 | | |
| PX0725 | Email from M. Rosenhek to C. Thierry et al, re: BCE 01-04 update Oct. 12, attaching TGO Consolidation Summary document | 10/12/2001 | BCE-AD 0255322 | BCE-AD 0255332 | | |
| PX0726 | Email from M. Rosenhek to K. Doyle et al, re: Re: Fwd: Senior debt repayment reviison (Bell->BCH->BCE) | 10/15/2001 | BCE-AD 0255333 | BCE-AD 0255334 | | |
| PX0727 | Email from M. Rosenhek to L. Ruggins re: Fwd: BCE Capital Structure Review ppt, attaching BCE Capital Structure Review 2001-2004 | 10/15/2001 | BCE-AD 0163388 | BCE-AD 0163405 | | |
| PX0728 | Email from Y. DeGrandpre to F. Gauvin re: investor relations | 10/15/2001 | R.2004-BCE055412 | R.2004-BCE055413 | | |
| PX0729 | Teleglobe TCC Executive Mgmt Third Quarter 2001 | 10/15/2001 | BCE-AD 0079815 | BCE-AD 0079857 | | |
| PX0730 | Email from I. Ricciuto to M. Lalande re: Fwd: MD&A Risks **Draft** Not Final, 1:39 PM | 10/16/2001 | BCE-AD 0145195 | BCE-AD 0145197 | | |