# APPENDIX 4A
# (Part 3)

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0731 | Email from A. Leblanc to Unknown re: Presentations, attaching BCE Capital Structure Review 2001-2004 | 10/20/2001 | BCE-AD 0174532 | BCE-AD 0174562 | | |
| PX0732 | Email from A. Leblanc to M. Boychuk et al re: BCE Capital Structure, attaching BCE Capital Structure Review 2001-2004 12:40 PM | 10/22/2001 | BCE-AD 0154956 | BCE-AD 0154981 | | |
| PX0733 | Email from A. Leblanc to B. MacMillan re: Presentation, attaching draft BCE 2002-2004 Strategic Plan Base Case Elements and Sensitivities | 10/25/2001 | BCE-AD 0155458 | BCE-AD 0155467 | | |
| PX0734 | Presentation: Goals & Objectives Review- Global Operations Meeting | 10/25/2001 | TGV00111990 | TGV00111993 | | |
| PX0735 | Email from S. Verge to M. Barger re: Objectives Oct 25 2001.ppt, attaching Objectives Oct 25 2001.ppt | 11/5/2001 | TGV713221 | TGV713241 | | |
| PX0736 | Email from S. Vanaselja to B. Macmillan re: Fwd: BCE 2002-2004 financial plan, attaching Summary of 2002-2004 BCE Financial Plan | 11/6/2001 | BCE-AD 0365893 | BCE-AD 0365922 | | |
| PX0737 | Global Equity Research, for BCE Inc., "Bell Canada Shines" | 11/6/2001 | BCE-AD 0314429 | BCE-AD 0314440 | | |
| PX0738 | Email from J. Ciccarelli to M. Boychuk re: private placement | 11/6/2001 | R.2004-BCE072662 | R.2004-BCE072662 | | |
| PX0739 | Email from J. Ciccarelli to M. Boychuk et al re: Update on Private Placement | 11/7/2001 | BCE-AD 0140232 | BCE-AD 0140232 | | |
| PX0740 | Email from J. Ciccarelli to M. Boychuk re: private placement | 11/8/2001 | R.2004-BCE072664 | R.2004-BCE072664 | | |
| PX0741 | Corporate Data Sheet re: Teleglobe | 11/8/2001 | BCE-AD 0240193 | BCE-AD 0240222 | | |
| PX0742 | Email from M. Boychuk to S. Vanaselja re: Private Placement | 11/9/2001 | BCET435935 | BCET435935 | | |
| PX0743 | TGO Story Line | not dated | BCE-AD 0440755 | BCE-AD 0440756 | | |
| PX0744 | Email from G. Rourke to M. Boychuk et al, re: FW: TGO | 11/12/2001 | BCE-AD 0075560 | BCE-AD 0075561 | | |
| PX0745 | Letter from Y. Jeghers et al, to BCE Inc. re: Senior Unsecured Notes for Teleglobe Inc. | 11/15/2001 | BCE-AD 0061954 | BCE-AD 0061956 | | |
| PX0746 | Email from J. Ciccarelli to L. Ruggins et al. re: Fwd: Teleglobe Private Placement, attaching 11/15/01 email and letter from ABN AMRO | 11/20/2001 | BCE-AD 0335075 | BCE-AD 0335080 | | |
| PX0747 | Email from S. Runion to S. Fortin re: FW: Notes to Board Presentation/Operating Plan changes, attaching Teleglobe Operating Plan FINAL, Teleglobe Board Presentation | 11/26/2001 | TGV357794 | TGV357846 | | |
| PX0748 | Agenda/Storyline 11/28/01 Board meeting | 11/28/2001 | BCE-AD 0504227 | BCE-AD 0504233 | | |
| PX0749 | Email from J. Monty to M. Boychuk et al, re: Role of BCE Corporate Centre, attaching Role of the BCE Corporate Center presentation | 11/30/2001 | BCE-E0010702 | BCE-E0010713 | | |
| PX0750 | The Teleglobe Situation notes | 12/3/2001 | BCE-AD 0448483 | BCE-AD 0448484 | | |
| PX0751 | Memo from M. Lalande to M. Boychuk re: BCE Inc. Loan to Teleglobe Inc. | 12/5/2001 | BCE-AD 0406554 | BCE-AD 0406556 | | |
| PX0752 | Email from A. Bearzatto to B. Pickford et al re: Loss Consolidation - Other Alternatives, attaching diagrams Use of a Trust, Use of a Partnership | 12/6/2001 | BCE-AD 0003683 | BCE-AD 0003685 | | |
| PX0753 | Loan Agreement between BCE and Teleglobe | 12/6/2001 | BCE-AD 0028288 | BCE-AD 0028302 | | |
| PX0754 | Memo from I. Ricciuto to J. Robillard et al, re: Press Release - December 12, 2001 Guidance Session File No. 1.14.26.9 | 12/6/2001 | BCE-AD 0548015 | BCE-AD 0548019 | | |
| PX0755 | Email from P. Pichette to K. Hill re: Presentation Sabia - Final Version, attaching BCE Much More Than the Sum of its Parts presentation | 12/7/2001 | BCE-AD 0469262 | BCE-AD 0469286 | | |
| PX0756 | TCC Financial Statements November 2001 | 12/7/2001 | RES000057490 | RES000057498 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0757 | Email from P. Cloutier to J. Monty et al re: GlobeSystem Investments presentation, attaching Teleglobe Communications Network Investments | 12/10/2001 | BCE-AD 0269430 | BCE-AD 0269469 | | |
| PX0758 | Transcript, 2002 BCE Business Review, Terry Jarman/Q&A | 12/12/2001 | BCE-AD 0277198 | BCE-AD 0277239 | | |
| PX0759 | Email from A. Bearzatto to B. Pickford et al, re: BCE Loss Consolidation, attaching BCE Utilization of Losses in BCE Group | 12/14/2001 | BCE-AD 0003747 | BCE-AD 0003764 | | |
| PX0760 | Email from T. Jarman to TCC Off Shore Employees et al, re: Teleglobe et la rencontre de BCE avec les investissuers / Teleglobe and the BCE Investors Meeting | 12/14/2001 | TGV419629 | TGV419630 | | |
| PX0761 | Email from S. LeFebvre to B. pickford et al, re: BCE Loss Consolidation, attaching Proposed Trust Structure document | 12/18/2001 | BCE-AD 0003722 | BCE-AD 0003723 | | |
| PX0762 | Presentation - "TCC Executive Management Board - November 2001" | 12/18/2001 | RES000103173 | RES000103219 | | |
| PX0763 | Handwritten notes - "Loss Utilization" | 12/19/2001 | BCE-AD 0003725 | BCE-AD 0003726 | | |
| PX0764 | Email from M. Lalande to M. Boychuk et al, re: Teleglobe Series 4 Prefered Shares | 12/20/2001 | BCE-SUP126989 | BCE-SUP126989 | | |
| PX0765 | Loan Agreement between BCE and Teleglobe (draft) | 12/20/2001 | BCE-AD 0028303 | BCE-AD 0028308 | | |
| PX0766 | Teleglobe Balance Sheet | 12/31/2001 | RES000115918 | RES000115924 | | |
| PX0767 | Teleglobe Inc. 2001 10-K Annual Report | 12/31/2001 | BCE-AD 0099283 | BCE-AD 0099357 | | |
| PX0768 | Email from J. Veneau to P. Van Gheluwe et al. re: Teleglobe Press Release (with handwritten notes) | 1/4/2002 | BCET081456 | BCET081456 | | |
| PX0769 | Memo from Y. DeGrandpre to File et al, re: identifying Teleglobe financial support | 1/7/2002 | BCE-SUP120468 | BCE-SUP120470 | | |
| PX0770 | Memo from Y. DeGrandpre to File et al, re: income taxes | 1/7/2002 | BCE-AD 035988 | BCE-AD 035988 | | |
| PX0771 | Memo from A. Mongrain to M. Bouchard et al, re: Special or Normal Transactions | 1/9/2002 | RES000030264 | RES000030266 | | |
| PX0772 | Email from I. Ricciuto to M. Ryan et al, re: Teleglobe Compliance Committee, attaching Teleglobe Compliance Committee document | 1/10/2002 | BCE-AD 0561869 | BCE-AD 0561870 | | |
| PX0773 | Email from A. Bearzatto to S. Skinner et al, re: BCE/Teleglobe Loss Planning | 1/11/2002 | BCE-E0014829 | BCE-E0014829 | | |
| PX0774 | Email from M. Ryan to M. Turcotte et al. re: [Fwd: Establishment of Teleglobe Compliance Committee] 14:42:06 | 1/11/2002 | GEN009879 | GEN009880 | | |
| PX0775 | Presentation "TCC Operations Management Board 4th Quarter 2001" | 1/15/2002 | RES000057556 | RES000057615 | | |
| PX0776 | Project Atlas - Proposed Agenda | 1/16/2002 | BCE-AD 0053533 | BCE-AD 0053533 | | |
| PX0777 | Email from T. Jarman to TCC USA List et al, re: BCE Teleglobe | 1/21/2002 | TGV557092 | TGV557093 | | |
| PX0778 | Discussion doc. To BCE Regarding Atlas-Communication Plan Considerations | 1/22/2002 | BCE-AD 0053518 | BCE-AD 0053530 | | |
| PX0779 | Email from M. Turcotte to M. Lalande et al, re: 2001 Performance, attaching Performance Review 2001 | 1/22/2002 | BCE-AD 0562149 | BCE-AD 0562155 | | |
| PX0780 | Investor Relations Internal Briefing Fourth Quarter 2001 | 1/23/2002 | BCE-AD 0342277 | BCE-AD 0342320 | | |
| PX0781 | Script of BCE 4th quarter and year 2001 results conference call | 1/23/2002 | BCET076863 | BCET076883 | | |
| PX0782 | Teleglobe Board Meeting Overview of Voice Business | 1/23/2002 | BCET090703 | BCET090712 | | |
| PX0783 | Email from M. Lalande to M. Boychuk re: Fwd: URGENT, attaching email | 1/25/2002 | BCE-AD 0559450 | BCE-AD 055951 | | |
| PX0784 | Email from P. VanGheluwe to M. Boychuk re: [Fwd: Teleglobe questions] | 1/25/2002 | BCET073352 | BCET073353 | | |
| PX0785 | Handwritten Notes - "TGO: SV, MB, & ML" | 1/25/2002 | BCE-AD 0003597 | BCE-AD 0003597 | | |
| PX0786 | Email from B. Roy to A. Leblanc re: Fwd: Due Diligence, attaching List of Questions | 1/28/2002 | BCE-AD 0176654 | BCE-AD 0176658 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0787 | Email from M. Lalande to M. Ryan et al. re: Teleglobe / Sabia 11:10:51 | 1/28/2002 | RES000069853 | RES000069853 | | |
| PX0788 | Email from N. Shipley to P. Pichette et al, re: Message from Charles Childers | 1/28/2002 | BCE-AD 0508376 | BCE-AD 0508377 | | |
| PX0789 | Email from A. Leblanc to P. Lenzi re: Due Diligence questions, attaching Q 12, 13, 16, 18 and 19 | 1/29/2002 | BCE-AD 0532998 | BCE-AD 0533004 | | |
| PX0790 | Email from M. Mullins to E. Daher re: RE: Request for year-end MD&A submission, attaching Mgmt Discussion & Analysis - 4th Quarter | 1/29/2002 | BCE-AD 0047745 | BCE-AD 0047746 | | |
| PX0791 | Email from B. Enns to T. Powers, et al re: FW: Cash flows, attaching P&L Factors and Assumptions 9:57 PM | 1/31/2002 | TGV344971 | TGV344986 | | |
| PX0792 | Email from J. Brunette to A. Chitamun et al, re: RE: In preparation to our review | 2/4/2002 | TGV97356 | TGV97357 | | |
| PX0793 | Email from M. Rosenhek to R. Olivier et al, re: TGO cash requirement, attaching Consolidated P&L | 2/4/2002 | BCE-AD 0255695 | BCE-AD 0255702 | | |
| PX0794 | Memo from A. Kingissepp and S. Suarez to Canada Customs and Revenue Agency re BCE Inc. - Teleglobe Loss Consolidation (Draft) | 2/5/2002 | R 2004-BCE016034 | R 2004-BCE016038 | | |
| PX0795 | Fax from A. Kingissepp et al, to M. Symes at Canada Customs & Revenue Agency, attaching Memo Re: BCE Inc - Teleglobe Loss Consolidation | 2/6/2002 | BCE-AD 00030478 | BCE-AD 00030484 | | |
| PX0796 | Monthly Revenue Report Version 2 | 2/6/2002 | TGV442849 | TGV442890 | | |
| PX0797 | Email from C. Childers to TCC USA List et al, re: Announcement from Charles Childers | 2/7/2002 | TGV557095 | TGV557097 | | |
| PX0798 | Email from S. Fortin to H. Alexandre, et al re: Monthly Provisioning Report for January 2002 | 2/7/2002 | TGV442526 | TGV442526 | | |
| PX0799 | Email from E. Charbonneau to M. Boychuk et al, re: Update Materials for 4:00 call, attaching BCE Book, Feb.5.ppt | 2/8/2002 | BCET081863 | BCET081876 | | |
| PX0800 | Email from O. Roy to S. Skinner et al, re: TGO US GAAP Statements, attaching documents | 2/8/2002 | BCE-AD 0064136 | BCE-AD 0064155 | | |
| PX0801 | Fax from Osler, Hoskin & Harcourt sending: Memo re: BCE Inc. re Loss Consolidation; Letter to Canada Customs & Revenue Agency - Subject: BCE Inc. & Teleglobe Inc. Request for Advance Income Tax Ruling | 2/12/2002 | BCE-SUP121629 | BCE-SUP121655 | | |
| PX0802 | Email from G. Rourke to P. VanGheluwe re: BCE Support Letter, attaching TGO Supp Let Feb 13.doc | 2/13/2002 | BCE-AD 0342872 | BCE-AD 0342874 | | |
| PX0803 | Email from P. VanGheluwe to M. Lalande re: Fwd: BCE Support Letter, attaching TGO Support Letter | 2/13/2002 | BCE-AD 0559584 | BCE-AD 00559586 | | |
| PX0804 | Email from C. Childers to P. Pichette re: FW: Update | 2/15/2002 | TGV651144 | TGV651145 | | |
| PX0805 | Email from F. Rodi to M. Lalande et al, re: Fwd: Fwd: Teleglobe Debt | 2/15/2002 | BCE-SUP126986 | BCE-SUP126988 | | |
| PX0806 | Email from L. Houle to M. Sabia re: Revised TGO Speech, attaching Sabia Speech re TGO.doc 5:52 AM | 2/15/2002 | BCE-E0010696 | BCE-E0010699 | | |
| PX0807 | Email from M. Rosenhek to P. VanGheluwe re: TGO statements, attaching preliminary Teleglobe Inc. US GAAP presentation | 2/15/2002 | BCE-AD 0255946 | BCE-AD 0255957 | | |
| PX0808 | Email from M. Sabia to A. Tremblay re: Final English From M. Sabia for 1:30 Today, attaching Sabia Speech re TGOrev.doc | 2/15/2002 | BCE-AD 0571740 | BCE-AD 0571743 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0809 | Email from A. Bearzatto to M. Lalande re: Fwd: BCE/Teleglobe tax monetization plan, attaching Tax Monetization Journals | 2/18/2002 | BCE-AD 0562195 | BCE-AD 0562199 | | |
| PX0810 | Email from M. Lalande to P. VanGheluwe re: FWd: BCE Teleglobe loss monetization-board.ppt, attaching presentation | 2/18/2002 | BCE-AD 0560572 | BCE-AD 0560580 | | |
| PX0811 | Email from M. Lalande to D. Snyder re: Re: Teleglobe MD&A 9:44 AM | 2/19/2002 | BCE-AD 0221012 | BCE-AD 0221013 | | |
| PX0812 | Email from M. Lalande to I. Ricciuto et al, re: Teleglobe MD&A | 2/19/2002 | BCE-SUP121978 | BCE-SUP121979 | | |
| PX0813 | Email from M. Lalande to M. Boychuk, et al re: Term Sheet, attaching draft Term Sheet and draft BCE Support Letter 3:22 PM | 2/19/2002 | BCE-AD 0379542 | BCE-AD 0379545 | | |
| PX0814 | Email from M. Thompson to M. Lalande attaching Overview of Bankruptcy Process document | 2/19/2002 | BCE-AD 0559684 | BCE-AD 0559689 | | |
| PX0815 | Teleglobe Strategy Review | 2/19/2002 | BCE-AD 0080226 | BCE-AD 0080240 | | |
| PX0816 | RBOC'S Opportunities | 2/21/2002 | BCE-AD 0096529 | BCE-AD 0096565 | | |
| PX0817 | Email from F. Valois to B. Pickford et al re: Fwd: BCE/Teleglobe tax monetization plan, attaching issues concerning the BCE/Teleglobe Monetization Plan | 2/22/2002 | BCE-AD 0003637 | BCE-AD 0003640 | | |
| PX0818 | Email from S. Fortin to R. Bouliane et al, re: FW: Mr. Sabia's present. attaching 2002 Voice Business presentation | 2/22/2002 | TGV454482 | TGV454614 | | |
| PX0819 | Email from R. Bolduc to L. McIntosh et al, re: RE: Presentation, attaching POP Review presentation | 2/23/2002 | TGV00647331 | TGV00647342 | | |
| PX0820 | Email from L. Gagne to M. Ryan et al. re: Revised Report for CGC, attaching revised report | 2/26/2002 | BCE-AD 0565385 | BCE-AD 0565387 | | |
| PX0821 | Email from S. Fortin to C. Childers et al, re: FW: Voice-LOB 2002 Objectives (Final), attaching Voice-LOB 2002 Objectives | 2/26/2002 | TGV455920 | TGV455924 | | |
| PX0822 | Email from S. Fortin to S. Runion et al, re: FW: BCE Teleglobe and Telecom Italia | 2/26/2002 | TGV451640 | TGV451640 | | |
| PX0823 | Email from C. Childers to M. Sabia et al, re: BCE Teleglobe Review | 3/4/2002 | BCE-AD 0265644 | BCE-AD 0265644 | | |
| PX0824 | Email from A. Leblanc to I. Calabrese re: FWD: FWD: Recapitalization Case Studies | 3/7/2002 | BCE-AD 0393229 | BCE-AD 0393244 | | |
| PX0825 | Email from A. Leblanc to B. Pickford re: Fwd: Project Roosevelt, attaching list of Project Roosevelt Work to be Completed & Project Roosevelt Appendix 1 & 2 | 5/13/2002 | BCE-AD 0177646 | BCE-AD 0177654 | | |
| PX0826 | Letter from A. Kingissepp et al, to M. Symes (CCRA) re: Request for Advance Income Tax Ruling | 3/7/2002 | R 2004-BCE016266 | R 2004-BCE016294 | | |
| PX0827 | Email from I. Calabrese to M. Boychuk re: Teleglobe Capital Structure Analysis, attaching draft 3/10/02 Presentation, Teleglobe Capital Structure Analysis | 3/8/2002 | BCE-AD 0334284 | BCE-AD 0334322 | | |
| PX0828 | Email from G. Ewert to C. Childers et al, re: FW: Coke | 3/10/2002 | TGV655344 | TGV655346 | | |
| PX0829 | Email from P. Pichette to C. Childers et al, re: material for this afternoon, attaching Executive Summary page from Presentation to BCE Teleglobe (Draft) | 3/10/2002 | TGV638020 | TGV638058 | | |
| PX0830 | Teleglobe Capital Structure Analysis | 3/10/2002 | BCET322519 | BCET322556 | | |
| PX0831 | Teleglobe Capital Structure Analysis (Draft for discussion purposes, Handwritten Notes) | 3/10/2002 | BCE-AD 0545567 | BCE-AD 0545604 | | |
| PX0832 | BCE Conference Call Agenda 3/11/02 at 1:30 PM - 3:00 PM | 3/11/2002 | BCE-AD 0055771 | BCE-AD 0055771 | | |
| PX0833 | Email from M. Boychuk to M. Rosenhek re: Teleglobe CFLW slide, attaching CFLW slide | 3/11/2002 | BCE-AD 0194317 | BCE-AD 0194319 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0834 | Email from P. Pichette to J. Monty re: materiel pour cet apres-midi, attaching Presentation to BCE, "State of the Nation" 6:43 PM | 3/11/2002 | TGV638061 | TGV638081 | | |
| PX0835 | Teleglobe Capital Structure Analysis | 3/11/2002 | BCE-AD 0033998 | BCE-AD 0034022 | | |
| PX0836 | Fax from D. Snyder to E. Levy, et al, re: comments on Teleglobe AIF | 3/12/2002 | RES000074407 | RES000074450 | | |
| PX0837 | Email from S. Fortin to A. Chan re: RE: Gaurav Anand and Andre Belanger's President's Club Awards | 3/14/2002 | TGV456592 | TGV456593 | | |
| PX0838 | Email from A. Leblanc to Y. DeGrandpre re: Fwd: Fwd: Fwd: Secureco - With Attached Form of Employment Agreement | 3/19/2002 | BCE-AD 0549191 | BCE-AD 0549198 | | |
| PX0839 | Email from C. Childers to J. Monty et al, re: FW: AT&T MPLS/VPN Story in the South China Morning Post, attaching news story | 3/19/2002 | TGV657078 | TGV657080 | | |
| PX0840 | Email from M. Rosenhek to M. Lavallee et al, re: Re: Fwd: Teleglobe & Globemedia - Intercompany debt | 3/19/2002 | BCE-AD 0256083 | BCE-AD 0256084 | | |
| PX0841 | Confidentiality Agreement | 3/20/2002 | BCE-AD 0406221 | BCE-AD 0406229 | | |
| PX0842 | Email from P. Lessard to A. Miglialo re: for printer 3:44 PM, attaching purpose and summary.doc | 3/21/2002 | BCE-AD 0258511 | BCE-AD 00258513 | | |
| PX0843 | Email from M. Lalande to M. Cossette re [Fwd: Fw: Draft Engagement Letter], attaching Draft Engagement Letter | 3/22/2002 | BCE-AD 0169463 | BCE-AD 0169474 | | |
| PX0844 | Email from M. Turcotte to S. Vanaselja re [Fwd: Draft Engagement Letter], attaching Draft Engagement Letter | 3/22/2002 | BCE-AD 0501982 | BCE-AD 0501992 | | |
| PX0845 | Email from P. VanGheluwe to M. Lalande et al, re: Fwd: Teleglobe - BCE Support Letter, attaching email and letter w/ comments | 3/22/2002 | BCE-AD 0150879 | BCE-AD 0150882 | | |
| PX0846 | "The Project" Binder | 3/25/2002 | BCE-AD 0055764 | BCE-AD 0056003 | | |
| PX0847 | Email from M. Cossette to J. Millstein, et al re: Engagement Letter - Comments, attaching Teleglobe Indemnity Letter | 3/25/2002 | BCE-AD 0169440 | BCE-AD 0169462 | | |
| PX0848 | Email from M. Turcotte to S. Vanaselja, et al re: Re: Confidentiality Agreement, attaching Confidentiality Agreement | 3/25/2002 | BCE-AD 0271174 | BCE-AD 0271177 | | |
| PX0849 | Email from P. Pichette to A. LeBlanc re: 3/22 presentation model | 3/25/2002 | BCE-AD 0068741 | BCE-AD 0068741 | | |
| PX0850 | BCE Inc Standby Statement | 3/26/2002 | BCET107429 | BCET107434 | | |
| PX0851 | Presentation: Network-Current Priorities and Status | 3/26/2002 | TGV00116546 | TGV00116556 | | |
| PX0852 | Email from A. Leblanc to K. Charania re: template, attaching Monarch presentation | 3/27/2002 | BCE-AD 0560148 | BCE-AD 0560164 | | |
| PX0853 | Email from A. Leblanc to M. Turcotte re: Fwd: presentation, attaching BCE Reorganization Proposal (Preliminary Transaction Overview) | 3/27/2002 | BCE-AD 0560134 | BCE-AD 0560147 | | |
| PX0854 | BCE Inc Standby Statement | 3/28/2002 | BCET051825 | BCET051828 | | |
| PX0855 | Email from A. Leblanc to M. Turcotte et al re: Presentation, attaching BCE Reorganization Proposal | 3/28/2002 | BCE-AD 0172755 | BCE-AD 0172769 | | |
| PX0856 | Email from A. Leblanc to P. Lessard re: Telelgobe models, attaching Teleglobe integrated(4).xls, Teleglobe integrated(4Fresh).xls, Teleglobe integrated(4Fresh Adj).xls | 3/28/2002 | BCE-AD 0177805 | BCE-AD 0177838 | | |
| PX0857 | Email from A. Leblanc to S. Skinner re: Monarch, attaching Monarch2 presentation | 3/28/2002 | BCE-AD 0560106 | BCE-AD 0560119 | | |
| PX0858 | Email from M. Drouin to M. Turcotte, et al re: Re: Engagement Letter - Comments, attaching drafts of letter | 3/29/2002 | BCE-AD 0407839 | BCE-AD 0407874 | | |
| PX0859 | Memo on BCE Inc and Corporate Governance | 4/1/2002 | BCE-AD 0563186 | BCE-AD 0563221 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0860 | Fax from Davies Ward Phillips & Vineberg sending Memo: Teleglobe Inc - attaching Draft of "Insolvency Considerations" | 4/2/2002 | SSSPXC0000749 | SSSPXC0000753 | | |
| PX0861 | Email from D. Berrut to J. Monty et al, re: April 03 Presentation, attaching draft materials | 4/3/2002 | TGV640729 | TGV640753 | | |
| PX0862 | Amended and Restated Stock Purchase Agreement Among Vartec Telecom, Inc., et al - Execution Copy | 4/5/2002 | STB-TGO 02551 | STB-TGO 02682 | | |
| PX0863 | Email from A. Leblanc to P. Pichette et al. re: Teleglobe Model Comparisons, attaching model comparisons | 4/5/2002 | TGV642592 | TGV642600 | | |
| PX0864 | Email from B. Pickford to M. Turcotte et al, re: Fwd: Fwd: need to meet with siim | 4/5/2002 | BCE-AD 0550000 | BCE-AD 0550001 | | |
| PX0865 | Email from D. Southwell to P. Lessard re: Network, attaching Teleglobe Network Deployment Plan & Status 11:57 AM | 4/5/2002 | BCE-AD 0271376 | BCE-AD 0271439 | | |
| PX0866 | Email from D. Thompson to C. Childers et al, re: Current Analysis Industry Analyst Report | 4/5/2002 | TGV640807 | TGV640810 | | |
| PX0867 | Email from J. Ayers to C. Childers et al, re: Google in the DC IDC | 4/5/2002 | TGV641399 | TGV641399 | | |
| PX0868 | Email from P. Nicholson to J. Monty et al. re: Telecom's future - the Grubman view, attaching Telecom view document | 4/7/2002 | BCE-AD 0468277 | BCE-AD 0468282 | | |
| PX0869 | Email from D. Sharon to M. Turcotte et al, re: Attached memo, attaching Davies Ward Phillips & Vineberg Memo (DRAFT) | 4/8/2002 | BCE-AD 0372585 | BCE-AD 0372587 | | |
| PX0870 | Email from I. Teoli to M. Sabia et al, re: Urgent - Conference Call at 6:00 p.m., attaching press release: BCE to Consider Strategic Alternatives for BCE Teleglobe | 4/8/2002 | TGV649530 | TGV649534 | | |
| PX0871 | Email from S. Skinner to R. Sciannamblo et al, re: Fwd: FW: Teleglobe March '02 Flash Results, attaching Flash results | 4/8/2002 | BCE-AD 0047433 | BCE-AD 0047446 | | |
| PX0872 | Memo from Unknown to BCE Board re: attached press release re: future of Teleglobe and meetin 4/23/02 | 4/8/2002 | BCE-AD 0403683 | BCE-AD 0403683 | | |
| PX0873 | Teleglobe Announcement Media Questions/Answers | 4/8/2002 | BCE-AD 00030154 | BCE-AD 00030156 | | |
| PX0874 | Email from M. Turcotte to M. Lalande re: [Fwd: [Fwd: Teleglobe rep letter]], attaching email from I. Ricciuto, email from S. Skinner 6:35 AM | 4/9/2002 | BCE-AD 0372593 | BCE-AD 0372595 | | |
| PX0875 | Email from P. Pichette to P. Bisson re: Promised material, (with handwritten notations), attaching Presentation to BCE: State of the Nation | 4/9/2002 | MCK04504 | MCK04536 | | |
| PX0876 | Memo from M. Ryan to J. Monty et al, re: Advance Call Regarding Special BCE and Teleglobe Board Meetings | 4/9/2002 | BCE-AD 0497024 | BCE-AD 0497024 | | |
| PX0877 | Email from D. Valade to P. Lessard re: Timeline Urgent, attaching 2002 Teleglobe Timeline | 4/10/2002 | BCE-AD 0271312 | BCE-AD 0271313 | | |
| PX0878 | Turcotte Outlook Calendar (02/04/02 to 04/10/02) | 4/10/2002 | BCE-AD 0534747 | BCE-AD 0534812 | | |
| PX0879 | BCE Letter from M. Boychuk to M. Sabia re: summary of financial covenants in Teleglobe's facilities | 4/11/2002 | BCET073185 | BCET073186 | | |
| PX0880 | Email from K. String to P. Pichette re: FW: Please Review - Why Teleglobe?, attaching Why Teleglobe document | 4/11/2002 | TGV645550 | TGV645552 | | |
| PX0881 | Email from P. Pichette to K. String re: RE: Please Review - Why Teleglobe?, attaching Why Teleglobe document | 4/11/2002 | TGV639780 | TGV639782 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0882 | Email from C. Wiegand to C. Aiello, et al re: Other changes / comments - Form 40-F 17:04:01 | 4/12/2002 | BCE-AD 0099383 | BCE-AD 0099383 | | |
| PX0883 | Email from I. Calabrese to J. Huret et al re: BCE Strategy Evolution - Final Document, attaching Report draft V4.doc 11:59 AM | 4/12/2002 | BCE-AD 0169171 | BCE-AD 0169186 | | |
| PX0884 | Email from J. Brunette to B. Enns et al, re: FW: teleglobe Trade Creditors - Urgent | 4/14/2002 | TGV642991 | TGV642992 | | |
| PX0885 | Email from L. Culver to G. Walker et al, re: material Change Report, attaching report | 4/14/2002 | BCE-AD 0150322 | BCE-AD 0150332 | | |
| PX0886 | TCC Operations Management Board 1st Quarter 2002 | 4/16/2002 | TGV67961 | TGV68023 | | |
| PX0887 | Board Presentation BCE 4/23/02 (Draft Redacted) | 4/17/2002 | BCE-SUP120231 | BCE-SUP120264 | | |
| PX0888 | Email from Z. Eshelman to J. Ayers et al, re: Teleglobe Diversity and SLA Preliminary Draft | 4/17/2002 | FCN0138 | FCN0139 | | |
| PX0889 | Email from A. Leblanc to B. Pickford re: revised schedule, attaching BCE Tax Recovery document | 4/18/2002 | BCE-AD 0172619 | BCE-AD 0172620 | | |
| PX0890 | Email from V. Mercier to K. Morgan re: RE: [Fwd: Excel Tax Refund], attaching issuelist.doc 1:12 AM | 4/18/2002 | TGV00576141 | TGV00576144 | | |
| PX0891 | BCE Memo re: Teleglobe Investment - Future Accounting Treatment | 4/20/2002 | BCE-E0007776 | BCE-E0007777 | | |
| PX0892 | Email from B. LeDuc to P. Miles re: 020423 Master 020421 ppt, attaching document | 4/22/2002 | BCE-AD 0157924 | BCE-AD 0157974 | | |
| PX0893 | Email from A. Vincent to H. Gomes et al, re: Teleglobe script for potential questions, attaching Teleglobe script | 4/23/2002 | BCE-AD 00045672 | BCE-AD 00045674 | | |
| PX0894 | Memo from S. Skinner to Teleglobe Inc et al, re: Resignation | 4/23/2002 | RES000034111 | RES000034111 | | |
| PX0895 | Teleglobe Board Presentation | 4/23/2002 | BCE-AD 0092949 | BCE-AD 0092974 | | |
| PX0896 | Unexecuted Kierans resignation notice | 4/23/2002 | TGV39239 | TGV39239 | | |
| PX0897 | BCE Memo re: Teleglobe Investment - Future Accounting Treatment | 4/24/2002 | BCE-E0007735 | BCE-E0007736 | | |
| PX0898 | Email from P. Pichette to A. Toeldte re: RE: changes | 4/25/2002 | TGV638663 | TGV638663 | | |
| PX0899 | Email from A. Vachon to E. Kavanagh re: Fwd: Fwd: Dividend Payments | 4/26/2002 | BCE-AD 00045149 | BCE-AD 00045149 | | |
| PX0900 | Fax from M. Ryan to J. Brunette re: Certificate, attaching certificate | 4/29/2002 | BCE-AD 0021152 | BCE-AD 0021153 | | |
| PX0901 | Email from P. Pichette to P. Pichette re: FW: email from M. Mirhashemi attaching draft Presentation to Creditors | 4/29/2002 | No Bates number (Committee 38) | No Bates number | | |
| PX0902 | Teleglobe Presentation to Creditors | 4/30/2002 | RES000127437 | RES000127463 | | |
| PX0903 | Memo from A. Bearzatto to J. Ciccotelli et al. re: Investments in Teleglobe - Ability to Trigger Capital Losses Pursuant to Subsection 50(1) | 5/2/2002 | BCE-AD 0243707 | BCE-AD 0243713 | | |
| PX0904 | Email from M. Lalande to J. Brunette et al, re: URGENT | 5/28/2002 | BCE-AD 0386335 | BCE-AD 0386335 | | |
| PX0905 | Presentation: Bell Canada/ Teleglobe | 5/31/2002 | BCE-AD 0079069 | BCE-AD 0079084 | | |
| PX0906 | Ontario Superior Court of Justice, Statement of Claim | 7/12/2002 | BCE-AD 0338951 | BCE-AD 0338975 | | |
| PX0907 | Letter from L. Auger to I. Ricciuto re: BCE Inc (<BCE>), Responses to Second Comment Letter following the filing of a Preliminary Short Form Base Shelf Prospectus dated July 24, 2002, (the "Prospectus"), File: 733, SEDAR Project No. 467416 | 7/31/2002 | BCE-DH 0008348 | BCE-DH 0008349 | | |
| PX0908 | Letter from J. Monty to Unknown re: resignation (Draft) | August 2002 | BCE-AD 0403721 | BCE-AD 0403730 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0909 | Email from J. Monty to yallaire re: JCM Documents, attaching Appendix of Monty's accomplishments at BCE | 8/5/2002 | BCE-AD 0390493 | BCE-AD 0390498 | | |
| PX0910 | Email from M. Lalande to K. Bustamante et al, re: Re: Trademark Assignments 18:26:37 | 8/14/2002 | BCE-AD 0135096 | BCE-AD 0135097 | | |
| PX0911 | SBC/TGO Meeting Presentation | 4/26/2001 | R 2004-BCE000047 | R 2004-BCE000069 | | |
| PX0912 | Consolidated Expense Detail | 6/2/2001 | RES000031027 | RES000031028 | | |
| PX0913 | Income Statement by Natural Account | 6/5/2001 | RES000031029 | RES000031030 | | |
| PX0914 | NCT Balance Sheet expanded by natural account for Teleglobe | 12/10/2001 | No Bates number (Mongrain 57) | No Bates number | | |
| PX0915 | Consolidated Income Statement - Teleglobe | 10/9/2002 | RES000009822 | RES000009823 | | |
| PX0916 | Email from J. Ciccarelli to M. Boychuk re: Private Placement | 11/8/2001 | BCE-AD 0259032 | BCE-AD 0259032 | | |
| PX0917 | Capital structure projections | not dated | BCE-AD 0379684 | BCE-AD 0379706 | | |
| PX0918 | "BCE/Bell Vulnerabilities to Banking Group Resulting from a Crunch of the Teleglobe Debt" | not dated | BCE-AD 0063267 | BCE-AD 0063269 | | |
| PX0919 | Preliminary Liquidation Analysis - Preliminary Conclusions | not dated | BCE-AD 0080138 | BCE-AD 0080147 | | |
| PX0920 | Presentation - "Teleglobe Briefing for Forrester Research" | not dated | RES000107747 | RES000107789 | | |
| PX0921 | Terms and Provisions of Grant of BCE Phantom Stock Options | not dated | BCE-AD 0265318 | BCE-AD 0265323 | | |
| PX0922 | Slim Vanaselja Binder of Teleglobe Materials | not dated | BCE-AD 0054195 | BCE-AD 0054577 | | |
| PX0923 | Teleglobe - The GlobeSystem Network - Risk Factors | not dated | BCE-SUP121596 | BCE-SUP121600 | | |
| PX0924 | Thought Process on "Speed" Management for Better Governance - a lesson from the failure of Teleglobe | not dated | BCE-AD 0403733 | BCE-AD 0403734 | | |
| PX0925 | Additional BCE Investments | not dated | BCE-AD 0003679 | BCE-AD 0003680 | | |
| PX0926 | BCE Secretariat - Schedule of Authorities | not dated | APP1518 | APP1541 | | |
| PX0927 | BCE's Key Issues | not dated | BCE-AD 0448913 | BCE-AD 0448916 | | |
| PX0928 | Handwritten notes | not dated | R 2004-BCE017309 | R 2004-BCE017378 | | |
| PX0929 | Handwritten notes re transfer of $200k | not dated | BCE-AD 0074098 | BCE-AD 0074098 | | |
| PX0930 | March BCE Board Meeting objectives, hypotheses and activities | not dated | BCE-AD 0448249 | BCE-AD 0448251 | | |
| PX0931 | Memo from P. Pichette to M. Sabia et al, re: TGO Sensitivity Analysis | not dated | BCE-AD 0476500 | BCE-AD 0476506 | | |
| PX0932 | Letter from P. Caron et al (E&Y) to S. Vanaselja and S. Skinner (in French) | 6/9/2003 | BCE-DH 0008630 | BCE-DH 0008647 | | |
| PX0933 | 19th Report of Kroll Restructuring LTD, Interim Receiver of Teleglobe, INC | 12/17/2004 | No Bates number (Cossette 12) | No Bates number | | |
| PX0934 | Turcotte Outlook Calendar (4/10/02 - 9/30/02) | 9/30/2002 | BCE-AD 0543112 | BCE-AD 0543355 | | |
| PX0935 | Kathy Morgan's Notebook (12/18/2001-5/23/2002) | 5/23/2002 | RES052668 | RES052730 | | |
| PX0936 | Patrick Pichette Outlook Calendar 1/28/02 - 6/2/02 | 6/2/2002 | No Bates number (Pichette 5) | No Bates number | | |
| PX0937 | BCE Code of Business Conduct | 12/15/2003 | No Bates number (Sabia 1) | No Bates number | | |
| PX0938 | Defendants' Responses and Objections to Plaintiffs' First Request for Admission | 8/25/2005 | No Bates number | No Bates number | | |
| PX0939 | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories | 5/31/2005 | No Bates number | No Bates number | | |
| PX0940 | Defendants' Responses and Objections to the Committee's First Set of Interrogatories Directed to Defendants | 2/28/2005 | No Bates number | No Bates number | | |
| PX0941 | Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories | 9/13/2005 | No Bates number | No Bates number | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0942 | Defendants' Responses and Objections to the Committee's Second Set of Interrogatories and Third Request for Production of Documents | 7/28/2005 | No Bates number | No Bates number | | |
| PX0943 | Press Release: BCE Teleglobe Announces IPVPN Data Service Commercial Availability | 4/3/2002 | RES061614 | RES061615 | | |
| PX0944 | Email from M. Turcotte to M. Sabia et al, re: Project X - Timeline Boards and announcements, attaching Board timeline | 4/9/2002 | BCE-SUP127153 | BCE-SUP127154 | | |
| PX0945 | Letter from B. Connolly to M. Cochran et al, re: Teleglobe Communications Corporation, et al. v. BCE Inc. et al. attaching BCE-AD 0543359 | 9/21/2005 | No Bates number | No Bates number | | |
| PX0946 | 4/17/02 calendar page | 4/17/2002 | BCE-AD 0543359 | BCE-AD 0543359 | | |
| PX0947 | Letter from I. Ricciuto to J. Monty et al. attaching the latest versions of BCE and Teleglobe annual reports blacklined to show all changes | 4/10/2002 | BCE-SUP127082 | BCE-SUP127094 | | |
| PX0948 | Electronic Calendar of Jean Monty for Calendar Year 2000 | 2000 | BCE-AD 0583507 | BCE-AD 0583552 | | |
| PX0949 | Electronic Calendar of Jean Monty for Calendar Year 2001 | 2001 | BCE-AD 0583553 | BCE-AD 0583594 | | |
| PX0950 | Electronic Calendar of Jean Monty for Calendar Year 2002 | 2002 | BCE-AD 0583595 | BCE-AD 0583636 | | |
| PX0951 | Electronic Calendar of Michael Sabia | 2000-2001 | BCE-AD 0589340 | BCE-AD 0589532 | | |
| PX0952 | Electronic Calendar of Michael Sabia | 2002 | BCE-AD 0589272 | BCE-AD 0589339 | | |
| PX0953 | Electronic Calendar of Michael Boychuk | 2000-2002 | BCE-AD 0588173 | BCE-AD 0588350 | | |
| PX0954 | Electronic Calendar of Michel Lalande | 2000-2002 | BCE-AD 0590565 | BCE-AD 0590633 | | |
| PX0955 | BCE Press Release - BCE Appoints Senior Executives at Teleglobe and Bell Canada | 5/17/2000 | BCE-AD 0005953 | BCE-AD 0005953 | | |
| PX0956 | BCE Corporate Governance Committee Meeting Minutes, 11/21/2000 at 6:00 PM | 11/21/2000 | BCE-AD 0583476 | BCE-AD 0583486 | | |
| PX0957 | Teleglobe Credit Memo | 6/27/2001 | CSFB000771 | CSFB000783 | | |
| PX0958 | CIBC World Markets Equity Research re: BCE Inc. | 8/30/2001 | BCET023944 | BCET023946 | | |
| PX0959 | Handwritten notes re: Teleglobe Conference Call with Analysts and Press | 8/30/2001 | R 2004-BCE 002606 | R 2004-BCE 002608 | | |
| PX0960 | News Article, Dow Jones Service, "BCE's Teleglobe Says Funding Gap Isn't an Issue | 8/30/2001 | BCET041225 | BCET041226 | | |
| PX0961 | Transcript of BCE Inc. Conference Call re: Teleglobe | 8/30/2001 | BCE-AD 0266660 | BCE-AD 0266678\ | | |
| PX0962 | CIBC World Markets Equity Research re: BCE Inc. | 9/18/2001 | BCE-E0008272 | BCE-E0008274 | | |
| PX0963 | Email from M. Lalande to M. Boychuk attaching Email from A. Bearzatto re: BCE/Teleglobe Loss Planning | 1/11/2002 | BCE-AD 0559486 | BCE-AD 0559488 | | |
| PX0964 | Memo from M. Ryan to File re: BCE Inc. Audit Committee Meeting - January 22, 2002 | 1/22/2002 | BCE-AD 0497392 | BCE-AD 0497394 | | |
| PX0965 | Email from P. Van Gheluwe to T. Jarman, et al. re: Teleglobe Bankers Presentation w/attachment | 6/12/2001 | BCET413118 | BCET413160 | | |
| PX0966 | Memo from M. Ryan to File re: Teleglobe Inc. Audit Committee Meeting - January 22, 2002 | 1/22/2002 | BCE-AD 0497390 | BCE-AD 0497391 | | |
| PX0967 | Memo from M. Ryan to File re: Special Teleglobe Board of Directors' Meeting April 12, 2002 -- 12:00 noon | 4/12/2002 | BCE-AD 0497518 | BCE-AD 0497520 | | |
| PX0968 | Excerpts from the Deposition of Yves Bergeron (Toronto Dominion Bank) in ABN Amro Bank N.V. vs. BCE Inc. | 11/17/2004 | BNK 003195 (cover) BNK 003211 BNK 003231 | BNK 003216 BNK 003232 | | |
| PX0969 | Excerpts from the Deposition of Rodney Smith (Royal Bank of Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 12/2/2004 | BNK 002753 (cover) BNK 002835 | BNK 002847 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX0970 | Excerpts from the Deposition of Guy Racine (Export Development Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 3/9/2005 | BNK 000448 (cover) BNK 000483 BNK 000495 | BNK 000500 | | |
| PX0971 | Excerpts from the Deposition of Peter Chauvin (CSFB) in ABN Amro Bank N V vs BCE Inc. | 4/29/2005 | BNK 004286 (cover) BNK 004318 BNK 004359 BNK 004373 | BNK 004319 BNK 004369 BNK 004389 | | |
| PX0972 | Excerpts from the Deposition of Sylvain Gascon (La Caisse Central Desjardins du Quebec) in ABN Amro Bank N V vs BCE Inc | 12/2/2004 | BNK 005136 (cover) BNK 005402 | BNK 005417 | | |
| PX0973 | Excerpts from the Deposition of Alain Desrochers (Laurentian Bank of Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 12/2/2004 | BNK 003775 (cover) BNK 003798 | BNK 003802 | | |
| PX0974 | Seventh Report of Kroll Restructuring Ltd Interim Receiver of Teleglobe Inc. | 9/26/2001 | No Bates number | No Bates number | | |
| PX0975 | Ernst & Young (Monitor) First Weekly Liquidity Report | 5/31/2002 | BCE-AD 0134921 | BCE-AD 0134933 | | |
| PX0976 | Ernst & Young (Monitor) Second Weekly Liquidity Report | 6/7/2002 | RES 050880 | RES 050895 | | |
| PX0977 | Ernst & Young (Monitor) Third Weekly Liquidity Report | 6/14/2002 | GEN000627 | GEN000640 | | |
| PX0978 | Ernst & Young (Monitor) Fourth Weekly Liquidity Report | 6/21/2002 | BCE-AD 0134875 | BCE-AD 0134890 | | |
| PX0979 | Ernst & Young (Monitor) Fifth Weekly Liquidity Report | 7/3/2002 | BCE-AD 0227324 | BCE-AD 0227338 | | |
| PX0980 | Ernst & Young (Monitor) Sixth Weekly Liquidity Report | 7/8/2002 | BCE-AD 0134844 | BCE-AD 0134858 | | |
| PX0981 | Ernst & Young (Monitor) Seventh Weekly Liquidity Report | 7/12/2002 | BCE-AD 0134825 | BCE-AD 0134842 | | |
| PX0982 | Ernst & Young (Monitor) Eighth Weekly Liquidity Report | 7/19/2002 | BCE-AD 0134808 | BCE-AD 0134824 | | |
| PX0983 | Ernst & Young (Monitor) Ninth Weekly Liquidity Report | 7/26/2002 | BCE-AD 0134790 | BCE-AD 0134806 | | |
| PX0984 | Ernst & Young (Monitor) Tenth Weekly Liquidity Report | 8/2/2002 | BCE-AD 0154834 | BCE-AD 0154850 | | |
| PX0985 | Ernst & Young (Monitor) Eleventh Weekly Liquidity Report | 8/9/2002 | BCE-AD 0154750 | BCE-AD 0154766 | | |
| PX0986 | Ernst & Young (Monitor) Twelfth Weekly Liquidity Report | 8/16/2002 | BCE-AD 0154729 | BCE-AD 0154745 | | |
| PX0987 | Ernst & Young (Monitor) Thirteenth Weekly Liquidity Report | 8/23/2002 | BCE-AD 0154685 | BCE-AD 0154702 | | |
| PX0988 | Ernst & Young (Monitor) Fourteenth Weekly Liquidity Report | 8/30/2002 | LZR 001647 | LZR 001663 | | |
| PX0989 | Ernst & Young (Monitor) Fifteenth Weekly Liquidity Report | 9/6/2002 | BCE-AD 0132154 | BCE-AD 0132168 | | |
| PX0990 | Ernst & Young (Monitor) Sixteenth Weekly Liquidity Report | 9/13/2002 | RES 050686 | RES 050702 | | |
| PX0991 | Ernst & Young (Monitor) Seventeenth Weekly Liquidity Report | 9/20/2002 | BCE-AD 0132289 | BCE-AD 0132304 | | |
| PX0992 | Ernst & Young (Monitor) Eighteenth Weekly Liquidity Report | 9/27/2002 | BCE-AD 0132273 | BCE-AD 0132288 | | |
| PX0993 | Ernst & Young (Monitor) Nineteenth Weekly Liquidity Report | 10/4/2002 | BCE-AD 0154326 | BCE-AD 0154341 | | |
| PX0994 | Ernst & Young (Monitor) Twentieth Weekly Liquidity Report | 10/11/2002 | BCE-AD 0154309 | BCE-AD 0154325 | | |
| PX0995 | Ernst & Young (Monitor) Twenty-First Weekly Liquidity Report | 10/18/2002 | BCE-AD 0154289 | BCE-AD 0154305 | | |
| PX0996 | Ernst & Young (Monitor) Twenty-Second Weekly Liquidity Report | 10/20/2002 | BCE-AD 0154231 | BCE-AD 0154248 | | |
| PX0997 | Ernst & Young (Monitor) Twenty-Third Weekly Liquidity Report | 11/1/2002 | BCE-AD 0132061 | BCE-AD 0132078 | | |
| PX0998 | Ernst & Young (Monitor) Twenty-Fourth Weekly Liquidity Report | 11/8/2002 | BCE-AD 0134573 | BCE-AD 0134591 | | |
| PX0999 | Ernst & Young (Monitor) Twenty-Sixth Weekly Liquidity Report | 11/22/2002 | BCE-AD 0132014 | BCE-AD 0132031 | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX1000 | Ernst & Young (Monitor) Twenty-Seventh Weekly Liquidity Report | 11/29/2002 | BCE-AD 0274874 | BCE-AD 0274891 | | |
| PX1001 | First Report of the Monitor | 5/27/2002 | No Bates number | No Bates number | | |
| PX1002 | Second Report of the Monitor | 6/3/2002 | No Bates number | No Bates number | | |
| PX1003 | Third Report of the Monitor | 6/11/2002 | No Bates number | No Bates number | | |
| PX1004 | Fourth Report of the Monitor | 6/12/2002 | No Bates number | No Bates number | | |
| PX1005 | Fifth Report of the Monitor | 6/18/2002 | No Bates number | No Bates number | | |
| PX1006 | Sixth Report of the Monitor | 7/18/2002 | No Bates number | No Bates number | | |
| PX1007 | Seventh Report of the Monitor | 7/24/2002 | No Bates number | No Bates number | | |
| PX1008 | Eighth Report of the Monitor | 7/29/2002 | No Bates number | No Bates number | | |
| PX1009 | Ninth Report of the Monitor | 8/20/2002 | No Bates number | No Bates number | | |
| PX1010 | Tenth Report of the Monitor | 8/21/2002 | No Bates number | No Bates number | | |
| PX1011 | Eleventh Report of the Monitor | 9/19/2002 | No Bates number | No Bates number | | |
| PX1012 | Twelfth Report of the Monitor | 9/24/2002 | No Bates number | No Bates number | | |
| PX1013 | Supplement to the Eleventh Report of the Monitor | 10/1/2002 | No Bates number | No Bates number | | |
| PX1014 | Thirteenth Report of the Monitor | 10/17/2002 | No Bates number | No Bates number | | |
| PX1015 | Fourteenth Report of the Monitor | 10/18/2002 | No Bates number | No Bates number | | |
| PX1016 | Fifteenth Report of the Monitor | 11/6/2002 | No Bates number | No Bates number | | |
| PX1017 | Sixteenth Report of the Monitor | 11/18/2002 | No Bates number | No Bates number | | |
| PX1018 | Supplement to the Sixteenth Report of the Monitor | 11/22/2002 | No Bates number | No Bates number | | |
| PX1019 | Seventeenth Report of the Monitor | 1/13/2003 | No Bates number | No Bates number | | |
| PX1020 | Eighteenth Report of the Monitor | 2/10/2003 | No Bates number | No Bates number | | |
| PX1021 | Nineteenth Report of the Monitor | 3/17/2003 | No Bates number | No Bates number | | |
| PX1022 | Twentieth Report of the Monitor | 4/23/2003 | No Bates number | No Bates number | | |
| PX1023 | Twenty-First Report of the Monitor (including Appendices thereto) | 5/9/2003 | No Bates number | No Bates number | | |
| PX1024 | Twenty-Second Report of the Monitor | 6/20/2003 | No Bates number | No Bates number | | |
| PX1025 | Schedule of Receipts and Disbursements (Appendix 2) | Non-dated | No Bates number | No Bates number | | |
| PX1026 | Second Report of Kroll Restructuring Ltd. | 5/16/2003 | No Bates number | No Bates number | | |
| PX1027 | Third Report of Kroll Restructuring Ltd. | 6/16/2003 | No Bates number | No Bates number | | |
| PX1028 | Rebuttal Expert Report of Carlyn Taylor (Executed Copy) (including all appendices, exhibits and attachments thereto) | 4/14/2006 | No Bates number | No Bates number | | |
| PX1029 | Debtors' Motion for Order (A) Authorizing Global Bidding Process with Respect to United States Assets, (B) Approving Bidding Procdures in Connection Therewith, (c) Fixing Cure Amounts, Notice Procedures and Approving Form and Manner of Notice (D) Setting Date and Time for Hearing on Proposed Sale Resulting from Global Bidding Process with Respect to United States Assets and (E) Approval of Sale Transaction | 6/10/2002 | No Bates number | No Bates number | | |
| PX1030 | Order of U.S. Bankruptcy Court (A) Authorizing Global Bidding Process with Respect to United States Assets, (B) Approving Bidding Procdures in Connection Therewith, (C) Fixing Cure Amounts, Notice Procedures and Approving Form and Manner of Notice (D) Setting Date and Time for Hearing on Proposed Sale Resulting from Global Bidding Process with Respect to United States Assets | 6/24/2002 | No Bates number | No Bates number | | |
| PX1031 | Order of U.S. Bankruptcy Court Pursuant to Sections 105(a), 363(b) and (f), and 1146(c) of the Bankruptcy Code Authorizing Debtors to Consummate Purchase agreement with TIGB Acquisition LLC | 10/10/2002 | No Bates number | No Bates number | | |
| PX1032 | Notice of Filing of Additional Exhibit (attaching copy of Commitment Letter dated May 15, 2002) | 5/31/2002 | No Bates number | No Bates number | | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis for Objection |
|---|---|---|---|---|---|---|
| PX1033 | Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders Authorizing First Priority Secured Postpetition Financing Pursuant to Section 364(c) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure | 5/30/2002 | No Bates number | No Bates number | | |
| PX1034 | Transcript of Hearing before the Horable Mary F. Walrath, U.S. Bankruptcy Judge | 5/24/2002 | No Bates number | No Bates number | | |
| PX1035 | Notice of (I) Transaction Notice Filed with Canadian Court Seeking Approval of Sale of Teleglobe Companies' Core Business to Successful Bidder, (II) Decision Concerning Need for an Auction, (III) Selection of Successful Bidder, and (IV) Sale Hearing Date | 9/20/2002 | No Bates number | No Bates number | | |
| PX1036 | Motion of Debtors and Debtors in Possession for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 (I) Approving a Proposed Settlement Between Debtors and TLGB Acquisition LLC relating to te Sale of the Teleglobe Companies Core Telecom Business and (II) Authorizing the Debtors to Consummate the Sale of the Core Telecom Business in Accordance with the Terms and Conditions of Such Settlement | 4/29/2003 | No Bates number | No Bates number | | |
| PX1037 | Email from C. Childers to M. Sabia, et al re: BCE Teleglobe Review 1:54 AM | 3/4/2002 | BCET459466 | BCET459466 | | |
| PX1038 | Email from B. Enns to M. Neuman, et al re: EMB 2 | 7/12/2001 | TGV331605 | TGV331680 | | |
| PX1039 | Expert Report of Ian Fisher (and all documents cited therein) | 4/14/2006 | No bates number | No bates number | | |
| PX1040 | Expert Report of Joshua Livnat (and all documents cited therein) | 4/14/2006 | No bates number | No bates number | | |
| PX1041 | Expert Report of Gordon Cetkovski (and all documents cited therein) | 4/13/2006 | No bates number | No bates number | | |
| PX1042 | Expert Report of William Taylor and Linda McLaughlin of NERA Economic Consulting, Inc. (and all documents cited therein) | 3/8/2006 | No bates number | No bates number | | |
| PX1043 | Expert Report of William Taylor and Linda McLaughlin of NERA Economic Consulting, Inc. (and all documents cited therein) | 4/14/2006 | No bates number | No bates number | | |
| PX1044 | Email from M. Bouchard to T. Jarman re: Teleglobe Funding | 11/5/2001 | TGV23823 | TGV23823 | | |
| PX1045 | Email from M. Bouchard and R. Sciacchitano re: 10 Year Model 01-22-2002 with attachment | 1/21/2002 | TGV35685 | TGV35700 | | |
| PX1046 | Email from M. Bouchard to C. Weigand re: Valuation of Goodwill | 1/22/2002 | TGV35929 | TGV35939 | | |
| PX1047 | Letter from T. Jarman, et al. to G. Nantel (Deloitte & Touche) (unsigned) | 1/21/2002 | TMONA00000173 | TMONA00000177 | | |
| PX1048 | Email from B. Enns to C. Childers re: Cash Flows (with attachment) | 3/12/2002 | TGV655327 | TGV655342 | | |
| PX1049 | BCE 2001 Plan - Board of Directors | 1/24/2001 | BCE-AD 0042465 | BCE-AD 0042519 | | |