# APPENDIX 5A

## PLAINTIFFS' WITNESS LIST

William Anderson
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7
(via deposition)

Yves Bergeron
The Toronto-Dominion Bank
c/o Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019
(via deposition)

Marc A. Bouchard
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Michael T. Boychuk
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kerry Brouk
Bank of Tokyo-Mitsubishi
1251 Avenue of the Americas
New York, NY 10020-1104
(via deposition)

John Brunette
11495 Commerce Park Drive
Reston, VA 20191
(via deposition)

Barry Bunin
11480 Commerce Park Drive
Reston, VA 201917
(via deposition)

Maria Buonamici
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via stipulated affidavit)

James W. Callaway
SBC Communications Inc.
175 E. Houston Street
San Antonio, TX 78205
(via deposition)

Charles Childers
11480 Commerce Park Drive
Reston, VA 20191
(via deposition)

John Hastings
Citibank, N.A.
c/o Mayer, Brown Row &
1675 Broadway
New York, NY 10019

Anna Coccia
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Richard J. Currie
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Elie Daher
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Yanick DeGrandpre
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Cynthia Eakin
11495 Commerce Park Drive
Reston, VA 20191
(via deposition)

Serge Fortin
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Pierre Van Gheluwe
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Ginette Nantel
Samson Belair/Deloitte & Touche s.e.n.c.r.l.
Samson Bélair/Deloitte & Touche
1 Place Ville-Marie
Suite 3000
Montreal QC  H3B 4T9
(via deposition, if taken following pending appeal and assuming no further appeals)

John Honeycutt
c/o Mary Ellen Callahan, Esq.
Hogan & Hartson
555 13th Street NW
Washington, DC
(via deposition)

Philippe Jacob
Credit Suisse First Boston LLC
One Madison avenue
New York, NY 10010-3629
(via deposition)

Terence J. Jarman
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Elizabeth Kavanagh
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Thomas Kierans
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Michel Lalande
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Andrea LeBlanc
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Bernard LeDuc
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Pierre Lessard
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Monica Lewis
Comercia Bank
Comercia Incorporated
MC3391
500 Woodward Avenue
Detroit, Michigan 48226
(via deposition)

James Millstein
30 Rockefeller Center
New York, NY 10020
(via deposition)

Andre Mongrain
11495 Commerce Park Drive
Reston, VA 20191

Jean C. Monty
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Kathy Morgan
11495 Commerce Park Drive
Reston, VA 20191

Michael Neumann
11480 Commerce park
Reston, VA 20191
(via deposition)

Peter Nicholson
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Gregory Oliver
c/o Richard D. Anigian, Esq.
Haynes and Boone LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
(via deposition)

Patrick Pichette
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Barry Pickford
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Michael Rosenhek
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Glenn Rourke
c/o Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Leonard Ruggins
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Marc Ryan
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7
(via deposition)

Michael J. Sabia
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Amos Simpson
c/o Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Stephen P. Skinner
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

H. Arnold Steinberg
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenny Troutt
10595 Strait Lane
Dallas, Texas 75229-5424
(via deposition)

Martine Turcotte
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7

Pierre Van Gheluwe
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Siim Vanaselja
1000 de la Gauchetiere West
Suite 3700
Montreal, Quebec
Canada H30 4Y7
(via deposition)

Stewart Verge
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

George Walker
c/o Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(via deposition)

Walda Roseman
Compass Rose
888 17th St. NW Ste. 620
Washington, DC 20006
(Ms. Roseman will provide testimony relating to the telecommunications industry and GlobeSystem).

Ms. Carlyn Taylor
FTI Consulting
1284 Lost Creek Lane
Lafayette, CO 80026
(Ms. Taylor will provide testimony relating to the restructuring options available to the Debtors and to certain post-bankruptcy transactions concerning the successors to Teleglobe, Inc. and the Debtors).

Mr. Paul Charnetzki
Huron Consulting Group
550 W. Van Buren Street
Chicago, IL 60607
(Mr. Charnetzki will provide testimony relating to the insolvency of Teleglobe, Inc. and the Debtors as well as the value of Teleglobe, Inc. and the Debtors and the damages they suffered).

# APPENDIX 5B

**APPENDIX 5B**

# DEFENDANTS' WITNESS LIST

Defendants reserve the right to call to give live testimony any witness listed on Plaintiffs' witness list who Plaintiff do not actually call to the stand at trial. Defendants currently intend to call the following witnesses to testify live or by video. Defendants reserve the right to call additional witnesses to authenticate documents, or for purposes of impeachment or rebuttal.

| Witness | Last Known Address |
| --- | --- |
| Anderson, William (via deposition) | Unknown |
| Bergeron, Yves (via deposition) | Toronto Dominion Bank C/O Mayer, Brown, Rowe & Maw 1675 Broadway New York, NY 10019 |
| Bouchard, Marc | c/o Shearman & Sterling LLP |
| Boychuk, Michael | c/o Shearman & Sterling LLP |
| Brouk, Kerry (via deposition) | 1251 Avenue of the Americas New York, NY 10020 |
| Brunette, John (live or via deposition) | 1059 Bellview Place McLean, VA 22102 |
| Callaway, James (via deposition) | 175 E. Houston San Antonio, TX 78205 |
| Childers, Charles (via deposition) | 10433 Orkiney Drive Las Vegas, NV 89144 |
| Cooke, V.V. | 11480 Commerce Park Drive Reston, VA 20191 |
| Currie, Richard | c/o Shearman & Sterling LLP |
| Daher, Elie | c/o Shearman & Sterling LLP |
| Eakin, Cynthia (via deposition) | c/o Richards, Layton & Finger, LLP |
| Enns, Bill | 621 Britannia Drive |

| | |
|---|---|
| | Calgary T2S1J2<br>Canada |
| Fortin, Serge | c/o Shearman & Sterling LLP |
| Jarman, Terry | c/o Shearman & Sterling LLP |
| Kahan, James<br>(via deposition) | 175 E. Houston<br>San Antonio, TX 78205 |
| Kierans, Thomas | c/o Shearman & Sterling LLP |
| Lalande, Michel | c/o Shearman & Sterling LLP |
| Lemieux, Annie | 87 Ontario St. West<br>7th Floor<br>Montreal, Quebec H2X 1Y8 |
| Leblanc, Andrea<br>(via deposition) | 937 St. Clare<br>Ville Mont-Royal, Quebec<br>H3R 2M8<br>Canada |
| Lessard, Pierre | 580 Lakeshore Road<br>Beaconsfield, Quebec H9W 4K4<br>Canada |
| Lewis, Monica<br>(via deposition) | 500 Woodward Avenue<br>Detroit, Michigan 48226 |
| Milla, Bruce<br>(via deposition) | 11480 Commerce Park Drive<br>Reston, VA 20191 |
| Millstein, Jim<br>(live or via deposition) | 30 Rockefeller Plaza<br>New York, NY 10020 |
| Mongrain, Andre | 11480 Commerce Park Drive<br>Reston, VA 20191 |
| Monty, Jean | c/o Shearman & Sterling LLP |
| Morgan, Kathleen | 11480 Commerce Park Drive<br>Reston, VA 20191 |
| Neuman, Michael<br>(via deposition) | 11480 Commerce Park Drive<br>Reston, VA 20191 |

| | |
|---|---|
| Nicholson, Peter (via deposition) | Unknown |
| Pichette, Patrick | c/o Shearman & Sterling LLP |
| Pickford, Barry | c/o Shearman & Sterling LLP |
| Sabia, Michael | c/o Shearman & Sterling LLP |
| Skinner, Stephen | c/o Shearman & Sterling LLP |
| Snyder, Daniel (live or via deposition) | 11480 Commerce Park Drive Reston, VA 20191 |
| Steinberg, Arnold | c/o Shearman & Sterling LLP |
| Turcotte, Martine | c/o Shearman & Sterling LLP |
| Van Gheluwe, Pierre (via deposition) | Unknown |
| Verge, Stewart | c/o Shearman & Sterling LLP |

| Expert Witness | Last Known Address | Testimony Subject Matter |
|---|---|---|
| Cetkovski, Gord | Price Waterhouse Coopers LLC<br>Suite 3000<br>Box 32<br>Royal Trust Tower,<br>Toronto-Dominion Centre<br>77 King Street West<br>Suite 3000<br>Toronto M5K 1G8<br>Canada | Gord Cetkovski, C.A., is a senior partner with the Canadian Professional, Technical, Risk and Quality Department at PricewaterhouseCoopers Toronto office. Mr. Cetkovski has over 30 years of experience with issues regarding financial reporting and accounting standards. Mr. Cetkovski may testify as an expert on the subject of goodwill. |
| Fisher, Ian | Ian Fisher & Co Inc<br>235 Montgomery Street<br>Suite 1106<br>San Francisco, CA 94104-3004 | Ian Fisher is the founder of Ian Fisher & Co. Inc., a San Francisco based M&A financial advisory boutique. Mr. Fisher has more than 30 years of M&A and investment banking experience and may testify as an expert on the subject of funding of capital projects. |
| Livnat, Joshua | Department of Accounting<br>Stern School of Business<br>New York University<br>311 Tisch Hall<br>40 W. 4th St.<br>New York, NY 10012 | Joshua Livnat is a Full Professor of Accounting and a former Chairman of the Department of Accounting, Taxation and Business Law at the Leonard N. Stern School of Business of New York University. Mr. Livnat has 28 years of experience in academia and may testify as an expert on the issue of Teleglobe's solvency and goodwill. |
| McLaughlin, Linda | NERA<br>1166 Avenue of the Americas<br>New York, NY 10036-2708 | Linda McLaughlin is the Senior Vice President of the New York NERA office. Ms. McLaughlin specializes in antitrust and trade regulation and has studied the impact of damages in telecommunications services and equipment. Ms. McLaughlin may testify as an expert on the issue of Teleglobe's conduct and performance in light of the market conditions at the time of the sale of the company in 2002, as well as in response to plaintiffs' expert witnesses. |

| Taylor, William | NERA<br>1166 Avenue of the Americas<br>New York, NY 10036-2708 | William Taylor is the Senior Vice President of the Boston NERA office, and is the Director of the Telecommunications Practice. Dr. Taylor has worked primarily in the field of competition policy and regulatory reform to encourage competition in the telecommunications markets. Dr. Taylor may testify as an expert on the issue of Teleglobe's conduct and performance in light of the market conditions at the time of the sale of the company in 2002, as well as in response to plaintiffs' expert witnesses. |