# APPENDIX 7A
# (Part 1)

APPENDIX 7A

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| WILLIAM ANDERSON (08/16/05) | |
|---|---|
| FROM | TO |
| PAGE 76, LINE 5 | PAGE 76, LINE 12 |
| PAGE 79, LINE 12 | PAGE 79, LINE 18 |
| PAGE 92, LINE 10 | PAGE 93, LINE 4 |
| PAGE 93, LINE 23 | PAGE 94, LINE 6 |
| PAGE 112, LINE 7 | PAGE 113, LINE 7 |
| PAGE 120, LINE 17 | PAGE 121, LINE 7 |
| PAGE 138, LINE 13 | PAGE 138, LINE 15 |
| PAGE 139, LINE 9 | PAGE 139, LINE 13 |
| PAGE 171, LINE 22 | PAGE 172, LINE 2 |
| PAGE 196, LINE 6 | PAGE 196, LINE 13 |
| PAGE 196, LINE 18 | PAGE 196, LINE 20 |
| PAGE 197, LINE 2 | PAGE 197, LINE 7 |
| PAGE 198, LINE 20 | PAGE 198, LINE 22 |
| PAGE 203, LINE 6 | PAGE 203, LINE 11 |
| PAGE 205, LINE 3 | PAGE 205, LINE 10 |
| PAGE 225, LINE 9 | PAGE 226, LINE 2 |
| PAGE 226, LINE 14 | PAGE 226, LINE 16 |
| PAGE 227, LINE 9 | PAGE 227, LINE 13 |

**APPENDIX 7A**

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| YVES BERGERON (11/29/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 9, LINE 7 | PAGE 9, LINE 13 |
| PAGE 9, LINE 24 | PAGE 10, LINE 9 |
| PAGE 14, LINE 25 | PAGE 15, LINE 19 |
| PAGE 27, LINE 24 | PAGE 29, LINE 21 |
| PAGE 31, LINE 17 | PAGE 32, LINE 15 |
| PAGE 53, LINE 4 | PAGE 53, LINE 23 |
| PAGE 57, LINE 14 | PAGE 58, LINE 9 |
| PAGE 69, LINE 21 | PAGE 71, LINE 17 |
| PAGE 78, LINE 12 | PAGE 79, LINE 25 |
| PAGE 113, LINE 13 | PAGE 120, LINE 12 |
| PAGE 122, LINE 13 | PAGE 168, LINE 4 |
| PAGE 170, LINE 16 | PAGE 171, LINE 11 |
| PAGE 179, LINE 14 | PAGE 187, LINE 19 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARC BOUCHARD (12/02/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 3 | PAGE 8, LINE 21 |
| PAGE 12, LINE 6 | PAGE 12, LINE 17 |
| PAGE 13, LINE 20 | PAGE 14, LINE 8 |
| PAGE 15, LINE 7 | PAGE 15, LINE 25 |
| PAGE 19, LINE 8 | PAGE 21, LINE 25 |
| PAGE 24, LINE 9 | PAGE 24, LINE 17 |
| PAGE 28, LINE 14 | PAGE 29, LINE 9 |
| PAGE 29, LINE 10 | PAGE 29, LINE 24 |
| PAGE 30, LINE 8 | PAGE 31, LINE 3 |
| PAGE 31, LINE 4 | PAGE 31, LINE 22 |
| PAGE 31, LINE 23 | PAGE 32, LINE 22 |
| PAGE 34, LINE 7 | PAGE 36, LINE 15 |
| PAGE 36, LINE 21 | PAGE 37, LINE 2 |
| PAGE 38, LINE 5 | PAGE 38, LINE 14 |
| PAGE 38, LINE 23 | PAGE 39, LINE 2 |
| PAGE 39, LINE 10 | PAGE 40, LINE 9 |
| PAGE 40, LINE 10 | PAGE 41, LINE 16 |
| PAGE 43, LINE 6 | PAGE 44, LINE 8 |
| PAGE 51, LINE 12 | PAGE 56, LINE 22 |
| PAGE 56, LINE 23 | PAGE 58, LINE 7 |
| PAGE 58, LINE 8 | PAGE 58, LINE 24 |
| PAGE 60, LINE 7 | PAGE 60, LINE 23 |
| PAGE 62, LINE 3 | PAGE 62, LINE 11 |
| PAGE 63, LINE 17 | PAGE 64, LINE 16 |
| PAGE 66, LINE 14 | PAGE 67, LINE 8 |
| PAGE 68, LINE 3 | PAGE 68, LINE 9 |
| PAGE 68, LINE 11 | PAGE 72, LINE 6 |
| PAGE 69, LINE 17 | PAGE 72, LINE 6 |
| PAGE 74, LINE 14 | PAGE 76, LINE 16 |
| PAGE 76, LINE 17 | PAGE 78, LINE 10 |
| PAGE 78, LINE 19 | PAGE 79, LINE 14 |
| PAGE 81, LINE 7 | PAGE 82, LINE 25 |
| PAGE 85, LINE 9 | PAGE 85, LINE 14 |
| PAGE 86, LINE 10 | PAGE 89, LINE 20 |
| PAGE 89, LINE 21 | PAGE 91, LINE 4 |
| PAGE 92, LINE 2 | PAGE 92, LINE 13 |
| PAGE 92, LINE 14 | PAGE 93, LINE 9 |
| PAGE 94, LINE 15 | PAGE 97, LINE 7 |
| PAGE 103, LINE 10 | PAGE 104, LINE 25 |
| PAGE 105, LINE 5 | PAGE 108, LINE 17 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARC BOUCHARD (12/02/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 109, LINE 2 | PAGE 109, LINE 15 |
| PAGE 111, LINE 12 | PAGE 112, LINE 10 |
| PAGE 112, LINE 15 | PAGE 113, LINE 13 |
| PAGE 113, LINE 25 | PAGE 114, LINE 7 |
| PAGE 114, LINE 23 | PAGE 115, LINE 8 |
| PAGE 115, LINE 18 | PAGE 118, LINE 9 |
| PAGE 137, LINE 23 | PAGE 142, LINE 7 |
| PAGE 166, LINE 24 | PAGE 169, LINE 17 |
| PAGE 172, LINE 15 | PAGE 176, LINE 18 |
| PAGE 177, LINE 20 | PAGE 178, LINE 5 |
| PAGE 181, LINE 22 | PAGE 182, LINE 15 |
| PAGE 184, LINE 11 | PAGE 186, LINE 20 |
| PAGE 188, LINE 11 | PAGE 189, LINE 4 |
| PAGE 190, LINE 2 | PAGE 190, LINE 25 |
| PAGE 191, LINE 13 | PAGE 194, LINE 20 |
| PAGE 194, LINE 21 | PAGE 195, LINE 10 |
| PAGE 195, LINE 11 | PAGE 197, LINE 11 |
| PAGE 199, LINE 3 | PAGE 201, LINE 16 |
| PAGE 204, LINE 9 | PAGE 204, LINE 21 |
| PAGE 206, LINE 23 | PAGE 207, LINE 9 |
| PAGE 208, LINE 22 | PAGE 208, LINE 25 |
| PAGE 209, LINE 13 | PAGE 209, LINE 16 |
| PAGE 209, LINE 17 | PAGE 214, LINE 3 |
| PAGE 214, LINE 18 | PAGE 214, LINE 24 |
| PAGE 222, LINE 10 | PAGE 225, LINE 16 |
| PAGE 231, LINE 3 | PAGE 234, LINE 21 |
| PAGE 243, LINE 3 | PAGE 250, LINE 15 |
| PAGE 250, LINE 16 | PAGE 250, LINE 20 |
| PAGE 251, LINE 11 | PAGE 252, LINE 16 |
| PAGE 252, LINE 17 | PAGE 255, LINE 5 |
| PAGE 255, LINE 6 | PAGE 255, LINE 18 |
| PAGE 259, LINE 11 | PAGE 259, LINE 23 |
| PAGE 263, LINE 6 | PAGE 264, LINE 21 |
| PAGE 264, LINE 22 | PAGE 268, LINE 21 |
| PAGE 270, LINE 3 | PAGE 270, LINE 19 |
| PAGE 271, LINE 24 | PAGE 272, LINE 5 |
| PAGE 272, LINE 11 | PAGE 273, LINE 10 |
| PAGE 273, LINE 17 | PAGE 273, LINE 24 |
| PAGE 273, LINE 25 | PAGE 274, LINE 25 |
| PAGE 276, LINE 15 | PAGE 278, LINE 20 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARC BOUCHARD (12/02/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 279, LINE 24 | PAGE 283, LINE 24 |
| PAGE 284, LINE 6 | PAGE 284, LINE 9 |
| PAGE 285, LINE 7 | PAGE 286, LINE 10 |
| PAGE 288, LINE 3 | PAGE 290, LINE 3 |
| PAGE 291, LINE 19 | PAGE 294, LINE 18 |
| PAGE 292, LINE 16 | PAGE 292, LINE 23 |
| PAGE 292, LINE 24 | PAGE 294, LINE 18 |
| PAGE 299, LINE 22 | PAGE 300, LINE 10 |
| PAGE 305, LINE 14 | PAGE 307, LINE 5 |
| PAGE 312, LINE 10 | PAGE 313, LINE 25 |
| PAGE 316, LINE 5 | PAGE 322, LINE 2 |
| PAGE 324, LINE 4 | PAGE 325, LINE 7 |
| PAGE 325, LINE 13 | PAGE 330, LINE 14 |
| PAGE 330, LINE 15 | PAGE 331, LINE 10 |
| PAGE 331, LINE 16 | PAGE 334, LINE 2 |
| PAGE 338, LINE 3 | PAGE 340, LINE 8 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARC BOUCHARD (05/26/06) | |
|---|---|
| **FROM** | **TO** |
| PAGE 360, LINE 9 | PAGE 364, LINE 6 |
| PAGE 366, LINE 18 | PAGE 367, LINE 11 |
| PAGE 368, LINE 10 | PAGE 368, LINE 17 |
| PAGE 368, LINE 23 | PAGE 370, LINE 21 |
| PAGE 371, LINE 7 | PAGE 376, LINE 18 |
| PAGE 378, LINE 23 | PAGE 379, LINE 16 |
| PAGE 380, LINE 3 | PAGE 380, LINE 9 |
| PAGE 381, LINE 6 | PAGE 384, LINE 4 |
| PAGE 385, LINE 22 | PAGE 390, LINE 19 |
| PAGE 392, LINE 13 | PAGE 395, LINE 22 |
| PAGE 396, LINE 19 | PAGE 397, LINE 8 |
| PAGE 397, LINE 16 | PAGE 399, LINE 23 |
| PAGE 400, LINE 25 | PAGE 416, LINE 11 |
| PAGE 417, LINE 8 | PAGE 418, LINE 7 |
| PAGE 418, LINE 17 | PAGE 419, LINE 15 |
| PAGE 419, LINE 24 | PAGE 421, LINE 14 |
| PAGE 421, LINE 23 | PAGE 421, LINE 25 |
| PAGE 422, LINE 6 | PAGE 423, LINE 2 |
| PAGE 423, LINE 24 | PAGE 424, LINE 24 |
| PAGE 426, LINE 23 | PAGE 426, LINE 25 |
| PAGE 427, LINE 5 | PAGE 427, LINE 18 |
| PAGE 428, LINE 7 | PAGE 431, LINE 8 |
| PAGE 432, LINE 3 | PAGE 433, LINE 18 |
| PAGE 435, LINE 23 | PAGE 442, LINE 6 |
| PAGE 453, LINE 6 | PAGE 456, LINE 11 |
| PAGE 456, LINE 24 | PAGE 458, LINE 4 |
| PAGE 458, LINE 13 | PAGE 460, LINE 5 |
| PAGE 465, LINE 24 | PAGE 468, LINE 23 |
| PAGE 462, LINE 6 | PAGE 463, LINE 10 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHAEL BOYCHUK (R. 2004) (05/04/04)) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 5 | PAGE 8, LINE 10 |
| PAGE 12, LINE 7 | PAGE 13, LINE 9 |
| PAGE 14, LINE 12 | PAGE 16, LINE 10 |
| PAGE 16, LINE 24 | PAGE 19, LINE 1 |
| PAGE 20, LINE 15 | PAGE 22, LINE 5 |
| PAGE 24, LINE 7 | PAGE 24, LINE 25 |
| PAGE 29, LINE 2 | PAGE 36, LINE 5 |
| PAGE 38, LINE 23 | PAGE 40, LINE 24 |
| PAGE 41, LINE 20 | PAGE 44, LINE 16 |
| PAGE 45, LINE 8 | PAGE 74, LINE 7 |
| PAGE 75, LINE 15 | PAGE 76, LINE 17 |
| PAGE 77, LINE 2 | PAGE 81, LINE 12 |
| PAGE 83, LINE 8 | PAGE 112, LINE 12 |
| PAGE 115, LINE 7 | PAGE 120, LINE 11 |
| PAGE 123, LINE 10 | PAGE 168, LINE 6 |
| PAGE 170, LINE 7 | PAGE 172, LINE 8 |
| PAGE 173, LINE 2 | PAGE 176, LINE 15 |
| PAGE 208, LINE 10 | PAGE 213, LINE 19 |
| PAGE 215, LINE 5 | PAGE 218, LINE 1 |
| PAGE 219, LINE 12 | PAGE 220, LINE 20 |
| PAGE 221, LINE 1 | PAGE 225, LINE 4 |
| PAGE 226, LINE 10 | PAGE 244, LINE 2 |
| PAGE 247, LINE 3 | PAGE 254, LINE 13 |
| PAGE 256, LINE 18 | PAGE 257, LINE 11 |
| PAGE 268, LINE 4 | PAGE 271, LINE 9 |
| PAGE 273, LINE 4 | PAGE 276, LINE 9 |
| PAGE 276, LINE 22 | PAGE 277, LINE 7 |

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL BOYCHUCK (R. 2004) (05/05/04) | |
|---|---|
| **FROM** | **TO** |
| PAGE 284, LINE 19 | PAGE 287, LINE 9 |
| PAGE 288, LINE 10 | PAGE 298, LINE 16 |
| PAGE 300, LINE 17 | PAGE 302, LINE 25 |
| PAGE 305, LINE 21 | PAGE 313, LINE 6 |
| PAGE 314, LINE 13 | PAGE 319, LINE 15 |
| PAGE 319, LINE 23 | PAGE 323, LINE 24 |
| PAGE 324, LINE 25 | PAGE 325, LINE 18 |
| PAGE 327, LINE 11 | PAGE 328, LINE 25 |
| PAGE 334, LINE 16 | PAGE 335, LINE 25 |
| PAGE 337, LINE 5 | PAGE 338, LINE 8 |
| PAGE 338, LINE 16 | PAGE 339, LINE 20 |
| PAGE 343, LINE 2 | PAGE 346, LINE 5 |
| PAGE 349, LINE 19 | PAGE 351, LINE 20 |
| PAGE 352, LINE 18 | PAGE 353, LINE 10 |
| PAGE 354, LINE 6 | PAGE 356, LINE 1 |
| PAGE 356, LINE 19 | PAGE 370, LINE 23 |
| PAGE 371, LINE 16 | PAGE 374, LINE 2 |
| PAGE 375, LINE 16 | PAGE 382, LINE 4 |

APPENDIX 7A

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL BOYCHUCK (08/31/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 11, LINE 11 | PAGE 11, LINE 25 |
| PAGE 13, LINE 20 | PAGE 14, LINE 10 |
| PAGE 15, LINE 8 | PAGE 17, LINE 4 |
| PAGE 17, LINE 15 | PAGE 18, LINE 23 |
| PAGE 20, LINE 8 | PAGE 25, LINE 22 |
| PAGE 27, LINE 18 | PAGE 33, LINE 6 |
| PAGE 34, LINE 18 | PAGE 35, LINE 5 |
| PAGE 36, LINE 21 | PAGE 37, LINE 6 |
| PAGE 39, LINE 8 | PAGE 44, LINE 24 |
| PAGE 46, LINE 1 | PAGE 47, LINE 18 |
| PAGE 49, LINE 9 | PAGE 64, LINE 10 |
| PAGE 64, LINE 16 | PAGE 66, LINE 7 |
| PAGE 67, LINE 14 | PAGE 71, LINE 25 |
| PAGE 73, LINE 21 | PAGE 74, LINE 6 |
| PAGE 75, LINE 25 | PAGE 77, LINE 25 |
| PAGE 78, LINE 17 | PAGE 81, LINE 4 |
| PAGE 82, LINE 1 | PAGE 98, LINE 3 |
| PAGE 99, LINE 3 | PAGE 118, LINE 3 |
| PAGE 119, LINE 10 | PAGE 125, LINE 24 |
| PAGE 136, LINE 1 | PAGE 149, LINE 25 |
| PAGE 151, LINE 1 | PAGE 165, LINE 2 |
| PAGE 165, LINE 12 | PAGE 165, LINE 25 |
| PAGE 167, LINE 25 | PAGE 168, LINE 10 |
| PAGE 168, LINE 18 | PAGE 187, LINE 25 |
| PAGE 194, LINE 2 | PAGE 198, LINE 3 |
| PAGE 200, LINE 5 | PAGE 211, LINE 7 |
| PAGE 214, LINE 12 | PAGE 220, LINE 12 |
| PAGE 221, LINE 7 | PAGE 249, LINE 22 |
| PAGE 253, LINE 13 | PAGE 274, LINE 9 |
| PAGE 279, LINE 12 | PAGE 283, LINE 11 |
| PAGE 284, LINE 19 | PAGE 288, LINE 25 |
| PAGE 289, LINE 16 | PAGE 294, LINE 6 |

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL BOYCHUCK (09/01/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 305, LINE 10 | PAGE 316, LINE 5 |
| PAGE 319, LINE 9 | PAGE 328, LINE 25 |
| PAGE 331, LINE 8 | PAGE 342, LINE 24 |
| PAGE 345, LINE 10 | PAGE 347, LINE 25 |
| PAGE 358, LINE 23 | PAGE 381, LINE 2 |
| PAGE 381, LINE 23 | PAGE 397, LINE 3 |
| PAGE 402, LINE 15 | PAGE 404, LINE 20 |
| PAGE 408, LINE 25 | PAGE 410, LINE 20 |
| PAGE 416, LINE 8 | PAGE 419, LINE 5 |
| PAGE 424, LINE 2 | PAGE 447, LINE 5 |
| PAGE 448, LINE 20 | PAGE 449, LINE 8 |
| PAGE 453, LINE 15 | PAGE 459, LINE 19 |
| PAGE 468, LINE 5 | PAGE 478, LINE 22 |
| PAGE 487, LINE 9 | PAGE 488, LINE 11 |
| PAGE 489, LINE 12 | PAGE 500, LINE 3 |
| PAGE 500, LINE 13 | PAGE 511, LINE 6 |
| PAGE 511, LINE 16 | PAGE 522, LINE 4 |
| PAGE 522, LINE 16 | PAGE 536, LINE 2 |
| PAGE 536, LINE 10 | PAGE 557, LINE 5 |
| PAGE 559, LINE 22 | PAGE 560, LINE 11 |
| PAGE 561, LINE 15 | PAGE 570, LINE 8 |
| PAGE 571, LINE 11 | PAGE 604, LINE 1 |
| PAGE 605, LINE 15 | PAGE 609, LINE 3 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| KERRY BROUK (10/24/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 8, LINE 11 | PAGE 11, LINE 2 |
| PAGE 14, LINE 14 | PAGE 16, LINE 24 |
| PAGE 17, LINE 5 | PAGE 17, LINE 14 |
| PAGE 18, LINE 10 | PAGE 20, LINE 15 |
| PAGE 21, LINE 17 | PAGE 23, LINE 10 |
| PAGE 25, LINE 9 | PAGE 27, LINE 19 |
| PAGE 28, LINE 25 | PAGE 30, LINE 10 |
| PAGE 32, LINE 11 | PAGE 34, LINE 16 |
| PAGE 55, LINE 3 | PAGE 56, LINE 21 |
| PAGE 69, LINE 11 | PAGE 72, LINE 21 |
| PAGE 78, LINE 20 | PAGE 93, LINE 5 |
| PAGE 130, LINE 23 | PAGE 131, LINE 21 |
| PAGE 133, LINE 6 | PAGE 135, LINE 16 |
| PAGE 136, LINE 19 | PAGE 143, LINE 16 |
| PAGE 144, LINE 4 | PAGE 166, LINE 2 |
| PAGE 167, LINE 19 | PAGE 168, LINE 13 |
| PAGE 168, LINE 21 | PAGE 185, LINE 25 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JOHN BRUNETTE (10/20/05) | |
|---|---|
| FROM | TO |
| PAGE 10, LINE 7 | PAGE 11, LINE 14 |
| PAGE 13, LINE 13 | PAGE 13, LINE 19 |
| PAGE 14, LINE 6 | PAGE 14, LINE 8 |
| PAGE 25, LINE 18 | PAGE 25, LINE 24 |
| PAGE 45, LINE 22 | PAGE 46, LINE 6 |
| PAGE 47, LINE 3 | PAGE 47, LINE 17 |
| PAGE 52, LINE 20 | PAGE 53, LINE 1 |
| PAGE 67, LINE 13 | PAGE 67, LINE 17 |
| PAGE 67, LINE 20 | PAGE 68, LINE 8 |
| PAGE 71, LINE 14 | PAGE 71, LINE 23 |
| PAGE 74, LINE 8 | PAGE 75, LINE 3 |
| PAGE 80, LINE 2 | PAGE 80, LINE 12 |
| PAGE 81, LINE 3 | PAGE 81, LINE 7 |
| PAGE 82, LINE 5 | PAGE 82, LINE 10 |
| PAGE 87, LINE 17 | PAGE 88, LINE 8 |
| PAGE 93, LINE 17 | PAGE 93, LINE 20 |
| PAGE 93, LINE 25 | PAGE 94, LINE 2 |
| PAGE 123, LINE 19 | PAGE 123, LINE 23 |
| PAGE 138, LINE 24 | PAGE 139, LINE 16 |
| PAGE 151, LINE 3 | PAGE 152, LINE 18 |
| PAGE 169, LINE 16 | PAGE 170, LINE 7 |
| PAGE 172, LINE 11 | PAGE 172, LINE 22 |
| PAGE 176, LINE 21 | PAGE 177, LINE 7 |
| PAGE 177, LINE 16 | PAGE 177, LINE 21 |
| PAGE 188, LINE 4 | PAGE 188, LINE 10 |
| PAGE 189, LINE 19 | PAGE 190, LINE 2 |
| PAGE 190, LINE 9 | PAGE 190, LINE 15 |
| PAGE 196, LINE 19 | PAGE 198, LINE 7 |
| PAGE 198, LINE 24 | PAGE 199, LINE 14 |
| PAGE 200, LINE 22 | PAGE 201, LINE 2 |
| PAGE 205, LINE 17 | PAGE 206, LINE 16 |

APPENDIX 7A

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| JOHN BRUNETTE (10/21/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 252, LINE 15 | PAGE 252, LINE 17 |
| PAGE 252, LINE 20 | PAGE 253, LINE 12 |
| PAGE 254, LINE 8 | PAGE 254, LINE 18 |
| PAGE 255, LINE 11 | PAGE 256, LINE 15 |
| PAGE 258, LINE 6 | PAGE 259, LINE 3 |
| PAGE 259, LINE 17 | PAGE 260, LINE 12 |
| PAGE 273, LINE 9 | PAGE 273, LINE 17 |
| PAGE 332, LINE 19 | PAGE 332, LINE 25 |
| PAGE 333, LINE 7 | PAGE 333, LINE 14 |
| PAGE 340, LINE 12 | PAGE 340, LINE 23 |
| PAGE 343, LINE 6 | PAGE 346, LINE 3 |
| PAGE 347, LINE 24 | PAGE 349, LINE 10 |
| PAGE 349, LINE 16 | PAGE 350, LINE 18 |
| PAGE 351, LINE 19 | PAGE 352, LINE 19 |
| PAGE 354, LINE 7 | PAGE 354, LINE 13 |
| PAGE 360, LINE 12 | PAGE 360, LINE 17 |
| PAGE 379, LINE 12 | PAGE 380, LINE 5 |
| PAGE 397, LINE 18 | PAGE 398, LINE 2 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| BARRY BUNIN (08/24/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 34, LINE 17 | PAGE 35, LINE 4 |
| PAGE 36, LINE 14 | PAGE 37, LINE 10 |
| PAGE 37, LINE 17 | PAGE 38, LINE 1 |
| PAGE 38, LINE 14 | PAGE 39, LINE 13 |
| PAGE 52, LINE 10 | PAGE 52, LINE 24 |
| PAGE 53, LINE 8 | PAGE 56, LINE 11 |
| PAGE 57, LINE 6 | PAGE 57, LINE 21 |
| PAGE 58, LINE 21 | PAGE 67, LINE 16 |
| PAGE 75, LINE 12 | PAGE 76, LINE 8 |
| PAGE 90, LINE 13 | PAGE 91, LINE 6 |
| PAGE 93, LINE 21 | PAGE 95, LINE 1 |
| PAGE 131, LINE 1 | PAGE 131, LINE 4 |
| PAGE 132, LINE 21 | PAGE 133, LINE 6 |
| PAGE 134, LINE 3 | PAGE 134, LINE 9 |
| PAGE 136, LINE 24 | PAGE 137, LINE 23 |
| PAGE 152, LINE 8 | PAGE 153, LINE 5 |
| PAGE 174, LINE 13 | PAGE 174, LINE 22 |
| PAGE 180, LINE 13 | PAGE 180, LINE 17 |
| PAGE 188, LINE 10 | PAGE 189, LINE 18 |
| PAGE 190, LINE 8 | PAGE 190, LINE 17 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JAMES CALLAWAY (11/03/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 4 | PAGE 10, LINE 24 |
| PAGE 20, LINE 11 | PAGE 23, LINE 23 |
| PAGE 24, LINE 15 | PAGE 26, LINE 9 |
| PAGE 26, LINE 21 | PAGE 29, LINE 7 |
| PAGE 29, LINE 15 | PAGE 29, LINE 17 |
| PAGE 30, LINE 20 | PAGE 35, LINE 12 |
| PAGE 36, LINE 4 | PAGE 36, LINE 16 |
| PAGE 38, LINE 2 | PAGE 38, LINE 22 |
| PAGE 39, LINE 6 | PAGE 39, LINE 18 |

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| CHARLES CHILDERS (11/22/05) ||
| FROM | TO |
| --- | --- |
| PAGE 17, LINE 19 | PAGE 17, LINE 24 |
| PAGE 19, LINE 15 | PAGE 19, LINE 19 |
| PAGE 19, LINE 22 | PAGE 20, LINE 6 |
| PAGE 21, LINE 3 | PAGE 21, LINE 4 |
| PAGE 24, LINE 5 | PAGE 24, LINE 10 |
| PAGE 28, LINE 18 | PAGE 28, LINE 25 |
| PAGE 29, LINE 1 | PAGE 29, LINE 3 |
| PAGE 31, LINE 18 | PAGE 31, LINE 25 |
| PAGE 35, LINE 19 | PAGE 35, LINE 25 |
| PAGE 36, LINE 1 | PAGE 36, LINE 7 |
| PAGE 36, LINE 13 | PAGE 36, LINE 25 |
| PAGE 37, LINE 1 | PAGE 37, LINE 3 |
| PAGE 41, LINE 9 | PAGE 41, LINE 14 |
| PAGE 44, LINE 3 | PAGE 44, LINE 8 |
| PAGE 45, LINE 2 | PAGE 45, LINE 6 |
| PAGE 47, LINE 17 | PAGE 47, LINE 24 |
| PAGE 55, LINE 15 | PAGE 55, LINE 22 |
| PAGE 58, LINE 2 | PAGE 58, LINE 4 |
| PAGE 59, LINE 10 | PAGE 59, LINE 21 |
| PAGE 62, LINE 11 | PAGE 62, LINE 13 |
| PAGE 63, LINE 5 | PAGE 63, LINE 12 |
| PAGE 64, LINE 24 | PAGE 64, LINE 25 |
| PAGE 65, LINE 1 | PAGE 65, LINE 4 |
| PAGE 66, LINE 9 | PAGE 66, LINE 12 |
| PAGE 68, LINE 14 | PAGE 68, LINE 25 |
| PAGE 69, LINE 1 | PAGE 69, LINE 6 |
| PAGE 71, LINE 8 | PAGE 71, LINE 25 |
| PAGE 72, LINE 1 | PAGE 72, LINE 21 |
| PAGE 83, LINE 10 | PAGE 83, LINE 25 |
| PAGE 84, LINE 1 | PAGE 84, LINE 25 |
| PAGE 85, LINE 1 | PAGE 85, LINE 4 |
| PAGE 96, LINE 22 | PAGE 96, LINE 25 |
| PAGE 97, LINE 1 | PAGE 97, LINE 22 |
| PAGE 101, LINE 18 | PAGE 101, LINE 25 |
| PAGE 102, LINE 1 | PAGE 103, LINE 1 |
| PAGE 103, LINE 17 | PAGE 103, LINE 23 |
| PAGE 111, LINE 7 | PAGE 111, LINE 17 |
| PAGE 112, LINE 2 | PAGE 112, LINE 11 |
| PAGE 112, LINE 25 | PAGE 113, LINE 3 |
| PAGE 115, LINE 2 | PAGE 115, LINE 15 |

1

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| CHARLES CHILDERS (11/22/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 119, LINE 9 | PAGE 119, LINE 14 |
| PAGE 120, LINE 2 | PAGE 120, LINE 5 |
| PAGE 120, LINE 16 | PAGE 120, LINE 24 |
| PAGE 135, LINE 8 | PAGE 135, LINE 12 |
| PAGE 137, LINE 11 | PAGE 137, LINE 25 |
| PAGE 138, LINE 1 | PAGE 138, LINE 25 |
| PAGE 139, LINE 2 | PAGE 139, LINE 6 |
| PAGE 139, LINE 11 | PAGE 139, LINE 15 |
| PAGE 145, LINE 14 | PAGE 145, LINE 15 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ANNA COCCIA (07/19/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 13, LINE 18 | PAGE 14, LINE 3 |
| PAGE 18, LINE 7 | PAGE 18, LINE 13 |
| PAGE 18, LINE 21 | PAGE 19, LINE 11 |
| PAGE 21, LINE 9 | PAGE 22, LINE 21 |
| PAGE 23, LINE 4 | PAGE 24, LINE 5 |
| PAGE 24, LINE 8 | PAGE 25, LINE 1 |
| PAGE 25, LINE 13 | PAGE 25, LINE 18 |
| PAGE 32, LINE 12 | PAGE 32, LINE 15 |
| PAGE 34, LINE 12 | PAGE 35, LINE 21 |
| PAGE 44, LINE 2 | PAGE 44, LINE 3 |
| PAGE 44, LINE 6 | PAGE 44, LINE 10 |
| PAGE 45, LINE 7 | PAGE 45, LINE 12 |
| PAGE 45, LINE 17 | PAGE 45, LINE 19 |
| PAGE 46, LINE 4 | PAGE 46, LINE 13 |
| PAGE 91, LINE 4 | PAGE 91, LINE 19 |
| PAGE 92, LINE 3 | PAGE 92, LINE 10 |
| PAGE 93, LINE 4 | PAGE 93, LINE 8 |
| PAGE 93, LINE 11 | PAGE 94, LINE 8 |
| PAGE 94, LINE 21 | PAGE 94, LINE 25 |
| PAGE 97, LINE 3 | PAGE 97, LINE 19 |
| PAGE 113, LINE 6 | PAGE 113, LINE 11 |
| PAGE 142, LINE 6 | PAGE 142, LINE 9 |
| PAGE 146, LINE 5 | PAGE 146, LINE 20 |
| PAGE 150, LINE 18 | PAGE 151, LINE 25 |
| PAGE 196, LINE 9 | PAGE 197, LINE 6 |
| PAGE 201, LINE 18 | PAGE 202, LINE 2 |
| PAGE 215, LINE 6 | PAGE 217, LINE 1 |
| PAGE 217, LINE 25 | PAGE 218, LINE 12 |

## TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| RICHARD CURRIE (09/30/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 4, LINE 8 | PAGE 6, LINE 1 |
| PAGE 6, LINE 14 | PAGE 6, LINE 23 |
| PAGE 6, LINE 24 | PAGE 8, LINE 5 |
| PAGE 8, LINE 14 | PAGE 8, LINE 18 |
| PAGE 9, LINE 8 | PAGE 10, LINE 16 |
| PAGE 11, LINE 5 | PAGE 12, LINE 14 |
| PAGE 14, LINE 23 | PAGE 15, LINE 8 |
| PAGE 15, LINE 24 | PAGE 16, LINE 16 |
| PAGE 17, LINE 18 | PAGE 20, LINE 1 |
| PAGE 20, LINE 2 | PAGE 20, LINE 5 |
| PAGE 20, LINE 6 | PAGE 22, LINE 25 |
| PAGE 23, LINE 13 | PAGE 25, LINE 1 |
| PAGE 25, LINE 2 | PAGE 25, LINE 21 |
| PAGE 29, LINE 6 | PAGE 29, LINE 13 |
| PAGE 31, LINE 4 | PAGE 31, LINE 16 |
| PAGE 34, LINE 7 | PAGE 35, LINE 14 |
| PAGE 35, LINE 16 | PAGE 36, LINE 11 |
| PAGE 40, LINE 8 | PAGE 41, LINE 16 |
| PAGE 41, LINE 21 | PAGE 42, LINE 14 |
| PAGE 43, LINE 1 | PAGE 43, LINE 23 |
| PAGE 45, LINE 16 | PAGE 46, LINE 6 |
| PAGE 46, LINE 20 | PAGE 47, LINE 2 |
| PAGE 48, LINE 16 | PAGE 48, LINE 25 |
| PAGE 49, LINE 3 | PAGE 49, LINE 12 |
| PAGE 50, LIE 10 | PAGE 50, LINE 18 |
| PAGE 50, LINE 25 | PAGE 51, LINE 10 |
| PAGE 51, LINE 15 | PAGE 52, LINE 19 |
| PAGE 53, LINE 5 | PAGE 54, LINE 6 |
| PAGE 54, LINE 18 | PAGE 56, LINE 1 |
| PAGE 56, LINE 8 | PAGE 59, LINE 4 |
| PAGE 60, LINE 11 | PAGE 61, LINE 19 |
| PAGE 62, LINE 20 | PAGE 64, LINE 12 |
| PAGE 64, LINE 14 | PAGE 66, LINE 19 |
| PAGE 66, LINE 20 | PAGE 67, LINE 9 |
| PAGE 67, LINE 10 | PAGE 67, LINE 20 |
| PAGE 69, LINE 3 | PAGE 70, LINE 15 |
| PAGE 71, LINE 10 | PAGE 71, LINE 21 |
| PAGE 72, LINE 14 | PAGE 73, LINE 7 |
| PAGE 73, LINE 8 | PAGE 74, LINE 5 |
| PAGE 75, LINE 2 | PAGE 75, LINE 19 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| RICHARD CURRIE (09/30/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 76, LINE 1 | PAGE 76, LINE 20 |
| PAGE 77, LINE 9 | PAGE 77, LINE 12 |
| PAGE 78, LINE 25 | PAGE 79, LINE 6 |
| PAGE 79, LINE 24 | PAGE 80, LINE 12 |
| PAGE 80, LINE 13 | PAGE 81, LINE 22 |
| PAGE 81, LINE 23 | PAGE 82, LINE 23 |
| PAGE 83, LINE 7 | PAGE 83, LINE 15 |
| PAGE 83, LINE 17 | PAGE 83, LINE 24 |
| PAGE 84, LINE 7 | PAGE 84, LINE 19 |
| PAGE 84, LINE 12 | PAGE 85, LINE 14 |
| PAGE 86, LINE 9 | PAGE 87, LINE 9 |
| PAGE 87, LINE 10 | PAGE 88, LINE 5 |
| PAGE 88, LINE 6 | PAGE 88, LINE 20 |
| PAGE 92, LINE 25 | PAGE 93, LINE 17 |
| PAGE 93, LINE 21 | PAGE 94, LINE 17 |
| PAGE 94, LINE 18 | PAGE 96, LINE 7 |
| PAGE 96, LINE 8 | PAGE 97, LINE 18 |
| PAGE 97, LINE 23 | PAGE 98, LINE 20 |
| PAGE 98, LINE 21 | PAGE 99, LINE 9 |
| PAGE 101, LINE 10 | PAGE 102, LINE 1 |
| PAGE 102, LINE 2 | PAGE 102, LINE 8 |
| PAGE 102, LINE 9 | PAGE 103, LINE 2 |
| PAGE 103, LINE 3 | PAGE 103, LINE 23 |
| PAGE 106, LINE 7 | PAGE 107, LINE 16 |
| PAGE 108, LINE 24 | PAGE 109, LINE 21 |
| PAGE 109, LINE 22 | PAGE 110, LINE 25 |
| PAGE 111, LINE 4 | PAGE 111, LINE 8 |
| PAGE 111, LINE 9 | PAGE 113, LINE 6 |
| PAGE 113, LINE 7 | PAGE 115, LINE 5 |
| PAGE 115, LINE 6 | PAGE 116, LINE 14 |
| PAGE 116, LINE 15 | PAGE 117, LINE 7 |
| PAGE 117, LINE 9 | PAGE 118, LINE 2 |
| PAGE 118, LINE 3 | PAGE 118, LINE 8 |
| PAGE 188, LINE 9 | PAGE 118, LINE 14 |
| PAGE 118, LINE 15 | PAGE 118, LINE 24 |
| PAGE 120, LINE 16 | PAGE 122, LINE 11 |
| PAGE 123, LINE 25 | PAGE 124, LINE 12 |
| PAGE 125, LINE 10 | PAGE 125, LINE 19 |
| PAGE 126, LINE 21 | PAGE 127, LINE 1 |
| PAGE 128, LINE 1 | PAGE 130, LINE 1 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| RICHARD CURRIE (09/30/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 130, LINE 6 | PAGE 130, LINE 21 |
| PAGE 130, LINE 22 | PAGE 131, LINE 16 |
| PAGE 131, LINE 17 | PAGE 133, LINE 18 |
| PAGE 133, LINE 19 | PAGE 134, LINE 20 |
| PAGE 134, LINE 21 | PAGE 135, LINE 16 |
| PAGE 136, LINE 13 | PAGE 136, LINE 25 |
| PAGE 139, LINE 10 | PAGE 139, LINE 19 |
| PAGE 141, LINE 9 | PAGE 142, LINE 2 |
| PAGE 142, LINE 13 | PAGE 143, LINE 16 |
| PAGE 143, LINE 17 | PAGE 144, LINE 15 |
| PAGE 144, LINE 16 | PAGE 145, LINE 24 |
| PAGE 146, LINE 4 | PAGE 146, LINE 10 |
| PAGE 146, LINE 11 | PAGE 146, LINE 18 |
| PAGE 146, LINE 19 | PAGE 147, LINE 20 |
| PAGE 148, LINE 1 | PAGE 149, LINE 21 |
| PAGE 150, LINE 5 | PAGE 150, LINE 23 |
| PAGE 152, LINE 22 | PAGE 154, LINE 1 |
| PAGE 154, LINE 2 | PAGE 154, LINE 17 |
| PAGE 154, LINE 23 | PAGE 155, LINE 10 |
| PAGE 155, LINE 19 | PAGE 156, LINE 14 |
| PAGE 157, LINE 8 | PAGE 157, LINE 18 |
| PAGE 158, LINE 8 | PAGE 160, LINE 10 |
| PAGE 160, LINE 11 | PAGE 160, LINE 20 |
| PAGE 160, LINE 21 | PAGE 161, LINE 6 |
| PAGE 161, LINE 7 | PAGE 163, LINE 6 |
| PAGE 163, LINE 7 | PAGE 163, LINE 13 |
| PAGE 163, LINE 14 | PAGE 163, LINE 25 |
| PAGE 164, LINE 21 | PAGE 166, LINE 13 |
| PAGE 166, LINE 14 | PAGE 167, LINE 10 |
| PAGE 167, LINE 20 | PAGE 168, LINE 15 |
| PAGE 168, LINE 16 | PAGE 169, LINE 4 |
| PAGE 169, LINE 5 | PAGE 169, LINE 15 |
| PAGE 169, LINE 16 | PAGE 170, LINE 9 |
| PAGE 170, LINE 23 | PAGE 171, LINE 11 |
| PAGE 171, LINE 12 | PAGE 171, LINE 22 |
| PAGE 171, LINE 23 | PAGE 173, LINE 5 |
| PAGE 174, LINE 2 | PAGE 175, LINE 21 |
| PAGE 176, LINE 9 | PAGE 177, LINE 8 |
| PAGE 177, LINE 9 | PAGE 180, LINE 14 |
| PAGE 183, LINE 6 | PAGE 184, LINE 23 |

3

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| RICHARD CURRIE (09/30/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 185, LINE 2 | PAGE 191, LINE 18 |
| PAGE 194, LINE 16 | PAGE 195, LINE 7 |
| PAGE 196, LINE 13 | PAGE 198, LINE 24 |
| PAGE 198, LINE 25 | PAGE 200, LINE 6 |
| PAGE 203, LINE 10 | PAGE 203, LINE 22 |
| PAGE 203, LINE 23 | PAGE 205, LINE 6 |
| PAGE 207, LINE 13 | PAGE 212, LINE 4 |
| PAGE 212, LINE 11 | PAGE 212, LINE 22 |
| PAGE 213, LINE 1 | PAGE 214, LINE 2 |
| PAGE 214, LINE 3 | PAGE 215, LINE 3 |
| PAGE 215, LINE 4 | PAGE 215, LINE 20 |
| PAGE 215, LINE 21 | PAGE 216, LINE 15 |
| PAGE 218, LINE 3 | PAGE 218, LINE 18 |
| PAGE 218, LINE 19 | PAGE 219, LINE 1 |
| PAGE 225, LINE 6 | PAGE 227, LINE 9 |
| PAGE 227, LINE 10 | PAGE 230, LINE 22 |
| PAGE 231, LINE 14 | PAGE 234, LINE 13 |
| PAGE 234, LINE 14 | PAGE 235, LINE 5 |
| PAGE 236, LINE 22 | PAGE 239, LINE 21 |
| PAGE 239, LINE 22 | PAGE 251, LINE 17 |

4

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ELIE DAHER (04/05/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 6, LINE 14 | PAGE 7, LINE 9 |
| PAGE 11, LINE 10 | PAGE 12, LINE 10 |
| PAGE 13, LINE 10 | PAGE 13, LINE 20 |
| PAGE 14, LINE 10 | PAGE 15, LINE 6 |
| PAGE 16, LINE 15 | PAGE 16, LINE 18 |
| PAGE 16, LINE 25 | PAGE 17, LINE 5 |
| PAGE 23, LINE 16 | PAGE 24, LINE 8 |
| PAGE 24, LINE 16 | PAGE 25, LINE 6 |
| PAGE 25, LINE 14 | PAGE 25, LINE 21 |
| PAGE 26, LINE 7 | PAGE 27, LINE 3 |
| PAGE 30, LINE 17 | PAGE 37, LINE 17 |
| PAGE 38, LINE 4 | PAGE 39, LINE 20 |
| PAGE 40, LINE 15 | PAGE 41, LINE 10 |
| PAGE 42, LINE 10 | PAGE 43, LINE 22 |
| PAGE 48, LINE 15 | PAGE 48, LINE 22 |
| PAGE 49, LINE 2 | PAGE 49, LINE 4 |
| PAGE 50, LINE 4 | PAGE 51, LINE 15 |
| PAGE 53, LINE 21 | PAGE 54, LINE 3 |
| PAGE 55, LINE 2 | PAGE 55, LINE 8 |
| PAGE 57, LINE 25 | PAGE 60, LINE 13 |
| PAGE 61, LINE 3 | PAGE 62, LINE 5 |
| PAGE 62, LINE 10 | PAGE 62, LINE 13 |
| PAGE 63, LINE 24 | PAGE 64, LINE 11 |
| PAGE 64, LINE 17 | PAGE 65, LINE 25 |
| PAGE 70, LINE 21 | PAGE 71, LINE 7 |
| PAGE 72, LINE 25 | PAGE 73, LINE 5 |
| PAGE 73, LINE 25 | PAGE 74, LINE 3 |
| PAGE 74, LINE 15 | PAGE 74, LINE 22 |
| PAGE 75, LINE 8 | PAGE 75, LINE 11 |
| PAGE 75, LINE 21 | PAGE 76, LINE 13 |
| PAGE 81, LINE 14 | PAGE 82, LINE 5 |
| PAGE 82, LINE 16 | PAGE 82, LINE 18 |
| PAGE 83, LINE 18 | PAGE 84, LINE 6 |
| PAGE 84, LINE 25 | PAGE 85, LINE 18 |
| PAGE 87, LINE 25 | PAGE 88, LINE 9 |
| PAGE 89, LINE 19 | PAGE 89, LINE 21 |
| PAGE 89, LINE 23 | PAGE 89, LINE 25 |
| PAGE 90, LINE 17 | PAGE 92, LINE 5 |
| PAGE 94, LINE 21 | PAGE 95, LINE 4 |
| PAGE 95, LINE 18 | PAGE 95, LINE 24 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ELIE DAHER (04/05/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 97, LINE 11 | PAGE 99, LINE 17 |
| PAGE 101, LINE 23 | PAGE 102, LINE 12 |
| PAGE 105, LINE 13 | PAGE 105, LINE 18 |
| PAGE 106, LINE 6 | PAGE 106, LINE 15 |
| PAGE 108, LINE 17 | PAGE 108, LINE 18 |
| PAGE 108, LINE 20 | PAGE 108, LINE 22 |
| PAGE 111, LINE 5 | PAGE 112, LINE 19 |
| PAGE 114, LINE 2 | PAGE 114, LINE 6 |
| PAGE 118, LINE 5 | PAGE 118, LINE 12 |
| PAGE 142, LINE 14 | PAGE 142, LINE 22 |
| PAGE 145, LINE 5 | PAGE 145, LINE 13 |
| PAGE 147, LINE 2 | PAGE 148, LINE 20 |
| PAGE 148, LINE 25 | PAGE 149, LINE 14 |
| PAGE 153, LINE 8 | PAGE 153, LINE 11 |
| PAGE 153, LINE 15 | PAGE 154, LINE 7 |
| PAGE 160, LINE 7 | PAGE 161, LINE 5 |
| PAGE 161, LINE 13 | PAGE 162, LINE 6 |
| PAGE 162, LINE 13 | PAGE 162, LINE 17 |
| PAGE 162, LINE 21 | PAGE 163, LINE 7 |
| PAGE 166, LINE 5 | PAGE 167, LINE 2 |
| PAGE 174, LINE 7 | PAGE 176, LINE 16 |
| PAGE 177, LINE 17 | PAGE 178, LINE 19 |
| PAGE 182, LINE 2 | PAGE 182, LINE 6 |
| PAGE 183, LINE 9 | PAGE 185, LINE 6 |
| PAGE 188, LINE 10 | PAGE 188, LINE 20 |
| PAGE 193, LINE 24 | PAGE 194, LINE 9 |
| PAGE 200, LINE 20 | PAGE 201, LINE 5 |
| PAGE 201, LINE 13 | PAGE 201, LINE 24 |
| PAGE 205, LINE 6 | PAGE 206, LINE 23 |
| PAGE 207, LINE 6 | PAGE 208, LINE 9 |
| PAGE 217, LINE 8 | PAGE 217, LINE 22 |
| PAGE 219, LINE 17 | PAGE 219, LINE 22 |
| PAGE 227, LINE 17 | PAGE 228, LINE 7 |
| PAGE 228, LINE 23 | PAGE 230, LINE 22 |
| PAGE 231, LINE 9 | PAGE 231, LINE 23 |
| PAGE 232, LINE 19 | PAGE 233, LINE 16 |
| PAGE 234, LINE 3 | PAGE 235, LINE 19 |
| PAGE 255, LINE 2 | PAGE 255, LINE 6 |
| PAGE 255, LINE 20 | PAGE 255, LINE 23 |
| PAGE 258, LINE 7 | PAGE 258, LINE 15 |

2

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| ELIE DAHER (04/05/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 260, LINE 4 | PAGE 260, LINE 7 |
| PAGE 260, LINE 12 | PAGE 260, LINE 17 |
| PAGE 261, LINE 17 | PAGE 261, LINE 20 |
| PAGE 262, LINE 11 | PAGE 262, LINE 14 |
| PAGE 262, LINE 19 | PAGE 262, LINE 23 |
| PAGE 271, LINE 8 | PAGE 271, LINE 9 |
| PAGE 271, LINE 16 | PAGE 271, LINE 22 |
| PAGE 272, LINE 5 | PAGE 272, LINE 11 |
| PAGE 274, LINE 7 | PAGE 274, LINE 15 |
| PAGE 276, LINE 3 | PAGE 276, LINE 6 |
| PAGE 278, LINE 25 | PAGE 279, LINE 15 |
| PAGE 279, LINE 23 | PAGE 280, LINE 3 |
| PAGE 281, LINE 15 | PAGE 282, LINE 7 |
| PAGE 282, LINE 19 | PAGE 283, LINE 3 |
| PAGE 286, LINE 20 | PAGE 287, LINE 17 |
| PAGE 290, LINE 10 | PAGE 292, LINE 25 |
| PAGE 295, LINE 24 | PAGE 296, LINE 2 |
| PAGE 296, LINE 10 | PAGE 296, LINE 15 |
| PAGE 297, LINE 15 | PAGE 297, LINE 19 |
| PAGE 301, LINE 10 | PAGE 301, LINE 15 |
| PAGE 303, LINE 20 | PAGE 303, LINE 25 |
| PAGE 304, LINE 3 | PAGE 304, LINE 4 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| YANICK DeGRANDPRE (04/08/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 64, LINE 24 | PAGE 65, LINE 20 |
| PAGE 66, LINE 7 | PAGE 66, LINE 12 |
| PAGE 66, LINE 14 | PAGE 66, LINE 17 |
| PAGE 68, LINE 8 | PAGE 68, LINE 11 |
| PAGE 118, LINE 16 | PAGE 119, LINE 3 |
| PAGE 129, LINE 19 | PAGE 130, LINE 9 |
| PAGE 135, LINE 18 | PAGE 136, LINE 2 |
| PAGE 136, LINE 14 | PAGE 136, LINE 22 |
| PAGE 137, LINE 7 | PAGE 137, LINE 15 |
| PAGE 138, LINE 8 | PAGE 138, LINE 11 |
| PAGE 140, LINE 11 | PAGE 140, LINE 19 |
| PAGE 144, LINE 23 | PAGE 145, LINE 2 |
| PAGE 168, LINE 4 | PAGE 168, LINE 19 |

TELEGLOBE, et al. v. BCE, et al.
PLAINTIFFS' DEPOSITION DESIGNATIONS

| CYNTHIA EAKIN (09/16/05) | |
|---|---|
| FROM | TO |
| PAGE 33, LINE 11 | PAGE 33, LINE 14 |
| PAGE 33, LINE 24 | PAGE 33, LINE 25 |
| PAGE 34, LINE 1 | PAGE 34, LINE 2 |
| PAGE 47, LINE 20 | PAGE 47, LINE 25 |
| PAGE 48, LINE 1 | PAGE 48, LINE 8 |
| PAGE 66, LINE 10 | PAGE 66, LINE 21 |
| PAGE 101, LINE 5 | PAGE 101, LINE 8 |
| PAGE 101, LINE 12 | PAGE 101, LINE 19 |
| PAGE 102, LINE 8 | PAGE 102, LINE 25 |
| PAGE 103, LINE 1 | PAGE 103, LINE 12 |
| PAGE 104, LINE 3 | PAGE 104, LINE 6 |
| PAGE 113, LINE 15 | PAGE 113, LINE 21 |
| PAGE 122, LINE 2 | PAGE 122, LINE 25 |
| PAGE 123, LINE 1 | PAGE 123, LINE 25 |
| PAGE 124, LINE 1 | PAGE 124, LINE 25 |
| PAGE 125, LINE 1 | PAGE 125, LINE 8 |
| PAGE 126, LINE 5 | PAGE 126, LINE 25 |
| PAGE 127, LINE 1 | PAGE 127, LINE 12 |
| PAGE 129, LINE 10 | PAGE 129, LINE 16 |
| PAGE 130, LINE 15 | PAGE 130, LINE 25 |
| PAGE 131, LINE 1 | PAGE 131, LINE 17 |
| PAGE 132, LINE 6 | PAGE 132, LINE 8 |
| PAGE 132, LINE 11 | PAGE 132, LINE 12 |
| PAGE 133, LINE 24 | PAGE 133, LINE 25 |
| PAGE 134, LINE 1 | PAGE 134, LINE 25 |
| PAGE 135, LINE 7 | PAGE 135, LINE 18 |
| PAGE 136, LINE 6 | PAGE 136, LINE 14 |
| PAGE 137, LINE 9 | PAGE 137, LINE 24 |
| PAGE 138, LINE 8 | PAGE 139, LINE 1 |
| PAGE 146, LINE 14 | PAGE 146, LINE 25 |
| PAGE 147, LINE 1 | PAGE 147, LINE 10 |
| PAGE 153, LINE 19 | PAGE 153, LINE 25 |
| PAGE 154, LINE 1 | PAGE 154, LINE 6 |
| PAGE 154, LINE 14 | PAGE 154, LINE 15 |
| PAGE 154, LINE 23 | PAGE 154, LINE 25 |
| PAGE 155, LINE 1 | PAGE 155, LINE 5 |
| PAGE 155, LINE 14 | PAGE 155, LINE 25 |
| PAGE 156, LINE 1 | PAGE 156, LINE 25 |
| PAGE 157, LINE 1 | PAGE 157, LINE 21 |
| PAGE 160, LINE 18 | PAGE 160, LINE 25 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| CYNTHIA EAKIN (09/16/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 161, LINE 1 | PAGE 161, LINE 25 |
| PAGE 162, LINE 1 | PAGE 162, LINE 15 |
| PAGE 172, LINE 1 | PAGE 172, LINE 3 |
| PAGE 172, LINE 11 | PAGE 172, LINE 23 |
| PAGE 173, LINE 3 | PAGE 173, LINE 4 |
| PAGE 173, LINE 6 | PAGE 173, LINE 18 |
| PAGE 173, LINE 22 | PAGE 173, LINE 25 |
| PAGE 174, LINE 1 | PAGE 174, LINE 11 |
| PAGE 174, LINE 20 | PAGE 174, LINE 25 |
| PAGE 175, LINE 1 | PAGE 175, LINE 25 |
| PAGE 176, LINE 1 | PAGE 176, LINE 8 |
| PAGE 179, LINE 16 | PAGE 179, LINE 25 |
| PAGE 180, LINE 1 | PAGE 180, LINE 15 |
| PAGE 181, LINE 12 | PAGE 181, LINE 19 |
| PAGE 182, LINE 5 | PAGE 182, LINE 24 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| SERGE FORTIN (10/07/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 7, LINE 19 | PAGE 7, LINE 22 |
| PAGE 8, LINE 19 | PAGE 12, LINE 15 |
| PAGE 14, LINE 21 | PAGE 16, LINE 21 |
| PAGE 16, LINE 23 | PAGE 17, LINE 5 |
| PAGE 17, LINE 6 | PAGE 17, LINE 22 |
| PAGE 17, LINE 23 | PAGE 18, LINE 3 |
| PAGE 18, LINE 4 | PAGE 19, LINE 6 |
| PAGE 19, LINE 22 | PAGE 21, LINE 8 |
| PAGE 21, LINE 9 | PAGE 22, LINE 9 |
| PAGE 22, LINE 19 | PAGE 27, LINE 2 |
| PAGE 27, LINE 4 | PAGE 28, LINE 11 |
| PAGE 28, LINE 12 | PAGE 29, LINE 25 |
| PAGE 31, LINE 8 | PAGE 31, LINE 15 |
| PAGE 31, LINE 17 | PAGE 32, LINE 18 |
| PAGE 32, LINE 19 | PAGE 33, LINE 16 |
| PAGE 33, LINE 18 | PAGE 35, LINE 3 |
| PAGE 36, LINE 22 | PAGE 39, LINE 18 |
| PAGE 39, LINE 19 | PAGE 44, LINE 25 |
| PAGE 52, LINE 17 | PAGE 55, LINE 25 |
| PAGE 57, LINE 20 | PAGE 58, LINE 22 |
| PAGE 58, LINE 23 | PAGE 60, LINE 17 |
| PAGE 60, LINE 18 | PAGE 61, LINE 16 |
| PAGE 61, LINE 17 | PAGE 63, LINE 2 |
| PAGE 63, LINE 3 | PAGE 64, LINE 10 |
| PAGE 64, LINE 12 | PAGE 65, LINE 4 |
| PAGE 65, LINE 5 | PAGE 65, LINE 21 |
| PAGE 65, LINE 23 | PAGE 67, LINE 4 |
| PAGE 67, LINE 6 | PAGE 67, LINE 8 |
| PAGE 67, LINE 9 | PAGE 69, LINE 20 |
| PAGE 69, LINE 21 | PAGE 70, LINE 2 |
| PAGE 71, LINE 9 | PAGE 72, LINE 23 |
| PAGE 73, LINE 10 | PAGE 76, LINE 25 |
| PAGE 77, LINE 13 | PAGE 79, LINE 4 |
| PAGE 79, LINE 5 | PAGE 81, LINE 15 |
| PAGE 81, LINE 24 | PAGE 82, LINE 14 |
| PAGE 82, LINE 16 | PAGE 86, LINE 9 |
| PAGE 90, LINE 17 | PAGE 95, LINE 18 |
| PAGE 95, LINE 19 | PAGE 97, LINE 13 |
| PAGE 99, LINE 17 | PAGE 100, LINE 22 |
| PAGE 101, LINE 3 | PAGE 102, LINE 2 |

**TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS**

| SERGE FORTIN (10/07/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 104, LINE 11 | PAGE 106, LINE 14 |
| PAGE 106, LINE 15 | PAGE 108, LINE 9 |
| PAGE 108, LINE 11 | PAGE 108, LINE 20 |
| PAGE 108, LINE 21 | PAGE 112, LINE 7 |
| PAGE 112, LINE 8 | PAGE 119, LINE 10 |
| PAGE 119, LINE 24 | PAGE 133, LINE 17 |
| PAGE 136, LINE 4 | PAGE 137, LINE 21 |
| PAGE 141, LINE 4 | PAGE 142, LINE 10 |
| PAGE 142, LINE 14 | PAGE 143, LINE 14 |
| PAGE 144, LINE 6 | PAGE 145, LINE 5 |
| PAGE 145, LINE 18 | PAGE 150, LINE 2 |
| PAGE 150, LINE 3 | PAGE 151, LINE 5 |
| PAGE 151, LINE 11 | PAGE 154, LINE 24 |
| PAGE 154, LINE 25 | PAGE 155, LINE 4 |
| PAGE 159, LINE 16 | PAGE 161, LINE 20 |
| PAGE 163, LINE 6 | PAGE 163, LINE 24 |
| PAGE 164, LINE 4 | PAGE 165, LINE 8 |
| PAGE 165, LINE 12 | PAGE 168, LINE 7 |
| PAGE 168, LINE 8 | PAGE 172, LINE 4 |
| PAGE 173, LINE 14 | PAGE 174, LINE 20 |
| PAGE 175, LINE 4 | PAGE 179, LINE 17 |
| PAGE 183, LINE 12 | PAGE 184, LINE 11 |
| PAGE 184, LINE 15 | PAGE 186, LINE 3 |
| PAGE 186, LINE 4 | PAGE 186, LINE 14 |
| PAGE 187, LINE 15 | PAGE 188, LINE 25 |
| PAGE 191, LINE 13 | PAGE 192, LINE 15 |
| PAGE 192, LINE 16 | PAGE 192, LINE 23 |
| PAGE 195, LINE 11 | PAGE 197, LINE 19 |
| PAGE 198, LINE 13 | PAGE 201, LINE 10 |
| PAGE 202, LINE 15 | PAGE 204, LINE 22 |
| PAGE 205, LINE 10 | PAGE 206, LINE 8 |
| PAGE 206, LINE 9 | PAGE 206, LINE 19 |
| PAGE 206, LINE 20 | PAGE 211, LINE 6 |
| PAGE 211, LINE 15 | PAGE 222, LINE 6 |
| PAGE 225, LINE 23 | PAGE 233, LINE 15 |
| PAGE 233, LINE 16 | PAGE 233, LINE 25 |
| PAGE 234, LINE 2 | PAGE 234, LINE 25 |
| PAGE 236, LINE 11 | PAGE 237, LINE 7 |
| PAGE 244, LINE 6 | PAGE 249, LINE 17 |
| PAGE 249, LINE 22 | PAGE 251, LINE 16 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| SERGE FORTIN (10/07/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 251, LINE 17 | PAGE 252, LINE 8 |
| PAGE 272, LINE 2 | PAGE 273, LINE 12 |
| PAGE 273, LINE 13 | PAGE 276, LINE 7 |
| PAGE 278, LINE 7 | PAGE 281, LINE 3 |
| PAGE 281, LINE 18 | PAGE 282, LINE 23 |
| PAGE 282, LINE 24 | PAGE 283, LINE 18 |
| PAGE 301, LINE 11 | PAGE 302, LINE 23 |
| PAGE 303, LINE 16 | PAGE 305, LINE 18 |
| PAGE 305, LINE 22 | PAGE 306, LINE 20 |
| PAGE 308, LINE 7 | PAGE 320, LINE 25 |
| PAGE 321, LINE 5 | PAGE 323, LINE 5 |
| PAGE 325, LINE 6 | PAGE 325, LINE 20 |
| PAGE 327, LINE 4 | PAGE 330, LINE 5 |
| PAGE 331, LINE 15 | PAGE 335, LINE 6 |
| PAGE 335, LINE 7 | PAGE 336, LINE 18 |
| PAGE 336, LINE 19 | PAGE 338, LINE 20 |
| PAGE 344, LINE 3 | PAGE 344, LINE 16 |
| PAGE 345, LINE 9 | PAGE 346, LINE 17 |
| PAGE 346, LINE 18 | PAGE 347, LINE 21 |

**APPENDIX 7A**

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| JOHN HONEYCUTT (07/13/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 6, LINE 19 | PAGE 7, LINE 19 |
| PAGE 8, LINE 15 | PAGE 12, LINE 23 |
| PAGE 13, LINE 18 | PAGE 13, LINE 22 |
| PAGE 15, LINE 22 | PAGE 20, LINE 9 |
| PAGE 21, LINE 8 | PAGE 23, LINE 2 |
| PAGE 27, LINE 18 | PAGE 29, LINE 12 |
| PAGE 32, LINE 6 | PAGE 35, LINE 18 |
| PAGE 37, LINE 1 | PAGE 39, LINE 16 |
| PAGE 42, LINE 24 | PAGE 43, LINE 14 |
| PAGE 46, LINE 13 | PAGE 47, LINE 15 |
| PAGE 54, LINE 7 | PAGE 55, LINE 11 |
| PAGE 57, LINE 8 | PAGE 60, LINE 4 |
| PAGE 62, LINE 23 | PAGE 63, LINE 23 |

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| PHILIPPE JACOB (CSFB) (11/04/05)) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 5, LINE 8 | PAGE 8, LINE 17 |
| PAGE 12, LINE 10 | PAGE 16, LINE 1 |
| PAGE 24, LINE 6 | PAGE 31, LINE 14 |
| PAGE 37, LINE 8 | PAGE 44, LINE 16 |
| PAGE 44, LINE 22 | PAGE 46, LINE 20 |
| PAGE 52, LINE 12 | PAGE 53, LINE 4 |
| PAGE 54, LINE 14 | PAGE 55, LINE 7 |
| PAGE 58, LINE 4 | PAGE 61, LINE 5 |
| PAGE 68, LINE 4 | PAGE 72, LINE 16 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| TERRY JARMAN (10/28/05) | |
| --- | --- |
| FROM | TO |
| PAGE 13, LINE 11 | PAGE 14, LINE 2 |
| PAGE 15, LINE 6 | PAGE 15, LINE 18 |
| PAGE 16, LINE 20 | PAGE 18, LINE 8 |
| PAGE 18, LINE 11 | PAGE 21, LINE 4 |
| PAGE 21, LINE 11 | PAGE 22, LINE 10 |
| PAGE 22, LINE 17 | PAGE 23, LINE 13 |
| PAGE 24, LINE 2 | PAGE 24, LINE 20 |
| PAGE 24, LINE 21 | PAGE 25, LINE 16 |
| PAGE 25, LINE 18 | PAGE 30, LINE 5 |
| PAGE 31, LINE 16 | PAGE 34, LINE 3 |
| PAGE 37, LINE 2 | PAGE 37, LINE 17 |
| PAGE 38, LINE 17 | PAGE 43, LINE 6 |
| PAGE 43, LINE 23 | PAGE 44, LINE 3 |
| PAGE 46, LINE 18 | PAGE 48, LINE 17 |
| PAGE 50, LINE 8 | PAGE 51, LINE 5 |
| PAGE 54, LINE 10 | PAGE 54, LINE 20 |
| PAGE 55, LINE 10 | PAGE 56, LINE 17 |
| PAGE 60, LINE 11 | PAGE 61, LINE 10 |
| PAGE 61, LINE 19 | PAGE 63, LINE 17 |
| PAGE 64, LINE 22 | PAGE 65, LINE 3 |
| PAGE 65, LINE 20 | PAGE 66, LINE 7 |
| PAGE 66, LINE 8 | PAGE 67, LINE 10 |
| PAGE 68, LINE 7 | PAGE 69, LINE 4 |
| PAGE 69, LINE 5 | PAGE 70, LINE 25 |
| PAGE 71, LINE 1 | PAGE 71, LINE 10 |
| PAGE 71, LINE 24 | PAGE 72, LINE 14 |
| PAGE 73, LINE 11 | PAGE 74, LINE 4 |
| PAGE 74, LINE 5 | PAGE 74, LINE 25 |
| PAGE 75, LINE 19 | PAGE 76, LINE 9 |
| PAGE 76, LINE 24 | PAGE 77, LINE 15 |
| PAGE 77, LINE 16 | PAGE 78, LINE 12 |
| PAGE 78, LINE 13 | PAGE 78, LINE 21 |
| PAGE 78, LINE 22 | PAGE 80, LINE 25 |
| PAGE 81, LINE 1 | PAGE 81, LINE 23 |
| PAGE 82, LINE 2 | PAGE 82, LINE 21 |
| PAGE 83, LINE 19 | PAGE 84, LINE 11 |
| PAGE 84, LINE 24 | PAGE 85, LINE 12 |
| PAGE 85, LINE 25 | PAGE 86, LINE 20 |
| PAGE 88, LINE 25 | PAGE 89, LINE 5 |
| PAGE 89, LINE 17 | PAGE 90, LINE 20 |

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| TERRY JARMAN (10/28/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 92, LINE 5 | PAGE 96, LINE 16 |
| PAGE 97, LINE 13 | PAGE 97, LINE 23 |
| PAGE 98, LINE 3 | PAGE 99, LINE 1 |
| PAGE 99, LINE 14 | PAGE 100, LINE 19 |
| PAGE 102, LINE 10 | PAGE 105, LINE 7 |
| PAGE 109, LINE 24 | PAGE 111, LINE 1 |
| PAGE 118, LINE 17 | PAGE 118, LINE 25 |
| PAGE 122, LINE 7 | PAGE 122, LINE 18 |
| PAGE 123, LINE 1 | PAGE 123, LINE 7 |
| PAGE 124, LINE 4 | PAGE 124, LINE 11 |
| PAGE 125, LINE 4 | PAGE 125, LINE 13 |
| PAGE 125, LINE 24 | PAGE 126, LINE 5 |
| PAGE 127, LINE 1 | PAGE 128, LINE 22 |
| PAGE 129, LINE 2 | PAGE 134, LINE 9 |
| PAGE 134, LINE 10 | PAGE 134, LINE 22 |
| PAGE 136, LINE 2 | PAGE 137, LINE 24 |
| PAGE 139, LINE 14 | PAGE 139, LINE 21 |
| PAGE 139, LINE 22 | PAGE 141, LINE 5 |
| PAGE 141, LINE 21 | PAGE 143, LINE 25 |
| PAGE 144, LINE 1 | PAGE 146, LINE 21 |
| PAGE 148, LINE 18 | PAGE 148, LINE 23 |
| PAGE 148, LINE 24 | PAGE 149, LINE 5 |
| PAGE 150, LINE 17 | PAGE 151, LINE 6 |
| PAGE 152, LINE 22 | PAGE 153, LINE 21 |
| PAGE 154, LINE 10 | PAGE 156, LINE 20 |
| PAGE 156, LINE 21 | PAGE 157, LINE 2 |
| PAGE 157, LINE 3 | PAGE 157, LINE 13 |
| PAGE 157, LINE 14 | PAGE 157, LINE 25 |
| PAGE 158, LINE 1 | PAGE 159, LINE 5 |
| PAGE 159, LINE 6 | PAGE 160, LINE 20 |
| PAGE 160, LINE 21 | PAGE 161, LINE 9 |
| PAGE 161, LINE 10 | PAGE 161, LINE 15 |
| PAGE 161, LINE 16 | PAGE 161, LINE 23 |
| PAGE 162, LINE 6 | PAGE 162, LINE 13 |
| PAGE 162, LINE 14 | PAGE 162, LINE 19 |
| PAGE 162, LINE 25 | PAGE 163, LINE 17 |
| PAGE 163, LINE 24 | PAGE 164, LINE 3 |
| PAGE 164, LINE 4 | PAGE 164, LINE 14 |
| PAGE 164, LINE 18 | PAGE 164, LINE 21 |
| PAGE 164, LINE 22 | PAGE 165, LINE 16 |

2