# APPENDIX 7A
# (Part 2)

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| TERRY JARMAN (10/28/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 165, LINE 21 | PAGE 166, LINE 1 |
| PAGE 166, LINE 2 | PAGE 166, LINE 15 |
| PAGE 166, LINE 16 | PAGE 166, LINE 20 |
| PAGE 166, LINE 21 | PAGE 168, LINE 18 |
| PAGE 168, LINE 19 | PAGE 169, LINE 1 |
| PAGE 169, LINE 7 | PAGE 169, LINE 16 |
| PAGE 169, LINE 17 | PAGE 170, LINE 13 |
| PAGE 170, LINE 16 | PAGE 172, LINE 19 |
| PAGE 172, LINE 22 | PAGE 173, LINE 11 |
| PAGE 175, LINE 18 | PAGE 176, LINE 24 |
| PAGE 177, LINE 10 | PAGE 179, LINE 13 |
| PAGE 180, LINE 24 | PAGE 182, LINE 20 |
| PAGE 182, LINE 21 | PAGE 183, LINE 24 |
| PAGE 183, LINE 25 | PAGE 184, LINE 7 |
| PAGE 193, LINE 2 | PAGE 193, LINE 7 |
| PAGE 193, LINE 9 | PAGE 193, LINE 24 |
| PAGE 195, LINE 17 | PAGE 196, LINE 23 |
| PAGE 197, LINE 15 | PAGE 198, LINE 4 |
| PAGE 198, LINE 5 | PAGE 199, LINE 3 |
| PAGE 199, LINE 4 | PAGE 200, LINE 7 |
| PAGE 204, LINE 7 | PAGE 209, LINE 1 |
| PAGE 217, LINE 2 | PAGE 218, LINE 12 |
| PAGE 218, LINE 13 | PAGE 219, LINE 12 |
| PAGE 222, LINE 25 | PAGE 223, LINE 7 |
| PAGE 223, LINE 10 | PAGE 224, LINE 10 |
| PAGE 224, LINE 12 | PAGE 224, LINE 14 |
| PAGE 224, LINE 15 | PAGE 225, LINE 10 |
| PAGE 225, LINE 11 | PAGE 225, LINE 21 |
| PAGE 226, LINE 7 | PAGE 229, LINE 9 |
| PAGE 229, LINE 10 | PAGE 231, LINE 17 |
| PAGE 231, LINE 18 | PAGE 235, LINE 10 |
| PAGE 235, LINE 11 | PAGE 236, LINE 1 |
| PAGE 236, LINE 12 | PAGE 236, LINE 17 |
| PAGE 238, LINE 4 | PAGE 238, LINE 21 |
| PAGE 238, LINE 22 | PAGE 239, LINE 3 |
| PAGE 239, LINE 9 | PAGE 239, LINE 24 |
| PAGE 239, LINE 25 | PAGE 240, LINE 25 |
| PAGE 241, LINE 1 | PAGE 241, LINE 22 |
| PAGE 241, LINE 23 | PAGE 242, LINE 5 |
| PAGE 244, LINE 6 | PAGE 244, LINE 18 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| TERRY JARMAN (10/28/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 246, LINE 4 | PAGE 246, LINE 11 |
| PAGE 247, LINE 20 | PAGE 248, LINE 25 |
| PAGE 250, LINE 8 | PAGE 250, LINE 25 |
| PAGE 251, LINE 1 | PAGE 252, LINE 9 |
| PAGE 252, LINE 10 | PAGE 253, LINE 9 |
| PAGE 253, LINE 10 | PAGE 253, LINE 21 |
| PAGE 253, LINE 25 | PAGE 254, LINE 4 |
| PAGE 254, LINE 22 | PAGE 255, LINE 13 |
| PAGE 255, LINE 14 | PAGE 256, LINE 4 |
| PAGE 256, LINE 5 | PAGE 256, LINE 10 |
| PAGE 256, LINE 12 | PAGE 257, LINE 4 |
| PAGE 257, LINE 5 | PAGE 258, LINE 11 |
| PAGE 259, LINE 1 | PAGE 259, LINE 16 |
| PAGE 260, LINE 2 | PAGE 260, LINE 23 |
| PAGE 261, LINE 3 | PAGE 266, LINE 21 |
| PAGE 273, LINE 7 | PAGE 275, LINE 11 |
| PAGE 275, LINE 16 | PAGE 280, LINE 10 |
| PAGE 283, LINE 8 | PAGE 284, LINE 15 |
| PAGE 290, LINE 16 | PAGE 291, LINE 13 |
| PAGE 291, LINE 14 | PAGE 292, LINE 18 |
| PAGE 292, LINE 19 | PAGE 297, LINE 25 |
| PAGE 298, LINE 3 | PAGE 298, LINE 16 |
| PAGE 298, LINE 20 | PAGE 299, LINE 24 |
| PAGE 300, LINE 6 | PAGE 301, LINE 10 |

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| JAMES KAHAN (11/03/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 12 | PAGE 6, LINE 24 |
| PAGE 7, LINE 21 | PAGE 8, LINE 22 |
| PAGE 8, LINE 25 | PAGE 13, LINE 13 |
| PAGE 13, LINE 25 | PAGE 21, LINE 9 |
| PAGE 21, LINE 17 | PAGE 28, LINE 4 |
| PAGE 36, LINE 7 | PAGE 36, LINE 22 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ELIZABETH KAVANAUGH (03/15/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 10, LINE 17 | PAGE 10, LINE 23 |
| PAGE 16, LINE 20 | PAGE 16, LINE 25 |
| PAGE 17, LINE 2 | PAGE 17, LINE 14 |
| PAGE 20, LINE 12 | PAGE 20, LINE 20 |
| PAGE 21, LINE 8 | PAGE 21, LINE 22 |
| PAGE 25, LINE 3 | PAGE 25, LINE 14 |
| PAGE 26, LINE 13 | PAGE 26, LINE 25 |
| PAGE 27, LINE 2 | PAGE 27, LINE 13 |
| PAGE 30, LINE 9 | PAGE 30, LINE 25 |
| PAGE 34, LINE 13 | PAGE 34, LINE 25 |
| PAGE 35, LINE 2 | PAGE 35, LINE 8 |
| PAGE 37, LINE 5 | PAGE 37, LINE 9 |
| PAGE 38, LINE 10 | PAGE 38, LINE 14 |
| PAGE 39, LINE 9 | PAGE 39, LINE 13 |
| PAGE 43, LINE 22 | PAGE 43, LINE 25 |
| PAGE 69, LINE 9 | PAGE 70, LINE 2 |
| PAGE 72, LINE 15 | PAGE 72, LINE 21 |
| PAGE 74, LINE 7 | PAGE 74, LINE 11 |
| PAGE 120, LINE 19 | PAGE 120, LINE 25 |
| PAGE 121, LINE 2 | PAGE 121, LINE 5 |
| PAGE 123, LINE 4 | PAGE 123, LINE 6 |
| PAGE 125, LINE 2 | PAGE 125, LINE 15 |
| PAGE 126, LINE 10 | PAGE 126, LINE 20 |
| PAGE 141, LINE 18 | PAGE 144, LINE 12 |
| PAGE 144, LINE 15 | PAGE 144, LINE 25 |
| PAGE 145, LINE 2 | PAGE 145, LINE 7 |
| PAGE 149, LINE 12 | PAGE 149, LINE 17 |
| PAGE 149, LINE 22 | PAGE 149, LINE 25 |
| PAGE 150, LINE 2 | PAGE 150, LINE 7 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| THOMAS KIERANS (09/09/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 5, LINE 1 | PAGE 9, LINE 3 |
| PAGE 9, LINE 18 | PAGE 12, LINE 10 |
| PAGE 14, LINE 1 | PAGE 14, LINE 22 |
| PAGE 15, LINE 18 | PAGE 16, LINE 8 |
| PAGE 16, LINE 9 | PAGE 16, LINE 23 |
| PAGE 17, LINE 8 | PAGE 17, LINE 15 |
| PAGE 17, LINE 16 | PAGE 18, LINE 12 |
| PAGE 20, LINE 14 | PAGE 22, LINE 19 |
| PAGE 28, LINE 25 | PAGE 30, LINE 1 |
| PAGE 30, LINE 3 | PAGE 30, LINE 13 |
| PAGE 31, LINE 1 | PAGE 31, LINE 11 |
| PAGE 31, LINE 12 | PAGE 33, LINE 22 |
| PAGE 34, LINE 4 | PAGE 37, LINE 11 |
| PAGE 38, LINE 11 | PAGE 38, LINE 22 |
| PAGE 41, LINE 6 | PAGE 44, LINE 3 |
| PAGE 44, LINE 4 | PAGE 44, LINE 19 |
| PAGE 45, LINE 12 | PAGE 46, LINE 10 |
| PAGE 50, LINE 12 | PAGE 51, LINE 23 |
| PAGE 52, LINE 10 | PAGE 54, LINE 16 |
| PAGE 55, LINE 10 | PAGE 55, LINE 22 |
| PAGE 56, LINE 25 | PAGE 58, LINE 11 |
| PAGE 64, LINE 15 | PAGE 65, LINE 9 |
| PAGE 65, LINE 10 | PAGE 68, LINE 8 |
| PAGE 68, LINE 9 | PAGE 73, LINE 16 |
| PAGE 75, LINE 12 | PAGE 76, LINE 10 |
| PAGE 76, LINE 13 | PAGE 76, LINE 25 |
| PAGE 77, LINE 8 | PAGE 79, LINE 4 |
| PAGE 82, LINE 24 | PAGE 87, LINE 7 |
| PAGE 87, LINE 8 | PAGE 88, LINE 15 |
| PAGE 88, LINE 16 | PAGE 91, LINE 12 |
| PAGE 93, LINE 12 | PAGE 94, LINE 1 |
| PAGE 94, LINE 13 | PAGE 95, LINE 17 |
| PAGE 95, LINE 18 | PAGE 96, LINE 14 |
| PAGE 96, LINE 14 | PAGE 98, LINE 13 |
| PAGE 99, LINE 3 | PAGE 99, LINE 16 |
| PAGE 101, LINE 8 | PAGE 102, LINE 1 |
| PAGE 103, LINE 5 | PAGE 106, LINE 1 |
| PAGE 108, LINE 9 | PAGE 110, LINE 23 |
| PAGE 111, LINE 24 | PAGE 113, LINE 15 |
| PAGE 113, LINE 16 | PAGE 114, LINE 7 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| THOMAS KIERANS (09/09/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 114, LINE 23 | PAGE 114, LINE 24 |
| PAGE 115, LINE 11 | PAGE 116, LINE 19 |
| PAGE 116, LINE 20 | PAGE 117, LINE 18 |
| PAGE 118, LINE 12 | PAGE 121, LINE 5 |
| PAGE 121, LINE 21 | PAGE 122, LINE 16 |
| PAGE 122, LINE 17 | PAGE 124, LINE 15 |
| PAGE 124, LINE 16 | PAGE 126, LINE 6 |
| PAGE 126, LINE 7 | PAGE 127, LINE 18 |
| PAGE 127, LINE 19 | PAGE 128, LINE 19 |
| PAGE 128, LINE 20 | PAGE 129, LINE 8 |
| PAGE 129, LINE 9 | PAGE 130, LINE 19 |
| PAGE 130, LINE 20 | PAGE 131, LINE 4 |
| PAGE 131, LINE 5 | PAGE 131, LINE 19 |
| PAGE 131, LINE 20 | PAGE 132, LINE 25 |
| PAGE 133, LINE 1 | PAGE 135, LINE 3 |
| PAGE 135, LINE 4 | PAGE 136, LINE 14 |
| PAGE 136, LINE 15 | PAGE 137, LINE 5 |
| PAGE 137, LINE 6 | PAGE 137, LINE 22 |
| PAGE 138, LINE 7 | PAGE 139, LINE 18 |
| PAGE 140, LINE 2 | PAGE 141, LINE 16 |
| PAGE 144, LINE 15 | PAGE 144, LINE 19 |
| PAGE 145, LINE 9 | PAGE 147, LINE 4 |
| PAGE 148, LINE 8 | PAGE 151, LINE 13 |
| PAGE 151, LINE 24 | PAGE 153, LINE 18 |
| PAGE 153, LINE 19 | PAGE 156, LINE 25 |
| PAGE 157, LINE 1 | PAGE 157, LINE 4 |
| PAGE 157, LINE 16 | PAGE 158, LINE 14 |
| PAGE 160, LINE 11 | PAGE 163, LINE 7 |
| PAGE 163, LINE 8 | PAGE 164, LINE 2 |
| PAGE 164, LINE 23 | PAGE 165, LINE 15 |
| PAGE 169, LINE 2 | PAGE 169, LINE 22 |
| PAGE 169, LINE 23 | PAGE 171, LINE 13 |
| PAGE 171, LINE 14 | PAGE 172, LINE 4 |
| PAGE 172, LINE 8 | PAGE 172, LINE 18 |
| PAGE 172, LINE 19 | PAGE 174, LINE 2 |
| PAGE 174, LINE 3 | PAGE 175, LINE 8 |
| PAGE 175, LINE 9 | PAGE 177, LINE 2 |
| PAGE 177, LINE 3 | PAGE 186, LINE 17 |
| PAGE 186, LINE 18 | PAGE 193, LINE 20 |
| PAGE 193, LINE 21 | PAGE 194, LINE 14 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| THOMAS KIERANS (09/09/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 194, LINE 15 | PAGE 194, LINE 21 |
| PAGE 196, LINE 7 | PAGE 200, LINE 5 |
| PAGE 200, LINE 6 | PAGE 201, LINE 14 |
| PAGE 203, LINE 7 | PAGE 203, LINE 22 |
| PAGE 210, LINE 13 | PAGE 211, LINE 18 |
| PAGE 211, LINE 19 | PAGE 212, LINE 16 |
| PAGE 217, LINE 16 | PAGE 218, LINE 7 |
| PAGE 219, LINE 22 | PAGE 221, LINE 9 |
| PAGE 221, LINE 14 | PAGE 222, LINE 18 |
| PAGE 223, LINE 6 | PAGE 223, LINE 13 |
| PAGE 225, LINE 7 | PAGE 228, LINE 11 |
| PAGE 228, LINE 12 | PAGE 228, LINE 21 |
| PAGE 231, LINE 4 | PAGE 234, LINE 25 |
| PAGE 249, LINE 18 | PAGE 251, LINE 11 |
| PAGE 251, LINE 20 | PAGE 251, LINE 25 |
| PAGE 252, LINE 17 | PAGE 252, LINE 19 |
| PAGE 252, LINE 20 | PAGE 253, LINE 25 |
| PAGE 260, LINE 4 | PAGE 261, LINE 20 |

3

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHELE LALANDE (08/03/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 4, LINE 18 | PAGE 5, LINE 25 |
| PAGE 6, LINE 1 | PAGE 8, LINE 25 |
| PAGE 9, LINE 20 | PAGE 10, LINE 6 |
| PAGE 11, LINE 4 | PAGE 11, LINE 25 |
| PAGE 12, LINE 5 | PAGE 13, LINE 12 |
| PAGE 18, LINE 2 | PAGE 18, LINE 25 |
| PAGE 31, LINE 21 | PAGE 32, LINE 20 |
| PAGE 39, LINE 6 | PAGE 41, LINE 23 |
| PAGE 42, LINE 13 | PAGE 46, LINE 15 |
| PAGE 49, LINE 8 | PAGE 51, LINE 5 |
| PAGE 54, LINE 24 | PAGE 57, LINE 8 |
| PAGE 57, LINE 9 | PAGE 59, LINE 20 |
| PAGE 60, LINE 7 | PAGE 60, LINE 21 |
| PAGE 61, LINE 13 | PAGE 65, LINE 5 |
| PAGE 66, LINE 25 | PAGE 68, LINE 11 |
| PAGE 74, LINE 13 | PAGE 74, LINE 24 |
| PAGE 75, LINE 11 | PAGE 76, LINE 22 |
| PAGE 82, LINE 20 | PAGE 83, LINE 14 |
| PAGE 83, LINE 22 | PAGE 84, LINE 12 |
| PAGE 84, LINE 23 | PAGE 85, LINE 10 |
| PAGE 86, LINE 19 | PAGE 87, LINE 22 |
| PAGE 89, LINE 24 | PAGE 90, LINE 22 |
| PAGE 94, LINE 1 | PAGE 95, LINE 4 |
| PAGE 98, LINE 19 | PAGE 100, LINE 7 |
| PAGE 100, LINE 11 | PAGE 102, LINE 25 |
| PAGE 103, LINE 2 | PAGE 107, LINE 3 |
| PAGE 111, LINE 19 | PAGE 112, LINE 5 |
| PAGE 113, LINE 8 | PAGE 114, LINE 12 |
| PAGE 114, LINE 13 | PAGE 116, LINE 12 |
| PAGE 116, LINE 13 | PAGE 116, LINE 24 |
| PAGE 118, LINE 15 | PAGE 125, LINE 5 |
| PAGE 125, LINE 6 | PAGE 128, LINE 7 |
| PAGE 128, LINE 8 | PAGE 130, LINE 12 |
| PAGE 134, LINE 12 | PAGE 138, LINE 2 |
| PAGE 140, LINE 16 | PAGE 141, LINE 21 |
| PAGE 141, LINE 22 | PAGE 144, LINE 7 |
| PAGE 147, LINE 9 | PAGE 148, LINE 7 |
| PAGE 150, LINE 12 | PAGE 150, LINE 15 |
| PAGE 150, LINE 16 | PAGE 151, LINE 12 |
| PAGE 151, LINE 25 | PAGE 152, LINE 21 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHELE LALANDE (08/03/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 153, LINE 5 | PAGE 155, LINE 4 |
| PAGE 155, LINE 5 | PAGE 160, LINE 17 |
| PAGE 163, LINE 12 | PAGE 164, LINE 15 |
| PAGE 165, LINE 3 | PAGE 166, LINE 3 |
| PAGE 166, LINE 12 | PAGE 166, LINE 19 |
| PAGE 170, LINE 11 | PAGE 172, LINE 14 |
| PAGE 172, LINE 15 | PAGE 174, LINE 21 |
| PAGE 175, LINE 22 | PAGE 176, LINE 13 |
| PAGE 179, LINE 12 | PAGE 180, LINE 3 |
| PAGE 180, LINE 14 | PAGE 182, LINE 10 |
| PAGE 182, LINE 22 | PAGE 183, LINE 25 |
| PAGE 184, LINE 1 | PAGE 186, LINE 20 |
| PAGE 186, LINE 21 | PAGE 187, LINE 13 |
| PAGE 187, LINE 14 | PAGE 188, LINE 3 |
| PAGE 191, LINE 15 | PAGE 194, LINE 4 |
| PAGE 194, LINE 5 | PAGE 195, LINE 11 |
| PAGE 196, LINE 15 | PAGE 198, LINE 8 |
| PAGE 201, LINE 17 | PAGE 204, LINE 5 |
| PAGE 204, LINE 6 | PAGE 207, LINE 21 |
| PAGE 211, LINE 3 | PAGE 213, LINE 3 |
| PAGE 213, LINE 4 | PAGE 214, LINE 6 |
| PAGE 214, LINE 7 | PAGE 215, LINE 16 |
| PAGE 218, LINE 5 | PAGE 219, LINE 23 |
| PAGE 219, LINE 24 | PAGE 220, LINE 23 |
| PAGE 221, LINE 8 | PAGE 221, LINE 21 |
| PAGE 222, LINE 12 | PAGE 222, LINE 19 |
| PAGE 223, LINE 19 | PAGE 226, LINE 14 |
| PAGE 227, LINE 22 | PAGE 228, LINE 8 |
| PAGE 228, LINE 15 | PAGE 228, LINE 25 |
| PAGE 230, LINE 13 | PAGE 230, LINE 20 |
| PAGE 236, LINE 5 | PAGE 238, LINE 23 |
| PAGE 241, LINE 12 | PAGE 243, LINE 3 |
| PAGE 243, LINE 6 | PAGE 245, LINE 5 |
| PAGE 245, LINE 24 | PAGE 247, LINE 8 |
| PAGE 248, LINE 13 | PAGE 249, LINE 9 |
| PAGE 249, LINE 19 | PAGE 255, LINE 8 |
| PAGE 256, LINE 23 | PAGE 257, LINE 24 |
| PAGE 258, LINE 17 | PAGE 261, LINE 21 |
| PAGE 261, LINE 22 | PAGE 262, LINE 20 |
| PAGE 264, LINE 18 | PAGE 265, LINE 11 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHELE LALANDE (08/03/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 265, LINE 25 | PAGE 266, LINE 23 |
| PAGE 266, LINE 24 | PAGE 267, LINE 5 |
| PAGE 267, LINE 13 | PAGE 267, LINE 19 |
| PAGE 272, LINE 8 | PAGE 272, LINE 17 |
| PAGE 278, LINE 4 | PAGE 278, LINE 12 |
| PAGE 283, LINE 14 | PAGE 284, LINE 14 |
| PAGE 288, LINE 13 | PAGE 292, LINE 2 |
| PAGE 293, LINE 19 | PAGE 296, LINE 22 |
| PAGE 302, LINE 23 | PAGE 303, LINE 25 |
| PAGE 304, LINE 1 | PAGE 306, LINE 2 |
| PAGE 306, LINE 7 | PAGE 310, LINE 19 |

3

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHELE LALANDE (08/04/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 320, LINE 24 | PAGE 321, LINE 15 |
| PAGE 322, LINE 5 | PAGE 324, LINE 22 |
| PAGE 325, LINE 14 | PAGE 329, LINE 7 |
| PAGE 329, LINE 8 | PAGE 330, LINE 17 |
| PAGE 330, LINE 18 | PAGE 331, LINE 25 |
| PAGE 332, LINE 17 | PAGE 334, LINE 23 |
| PAGE 335, LINE 3 | PAGE 337, LINE 14 |
| PAGE 340, LINE 24 | PAGE 342, LINE 3 |
| PAGE 345, LINE 25 | PAGE 347, LINE 9 |
| PAGE 347, LINE 19 | PAGE 351, LINE 11 |
| PAGE 354, LINE 8 | PAGE 354, LINE 17 |
| PAGE 354, LINE 18 | PAGE 355, LINE 5 |
| PAGE 356, LINE 24 | PAGE 360, LINE 10 |
| PAGE 363, LINE 21 | PAGE 365, LINE 15 |
| PAGE 366, LINE 21 | PAGE 367, LINE 12 |
| PAGE 368, LINE 2 | PAGE 368, LINE 4 |
| PAGE 370, LINE 22 | PAGE 373, LINE 5 |
| PAGE 377, LINE 4 | PAGE 383, LINE 19 |
| PAGE 385, LINE 3 | PAGE 385, LINE 9 |
| PAGE 389, LINE 14 | PAGE 390, LINE 10 |
| PAGE 391, LINE 14 | PAGE 393, LINE 4 |
| PAGE 393, LINE 5 | PAGE 395, LINE 16 |
| PAGE 396, LINE 9 | PAGE 397, LINE 15 |
| PAGE 401, LINE 18 | PAGE 404, LINE 9 |
| PAGE 404, LINE 10 | PAGE 405, LINE 13 |
| PAGE 410, LINE 19 | PAGE 412, LINE 8 |
| PAGE 414, LINE 14 | PAGE 416, LINE 13 |
| PAGE 417, LINE 9 | PAGE 427, LINE 3 |
| PAGE 429, LINE 12 | PAGE 432, LINE 15 |
| PAGE 436, LINE 24 | PAGE 437, LINE 9 |
| PAGE 438, LINE 12 | PAGE 440, LINE 18 |
| PAGE 440, LINE 19 | PAGE 442, LINE 23 |
| PAGE 443, LINE 15 | PAGE 445, LINE 23 |
| PAGE 445, LINE 24 | PAGE 447, LINE 25 |
| PAGE 448, LINE 2 | PAGE 448, LINE 23 |
| PAGE 449, LINE 24 | PAGE 450, LINE 17 |
| PAGE 451, LINE 17 | PAGE 453, LINE 9 |
| PAGE 457, LINE 9 | PAGE 459, LINE 4 |
| PAGE 460, LINE 2 | PAGE 461, LINE 24 |
| PAGE 461, LINE 25 | PAGE 463, LINE 5 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MICHELE LALANDE (08/04/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 471, LINE 10 | PAGE 473, LINE 9 |
| PAGE 479, LINE 18 | PAGE 483, LINE 12 |
| PAGE 483, LINE 16 | PAGE 484, LINE 12 |
| PAGE 484, LINE 13 | PAGE 485, LINE 12 |
| PAGE 487, LINE 5 | PAGE 487, LINE 12 |
| PAGE 490, LINE 21 | PAGE 492, LINE 6 |
| PAGE 492, LINE 14 | PAGE 493, LINE 11 |
| PAGE 493, LINE 18 | PAGE 493, LINE 25 |
| PAGE 494, LINE 15 | PAGE 494, LINE 21 |
| PAGE 494, LINE 22 | PAGE 496, LINE 10 |
| PAGE 496, LINE 13 | PAGE 498, LINE 13 |
| PAGE 498, LINE 14 | PAGE 501, LINE 22 |
| PAGE 502, LINE 9 | PAGE 503, LINE 2 |
| PAGE 503, LINE 3 | PAGE 506, LINE 24 |
| PAGE 507, LINE 20 | PAGE 508, LINE 22 |
| PAGE 509, LINE 10 | PAGE 509, LINE 25 |
| PAGE 512, LINE 19 | PAGE 514, LINE 3 |
| PAGE 516, LINE 4 | PAGE 518, LINE 18 |
| PAGE 520, LINE 4 | PAGE 520, LINE 25 |
| PAGE 546, LINE 23 | PAGE 550, LINE 4 |
| PAGE 555, LINE 9 | PAGE 556, LINE 20 |
| PAGE 563, LINE 24 | PAGE 570, LINE 12 |
| PAGE 573, LINE 13 | PAGE 574, LINE 9 |
| PAGE 583, LINE 18 | PAGE 585, LINE 21 |
| PAGE 586, LINE 10 | PAGE 593, LINE 19 |
| PAGE 597, LINE 7 | PAGE 599, LINE 11 |
| PAGE 600, LINE 18 | PAGE 602, LINE 5 |
| PAGE 602, LINE 21 | PAGE 605, LINE 2 |
| PAGE 607, LINE 12 | PAGE 607, LINE 15 |
| PAGE 611, LINE 17 | PAGE 615, LINE 17 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ANDRE LeBLANC (10/19/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 77, LINE 13 | PAGE 77, LINE 16 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| BERNARD LeDUC (08/30/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 63, LINE 19 | PAGE 63, LINE 25 |
| PAGE 64, LINE 2 | PAGE 64, LINE 12 |
| PAGE 64, LINE 17 | PAGE 64, LINE 21 |
| PAGE 65, LINE 22 | PAGE 65, LINE 25 |
| PAGE 66, LINE 2 | PAGE 66, LINE 3 |
| PAGE 128, LINE 15 | PAGE 129, LINE 2 |
| PAGE 132, LINE 14 | PAGE 132, LINE 25 |
| PAGE 133, LINE 2 | PAGE 133, LINE 9 |
| PAGE 146, LINE 2 | PAGE 146, LINE 16 |
| PAGE 161, LINE 24 | PAGE 161, LINE 25 |
| PAGE 162, LINE 2 | PAGE 162, LINE 9 |
| PAGE 162, LINE 23 | PAGE 162, LINE 25 |
| PAGE 163, LINE 2 | PAGE 163, LINE 5 |
| PAGE 172, LINE 5 | PAGE 172, LINE 16 |
| PAGE 213, LINE 8 | PAGE 213, LINE 19 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PIERRE LESSARD (06/17/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 17 | PAGE 6, LINE 7 |
| PAGE 13, LINE 5 | PAGE 13, LINE 22 |
| PAGE 16, LINE 21 | PAGE 21, LINE 4 |
| PAGE 22, LINE 14 | PAGE 23, LINE 13 |
| PAGE 25, LINE 17 | PAGE 26, LINE 21 |
| PAGE 30, LINE 6 | PAGE 32, LINE 16 |
| PAGE 33, LINE 2 | PAGE 33, LINE 7 |
| PAGE 34, LINE 14 | PAGE 35, LINE 24 |
| PAGE 36, LINE 13 | PAGE 36, LINE 25 |
| PAGE 38, LINE 2 | PAGE 39, LINE 25 |
| PAGE 41, LINE 12 | PAGE 43, LINE 24 |
| PAGE 44, LINE 7 | PAGE 45, LINE 22 |
| PAGE 46, LINE 10 | PAGE 47, LINE 15 |
| PAGE 47, LINE 24 | PAGE 50, LINE 21 |
| PAGE 51, LINE 3 | PAGE 55, LINE 5 |
| PAGE 55, LINE 8 | PAGE 56, LINE 5 |
| PAGE 57, LINE 17 | PAGE 58, LINE 10 |
| PAGE 58, LINE 12 | PAGE 61, LINE 19 |
| PAGE 62, LINE 22 | PAGE 62, LINE 25 |
| PAGE 63, LINE 3 | PAGE 66, LINE 5 |
| PAGE 66, LINE 7 | PAGE 69, LINE 22 |
| PAGE 69, LINE 24 | PAGE 70, LINE 3 |
| PAGE 70, LINE 11 | PAGE 75, LINE 12 |
| PAGE 77, LINE 12 | PAGE 77, LINE 15 |
| PAGE 77, LINE 17 | PAGE 77, LINE 20 |
| PAGE 78, LINE 9 | PAGE 78, LINE 13 |
| PAGE 81, LINE 5 | PAGE 82, LINE 11 |
| PAGE 84, LINE 4 | PAGE 86, LINE 22 |
| PAGE 87, LINE 8 | PAGE 88, LINE 15 |
| PAGE 89, LINE 23 | PAGE 93, LINE 19 |
| PAGE 94, LINE 25 | PAGE 101, LINE 10 |
| PAGE 101, LINE 20 | PAGE 102, LINE 11 |
| PAGE 102, LINE 16 | PAGE 103, LINE 2 |
| PAGE 103, LINE 4 | PAGE 103, LINE 5 |
| PAGE 104, LINE 9 | PAGE 106, LINE 14 |
| PAGE 109, LINE 17 | PAGE 120, LINE 9 |
| PAGE 120, LINE 11 | PAGE 122, LINE 24 |
| PAGE 123, LINE 2 | PAGE 125, LINE 3 |
| PAGE 126, LINE 25 | PAGE 127, LINE 11 |
| PAGE 128, LINE 25 | PAGE 131, LINE 19 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PIERRE LESSARD (06/17/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 136, LINE 10 | PAGE 139, LINE 6 |
| PAGE 139, LINE 20 | PAGE 142, LINE 21 |
| PAGE 143, LINE 19 | PAGE 145, LINE 5 |
| PAGE 145, LINE 7 | PAGE 146, LINE 8 |
| PAGE 146, LINE 10 | PAGE 148, LINE 20 |
| PAGE 149, LINE 17 | PAGE 151, LINE 6 |
| PAGE 158, LINE 5 | PAGE 158, LINE 11 |
| PAGE 158, LINE 13 | PAGE 158, LINE 24 |
| PAGE 159, LINE 9 | PAGE 160, LINE 14 |
| PAGE 160, LINE 16 | PAGE 161, LINE 6 |
| PAGE 162, LINE 10 | PAGE 163, LINE 18 |
| PAGE 168, LINE 10 | PAGE 169, LINE 11 |
| PAGE 172, LINE 18 | PAGE 173, LINE 24 |
| PAGE 176, LINE 18 | PAGE 177, LINE 24 |
| PAGE 178, LINE 23 | PAGE 178, LINE 25 |
| PAGE 179, LINE 3 | PAGE 179, LINE 5 |
| PAGE 179, LINE 14 | PAGE 179, LINE 25 |
| PAGE 183, LINE 7 | PAGE 183, LINE 12 |
| PAGE 184, LINE 2 | PAGE 184, LINE 24 |
| PAGE 185, LINE 12 | PAGE 185, LINE 25 |
| PAGE 186, LINE 3 | PAGE 186, LINE 7 |
| PAGE 188, LINE 2 | PAGE 188, LINE 21 |
| PAGE 189, LINE 12 | PAGE 189, LINE 13 |
| PAGE 189, LINE 15 | PAGE 189, LINE 18 |
| PAGE 191, LINE 25 | PAGE 192, LINE 17 |
| PAGE 194, LINE 9 | PAGE 195, LINE 4 |
| PAGE 210, LINE 21 | PAGE 213, LINE 2 |
| PAGE 213, LINE 17 | PAGE 213, LINE 24 |
| PAGE 214, LINE 15 | PAGE 215, LINE 21 |
| PAGE 215, LINE 23 | PAGE 221, LINE 9 |
| PAGE 221, LINE 13 | PAGE 222, LINE 12 |
| PAGE 223, LINE 4 | PAGE 228, LINE 5 |
| PAGE 228, LINE 22 | PAGE 231, LINE 5 |
| PAGE 232, LINE 6 | PAGE 233, LINE 15 |
| PAGE 233, LINE 25 | PAGE 236, LINE 17 |
| PAGE 237, LINE 25 | PAGE 239, LINE 10 |
| PAGE 243, LINE 11 | PAGE 245, LINE 5 |
| PAGE 245, LINE 7 | PAGE 246, LINE 5 |
| PAGE 246, LINE 8 | PAGE 246, LINE 12 |
| PAGE 246, LINE 24 | PAGE 248, LINE 11 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PIERRE LESSARD (06/17/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 248, LINE 13 | PAGE 249, LINE 20 |
| PAGE 249, LINE 25 | PAGE 251, LINE 12 |
| PAGE 251, LINE 14 | PAGE 251, LINE 15 |
| PAGE 251, LINE 17 | PAGE 253, LINE 12 |
| PAGE 255, LINE 25 | PAGE 256, LINE 19 |
| PAGE 256, LINE 21 | PAGE 257, LINE 2 |
| PAGE 257, LINE 4 | PAGE 257, LINE 16 |
| PAGE 257, LINE 22 | PAGE 259, LINE 24 |
| PAGE 260, LINE 2 | PAGE 270, LINE 14 |
| PAGE 271, LINE 2 | PAGE 273, LINE 2 |
| PAGE 274, LINE 9 | PAGE 275, LINE 10 |
| PAGE 276, LINE 16 | PAGE 277, LINE 25 |
| PAGE 279, LINE 13 | PAGE 280, LINE 16 |
| PAGE 280, LINE 24 | PAGE 286, LINE 6 |
| PAGE 286, LINE 17 | PAGE 292, LINE 21 |
| PAGE 292, LINE 25 | PAGE 293, LINE 23 |
| PAGE 293, LINE 25 | PAGE 294, LINE 5 |
| PAGE 294, LINE 7 | PAGE 311, LINE 18 |

3

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MONICA LEWIS (11/11/05) | |
|---|---|
| FROM | TO |
| PAGE 8, LINE 23 | PAGE 10, LINE 24 |
| PAGE 24, LINE 6 | PAGE 25, LINE 23 |
| PAGE 27, LINE 23 | PAGE 28, LINE 10 |
| PAGE 44, LINE 7 | PAGE 44, LINE 19 |
| PAGE 70, LINE 6 | PAGE 70, LINE 19 |
| PAGE 75, LINE 15 | PAGE 76, LINE 17 |
| PAGE 89, LINE 21 | PAGE 97, LINE 7 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JIM MILLSTEIN (01/25/06) ||
|---|---|
| **FROM** | **TO** |
| PAGE 7, LINE 16 | PAGE 8, LINE 8 |
| PAGE 11, LINE 13 | PAGE 12, LINE 9 |
| PAGE 12, LINE 22 | PAGE 14, LINE 2 |
| PAGE 15, LINE 3 | PAGE 15, LINE 11 |
| PAGE 25, LINE 12 | PAGE 27, LINE 20 |
| PAGE 27, LINE 21 | PAGE 30, LINE 10 |
| PAGE 43, LINE 10 | PAGE 47, LINE 12 |
| PAGE 50, LINE 21 | PAGE 51, LINE 12 |
| PAGE 56, LINE 25 | PAGE 58, LINE 20 |
| PAGE 60, LINE 3 | PAGE 60, LINE 10 |
| PAGE 74, LINE 23 | PAGE 75, LINE 16 |
| PAGE 83, LINE 5 | PAGE 83, LINE 17 |
| PAGE 85, LINE 16 | PAGE 85, LINE 23 |
| PAGE 86, LINE 2 | PAGE 87, LINE 19 |
| PAGE 87, LINE 21 | PAGE 91, LINE 25 |
| PAGE 92, LINE 13 | PAGE 95, LINE 16 |
| PAGE 96, LINE 20 | PAGE 98, LINE 4 |
| PAGE 99, LINE 20 | PAGE 103, LINE 12 |
| PAGE 103, LINE 13 | PAGE 104, LINE 21 |
| PAGE 108, LINE 7 | PAGE 108, LINE 25 |
| PAGE 109, LINE 2 | PAGE 110, LINE 23 |
| PAGE 114, LINE 13 | PAGE 114, LINE 19 |
| PAGE 117, LINE 7 | PAGE 119, LINE 6 |
| PAGE 119, LINE 7 | PAGE 125, LINE 2 |
| PAGE 126, LINE 16 | PAGE 128, LINE 11 |
| PAGE 128, LINE 12 | PAGE 129, LINE 24 |
| PAGE 130, LINE 21 | PAGE 132, LINE 18 |
| PAGE 137, LINE 2 | PAGE 151, LINE 10 |
| PAGE 151, LINE 11 | PAGE 155, LINE 19 |
| PAGE 161, LINE 12 | PAGE 162, LINE 9 |
| PAGE 166, LINE 12 | PAGE 167, LINE 7 |
| PAGE 168, LINE 9 | PAGE 171, LINE 25 |
| PAGE 172, LINE 2 | PAGE 174, LINE 25 |
| PAGE 175, LINE 2 | PAGE 176, LINE 19 |
| PAGE 176, LINE 20 | PAGE 178, LINE 25 |
| PAGE 179, LINE 2 | PAGE 180, LINE 10 |
| PAGE 183, LINE 19 | PAGE 192, LINE 11 |
| PAGE 200, LINE 2 | PAGE 203, LINE 4 |
| PAGE 203, LINE 5 | PAGE 204, LINE 10 |
| PAGE 213, LINE 5 | PAGE 214, LINE 20 |

APPENDIX 7A

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| JIM MILLSTEIN (01/25/06) | |
|---|---|
| **FROM** | **TO** |
| PAGE 215, LINE 20 | PAGE 216, LINE 4 |
| PAGE 216, LINE 5 | PAGE 216, LINE 25 |
| PAGE 217, LINE 1 | PAGE 219, LINE 2 |
| PAGE 220, LINE 13 | PAGE 220, LINE 23 |
| PAGE 220, LINE 24 | PAGE 221, LINE 3 |

2

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (R. 2004) (04/27/04) | |
|---|---|
| **FROM** | **TO** |
| PAGE 6, LINE 21 | PAGE 7, LINE 4 |
| PAGE 8, LINE 7 | PAGE 8, LINE 10 |
| PAGE 8, LINE 16 | PAGE 10, LINE 15 |
| PAGE 14, LINE 14 | PAGE 19, LINE 3 |
| PAGE 20, LINE 4 | PAGE 22, LINE 3 |
| PAGE 28, LINE 23 | PAGE 29, LINE 2 |
| PAGE 29, LINE 12 | PAGE 29, LINE 16 |
| PAGE 29, LINE 20 | PAGE 30, LINE 7 |
| PAGE 32, LINE 7 | PAGE 34, LINE 13 |
| PAGE 37, LINE 18 | PAGE 38, LINE 2 |
| PAGE 38, LINE 11 | PAGE 38, LINE 18 |
| PAGE 41, LINE 23 | PAGE 43, LINE 19 |
| PAGE 44, LINE 11 | PAGE 44, LINE 18 |
| PAGE 54, LINE 1 | PAGE 55, LINE 5 |
| PAGE 55, LINE 23 | PAGE 56, LINE 4 |
| PAGE 56, LINE 11 | PAGE 56, LINE 18 |
| PAGE 57, LINE 11 | PAGE 59, LINE 7 |
| PAGE 59, LINE 20 | PAGE 60, LINE 7 |
| PAGE 66, LINE 20 | PAGE 66, LINE 25 |
| PAGE 68, LINE 9 | PAGE 68, LINE 19 |
| PAGE 74, LINE 12 | PAGE 74, LINE 21 |
| PAGE 78, LINE 13 | PAGE 79, LINE 7 |
| PAGE 79, LINE 14 | PAGE 79, LINE 19 |
| PAGE 80, LINE 17 | PAGE 82, LINE 19 |
| PAGE 84, LINE 9 | PAGE 85, LINE 8 |
| PAGE 88, LINE 1 | PAGE 89, LINE 7 |
| PAGE 91, LINE 19 | PAGE 92, LINE 3 |
| PAGE 92, LINE 15 | PAGE 92, LINE 24 |
| PAGE 93, LINE 4 | PAGE 94, LINE 7 |
| PAGE 94, LINE 19 | PAGE 94, LINE 24 |
| PAGE 95, LINE 11 | PAGE 96, LINE 23 |
| PAGE 97, LINE 23 | PAGE 98, LINE 3 |
| PAGE 98, LINE 10 | PAGE 99, LINE 4 |
| PAGE 100, LINE 6 | PAGE 100, LINE 21 |
| PAGE 102, LINE 10 | PAGE 103, LINE 2 |
| PAGE 103, LINE 11 | PAGE 104, LINE 18 |
| PAGE 105, LINE 8 | PAGE 105, LINE 17 |
| PAGE 106, LINE 21 | PAGE 107, LINE 9 |
| PAGE 108, LINE 7 | PAGE 109, LINE 11 |
| PAGE 110, LINE 2 | PAGE 111, LINE 3 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (R. 2004) (04/27/04) ||
| --- | --- |
| **FROM** | **TO** |
| PAGE 112, LINE 9 | PAGE 112, LINE 20 |
| PAGE 113, LINE 1 | PAGE 113, LINE 11 |
| PAGE 114, LINE 10 | PAGE 115, LINE 23 |
| PAGE 118, LINE 8 | PAGE 118, LINE 23 |
| PAGE 119, LINE 13 | PAGE 119, LINE 17 |
| PAGE 120, LINE 1 | PAGE 120, LINE 22 |
| PAGE 122, LINE 4 | PAGE 122, LINE 25 |
| PAGE 124, LINE 23 | PAGE 126, LINE 5 |
| PAGE 132, LINE 24 | PAGE 133, LINE 17 |
| PAGE 135, LINE 10 | PAGE 135, LINE 25 |
| PAGE 136, LINE 4 | PAGE 137, LINE 21 |
| PAGE 138, LINE 24 | PAGE 139, LINE 9 |
| PAGE 140, LINE 1 | PAGE 140, LINE 6 |
| PAGE 140, LINE 19 | PAGE 141, LINE 13 |
| PAGE 141, LINE 19 | PAGE 141, LINE 20 |
| PAGE 142, LINE 11 | PAGE 142, LINE 14 |
| PAGE 143, LINE 6 | PAGE 143, LINE 21 |
| PAGE 144, LINE 1 | PAGE 144, LINE 13 |
| PAGE 144, LINE 19 | PAGE 145, LINE 1 |
| PAGE 146, LINE 14 | PAGE 147, LINE 14 |
| PAGE 147, LINE 25 | PAGE 150, LINE 18 |
| PAGE 161, LINE 23 | PAGE 162, LINE 14 |
| PAGE 166, LINE 17 | PAGE 168, LINE 12 |
| PAGE 169, LINE 7 | PAGE 169, LINE 14 |
| PAGE 173, LINE 1 | PAGE 174, LINE 18 |
| PAGE 176, LINE 4 | PAGE 176, LINE 23 |
| PAGE 178, LINE 22 | PAGE 182, LINE 10 |
| PAGE 183, LINE 23 | PAGE 184, LINE 21 |
| PAGE 191, LINE 14 | PAGE 196, LINE 25 |
| PAGE 197, LINE 12 | PAGE 200, LINE 5 |
| PAGE 200, LINE 24 | PAGE 201, LINE 17 |
| PAGE 203, LINE 22 | PAGE 204, LINE 20 |
| PAGE 208, LINE 3 | PAGE 209, LINE 20 |
| PAGE 210, LINE 14 | PAGE 210, LINE 18 |
| PAGE 212, LINE 14 | PAGE 213, LINE 8 |
| PAGE 213, LINE 21 | PAGE 215, LINE 4 |
| PAGE 217, LINE 4 | PAGE 217, LINE 25 |
| PAGE 220, LINE 23 | PAGE 221, LINE 14 |
| PAGE 222, LINE 5 | PAGE 223, LINE 24 |
| PAGE 226, LINE 17 | PAGE 230, LINE 25 |

RLF1-3017389-1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (R. 2004) (04/27/04) | |
|---|---|
| **FROM** | **TO** |
| PAGE 231, LINE 8 | PAGE 231, LINE 15 |
| PAGE 231, LINE 23 | PAGE 234, LINE 6 |
| PAGE 236, LINE 24 | PAGE 237, LINE 5 |
| PAGE 238, LINE 10 | PAGE 239, LINE 24 |
| PAGE 241, LINE 21 | PAGE 243, LINE 15 |
| PAGE 245, LINE 4 | PAGE 246, LINE 15 |
| PAGE 247, LINE 25 | PAGE 249, LINE 18 |
| PAGE 250, LINE 13 | PAGE 252, LINE 17 |
| PAGE 255, LINE 1 | PAGE 258, LINE 17 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (10/24/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 7, LINE 16 | PAGE 10, LINE 19 |
| PAGE 11, LINE 2 | PAGE 11, LINE 7 |
| PAGE 11, LINE 21 | PAGE 18, LINE 8 |
| PAGE 18, LINE 12 | PAGE 18, LINE 21 |
| PAGE 19, LINE 13 | PAGE 19, LINE 25 |
| PAGE 20, LINE 11 | PAGE 22, LINE 15 |
| PAGE 26, LINE 1 | PAGE 29, LINE 20 |
| PAGE 30, LINE 5 | PAGE 30, LINE 8 |
| PAGE 33, LINE 14 | PAGE 33, LINE 18 |
| PAGE 35, LINE 14 | PAGE 35, LINE 17 |
| PAGE 37, LINE 25 | PAGE 38, LINE 15 |
| PAGE 40, LINE 3 | PAGE 42, LINE 21 |
| PAGE 44, LINE 8 | PAGE 46, LINE 21 |
| PAGE 47, LINE 12 | PAGE 48, LINE 8 |
| PAGE 49, LINE 14 | PAGE 50, LINE 18 |
| PAGE 50, LINE 19 | PAGE 50, LINE 23 |
| PAGE 52, LINE 6 | PAGE 52, LINE 21 |
| PAGE 54, LINE 12 | PAGE 54, LINE 19 |
| PAGE 55, LINE 9 | PAGE 59, LINE 25 |
| PAGE 61, LINE 5 | PAGE 61, LINE 14 |
| PAGE 62, LINE 14 | PAGE 63, LINE 3 |
| PAGE 63, LINE 9 | PAGE 64, LINE 4 |
| PAGE 65, LINE 25 | PAGE 68, LINE 2 |
| PAGE 68, LINE 11 | PAGE 71, LINE 10 |
| PAGE 72, LINE 21 | PAGE 73, LINE 15 |
| PAGE 73, LINE 24 | PAGE 75, LINE 19 |
| PAGE 76, LINE 6 | PAGE 76, LINE 19 |
| PAGE 77, LINE 1 | PAGE 77, LINE 16 |
| PAGE 80, LINE 1 | PAGE 80, LINE 10 |
| PAGE 81, LINE 1 | PAGE 84, LINE 8 |
| PAGE 84, LINE 17 | PAGE 89, LINE 25 |
| PAGE 90, LINE 1 | PAGE 90, LINE 23 |
| PAGE 92, LINE 20 | PAGE 93, LINE 24 |
| PAGE 96, LINE 10 | PAGE 97, LINE 23 |
| PAGE 99, LINE 8 | PAGE 101, LINE 12 |
| PAGE 105, LINE 11 | PAGE 107, LINE 7 |
| PAGE 107, LINE 14 | PAGE 107, LINE 19 |
| PAGE 115, LINE 2 | PAGE 116, LINE 16 |
| PAGE 117, LINE 2 | PAGE 118, LINE 10 |
| PAGE 118, LINE 19 | PAGE 119, LINE 24 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| JEAN MONTY (10/24/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 120, LINE 24 | PAGE 121, LINE 11 |
| PAGE 137, LINE 4 | PAGE 138, LINE 19 |
| PAGE 141, LINE 13 | PAGE 143, LINE 8 |
| PAGE 143, LINE 19 | PAGE 146, LINE 10 |
| PAGE 148, LINE 15 | PAGE 149, LINE 5 |
| PAGE 151, LINE 25 | PAGE 152, LINE 7 |
| PAGE 158, LINE 20 | PAGE 162, LINE 22 |
| PAGE 165, LINE 10 | PAGE 166, LINE 13 |
| PAGE 166, LINE 22 | PAGE 169, LINE 11 |
| PAGE 171, LINE 6 | PAGE 171, LINE 24 |
| PAGE 172, LINE 6 | PAGE 174, LINE 13 |
| PAGE 177, LINE 10 | PAGE 177, LINE 18 |
| PAGE 181, LINE 21 | PAGE 183, LINE 3 |
| PAGE 184, LINE 3 | PAGE 185, LINE 4 |
| PAGE 191, LINE 10 | PAGE 192, LINE 6 |
| PAGE 195, LINE 25 | PAGE 197, LINE 14 |
| PAGE 197, LINE 24 | PAGE 201, LINE 6 |
| PAGE 202, LINE 18 | PAGE 205, LINE 14 |
| PAGE 205, LINE 22 | PAGE 211, LINE 4 |
| PAGE 211, LINE 12 | PAGE 219, LINE 22 |
| PAGE 222, LINE 4 | PAGE 224, LINE 15 |
| PAGE 225, LINE 20 | PAGE 226, LINE 16 |
| PAGE 226, LINE 24 | PAGE 234, LINE 9 |
| PAGE 236, LINE 6 | PAGE 237, LINE 10 |
| PAGE 238, LINE 18 | PAGE 247, LINE 13 |
| PAGE 249, LINE 12 | PAGE 252, LINE 18 |
| PAGE 253, LINE 7 | PAGE 254, LINE 23 |
| PAGE 255, LINE 13 | PAGE 257, LINE 3 |
| PAGE 257, LINE 17 | PAGE 263, LINE 19 |
| PAGE 264, LINE 11 | PAGE 264, LINE 18 |
| PAGE 265, LINE 9 | PAGE 268, LINE 20 |
| PAGE 269, LINE 22 | PAGE 281, LINE 7 |
| PAGE 282, LINE 9 | PAGE 291, LINE 18 |
| PAGE 292, LINE 9 | PAGE 293, LINE 4 |
| PAGE 295, LINE 3 | PAGE 296, LINE 14 |
| PAGE 297, LINE 7 | PAGE 299, LINE 13 |
| PAGE 299, LINE 25 | PAGE 308, LINE 19 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (10/25/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 322, LINE 18 | PAGE 346, LINE 3 |
| PAGE 350, LINE 3 | PAGE 350, LINE 19 |
| PAGE 353, LINE 3 | PAGE 355, LINE 8 |
| PAGE 365, LINE 16 | PAGE 371, LINE 15 |
| PAGE 372, LINE 22 | PAGE 381, LINE 10 |
| PAGE 381, LINE 21 | PAGE 387, LINE 19 |
| PAGE 388, LINE 6 | PAGE 388, LINE 23 |
| PAGE 389, LINE 25 | PAGE 395, LINE 14 |
| PAGE 397, LINE 19 | PAGE 405, LINE 10 |
| PAGE 406, LINE 23 | PAGE 407, LINE 22 |
| PAGE 408, LINE 21 | PAGE 413, LINE 22 |
| PAGE 416, LINE 1 | PAGE 418, LINE 2 |
| PAGE 418, LINE 19 | PAGE 421, LINE 25 |
| PAGE 422, LINE 25 | PAGE 426, LINE 22 |
| PAGE 427, LINE 6 | PAGE 427, LINE 11 |
| PAGE 427, LINE 22 | PAGE 430, LINE 6 |
| PAGE 432, LINE 16 | PAGE 433, LINE 25 |
| PAGE 436, LINE 5 | PAGE 438, LINE 5 |
| PAGE 439, LINE 25 | PAGE 441, LINE 13 |
| PAGE 442, LINE 21 | PAGE 444, LINE 4 |
| PAGE 447, LINE 16 | PAGE 508, LINE 18 |
| PAGE 510, LINE 7 | PAGE 527, LINE 21 |
| PAGE 529, LINE 10 | PAGE 529, LINE 12 |
| PAGE 530, LINE 22 | PAGE 531, LINE 2 |
| PAGE 531, LINE 16 | PAGE 534, LINE 8 |
| PAGE 534, LINE 22 | PAGE 534, LINE 24 |
| PAGE 535, LINE 13 | PAGE 535, LINE 20 |
| PAGE 536, LINE 1 | PAGE 537, LINE 13 |
| PAGE 539, LINE 3 | PAGE 544, LINE 17 |
| PAGE 546, LINE 2 | PAGE 548, LINE 4 |
| PAGE 551, LINE 1 | PAGE 558, LINE 17 |
| PAGE 559, LINE 13 | PAGE 563, LINE 5 |
| PAGE 564, LINE 4 | PAGE 572, LINE 13 |
| PAGE 573, LINE 8 | PAGE 578, LINE 25 |
| PAGE 579, LINE 14 | PAGE 583, LINE 20 |
| PAGE 584, LINE 17 | PAGE 585, LINE 8 |
| PAGE 586, LINE 9 | PAGE 586, LINE 19 |
| PAGE 587, LINE 8 | PAGE 587, LINE 15 |
| PAGE 587, LINE 21 | PAGE 591, LINE 7 |
| PAGE 593, LINE 13 | PAGE 595, LINE 4 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| JEAN MONTY (10/25/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 595, LINE 16 | PAGE 601, LINE 12 |
| PAGE 603, LINE 9 | PAGE 609, LINE 15 |
| PAGE 613, LINE 8 | PAGE 614, LINE 13 |
| PAGE 617, LINE 22 | PAGE 635, LINE 12 |
| PAGE 636, LINE 24 | PAGE 638, LINE 9 |
| PAGE 638, LINE 19 | PAGE 642, LINE 25 |
| PAGE 643, LINE 17 | PAGE 672, LINE 25 |

APPENDIX 7A

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL NEUMAN (10/28/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 16, LINE 9 | PAGE 16, LINE 19 |
| PAGE 17, LINE 16 | PAGE 17, LINE 24 |
| PAGE 18, LINE 1 | PAGE 18, LINE 6 |
| PAGE 18, LINE 12 | PAGE 18, LINE 19 |
| PAGE 23, LINE 2 | PAGE 23, LINE 8 |
| PAGE 24, LINE 7 | PAGE 24, LINE 18 |
| PAGE 27, LINE 13 | PAGE 27, LINE 15 |
| PAGE 28, LINE 13 | PAGE 28, LINE 23 |
| PAGE 30, LINE 15 | PAGE 30, LINE 24 |
| PAGE 31, LINE 1 | PAGE 31, LINE 3 |
| PAGE 34, LINE 7 | PAGE 34, LINE 11 |
| PAGE 38, LINE 1 | PAGE 38, LINE 24 |
| PAGE 39, LINE 1 | PAGE 39, LINE 24 |
| PAGE 40, LINE 1 | PAGE 40, LINE 4 |

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| PETER NICHOLSON (07/18/05) ||
| FROM | TO |
| --- | --- |
| PAGE 5, LINE 2 | PAGE 5, LINE 11 |
| PAGE 5, LINE 24 | PAGE 7, LINE 18 |
| PAGE 7, LINE 23 | PAGE 12, LINE 20 |
| PAGE 13, LINE 7 | PAGE 18, LINE 22 |
| PAGE 23, LINE 9 | PAGE 39, LINE 19 |
| PAGE 43, LINE 16 | PAGE 53, LINE 7 |
| PAGE 54, LINE 8 | PAGE 68, LINE 14 |
| PAGE 69, LINE 3 | PAGE 71, LINE 9 |
| PAGE 72, LINE 3 | PAGE 72, LINE 25 |
| PAGE 73, LINE 6 | PAGE 74, LINE 3 |
| PAGE 74, LINE 13 | PAGE 87, LINE 25 |
| PAGE 93, LINE 18 | PAGE 97, LINE 2 |
| PAGE 101, LINE 16 | PAGE 102, LINE 4 |
| PAGE 115, LINE 17 | PAGE 117, LINE 19 |
| PAGE 121, LINE 2 | PAGE 121, LINE 15 |
| PAGE 122, LINE 16 | PAGE 127, LINE 16 |
| PAGE 129, LINE 20 | PAGE 134, LINE 18 |
| PAGE 136, LINE 3 | PAGE 169, LINE 23 |
| PAGE 171, LINE 6 | PAGE 180, LINE 18 |
| PAGE 181, LINE 6 | PAGE 186, LINE 15 |
| PAGE 187, LINE 6 | PAGE 194, LINE 21 |
| PAGE 197, LINE 5 | PAGE 204, LINE 15 |
| PAGE 205, LINE 3 | PAGE 205, LINE 9 |
| PAGE 205, LINE 23 | PAGE 218, LINE 15 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| GREGORY OLIVER (06/16/05) ||
| FROM | TO |
| --- | --- |
| PAGE 5, LINE 18 | PAGE 8, LINE 2 |
| PAGE 10, LINE 6 | PAGE 11, LINE 4 |
| PAGE 12, LINE 18 | PAGE 13, LINE 4 |
| PAGE 13, LINE 9 | PAGE 15, LINE 5 |
| PAGE 15, LINE 24 | PAGE 17, LINE 3 |
| PAGE 18, LINE 7 | PAGE 26, LINE 8 |
| PAGE 28, LINE 17 | PAGE 35, LINE 13 |
| PAGE 39, LINE 4 | PAGE 39, LINE 15 |
| PAGE 40, LINE 14 | PAGE 41, LINE 2 |
| PAGE 42, LINE 18 | PAGE 43, LINE 17 |
| PAGE 47, LINE 19 | PAGE 48, LINE 4 |
| PAGE 54, LINE 5 | PAGE 54, LINE 23 |
| PAGE 56, LINE 20 | PAGE 56, LINE 25 |
| PAGE 60, LINE 7 | PAGE 67, LINE 16 |
| PAGE 69, LINE 2 | PAGE 71, LINE 11 |
| PAGE 71, LINE 17 | PAGE 71, LINE 25 |
| PAGE 72, LINE 3 | PAGE 72, LINE 17 |
| PAGE 73, LINE 4 | PAGE 74, LINE 9 |
| PAGE 76, LINE 1 | PAGE 82, LINE 24 |
| PAGE 84, LINE 20 | PAGE 85, LINE 22 |
| PAGE 86, LINE 3 | PAGE 89, LINE 6 |
| PAGE 90, LINE 10 | PAGE 94, LINE 4 |
| PAGE 96, LINE 20 | PAGE 109, LINE 12 |
| PAGE 111, LINE 4 | PAGE 113, LINE 2 |
| PAGE 118, LINE 6 | PAGE 119, LINE 2 |
| PAGE 119, LINE 13 | PAGE 119, LINE 25 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PATRICK PICHETTE (R. 2004) (05/06/04) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 6 | PAGE 12, LINE 3 |
| PAGE 13, LINE 12 | PAGE 13, LINE 21 |
| PAGE 15, LINE 16 | PAGE 17, LINE 8 |
| PAGE 18, LINE 13 | PAGE 22, LINE 2 |
| PAGE 22, LINE 20 | PAGE 28, LINE 22 |
| PAGE 29, LINE 6 | PAGE 32, LINE 22 |
| PAGE 33, LINE 11 | PAGE 62, LINE 13 |
| PAGE 63, LINE 15 | PAGE 67, LINE 19 |
| PAGE 68, LINE 1 | PAGE 71, LINE 9 |
| PAGE 72, LINE 11 | PAGE 108, LINE 8 |
| PAGE 109, LINE 22 | PAGE 123, LINE 2 |
| PAGE 123, LINE 11 | PAGE 127, LINE 22 |
| PAGE 132, LINE 5 | PAGE 145, LINE 9 |
| PAGE 147, LINE 19 | PAGE 169, LINE 19 |
| PAGE 170, LINE 12 | PAGE 170, LINE 20 |
| PAGE 171, LINE 21 | PAGE 172, LINE 25 |
| PAGE 175, LINE 12 | PAGE 200, LINE 7 |
| PAGE 200, LINE 24 | PAGE 220, LINE 15 |
| PAGE 220, LINE 21 | PAGE 257, LINE 5 |
| PAGE 259, LINE 1 | PAGE 260, LINE 6 |