# APPENDIX 7A
# (Part 3)

APPENDIX 7A

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| PATRICK PICHETTE (05/07/04) | |
|---|---|
| FROM | TO |
| PAGE 271, LINE 13 | PAGE 278, LINE 4 |
| PAGE 280, LINE 8 | PAGE 321, LINE 15 |
| PAGE 323, LINE 20 | PAGE 331, LINE 23 |
| PAGE 335, LINE 6 | PAGE 337, LINE 22 |
| PAGE 338, LINE 1 | PAGE 360, LINE 18 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| PATRICK PICHETTE (10/03/05) | |
|---|---|
| FROM | TO |
| PAGE 10, LINE 7 | PAGE 21, LINE 8 |
| PAGE 22, LINE 19 | PAGE 24, LINE 4 |
| PAGE 27, LINE 12 | PAGE 29, LINE 13 |
| PAGE 30, LINE 16 | PAGE 32, LINE 14 |
| PAGE 33, LINE 9 | PAGE 33, LINE 13 |
| PAGE 34, LINE 3 | PAGE 34, LINE 13 |
| PAGE 35, LINE 9 | PAGE 35, LINE 17 |
| PAGE 38, LINE 7 | PAGE 39, LINE 15 |
| PAGE 40, LINE 5 | PAGE 40, LINE 9 |
| PAGE 40, LINE 25 | PAGE 43, LINE 20 |
| PAGE 45, LINE 10 | PAGE 51, LINE 17 |
| PAGE 52, LINE 24 | PAGE 53, LINE 15 |
| PAGE 55, LINE 9 | PAGE 56, LINE 6 |
| PAGE 59, LINE 23 | PAGE 60, LINE 14 |
| PAGE 60, LINE 22 | PAGE 61, LINE 17 |
| PAGE 62, LINE 4 | PAGE 62, LINE 15 |
| PAGE 62, LINE 19 | PAGE 63, LINE 25 |
| PAGE 64, LINE 10 | PAGE 68, LINE 25 |
| PAGE 70, LINE 4 | PAGE 72, LINE 5 |
| PAGE 73, LINE 18 | PAGE 77, LINE 3 |
| PAGE 77, LINE 17 | PAGE 80, LINE 24 |
| PAGE 82, LINE 20 | PAGE 83, LINE 16 |
| PAGE 84, LINE 6 | PAGE 84, LINE 14 |
| PAGE 85, LINE 8 | PAGE 85, LINE 16 |
| PAGE 86, LINE 4 | PAGE 109, LINE 23 |
| PAGE 111, LINE 3 | PAGE 111, LINE 19 |
| PAGE 112, LINE 7 | PAGE 129, LINE 20 |
| PAGE 130, LINE 3 | PAGE 130, LINE 25 |
| PAGE 133, LINE 12 | PAGE 133, LINE 25 |
| PAGE 134, LINE 11 | PAGE 181, LINE 3 |
| PAGE 187, LINE 20 | PAGE 195, LINE 9 |
| PAGE 196, LINE 5 | PAGE 204, LINE 14 |
| PAGE 204, LINE 21 | PAGE 214, LINE 17 |
| PAGE 215, LINE 5 | PAGE 273, LINE 4 |
| PAGE 273, LINE 15 | PAGE 289, LINE 6 |
| PAGE 289, LINE 17 | PAGE 329, LINE 18 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PATRICK PICHETTE (10/04/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 338, LINE 19 | PAGE 366, LINE 10 |
| PAGE 367, LINE 20 | PAGE 433, LINE 19 |
| PAGE 435, LINE 21 | PAGE 436, LINE 18 |
| PAGE 437, LINE 11 | PAGE 472, LINE 18 |
| PAGE 473, LINE 5 | PAGE 482, LINE 20 |
| PAGE 483, LINE 22 | PAGE 516, LINE 4 |
| PAGE 516, LINE 23 | PAGE 526, LINE 13 |
| PAGE 526, LINE 23 | PAGE 586, LINE 10 |
| PAGE 586, LINE 20 | PAGE 620, LINE 13 |

APPENDIX 7A

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| BARRY PICKFORD (07/29/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 47, LINE 13 | PAGE 47, LINE 15 |
| PAGE 60, LINE 13 | PAGE 60, LINE 25 |
| PAGE 61, LINE 1 | PAGE 61, LINE 11 |
| PAGE 63, LINE 13 | PAGE 63, LINE 20 |
| PAGE 73, LINE 3 | PAGE 73, LINE 15 |
| PAGE 91, LINE 22 | PAGE 92, LINE 1 |
| PAGE 103, LINE 16 | PAGE 103, LINE 17 |
| PAGE 103, LINE 19 | PAGE 103, LINE 25 |
| PAGE 104, LINE 1 | PAGE 104, LINE 12 |
| PAGE 104, LINE 18 | PAGE 104, LINE 19 |
| PAGE 114, LINE 5 | PAGE 114, LINE 11 |
| PAGE 114, LINE 18 | PAGE 114, LINE 23 |
| PAGE 116, LINE 6 | PAGE 116, LINE 7 |
| PAGE 119, LINE 6 | PAGE 119, LINE 11 |
| PAGE 155, LINE 17 | PAGE 155, LINE 25 |
| PAGE 156, LINE 1 | PAGE 156, LINE 5 |
| PAGE 159, LINE 24 | PAGE 159, LINE 25 |
| PAGE 160, LINE 1 | PAGE 160, LINE 3 |
| PAGE 170, LINE 2 | PAGE 170, LINE 24 |
| PAGE 194, LINE 3 | PAGE 194, LINE 9 |
| PAGE 200, LINE 20 | PAGE 200, LINE 25 |
| PAGE 201, LINE 1 | PAGE 201, LINE 6 |
| PAGE 201, LINE 17 | PAGE 201, LINE 25 |
| PAGE 206, LINE 19 | PAGE 206, LINE 22 |
| PAGE 212, LINE 24 | PAGE 212, LINE 25 |
| PAGE 215, LINE 11 | PAGE 215, LINE 14 |
| PAGE 229, LINE 5 | PAGE 229, LINE 9 |
| PAGE 231, LINE 3 | PAGE 231, LINE 7 |
| PAGE 233, LINE 1 | PAGE 233, LINE 3 |
| PAGE 233, LINE 11 | PAGE 233, LINE 14 |
| PAGE 238, LINE 17 | PAGE 238, LINE 25 |
| PAGE 239, LINE 1 | PAGE 239, LINE 2 |

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL ROSENHEK (09/13/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 27, LINE 9 | PAGE 27, LINE 19 |
| PAGE 45, LINE 16 | PAGE 45, LINE 25 |
| PAGE 50, LINE 22 | PAGE 50, LINE 25 |
| PAGE 54, LINE 9 | PAGE 54, LINE 25 |
| PAGE 55, LINE 1 | PAGE 55, LINE 9 |
| PAGE 118, LINE 9 | PAGE 118, LINE 22 |
| PAGE 119, LINE 11 | PAGE 119, LINE 25 |
| PAGE 120, LINE 1 | PAGE 120, LINE 3 |
| PAGE 127, LINE 12 | PAGE 127, LINE 16 |
| PAGE 128, LINE 24 | PAGE 129, LINE 1 |
| PAGE 131, LINE 17 | PAGE 131, LINE 25 |
| PAGE 132, LINE 1 | PAGE 132, LINE 12 |
| PAGE 170, LINE 16 | PAGE 171, LINE 13 |
| PAGE 188, LINE 12 | PAGE 188, LINE 21 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| LEONARD RUGGINS (07/26/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 9 | PAGE 5, LINE 16 |
| PAGE 8, LINE 22 | PAGE 9, LINE 8 |
| PAGE 11, LINE 4 | PAGE 12, LINE 4 |
| PAGE 14, LINE 20 | PAGE 19, LINE 9 |
| PAGE 23, LINE 22 | PAGE 36, LINE 21 |
| PAGE 37, LINE 4 | PAGE 38, LINE 17 |
| PAGE 39, LINE 24 | PAGE 43, LINE 10 |
| PAGE 47, LINE 21 | PAGE 48, LINE 16 |
| PAGE 54, LINE 4 | PAGE 55, LINE 25 |
| PAGE 63, LINE 14 | PAGE 68, LINE 13 |
| PAGE 69, LINE 5 | PAGE 72, LINE 25 |
| PAGE 77, LINE 17 | PAGE 77, LINE 24 |
| PAGE 82, LINE 19 | PAGE 108, LINE 19 |
| PAGE 109, LINE 13 | PAGE 119, LINE 14 |
| PAGE 121, LINE 16 | PAGE 133, LINE 23 |
| PAGE 134, LINE 24 | PAGE 136, LINE 22 |
| PAGE 137, LINE 21 | PAGE 145, LINE 25 |
| PAGE 146, LINE 22 | PAGE 147, LINE 20 |
| PAGE 148, LINE 23 | PAGE 149, LINE 24 |
| PAGE 151, LINE 21 | PAGE 156, LINE 2 |
| PAGE 162, LINE 19 | PAGE 162, LINE 22 |
| PAGE 164, LINE 17 | PAGE 166, LINE 20 |
| PAGE 167, LINE 23 | PAGE 173, LINE 7 |
| PAGE 178, LINE 23 | PAGE 183, LINE 24 |
| PAGE 186, LINE 13 | PAGE 190, LINE 13 |
| PAGE 191, LINE 23 | PAGE 192, LINE 8 |
| PAGE 193, LINE 4 | PAGE 195, LINE 13 |
| PAGE 197, LINE 10 | PAGE 198, LINE 17 |
| PAGE 199, LINE 3 | PAGE 201, LINE 25 |
| PAGE 203, LINE 7 | PAGE 204, LINE 4 |
| PAGE 204, LINE 8 | PAGE 204, LINE 18 |
| PAGE 205, LINE 13 | PAGE 206, LINE 13 |
| PAGE 210, LINE 24 | PAGE 211, LINE 3 |
| PAGE 211, LINE 8 | PAGE 212, LINE 6 |
| PAGE 215, LINE 15 | PAGE 216, LINE 2 |
| PAGE 221, LINE 18 | PAGE 221, LINE 20 |
| PAGE 222, LINE 18 | PAGE 223, LINE 9 |
| PAGE 224, LINE 6 | PAGE 224, LINE 13 |
| PAGE 225, LINE 3 | PAGE 226, LINE 3 |
| PAGE 227, LINE 12 | PAGE 236, LINE 6 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| LEONARD RUGGINS (07/26/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 241, LINE 14 | PAGE 249, LINE 4 |
| PAGE 253, LINE 2 | PAGE 256, LINE 16 |
| PAGE 256, LINE 21 | PAGE 256, LINE 23 |
| PAGE 257, LINE 24 | PAGE 258, LINE 14 |
| PAGE 259, LINE 16 | PAGE 276, LINE 7 |

2

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| MARC RYAN (09/14/05) | |
|---|---|
| FROM | TO |
| PAGE 4, LINE 14 | PAGE 4, LINE 23 |
| PAGE 5, LINE 7 | PAGE 5, LINE 9 |
| PAGE 7, LINE 18 | PAGE 12, LINE 25 |
| PAGE 14, LINE 11 | PAGE 15, LINE 15 |
| PAGE 17, LINE 6 | PAGE 17, LINE 19 |
| PAGE 21, LINE 11 | PAGE 27, LINE 22 |
| PAGE 31, LINE 14 | PAGE 32, LINE 18 |
| PAGE 33, LINE 10 | PAGE 35, LINE 12 |
| PAGE 37, LINE 15 | PAGE 38, LINE 23 |
| PAGE 41, LINE 12 | PAGE 42, LINE 12 |
| PAGE 43, LINE 18 | PAGE 44, LINE 11 |
| PAGE 46, LINE 17 | PAGE 47, LINE 9 |
| PAGE 48, LINE 4 | PAGE 55, LINE 21 |
| PAGE 66, LINE 3 | PAGE 67, LINE 14 |
| PAGE 69, LINE 14 | PAGE 82, LINE 8 |
| PAGE 84, LINE 11 | PAGE 99, LINE 15 |
| PAGE 101, LINE 16 | PAGE 105, LINE 13 |
| PAGE 107, LINE 21 | PAGE 116, LINE 8 |
| PAGE 117, LINE 21 | PAGE 130, LINE 21 |
| PAGE 133, LINE 10 | PAGE 133, LINE 20 |
| PAGE 134, LINE 12 | PAGE 136, LINE 22 |
| PAGE 137, LINE 4 | PAGE 137, LINE 17 |
| PAGE 138, LINE 12 | PAGE 141, LINE 20 |
| PAGE 144, LINE 23 | PAGE 145, LINE 19 |
| PAGE 146, LINE 7 | PAGE 156, LINE 24 |
| PAGE 159, LINE 7 | PAGE 164, LINE 13 |
| PAGE 165, LINE 2 | PAGE 182, LINE 21 |
| PAGE 183, LINE 22 | PAGE 220, LINE 15 |
| PAGE 221, LINE 20 | PAGE 221, LINE 25 |
| PAGE 223, LINE 16 | PAGE 224, LINE 18 |
| PAGE 224, LINE 23 | PAGE 232, LINE 11 |
| PAGE 232, LINE 20 | PAGE 262, LINE 18 |
| PAGE 263, LINE 5 | PAGE 266, LINE 18 |
| PAGE 269, LINE 9 | PAGE 271, LINE 23 |

### TELEGLOBE, et al. v. BCE, et al.-
### PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL SABIA (10/11/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 8, LINE 5 | PAGE 8, LINE 14 |
| PAGE 11, LINE 5 | PAGE 11, LINE 14 |
| PAGE 12, LINE 5 | PAGE 16, LINE 20 |
| PAGE 17, LINE 6 | PAGE 39, LINE 19 |
| PAGE 43, LINE 5 | PAGE 43, LINE 10 |
| PAGE 46, LINE 11 | PAGE 50, LINE 2 |
| PAGE 51, LINE 14 | PAGE 63, LINE 6 |
| PAGE 65, LINE 11 | PAGE 65, LINE 22 |
| PAGE 66, LINE 14 | PAGE 78, LINE 23 |
| PAGE 79, LINE 13 | PAGE 81, LINE 4 |
| PAGE 89, LINE 11 | PAGE 116, LINE 11 |
| PAGE 117, LINE 2 | PAGE 130, LINE 17 |
| PAGE 131, LINE 3 | PAGE 153, LINE 3 |
| PAGE 153, LINE 21 | PAGE 171, LINE 23 |
| PAGE 172, LINE 14 | PAGE 178, LINE 20 |
| PAGE 180, LINE 1 | PAGE 205, LINE 23 |
| PAGE 207, LINE 1 | PAGE 208, LINE 5 |
| PAGE 208, LINE 24 | PAGE 216, LINE 10 |
| PAGE 217, LINE 4 | PAGE 223, LINE 5 |
| PAGE 224, LINE 7 | PAGE 236, LINE 7 |
| PAGE 238, LINE 16 | PAGE 238, LINE 19 |
| PAGE 239, LINE 7 | PAGE 266, LINE 7 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL SABIA (10/12/05) | |
|---|---|
| FROM | TO |
| PAGE 281, LINE 12 | PAGE 298, LINE 4 |
| PAGE 298, LINE 21 | PAGE 300, LINE 10 |
| PAGE 301, LINE 12 | PAGE 341, LINE 25 |
| PAGE 342, LINE 13 | PAGE 343, LINE 21 |
| PAGE 349, LINE 12 | PAGE 349, LINE 14 |
| PAGE 350, LINE 9 | PAGE 350, LINE 19 |
| PAGE 353, LINE 11 | PAGE 355, LINE 6 |
| PAGE 356, LINE 16 | PAGE 358, LINE 23 |
| PAGE 358, LINE 25 | PAGE 359, LINE 3 |
| PAGE 359, LINE 13 | PAGE 366, LINE 24 |
| PAGE 369, LINE 6 | PAGE 373, LINE 7 |
| PAGE 377, LINE 3 | PAGE 385, LINE 10 |
| PAGE 388, LINE 9 | PAGE 394, LINE 7 |
| PAGE 394, LINE 16 | PAGE 395, LINE 6 |
| PAGE 399, LINE 5 | PAGE 404, LINE 13 |
| PAGE 405, LINE 5 | PAGE 418, LINE 7 |
| PAGE 421, LINE 12 | PAGE 423, LINE 8 |
| PAGE 426, LINE 9 | PAGE 426, LINE 20 |
| PAGE 428, LINE 8 | PAGE 430, LINE 18 |
| PAGE 431, LINE 11 | PAGE 433, LINE 8 |
| PAGE 434, LINE 2 | PAGE 450, LINE 11 |
| PAGE 451, LINE 18 | PAGE 456, LINE 3 |
| PAGE 456, LINE 16 | PAGE 462, LINE 23 |
| PAGE 465, LINE 5 | PAGE 470, LINE 18 |
| PAGE 471, LINE 10 | PAGE 478, LINE 19 |
| PAGE 479, LINE 5 | PAGE 479, LINE 19 |
| PAGE 481, LINE 5 | PAGE 481, LINE 23 |
| PAGE 482, LINE 9 | PAGE 483, LINE 5 |
| PAGE 484, LINE 12 | PAGE 485, LINE 20 |
| PAGE 485, LINE 25 | PAGE 494, LINE 9 |
| PAGE 495, LINE 18 | PAGE 497, LINE 17 |
| PAGE 498, LINE 16 | PAGE 502, LINE 3 |
| PAGE 504, LINE 15 | PAGE 504, LINE 25 |
| PAGE 506, LINE 10 | PAGE 509, LINE 17 |
| PAGE 510, LINE 5 | PAGE 513, LINE 3 |
| PAGE 513, LINE 18 | PAGE 519, LINE 17 |
| PAGE 519, LINE 22 | PAGE 527, LINE 14 |
| PAGE 527, LINE 19 | PAGE 529, LINE 19 |
| PAGE 532, LINE 8 | PAGE 532, LINE 13 |
| PAGE 539, LINE 18 | PAGE 542, LINE 5 |

1

APPENDIX 7A

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| MICHAEL SABIA (10/12/05) | |
|---|---|
| FROM | TO |
| PAGE 543, LINE 5 | PAGE 547, LINE 2 |
| PAGE 547, LINE 19 | PAGE 556, LINE 18 |
| PAGE 557, LINE 10 | PAGE 568, LINE 10 |
| PAGE 568, LINE 21 | PAGE 571, LINE 16 |
| PAGE 572, LINE 24 | PAGE 581, LINE 16 |
| PAGE 583, LINE 11 | PAGE 589, LINE 13 |

2

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| STEVEN SKINNER (09/08/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 3, LINE 3 | PAGE 3, LINE 7 |
| PAGE 8, LINE 3 | PAGE 8, LINE 7 |
| PAGE 13, LINE 21 | PAGE 15, LINE 10 |
| PAGE 20, LINE 7 | PAGE 20, LINE 19 |
| PAGE 21, LINE 6 | PAGE 22, LINE 16 |
| PAGE 23, LINE 21 | PAGE 25, LINE 17 |
| PAGE 26, LINE 3 | PAGE 27, LINE 19 |
| PAGE 28, LINE 8 | PAGE 28, LINE 19 |
| PAGE 29, LINE 4 | PAGE 29, LINE 14 |
| PAGE 30, LINE 8 | PAGE 30, LINE 17 |
| PAGE 31, LINE 10 | PAGE 33, LINE 2 |
| PAGE 33, LINE 8 | PAGE 33, LINE 15 |
| PAGE 34, LINE 2 | PAGE 34, LINE 19 |
| PAGE 34, LINE 25 | PAGE 35, LINE 5 |
| PAGE 35, LINE 21 | PAGE 35, LINE 25 |
| PAGE 37, LINE 15 | PAGE 37, LINE 25 |
| PAGE 40, LINE 6 | PAGE 40, LINE 15 |
| PAGE 41, LINE 7 | PAGE 41, LINE 20 |
| PAGE 42, LINE 17 | PAGE 42, LINE 23 |
| PAGE 43, LINE 10 | PAGE 43, LINE 23 |
| PAGE 45, LINE 2 | PAGE 46, LINE 16 |
| PAGE 47, LINE 7 | PAGE 47, LINE 20 |
| PAGE 47, LINE 22 | PAGE 48, LINE 22 |
| PAGE 49, LINE 8 | PAGE 53, LINE 3 |
| PAGE 54, LINE 4 | PAGE 54, LINE 19 |
| PAGE 56, LINE 9 | PAGE 56, LINE 25 |
| PAGE 63, LINE 9 | PAGE 63, LINE 25 |
| PAGE 64, LINE 9 | PAGE 68, LINE 11 |
| PAGE 69, LINE 11 | PAGE 70, LINE 24 |
| PAGE 72, LINE 7 | PAGE 72, LINE 15 |
| PAGE 74, LINE 22 | PAGE 76, LINE 11 |
| PAGE 76, LINE 19 | PAGE 76, LINE 24 |
| PAGE 77, LINE 14 | PAGE 77, LINE 20 |
| PAGE 78, LINE 5 | PAGE 79, LINE 14 |
| PAGE 80, LINE 12 | PAGE 80, LINE 15 |
| PAGE 80, LINE 22 | PAGE 81, LINE 2 |
| PAGE 87, LINE 19 | PAGE 87, LINE 25 |
| PAGE 88, LINE 24 | PAGE 89, LINE 2 |
| PAGE 89, LINE 5 | PAGE 89, LINE 6 |
| PAGE 90, LINE 16 | PAGE 90, LINE 18 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| STEVEN SKINNER (09/08/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 95, LINE 25 | PAGE 96, LINE 7 |
| PAGE 96, LINE 24 | PAGE 97, LINE 2 |
| PAGE 109, LINE 12 | PAGE 110, LINE 19 |
| PAGE 113, LINE 10 | PAGE 113, LINE 17 |
| PAGE 119, LINE 12 | PAGE 119, LINE 22 |
| PAGE 122, LINE 2 | PAGE 122, LINE 22 |
| PAGE 127, LINE 7 | PAGE 128, LINE 23 |
| PAGE 129, LINE 16 | PAGE 131, LINE 4 |
| PAGE 136, LINE 23 | PAGE 138, LINE 15 |
| PAGE 139, LINE 3 | PAGE 139, LINE 12 |
| PAGE 140, LINE 17 | PAGE 141, LINE 6 |
| PAGE 147, LINE 10 | PAGE 147, LINE 25 |
| PAGE 149, LINE 24 | PAGE 150, LINE 8 |
| PAGE 151, LINE 8 | PAGE 151, LINE 11 |
| PAGE 155, LINE 7 | PAGE 155, LINE 16 |
| PAGE 156, LINE 8 | PAGE 156, LINE 18 |
| PAGE 157, LINE 24 | PAGE 158, LINE 12 |
| PAGE 158, LINE 21 | PAGE 159, LINE 2 |
| PAGE 164, LINE 16 | PAGE 165, LINE 8 |
| PAGE 167, LINE 24 | PAGE 168, LINE 13 |
| PAGE 170, LINE 13 | PAGE 170, LINE 22 |
| PAGE 171, LINE 8 | PAGE 171, LINE 10 |
| PAGE 172, LINE 4 | PAGE 172, LINE 7 |
| PAGE 177, LINE 20 | PAGE 178, LINE 5 |
| PAGE 193, LINE 9 | PAGE 193, LINE 14 |
| PAGE 195, LINE 7 | PAGE 196, LINE 5 |
| PAGE 203, LINE 6 | PAGE 204, LINE 11 |
| PAGE 206, LINE 2 | PAGE 207, LINE 9 |
| PAGE 207, LINE 22 | PAGE 208, LINE 25 |
| PAGE 214, LINE 25 | PAGE 215, LINE 18 |
| PAGE 217, LINE 6 | PAGE 217, LINE 18 |
| PAGE 218, LINE 1 | PAGE 218, LINE 8 |
| PAGE 218, LINE 15 | PAGE 218, LINE 20 |
| PAGE 221, LINE 18 | PAGE 221, LINE 21 |
| PAGE 222, LINE 14 | PAGE 223, LINE 11 |
| PAGE 227, LINE 14 | PAGE 227, LINE 20 |
| PAGE 228, LINE 9 | PAGE 228, LINE 11 |
| PAGE 228, LINE 25 | PAGE 229, LINE 7 |
| PAGE 220, LINE 13 | PAGE 229, LINE 20 |
| PAGE 242, LINE 5 | PAGE 245, LINE 3 |

2

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| STEVEN SKINNER (09/08/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 247, LINE 10 | PAGE 248, LINE 18 |
| PAGE 249, LINE 21 | PAGE 251, LINE 9 |
| PAGE 251, LINE 22 | PAGE 252, LINE 11 |
| PAGE 258, LINE 10 | PAGE 260, LINE 7 |
| PAGE 260, LINE 21 | PAGE 261, LINE 8 |
| PAGE 265, LINE 19 | PAGE 265, LINE 25 |
| PAGE 266, LINE 19 | PAGE 267, LINE 7 |
| PAGE 276, LINE 14 | PAGE 277, LINE 3 |
| PAGE 279, LINE 18 | PAGE 280, LINE 6 |
| PAGE 283, LINE 10 | PAGE 284, LINE 17 |
| PAGE 286, LINE 9 | PAGE 287, LINE 12 |
| PAGE 288, LINE 21 | PAGE 289, LINE 9 |
| PAGE 289, LINE 20 | PAGE 290, LINE 12 |
| PAGE 291, LINE 6 | PAGE 291, LINE 25 |
| PAGE 292, LINE 18 | PAGE 294, LINE 2 |
| PAGE 299, LINE 24 | PAGE 301, LINE 24 |
| PAGE 302, LINE 12 | PAGE 303, LINE 6 |
| PAGE 304, LINE 12 | PAGE 305, LINE 2 |
| PAGE 305, LINE 8 | PAGE 305, LINE 13 |
| PAGE 307, LINE 10 | PAGE 308, LINE 2 |
| PAGE 309, LINE 11 | PAGE 310, LINE 23 |
| PAGE 314, LINE 4 | PAGE 314, LINE 17 |
| PAGE 315, LINE 13 | PAGE 317, LINE 5 |
| PAGE 324, LINE 15 | PAGE 325, LINE 8 |
| PAGE 326, LINE 8 | PAGE 329, LINE 9 |
| PAGE 334, LINE 19 | PAGE 336, LINE 2 |
| PAGE 337, LINE 5 | PAGE 337, LINE 8 |
| PAGE 338, LINE 8 | PAGE 338, LINE 22 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| STEVEN SKINNER (09/09/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 348, LINE 10 | PAGE 348, LINE 22 |
| PAGE 349, LINE 17 | PAGE 350, LINE 16 |
| PAGE 352, LINE 25 | PAGE 353, LINE 4 |
| PAGE 354, LINE 9 | PAGE 358, LINE 15 |
| PAGE 361, LINE 17 | PAGE 365, LINE 21 |
| PAGE 366, LINE 18 | PAGE 367, LINE 3 |
| PAGE 370, LINE 23 | PAGE 371, LINE 13 |
| PAGE 373, LINE 4 | PAGE 373, LINE 10 |
| PAGE 374, LINE 23 | PAGE 378, LINE 6 |
| PAGE 378, LINE 14 | PAGE 380, LINE 6 |
| PAGE 381, LINE 11 | PAGE 382, LINE 8 |
| PAGE 382, LINE 17 | PAGE 385, LINE 20 |
| PAGE 386, LINE 6 | PAGE 387, LINE 10 |
| PAGE 387, LINE 20 | PAGE 390, LINE 13 |
| PAGE 391, LINE 15 | PAGE 392, LINE 9 |
| PAGE 394, LINE 11 | PAGE 395, LINE 14 |
| PAGE 396, LINE 9 | PAGE 398, LINE 13 |
| PAGE 399, LINE 21 | PAGE 400, LINE 11 |
| PAGE 405, LINE 24 | PAGE 406, LINE 7 |
| PAGE 408, LINE 21 | PAGE 409, LINE 21 |
| PAGE 412, LINE 21 | PAGE 413, LINE 19 |
| PAGE 414, LINE 13 | PAGE 415, LINE 24 |
| PAGE 420, LINE 24 | PAGE 421, LINE 3 |
| PAGE 422, LINE 8 | PAGE 422, LINE 19 |
| PAGE 431, LINE 9 | PAGE 431, LINE 17 |
| PAGE 432, LINE 3 | PAGE 432, LINE 17 |
| PAGE 438, LINE 6 | PAGE 439, LINE 25 |
| PAGE 440, LINE 8 | PAGE 440, LINE 12 |
| PAGE 441, LINE 2 | PAGE 441, LINE 5 |
| PAGE 441, LINE 23 | PAGE 442, LINE 3 |
| PAGE 442, LINE 15 | PAGE 443, LINE 22 |
| PAGE 447, LINE 5 | PAGE 447, LINE 25 |
| PAGE 451, LINE 2 | PAGE 451, LINE 9 |
| PAGE 451, LINE 15 | PAGE 451, LINE 16 |
| PAGE 452, LINE 2 | PAGE 452, LINE 6 |
| PAGE 454, LINE 9 | PAGE 455, LINE 21 |
| PAGE 456, LINE 11 | PAGE 456, LINE 25 |
| PAGE 457, LINE 18 | PAGE 458, LINE 16 |
| PAGE 470, LINE 4 | PAGE 470, LINE 17 |
| PAGE 473, LINE 13 | PAGE 474, LINE 4 |

1

<u>TELEGLOBE, et al. v. BCE, et al.-</u>
<u>PLAINTIFFS' DEPOSITION DESIGNATIONS</u>

| STEVEN SKINNER (09/09/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 475, LINE 10 | PAGE 475, LINE 23 |
| PAGE 477, LINE 6 | PAGE 477, LINE 12 |
| PAGE 477, LINE 21 | PAGE 478, LINE 3 |
| PAGE 501, LINE 21 | PAGE 502, LINE 15 |
| PAGE 508, LINE 10 | PAGE 508, LINE 14 |
| PAGE 512, LINE 24 | PAGE 513, LINE 3 |
| PAGE 522, LINE 20 | PAGE 523, LINE 2 |
| PAGE 524, LINE 8 | PAGE 524, LINE 22 |
| PAGE 527, LINE 6 | PAGE 528, LINE 24 |
| PAGE 532, LINE 21 | PAGE 534, LINE 6 |
| PAGE 538, LINE 18 | PAGE 539, LINE 2 |
| PAGE 539, LINE 10 | PAGE 539, LINE 19 |
| PAGE 540, LINE 12 | PAGE 542, LINE 24 |
| PAGE 543, LINE 9 | PAGE 545, LINE 15 |
| PAGE 556, LINE 19 | PAGE 556, LINE 25 |
| PAGE 557, LINE 16 | PAGE 557, LINE 21 |
| PAGE 569, LINE 12 | PAGE 569, LINE 16 |
| PAGE 569, LINE 19 | PAGE 569, LINE 21 |
| PAGE 570, LINE 3 | PAGE 571, LINE 2 |
| PAGE 571, LINE 23 | PAGE 572, LINE 9 |
| PAGE 573, LINE 2 | PAGE 574, LINE 9 |
| PAGE 574, LINE 13 | PAGE 575, LINE 15 |
| PAGE 577, LINE 18 | PAGE 579, LINE 20 |
| PAGE 582, LINE 3 | PAGE 582, LINE 10 |
| PAGE 585, LINE 4 | PAGE 585, LINE 8 |
| PAGE 585, LINE 25 | PAGE 587, LINE 24 |
| PAGE 591, LINE 5 | PAGE 591, LINE 15 |
| PAGE 591, LINE 23 | PAGE 592, LINE 3 |
| PAGE 592, LINE 15 | PAGE 592, LINE 18 |
| PAGE 593, LINE 2 | PAGE 593, LINE 16 |
| PAGE 594, LINE 24 | PAGE 595, LINE 21 |
| PAGE 597, LINE 15 | PAGE 597, LINE 21 |
| PAGE 599, LINE 7 | PAGE 599, LINE 19 |
| PAGE 600, LINE 15 | PAGE 601, LINE 25 |
| PAGE 602, LINE 5 | PAGE 602, LINE 17 |
| PAGE 603, LINE 3 | PAGE 603, LINE 14 |
| PAGE 605, LINE 9 | PAGE 605, LINE 12 |
| PAGE 606, LINE 10 | PAGE 606, LINE 17 |
| PAGE 606, LINE 20 | PAGE 607, LINE 7 |
| PAGE 614, LINE 8 | PAGE 615, LINE 18 |

APPENDIX 7A

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| STEVEN SKINNER (09/09/05) | |
|---|---|
| FROM | TO |
| PAGE 616, LINE 6 | PAGE 616, LINE 9 |
| PAGE 618, LINE 22 | PAGE 619, LINE 10 |
| PAGE 625, LINE 8 | PAGE 625, LINE 24 |
| PAGE 629, LINE 22 | PAGE 630, LINE 7 |
| PAGE 630, LINE 15 | PAGE 630, LINE 19 |
| PAGE 631, LINE 19 | PAGE 632, LINE 20 |
| PAGE 633, LINE 7 | PAGE 633, LINE 19 |
| PAGE 634, LINE 14 | PAGE 635, LINE 6 |
| PAGE 636, LINE 3 | PAGE 637, LINE 5 |
| PAGE 638, LINE 20 | PAGE 639, LINE 4 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ARNOLD STEINBERG (07/01/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 3 | PAGE 9, LINE 3 |
| PAGE 9, LINE 12 | PAGE 9, LINE 20 |
| PAGE 10, LINE 7 | PAGE 13, LINE 2 |
| PAGE 13, LINE 15 | PAGE 15, LINE 4 |
| PAGE 16, LINE 13 | PAGE 16, LINE 15 |
| PAGE 18, LINE 5 | PAGE 19, LINE 18 |
| PAGE 20, LINE 2 | PAGE 20, LINE 6 |
| PAGE 20, LINE 10 | PAGE 21, LINE 10 |
| PAGE 21, LINE 24 | PAGE 22, LINE 9 |
| PAGE 23, LINE 14 | PAGE 26, LINE 20 |
| PAGE 28, LINE 4 | PAGE 28, LINE 20 |
| PAGE 30, LINE 22 | PAGE 31, LINE 23 |
| PAGE 31, LINE 24 | PAGE 32, LINE 17 |
| PAGE 37, LINE 2 | PAGE 39, LINE 4 |
| PAGE 39, LINE 5 | PAGE 40, LINE 4 |
| PAGE 47, LINE 17 | PAGE 49, LINE 19 |
| PAGE 53, LINE 6 | PAGE 55, LINE 25 |
| PAGE 73, LINE 19 | PAGE 74, LINE 9 |
| PAGE 97, LINE 17 | PAGE 100, LINE 12 |
| PAGE 100, LINE 13 | PAGE 101, LINE 2 |
| PAGE 101, LINE 21 | PAGE 102, LINE 17 |
| PAGE 103, LINE 18 | PAGE 104, LINE 19 |
| PAGE 105, LINE 7 | PAGE 105, LINE 25 |
| PAGE 106, LINE 24 | PAGE 110, LINE 2 |
| PAGE 110, LINE 7 | PAGE 110, LINE 16 |
| PAGE 112, LINE 21 | PAGE 114, LINE 13 |
| PAGE 117, LINE 4 | PAGE 118, LINE 2 |
| PAGE 120, LINE 5 | PAGE 120, LINE 11 |
| PAGE 126, LINE 13 | PAGE 127, LINE 5 |
| PAGE 127, LINE 10 | PAGE 130, LINE 21 |
| PAGE 142, LINE 6 | PAGE 144, LINE 9 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| ARNOLD STEINBERG (09/15/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 166, LINE 22 | PAGE 168, LINE 5 |
| PAGE 172, LINE 12 | PAGE 175, LINE 17 |
| PAGE 181, LINE 14 | PAGE 183, LINE 14 |
| PAGE 190, LINE 8 | PAGE 190, LINE 21 |
| PAGE 194, LINE 10 | PAGE 195, LINE 9 |
| PAGE 195, LINE 10 | PAGE 196, LINE 14 |
| PAGE 197, LINE 20 | PAGE 198, LINE 6 |
| PAGE 199, LINE 5 | PAGE 200, LINE 18 |
| PAGE 201, LINE 7 | PAGE 201, LINE 9 |
| PAGE 201, LINE 10 | PAGE 202, LINE 9 |
| PAGE 202, LINE 19 | PAGE 202, LINE 23 |
| PAGE 203, LINE 8 | PAGE 206, LINE 14 |
| PAGE 206, LINE 15 | PAGE 211, LINE 13 |
| PAGE 215, LINE 4 | PAGE 216, LINE 8 |
| PAGE 216, LINE 9 | PAGE 219, LINE 9 |
| PAGE 219, LINE 10 | PAGE 219, LINE 20 |
| PAGE 219, LINE 21 | PAGE 224, LINE 2 |
| PAGE 225, LINE 13 | PAGE 225, LINE 21 |
| PAGE 229, LINE 22 | PAGE 230, LINE 23 |
| PAGE 233, LINE 5 | PAGE 235, LINE 20 |
| PAGE 237, LINE 12 | PAGE 238, LINE 15 |
| PAGE 248, LINE 8 | PAGE 249, LINE 3 |
| PAGE 254, LINE 18 | PAGE 254, LINE 21 |
| PAGE 258, LINE 20 | PAGE 259, LINE 18 |
| PAGE 261, LINE 25 | PAGE 263, LINE 12 |
| PAGE 263, LINE 13 | PAGE 264, LINE 3 |
| PAGE 266, LINE 12 | PAGE 272, LINE 5 |
| PAGE 272, LINE 14 | PAGE 275, LINE 17 |
| PAGE 276, LINE 6 | PAGE 277, LINE 24 |
| PAGE 278, LINE 12 | PAGE 279, LINE 2 |
| PAGE 279, LINE 3 | PAGE 280, LINE 22 |
| PAGE 283, LINE 13 | PAGE 286, LINE 22 |
| PAGE 287, LINE 9 | PAGE 294, LINE 8 |
| PAGE 306, LINE 3 | PAGE 310, LINE 16 |
| PAGE 310, LINE 17 | PAGE 318, LINE 3 |
| PAGE 318, LINE 4 | PAGE 321, LINE 15 |
| PAGE 323, LINE 21 | PAGE 325, LINE 7 |
| PAGE 326, LINE 13 | PAGE 326, LINE 21 |
| PAGE 328, LINE 16 | PAGE 330, LINE 3 |
| PAGE 330, LINE 24 | PAGE 337, LINE 14 |

### TELEGLOBE, et al. v. BCE, et al.- <br> PLAINTIFFS' DEPOSITION DESIGNATIONS

| ARNOLD STEINBERG (09/15/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 337, LINE 15 | PAGE 338, LINE 24 |
| PAGE 338, LINE 25 | PAGE 339, LINE 22 |

APPENDIX 7A

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| KERRY TROUTT (06/14/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 3 | PAGE 6, LINE 5 |
| PAGE 7, LINE 13 | PAGE 7, LINE 23 |
| PAGE 20, LINE 13 | PAGE 23, LINE 7 |
| PAGE 31, LINE 14 | PAGE 36, LINE 21 |
| PAGE 38, LINE 2 | PAGE 39, LINE 2 |
| PAGE 54, LINE 3 | PAGE 54, LINE 25 |
| PAGE 58, LINE 7 | PAGE 65, LINE 7 |
| PAGE 67, LINE 19 | PAGE 77, LINE 6 |

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| MARTINE TURCOTTE (09/21/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 4, LINE 18 | PAGE 6, LINE 20 |
| PAGE 6, LINE 24 | PAGE 7, LINE 5 |
| PAGE 11, LINE 3 | PAGE 11, LINE 8 |
| PAGE 18, LINE 18 | PAGE 19, LINE 9 |
| PAGE 20, LINE 18 | PAGE 24, LINE 12 |
| PAGE 48, LINE 9 | PAGE 48, LINE 23 |
| PAGE 57, LINE 7 | PAGE 66, LINE 19 |
| PAGE 68, LINE 10 | PAGE 69, LINE 17 |
| PAGE 70, LINE 6 | PAGE 70, LINE 15 |
| PAGE 71, LINE 4 | PAGE 72, LINE 18 |
| PAGE 74, LINE 7 | PAGE 79, LINE 23 |
| PAGE 85, LINE 10 | PAGE 87, LINE 13 |
| PAGE 87, LINE 21 | PAGE 94, LINE 8 |
| PAGE 94, LINE 9 | PAGE 95, LINE 18 |
| PAGE 95, LINE 19 | PAGE 99, LINE 3 |
| PAGE 99, LINE 8 | PAGE 99, LINE 20 |
| PAGE 101, LINE 2 | PAGE 101, LINE 10 |
| PAGE 103, LINE 21 | PAGE 104, LINE 13 |
| PAGE 105, LINE 19 | PAGE 112, LINE 4 |
| PAGE 113, LINE 7 | PAGE 118, LINE 17 |
| PAGE 118, LINE 24 | PAGE 120, LINE 8 |
| PAGE 121, LINE 13 | PAGE 124, LINE 24 |
| PAGE 131, LINE 6 | PAGE 131, LINE 20 |
| PAGE 132, LINE 14 | PAGE 137, LINE 13 |
| PAGE 138, LINE 23 | PAGE 142, LINE 4 |
| PAGE 147, LINE 22 | PAGE 149, LINE 15 |
| PAGE 155, LINE 11 | PAGE 158, LINE 15 |
| PAGE 164, LINE 10 | PAGE 164, LINE 24 |
| PAGE 165, LINE 12 | PAGE 165, LINE 23 |
| PAGE 167, LINE 12 | PAGE 167, LINE 16 |
| PAGE 167, LINE 17 | PAGE 168, LINE 15 |
| PAGE 174, LINE 14 | PAGE 177, LINE 4 |
| PAGE 177, LINE 11 | PAGE 179, LINE 22 |
| PAGE 180, LINE 4 | PAGE 180, LINE 6 |
| PAGE 180, LINE 16 | PAGE 180, LINE 23 |
| PAGE 181, LINE 11 | PAGE 183, LINE 5 |
| PAGE 183, LINE 16 | PAGE 184, LINE 9 |
| PAGE 185, LINE 13 | PAGE 186, LINE 2 |
| PAGE 204, LINE 21 | PAGE 206, LINE 2 |
| PAGE 206, LINE 19 | PAGE 207, LINE 11 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| MARTINE TURCOTTE (09/21/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 207, LINE 25 | PAGE 209, LINE 4 |
| PAGE 211, LINE 2 | PAGE 213, LINE 2 |
| PAGE 214, LINE 5 | PAGE 215, LINE 12 |
| PAGE 229, LINE 11 | PAGE 229, LINE 18 |
| PAGE 229, LINE 19 | PAGE 231, LINE 14 |
| PAGE 233, LINE 7 | PAGE 234, LINE 17 |
| PAGE 236, LINE 8 | PAGE 238, LINE 16 |
| PAGE 239, LINE 20 | PAGE 241, LINE 19 |
| PAGE 241, LINE 20 | PAGE 243, LINE 9 |
| PAGE 245, LINE 21 | PAGE 246, LINE 23 |
| PAGE 249, LINE 10 | PAGE 253, LINE 9 |
| PAGE 255, LINE 24 | PAGE 272, LINE 22 |
| PAGE 280, LINE 3 | PAGE 281, LINE 24 |
| PAGE 283, LINE 14 | PAGE 284, LINE 8 |
| PAGE 287, LINE 21 | PAGE 291, LINE 12 |
| PAGE 291, LINE 18 | PAGE 295, LINE 2 |
| PAGE 297, LINE 25 | PAGE 298, LINE 2 |
| PAGE 298, LINE 11 | PAGE 299, LINE 12 |
| PAGE 300, LINE 3 | PAGE 300, LINE 13 |
| PAGE 302, LINE 25 | PAGE 305, LINE 2 |
| PAGE 305, LINE 23 | PAGE 309, LINE 8 |
| PAGE 315, LINE 13 | PAGE 318, LINE 6 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARTINE TURCOTTE (10/14/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 335, LINE 6 | PAGE 345, LINE 14 |
| PAGE 346, LINE 13 | PAGE 346, LINE 21 |
| PAGE 347, LINE 10 | PAGE 348, LINE 2 |
| PAGE 348, LINE 23 | PAGE 349, LINE 3 |
| PAGE 349, LINE 13 | PAGE 349, LINE 16 |
| PAGE 350, LINE 10 | PAGE 351, LINE 22 |
| PAGE 353, LINE 10 | PAGE 353, LINE 23 |
| PAGE 355, LINE 9 | PAGE 356, LINE 18 |
| PAGE 360, LINE 4 | PAGE 366, LINE 8 |
| PAGE 372, LINE 9 | PAGE 374, LINE 20 |
| PAGE 374, LINE 23 | PAGE 380, LINE 20 |
| PAGE 385, LINE 7 | PAGE 386, LINE 12 |
| PAGE 389, LINE 23 | PAGE 390, LINE 5 |
| PAGE 390, LINE 11 | PAGE 390, LINE 25 |
| PAGE 391, LINE 9 | PAGE 391, LINE 15 |
| PAGE 392, LINE 22 | PAGE 393, LINE 5 |
| PAGE 393, LINE 19 | PAGE 394, LINE 7 |
| PAGE 394, LINE 24 | PAGE 397, LINE 16 |
| PAGE 398, LINE 9 | PAGE 398, LINE 20 |
| PAGE 399, LINE 10 | PAGE 402, LINE 4 |
| PAGE 403, LINE 1 | PAGE 403, LINE 15 |
| PAGE 403, LINE 19 | PAGE 405, LINE 7 |
| PAGE 406, LINE 3 | PAGE 408, LINE 17 |
| PAGE 409, LINE 17 | PAGE 413, LINE 19 |
| PAGE 415, LINE 6 | PAGE, 416, LINE 2 |
| PAGE 417, LINE 4 | PAGE 422, LINE 8 |
| PAGE 425, LINE 12 | PAGE 429, LINE 1 |
| PAGE 432, LINE 6 | PAGE 433, LINE 1 |
| PAGE 433, LINE 12 | PAGE 433, LINE 25 |
| PAGE 434, LINE 13 | PAGE 434, LINE 23 |
| PAGE 438, LINE 2 | PAGE 439, LINE 13 |
| PAGE 441, LINE 13 | PAGE 442, LINE 15 |
| PAGE 444, LINE 11 | PAGE 444, LINE 13 |
| PAGE 444, LINE 24 | PAGE 445, LINE 10 |
| PAGE 445, LINE 23 | PAGE 446, LINE 11 |
| PAGE 446, LINE 18 | PAGE 446, LINE 22 |
| PAGE 447, LINE 2 | PAGE 450, LINE 19 |
| PAGE 450, LINE 25 | PAGE 454, LINE 11 |
| PAGE 454, LINE 24 | PAGE 457, LINE 6 |
| PAGE 468, LINE 5 | PAGE 468, LINE 17 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| MARTINE TURCOTTE (10/14/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 470, LINE 14 | PAGE 473, LINE 21 |
| PAGE 474, LINE 12 | PAGE 474, LINE 16 |
| PAGE 474, LINE 22 | PAGE 477, LINE 8 |
| PAGE 481, LINE 17 | PAGE 483, LINE 13 |
| PAGE 483, LINE 19 | PAGE 490, LINE 3 |
| PAGE 491, LINE 14 | PAGE 495, LINE 20 |
| PAGE 497, LINE 11 | PAGE 499, LINE 20 |
| PAGE 499, LINE 25 | PAGE 500, LINE 22 |
| PAGE 503, LINE 6 | PAGE 509, LINE 19 |
| PAGE 513, LINE 1 | PAGE 514, LINE 14 |
| PAGE 514, LINE 23 | PAGE 515, LINE 8 |
| PAGE 517, LINE 7 | PAGE 519, LINE 14 |
| PAGE 519, LINE 19 | PAGE 521, LINE 6 |
| PAGE 521, LINE 20 | PAGE 522, LINE 13 |
| PAGE 522, LINE 25 | PAGE 532, LINE 2 |
| PAGE 535, LINE 4 | PAGE 540, LINE 12 |
| PAGE 542, LINE 16 | PAGE 543, LINE 5 |
| PAGE 543, LINE 16 | PAGE 546, LINE 18 |
| PAGE 546, LINE 25 | PAGE 547, LINE 17 |
| PAGE 547, LINE 23 | PAGE 550, LINE 3 |
| PAGE 550, LINE 17 | PAGE 552, LINE 1 |
| PAGE 553, LINE 8 | PAGE 555, LINE 8 |
| PAGE 555, LINE 24 | PAGE 558, LINE 18 |
| PAGE 558, LINE 22 | PAGE 561, LINE 6 |
| PAGE 561, LINE 16 | PAGE 577, LINE 22 |
| PAGE 578, LINE 9 | PAGE 589, LINE 21 |

2

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PIERRE VAN GHELUWE (09/30/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 6, LINE 3 | PAGE 8, LINE 2 |
| PAGE 37, LINE 9 | PAGE 38, LINE 19 |
| PAGE 42, LINE 3 | PAGE 43, LINE 1 |
| PAGE 50, LINE 14 | PAGE 52, LINE 17 |
| PAGE 54, LINE 16 | PAGE 54, LINE 22 |
| PAGE 57, LINE 2 | PAGE 62, LINE 22 |
| PAGE 63, LINE 11 | PAGE 65, LINE 8 |
| PAGE 67, LINE 15 | PAGE 68, LINE 2 |
| PAGE 70, LINE 16 | PAGE 72, LINE 2 |
| PAGE 73, LINE 16 | PAGE 75, LINE 1 |
| PAGE 78, LINE 22 | PAGE 80, LINE 21 |
| PAGE 84, LINE 5 | PAGE 87, LINE 2 |
| PAGE 95, LINE 14 | PAGE 106, LINE 14 |
| PAGE 112, LINE 5 | PAGE 113, LINE 13 |
| PAGE 117, LINE 9 | PAGE 121, LINE 13 |
| PAGE 122, LINE 24 | PAGE 128, LINE 8 |
| PAGE 129, LINE 2 | PAGE 129, LINE 17 |
| PAGE 130, LINE 20 | PAGE 138, LINE 23 |
| PAGE 150, LINE 17 | PAGE 155, LINE 25 |
| PAGE 161, LINE 24 | PAGE 162, LINE 10 |
| PAGE 166, LINE 7 | PAGE 169, LINE 5 |
| PAGE 175, LINE 17 | PAGE 181, LINE 8 |
| PAGE 186, LINE 6 | PAGE 187, LINE 24 |
| PAGE 192, LINE 13 | PAGE 202, LINE 22 |
| PAGE 215, LINE 14 | PAGE 219, LINE 25 |
| PAGE 224, LINE 1 | PAGE 239, LINE 22 |
| PAGE 240, LINE 18 | PAGE 243, LINE 24 |
| PAGE 244, LINE 18 | PAGE 248, LINE 1 |
| PAGE 248, LINE 23 | PAGE 249, LINE 10 |
| PAGE 258, LINE 2 | PAGE 259, LINE 13 |
| PAGE 273, LINE 14 | PAGE 280, LINE 25 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| PIERRE VAN GHELUWE (11/30/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 295, LINE 22 | PAGE 314, LINE 12 |
| PAGE 318, LINE 23 | PAGE 320, LINE 16 |
| PAGE 321, LINE 25 | PAGE 324, LINE 15 |
| PAGE 329, LINE 10 | PAGE 333, LINE 21 |
| PAGE 335, LINE 18 | PAGE 353, LINE 12 |
| PAGE 358, LINE 23 | PAGE 360, LINE 2 |
| PAGE 362, LINE 9 | PAGE 364, LINE 4 |
| PAGE 365, LINE 12 | PAGE 371, LINE 11 |
| PAGE 376, LINE 3 | PAGE 378, LINE 4 |
| PAGE 379, LINE 7 | PAGE 383, LINE 5 |
| PAGE 386, LINE 14 | PAGE 392, LINE 5 |
| PAGE 393, LINE 10 | PAGE 406, LINE 2 |
| PAGE 407, LINE 23 | PAGE 415, LINE 17 |
| PAGE 419, LINE 24 | PAGE 426, LINE 9 |
| PAGE 429, LINE 20 | PAGE 439, LINE 2 |
| PAGE 443, LINE 15 | PAGE 462, LINE 25 |
| PAGE 469, LINE 12 | PAGE 471, LINE 2 |
| PAGE 480, LINE 11 | PAGE 489, LINE 11 |
| PAGE 491, LINE 13 | PAGE 515, LINE 15 |
| PAGE 517, LINE 9 | PAGE 525, LINE 25 |
| PAGE 528, LINE 25 | PAGE 538, LINE 17 |
| PAGE 539, LINE 18 | PAGE 545, LINE 12 |
| PAGE 566, LINE 7 | PAGE 573, LINE 7 |

APPENDIX 7A

## TELEGLOBE, et al. v. BCE, et al.-
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| SIIM VANASELJA (08/25/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 18 | PAGE 21, LINE 9 |
| PAGE 21, LINE 25 | PAGE 24, LINE 5 |
| PAGE 24, LINE 20 | PAGE 38, LINE 15 |
| PAGE 39, LINE 12 | PAGE 55, LINE 25 |
| PAGE 57, LINE 12 | PAGE 109, LINE 20 |
| PAGE 110, LINE 2 | PAGE 164, LINE 6 |
| PAGE 164, LINE 21 | PAGE 267, LINE 10 |
| PAGE 281, LINE 2 | PAGE 291, LINE 21 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| SIMM VANASELJA (08/26/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 301, LINE 2 | PAGE 343, LINE 5 |
| PAGE 343, LINE 9 | PAGE 349, LINE 24 |
| PAGE 350, LINE 10 | PAGE 357, LINE 14 |
| PAGE 361, LINE 11 | PAGE 392, LINE 25 |
| PAGE 395, LINE 12 | PAGE 408, LINE 21 |
| PAGE 409, LINE 8 | PAGE 469, LINE 17 |
| PAGE 470, LINE 2 | PAGE 533, LINE 9 |
| PAGE 533, LINE 18 | PAGE 548, LINE 8 |
| PAGE 548, LINE 23 | PAGE 557, LINE 12 |
| PAGE 558, LINE 20 | PAGE 570, LINE 24 |
| PAGE 571, LINE 9 | PAGE 572, LINE 23 |

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| STEWART VERGE (07/22/05) | |
| --- | --- |
| **FROM** | **TO** |
| PAGE 4, LINE 13 | PAGE 4, LINE 21 |
| PAGE 6, LINE 5 | PAGE 6, LINE 10 |
| PAGE 10, LINE 9 | PAGE 15, LINE 15 |
| PAGE 16, LINE 25 | PAGE 18, LINE 11 |
| PAGE 18, LINE 12 | PAGE 18, LINE 23 |
| PAGE 18, LINE 24 | PAGE 21, LINE 8 |
| PAGE 22, LINE 23 | PAGE 23, LINE 7 |
| PAGE 23, LINE 8 | PAGE 23, LINE 12 |
| PAGE 23, LINE 13 | PAGE 24, LINE 3 |
| PAGE 24, LINE 4 | PAGE 24, LINE 8 |
| PAGE 24, LINE 9 | PAGE 24, LINE 15 |
| PAGE 24, LINE 16 | PAGE 26, LINE 7 |
| PAGE 27, LINE 8 | PAGE 28, LINE 8 |
| PAGE 33, LINE 16 | PAGE 33, LINE 25 |
| PAGE 44, LINE 3 | PAGE 53, LINE 24 |
| PAGE 54, LINE 11 | PAGE 57, LINE 17 |
| PAGE 57, LINE 22 | PAGE 58, LINE 8 |
| PAGE 64, LINE 3 | PAGE 64, LINE 6 |
| PAGE 64, LINE 7 | PAGE 64, LINE 9 |
| PAGE 64, LINE 10 | PAGE 64, LINE 14 |
| PAGE 64, LINE 19 | PAGE 64, LINE 23 |
| PAGE 64, LINE 24 | PAGE 65, LINE 6 |
| PAGE 65, LINE 19 | PAGE 66, LINE 20 |
| PAGE 66, LINE 21 | PAGE 67, LINE 2 |
| PAGE 67, LINE 3 | PAGE 68, LINE 4 |
| PAGE 68, LINE 5 | PAGE 68, LINE 11 |
| PAGE 68, LINE 14 | PAGE 69, LINE 2 |
| PAGE 69, LINE 3 | PAGE 69, LINE 19 |
| PAGE 69, LINE 19 | PAGE 70, LINE 4 |
| PAGE 70, LINE 5 | PAGE 70, LINE 13 |
| PAGE 72, LINE 19 | PAGE 72, LINE 21 |
| PAGE 73, LINE 6 | PAGE 73, LINE 15 |
| PAGE 73, LINE 16 | PAGE 74, LINE 2 |
| PAGE 74, LINE 3 | PAGE 74, LINE 9 |
| PAGE 74, LINE 17 | PAGE 75, LINE 7 |
| PAGE 76, LINE 14 | PAGE 80, LINE 6 |
| PAGE 80, LINE 7 | PAGE 80, LINE 14 |
| PAGE 80, LINE 15 | PAGE 81, LINE 4 |
| PAGE 81, LINE 23 | PAGE 82, LINE 15 |
| PAGE 82, LINE 16 | PAGE 82, LINE 24 |

1

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| STEWART VERGE (07/22/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 82, LINE 25 | PAGE 83, LINE 8 |
| PAGE 84, LINE 13 | PAGE 84, LINE 24 |
| PAGE 84, LINE 25 | PAGE 88, LINE 9 |
| PAGE 89, LINE 3 | PAGE 90, LINE 2 |
| PAGE 91, LINE 13 | PAGE 93, LINE 20 |
| PAGE 95, LINE 16 | PAGE 96, LINE 5 |
| PAGE 97, LINE 10 | PAGE 97, LINE 25 |
| PAGE 101, LINE 18 | PAGE 102, LINE 4 |
| PAGE 104, LINE 21 | PAGE 104, LINE 25 |
| PAGE 105, LINE 2 | PAGE 107, LINE 6 |
| PAGE 107, LINE 10 | PAGE 107, LINE 21 |
| PAGE 110, LINE 9 | PAGE 112, LINE 10 |
| PAGE 113, LINE 17 | PAGE 114, LINE 6 |
| PAGE 125, LINE 9 | PAGE 126, LINE 9 |
| PAGE 126, LINE 18 | PAGE 127, LINE 5 |
| PAGE 127, LINE 6 | PAGE 127, LINE 25 |
| PAGE 128, LINE 10 | PAGE 128, LINE 23 |
| PAGE 130, LINE 19 | PAGE 130, LINE 23 |
| PAGE 130, LINE 24 | PAGE 131, LINE 17 |
| PAGE 131, LINE 18 | PAGE 133, LINE 22 |
| PAGE 133, LINE 23 | PAGE 134, LINE 25 |
| PAGE 136, LINE 18 | PAGE 137, LINE 17 |
| PAGE 137, LINE 22 | PAGE 138, LINE 12 |
| PAGE 144, LINE 6 | PAGE 144, LINE 22 |
| PAGE 145, LINE 19 | PAGE 147, LINE 4 |
| PAGE 154, LINE 20 | PAGE 155, LINE 20 |
| PAGE 158, LINE 16 | PAGE 160, LINE 2 |
| PAGE 160, LINE 20 | PAGE 162, LINE 16 |
| PAGE 162, LINE 17 | PAGE 171, LINE 4 |
| PAGE 172, LINE 9 | PAGE 173, LINE 12 |
| PAGE 173, LINE 20 | PAGE 174, LINE 4 |
| PAGE 174, LINE 5 | PAGE 175, LINE 9 |
| PAGE 175, LINE 22 | PAGE 176, LINE 4 |
| PAGE 176, LINE 5 | PAGE 176, LINE 8 |
| PAGE 176, LINE 9 | PAGE 178, LINE 7 |
| PAGE 178, LINE 8 | PAGE 180, LINE 3 |
| PAGE 180, LINE 4 | PAGE 180, LINE 10 |
| PAGE 180, LINE 11 | PAGE 180, LINE 22 |
| PAGE 180, LINE 23 | PAGE 181, LINE 8 |
| PAGE 181, LINE 9 | PAGE 181, LINE 19 |

TELEGLOBE, et al. v. BCE, et al.-
PLAINTIFFS' DEPOSITION DESIGNATIONS

| STEWART VERGE (07/22/05) | |
|---|---|
| FROM | TO |
| PAGE 186, LINE 11 | PAGE 187, LINE 18 |
| PAGE 187, LINE 20 | PAGE 188, LINE 8 |
| PAGE 190, LINE 4 | PAGE 190, LINE 23 |
| PAGE 190, LINE 24 | PAGE 191, LINE 6 |
| PAGE 191, LINE 7 | PAGE 191, LINE 22 |
| PAGE 196, LINE 16 | PAGE 203, LINE 23 |
| PAGE 226, LINE 24 | PAGE 227, LINE 15 |
| PAGE 227, LINE 21 | PAGE 227, LINE 25 |
| PAGE 228, LINE 25 | PAGE 230, LINE 12 |
| PAGE 231, LINE 9 | PAGE 231, LINE 21 |
| PAGE 231, LINE 22 | PAGE 232, LINE 18 |
| PAGE 232, LINE 19 | PAGE 234, LINE 6 |
| PAGE 239, LINE 17 | PAGE 242, LINE 15 |
| PAGE 243, LINE 24 | PAGE 246, LINE 10 |
| PAGE 246, LINE 11 | PAGE 247, LINE 2 |
| PAGE 247, LINE 3 | PAGE 248, LINE 18 |
| PAGE 248, LINE 20 | PAGE 249, LINE 5 |
| PAGE 249, LINE 5 | PAGE 250, LINE 8 |
| PAGE 250, LINE 9 | PAGE 250, LINE 14 |
| PAGE 250, LINE 15 | PAGE 250, LINE 25 |
| PAGE 251, LINE 2 | PAGE 251, LINE 13 |
| PAGE 251, LINE 14 | PAGE 252, LINE 7 |
| PAGE 252, LINE 8 | PAGE 257, LINE 3 |
| PAGE 257, LINE 4 | PAGE 257, LINE 20 |
| PAGE 257, LINE 21 | PAGE 258, LINE 12 |
| PAGE 258, LINE 13 | PAGE 259, LINE 2 |
| PAGE 259, LINE 3 | PAGE 261, LINE 20 |
| PAGE 261, LINE 21 | PAGE 262, LINE 17 |
| PAGE 268, LINE 23 | PAGE 272, LINE 9 |
| PAGE 272, LINE 10 | PAGE 273, LINE 12 |
| PAGE 275, LINE 15 | PAGE 276, LINE 9 |
| PAGE 276, LINE 10 | PAGE 276, LINE 13 |
| PAGE 276, LINE 14 | PAGE 276, LINE 24 |
| PAGE 276, LINE 25 | PAGE 277, LINE 25 |
| PAGE 278, LINE 1 | PAGE 279, LINE 5 |
| PAGE 280, LINE 15 | PAGE 280, LINE 22 |

APPENDIX 7A

**TELEGLOBE, et al. v. BCE, et al.-**
**PLAINTIFFS' DEPOSITION DESIGNATIONS**

| GEORGE WALKER (06/24/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 3, LINE 8 | PAGE 9, LINE 6 |
| PAGE 9, LINE 14 | PAGE 12, LINE 12 |
| PAGE 12, LINE 23 | PAGE 14, LINE 20 |
| PAGE 16, LINE 18 | PAGE 18, LINE 4 |
| PAGE 19, LINE 19 | PAGE 23, LINE 12 |
| PAGE 31, LINE 14 | PAGE 32, LINE 14 |
| PAGE 33, LINE 2 | PAGE 33, LINE 20 |
| PAGE 36, LINE 4 | PAGE 37, LINE 5 |
| PAGE 38, LINE 4 | PAGE 40, LINE 25 |
| PAGE 41, LINE 22 | PAGE 42, LINE 7 |
| PAGE 42, LINE 19 | PAGE 43, LINE 8 |
| PAGE 43, LINE 21 | PAGE 44, LINE 11 |
| PAGE 45, LINE 17 | PAGE 46, LINE 17 |
| PAGE 52, LINE 13 | PAGE 52, LINE 20 |
| PAGE 54, LINE 19 | PAGE 57, LINE 21 |
| PAGE 59, LINE 9 | PAGE 60, LINE 23 |
| PAGE 76, LINE 9 | PAGE 104, LINE 15 |
| PAGE 105, LINE 6 | PAGE 105, LINE 14 |
| PAGE 106, LINE 22 | PAGE 109, LINE 7 |
| PAGE 112, LINE 7 | PAGE 112, LINE 23 |
| PAGE 127, LINE 17 | PAGE 136, LINE 20 |
| PAGE 139, LINE 8 | PAGE 177, LINE 3 |
| PAGE 181, LINE 24 | PAGE 184, LINE 23 |
| PAGE 187, LINE 20 | PAGE 214, LINE 10 |