# APPENDIX 7B

## DEFENDANTS' DEPOSITION DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| William Anderson<br><br>August 16, 2005 | 08:05 | 08:12 |
| | 36:21 | 37:15 |
| | 86:07 | 86:21 |
| | 159:04 | 160:25 |
| | 176:12 | 178:13 |
| | 183:15 | 185:11 |
| | 186:04 | 186:21 |
| | 187:06 | 189:12 |
| | 189:20 | 191:04 |
| | 191:11 | 192:02 |
| | 193:12 | 195:04 |
| | 195:21 | 196:13 |
| | 198:04 | 199:21 |
| | 200:09 | 201:18 |
| | 205:03 | 205:21 |
| | 206:19 | 207:13 |
| | 214:04 | 215:11 |
| | 227:18 | 230:12 |
| | 230:15 | 233:09 |
| | 242:07 | 243:14 |
| | 247:03 | 248:09 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| William Anderson (cont.) | 248:23 | 248:23 |
| August 16, 2005 | 249:15 | 250:25 |
| Yves Bergeron | 32:20 | 34:22 |
| November 29, 2005 | 35:01 | 35:01 |
| | 60:22 | 60:25 |
| | 64:11 | 65:03 |
| | 65:18 | 66:08 |
| | 66:11 | 66:24 |
| | 73:20 | 74:18 |
| | 75:04 | 75:08 |
| | 75:11 | 76:12 |
| | 77:16 | 78:09 |
| | 78:15 | 79:05 |
| | 80:01 | 80:09 |
| | 84:05 | 84:10 |
| | 84:15 | 86:07 |
| | 86:13 | 86:16 |
| | 87:03 | 87:05 |
| | 87:08 | 88:17 |
| | 97:15 | 97:23 |
| | 98:05 | 98:25 |

2

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Yves Bergeron (cont.)<br><br>November 29, 2005 | 100:10 | 101:05 |
| | 102:01 | 102:17 |
| | 104:03 | 104:14 |
| | 113:13 | 113:25 |
| | 114:02 | 114:14 |
| | 114:16 | 114:24 |
| | 115:03 | 115:09 |
| | 115:14 | 115:22 |
| | 115:24 | 116:02 |
| Kerry Brouk<br><br>October 24, 2005 | 78:25 | 79:18 |
| | 80:07 | 82:06 |
| | 84:08 | 84:21 |
| | 93:18 | 94:20 |
| | 95:02 | 95:04 |
| | 95:11 | 96:09 |
| | 96:11 | 97:08 |
| | 97:13 | 97:25 |
| | 98:06 | 100:02 |
| | 100:15 | 100:20 |
| | 105:03 | 105:05 |
| | 105:08 | 106:22 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Kerry Brouk (cont.)<br><br>October 24, 2005 | 107:25 | 108:15 |
| | 109:02 | 109:09 |
| | 123:03 | 124:10 |
| | 174:15 | 174:25 |
| | 175:24 | 176:09 |
| | 176:12 | 176:18 |
| John Brunette<br><br>October 20, 2005 | 08:20 | 10:06 |
| | 11:15 | 11:24 |
| | 12:04 | 13:12 |
| | 13:20 | 14:05 |
| | 14:09 | 14:16 |
| | 14:24 | 16:19 |
| | 18:08 | 22:07 |
| | 22:15 | 24:12 |
| | 24:24 | 25:17 |
| | 25:25 | 26:12 |
| | 26:16 | 28:13 |
| | 28:18 | 31:02 |
| | 31:10 | 31:20 |
| | 33:01 | 35:23 |
| | 36:20 | 37:25 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| John Brunette (cont.) | 38:02 | 39:04 |
|---|---|---|
| October 20, 2005 | 39:13 | 40:09 |
| | 42:17 | 45:21 |
| | 46:07 | 47:02 |
| | 47:18 | 52:19 |
| | 53:02 | 55:04 |
| | 58:13 | 63:02 |
| | 64:02 | 67:12 |
| | 68:09 | 69:16 |
| | 70:06 | 70:12 |
| | 70:21 | 71:13 |
| | 72:19 | 73:05 |
| | 73:10 | 74:07 |
| | 75:04 | 78:04 |
| | 78:12 | 79:05 |
| | 79:09 | 79:12 |
| | 79:17 | 80:01 |
| | 83:25 | 85:16 |
| | 86:05 | 86:09 |
| | 87:05 | 87:16 |
| | 88:09 | 89:03 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont.)<br><br>October 20, 2005 | 89:13 | 90:19 |
| | 91:13 | 93:05 |
| | 97:02 | 97:15 |
| | 98:13 | 98:20 |
| | 106:03 | 107:20 |
| | 109:02 | 109:21 |
| | 110:01 | 110:07 |
| | 113:16 | 113:20 |
| | 114:02 | 114:06 |
| | 114:09 | 114:17 |
| | 114:21 | 116:04 |
| | 116:06 | 116:21 |
| | 117:09 | 118:03 |
| | 118:12 | 118:19 |
| | 120:02 | 120:14 |
| | 121:06 | 121:10 |
| | 123:11 | 123:18 |
| | 123:24 | 125:09 |
| | 129:06 | 132:03 |
| | 132:15 | 132:25 |
| | 133:04 | 134:23 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont.) | 135:22 | 135:24 |
| October 20, 2005 | 136:14 | 136:18 |
| | 136:20 | 137:12 |
| | 137:14 | 138:04 |
| | 138:07 | 138:09 |
| | 138:15 | 138:23 |
| | 143:06 | 143:11 |
| | 144:08 | 149:03 |
| | 149:06 | 154:11 |
| | 156:14 | 156:23 |
| | 157:15 | 157:20 |
| | 157:25 | 159:05 |
| | 159:13 | 160:22 |
| | 161:04 | 163:14 |
| | 164:10 | 165:17 |
| | 166:07 | 170:15 |
| | 170:24 | 171:02 |
| | 171:04 | 173:13 |
| | 174:09 | 176:20 |
| | 177:08 | 177:15 |
| | 177:22 | 178:24 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont.) October 20, 2005 | 179:01 | 179:13 |
| | 180:08 | 181:05 |
| | 182:01 | 182:21 |
| | 183:03 | 185:13 |
| | 186:24 | 187:06 |
| | 188:16 | 189:14 |
| | 190:16 | 190:23 |
| | 191:07 | 191:19 |
| | 192:19 | 193:04 |
| | 193:11 | 193:15 |
| | 194:01 | 194:13 |
| | 194:19 | 195:20 |
| | 196:03 | 196:18 |
| | 200:22 | 202:20 |
| | 207:01 | 207:03 |
| John Brunette October 21, 2005 | 216:03 | 217:08 |
| | 219:05 | 220:18 |
| | 220:22 | 221:23 |
| | 222:05 | 225:07 |
| | 225:14 | 226:18 |
| | 226:21 | 227:12 |
| | 228:23 | 230:08 |
| | 230:14 | 231:15 |
| | 232:15 | 233:03 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont.)<br><br>October 21, 2005 | 234:19 | 236:23 |
| | 241:12 | 242:09 |
| | 243:07 | 243:14 |
| | 243:16 | 244:05 |
| | 244:09 | 245:22 |
| | 245:25 | 247:12 |
| | 248:11 | 249:08 |
| | 249:19 | 250:22 |
| | 253:13 | 253:23 |
| | 261:14 | 263:08 |
| | 263:15 | 265:10 |
| | 267:11 | 269:10 |
| | 270:17 | 271:25 |
| | 273:02 | 273:07 |
| | 273:24 | 274:21 |
| | 275:03 | 275:07 |
| | 300:04 | 300:12 |
| | 304:03 | 306:25 |
| | 307:19 | 308:14 |
| | 308:20 | 309:08 |
| | 311:01 | 313:09 |
| | 314:03 | 314:23 |
| | 315:19 | 315:21 |
| | 316:12 | 318:14 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont ) | 318:23 | 319:07 |
| October 21, 2005 | 319:11 | 323:19 |
| | 324:07 | 325:08 |
| | 328:22 | 329:25 |
| | 330:18 | 331:09 |
| | 347:24 | 354:06 |
| | 357:15 | 358:06 |
| | 362:22 | 363:05 |
| | 364:15 | 365:11 |
| | 366:18 | 367:11 |
| | 367:21 | 367:25 |
| | 371:22 | 371:25 |
| | 373:20 | 373:25 |
| | 374:03 | 374:11 |
| | 375:01 | 375:18 |
| | 376:18 | 378:01 |
| | 378:14 | 378:18 |
| | 379:07 | 379:07 |
| | 379:10 | 379:11 |
| | 381:24 | 382:10 |
| | 382:14 | 383:12 |
| | 384:11 | 386:15 |
| | 388:21 | 391:06 |
| | 391:15 | 392:01 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| John Brunette (cont.)<br><br>October 21, 2005 | 393:04 | 394:13 |
| | 394:22 | 395:18 |
| | 396:09 | 396:25 |
| | 398:03 | 398:15 |
| James Callaway<br><br>November 3, 2005 | 23:11 | 23:18 |
| | 24:15 | 25:06 |
| | 26:03 | 26:06 |
| | 26:21 | 26:23 |
| | 27:13 | 28:15 |
| | 28:18 | 29:07 |
| | 29:25 | 30:09 |
| | 31:03 | 31:06 |
| | 31:24 | 32:07 |
| | 38:19 | 38:22 |
| Charles Childers<br><br>November 22, 2005 | 09:03 | 09:06 |
| | 14:05 | 14:13 |
| | 16:23 | 17:10 |
| | 19:03 | 24:10 |
| | 25:21 | 29:10 |
| | 32:10 | 32:19 |
| | 33:05 | 35:13 |
| | 35:18 | 37:03 |
| | 39:12 | 48:09 |
| | 49:18 | 52:03 |

APPENDIX 7B

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Charles Childers (cont.)<br><br>November 22, 2005 | 52:15 | 54:18 |
| | 55:24 | 58:16 |
| | 59:02 | 64:07 |
| | 64:20 | 66:13 |
| | 68:14 | 72:21 |
| | 75:03 | 75:17 |
| | 77:12 | 79:05 |
| | 80:20 | 82:22 |
| | 88:13 | 88:25 |
| | 91:19 | 92:23 |
| | 93:09 | 94:25 |
| | 104:23 | 107:06 |
| | 121:16 | 125:16 |
| | 126:04 | 127:21 |
| | 130:19 | 131:05 |
| | 133:01 | 134:03 |
| | 134:08 | 135:15 |
| | 140:03 | 141:10 |
| | 141:22 | 142:12 |
| | 144:07 | 147:06 |
| | 148:02 | 148:13 |
| | 149:03 | 159:15 |
| | 160:15 | 164:07 |
| | 165:23 | 168:01 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Charles Childers (cont.)<br><br>November 22, 2005 | 168:19 | 169:12 |
| | 171:04 | 172:03 |
| Cynthia Eakin<br><br>September 16, 2005 | 11:12 | 11:25 |
| | 14:12 | 16:01 |
| | 19:12 | 20:02 |
| | 21:14 | 22:10 |
| | 25:07 | 26:18 |
| | 36:09 | 38:02 |
| | 46:02 | 46:24 |
| | 48:09 | 50:07 |
| | 50:23 | 52:13 |
| | 52:24 | 53:19 |
| | 54:14 | 55:09 |
| | 55:23 | 57:06 |
| | 57:15 | 59:20 |
| | 60:05 | 61:09 |
| | 61:17 | 63:21 |
| | 64:10 | 66:08 |
| | 68:21 | 70:18 |
| | 71:01 | 74:23 |
| | 75:06 | 75:13 |
| | 76:20 | 77:17 |
| | 78:17 | 80:15 |
| | 81:05 | 84:11 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Cynthia Eakin (cont.) | 84:13 | 84:20 |
| September 16, 2005 | 85:08 | 90:17 |
| | 91:06 | 92:17 |
| | 93:09 | 93:25 |
| | 103:09 | 103:13 |
| | 113:22 | 114:08 |
| | 116:03 | 117:14 |
| | 118:02 | 121:14 |
| | 143:07 | 144:02 |
| | 147:20 | 148:23 |
| | 150:06 | 151:08 |
| | 155:11 | 155:13 |
| | 158:07 | 158:19 |
| | 159:10 | 159:25 |
| | 164:11 | 165:16 |
| | 166:20 | 167:03 |
| | 167:11 | 167:24 |
| | 168:20 | 169:23 |
| | 176:09 | 176:20 |
| James Kahan | 25:21 | 27:07 |
| November 3, 2005 | 36:19 | 36:22 |
| Andrea LeBlanc | 15:16 | 16:14 |
| October 19, 2005 | 17:06 | 17:09 |
| | 17:12 | 17:14 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Andrea LeBlanc (cont.)<br><br>October 19, 2005 | 17:24 | 18:13 |
| | 41:10 | 41:15 |
| | 41:17 | 41:25 |
| | 42:02 | 42:11 |
| | 43:06 | 43:09 |
| | 43:11 | 43:22 |
| | 43:24 | 44:13 |
| | 44:15 | 45:05 |
| | 46:08 | 46:17 |
| | 98:10 | 98:25 |
| | 99:02 | 99:05 |
| | 99:14 | 99:24 |
| | 102:21 | 102:22 |
| | 102:23 | 103:18 |
| | 103:20 | 104:03 |
| | 105:03 | 105:11 |
| | 105:13 | 105:19 |
| | 105:21 | 105:23 |
| | 107:07 | 107:19 |
| | 109:03 | 109:06 |
| | 114:07 | 114:11 |
| | 114:23 | 115:03 |
| | 115:05 | 115:08 |
| | 134:15 | 135:02 |

# DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Andrea LeBlanc (cont.) October 19, 2005 | 138:10 | 138:21 |
| | 139:06 | 139:11 |
| | 139:22 | 139:23 |
| | 139:25 | 140:15 |
| | 140:17 | 141:11 |
| | 141:19 | 142:05 |
| Monica Lewis November 21, 2005 | 75:15 | 76:04 |
| | 77:06 | 78:08 |
| | 80:21 | 82:16 |
| | 83:05 | 83:14 |
| | 84:01 | 84:03 |
| Bruce Milla August 18, 2005 | 139:09 | 140:04 |
| | 140:11 | 140:25 |
| | 141:17 | 142:01 |
| | 142:19 | 142:21 |
| | 143:11 | 143:17 |
| | 143:25 | 144:05 |
| | 145:03 | 147:15 |
| | 147:19 | 149:05 |
| | 157:06 | 157:23 |
| | 162:03 | 163:08 |
| | 165:22 | 166:18 |
| Jim Millstein January 25, 2006 | 06:14 | 06:17 |
| | 07:16 | 14:02 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Jim Millstein (cont.)<br><br>January 25, 2006 | 17:03 | 18:09 |
| | 18:12 | 27:20 |
| | 27:21 | 43:16 |
| | 44:03 | 51:13 |
| | 50:21 | 52:12 |
| | 53:18 | 60:23 |
| | 62:20 | 63:18 |
| | 65:23 | 66:02 |
| | 66:25 | 69:14 |
| | 71:03 | 74:22 |
| | 74:23 | 77:24 |
| | 77:25 | 80:23 |
| | 81:03 | 96:19 |
| | 99:20 | 103:12 |
| | 103:13 | 104:21 |
| | 105:13 | 107:13 |
| | 108:07 | 108:25 |
| | 111:06 | 111:14 |
| | 112:19 | 113:12 |
| | 113:13 | 113:25 |
| | 115:04 | 116:23 |
| | 117:07 | 117:08 |
| | 119:19 | 120:16 |
| | 121:18 | 121:25 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Jim Millstein (cont.)<br><br>January 25, 2006 | 124:05 | 124:21 |
| | 127:11 | 127:20 |
| | 129:25 | 130:19 |
| | 132:03 | 132:14 |
| | 144:22 | 146:04 |
| | 146:24 | 151:10 |
| | 168:09 | 168:22 |
| | 170:23 | 171:02 |
| | 176:11 | 176:19 |
| | 181:16 | 182:25 |
| | 185:25 | 187:11 |
| | 187:20 | 188:19 |
| | 190:13 | 192:23 |
| | 192:24 | 194:06 |
| | 194:12 | 195:05 |
| | 195:21 | 196:10 |
| | 213:05 | 214:20 |
| | 221:12 | 222:06 |
| | 222:16 | 223:02 |
| | 223:07 | 224:09 |
| | 224:24 | 225:15 |
| Michael Neuman<br><br>October 28, 2005 | 05:09 | 05:22 |
| | 06:20 | 07:03 |
| | 07:19 | 08:05 |

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Michael Neuman (cont.)<br><br>October 28, 2005 | 08:07 | 08:14 |
| | 41:14 | 51:23 |
| | 52:15 | 56:02 |
| | 56:15 | 57:04 |
| | 59:12 | 60:10 |
| Peter Nicholson<br><br>July 8, 2006 | 231:22 | 232:23 |
| Daniel Snyder<br><br>August 23, 2005 | 28:13 | 28:17 |
| | 28:19 | 28:24 |
| | 29:01 | 29:12 |
| | 30:14 | 31:08 |
| | 33:02 | 34:21 |
| | 35:25 | 36:18 |
| | 38:15 | 38:25 |
| | 40:16 | 40:19 |
| | 40:22 | 41:01 |
| | 41:04 | 41:05 |
| | 44:11 | 45:06 |
| | 45:10 | 47:03 |
| | 47:06 | 47:24 |
| | 48:06 | 48:12 |
| | 48:14 | 48:20 |
| | 49:04 | 49:08 |
| | 49:10 | 49:17 |

**APPENDIX 7B**

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Daniel Snyder (cont.)<br><br>August 23, 2005 | 51:07 | 52:12 |
| | 51:21 | 51:02 |
| | 57:01 | 57:03 |
| | 57:06 | 57:10 |
| | 57:14 | 58:02 |
| | 58:06 | 58:16 |
| | 58:18 | 58:21 |
| | 58:23 | 58:24 |
| | 60:01 | 60:06 |
| | 60:10 | 61:22 |
| | 61:24 | 61:25 |
| | 62:20 | 62:25 |
| | 63:04 | 63:09 |
| | 64:18 | 64:19 |
| | 64:21 | 64:22 |
| | 66:06 | 66:10 |
| | 66:12 | 66:13 |
| | 66:15 | 66:21 |
| | 66:23 | 66:25 |
| | 67:02 | 67:04 |
| | 67:06 | 68:12 |
| | 68:14 | 68:16 |
| | 68:18 | 68:24 |
| | 69:01 | 69:02 |

APPENDIX 7B

APPENDIX 7B

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Daniel Snyder (cont.)<br><br>August 23, 2005 | 69:04 | 69:08 |
| | 69:10 | 69:10 |
| | 76:13 | 76:14 |
| | 76:16 | 76:16 |
| | 76:18 | 76:20 |
| | 76:22 | 76:22 |
| | 78:01 | 78:02 |
| | 78:04 | 78:04 |
| | 82:09 | 82:13 |
| | 82:23 | 83:12 |
| | 84:07 | 84:24 |
| | 85:02 | 85:03 |
| | 85:14 | 85:15 |
| | 85:20 | 86:14 |
| | 87:03 | 87:15 |
| | 87:20 | 88:08 |
| | 88:10 | 88:11 |
| | 88:18 | 88:22 |
| | 89:09 | 89:22 |
| | 89:24 | 89:25 |
| | 91:01 | 91:20 |
| | 91:22 | 91:24 |
| | 95:18 | 96:14 |
| | 96:17 | 96:19 |

APPENDIX 7B

APPENDIX 7B

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Daniel Snyder (cont )<br><br>August 23, 2005 | 105:05 | 105:23 |
| | 106:13 | 106:19 |
| | 106:21 | 106:22 |
| | 106:24 | 106:25 |
| | 107:02 | 107:03 |
| | 107:05 | 107:06 |
| | 107:08 | 107:09 |
| | 110:02 | 110:13 |
| | 110:19 | 111:08 |
| | 113:10 | 113:18 |
| | 113:25 | 114:23 |
| | 114:25 | 115:01 |
| | 115:03 | 115:06 |
| | 116:02 | 116:03 |
| | 116:06 | 116:13 |
| | 121:06 | 121:11 |
| | 121:22 | 121:24 |
| | 122:01 | 122:03 |
| | 122:15 | 122:19 |
| | 131:25 | 132:01 |
| | 132:03 | 132:12 |
| | 132:14 | 132:21 |
| | 133:07 | 133:15 |
| | 133:17 | 133:19 |

APPENDIX 7B

## DEFENDANTS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Daniel Snyder (cont.)<br><br>August 23, 2005 | 133:21 | 133:23 |
| | 150:09 | 152:05 |
| | 153:25 | 154:08 |
| | 156:01 | 156:04 |
| | 156:11 | 156:22 |
| Pierre Van Gheluwe<br><br>September 30, 2005 | 87:03 | 88:14 |
| | 202:23 | 215:13 |
| Pierre Van Gheluwe<br><br>November 30, 2005 | 299:15 | 299:22 |
| | 333:22 | 335:17 |
| | 353:13 | 353:25 |
| | 424:23 | 425:24 |
| | 449:18 | 450:02 |
| | 500:13 | 501:17 |
| | 508:21 | 509:25 |
| | 514:14 | 515:03 |
| | 570:06 | 570:24 |

APPENDIX 7B