IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION *et al.*, | Chapter 11 Jointly Administered |
| Debtors. | Bankr. Case No. 02-11518 (MFW) |
| TELEGLOBE USA INC. *et al.*, | Civ. Action No. 04-1266 (SLR) |
| Plaintiffs, v. | **NOTICE OF APPEAL** |
| BCE INC. *et al.*, | |
| Defendants. | |

Notice is hereby given that BCE Inc., Michael T. Boychuk, Marc A. Bouchard, Serge Fortin, Terence J. Jarman, Stewart Verge, Jean C. Monty, Richard J. Currie, Thomas Kierans, Stephen P. Skinner, and H. Arnold Steinberg, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's order [D.I. 280] affirming the decision of a special master, which order was entered in this action on June 2, 2006, and from all prior decisions and rulings howsoever denominated that merged into that order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600

-and-

SHEARMAN & STERLING LLP
Stuart J. Baskin
George J. Wade
Jaculin Aaron
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

-and-

SHEARMAN & STERLING LLP
Stephen J. Marzen
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634

*Attorneys for Defendants*

Dated: June 5, 2006