IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :
TELEGLOBE COMMUNICATIONS                                       :     Jointly Administered
CORPORATION, et al.,                                           :     Case No. 02-11518 (MFW)
                                                               :
                       Debtors.                                :
---------------------------------------------------------------x
                                                               :
TELEGLOBE COMMUNICATIONS                                       :
CORPORATION, et al.,[1]                                        :
                                                               :
                       Plaintiffs,                             :
                                                               :
        v.                                                     :     C.A. No. 04-CV-1266 (SLR)
                                                               :
BCE INC., MICHAEL T. BOYCHUK,                                  :
MARC A. BOUCHARD, SERGE FORTIN,                                :
TERENCE J. JARMAN, STEWART VERGE,                              :
JEAN C. MONTY, RICHARD J. CURRIE,                              :
THOMAS KIERANS, STEPHEN P. SKINNER,                            :
and H. ARNOLD STEINBERG,                                       :
                                                               :
                       Defendants.                             :
---------------------------------------------------------------x

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED EXHIBITS

In accordance with the Proposed Pretrial Order [D.I. 279], Defendants hereby object to Plaintiffs' proposed exhibits as identified and on the bases set forth in the attached Exhibit A, which refers to Appendix 4A of the Proposed Pretrial Order.

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

Dated: Wilmington, Delaware
June 5, 2006

| | |
|---|---|
| SHEARMAN & STERLING LLP<br>Stuart J. Baskin<br>George J. Wade<br>Jaculin Aaron<br>Daniel Schimmel<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Facsimile: (212) 848-7179 | /s/ Margaret Whiteman<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Pauline K. Morgan (No. 3650)<br>Margaret B. Whiteman (No. 4652)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Defendants |