**Exhibit A**

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX001 | Representations letter from Teleglobe Inc to Deloitte & Touche re: Fourth Quarter 2001 interim financial statements | 1/23/2002 | R.2004-BCE012160 | R.2004-BCE012163 | Y | 105, 802 |
| PX002 | Representations letter from Teleglobe Inc to Deloitte & Touche re: 2001 year-end financial statements (original version) | 2/27/2002 | R.2004-BCE012151 | R.2004-BCE012157 | Y | 105, 802 |
| PX003 | Memo from S Skinner to M Lalande et al., re: Management representation letters for BCE & TGO (w/ handwritten note, "April ?") | 3/3/2002 | BCE-AD 0365812 | BCE-AD 0365812 | N | |
| PX004 | Memo from S. Skinner to J. Monty re: follow-up on Deloitte & Touche representations letters | 3/20/2002 | BCE-AD 0368215 | BCE-AD 0368215 | Y | 901, 802, 105 |
| PX005 | Email from S. Skinner to M Ryan, et al., re: Teleglobe rep letter 4:42 PM | 4/8/2002 | BCE-AD 0372595 | BCE-AD 0372595 | N | |
| PX006 | Representations letter from Teleglobe Inc to Deloitte & Touche re: 2001 year-end financial statements (revised version) | 2/27/2002 | BCE-AD 0533704 | BCE-AD 0533710 | Y | 105, 802 |
| PX007 | Memo from M Ryan to File re: Advance Call - Special BCE/Teleglobe Board of Directors' Meeting April 11, 2002 - 9:15 a.m. | 4/11/2002 | BCE-SUP 121881 | BCE-SUP 121888 | Y | 802 |
| PX008 | Memo from B Kirby to P Nicholson re: Reviewing Teleglobe's Strategic Options | 4/9/2002 | BCET095600 | BCET095602 | Y | 802 |
| PX009 | Transcript, 2002 BCE Business Review, Jean Monty/John Sheridan Q&A | 12/12/2001 | BCE-AD 0138435 | BCE-AD 0138557 | Y | 105, 802 |
| PX010 | Transcript, 2002 BCE Business Review, Michael Sabia/Q&A | 12/12/2001 | BCE-AD 0010732 | BCE-AD 0010815 | Y | 105, 802 |
| PX011 | Transcript, Jean Monty remarks at Investor Conference | 1/8/2002 | BCE-AD 0322200 | BCE-AD 0322240 | Y | 105, 802 |
| PX012 | Transcript, Siim Vanaselja, CFO of BCE Inc. | 3/5/2002 | BCE-AD 0010407 | BCE-AD 0010442 | Y | 105, 802 |
| PX013 | Email from M. Lalande to R. Norman et al., re: Credit Facilities/Debentures 09:50:36 | 2/18/2002 | BCE-SUP 121432 | BCE-SUP 121432 | N | |
| PX014 | Teleglobe Inc. Financial Information US GAAP 2001 (final - approved by board on 2/27/02) | 2001 | R.2004-BCE010663 | R.2004-BCE10699 | Y | 105, 802 |
| PX015 | Teleglobe Financial Information 2001 US GAAP Report (final - after April revisions) | 2/27/2002 | GEN 023001 | GEN 023037 | N | |
| PX016 | Support Agreement | 2/15/2000 | BCET119212 | BCET119253 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX017 | Amendment to Support Agreement | 6/18/2000 | BCE-AD 00030297 | BCE-AD 00030311 | Y | |
| PX018 | BCE News Release, "BCE to Acquire Remainder of Teleglobe for C$9.65 Billion" | 2/15/2000 | BCE-AD 0067167 | BCE-AD 0067170 | Y | 105, 802 |
| PX019 | Chart of February 15, 2000 Stock Option Grants | 2/15/2000 | BCET19268 | BCET119268 | Y | 802 |
| PX020 | Presentation "The Strategic Transformation of BCE" - Work in Progress - Board of Directors' Meeting | 3/22/2000 | BCE-AD 0056945 | BCE-AD 0057013 | Y | 802 |
| PX021 | Executive Summary, Financial & Control Systems | 4/20/2000 | BCE-AD 0028142 | BCE-AD 0028143 | Y | 901, 802 |
| PX022 | Fax from T Jarman to J Monty et al., re: As discussed, Quarterly numbers and graphs re: TCC - With and without TBS, attaching quarterly numbers and graphs | 5/8/2000 | R.2004-BCE008528 | R.2004-BCE008535 | N | |
| PX023 | BCE Proposal | 6/9/2000 | BCE-AD 0028214 | BCE-AD 0028215 | Y | 105, 802 |
| PX024 | Globe & Mail Article. "BCE seeks to lower bid for Teleglobe" | 6/14/2000 | BCE-AD 0077485 | BCE-AD 0077486 | Y | 802 |
| PX025 | BCE News Release "BCE and Teleglobe Confirm the Terms of Their Transaction" | 6/19/2000 | BCE-AD 0006694 | BCE-AD 0006696 | N | |
| PX026 | Teleglobe Post-Transaction Perspectives (Confidential Draft) | 6/20/2000 | BCE-AD 0028182 | BCE-AD 0028182 | Y | 802, 901 |
| PX027 | Letter from J. Monty to Members of the BCE Board of Directors re: Teleglobe transaction, attaching notes | 6/21/2000 | BCET083326 | BCET083330 | Y | 105, 802 |
| PX028 | Email from M Turcotte to M Sabia re: Teleglobe legal staff integration process, attaching integration document | 8/10/2000 | BCE-AD 0541560 | BCE-AD 0541564 | N | |
| PX029 | Teleglobe Management Information Circular | 9/27/2000 | RBC001732 | RBC001894 | Y | 802 |
| PX030 | BCE Board Meeting Minutes 2/15/00 at 2:00 PM | 2/15/2000 | BCE-SUP 126626 | BCE-SUP 126630 | N | |
| PX031 | BCE Board Meeting Minutes, 6/28/00 at 9:00 AM | 6/28/2000 | BCE-SUP 126639 | BCE-SUP 126647 | N | |
| PX032 | BCE Board Meeting Minutes. 7/26/00 at 9:30 AM | 7/26/2000 | BCE-SUP 126652 | BCE-SUP 126660 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX033 | BCE Board Meeting Minutes, 9/27/00 at 9:00 AM | 9/27/2000 | BCE-SUP 126661 | BCE-SUP 126678 | N | |
| PX034 | BCE Board Meeting Minutes, 10/25/00 at 8:30 AM | 10/25/2000 | BCE-SUP 126679 | BCE-SUP 126701 | N | |
| PX035 | BCE Board Meeting Minutes, 1/24/01 at 9:00 AM | 1/24/2001 | BCE-SUP 126772 | BCE-SUP 126780 | N | |
| PX036 | BCE Board Meeting Minutes, 4/25/01 at 8:00 AM | 4/25/2001 | BCE-SUP 126702 | BCE-SUP 126704 | N | |
| PX037 | BCE Board Meeting Minutes, 7/18/01 at 8:00 AM | 7/18/2001 | BCE-SUP 126705 | BCE-SUP 126708 | N | |
| PX038 | BCE Board Meeting Minutes, 9/26/01 at 8:30 AM | 9/26/2001 | BCE-SUP 126709 | BCE-SUP 126713 | N | |
| PX039 | BCE Board Meeting Minutes, 10/24/01 at 9:00 AM | 10/24/2001 | BCE-SUP 126714 | BCE-SUP 126724 | N | |
| PX040 | BCE Board Meeting Minutes, 11/28/01 at 8:30 AM | 11/28/2001 | BCE-SUP 124981 | BCE-SUP 124995 | N | |
| PX041 | BCE Board Meeting Minutes, 1/23/02 at 9:00 AM | 1/23/2002 | BCE-SUP 126740 | BCE-SUP 126771 | N | |
| PX042 | BCE Board Meeting Minutes, 2/27/02 at 8:30 AM | 2/27/2002 | BCE-SUP 126781 | BCE-SUP 126793 | N | |
| PX043 | BCE Board Meeting Minutes, 4/19/02 at 12:00 PM | 4/19/2002 | BCE-SUP 126794 | BCE-SUP 126795 | N | |
| PX044 | BCE Board Meeting Minutes, 4/22/02 at 5:00 PM | 4/22/2002 | BCE-SUP 126796 | BCE-SUP 126797 | N | |
| PX045 | BCE Board Meeting Minutes, 4/23/02 at 6:30 PM | 4/23/2002 | BCE-SUP 126798 | BCE-SUP 126808 | N | |
| PX046 | BCE Board Meeting Minutes, 4/23/02 at 6:30 PM | 4/23/2002 | R.2004-BCE006338 | R.2004-BCE006346 | Y | 901 |
| PX047 | BCE Record Book | 11/30/2001 | BCE-AD 0543612 | BCE-AD 0543692 | N | |
| PX048 | BCE-Bell Canada Secretariat BCE Record Book 4/23/02 | 4/23/2002 | BCE-AD 0543438 | BCE-AD 0543611 | Y | 802 |
| PX049 | Memo from M Ryan to File re: BCE 10/24/01 Board of Directors' Meeting | 10/24/2001 | BCE-AD 0497289 | BCE-AD 0497292 | N | |
| PX050 | Memo from M Ryan to File et al., re: BCE Inc Board of Directors' Meeting February 27, 2002 | 2/27/2002 | BCE-AD 0582829 | BCE-AD 0582835 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX051 | Memo from M. Ryan to File re: Advance Call - Special BCE/Teleglobe Board of Directors' Meeting April 11, 2002 - 9:15 a.m. | 4/11/2002 | BCE-AD 0497515 | BCE-AD 0497517 | Y | 802 |
| PX052 | Memo from M Ryan to file summarizing an informal BCE board meeting on 4/19/02 | 4/19/2002 | BCE-AD 00029598 | BCE-AD 00029604 | N | |
| PX053 | Memo from M Ryan to file summarizing an informal BCE board meeting on 4/22/02 | 4/22/2002 | BCE-AD 00029688 | BCE-AD 00029688 | N | |
| PX054 | BCE Board Meeting Purpose & Summary Statement, Approval of financial assistance to Teleglobe | 5/3/2000 | BCE-AD 0027970 | BCE-AD 0027975 | N | |
| PX055 | BCE Board Meeting Purpose & Summary Statement. US$75 Million Supplemental Funding for Teleglobe; Teleglobe Inc Board Meeting Purpose & Summary Statement, US$75 Million Supplemental Funding for Teleglobe | 10/24/2001 | BCE-AD 0022193 | BCE-AD 0022194 | Y | 901 |
| PX056 | BCE Inc Resolution No 7 Financial Assistance to Teleglobe | 10/24/2001 | BCE-AD 0207278 | BCE-AD 0207279 | N | |
| PX057 | BCE Board Resolution No 7, approving 2004-2004 Financial Plan and 2002 Budget, and authorizing $850 million in financial assistance to Teleglobe Inc. | 11/28/2001 | BCET072143 | BCET072146 | N | |
| PX058 | BCE Board Meeting Purpose & Summary Statement, Teleglobe Tax Loss Monetization | 2/27/2002 | BCE-AD 0003607 | BCE-AD 0003608 | Y | 901 |
| PX059 | Teleglobe Board Meeting Minutes, 5/7/99 at 4:00 PM | 5/7/1999 | BCE-AD 0091280 | BCE-AD 0091282 | N | |
| PX060 | Teleglobe Board Meeting Minutes, 11/23/99 at 8:30 AM | 11/23/1999 | STB-TGO08344 | STB-TGO08347 | Y | 901, 802 |
| PX061 | Teleglobe Board Meeting Minutes. 2/12/00 at 12:00 PM | 2/12/2000 | BCE-AD 0091777 | BCE-AD 0091779 | N | |
| PX062 | Teleglobe Special Committee Meeting Minutes. 2/14/00 at 9:00 AM | 2/14/2000 | BCET222147 | BCET222153 | N | |
| PX063 | Teleglobe Special Committee Meeting Minutes. 2/15/00 at 9:00 AM | 2/15/2000 | BCET122154 | BCET122155 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX064 | Teleglobe Board Meeting Minutes. 2/15/00 at 12:00 PM | 2/15/2000 | BCET119197 | BCET119211 | N | |
| PX065 | Teleglobe Special Committee Meeting Minutes, 3/8/00 at /2:30 PM | 3/8/2000 | BCET122156 | BCET122157 | N | |
| PX066 | Teleglobe Special Committee Meeting Minutes. 3/13/00 | 3/13/2000 | BCET122158 | BCET122159 | N | |
| PX067 | Teleglobe Board Meeting Minutes. 3/14/00 at 12:30 PM | 3/14/2000 | RES000023636 | RES000002346 | N | |
| PX068 | Teleglobe Board Meeting Minutes. 4/11/00 at 10:00 AM | 4/11/2000 | BCE-AD 0091876 | BCE-AD 0091880 | N | |
| PX069 | Teleglobe Special Committee Meeting Minutes. 5/15/00 at 6:15 PM | 5/15/2000 | BCET122160 | BCET122161 | N | |
| PX070 | Teleglobe Special Committee Meeting Minutes. 5/16/00 at 11:30 AM | 5/16/2000 | BCET122162 | BCET122163 | N | |
| PX071 | Teleglobe Board Meeting Minutes. 5/16/00 at 12:30 PM | 5/16/2000 | RES000023668 | RES000023699 | Y | 802 |
| PX072 | Teleglobe Board Meeting Minutes. 5/31/00 at 9:20 AM | 5/31/2000 | RES000023700 | RES000023702 | N | |
| PX073 | Teleglobe Special Committee Meeting Minutes. 6/11/00 at 7:00 PM | 6/11/2000 | BCET122170 | BCET122171 | N | |
| PX074 | Teleglobe Special Committee Meeting Minutes. 6/14/00 at 8:30 PM | 6/14/2000 | BCET122173 | BCET122174 | N | |
| PX075 | Teleglobe Special Committee Meeting Minutes, 6/17/00 at 2:00 PM | 6/17/2000 | BCET122175 | BCET122177 | N | |
| PX076 | Teleglobe Board Meeting Minutes, 6/18/00 at 4:30 PM | 6/18/2000 | BCE-AD 0091924 | BCE-AD 0091928 | N | |
| PX077 | Teleglobe Special Committee Meeting Minutes. 6/18/00 at 3:30 PM | 6/18/2000 | BCET122178 | BCET122179 | N | |
| PX078 | Teleglobe Board Meeting Minutes. 6/19/00 at 8:30 AM | 6/19/2000 | RES000023710 | RES000023716 | N | |
| PX079 | Teleglobe Board Meeting Minutes. 7/19/00 at 5:30 PM | 7/19/2000 | RES000023763 | RES000023768 | N | |
| PX080 | Teleglobe Board Meeting Minutes. 8/9/00 at 11:00 AM | 8/9/2000 | RES000023783 | RES000023792 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX081 | Teleglobe Board Meeting Minutes. 10/25/00 at 6:00 PM | 10/25/2000 | RES000023814 | RES000023818 | N | |
| PX082 | Teleglobe Board Meeting Minutes. 11/10/00 at 3:00 PM | 11/10/2000 | RES000023878 | RES000023881 | N | |
| PX083 | Teleglobe Board Resolution re: committee appointments | 12/15/2000 | BCE-AD 0092104 | BCE-AD 0092109 | N | |
| PX084 | Teleglobe Board Meeting Minutes, 1/24/01 at 4:00 PM | 1/24/2001 | BCET058441 | BCET058451 | N | |
| PX085 | Teleglobe Board Meeting Minutes. 2/28/01 at 4:00 PM | 2/28/2001 | BCE-AD 0088316 | BCE-AD 0088326 | Y | 901 |
| PX086 | Teleglobe Board Meeting Minutes. 4/12/01 sat 4:30 PM | 4/12/2001 | BCE-AD 0092138 | BCE-AD 0092140 | N | |
| PX087 | Teleglobe Board/Audit Meeting Minutes. 4/24/01 at 3:30 PM | 4/24/2001 | BCET119551 | BCET119554 | N | |
| PX088 | Teleglobe Board Meeting Minutes. 5/23/01 at 9:00 AM | 5/23/2001 | BCET119555 | BCET119558 | N | |
| PX089 | Teleglobe Board Meeting Minutes, 7/18/01 at 8:00 AM | 7/18/2001 | RES000023927 | RES000023932 | N | |
| PX090 | Teleglobe Audit Committee Meeting Minutes, 7/24/01 at 2:30 PM | 7/24/2001 | RES000027469 | RES000027470 | Y | 901 |
| PX091 | Teleglobe Board Meeting Minutes. 07/25/2001 at 4:00 PM | 7/25/2001 | BCET119565 | BCET119571 | N | |
| PX092 | Teleglobe Board Meeting Minutes. 08/17/2001 at 9:00 AM | 8/17/2001 | BCE-AD 0264860 | BCE-AD 0264862 | Y | 901 |
| PX093 | Teleglobe Audit Committee Meeting Minutes. 8/22/01 at 12:00 PM | 8/22/2001 | RES0000027471 | RES0000027472 | Y | 901 |
| PX094 | Teleglobe Board Meeting Minutes. 11/28/01 at 3:45 PM | 11/28/2001 | BCET119584 | BCET119592 | N | |
| PX095 | Teleglobe Board Meeting Minutes. 1/23/02 at 3:00 PM | 1/23/2002 | RES000023968 | RES000023972 | N | |
| PX096 | Teleglobe Board Meeting Minutes. 1/23/02 at 3:00 PM | 1/23/2002 | BCE-AD 0075289 | BCE-AD 0075293 | N | |
| PX097 | Teleglobe Board Meeting Minutes. 2/27/02 at 3:30 PM | 2/27/2002 | No Bates number (Pichette 4) | No Bates number | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX098 | Teleglobe Board Meeting Minutes, 2/27/02 at 3:30 PM | 2/27/2002 | BCET119604 | BCET119613 | Y | 901 |
| PX099 | Teleglobe Board Meeting Minutes, 4/23/02 at 4:30 PM | 4/23/2002 | RES000023986 | RES000023988 | N | |
| PX100 | Teleglobe Board Meeting Minutes, 4/23/02 at 11:00 PM | 4/23/2002 | RES000023990 | RES000023998 | N | |
| PX101 | Memo from M Ryan to File et al., re: Special Teleglobe Joint Board/Audit Committee Meeting of April 12, 2001 | 4/12/2001 | BCE-AD 0508713 | BCE-AD 0508715 | N | |
| PX102 | Memo from M Ryan to File et al, re: Teleglobe Inc Audit Committee Meeting October 23, 2001 - 3:00 PM | 10/19/2001 | BCE-AD 0497252 | BCE-AD 0497255 | N | |
| PX103 | Memo from M. Ryan to File re: Teleglobe Inc Board of Directors' Meeting - October 24, 2001 | 10/24/2001 | BCE-AD 0497256 | BCE-AD 0497258 | N | |
| PX104 | Memo From M Ryan to File et al., re: Teleglobe Inc Board of Directors' Meeting January 23, 2002 | 1/23/2002 | BCET099656 | BCET0996558 | N | |
| PX105 | Memo from M Ryan to File et al., re: Teleglobe Audit Committee Meeting of February 26, 2002 | 2/26/2002 | BCET027162 | BCET027165 | N | |
| PX106 | Memo From M Ryan to File et al., re: Teleglobe Board of Directors' Meeting February 27, 2002 | 2/27/2002 | BCET099649 | BCET099651 | N | |
| PX107 | Teleglobe Board Resolution No. 2000-50. Creation and Issuance of Third Series Preferred Shares to BCE Inc | 6/29/2000 | RES000023739 | RES000023761 | N | |
| PX108 | Meeting of the Board of Directors Redemption of the Third Series Preferred Shares - Purpose and Summary Statement | 2/28/2001 | BCE-AD 0203063 | BCE-AD 0203063 | Y | 901 |
| PX109 | Teleglobe Inc Meeting of the Board of Directors Purpose and Summary Statement | 2/28/2001 | BCE-AD 0139307 | BCE-AD 0139307 | Y | 901 |
| PX110 | Teleglobe Inc Board Resolution No 3. approving Funding Plan and TCC Plan | 11/28/2001 | BCE-AD 0207405 | BCE-AD 0207406 | Y | 901 |
| PX111 | Teleglobe Inc. Special Board of Directors' Meeting Tentative Agenda | 4/12/2002 | GEN009765 | GEN009766 | N | |
| PX112 | Solvency Certificate of Michael T Boychuk as Chief Financial Officer of Teleglobe | 1/24/2001 | RES000018000 | RES000018000 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX113 | Solvency Certificate of Michael T Boychuk as Chief Financial Officer of Teleglobe | 2/28/2001 | RES000092823 | RES000092823 | N | |
| PX114 | Teleglobe Inc. Board Meeting Record Book 2/15/00 | 2/15/2000 | RES000072443 | RES000072615 | Y | 901, 802 |
| PX115 | Teleglobe Inc. Board Meeting Record Book 3/14/00 | 3/14/2000 | RES000072751 | RES000073025 | Y | 901, 802 |
| PX116 | Teleglobe Inc. Board Meeting Record Book 4/11/00 | 4/11/2000 | BCE-AD0086007 | BCE-AD0086088 | Y | 901, 802 |
| PX117 | Teleglobe Finance Committee Record Book, 5/16/00 | 5/16/2000 | RES000073422 | RES000073466 | Y | 901, 802 |
| PX118 | Teleglobe Inc. Board Meeting Record Book 5/31/00 | 5/31/2000 | BCE-AD 0088950 | BCE-AD 0088957 | Y | 901, 802 |
| PX119 | Teleglobe Inc. Board Meeting Record Book, 6/18/00 | 6/18/2000 | BCE-AD 0088958 | BCE-AD 0089016 | Y | 901, 802 |
| PX120 | Teleglobe Inc Board Meeting Record Book 6/19/00 at 2:00 PM | 6/19/2000 | RES000073026 | RES000073044 | Y | 901, 802 |
| PX121 | Teleglobe Inc Board Meeting Record Book 6/19/00 at 8:30 AM | 6/19/2000 | RES000073045 | RES000073089 | Y | 901, 802 |
| PX122 | Teleglobe Inc. Board Meeting Record Book 8/9/00 | 8/9/2000 | BCE-AD 0089306 | BCE-AD 0089637 | Y | 901, 802 |
| PX123 | Teleglobe Inc. Board Meeting Record Book 10/25/00 | 10/25/2000 | BCE-AD 0089638 | BCE-AD 0089725 | Y | 901, 802 |
| PX124 | Teleglobe Inc. Board Meeting Record Book 11/10/00 | 11/10/2000 | RES000014090 | RES000014150 | N | |
| PX125 | Teleglobe Board Meeting Mailing Materials and Record Book, 1/24/01 | 1/24/2001 | BCE-AD 0089847 | BCE-AD 0090055 | N | |
| PX126 | Teleglobe Board Meeting Mailing Materials and Record Book, 2/28/01 | 2/28/2001 | RES000019165 | RES000019571 | N | |
| PX127 | Teleglobe Joint Board/Audit Committee Meeting Mailing Materials and Record Book, 4/24/01 | 4/24/2001 | RES000018518 | RES000018853 | N | |
| PX128 | Teleglobe Special Board Meeting Mailing Materials and Record Book, 7/18/01 | 7/18/2001 | RES000026976 | RES000027018 | N | |
| PX129 | Teleglobe Audit Committee Meeting Mailing Materials and Record Book, 7/24/01 | 7/24/2001 | RES000027085 | RES000027166 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX130 | Teleglobe Board Meeting Mailing Materials and Record Book, 7/25/01 | 7/25/2001 | BCE-AD 0090587 | BCE-AD 0090720 | N | |
| PX131 | Teleglobe Inc. Board Meeting Record Book 8/17/01 | 8/17/2001 | BCE-AD 0090721 | BCE-AD 0090766 | N | |
| PX132 | Teleglobe Board Meeting Mailing Materials and Record Book, 10/24/01 | 10/24/2001 | BCE-AD 0090767 | BCE-AD 0091009 | N | |
| PX133 | Teleglobe Board Meeting Mailing Materials and Record Book, 11/28/01 | 11/28/2001 | BCE-AD 0091010 | BCE-AD 0091219 | N | |
| PX134 | Teleglobe Inc. Board Meeting Record Book 1/23/02 | 1/23/2002 | RES000007842 | RES000007957 | N | |
| PX135 | Teleglobe Board Meeting Mailing Materials and Record Book, 2/27/02 | 2/27/2002 | GEN 012556 | GEN 012597 | Y | 106 |
| PX136 | Teleglobe Board Meeting Mailing Materials and Record Book, 4/12/02 | 4/12/2002 | RES000028824 | RES000029012 | N | |
| PX137 | Teleglobe Board/Audit Meeting Mailing Materials and Record Book | 4/23/2002 | RES000029013 | RES000029174 | N | |
| PX138 | Teleglobe-Notes on Meeting Michael Sabia-Glenn Rourke 6/11/01 | 6/11/2001 | BMO 000805 | BMO 000805 | Y | 901, 802 |
| PX139 | Teleglobe Banking Syndicate Review | 6/21/2001 | BMO001616 | BMO001653 | Y | 901, 802 |
| PX140 | Teleglobe Bank Meeting Minutes, 6/21/01 | 6/21/2001 | BMO015515 | BMO015515 | Y | 901, 802 |
| PX141 | Transaction Summary for Teleglobe Inc. | not dated | BMO012837 | BMO012842 | Y | 901, 802 |
| PX142 | TG Call Report 1/9/02: Meeting with Boychuk; VanGheluwe; and Rourke | 1/9/2002 | BMO001494 | BMO001495 | Y | 901, 802 |
| PX143 | Email from G. Rourke to S. Kelly et al., re: Teleglobe | 7/11/2001 | BMO000879 | BMO000879 | Y | 901, 802 |
| PX144 | Email from G Rourke to C Campbell et al., re: Teleglobe (TGO) | 11/9/2001 | BMO000992 | BMO000992 | Y | 901, 802 |
| PX145 | The Gazette. 2 Articles - "Teleglobe work force revamped" & "Faster, cheaper" | 3/19/2002 | BMO009591 | BMO009591 | Y | 901, 802 |
| PX146 | Call with Steve and Glenn (Notes) | 1/9/2001 | BMO014399 | BMO014399 | Y | 802 |
| PX147 | Conference Call, Steve, Colleen and Glenn (Notes) | 1/14/2001 | BMO014535 | BMO014535 | Y | 901, 802 |
| PX148 | APRMA Approval Status. Teleglobe Inc *Bridge* 06/01 | 7/10/2001 | BMO014975 | BMO014978 | Y | 901, 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX149 | Glenn Rourke's Notebook. TGO (6/2000-10/2001) | 6/1/2000-10/1/2001 | BMO015516 | BMO015579 | Y | 901, 802 |
| PX150 | Glenn Rourke's Calendar (1/1/00-5/30/02) | 5/30/2002 | BMO015622 | BMO015650 | Y | 901, 802 |
| PX151 | Email from J. Hastings to C. Kee et al., re: Teleglobe | 5/8/2001 | CBG001877 | CBG001877 | Y | 901, 802 |
| PX152 | Teleglobe Banking Syndicate Review | 6/21/2001 | CBG000135 | CBG000172 | Y | 901, 802 |
| PX153 | Section A - Approval of Summary Terms. w/ handwritten notes | 7/6/2001 | CBG000686 | CBG000701 | Y | 901, 802 |
| PX154 | Email from J Hastings to L. Jones et al., re: RE: Teleglobe - Credit Approval Memo | 7/11/2001 | CBG002017 | CBG002017 | Y | 901, 802 |
| PX155 | Email from J Hastings to R Beadon et al., re: RE: Teleglobe Credit Approval Memo | 7/11/2001 | CBG000064 | CBG000064 | Y | 901, 802 |
| PX156 | Email from L. Jones to J. Hastings et al., re: RE: Teleglobe - Credit Approval Memo | 7/12/2001 | CBG000052 | CBG000055 | Y | 901, 802 |
| PX157 | Email from J. Hastings to L. Jones et al., re: BCI | 10/25/2001 | CBG002023 | CBG002023 | Y | 901, 802 |
| PX158 | BCE Inc. Annual Review - August 2001 | 8/1/2001 | CBG000661 | CBG000680 | Y | 901, 802 |
| PX159 | Email from R Beadon to J Hastings re: RE: Teleglobe - Credit Approval Memo | 7/12/2001 | CBG000056 | CBG000056 | Y | 901, 802 |
| PX160 | Email from P VanGheluwe to J Hastings re: Teleglobe Financing | 6/6/2001 | CBG001965 | CBG001966 | Y | 901, 802 |
| PX161 | Salomon Smith Barney credit (risk) analysis | 7/6/2001 | CBG000041 | CBG000051 | Y | 901, 802 |
| PX162 | Letter from M. Boychuk to A. Simpson re: Teleglobe Inc. - US$1.250,000,000 Credit Facilities ("Facilities") | 7/17/2000 | BT000263 | BT000264 | Y | 901, 802, 105 |
| PX163 | Memo from A. Simpson to T Hamamura re: Teleglobe Inc. | 6/21/2001 | BT000279 | BT000279 | Y | 901, 802 |
| PX164 | Fax from A Simpson to T Kawasaki et al., re: Teleglobe Inc. Credit Application MTL01-028 | 7/10/2001 | BT000479 | BT000486 | Y | 901, 802 |
| PX165 | Fax from A Simpson to K Brouk et al., re: Teleglobe Inc. Credit Application MTL01-028 | 7/12/2001 | BT000464 | BT000478 | Y | 901, 802 |
| PX166 | Fax from P Van Gheluwe to A Simpson attaching BCE representations letter | 7/12/2001 | BT000266 | BT000271 | Y | 802, 105 |
| PX167 | Fax from A Simpson to K Brouk et al., re: Teleglobe Inc. | 7/13/2001 | BT000495 | BT000500 | Y | 901, 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX168 | Memo from T. Kawasaki to A Simpson et al., re: Teleglobe, Inc. | 7/13/2001 | BT000294 | BT000294 | Y | 901, 802 |
| PX169 | Letter from A. Simpson to D. MacGougan re: notifying of Bank of Tokyo's approval of US $15 million commitment | 7/16/2001 | BT000272 | BT000272 | Y | 901, 802 |
| PX170 | Credit Facility Information / Credit Rating Application (Consultation), Quarterly Review | 12/21/2001 | BT000412 | BT000436 | Y | 901, 802 |
| PX171 | Calling Memo from T Hamamura et al., to L Ruggins et al., re: Notes from Meeting | 1/24/2002 | BT000301 | BT000302 | Y | 901, 802 |
| PX172 | Fax from A. Simpson to T Hamamura et al., re: Teleglobe Inc Quarterly Review Dated December 21, 2001 | 1/15/2002 | BT000247 | BT000247 | Y | 901, 802 |
| PX173 | Fax from A Simpson to K Brouk et al., re: Teleglobe Inc. Credit Application MTL01-028 | 7/12/2001 | BT000321 | BT000331 | Y | 901, 802 |
| PX174 | Letter from A Simpson to S Brish re: US$15,000.000 all in Facility "A" (Teleglobe) | 8/11/2000 | BT000265 | BT000265 | Y | 901, 802 |
| PX175 | Memo from A Simpson to T Hamamura re: BCE Teleglobe Inc. | 4/15/2002 | BT000303 | BT000304 | Y | 901, 802 |
| PX176 | Fax from A. Simpson to K Brouk et al., re: Teleglobe Inc. | 7/12/2001 | BT000488 | BT000493 | Y | 901, 802 |
| PX177 | Teleglobe Bank Meeting Agenda | 6/21/2001 | BLG000677 | BLG000677 | N | |
| PX178 | Email from A. Simpson to T Kawasaki et al., re: Teleglobe Inc. | 7/11/2001 | BT000494 | BT000494 | Y | 901, 802 |
| PX179 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | ABN000881 | ABN000919 | Y | 901, 802 |
| PX180 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | BNS000356 | BNS000393 | Y | 901, 802 |
| PX181 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | CSFB000933 | CSFB000971 | Y | 901, 802 |
| PX182 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | EDC000526 | EDC000563 | Y | 901, 802 |
| PX183 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | LBC002924 | LBC002963 | Y | 901, 802 |
| PX184 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | RBC000330 | RBC00367 | Y | 901, 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX185 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | RBC001467 | RBC001504 | Y | 901, 802 |
| PX186 | Presentation: Teleglobe Banking Syndicate Review June 2001 | 6/21/2001 | R.2004-BCE041943 | R.2004-BCE041979 | Y | 901, 802 |
| PX187 | Letter from P Van Gheluwe to A Simpson re: answer to questions regarding funding of Teleglobe | 7/12/2001 | R.2004-BCE072166 | R.2004-BCE072170 | Y | 105, 802 |
| PX188 | Letter from S Vanaselja to J Mahaffy at HSBC re: concerns about BCE's commitment to fund Teleglobe | 7/13/2001 | R.2004-BCE072205 | R.2004-BCE072208 | Y | 105, 802 |
| PX189 | ABN-AMRO risk analysis | 7/3/2001 | ABN003625 | ABN003625 | Y | 901, 802 |
| PX190 | Email from D MacGougan to P VanGheluwe re: FW: Teleglobe Facility | 7/3/2001 | BCET423588 | BCET423589 | N | |
| PX191 | Annex of Banque Laurentienne du Canada to Teleglobe's annual credit review | 7/6/2001 | LBC002966 | LBC002994 | Y | 901, 802 |
| PX192 | Email from M Teney to M. Teney et al., re: Urgent - 07/10/2001 GRM Notification - Teleglobe Inc (1) Teleglobe Holdings (U S ) Corporation (2) Excel Communications Inc (3) has been processed and can be found in the Electronic Credit Process (Active) database | 7/12/2001 | TD000267 | TD000269 | Y | 901, 802 |
| PX193 | Representations letter from BCE to Morgan Stanley | 7/23/2001 | BCE-AD 0000955 | BCE-AD 0000958 | N | |
| PX194 | Representations Letter from BCE Inc to BMO Nesbitt Burns/Lenders re: Teleglobe Inc. | 7/23/2001 | BCET000817 | BCET000818 | N | |
| PX195 | Letter from W. Anderson to National Bank of Canada et al., re: Teleglobe Inc. | 4/27/2000 | BCE-AD 0010301 | BCE-AD 0010301 | N | |
| PX196 | Fax from P VanGheluwe to L Ruggins et al., re: and attaching letter from Teleglobe to Bank of America and National Bank of Canada re: 1st quarter results and general letter to all Teleglobe lenders. | 4/28/2000 | BCE-AD 0062121 | BCE-AD 0062129 | Y | 802, 901 |
| PX197 | Letter from W. Anderson to Credit Facility Banks | 6/29/2000 | R.2004-BCE010643 | R.2004-BCE010644 | N | |

APPENDIX 4A