| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX198 | Letter from W Anderson to Teleglobe Inc et al., re: U.S. $500,000,000 Facility A 364-Day Credit Agreement and U.S. $750,000,000 Facility B 364-Day Credit Agreement. | 7/24/2000 | BCE-AD 0027195 | BCE-AD 0027197 | N | |
| PX199 | Letter from W Anderson to G Rourke re: Confirming approval of terms of BCE support for Teleglobe | 8/2/2000 | BCET065006 | BCET065006 | N | |
| PX200 | Presentation re Review of Credit with BCE and Teleglobe Bank Refinancing | 5/7/2001 | BCE-AD 0073113 | BCE-AD 0073128 | Y | 901, 802 |
| PX201 | Email from P VanGheluwe to M Lalande re: [Fwd: Teleglobe redraft of termsheet], attaching Teleglobe TS BL June 18 01.doc 11:11 AM | 6/19/2001 | BCE-SUP 125232 | BCE-SUP 125247 | N | |
| PX202 | Email from P. Archer to J. Coombs re: Teleglobe | 4/29/2002 | TD001604 | TD001605 | Y | 901, 802 |
| PX203 | Briefing Memo from A Baillie to Y. Bergeron et al., re: BCE Inc. and Teleglobe Inc. | 10/1/2001 | TD001606 | TD001607 | Y | 901, 802 |
| PX204 | Fax from A Desrochers to P VanGheluwe re: Teleglobe Inc. | 1/7/2002 | LBC002744 | LBC002744 | Y | 901, 802 |
| PX205 | Email from G Rourke to M Boychuk et al., re: TGO. attaching 3 docs: Teleglobe Options January 24 doc, Teleglobe BCE Support Letter Jan 28 02 doc and Teleglobe Support Agreement List.doc | 1/30/2002 | BCE-AD 0334908 | BCE-AD 0334912 | Y | 802 |
| PX206 | Email from P VanGheluwe to M Boychuk et al., re: Teleglobe Refinancing, attaching Term Sheet | 3/6/2002 | BCE-AD 0207194 | BCE-AD 0207197 | N | |
| PX207 | Email from P VanGheluwe to G Rourke et al., re: Teleglobe Refinancing, attaching draft Term Sheet and draft BCE Support Letter | 3/6/2002 | BCE-E0002886 | BCE-E0002889 | N | |
| PX208 | Memo from M Laberge to J Rauhala et al., re: Teleglobe Credit Facility | 3/18/2002 | BLG000537 | BLG000537 | Y | 901, 802 |
| PX209 | Email from J Coombs to Y Bergeron re: FW: Teleglobe | 4/16/2002 | TD001614 | TD001614 | Y | 901, 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX210 | Email from P. VanGheluwe to M Boychuk et al., re: National Bank, attaching memo re: National Bank relationship with BCE Group | 4/16/2002 | BCE-AD 0075878 | BCE-AD 0075879 | Y | 802, 602, 105 |
| PX211 | Email from J Rauhala to B Erpenbeck et al., re: BCE | 5/3/2002 | BLG000157 | BLG000157 | Y | 901, 802 |
| PX212 | Credit Presentation Teleglobe/Excel | not dated | BNS000287 | BNS000331 | Y | 901, 802 |
| PX213 | Teleglobe Extension | not dated | Comerica 0000012 | Comerica 0000018 | Y | 802, 901, 105 |
| PX214 | CSFB notes re BCE's "new" convergence strategy | not dated | CSFB005484 | CSFB005486 | Y | 901, 802 |
| PX215 | Handwritten notes re Teleglobe refinancing | not dated | BCE-AD 0072998 | BCE-AD 0073000 | Y | 802, 105 |
| PX216 | CIBC Presentation to Teleglobe Board, Financing Discussion | 6/21/2000 | RES000085385 | RES000085480 | Y | 802, 701 |
| PX217 | McKinsey Presentation. Capturing Teleglobe's Growth Potential | 7/4/2000 | MCK05270 | MCK05281 | Y | 802, 701 |
| PX218 | McKinsey Presentation. Laying Out Teleglobe's Strategic Options | 9/19/2000 | MCK05120 | MCK05125 | Y | 802, 701 |
| PX219 | McKinsey First Workshop. Laying out Teleglobe's strategic options | 10/3/2000 | BCE-AD 0054247 | BCE-AD 0054323 | Y | 802, 701 |
| PX220 | McKinsey Second Workshop. Making the case for acquisitions or partnerships | 10/20/2000 | BCE-AD 0054324 | BCE-AD 0054445 | Y | 901, 802, 701 |
| PX221 | McKinsey Third Workshop. Accelerating Teleglobe's growth through acquisitions and partnerships | 10/30/2000 | BCE-AD 0054448 | BCE-AD 0054540 | Y | 901, 802, 701 |
| PX222 | McKinsey Presentation to J Monty. Accelerating Teleglobe's Growth Through Acquisitions and Partnership | 11/10/2000 | BCE-AD 0054542 | BCE-AD 0054577 | Y | 802, 701 |
| PX223 | Memo from P Loulou to M. Sabia et al., re: Teleglobe Documents. attaching McKinsey workshop documents | 12/4/2000 | BCE-AD 0054245 | BCE-AD 0054246 | Y | 802, 701, 901 |
| PX224 | Goldman Sachs Draft Preliminary Valuation Analysis for BCE | 4/10/2001 | BCE-AD 0009825 | BCE-AD 0009863 | Y | 802, 701 |
| PX225 | Goldman Sachs "Project Wide" Presentation | 4/16/2001 | BCE-AD 0003870 | BCE-AD 0003887 | Y | 802, 701, 901 |
| PX226 | Discussion Materials Regarding Project B, Goldman Sachs (Confidential Draft) | 6/13/2001 | BCE-AD 0077314 | BCE-AD 0077372 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX227 | BCE - Bell Canada - Teleglobe Financing Alternatives Presentation | 10/9/2001 | BCE-AD 0061976 | BCE-AD 0061990 | Y | 802, 105 |
| PX228 | Email from P Loulou to M Sabia et al., re: Please use this version with two minor edits, attaching draft McKinsey presentation for 10/12/01 discussion with J Monty | 10/10/2001 | BCE-AD 0168494 | BCE-AD 0168538 | Y | 802, 701 |
| PX229 | CSFB Presentation, Materials Prepared for Discussion BCE | 10/31/2001 | BCE-AD 0062903 | BCE-AD 0062938 | Y | 802, 701 |
| PX230 | Merrill Lynch presentation to BCE. Regarding Financing Alternatives for Teleglobe | 10/31/2001 | BCE-AD 0062989 | BCE-AD 0063032 | Y | 802, 701 |
| PX231 | JPMorgan Presentation "Teleglobe Financing Recommendation" | 11/5/2001 | BCE-AD 0062710 | BCE-AD 0062774 | Y | 802, 701 |
| PX232 | Presentation, Teleglobe Financing - Dealer Proposals - Summary, with handwritten notes | 11/7/2001 | BCET071880 | BCET071896 | Y | 802, 701 |
| PX233 | Merrill Lynch presentation - Regarding Structural Considerations for Teleglobe Inc. (Draft) | 11/14/2001 | BCE-AD 0062940 | BCE-AD 0062987 | Y | 802, 701 |
| PX234 | Email from R Lloyd to M Boychuk re: Teleglobe Mandate - re: Merrill Lynch's proposed fee and responsibility structure for Teleglobe assignment - with handwritten notes | 11/16/2001 | BCE-AD 0075662 | BCE-AD 0075662 | Y | 802 |
| PX235 | BCE Presentation, Regarding Project Atlas | 11/21/2001 | BCE-AD 0069172 | BCE-AD 0069179 | Y | 802, 701 |
| PX236 | CSFB Presentation to BCE | 11/21/2001 | BCE-AD 00030887 | BCE-AD 00030933 | Y | 802, 701 |
| PX237 | Email from T Espiard to M. Boychuk et al., re: TGO - Revised Board Slides, attaching draft 11/22/01 Presentation, Regarding Project Atlas | 11/23/2001 | BCE-AD 0335030 | BCE-AD 0335042 | Y | 802, 701 |
| PX238 | Email from T Espiard to M Boychuk et al., re: Board Slides, attaching revised slides for "Regarding Project Atlas" presentation | 11/27/2001 | BCE-AD 0061919 | BCE-AD 0061937 | Y | 802, 701 |
| PX239 | Handwritten Notes - "TGO: Merrill Lynch" | 1/16/2002 | BCE-AD 0003711 | BCE-AD 0003711 | Y | 802 |
| PX240 | Merrill Lynch discussion document to BCE - Regarding Project Atlas - Action Plan | 1/16/2002 | BCE-AD 034438 | BCE-AD 034455 | Y | 802, 701 |
| PX241 | Merrill Lynch Discussion Document to BCE. Regarding Project Atlas - Communication Plan Considerations (Draft) | 1/22/2002 | BCE-AD 0000515 | BCE-AD 0000527 | Y | 802, 701 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX242 | Email from P. VanGheluwe to A. Leblanc et al., re: Fwd: As requested, attaching 11/27/01 Merrill Lynch Presentation, Regarding Project Atlas | 3/7/2002 | BCET416299 | BCET416316 | Y | 802, 701 |
| PX243 | Email from M Rosenhek to F Bernier re: Fwd: TGO financing/cashflow, attaching financing slide | 3/11/2002 | BCE-AD 0256051 | BCE-AD 0256053 | N | |
| PX244 | Memo from McKinsey to P Pichette re: Strategic Options for Teleglobe | 4/10/2002 | MCK00010 | MCK00012 | N | |
| PX245 | Goldman Sachs "Discussion Materials for BCE Regarding Credit Considerations" | 4/19/2002 | BCE-AD 0075880 | BCE-AD 0075925 | Y | 802, 701 |
| PX246 | Memo from S Skinner to J Monty requesting signatures on Teleglobe representations letters for 2000 and Q1 and Q2 2001 | 2001 | SSSPXC 0000868 | SSSPXC 0000868+E301 | Y | 802, 901, 105, 106 |
| PX247 | Representations letter from Teleglobe Inc to Deloitte & Touche re: First Quarter 2001 interim financial statements | 4/24/2001 | BCE-AD 0011144 | BCE-AD 0011146 | Y | 105 |
| PX248 | Representations letter from Teleglobe Inc. to Deloitte & Touche re: Second Quarter 2001 interim financial statements (unsigned) | 7/24/2001 | BCE-AD 0189992 | BCE-AD 0189995 | Y | 901, 105 |
| PX249 | Memo from S Skinner to J Monty requesting signatures on Teleglobe representations letters for 2000 and Q1 and Q2 2001 | 7/26/2001 | BCE-E0007824 | BCE-E0007829 | Y | 802, 901, 105 |
| PX250 | Representations letter from Teleglobe Inc to Deloitte & Touche re: Third Quarter 2001 interim financial statements | 10/24/2001 | BCE-AD 0011129 | BCE-AD 0011132 | Y | 105 |
| PX251 | Representations letter from BCE Inc to Deloitte & Touche re: Fourth Quarter 2001 interim financial statements | 1/23/2002 | BCE-AD 0024237 | BCE-AD 0024239 | Y | 105 |
| PX252 | Representations letter from BCE Teleglobe (Childers, Pichette, Mongrain, Brunette) to Deloitte & Touche re: 2001 year-end financial statements | 2/26/2002 | BCE-AD 0011118 | BCE-AD 0011124 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX253 | Representations letter from BCE Inc to Deloitte & Touche re: 2001 year-end financial statements | 2/27/2002 | R.2004-BCE012146 | R.2004-BCE012150 | Y | 105 |
| PX254 | Memo from S. Skinner to M Lalande & M Turcotte re: Management representation letters for BCE & TGO (w/o attachments) | 3/3/2002 | R.2004-BCE012145 | R.2004-BCE012145 | N | |
| PX255 | Email from S. Skinner to M Ryan et al., re: Teleglobe rep letter (w/handwriting) | 4/8/2002 | BCE-AD 0547983 | BCE-AD 0547983 | Y | 105 |
| PX256 | Email from I. Ricciuto to M Turcotte re: Fwd: Teleglobe rep letter | 4/9/2002 | BCE-AD 0533701 | BCE-AD 0533703 | N | |
| PX257 | Representations letter from Teleglobe Inc to Deloitte & Touche re: 2001 year-end financial statements | 4/16/2002 | BCE-AD 0020337 | BCE-AD 0020338 | Y | 105 |
| PX258 | Audio: BCE to acquire Teleglobe\conference call\ebce000215b-a | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | Y | 105 |
| PX259 | Audio: BCE to acquire Teleglobe\ebce000215a-a | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | Y | 105, 802 |
| PX260 | Video: BCE to acquire Teleglobe\ebce000215a-v | 2/15/2000 | BCE-VID00000010 | BCE-VID00000010 | Y | 105 |
| PX261 | Audio: Q4 2000\ebce010124-a | 1/24/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX262 | Audio: Feb5\financial guidance session\ebce050201-a | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX263 | Audio: Feb5\news conference\ebce050201-a-2 | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX264 | Video: Feb5\news conference\ebce050201-v | 2/5/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX265 | Audio: Morgan Stanley Dean Witter Global Communications Conference\ebce010330-a | 3/30/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX266 | Audio: Annual Meeting\ebce010425-a-agm-part1 | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX267 | Audio: Annual Meeting\ebce010425-a-press | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX268 | Audio: BCE Q1\ebce010425-a-earnings | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX269 | Video: Annual Meeting\ebce010425-v-agm-part1 | 4/25/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX270 | Audio: BCE Q2\ebce010725-a | 7/25/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX271 | Audio: Teleglobe rationalization plan announcement Teleconference\ebce010830-a | 8/30/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |
| PX272 | Audio: BCE Q3\ebce011024-a | 10/24/2001 | BCE-VID00000013 | BCE-VID00000013 | Y | 105, 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX273 | Audio: 2002 Business Review Conference\ebce011212a-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX274 | Audio: 2002 Business Review Conference\ebce011212b-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX275 | Audio: 2002 Business Review Conference\ebce011212ca | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX276 | Audio: 2002 Business Review Conference\media conference\ebce011212press-a | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX277 | Video: 2002 Business Review Conference\ebce011212a-v | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX278 | Video: 2002 Business Review Conference\ebce011212b-v | 12/12/2001 | BCE-VI000000012 | BCE-VID00000012 | Y | 105, 802 |
| PX279 | Video: 2002 Business Review Conference\ebce011212cv | 12/12/2001 | BCE-VID00000012 | BCE-VID00000012 | Y | 105, 802 |
| PX280 | Audio: Twelfth Annual Salomon Smith Barney Entertainment Media & Telecommunications Conference\ebce020108-a | 1/8/2002 | BCE-VID00000014 | BCE-VID00000014 | Y | 105, 802 |
| PX281 | Audio: BCE Q42001\ebce020123-a | 1/23/2002 | BCE-VID00000014 | BCE-VID00000014 | Y | 105, 802 |
| PX282 | Audio: BCE Q1\analyst\ebce020424a-a | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | Y | 105, 802 |
| PX283 | Audio: BCE Q1\media\ebce020424a-a | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | Y | 105, 802 |
| PX284 | Video: BCE Q1\analyst\ebce020424a-v | 4/24/2002 | BCE-VID00000014 | BCE-VID00000014 | Y | 105 |
| PX285 | Transcript of BCE Inc Conference Call held 2/15/00 6:30 PM - 7:10 PM | 2/15/2000 | BCE-AD 0067027 | BCE-AD 0067047 | Y | 105, 802 |
| PX286 | Transcript of Teleglobe Conference Call 05/17/2000 9:00 AM - 10:10 AM | 5/17/2000 | BCE-AD 0316971 | BCE-AD 0316992 | Y | 105 |
| PX287 | BCE Investor Relations Internal Briefing Second Quarter 2001 | 7/25/2001 | BCE-AD 0316017 | BCE-AD 0316063 | Y |  |
| PX288 | Memo from G Walker to M Sable re: Meeting with Jack Grubman of Salomon Smith Barney, attaching documents | 8/6/2001 | BCE-AD 0065584 | BCE-AD 0065584 | N |  |
| PX289 | Teleglobe Conference Call 8/9/00 4:30 PM | 8/9/2000 | BCE-AD 0049579 | BCE-AD 0049616 | Y | 105, 802 |
| PX290 | Corporate New Releases, "BCE Completes Acquisition of Teleglobe" | 11/2/2000 | BMO011616 | BMO011617 | Y | 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX291 | Transcript, BCE Inc Q1 2001 Results Conference Call | 4/25/2001 | BCE-AD 0010971 | BCE-AD 0010995 | Y | 105 |
| PX292 | BCE News Release: BCE and Vartec Telecom Announce Strategic Discussions Regarding Excel Communications | 5/24/2001 | BCE-AD 0160232 | BCE-AD 0160235 | Y | 105 |
| PX293 | Toronto Star Article, "BCE backs troubled Teleglobe" | 9/4/2001 | BMO011566 | BMO011567 | Y | 802 |
| PX294 | News Article, Reuters, "BCE Committed to Backing Bell Canada International, Teleglobe" | 10/24/2001 | BCET094024 | BCET094024 | Y | 802 |
| PX295 | Canadian Press Newswire, "BCE Inc loss worse than expected" | 10/25/2001 | BCET117813 | BCET117813 | Y | 802 |
| PX296 | Email from G Walker to T Jarman et al., re: Teleglobe funding, attaching Extracts from Q3 Conference call transcript document | 11/5/2001 | BCET028613 | BCET028614 | Y | 105 |
| PX297 | Washington Times Article, "Canadian parent props up Teleglobe in slump" | 11/5/2001 | SG000023 | SG000025 | Y | 802 |
| PX298 | Email from G Walker to S. Vanaselja et al., re: Q&A's for Dec 12th CEO conference, attaching Q8A document | 12/2/2001 | BCET434203 | BCET434209 | Y | 802 |
| PX299 | Email from C. Fleury to M Paul et al., re: Updated BCE Business Review - Q&A's, attaching BCE-DEC12-Business review-Guidance.doc | 12/7/2001 | BCE-AD 0527871 | BCE-AD 0527877 | Y | 802 |
| PX300 | Email from G Walker to I Ricciuto re: Q&A, attaching final version of Q&A's for 2002 BCE Business Review (9:13 PM) | 12/10/2001 | BCE-AD 0020824 | BCE-AD 0020853 | Y | 802 |
| PX301 | Q&A for 2002 BCE Business Review - December 12th 2001 (9:10 AM Draft) | 12/12/2001 | R.2004-BCE008832 | R.2004-BCE008837 | Y | 802 |
| PX302 | Q&A for JCM | 3/26/2002 | BCET51829 | BCET51833 | Y | |
| PX303 | Bell Canada News Release: "BCE to Consider Strategic Alternatives for Teleglobe" | 4/8/2002 | BCET041543 | BCET041545 | N | |
| PX304 | Chicago Tribune Article, "'Telecom woes create opportunities for lucky few" | 4/15/2002 | BMO011532 | BMO011533 | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX305 | Email from G Walker to L. Ruggins et al., re: Fwd: Q&A. attaching Q&A document (version 3) | 4/23/2002 | R.2004-BCE007447 | R.2004-BCE00+E3827502 | Y | 802 |
| PX306 | Teleglobe Corporate News Releases, "BCE Ceases Long-Term Funding to Teleglobe" | 4/24/2002 | BCE-AD 0198282 | BCE-AD 0198283 | N | |
| PX307 | Teleglobe Corporate News Releases. "Teleglobe Inc Pursues Restructuring Alternatives" | 4/24/2002 | BCE-AD 0198285 | BCE-AD 0198287 | N | |
| PX308 | Transcript of 4/24/02 Meeting | 4/24/2002 | BCE-AD 0150756 | BCE-AD 0150831 | Y | 105, 901 |
| PX309 | Email from M Lalande to G Walker et al., re: Fwd: BCE First Quarter Conference Call Transcript. attaching transcript | 4/25/2002 | BCE-AD 0010443 | BCE-AD 0010547 | Y | 105 |
| PX310 | BCE Liquidity Forecast (Non-consolidated) | 3/31/2001 | BCE-AD 0189438 | BCE-AD 0189439 | N | |
| PX311 | Teleglobe Liquidity Forecast as of March 31, 2001 | 4/26/2001 | BCE-AD 0189480 | BCE-AD 0189481 | N | |
| PX312 | BCE Liquidity Forecast (non-consolidated) as of 4/30/01 | 4/30/2001 | BCE-AD 0189422 | BCE-AD 0189423 | N | |
| PX313 | Email from M Bouchard to T Jarman et al., re: Putnam meeting feedback | 5/2/2001 | TGV23221 | TGV23222 | Y | 802 |
| PX314 | Email from T. Jarman to M Paul et al., re: Re: Putnam meeting feedback | 5/2/2001 | BCE-E0008243 | BCE-E0008244 | Y | 802 |
| PX315 | Email from M. Rosenhek to M. Boychuk et al., re: Bell & BCE cash/financing forecasts, attaching Bell & BCE treasury projections documents | 6/8/2001 | BCE-AD 0162513 | BCE-AD 0162523 | N | |
| PX316 | BCE Liquidity Forecast (non-consolidated) as at 6/30/01 | 6/30/2001 | BCE-AD 0189434 | BCE-AD 0189435 | N | |
| PX317 | Teleglobe Liquidity Forecast as at July 1, 2001(June actuals not yet complete) | 7/1/2001 | BCE-AD 0189476 | BE-AD 0189476 | N | |
| PX318 | Email from M Rosenhek to BCE forecast attaching BCE forecast | 7/11/2001 | BCE-AD 0162907 | BCE-AD 0162935 | Y | 901 |
| PX319 | Teleglobe Liquidity Forecast as at July 12, 2001 | 7/12/2001 | BCE-AD 0189472 | BCE-AD 0189472 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX320 | Email from M Bouchard to R Sciacchitano re: FW: Project Info - Additional valuation materials, attaching Project Info | 7/19/2001 | TGV29270 | TGV29273 | Y | 802, 701 |
| PX321 | Email from P VanGheluwe to M Boychuk re: Teleglobe. attaching Cash-Flow-TCC xls (Teleglobe cash flow analysis & projections) | 7/19/2001 | BCE-AD 0335364 | BCE-AD 03353676 | N | |
| PX322 | Email from M. Rosenhek to T. Zurowska et al., attaching BCE/ Bell Canada forecast | 7/23/2001 | BCE-AD 0163001 | BCE-AD 0163016 | N | |
| PX323 | Teleglobe Liquidity Forecast as of July 31, 2001 | 7/31/2001 | BCE-AD 0189475 | BCE-AD 0189475 | N | |
| PX324 | Email from A. LeBlanc to S Vanaselja re: Teleglobe analysis, attaching Teleglobe Valuation | 8/30/2001 | BCE-AD 0068539 | BCE-AD 0068541 | Y | 701 |
| PX325 | Email from M Bouchard to J Monty et al., re: FW: Version with graphs blank, attaching Template 10 year model 6.xls 9:04 PM | 9/5/2001 | TGV31243 | TGV31258 | N | |
| PX326 | Email from M Loranger to P Pichette et al., re: TGO Valuation (10 Year Plan) Revised. attaching Teleglobe Valuation Model (10 Year Plan) Revised spreadsheet and presentation | 9/12/2001 | R.2004-BCE006063 | R.2004-BCE006071 | N | |
| PX327 | Email from B Enns to M Neuman re: RE: '02 forecast | 9/17/2001 | TGV327321 | TGV327322 | Y | 802 |
| PX328 | BCE cash/ financing forecasts | 9/30/2001 | BCE-AD 0163338 | BCE-AD 0163346 | N | |
| PX329 | Email from M Rosenhek to A Vachon et al., re: TGO consol. fost 01-04. attaching consolidated forecast | 10/11/2001 | BCE-AD 0159716 | BCE-AD 0159717 | N | |
| PX330 | Teleglobe Presentation to BCE, Valuations and Options (Draft) | 2/4/2002 | BCE-AD 0068691 | BCE-AD 0068702 | Y | 105, 802 |
| PX331 | Email from P Wachter to P VanGheluwe re: Marc BCE Valuation Model 010702 v2 (links to 3 yr plan)12 xls. attaching Bouchard 10-year projections | 3/5/2002 | BCE-AD 0386219 | BCE-AD 0386229 | Y | 105, 802, 602 |
| PX332 | Preliminary Teleglobe Financial Modeling draft of 3/14/02 | 3/14/2002 | BCE-AD 0001088 | BCE-AD 0001097 | Y | 105, 802, 701, 602 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX333 | Email from A. Leblanc to S Vanaselja re: Sabia Presentation March 22. attaching Preliminary Teleglobe Financial Modeling presentation (Draft) 3:00 PM | 3/22/2002 | BCE-AD 0155187 | BCE-AD 0155197 | Y | 105, 802, 701, 602 |
| PX334 | Preliminary Teleglobe Financial Modeling | 3/22/2002 | BCE-AD 0079881 | BCE-AD 0079890 | Y | 105, 802, 701, 602 |
| PX335 | Email from A Leblanc to M Turcotte re: Teleglobe. attaching 3/22/02 Draft Preliminary Teleglobe Financial Modeling | 3/25/2002 | BCE-AD 01070329 | BCE-AD 0170339 | Y | 105, 802, 701, 602 |
| PX336 | Email from B LeDuc to A Leblanc et at. re: Teleglobe Valuations. attaching Planning Options, Monte Carlo assumption and Frosty Crystal Ball final valuation model | 3/25/2002 | TGV657446 | TGV657517 | Y | 105, 802, 701 |
| PX337 | Email from P Pichette to A Chitamun, et al., re: Patrick's JCM presentation, attaching Presentation to BCE, Valuations and Options 5:00 PM | 4/7/2002 | TGV57228 | TGV57252 | Y | 105, 802, 701, 602 |
| PX338 | Email from I. Dimov to P Pichette et al., re: Teleglobe Valuation. attaching Teleglobe Valuation | 4/22/2002 | TGV00639390 | TGV00639396 | Y | 105, 701 |
| PX339 | Teleglobe 2001 Budget | 1/24/2001 | BCET123711 | BCET123726 | N | |
| PX340 | Teleglobe Consolidated 2001-2003 Business Plan | 1/24/2001 | BCE-AD 0074031 | BCE-AD 0074037 | N | |
| PX341 | Teleglobe 2001 Budget | 2/28/2001 | BCE-AD 0073996 | BCE-AD 0074003 | N | |
| PX342 | Teleglobe 2001 Budget Board of Directors Presentation | 2/28/2001 | BCE-AD 0073946 | BCE-AD 0073953 | N | |
| PX343 | Teleglobe 2001 Budget Board of Directors Presentation | 2/28/2001 | R.2004-BCE041639 | R.2004-BCE041677 | N | |
| PX344 | Teleglobe-2001 One-Time Revenue Transactions | not dated | BCE-AD 0079874 | BCE-AD 0079876 | Y | 901, 802 |
| PX345 | Email from M. Bouchard to W. Enns re: FW: 2002-2004 Plan Calendar. attaching BCE 2002-2004 Plan Calendar | 8/28/2001 | TGV22535 | TGV22536 | N | |
| PX346 | Email from M Bouchard to C Eakin et al., re: TIMELINE for 2002 Budget Process | 9/11/2001 | TGV24015 | TGV24016 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX347 | Email from M Bouchard to M Neuman re: 2002 Plan | 9/17/2001 | TGV32277 | TGV32278 | Y | 105, 802, 701 |
| PX348 | Email from M. Bouchard to R Sciacchitano re: Fwd: RE: FW: 2002 Plan | 9/27/2001 | TGV00670576 | TGV00670580 | Y | 105, 802, 701 |
| PX349 | Email from M Bouchard to A Mongrain re: Fwd: FW: 2002 Plan | 9/28/2001 | TGV528193 | TGV528194 | Y | 105, 802, 701 |
| PX350 | Email from M. Ryan to S Di Paolo re: Fwd: Fwd: 2002 Budget | 10/18/2001 | BCE-AD 0582330 | BCE-AD 0582331 | N | |
| PX351 | BCE 2002 Business Plan (Draft) | 10/31/2001 | BCE-AD 0564958 | BCE-AD 0565029 | Y | 105, 802 |
| PX352 | Presentation to BCE Executive Council. "BCE 2002 Business Plan" | 11/9/2001 | BCE-AD 0044227 | BCE-AD 0044292 | Y | 901, 105, 802 |
| PX353 | Email from A Leblanc to M Boychuk attaching Final Version to Sent to the Board of BCE 2002 Business Plan Presentation | 11/22/2001 | BCE-AD 0174082 | BCE-AD 0174186 | Y | 901, 105, 802 |
| PX354 | Email from M. Lalande to M Ryan re: Teleglobe Budget Resolution 8:28 AM | 11/27/2001 | BCE-SUP 127207 | BCE-SUP 127207 | N | |
| PX355 | BCE 2002 Business Plan (Draft) 10/26/01 4:00 PM | 11/28/2001 | R.2004-BCE003272 | R.2004-BCE003282 | Y | 901, 105, 802 |
| PX356 | BCE 2002 Business Plan Presentation | 11/28/2001 | BCE-AD 0453303 | BCE-AD 0453405 | Y | 901, 105, 802 |
| PX357 | BCE Consolidated Key Rations Page from Business Plan presentation | 11/28/2001 | BCE-AD 0488721 | BCE-AD 0488721 | Y | 901, 105, 802 |
| PX358 | Email from S. Fortin to A Chan re: FW: attaching 2002 Voice Business Plan presentation | 2/21/2002 | TGV451182 | TGV451290 | N | |
| PX359 | Teleglobe Business Plan | 5/14/2002 | BCE-AD 00129064 | BCE-AD 00129118 | N | |
| PX360 | Consolidated Statements of Operations (unaudited) US GAAP | 2001 | No Bates number (Boychuk 7) | No Bates number | Y | 901, 105, 802 |
| PX361 | Teleglobe Inc. Financial Information US GAAP 2001 | 2001 | RES000028737 | RES000028775 | Y | 105, 802 |
| PX362 | Teleglobe Inc.'s Management Discussion and Analysis of Financial Condition and Results of Operations. 2001 Financial Statements | 2001 | BCE-SUP 123291 | BCE-SUP 123330 | Y | 105, 802 |
| PX363 | Email from M Lalande to E Daher, et al. re Re: 2001 Teleglobe Inc Financial Information packages (Audit Commitee) | 2/25/2002 | BCE-SUP 123371 | BCE-SUP 123374 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX364 | Email from M. Lalande to E. Daher, et al., re: TGO 2001 MD&A (Risk Factors) 7:25 AM | 2/8/2002 | BCE-AD 0221154 | BCE-AD 0221159 | N | |
| PX365 | Teleglobe Renewal Annual Information Form - English - Draft #8 | 3/14/2002 | BCE-SUP 120782 | BCE-SUP 120834 | Y | 105, 802, 901 |
| PX366 | Teleglobe Renewal Annual Information Form - English - Draft #10 | 3/22/2002 | GEN013802 | GEN013847 | Y | 105, 802, 901 |
| PX367 | Letter from M Ryan to H Steinberg et al., re: proposal changes to Teleglobe Inc 's 2001 Financial Information | 4/10/2002 | GEN009858 | GEN009858 | N | |
| PX368 | Letter from M Ryan to Teleglobe Board of Directors re: proposed changes to Teleglobe Inc.'s 2001 Financial Information | 4/11/2002 | GEN009860 | GEN009860 | N | |
| PX369 | Teleglobe 2001 Financial Information report | 3/6/2002 | BCE-AD 0533237 | BCE-AD 0533274 | Y | 901, 105, 802 |
| PX370 | Teleglobe 2001 Financial Information report | 2001 | BCET110333 | BCET110369 | Y | 105, 802 |
| PX371 | Email from D Snyder to M. Lalande, et al., re: Teleglobe AIF, attaching preliminary comments on they blacklined version of AIF 18:55:46 | 3/11/2002 | BCE-AD 0101689 | BCE-AD 0101736 | N | |
| PX372 | Calendar - Year 2000 Capital Committee | 2000 | TGV250377 | TGV250377 | N | |
| PX373 | Calendar - Year 2002 Capital Committee | 2002 | TGV697781 | TGV697781 | N | |
| PX374 | Email from M Busque to S Verge, et al., re: Minutes - Capital Committee May 31st, 2000 | 6/2/2000 | TGV705388 | TGV705389 | N | |
| PX375 | Email from M. Busque to S Verge, et al., re: Minutes - Capital Committee June 15th, 2000 | 6/16/2000 | TGV705431 | TGV705432 | N | |
| PX376 | Email from F Fournier to S Verge, et al., re: Revised Capital Committee Agenda - Wednesday November 22nd, 2000 | 11/20/2000 | TGV705691 | TGV705691 | N | |
| PX377 | Email from A. Lemieux to S Verge, et al., re: Minutes - Capital Committee December 20, 2000 | 12/21/2000 | TGV705403 | TGV705404 | N | |
| PX378 | Email from A Lemieux to A Anderson, et al., re: Minutes Capital Committee January 26, 2001 | 1/29/2001 | TGV705400 | TGV705402 | N | |
| PX379 | Email from C Condon to M Bouchard et al., re: Revised Capital Plan, attaching Capital Plan | 2/16/2001 | TGV00098822 | TGV0098832 | N | |
| PX380 | Email from A. Lemieux to H Huynh, et al., re: Minutes - Capital Committee March 15, 2001 | 3/15/2001 | TGV705424 | TGV705427 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX381 | Email from M Bouchard to R Sciacchitano re: FW: Revised Capital Plan V2. attaching 2001 Capital Plan | 3/19/2001 | TGV29501 | TGV29513 | N | |
| PX382 | Email from A Lemieux to J. Brunette re: Minutes - Capital Committee - April 12, 2001 | 4/17/2001 | TGV705384 | TGV705387 | N | |
| PX383 | Email from A. Lemieux to E. Gandarilla, et al., re: Minutes - Capital Committee May 16, 2001 | 5/17/2001 | TGV705442 | TGV705444 | N | |
| PX384 | Email from A Mastromonaco to F Gauvin et al., re: FW; Capital Share Increase Process not up to Speed | 5/18/2001 | BCE-AD 0225420 | BCE-AD 0225422 | Y | 105, 802 |
| PX385 | Email from M. Couture to S Verge et al., re: Presentation capital committee. attaching Capital Plan - April 2001 Investment Review presentation | 5/18/2001 | TGV705467 | TGV705485 | N | |
| PX386 | Email from A. Lemieux to: S Verge et al., re: Minutes - Capital Committee August 21, 2001 | 8/22/2001 | TGV517550 | TGV517552 | N | |
| PX387 | Report: Globe System: Capital Plan Reductions | 8/28/2001 | BCET321730 | BCET321734 | N | |
| PX388 | Email from A Lemieux to A Mongrain re: TR: Minutes - Capital Committee July 19, 2001 | 9/7/2001 | TGV519410 | TGV519411+E400 | N | |
| PX389 | Email from A. Lemieux to S Verge, et al., re: Minutes - Capital Committee September 18, 2001 | 9/18/2001 | TGV534707 | TGV534708 | N | |
| PX390 | Email from A. Lemieux to R Brandt, et al., re: Minutes - Capital Committee October 18, 2001 | 10/19/2001 | TGV534702 | TGV534703 | N | |
| PX391 | Email from S Verge to C Condon re: FW: September results - CAPEX, attaching Capital Plan September 2001 Investment Review document and 2001 Capital Investments Cashflow Forecast document | 10/24/2001 | TGV709187 | TGV709206 | N | |
| PX392 | Email from M Neuman to A Lemieux, et al., re: RE: Minutes - Capital Committee November 16, 2001 | 11/27/2001 | TGV568282 | TGV568282 | N | |
| PX393 | Email from C. Ramos to S Verge, et al., re: Minutes capital committee December 17, 2001 | 12/18/2001 | TGV423872 | TGV423874 | N | |