| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX394 | Presentation: Capital Investments Authorization Process 1/02 | January 2002 | BCE-AD 0270432 | BCE-AD 0270451 | N | |
| PX395 | Email from C. Ramos to S Verge, et al., re: Minutes capital committee January 22, 2002 | 1/25/2002 | TGV432628 | TGV432630 | N | |
| PX396 | Email from A. Lemieux to A Mongrain, et al., re: Minutes Capital Committee February 21, 2002 | 2/21/2002 | TGV437171 | TGV437173 | N | |
| PX397 | Email from B Bunin to V Daluz, et al., re: RE: Minutes Capital Committee- March 20, 2002 | 4/1/2002 | TGV128230 | TGV128233 | N | |
| PX398 | Letter from Chantilly Corporate Services, Inc to T Jarman re: Term. Status. Position. Location and Services to be Performed | 4/12/2000 | BCE-SUP 120365 | BCE-SUP 120369 | N | |
| PX399 | Letter from Chantilly Corporate Services, Inc to M Bouchard re: Term, Status. Position. Location and Services to be Performed | 6/6/2000 | BCE-SUP 120321 | BCE-SUP 120324 | Y | 901 |
| PX400 | Email from K. Morgan to J Brunette re: FW: Teleglobe Inc. Officers 9:00 PM | 10/30/2000 | TMORK00001374 | TMORK00001375 | N | |
| PX401 | Email from M Lalande to K Morgan et al., re: Teleglobe Inc. Officers | 10/30/2000 | TGV565138 | TGV565138 | N | |
| PX402 | Email from M. Lalande to K Bustamante et at. re: RE: Teleglobe Inc. Officers | 10/31/2000 | TGV563826 | TGV563828 | N | |
| PX403 | Email from M Lalande to I Ricciuto re: Teleglobe D&O | 12/14/2000 | BCE-AD 0202471 | BCE-AD 0202471 | N | |
| PX404 | Collection of Corporate Resolutions and records relating to the Appointment of Officers and Directors of Teleglobe subsidiaries (Bouchard Ex. 16) | 3/1/2001 | RES 001408 | RES 001429 | N | |
| PX405 | Personal Information Sheet re Boychuk | 3/20/2001 | BCE-AD 0187273 | BCE-AD 0187278 | Y | 802 |
| PX406 | Letter from J Monty to "Colleagues" re: T Jarman's decision to leave TGO, appointment of new directors | 1/25/2002 | BCE-AD 0266383 | BCE-AD 0266384 | Y | 802, 105 |
| PX407 | Memo from M Bouchard to R Schwartz re: Constructive Dismissal | 2002 | BCE-AD 0265734 | BCE-AD 0265736 | Y | 802, 105 |
| PX408 | Register of Directors | 4/23/2002 | BCE-AD 0331813 | BCE-AD 0331815 | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX409 | Shareholders Teleglobe. Inc Volume 2 - Director Appointment Resolutions and April 23, 2002 Resignations | 4/23/2002 | BCE-AD 0091571 | BCE-AD 0091585 | N | |
| PX410 | Teleglobe Inc Schedule 2 - Directors' And Officers' Remuneration, Report on Executive Compensation | not dated | BCE-AD 0000256 | BCE-AD 0000263 | Y | 901, 802, 105 |
| PX411 | BCE Inc. Resolution No. 2 re: Teleglobe Inc Funding Requirements, adopted by the Board of Directors | 5/3/2000 | R.2004-BCE043858 | R.2004-BCE043858 | N | |
| PX412 | Teleglobe Board Presentation, Financing Issues | 6/17/2000 | RES000085144 | RES000085155 | Y | 802, 901 |
| PX413 | BCE Inc Resolution No 4 re: Additional Financial Assistance to Teleglobe. adopted by the Board of Directors | 7/26/2000 | R.2004-BCE043859 | R.2004-BCE043860 | N | |
| PX414 | Email from M Bouchard to M Hossain re: Financing Site build | 1/12/2001 | TGV33131 | TGV33131 | Y | 802, 105 |
| PX415 | BCE Inc Resolution No 4 re: Financial Assistance to Teleglobe Inc, adopted by the Board of Directors | 1/24/2001 | R.2004-BCE043861 | R.2004-BCE043861 | N | |
| PX416 | Remaining 2001 & 2002 Funding Requirement | 2/28/2001 | GEN010289 | GEN 010297 | Y | 802, 105 |
| PX417 | Email from M Rosenhek to P Thom re: TGO funding (need answer fast) | 5/29/2001 | BCE-AD 0254629 | BCE-AD 0254629 | N | |
| PX418 | Email from F. Rodi to M Lalande et al., re: TGO Promissory Note 10:01 AM | 6/26/2001 | BCE-AD 0370817 | BCE-AD 0370818 | N | |
| PX419 | Promissory Note for US$41,000,000.00; Promissory Note for US$156,000,000.00 | 6/29/2001 | BCE-AD 0053343 | BCE-AD 0053346 | N | |
| PX420 | Memo from M. Boychuk to P Pichette re: Teleglobe Funding Plan | 7/6/2001 | R.2004-BCE000584 | R.2004-BCE000589 | N | |
| PX421 | Email from B MacMillan to P Pichette re: Presentation, attaching Teleglobe Inc. Summary Financial & Performance Review 10:50 AM | 7/13/2001 | BCE-E0006778 | BCE-E0006785 | N | |
| PX422 | Teleglobe Summary Financial & Performance Review presentation | 7/13/2001 | BCE-E0000832 | BCE-E0000838 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX423 | BCE Inc Resolution No. 1 re: the renewal of Credit Facilities for Teleglobe. adopted by the Board of Directors | 7/18/2001 | R.2004-BCE043864 | R.2004-BCE043865 | N | |
| PX424 | BCE Inc Resolution No. 2 re: New Teleglobe Inc Credit Facility, adopted by the Board of Directors | 7/18/2001 | R.2004-BCE043868 | R.2004-BCE043869 | N | |
| PX425 | Presentation to BCE and Teleglobe Board of Directors: Renewal of Teleglobe Credit Facilities | 7/18/2001 | R.2004-BCE057673 | R.2004-BCE057683 | Y | 901, 802, 105 |
| PX426 | Email from T Jarman to M Bouchard et al., re: FW: Teleglobe funding, attaching Extracts from Q3 conference call | 11/5/2001 | TGV43308 | TGV43309 | Y | 802, 105 |
| PX427 | Email from J Ciccarelli to R Leahy et al., re: Teleglobe Financing (private placement) | 9/27/2001 | R.2004-BCE072670 | R.2004-BCE072672 | N | |
| PX428 | Email from M. Lalande to N Morello et al., re: BCE Financial Assistance Resolution 9:41 AM | 10/17/2001 | BCE-SUP 125138 | BCE-SUP 125140 | N | |
| PX429 | Email from T. Jarman to B. Enns re: capital urgent | 10/17/2001 | TGV464603 | TGV464603 | N | |
| PX430 | Supplemental Funding for Teleglobe, Inc. presentation to the Board of Directors | 10/24/2001 | BCE-AD 0115780 | BCE-AD 0115786 | N | |
| PX431 | Email from M Rosenhek to P. VanGheluwe re: Fwd: prelim BCE plan (01.02). attaching BCE preliminary financing plan | 11/2/2001 | BCE-AD 0163478 | BCE-AD 0163483 | N | |
| PX432 | Email from M Rosenhek to A Leblanc re: Fwd: (revised), attaching BCE preliminary financing plan | 11/4/2001 | BCE-AD 0163489 | BCE-AD 0163493 | N | |
| PX433 | Email from M Rosenhek to C. Marineau re: BCE financing plan revision. attaching latest BCE preliminary financing | 11/14/2001 | BCE-AD 0163598 | BCE-AD 0163608 | N | |
| PX434 | Email from M Latande to M Ryan re: Board Resolutions 12:34 PM | 11/20/2001 | BCE-SUP 125793 | BCE-SUP 125795 | N | |
| PX435 | Email from M Rosenhek to A Vachon re: Fwd: TGO BOD financing presentation w/changes. attaching revised presentation | 11/23/2001 | BCE-AD 0255524 | BCE-AD 0255533 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX436 | Email from M Rosenhek to D Masse et al., re: TGO BOD financing presentation w/changes, attaching Teleglobe Financing presentation | 11/23/2001 | BCE-E0012974 | BCE-E0012983 | N | |
| PX437 | Memo from M Boychuk to J Monty re: TG funding piece to be presented to Board on following day, attaching Teleglobe funding piece | 11/27/2001 | GEN010228 | GEN010238 | N | |
| PX438 | 2002-2004 BCE Financing Plan-BCE Board of Directors | 11/28/2001 | BCE-AD 0379725 | BCE-AD 0379740 | Y | 901, 802, 105 |
| PX439 | Teleglobe Remaining 2001 & 2002 Funding Requirement | 11/28/2001 | BCE-AD 0091192 | BCE-AD 0091200 | N | |
| PX440 | Teleglobe Remaining 2001 & 2002 Funding Requirement Presentation (w/notes) | 11/28/2001 | GEN010289 | GEN010297 | Y | 802, 105 |
| PX441 | BCE Senior Management Conference - Monty - presentation slides with handwritten notes | 12/11/2001 | RES000051762 | RES000051837 | Y | 901, 802, 105 |
| PX442 | BCE/Teleglobe Loss Monetization Follow-up | 1/11/2002 | BCE-SUP 127028 | BCE-SUP 127035 | N | |
| PX443 | Email from M. Lalande to M Boychuk et al., re: Teleglobe Proposal. attaching draft Memo re: Proposal for Teleglobe Financing | 1/17/2002 | BCE-AD 0370587 | BCE-AD 0370615 | Y | 802, 105, 701 |
| PX444 | Email from M Lalande to M Boychuk et al., re: Teleglobe Proposal (Revised). attaching revised draft Memo re: Proposal for Teleglobe Financing | 1/21/2002 | BCE-AD 0545232 | BCE-AD 0545257 | Y | 802, 105, 701 |
| PX445 | Memo from M Lalande to File re: Proposal for Teleglobe Inc. Financing | 1/21/2002 | BCE-AD 0221263 | BCE-AD 0221270 | Y | 802, 105, 701 |
| PX446 | Email from M. Lalande to F Rodi et al., re: Re: Teleglobe Debt 3:26 PM | 1/25/2002 | BCE-AD 0221232 | BCE-AD 0221233 | N | |
| PX447 | Email from M. Rosenhek to R Bloxsome re: Re: Cash Funding for 2002 | 1/29/2002 | BCE-AD 0255674 | BCE-AD 0255676 | Y | 802, 105 |
| PX448 | Email from M Weinstock to F Rodi re: Re: Teleglobe Debt | 1/29/2002 | BCE-AD 0559939 | BCE-AD 0559941 | Y | 802, 105 |
| PX449 | Email from M. Rosenhek to F Bernier re: Fwd: TGO fcst, attaching Teleglobe Consolidated Financing Plan | 1/30/2002 | BCE-AD 0255681 | BCE-AD 0255684 | Y | 802, 105 |
| PX450 | Email from M. Rosenhek to R Olivier re: TGO, attaching 2002 TGO - BCE Funding Summary | 2/4/2002 | BCE-AD 0255723 | BCE-AD 0255727+E44 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX451 | Email from R Bloxsome to M Rosenhek et al., re: Cash Funding Reconciliation 020402 xls. attaching document | 2/6/2002 | TGV652183 | TGV652188 | Y | 802 |
| PX452 | Email from M. Lalande to B Pickford et al., re: Teleglobe be Board Presentation. attaching "BCE/Teleglobe Tax Loss Monetization" | 2/21/2002 | BCE-AD 0331587 | BCE-AD 0331594 | Y | 802, 105 |
| PX453 | Email from M. Lalande to M Turcotte, et al., re: Loss Monetization 11:24 AM | 2/22/2002 | BCE-AD 0220934 | BCE-AD 0220934 | N | |
| PX454 | Email from M Lalande to M Ryan, et al., re: Teleglobe Resolution, attaching draft of Resolution on Tax Loss Monetization | 2/26/2002 | BCE-AD 0220810 | BCE-AD 0220811 | N | |
| PX455 | Letter from A. Kingissepp et al. to M Symet; re: BCE Inc., Teleglobe Inc . Request for Advance Income Tax Ruling (draft) | 2/26/2002 | BCE-SUP 121603 | BCE-SUP 121628 | Y | 802, 105 |
| PX456 | Presentation, BCE/Teleglobe Tax Loss Monetization | 2/27/2002 | BCE-AD 0003609 | BCE-AD 0003616 | N | |
| PX457 | Letter from C Childers to J. Honeycutt re: Fox meeting with Teleglobe | 3/1/2002 | FCN0141 | FCN0147 | Y | 802, 105 |
| PX458 | Email from M. Rosenhek to P. Pichette et al., re: TGO financing/cashflow, attaching BCE Teleglobe Current Financial Planning - Allocation of Cash Requirements | 3/11/2002 | BCE-AD 0256048 | BCE-AD 0256050 | Y | 802, 105 |
| PX459 | Memo from A Bearzatto to B. Pickford et al., re: BCE/Teleglobe Loss Monetization Request for Advance Income Tax Ruling, attaching letter from Osler. Hoskin & Harcourt to the Canada Customs & Revenue Agency re: request | 3/11/2002 | BCE-AD 0003642 | BCE-AD 0003672 | Y | 802, 105 |
| PX460 | Teleglobe Inc. Promissory Note | 3/26/2002 | BCE-AD 0028285 | BCE-AD 0028286 | N | |
| PX461 | Handwritten notes re: Teleglobe Board/Audit Committee dated 10/23 & 10/24/01 | 10/24/2001 | BCE-AD 0537486 | BCE-AD 0537490 | Y | 802, 105 |
| PX462 | Teleglobe Funding Summary and Consolidated Funding Summary | not dated | BCE-AD 0071323 | BCE-AD 0071324 | Y | 802, 105 |
| PX463 | Email from A Coccia to A Mongrain, et al., re: [Fwd: Goodwill Impairment Memo], attaching Goodwill Impairment memo 6:19 PM | 4/11/2001 | TGV00259104 | TGV00259106 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX464 | Email from S Skinner to H Gomes, et al., re: New Acctg Rules on Goodwill and Intangibles, attaching Goodwill memo on standards doc. distribution list doc: 2:51 PM | 9/25/2001 | TGV534790 | TGV534795 | N | |
| PX465 | Email from E. Daher to C Eakin, et al., re: Goodwill analysis under existing policy 4:07 PM | 1/6/2002 | RES000104932 | RES000104933 | Y | 802, 105 |
| PX466 | Email from C. Eakin to E Daher, et al., re RE: Goodwill analysis under existing policy | 1/7/2002 | BCE-DH00000202 | BCE-DH00000203 | Y | 802, 105 |
| PX467 | Letter from Deloitte-Touche to S Vanaselja et al., re: audit. BCE's Impairment analysis of Teleglobe Inc. related goodwill at December 31, 2001 and January 1, 2002 | 6/9/2003 | BCE-DH 0008625 | BCE-DH 0008629 | N | |
| PX468 | Canada\CICA Handbook Excerpt 3062: Goodwill and Other Intangible Assets | not dated | PWC0002450 | PWC0002469 | N | |
| PX469 | Handwritten Note from P. VanGheluwe to M Boychuk attaching Teleglobe Inc Analysis of Goodwill Write-off | not dated | RES000082960 | RES000082961 | N | |
| PX470 | Teleglobe write-off of goodwill Analysis of Impact | not dated | BCE-AD 0564670 | BCE-AD 0564671 | Y | 802, 105 |
| PX471 | Email from P. VanGheluwe to M. Boychuk re: Fwd: TR: Clarification on BCE commitment to Teleglobe | 8/26/2001 | BCET415283 | BCET415283 | N | |
| PX472 | Email from C. Fleury to M Lalande et al., re: Additional BCE Investments in Teleglobe, attaching Additional BCE Investments in Teleglobe US $ / BCE Takes Security | 1/24/2002 | BCE-AD 0559672 | BCE-AD 0559674 | Y | 802, 105 |
| PX473 | Email from M Lalande to M. Boychuk et al., re: Re: Additional BCE Investments in Teleglobe, attaching Additional BCE Investments in Teleglobe US $ / BCE Takes Security document | 1/24/2002 | BCE-AD 0221240 | BCE-AD 0221242 | Y | 802, 105 |
| PX474 | Email from M Rosenhek to C Marineau et al., re: 2002 $1B CAD TGO commitment from BCE | 1/24/2002 | BCE-AD 0255669 | BCE-AD 0255669 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX475 | Series of answers to the Quebec Securities Commission (English language only) | 12/31/2001 | BCE-DH 0008688 | BCE-DH 0008725 | Y | 802, 105 |
| PX476 | Letter from S Vanaselja et al. to L Auger et al., re: BCE Inc., Responses to Second Comment Letter following the filing of a Preliminary Short Form Base Shelf Prospectus dated July 24, 2002. File: 733, SEDAR Project No. 467416 | 7/31/2002 | BCE-DH 0008350 | BCE-DH 0008354 | Y | 802, 105 |
| PX477 | Letter from N Parent to S Vanaselja re: BCE Inc., Ongoing Information Review, Comments letter | 10/7/2002 | BCE-DH 0009192 | BCE-DH 0009197 | Y | 802 |
| PX478 | Letter from S. Vanaselja et al., to N Parent re: BCE Inc Revue de l'information continue, Lettre de commentaires. Dossier: No 0733. attaching documents | 11/11/2002 | BCE-DH 0008363 | BCE-DH 0008419 | Y | 802, 105 |
| PX479 | Letter from A Smargiassi to S Vanaselja re: BCE Inc.. Ongoing Information Review. Second Comments Letter | 12/12/2002 | BCE-DH 0009417 | BCE-DH 0009418 | Y | 802 |
| PX480 | Email from E Daher to I. Ricciuto et al., re: Commission des vateurs mobilieres du Quebec. attaching English version of second QSC comment letter | 12/20/2002 | BCE-DH 0009285 | BCE-DH 0009287 | Y | 802, 105, 901 |
| PX481 | Letter from S Vanaselja et al., to A Smargiassi re: BCE Inc. Revue de l'information continue, Lettre de commentaires, Dossier: n° 0733 | 1/20/2003 | BCE-DH 0008424 | BCE-DH0008488 | Y | 802, 105 |
| PX482 | Letter from N. Parent to S Vanaselja re: BCE Inc . Programme d'examen de l'information continue. Troisieme lettre d'observations | 1/31/2003 | BCE-DH 0008489 | BCE-DH 0008491 | Y | 802 |
| PX483 | Letter from S Skinner to N Parent re: BCE Inc Revue de l'information continue. Lettre de commentaires. Dossier: n° 0733 | 2/17/2003 | BCE-DH 0008492 | BCH-DH 0008693 | Y | 802, 105 |
| PX484 | Letter from S. Vanaselja et al., to N Parent re: BCE Inc Examen des documents d'information continue. Quatrieme lettre de commentaires, datee du fevrier 2003, Dossier n° 0733 | 6/9/2003 | BCE-DH 0008602 | BCE-DH 0008618 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX485 | Memo from J. Callaway to J. Kahan re: BCE/Teleglobe | 2/16/2005 | SBC/TG-E-04631 | SBC/TG-E-04631 | Y | 901, 802 |
| PX486 | SBC Put Option/ Teleglobe Bank Facility Financing Strategy | 4/12/2002 | BCE-AD 0157442 | BCE-AD 0157463 | Y | 802, 105 |
| PX487 | Presentation - Resolving the BCE Put/Call | 5/28/2002 | BCET417841 | BCET417869 | N | |
| PX488 | Presentation - Approval to Repurchase SBC's 20% Stake in BCH | 6/28/2002 | BCE-AD 0509234 | BCE-AD 0509255 | N | |
| PX489 | Expert Report of Carlyn Taylor | 3/8/2006 | No Bates number (Taylor 1) | No Bates number | Y | 802, 701 |
| PX490 | Expert Report of Paul F Charnetzki | 3/8/2006 | No Bates number (Charnetzki 1) | No Bates number | Y | 802, 701 |
| PX491 | Summary of Errata in Expert Report of Paul Charnetzki | not dated | No Bates number (Charnetzki 1A) | No Bates number | Y | 802, 701 |
| PX492 | Expert Report of Walda W Roseman | 3/8/2006 | No Bates number (Roseman 1) | No Bates number | Y | 802, 701 |
| PX493 | *Financing and Risk Management* by Richard A Brealey and Stewart C. Myers | not dated | FISHER0003650 | FISHER0003653 | Y | 802, 701, 106 |
| PX494 | Excerpts from Book | not dated | No Bates number (Fisher 6) | No Bates number | Y | 802, 701, 106 |
| PX495 | Modem Project Finance. A Casebook by Benjamin C Esty | not dated | FISHER0003654 | FISHER0003656 | Y | 802, 701, 106 |
| PX496 | Staff Accounting Bulletin No 74- Disclosure of the Impact that Recently Issued Accounting Standards Will Have on Financial Statements of the Registrant When Adopted in a Future Period | not dated | No Bates number (Livnat 7) | No Bates number | Y | 901, 802 |
| PX497 | United States Securities and Exchange Commission, Schedule 14A, Teleglobe International Holdings Ltd. | 2005 | RES 089551 | RES E929089875 | Y | 802 |
| PX498 | Email from P Miles to P Van Gheluwe re: SBC General Option (V13). ppt | 3/26/2002 | BCE-AD 0386253 | BCE-AD 0386269 | Y | 802, 105 |
| PX499 | Email from P Miles to L Ruggins et al. re: SBC Put/TGO Financing Strategy Presentation, attaching presentation draft | 4/12/2002 | BCE-AD 0064095 | BCE-AD 0064117 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX500 | Declaration of James W Callaway, SBC Communications, in response to subpoena | 10/12/2005 | No Bates number (Callaway 3) | No Bates number | Y | 802 |
| PX501 | James Callaway's Outlook Calendar | 5/5/2002 | SBC/TG06837 | SBC/TG06854 | N | |
| PX502 | BCE Board Presentation. Addressing Teleglobe and the SBC Put | 4/23/2002 | BCE-AD 0543555 | BCE-AD 0543604 | N | |
| PX503 | Teleglobe Inc, Rating Agency Presentation (final) | 11/6/2000 | BMO001654 | BMO001740 | Y | 802, 105, 901 |
| PX504 | Teleglobe Inc, Rating Agency Presentation | 11/6/2000 | BCE-AD 0305647 | BCE-AD 0305732 | Y | 802, 105 |
| PX505 | DBRS rating report on Teleglobe Inc. | not dated | BCE-AD 0063305 | BCE-AD 0063309 | Y | 802 |
| PX506 | DBRS rating report on Teleglobe Inc. | 11/21/2000 | BCET034488 | BCET034492 | Y | 802 |
| PX507 | Memo from P VanGheluwe to L Ruggins re: DBRS ratings report | not dated | BCE-AD 0063304 | BCE-AD 0063310 | Y | 802 |
| PX508 | Email from P. VanGheluwe to J. Tysall re: Teleglobe ratings | 3/8/2001 | BCET411327 | BCET411328 | Y | 802, 105 |
| PX509 | Memo from Ruggins informing the "BBB+" S&P rating given on Teleglobe's debt due to BCE's support | 3/16/2001 | BCET110144 | BCET110144 | N | |
| PX510 | Letter from (not signed) to Dominion Bond Rating Service responding to Dominion's concerns about BCE's funding commitment | 8/16/2001 | BCE-AD 0011006 | BCE-AD 0011006 | Y | 802, 901 |
| PX511 | Email from R Buchalter to P. VanGheluwe, et al., re: DBRS Updated report on Teleglobe | 8/29/2001 | BCET419790 | BCET419795 | N | |
| PX512 | Merrill Lynch re: Teleglobe Inc. "Ratings Arbitrage May Provide Profit Opportunities For Crossover Buyers" | 1/18/2002 | BCET010950 | BCET010957 | Y | 802 |
| PX513 | Memo from J Deforges to M Boychuk et al., re: Credit Rating Agencies - Follow-up meeting. attaching draft presentation to Credit Rating Agencies | 9/21/2000 | BCE-AD 0063313 | BCE-AD 0063357 | Y | 802 |
| PX514 | Investor Relations Distribution List. Letter- Subject: Market Reaction Report: BCE's Third Quarter Results and New Corporate Structure, including Highlights - Analysts' Reports | 10/27/2000 | BCE-AD 0059818 | BCE-AD 0059828 | Y | 802, 701 |
| PX515 | National Bank Financial Daily Bulletin, "Teleglobe is Surviving the Telecom Tempest" | 8/10/2001 | BCE-AD 0065629 | BCE-AD 0065631 | Y | 802, 701 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX516 | Merrill Lynch Comment on BCE Inc , "How a Weak Economy Could Help BCE" | 9/24/2001 | CSFB004971 | CSFB004978 | Y | 802, 701 |
| PX517 | Email from G. Walker to P VanGheluwe re: Fwd: Merrill Lynch Research - BCE Inc , attaching Merrill Lynch document | 9/25/2001 | BCET545639 | BCET545547 | Y | 802, 701 |
| PX518 | Merrill Lynch Comment on BCE Inc , "Weathering the Storm" | 10/25/2001 | BCE-AD 0314405 | BCE-AD 0314412 | Y | 802, 701 |
| PX519 | Public Information Book - BCE | 11/1/2001 | CSFB004797 | CSFB005227 | Y | 802, 701 |
| PX520 | Email from D. Carter to L Ruggins, et al., re: Meeting December 20th | 12/14/2001 | BCET073332 | BCET073332 | Y | 802 |
| PX521 | Merrill Lynch Comment on BCE Inc. "A Closer Look at the 2002 Numbers" | 12/17/2001 | BCET458687 | BCET458696 | Y | 802 |
| PX522 | Email from D. Carter to P VanGheluwe re: Teleglobe questions | 1/25/2002 | BCE-E0003366 | BCE-E0003366 | Y | 802, 701 |
| PX523 | Merrill Lynch Comment on BCE Inc. "The SBC Put: How Big a Deal Is It?" | 3/26/2002 | BCET019589 | BCET019591 | Y | 802 |
| PX524 | Email from P VanGheluwe to M Boychuk re: Fwd: Teleglobe spreadsheet, attaching email from D Carter at Moody's to P. Van Gheluwe | 3/28/2002 | BCE-E0002824 | BCE-E0002828 | Y | 802, 701 |
| PX525 | Project X Chronology of Events | not dated | BCE-AD 0502786 | BCE-AD 0502787 | Y | 802, 105 |
| PX526 | Declaration of Maria Buonamici | 1/16/2006 | No Bates number (rece. from S&S) | No Bates number | N | |
| PX527 | Letter from B Connolly to G Varallo re: Project X Chronology of Events Document | 2/24/2006 | No Bates number (rece. from S&S) | No Bates number | N | |
| PX528 | Email from M. Lalande to M Turcotte et at. re: Project Saving Grace. attaching TOC Teleglobe Documents.doc, Memo Teleglobe Financing (v.2) | 2/28/2002 | BCE-AD 0559466 | BCE-AD 0559478 | N | |
| PX529 | Email from M. Turcotte to M. Lalande et al., re: Re: Project Saving Grace | 3/1/2002 | BCE-AD 0559464 | BCE-AD 0559465 | N | |
| PX530 | Project Saving Grace. financial flexibility doc. (quotes from Vanaselja. Sabia, and Monty re: credit facility extension prospects, BCE commitment to fund Teleglobe | 3/8/2002 | BCE-AD 0001076 | BCE-AD 0001076 | Y | 802, 105 |
| PX531 | Document List, Project Saving Grace | not dated | BCE-AD 0068965 | BCE-AD 0068966 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX532 | Project X Working Group List | March 2002 | BCE-AD 0225978 | BCE-AD 0225983 | N | |
| PX533 | Non-Disclosure Agreement | not dated | TGV641985 | TGV641985 | Y | 901 |
| PX534 | Project X Table of Contents | 7/12/2005 | BCE-AD 0390909 | BCE-AD 0390917 | Y | 802, 105, 901 |
| PX535 | Draft Engagement Letter | 3/21/2002 | GEN046726 | GEN46732 | N | |
| PX536 | Email from M. Drouin to M Lalande re: Fw: Draft Engagement Letter, attaching Teleglobe Indemnity Letter and Engagement Letter | 3/21/2002 | BCE-AD 0150068 | BCE-AD 0150078 | N | |
| PX537 | Lazard Freres Agreement Letter | 3/21/2002 | LZR002645 | LZR002657 | N | |
| PX538 | Draft Engagement Letter | 3/29/2002 | BCE-AD 0025542 | BCE-AD 0025553 | Y | 901, 802 |
| PX539 | Luxembourg LLC Balance Sheet | 3/31/2002 | RES000004917 | RES000004917 | Y | 901 |
| PX540 | Email from M Turcotte to M Sabia et al., re: Project X | 4/2/2002 | BCE-AD 0225998 | BCE-AD 0225998 | N | |
| PX541 | Email from P. Pichette to A. Leblanc re: RE: models, attaching 2002-2003 Revised Plan | 4/2/2002 | TGV639634 | TGV639680 | N | |
| PX542 | Email from P Pichette to D Berrut re: Confidential, attaching Presentation to BCE, Valuations and Options | 4/2/2002 | TGV636592 | TGV636598 | N | |
| PX543 | Email from M Drouin to M. Turcotte et al., re: April 4 Presentation | 4/3/2002 | BCE-AD 0138628 | BCE-AD 0138673 | N | |
| PX544 | Email from M Lalande to M Turcotte et al., re: Teleglobe Funding | 4/3/2002 | BCE-AD 0220635 | BCE-AD 0220635 | N | |
| PX545 | Email from M Turcotte to J Monty et al., re: Project X - Restructuring Alternatives, attaching Restructuring Alternatives Summary | 4/3/2002 | BCE-AD 0271443 | BCE-AD 0271444 | N | |
| PX546 | Email from A. Leblanc to P Pichette re: Models supporting April 4 presentation, attaching models | 4/4/2002 | TGV641457 | TGV641486 | N | |
| PX547 | Presentation: Project X Preliminary Observations | 4/4/2002 | BCE-AD 0000296 | BCE-AD 0000343 | N | |
| PX548 | Email from P Pichette to J. Brunette et al. re: FW: Project X - Confidentiality Agreement, attaching non-disclosure agreement | 4/7/2002 | TGV637792 | TGV637792 | N | |
| PX549 | Email from M Turcotte to P Lessard et al., re: Re: Lazard and E&Y [Fwd: Project X] | 4/8/2002 | BCE-AD 0546089 | BCE-AD 0546090 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX550 | Letter from M Ryan to Teleglobe Board of Directors re: Special Meeting | 4/8/2002 | GEN009764 | GEN009764 | N | |
| PX551 | Email from M. Turcotte to J. Milstein et al., re: Agenda for April 10 Update meeting with Jean. attaching April 10 Agenda 3:05 PM | 4/9/2002 | BCE-AD 0271320 | BCE-AD 0271321 | N | |
| PX552 | Email from S Baskin to M Shapiro et al., re: Re: Project X - list of Issues and Activities. attaching list of Issues and activities document | 4/9/2002 | SSSPXC0001636 | SSSPXC0001668 | N | |
| PX553 | Letter from M Ryan to Teleglobe Board of Directors re: Special Meeting | 4/9/2002 | GEN009857 | GEN009857 | N | |
| PX554 | Memo from P. Pichette to M. Sabia re: Synthesis of differences between prior management's representations | 4/9/2002 | TGV647297 | TGV647299 | Y | 802, 105 |
| PX555 | Email from M. Cossette to M Turcotte re: Downturn presentation. attaching Downturn In Telecom Industry document | 4/10/2002 | BCE-AD 0563495 | BCE-AD 0563496 | Y | 802, 105 |
| PX556 | Email from M Drouin to M. Longval attaching Agenda for 4/10 update meeting with Jean 3:00 PM | 4/10/2002 | BCE-AD 0271281 | BCE-AD 0271311 | N | |
| PX557 | Issues and Activities List-Project X | 4/10/2002 | BCE-AD 0276943 | BCE-AD 0276975 | N | |
| PX558 | BCE Inc/Teleglobe Inc Directors' Advance Call Discussion Points/Script 9:15 A.M. | 4/11/2002 | BCE-SUP 121884 | BCE-SUP 121888 | Y | 802, 105 |
| PX559 | BCE Inc /Teleglobe Inc Directors' Advance Call Discussion Points/Script 9:15 A.M. | 4/11/2002 | GEN009771 | GEN009774 | Y | |
| PX560 | Email from J Millstein to M. Cossette, et al., re Re: Engagement Letter - Comments, attaching drafts of letter | 4/11/2002 | BCE-AD 0169405 | BCE-AD 0169418 | N | |
| PX561 | Email from M. Cossette to M Drouin, et al., re: Engagement Letter - Comments, attaching drafts of letter | 4/11/2002 | BCE-AD 0169427 | BCE-AD 0169439 | N | |
| PX562 | Email from M Turcotte to B. Babcock, et al., re: Project X - List of Issues and Activities. attaching Issues and Activities document 9:31 AM | 4/11/2002 | BCE-AD 0271245 | BCE-AD 0271278 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX563 | Davies Ward Phillips & Vineberg LLP Memo re: Default Triggers under Canadian Indenture, US Indenture and Credit Facility | 4/12/2002 | BCE-AD 0563324 | BCE-AD 0563332 | Y | 701 |
| PX564 | Email from B Erens to J Swartz et al., re: Project X Action Steps 11:49 PM | 4/12/2002 | TGV00576110 | TGV00576111 | N | |
| PX565 | Email from M Ryan to M Lalande re: Fwd: Duties and Responsibilities of the Board, attaching Davies Ward Phillips & Vineberg Memo 12:38 PM | 4/12/2002 | BCE-AD 0372597 | BCE-AD 0372608 | Y | 701 |
| PX566 | Email from M Turcotte to J. Monty et al. re: Teleglobe - Directors and CRO | 4/12/2002 | BCE-AD 0559924 | BCE-AD 0559924 | N | |
| PX567 | Email from S Armutcuoglu to M Turcotte re Re: Engagement Letter - Comments, attaching drafts of letter | 4/12/2002 | BCE-AD 0169390 | BCE-AD 0169402 | N | |
| PX568 | Email from V Mercier to M Turcotte et al., re: Project X, attaching Material Change Report | 4/12/2002 | BCE-SUP 126877 | BCE-SUP 126882 | Y | 802 |
| PX569 | Email from B Enns to C Childers, et al., re: Model Output attaching Project X Restructuring Model presentation | 4/12/2002 | TGV55782 | TGV55787 | N | |
| PX570 | Email from D. Salanic to A Mongrain et al., re: Restructuring Model, attaching Project X - Preliminary Restructuring Model | 4/13/2002 | MCK04647 | MCK04665 | N | |
| PX571 | Scenario Comparison (from Project X Preliminary Restructuring Model) | 4/13/2002 | MCK02161 | MCK02170 | N | |
| PX572 | Email from B. Enns to J Brunette re: FW: Restructuring Model, attaching Restructuring Model document | 4/14/2002 | TGV55988 | TGV56006 | N | |
| PX573 | Email from D Salanic to P. Pichette et al. re: Strategic Partners, attaching April 13 Talking Points | 4/14/2002 | TGV00057614 | TGV00057621 | Y | 701 |
| PX574 | Email from M Lalande to M Cossette re: Fwd: Fwd: Project X - Default Triggers | 4/15/2002 | BCE-AD 0563322 | BCE-AD 0563323 | N | |
| PX575 | Email from M. Rosenhek to P VanGheluwe et al. re: Fwd: BCE-->TGO funding information requested | 4/15/2002 | BCE-AD 0533194 | BCE-AD 0533194 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX576 | Email from P Miles to L. Ruggins et al., re: TGOFunding xls, attaching Teleglobe Funding Strategy | 4/15/2002 | BCE-AD 0076380 | BCE-AD 0076382 | Y | 802, 105 |
| PX577 | Notes for Discussions with Directors of BCE (from 4/11 to 4/19) | 4/15/2002 | BCE-AD 0403686 | BCE-AD 0403688 | Y | 802, 105 |
| PX578 | Email from I Dimov to P Pichette et al., re: presentation, attaching Project X Presentation 7:16 PM | 4/16/2002 | TGV643145 | TGV643171 | N | |
| PX579 | Email from M Cossette to M Turcotte et al., re: CSFB Conference by Siim Vanaselja (March 5. 2005), attaching conference memo | 4/16/2002 | BCE-AD 0559932 | BCE-AD 0559934 | Y | 802, 105 |
| PX580 | Email from M Lalande to J Brunette et al., re: Teleglobe Inc. D&O 11:46:47 | 4/16/2002 | BCE-SUP 120087 | BCE-SUP 120087 | N | |
| PX581 | Email from M. Turcotte to J Monty et al., re: Agenda for April 16 meeting, attaching agenda 3:03 PM | 4/16/2002 | TGV642698 | TGV642699 | N | |
| PX582 | Email from M. Turcotte to M Lalande et al., re: Re: D&O Changes | 4/16/2002 | BCE-AD 0546101 | BCE-AD 0546101 | N | |
| PX583 | Lazard Preliminary Discussion Materials RE: Project X | 4/16/2002 | TGV00640132 | TGV00640157 | Y | 802 |
| PX584 | Memo from M. Ryan to File et al., re: Project X | 4/16/2002 | BCE-AD 0565539 | BCE-AD 0565541 | Y | 802, 901 |
| PX585 | Preliminary Discussion Materials for Project X (w/handwritten notes) | 4/16/2002 | BCE-SUP 122356 | BCE-SUP 122381 | N | |
| PX586 | Project X - NA Preliminary Restructuring | 4/17/2002 | TGV637881 | TGV637892 | N | |
| PX587 | Email from M. Turcotte to G Tremblay et al., re: Project X-[Fwd: CSFB Conference by Siim Vanaselja (March 5, 2002)], attaching conference memo | 4/17/2002 | BCE-AD 0547041 | BCE-AD 0547044 | Y | 802, 105 |
| PX588 | Index, Project X, Questions and Answers | 4/19/2002 | BCE-AD 0566559 | BCE-AD 0566576 | Y | 802, 105 |
| PX589 | Memo from T Fell to D Currie et al., re: views on BCE | 4/19/2002 | BCE-AD 0026869 | BCE-AD 0026871 | Y | 802, 105 |
| PX590 | Project X Questions and Answers | 4/19/2002 | BCE-AD 0333710 | BCE-AD 0333741 | Y | 802, 105 |
| PX591 | Email from D Salanic to P Pichette et al., re: Model, attaching April 20 Preliminary Restructuring document | 4/20/2002 | TGV00637290 | TGV00637304 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX592 | Email from S Armulcuoglu to J Brunette et al., re: Revised to do list, attaching April 19_Project X-To Do list. Doc | 4/20/2002 | TBRUJ00001177 | TBRUJ00001180 | N | |
| PX593 | Project X - NASGH Preliminary Restructuring | 4/20/2002 | BCE-AD 0026773 | BCE-AD 0026782 | N | |
| PX594 | Memo from M Ryan to D. Currie et al., re: Call-in Coordinates | 4/21/2002 | BCE-AD 0380150 | BCE-AD 0380150 | N | |
| PX595 | Project X - Restructuring Model | 4/22/2002 | BCE-AD 0034157 | BCE-AD 0034162 | N | |
| PX596 | Email from J. Milistein to J Brunette et al., re: interest 6:36 PM | 4/22/2002 | TGV49117 | TGV49117 | N | |
| PX597 | Letter from P. Pichette to J. Monty re: Teleglobe Inc. | 4/23/2002 | R.2004-BCE010733 | R.2004-BCE010736 | Y | 802 |
| PX598 | Letter from Teleglobe Inc to J Monty re: Teleglobe Inc. | 4/23/2002 | BCE-AD 00029690 | BCE-AD 00029690 | N | |
| PX599 | Teleglobe Board Presentation w/ post-it note saying, "Marc, Martine needs to read this and make changes if necessary, - Patrick" | 4/23/2002 | BCE-AD 0548297 | BCE-AD 0548323 | Y | 802, 901 |
| PX600 | BCE Board Presentation Outline | not dated | BCE-AD 0563292 | BCE-AD0563296 | Y | 802, 105 |
| PX601 | Some Discussion Points for Currie 4/24/02 announcement | not dated | BCE-AD 0352827 | BCE-AD 0352827 | Y | 802, 105 |
| PX602 | Email from P Pichette to P Pichette re: FW: Preliminary Material for 20:00 call, attaching April 18 Buyers List. April 18 Teleglobe Teaser | 4/29/2002 | TPIC00001338 | TPIC00001367 | Y | 802 |
| PX603 | 2001 Objectives and Issues to Address | 2001 | BCE-AD 0043099 | BCE-AD 0043110 | Y | 802, 105 |
| PX604 | BCE 2001 Mandate | 2001 | BCE-AD 0390325 | BCE-AD 0390332 | Y | 802, 105 |
| PX605 | TCC Funding Requirements - 2001 | 2001 | BCE-AD 0159618 | BCE-AD 0159630 | Y | 802, 105 |
| PX606 | Law Department / Corporate Secretariat Objectives - 2002 | 2002 | BCE-AD 0564468 | BCE-AD 0564468 | Y | 802, 901 |
| PX607 | BCE 2003 Annual Report | 2003 | No Bates number (Sabia 52) | No Bates number | Y | 802, 105 |
| PX608 | Teleglobe Corporate Calendar 2001 | 1/10/2000 | RES000117018 | RES000117021 | N | |
| PX609 | Memo from S. Skinner to G Davis. et al., re: TGO Review of Q1 results with Francois Gauvin | 5/24/2000 | BCE-AD 0271033 | BCE-AD 0271034 | Y | 802 |
| PX610 | Email from M. Bouchard to R Sciacchitano re: FW: BCE Board Material, attaching Teleglobe Communications Corporation Update | 6/12/2000 | TGV24836 | TGV24855 | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX611 | Cover note regarding information re upcoming 6/28/00 meeting | 6/21/2000 | BCE-AD 0496872 | BCE-AD 0496876 | Y | 802, 105 |
| PX612 | Teleglobe Communications Corporation Update | 6/28/2000 | BCET122320 | BCET122334 | N | |
| PX613 | Email from R. Russell to TCC USA List et al., re: Terry Jarman Organization Announcement, with attachments | 6/30/2000 | R.2004-BCE050303 | R.2004-BCE050327 | Y | 802, 105 |
| PX614 | Memo from M Paul to T. Jarman et al., re: Second Quarter Analysts' Conference | 7/10/2000 | BCE-AD 0064199 | BCE-AD 0064201 | Y | 802 |
| PX615 | Email from M Bouchard to G Ewert re: GlobalCenter | 7/17/2000 | TGV33239 | TGV33239 | Y | 802, 105 |
| PX616 | Presentation - Turbo Project: Capturing Teleglobe's Growth Potential | 7/6/2000 | RES000099291 | RES000099316 | Y | 701 |
| PX617 | Email from P Nicholson to R. Nicol. et al., re: BCE Strategy, attaching memo. BCE Strategy - The Big Picture Context 10:54 PM | 8/18/2000 | BCE-AD 0389812 | BCE-AD 0389835 | Y | 802, 105, 701 |
| PX618 | Presentation: Capturing Teleglobe's Growth Potential: Kickstarting Change at Global Markets | 8/18/2000 | MCK05611 | MCK05620 | Y | 701 |
| PX619 | Memo from S Fortin to T Jarman re: A first approach to an integrated plan for Global Markets | 8/25/2000 | RES000083591 | RES000083599 | Y | 701 |
| PX620 | Email from M Rosenhek to N Denoncourt et al. re: YEE, attaching BCE Sept 2000 Outlook | 9/22/2000 | BCE-AD 0254534 | BCE-AD 0254540 | N | |
| PX621 | Handwritten Note from Nicholson to "Michael" - attaching "Teleglobe 'Back of the Envelope' Observations" | 9/28/2000 | BCE-AD 0096092 | BCE-AD 0096095 | Y | 802, 701 |
| PX622 | Handwritten Notes - "Issues" List | 10/16/2000 | BCE-AD 0057064 | BCE-AD 0057066 | Y | 802, 105 |
| PX623 | Memo from M Ryan to M. Turcotte et al., re: Teleglobe Inc. - Review of Corporate Documents | 10/20/2000 | BCE-AD 0102864 | BCE-AD 0102865 | N | |
| PX624 | Email from D. Marr to W. Scott et al. re: Teleglobe Report, attaching draft of Teleglobe Project Final Report | 10/21/2000 | BCE-AD 0140770 | BCE-AD 0140773 | Y | 802 |
| PX625 | Email from W Scott to D Marr et al., re: Re: Teleglobe Report | 10/22/2000 | BCE-AD 0140774 | BCE-AD 0140774 | N | |

APPENDIX 4A