| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX626 | Email from M. Lalande to A Bourbonnais et al., re: Teleglobe Inc. - Secretariat | 10/24/2000 | RES000114325 | RES000114325 | N | |
| PX627 | Email from M. Rosenhek to N Denoncourt re: revised outlook, attaching BCE Nov 2000 | 11/15/2000 | BCE-AD 0254574 | BCE-AD 0254578 | N | |
| PX628 | BCE Executive Council Presentation. Teleglobe Strategy and Direction | 11/24/2000 | BCE-AD 0054196 | BCE-AD 0054243 | N | |
| PX629 | Letter from P Nicholson to M. Sabia re: Executive Council Action Items | 11/27/2000 | BCE-AD 0057080 | BCE-AD 0057086 | Y | 802, 105 |
| PX630 | Memo from A. Coccia re: Fair Value of Net Assets-TCC | 12/7/2000 | RES000131967 | RES000131971 | Y | 802 |
| PX631 | Email from M Turcotte to M Ryan et at. re: 2001 Law Department Projects, attaching List of Law Department Projects | 1/15/2001 | BCE-AD 0578685 | BCE-AD 0578706 | N | |
| PX632 | Memo from P Thom to "Mike" attaching excerpt from presentation | 1/17/2001 | GEN043133 | GEN043152 | Y | 802, 105 |
| PX633 | Email from M Lalande to D. Snyder et al., re: TGO Schedule of Authorities 11:35 PM | 1/22/2001 | TGV51620 | TGV51620 | N | |
| PX634 | Email from M Bouchard to R. Sciacchitano re: FW: 2001 Score cards, attaching 2001 Objectives and Mandate 2001 | 1/24/2001 | TGV22414 | TGV22426 | N | |
| PX635 | Teleglobe Financial Update, Board of Directors | 1/24/2001 | BCE-AD 0125522 | BCE-AD 0125546 | N | |
| PX636 | Email from J Brunette to K Morgan, et al., re: FW: Teleglobe's risk factors. attaching Risk factors doc 12:31 AM | 1/25/2001 | TGV00047268 | TGV00047269 | N | |
| PX637 | Memo from S Fortin to E Gandarilla et al., re: Three year plan | 1/26/2001 | RES000091911 | RES000092297 | Y | 701 |
| PX638 | Designation by Jean Monty of Slim Vanaselja as having authority to determine terms and conditions of financial assistance to Teleglobe | 1/30/2001 | BCE-AD 0101459 | BCE-AD 0101459 | N | |
| PX639 | Email from M Bouchard to A Mongrain re: FW: Introduction to Andre Mongrain | 1/31/2001 | TGV00027019 | TGV00027019 | N | |
| PX640 | Email from C Wiegand to A Coccia et al., re: RAP/GAAP Model | 2/5/2001 | BCE-AD 0052671 | BCE-AD 0052672 | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX641 | Email from D. Snyder to J. Brunette, et al., re: FW: Teleglobe AIF Risk Factors, attaching risk factors doc 7:59 PM | 2/7/2001 | TGV00103417 | TGV00103420 | N | |
| PX642 | Email from L. Donnan to J Bias re: FW: January Flash Results, attaching January Financial Statements | 2/14/2001 | TGV231666 | TGV231687 | N | |
| PX643 | Memo from M. Lalande to K Bustamante et al. re: Teleglobe Schedule of Authorities and Power of Attorney | 2/14/2001 | BCE-AD 0139155 | BCE-AD 0139157 | N | |
| PX644 | Handwritten notes | 2/16/2001 | BCE-AD 0543738 | BCE-AD 0544107 | Y | 802, 105 |
| PX645 | Email from M Lalande to D Snyder et al., re: TCC SofA | 2/19/2001 | BCE-AD 0202991 | BCE-AD 02202991 | N | |
| PX646 | Email from C Condon to B. Enns et al. re: Stu's Board Package, attaching Network Deployment Status Report | 2/22/2001 | TGV714191 | TGV714205 | N | |
| PX647 | Email from D Snyder to M Lalande, et al., re: Policy on Authorization. attaching Schedule of Authorization 12:20:50 | 2/22/2001 | RES000114292 | RES000114309 | N | |
| PX648 | Memo from F Valois to B Pickford et al., re: Sale of Nortel shares | 2/22/2001 | BCET111459 | BCET111462 | N | |
| PX649 | Email from C Wiegand to M. Rousseau re: FW: Fwd: Cashflow analysis - Write-off | 3/1/2001 | BCE-AD 0047214 | BCE-AD 0047215 | Y | 802, 901 |
| PX650 | Email from M Lalande to D Snyder re: Corporate Policies | 3/7/2001 | R.2004-BCE047044 | R.2004-BCE047075 | N | |
| PX651 | Email from M Rosenhek to F. Rodi et al., re: Re: Updates to the Money Market Approved List | 3/14/2001 | BCE-AD 0254584 | BCE-AD 0254584 | N | |
| PX652 | Email from M. Rosenhek to N Denoncourt et al., re: BCE April YEE Update, attaching April YEE file | 3/15/2001 | BCE-AD 0162612 | BCE-AD 0162615 | N | |
| PX653 | Letter from BCE to Steinberg re: BCE Phantom Stock Options | 3/23/2001 | BCE-AD 0059358 | BCE-AD 0059358 | Y | 802, 105 |
| PX654 | Report: Strategic Alternatives for Teleglobe | 4/2/2001 | R.2004-BCE001331 | R.2004-BCE001369 | Y | 802, 105, 701 |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX655 | Email from M. Bouchard to R Sciacchitano re: FW: Teleglobe Q&A attaching Teleglobe Frequently Asked Questions | 4/3/2001 | TGV30218 | TGV30224 | Y | 802, 105 |
| PX656 | Email from M. Rosenhek to F. Rodi et al., re: FYI | 4/9/2001 | BCE-AD 0254609 | BCE-AD 0254609 | N | |
| PX657 | Email from M Vandoorn to A. Coccia et al., re: 20yr plan model | 4/12/2001 | GEN117324 | GEN117331 | Y | 802, 701 |
| PX658 | Email from D. Snyder to C Pauze. re: RE: Level 3 update 3:42 AM | 4/19/2001 | TGV00693944 | TGV00693945 | N | |
| PX659 | Email from M Bouchard to R. Sciacchitana re: FW: Terry's Q1 analyst backup, attaching Backup for 1st Quarter Analyst Call | 4/23/2001 | TGV30432 | TGV30478 | Y | 802, 105 |
| PX660 | Presentation - Teleglobe Overview and Update Board of Directors | 4/25/2001 | RES000018618 | RES000018641 | N | |
| PX661 | BCE Report - Teleglobe - Strategic Alternatives and Current Status | 4/30/2001 | BCE-AD 0009864 | BCE-AD 0009879 | Y | 802, 105, 701 |
| PX662 | Email from P Pichette to T Jarman. et al., re: Q1 review follow-up | 4/30/2001 | BCE-AD 0491230 | BCE-AD 0491231 | N | |
| PX663 | Letter from J. Monty to T. Jarman et al., re: strategic reasons for purchase of Teleglobe | 4/30/2001 | BCE-AD 0502800 | BCE-AD 0502801 | Y | 802, 105 |
| PX664 | Terry Jarman's Resume | not dated | TGV667257 | TGV667258 | N | |
| PX665 | Summary Perspective on Financials-Take 2 | 5/3/2001 | BCE-AD 0448751 | BCE-AD 0448761 | Y | 802, 701 |
| PX666 | Email from A Wong to M Rosenhek re: Revised Teleglobe Interest -Base, attaching revised Teleglobe Interest - Base document | 5/8/2001 | BCE-AD 0152523 | BCE-AD 0152527 | N | |
| PX667 | Email from D. McGraw to M. Boychuk re: attaching two Teleglobe 5 year plan models dated 5/13/01 (with attachments) | 5/14/2001 | R.2004-BCE073083 | R.2004-BCE073090 | Y | 802, 105 |
| PX668 | Email from M. Rosenhek to F Rodi et al., re: Friday's meeting with Mike | 5/23/2001 | BCE-AD 0254628 | BCE-AD 0254628 | N | |
| PX669 | Ruggins' handwritten notes - "not financeable without BCE support" | not dated | BCE-AD 0075664 | BCE-AD 0075664 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX670 | Presentation to BCE Corporate Governance Committee, "Beyond Compliance: Building a Corporate Governance Culture-Interim Report of the Joint Committee on Corporate Governance | 5/23/2001 | BCE-AD 0509032 | BCE-AD 0509096 | Y | 802, 105 |
| PX671 | Email from M. Rosenhek to P Thom et al., re: Meeting with Mike on Friday | 5/30/2001 | BCE-AD 0254630 | BCE-AD 0254630 | N | |
| PX672 | Presentation, 2002-2004 Strategic Plan Kickoff | 6/1/2001 | BCE-E0001140 | BCE-E0001159 | N | |
| PX673 | Email from M Lalande to J Brunette et al., re: Important Reminder 2:08 PM | 6/7/2001 | TGV562155 | TGV562155 | N | |
| PX674 | Email from P Pichette to T Jarman et al., re: June 1 Presentation w/ attachment | 6/7/2001 | BCE-AD 0352419 | BCE-AD 0352439 | N | |
| PX675 | Email from P. VanGheluwe to T Jarman et al., re: Teleglobe Bankers Presentation w/ attachment | 6/12/2001 | BCET413118 | BCET413160 | N | |
| PX676 | Email from A Lee to P VanGheluwe et al., re: List of Attendees - Meeting June 21, 2001 attaching list of attendees | 6/20/2001 | BCE-AD 0152664 | BCE-AD 0152668 | N | |
| PX677 | Report: A Risk Reducing Alternative Strategy for Teleglobe | 6/21/2001 | R.2004-BCE001378 | R.2004-BCE001393 | Y | 802, 701 |
| PX678 | Email from A Mongrain to P Van Gheluwe re: TR: Authorization Matrix | 6/25/2001 | BCE-AD 0304901 | BCE-AD 0304916 | N | |
| PX679 | Email from D MacGougan to P VanGheluwe re: FW: Teleglobe - Bank Meeting Attendees, attaching actual attendees list | 6/25/2001 | BCE-AD 0152708 | BCE-AD 0152711 | N | |
| PX680 | Email from M. Lalande to J Brunette, et al., re: Re: Teleglobe/Bell Nexxia Agreement 9:14 PM | 6/26/2001 | BCE-AD 0194684 | BCE-AD 0194684 | N | |
| PX681 | Email from P VanGheluwe to M. Lalande re: Sabia presentation, attaching Sabia presentation (new version) | 6/27/2001 | BCE-AD 0538485 | BCE-AD 0538492 | N | |
| PX682 | Email from M Rosenhek to T. Erasmo et al., re: JULY YEE, attaching July YEE Info. | 6/28/2001 | BCE-AD 0162653 | BCE-AD 0162659 | N | |
| PX683 | Project Fusion Outline | 6/29/2001 | SBC/TG-E-04630 | SBC/TG-E-04630 | Y | 802, 105 |
| PX684 | P. Van Gheluwe's Calendar | 6/30/2001 | BCE-AD 0073109 | BCE-AD 0073109 | N | |
| PX685 | Teleglobe Ratio Sensitivity Analysis | 6/30/2001 | BCE-AD 0073353 | BCE-AD 0073353 | Y | 802, 105 |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX686 | Email from M Fahey to W Anderson et al., re: PRIVILEGED & CONFIDENTIAL: Excel Communications, Inc. – issues List | 7/3/2001 | TGV511798 | TGV511809 | Y | 701 |
| PX687 | Email from P. Wachter to M Boychuk et al., re: TGO Alternatives Jul5 ppt. attaching 7/5/01 presentation. Teleglobe Alternatives | 7/5/2001 | BCE-AD 0335438 | BCE-AD 0335447 | Y | 802, 105 |
| PX688 | Email from M Bouchard to P Pichette re: TGO Review | 7/9/2001 | TGV24902 | TGV24902 | N | |
| PX689 | Email from A Lemieux to C. Condon et al., re: Revised Presentation : 2000-2003 Capex plan, attaching revised presentation | 7/12/2001 | TGV00517243 | TGV00517260 | N | |
| PX690 | Email from Y Bergeron to P. Archer re: FW: BCE Group/BCI/Teleglobe | 7/12/2001 | TD000005 | TD000005 | Y | 802, 901 |
| PX691 | Key Messages from Discussion with Management and Data Analysis | 7/13/2001 | BCE-AD 0450108 | BCE-AD 0450112 | Y | 802, 105 |
| PX692 | Web biography | 7/13/2001 | BCET094761 | BCET094761 | Y | 901, 802 |
| PX693 | Email from D Snyder to _ Ricciuto, et al., re: Teleglobe Risk Factors, attaching Teleglobe Globesystem.doc (revision) 11:46 PM | 7/18/2001 | TGV00565378 | TGV00565380 | N | |
| PX694 | Email from M Bouchard to R Sciacchitano re: FW: 2Q Performance report, attaching Quarterly Performance Review Q2 2001 | 7/19/2001 | TGV22633 | TGV22660 | N | |
| PX695 | Email from B Enns to P Pichette et al., re: Aug 30 BCE Strat Review | 7/24/2001 | R.2004-BCE006233 | R.2004-BCE006233 | N | |
| PX696 | Handout at Audit Committee meeting on 7/24/01 | 7/24/2001 | BCE-AD 0088694 | BCE-AD 0088697 | N | |
| PX697 | Email from F Gauvin to B Pickford et al., re: Private Placement | 8/8/2001 | BCE-AD 0003781 | BCE-AD 0003781 | N | |
| PX698 | Presentation – BCE Executing for Growth | 8/9/2001 | BCE-AD 0065561 | BCE-AD 0065581 | Y | 802, 105 |
| PX699 | Handwritten Notes - "TGO" | 8/10/2001 | BCE-AD 0003831 | BCE-AD 0003831 | Y | 802, 105 |
| PX700 | Email from P Pichette to B Enns re: Notes from last Friday's conversation 6:02 AM | 8/13/2001 | BCE-AD 0447137 | BCE-AD 0447137 | N | |
| PX701 | Email from B LeDuc to P. Nicholson et al., re: Mktg Context & Growth aug 16final ppt. attaching document | 8/16/2001 | BCE-AD 0040058 | BCE-AD 0040110 | Y | 402, 802 |

APPENDIX 4A

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX702 | Excel Communications | 8/17/2001 | BCE-AD 0090741 | BCE-AD 0090747 | N | |
| PX703 | Email from M Smith to P Pichette re: Teleglobe Strategic Review Presentation, attaching Teleglobe Strategic Review Presentation | 8/29/2001 | BCE-E0000184 | BCE-E0000258 | N | |
| PX704 | Email from M Paul to M Sabia et al., re: TGO Rationalization Plan Documents, attaching scripts and backup documents for 8/30/01 analyst conference. 8/30/01 Teleglobe Press release | 8/30/2001 | R.2004-BCE006135 | R.2004-BCE006151 | Y | 802, 105 |
| PX705 | Handwritten notes re: TGO conference call | 8/30/2001 | R.2004-BCE072479 | R.2004-BCE072480 | Y | 802, 105 |
| PX706 | Presentation. Teleglobe Strategic Review | 8/30/2001 | BCE-AD 0068019 | BCE-AD 0068095 | N | |
| PX707 | Presentation. Teleglobe Strategic Review (w/handwriting) | 8/30/2001 | BCE-AD 0068542 | BCE-AD 0068617 | N | |
| PX708 | Email from A. Mongrain to C. Eakin re: Aug 30 BCE Strategy Review | 9/4/2001 | TGV00535128 | TGV00535128 | N | |
| PX709 | Email from M Rosenhek to F Rodi re: BCE: cash position slide (draft) attaching document | 9/10/2001 | BCE-AD 0163282 | BCE-AD 0163283 | N | |
| PX710 | Email from D McGraw to M Boychuk re: Fwd: TGO Write-off / Monetization, attaching credit analysis spreadsheets | 9/14/2001 | BCE-E0003311 | BCE-E0003330 | N | |
| PX711 | Report: Summary Perspective on Teleglobe's Strategic Plan | 9/14/2001 | R.2004-BCE003385 | R.2004-BCE003397 | Y | 802, 105 |
| PX712 | Email from M Bouchard to P. Pichette re: FW: JCM Presentation, attaching BCE/Teleglobe - Telstra Meeting | 9/17/2001 | TGV31903 | TGV31927 | N | |
| PX713 | Email from M. Rosenhek to M Lavallee re: tgo cap. attaching tgo debt & prof SEP20 01 document | 9/21/2001 | BCE-AD 0255269 | BCE-AD 0255270 | Y | 802, 105 |
| PX714 | Monte Carlo Results (page 5) | 9/21/2001 | BCE-AD 0056721 | BCE-AD 0056721 | Y | 802, 105 |
| PX715 | TGO Monte Carlo presentation | 9/21/2001 | BCE-AD 0451422 | BCE-AD 0451435 | Y | 802, 105, 701 |
| PX716 | TG's Monte Carlo Analysis and Implications for Strategy | 9/21/2001 | BCE-AD 0440754 | BCE-AD 0440754 | Y | 802, 105, 701 |
| PX717 | BCE Planning Options | 9/26/2001 | BCE-AD 0071325 | BCE-AD 0071343 | Y | 802, 105, 701 |
| PX718 | Email from A Mongrain to C Eakin et al., re: FM 2002 Plan | 9/26/2001 | TGV523539 | TGV523539 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX719 | Email from P. Pichette to B LeDuc re: frosty attaching TGO frosty Model version 2 | 9/26/2001 | BCE-AD 0446827 | BCE-AD 0446834 | Y | 802, 105, 701 |
| PX720 | Email from D Snyder to R Leahy re: Teleglobe Private Placement Memorandum - Questions 6:24 PM | 10/3/2001 | BCE-AD 0146867 | BCE-AD 0146869 | N | |
| PX721 | Email from F Gauvin to S Skinner et al., re: (pas doble) | 10/4/2001 | BCE-AD 0248168 | BCE-AD 0248168 | Y | 802 |
| PX722 | BCE Capital Structure Review 2001-2004 Presentation | 10/10/2001 | BCE-AD 0163389 | BCE-AD 0163405 | Y | 802, 105 |
| PX723 | Email from M Ryan to H Killian re: Fwd: Teleglobe draft code of ethics, attaching draft | 10/10/2001 | BCE-AD 0492762 | BCE-AD 0492788 | N | |
| PX724 | Email from M Rosenhek to P Thom re: Fwd: BCE Capital Structure Review ppt, attaching BCE Capital Structure Review | 10/11/2001 | BCE-AD 0163370 | BCE-AD 0163387 | Y | 802, 105 |
| PX725 | Email from M Rosenhek to C. Thierry et al., re: BCE 01-04 update Oct. 12, attaching TGO Consolidation Summary document | 10/12/2001 | BCE-AD 0255322 | BCE-AD 0255332 | N | |
| PX726 | Email from M Rosenhek to K. Doyle et al., re: Re: Fwd: Senior debt repayment revision (Bell->BCH->BCE) | 10/15/2001 | BCE-AD 0255333 | BCE-AD 0255334 | N | |
| PX727 | Email from M Rosenhek to L. Ruggins re: Fwd: BCE Capital Structure Review ppt. attaching BCE Capital Structure Review 2001-2004 | 10/15/2001 | BCE-AD 0163388 | BCE-AD 0163405 | N | |
| PX728 | Email from Y DeGrandpre to F Gauvin re: investor relations | 10/15/2001 | R.2004-BCE055412 | R.2004-BCE055413 | Y | 802, 105 |
| PX729 | Teleglobe TCC Executive Mgmt Third Quarter 2001 | 10/15/2001 | BCE-AD 0079815 | BCE-AD 0079857 | N | |
| PX730 | Email from I. Ricciuto to M. Lalande re: Fwd: MD&A Risks **Draft** Not Final, 1:39 PM | 10/16/2001 | BCE-AD 0145195 | BCE-AD 0145197 | N | |
| PX731 | Email from A. Leblanc to Unknown re: Presentations, attaching BCE Capital Structure Review 2001-2004 | 10/20/2001 | BCE-AD 0174532 | BCE-AD 0174562 | Y | 901, 802, 105 |
| PX732 | Email from A Leblanc to M Boychuk et al., re: BCE Capital Structure, attaching BCE Capital Structure Review 2001-2004 12:40 PM | 10/22/2001 | BCE-AD 0154956 | BCE-AD 0154981 | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX733 | Email from A Leblanc to B MacMillan re: Presentation. attaching draft BCE 2002-2004 Strategic Plan Base Case Elements and Sensitivities | 10/25/2001 | BCE-AD 0155458 | BCE-AD 0155467 | N | |
| PX734 | Presentation: Goals & Objectives Review-Global Operations Meeting | 10/25/2001 | TGV00111990 | TGV00111993 | N | |
| PX735 | Email from S Verge to M Barger re: Objectives Oct 25 2001.ppt, attaching Objectives Oct 25 2001.ppt | 11/5/2001 | TGV713221 | TGV713241 | N | |
| PX736 | Email from S Vanaselja to B Macmillan re: Fwd: BCE 2002-2004 financial plan. attaching Summary of 2002-2004 BCE Financial Plan | 11/6/2001 | BCE-AD 0365893 | BCE-AD 0365922 | N | |
| PX737 | Global Equity Research, for BCE Inc. "Bell Canada Shines" | 11/6/2001 | BCE-AD 0314429 | BCE-AD 0314440 | Y | 802, 701 |
| PX738 | Email from J Ciccarelli to M Boychuk re: private placement | 11/6/2001 | R.2004-BCE072662 | R.2004-BCE072662 | N | |
| PX739 | Email from J Ciccarelli to M Boychuk et al., re: Update on Private Placement | 11/7/2001 | BCE-AD 0140232 | BCE-AD 0140232 | N | |
| PX740 | Email from J o Ciccarelli to M Boychuk re: private placement | 1/18/2001 | R.2004-BCE072664 | R.2004-BCE072664 | N | |
| PX741 | Corporate Data Sheet re: Teleglobe | 11/8/2001 | BCE-AD 0240193 | BCE-AD 0240222 | Y | 802 |
| PX742 | Email from M Boychuk to S Vanaselja re: Private Placement | 11/9/2001 | BCET435935 | BCET435935 | N | |
| PX743 | TGO Story Line | not dated | BCE-AD 0440755 | BCE-AD 0440756 | Y | 802, 105 |
| PX744 | Email from G Rourke to M. Boychuk et al., re: FW: TGO | 11/12/2001 | BCE-AD 0075560 | BCE-AD 0075561 | N | |
| PX745 | Letter from Y Jeghers et al. to BCE Inc re: Senior Unsecured Notes for Teleglobe Inc. | 11/15/2001 | BCE-AD 0061954 | BCE-AD 0061956 | N | |
| PX746 | Email from J Ciccarelli to L Ruggins et al., re: Fwd: Teleglobe Private Placement, attaching 11/15/01 email and letter from ABN AMRO | 11/20/2001 | BCE-AD 0335075 | BCE-AD 0335080 | N | |
| PX747 | Email from S. Runion to S Fortin re: FW: Notes to Board Presentation/Operating Plan changes. attaching Teleglobe Operating Plan FINAL. Teleglobe Board Presentation | 11/26/2001 | TGV357794 | TGV357846 | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX748 | Agenda/Storyline 11/28/01 Board meeting | 11/28/2001 | BCE-AD 0504227 | BCE-AD 0504233 | Y | 802, 105 |
| PX749 | Email from J Monty to M Boychuk et al., re: Role of BCE Corporate Centre, attaching Role of the BCE Corporate Center presentation | 11/30/2001 | BCE-E0010702 | BCE-E0010713 | N | |
| PX750 | The Teleglobe Situation notes | 12/3/2001 | BCE-AD 0448483 | BCE-AD 0448484 | Y | 802, 105 |
| PX751 | Memo from M Lalande to M. Boychuk re: BCE Inc Loan to Teleglobe Inc. | 12/5/2001 | BCE-AD 0406554 | BCE-AD 0406556 | N | |
| PX752 | Email from A Bearzatto to B Pickford et al., re: Loss Consolidation – Other Alternatives, attaching diagrams Use of a Trust, Use of a Partnership | 12/6/2001 | BCE-AD 0003683 | BCE-AD 0003685 | N | |
| PX753 | Loan Agreement between BCE and Teleglobe | 12/6/2001 | BCE-AD 0028288 | BCE-AD 0028302 | N | |
| PX754 | Memo from I Ricciulo to J. Robillard et al., re: Press Release – December 12, 2001 Guidance Session File No. 1.14.26.9 | 12/6/2001 | BCE-AD 0548015 | BCE-AD 0548019 | Y | 802, 105 |
| PX755 | Email from P Pichette to K Hill re: Presentation Sabia - Final Version, attaching BCE Much More Than the Sum of its Parts presentation | 12/7/2001 | BCE-AD 0469262 | BCE-AD 0469286 | N | |
| PX756 | TCC Financial Statements November 2001 | 12/7/2001 | RES000057490 | RES000057498 | N | |
| PX757 | Email from P Cloutier to J Monty et al., re: GlobeSystem Investments presentation, attaching Teleglobe Communications Network Investments | 12/10/2001 | BCE-AD 0269430 | BCE-AD 0269469 | N | |
| PX758 | Transcript, 2002 BCE Business Review, Terry Jarman/Q&A | 12/12/2001 | BCE-AD 0277198 | BCE-AD 0277239 | Y | 802, 105 |
| PX759 | Email from A. Bearzatto to B Pickford et al., re: BCE Loss Consolidation, attaching BCE Utilization of Losses in BCE Group | 12/14/2001 | BCE-AD 0003747 | BCE-AD 0003764 | Y | 802, 105 |
| PX760 | Email from T. Jarman to TCC Off Shore Employees et al., re: Teleglobe et la recontre de BCE avec les investissuers / Teleglobe and the BCE Investors Meeting | 12/14/2001 | TGV419629 | TGV419630 | N | |
| PX761 | Email from S. LeFebvre to B pickford et al., re: BCE Loss Consolidation, attaching Proposed Trust Structure document | 12/18/2001 | BCE-AD 0003722 | BCE-AD 0003723 | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX762 | Presentation - "TCC Executive Management Board - November 2001" | 12/18/2001 | RES000103173 | RES000103219 | N | |
| PX763 | Handwritten notes - "Loss Utilization" | 12/19/2001 | BCE-AD 0003725 | BCE-AD 0003726 | Y | 802, 105 |
| PX764 | Email from M Lalande to M. Boychuk et al., re: Teleglobe Series 4 Preferred Shares | 12/20/2001 | BCE-SUP 126989 | BCE-SUP 126989 | N | |
| PX765 | Loan Agreement between BCE and Teleglobe (draft) | 12/20/2001 | BCE-AD 0028303 | BCE-AD 0028308 | N | |
| PX766 | Teleglobe Balance Sheet | 12/31/2001 | RES000115918 | RES000115924 | N | |
| PX767 | Teleglobe Inc. 2001 10-K Annual Report | 12/31/2001 | BCE-AD 0099283 | BCE-AD 0099357 | N | |
| PX768 | Email from J Veneau to P. Van Gheluwe et al., re: Teleglobe Press Release (with handwritten notes) | 1/4/2002 | BCET081456 | BCET081456 | Y | 802, 105 |
| PX769 | Memo from Y. DeGrandpre to File et al., re: identifying Teleglobe financial support | 1/7/2002 | BCE-SUP 120468 | BCE-SUP 120470 | N | |
| PX770 | Memo from Y DeGrandpre to File et al., re: income taxes | 1/7/2002 | BCE-AD 035988 | BCE-AD 035988 | N | |
| PX771 | Memo from A. Mongrain to M Bouchard et al., re: Special or Normal Transactions | 1/9/2002 | RES000030264 | RES000030266 | Y | 802 |
| PX772 | Email from I Ricciuto to M. Ryan et al., re: Teleglobe Compliance Committee, attaching Teleglobe Compliance Committee document | 1/10/2002 | BCE-AD 0561869 | BCE-AD 0561870 | Y | 802, 105 |
| PX773 | Email from A. Bearzatto to S Skinner et al., re: BCE/Teleglobe Loss Planning | 1/11/2002 | BCE-E0014829 | BCE-E0014829 | N | |
| PX774 | Email from M Ryan to M. Turcotte et al., re: [Fwd: Establishment of Teleglobe Compliance Committee] 14:42:06 | 1/11/2002 | GEN009879 | GEN009880 | Y | 802, 105 |
| PX775 | Presentation "TCC Operations Management Board 4th Quarter 2001" | 1/15/2002 | RES000057556 | RES000057615 | N | |
| PX776 | Protect Atlas - Proposed Agenda | 1/16/2002 | BCE-AD 0053533 | BCE-AD 0053533 | Y | 802 |
| PX777 | Email from T Jarman to TCC USA List et al., re: BCE Teleglobe | 1/21/2002 | TGV557092 | TGV557093 | N | |
| PX778 | Discussion doc To BCE Regarding Atlas-Communication Plan Considerations | 1/22/2002 | BCE-AD 0053518 | BCE-AD 0053530 | Y | 802, 701 |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX779 | Email from M Turcotte to M. Lalande et al., re: 2001 Performance, attaching Performance Review 2001 | 1/22/2002 | BCE-AD 0562149 | BCE-AD 0562155 | N | |
| PX780 | Investor Relations Internal Briefing Fourth Quarter 2001 | 1/23/2002 | BCE-AD 0342277 | BCE-AD 0342320 | Y | 802, 105 |
| PX781 | Script of BCE 4th quarter and year 2001 results conference call | 1/23/2002 | BCET076863 | BCET076883 | Y | 802, 105 |
| PX782 | Teleglobe Board Meeting Overview of Voice Business | 1/23/2002 | BCET090703 | BCET090712 | N | |
| PX783 | Email from M Lalande to M. Boychuk re: Fwd: URGENT, attaching email | 1/25/2002 | BCE-AD 0559450 | BCE-AD 055951 | N | |
| PX784 | Email from P. VanGheluwe to M. Boychuk re: [Fwd: Teleglobe questions] | 1/25/2002 | BCET073352 | BCET073353 | Y | 802 |
| PX785 | Handwritten Notes - "TGO: SV, MB & ML" | 1/25/2002 | BCE-AD 0003597 | BCE-AD 0003597 | Y | 802, 105 |
| PX786 | Email from B. Roy to A Leblanc re: Fwd: Due Diligence, attaching List of Questions | 1/28/2002 | BCE-AD 0176654 | BCE-AD 0176658 | Y | 802 |
| PX787 | Email from M. Lalande to M. Ryan et al., re: Teleglobe / Sable 11:10:51 | 1/28/2002 | RES000069853 | RES000069853 | Y | 802, 105 |
| PX788 | Email from N Shipley to P Pichette et al., re: Message from Charles Childers | 1/28/2002 | BCE-AD 0508376 | BCE-AD 0508377 | N | |
| PX789 | Email from A Leblanc to P Lenzi re: Due Diligence questions, attaching Q 12, 13, 16, 18 and 19 | 1/29/2002 | BCE-AD 0532998 | BCE-AD 0533004 | Y | 802 |
| PX790 | Email from M. Mullins to E Daher re: RE: Request for year-end MD&A submission, attaching Mgmt Discussion & Analysis - 4th Quarter | 1/29/2002 | BCE-AD 0047745 | BCE-AD 0047746 | N | |
| PX791 | Email from B Enns to T. Powers, et al., re: FW: Cash flows, attaching P&L Factors and Assumptions 9:57 PM | 1/31/2002 | TGV344971 | TGV344986 | N | |
| PX792 | Email from J Brunette to A. Chitamun et al., re: RE: In preparation to our review | 2/4/2002 | TGV97356 | TGV97357 | N | |
| PX793 | Email from M Rosenhek to R. Olivier et al., re: TGO cash requirement, attaching Consolidated P&L | 2/4/2002 | BCE-AD 0255695 | BCE-AD 0255702 | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX794 | Memo from A Kinglssepp and S Suarez to Canada Customs and Revenue Agency re BCE Inc - Teleglobe Loss Consolidation (Draft) | 2/5/2002 | R.2004-BCE016034 | R.2004-BCE016038 | Y | 802, 105 |
| PX795 | Fax from A Kinglssepp et al., to M. Symes at Canada Customs & Revenue Agency, attaching Memo Re: BCE Inc.- Teleglobe Loss Consolidation | 2/6/2002 | BCE-AD 00030478 | BCE-AD 00030484 | Y | 802, 105 |
| PX796 | Monthly Revenue Report Version 2 | 2/6/2002 | TGV442849 | TGV442890 | N | |
| PX797 | Email from C Childers to TCC USA List et al., re: Announcement from Charles Childers | 2/7/2002 | TGV557095 | TGV557097 | N | |
| PX798 | Email from S. Fortin to H. Alexandre, et al., re: Monthly Provisioning Report for January 2002 | 2/7/2002 | TGV442526 | TGV442526 | N | |
| PX799 | Email from E. Charbonneau to M Boychuk et al., re: Update Materials for 4:00 call. attaching BCE Book - Feb.5.ppt | 2/8/2002 | BCET081863 | BCET081876 | Y | 802, 701 |
| PX800 | Email from O. Roy to S Skinner et al., re: TGO US GAAP Statements, attaching documents | 2/8/2002 | BCE-AD 0064136 | BCE-AD 0064155 | Y | 802, 105 |
| PX801 | Fax from Oster, Hoskin & Harcourt sending: Memo re: BCE Inc to Loss Consolidation; Letter to Canada Customs & Revenue Agency - Subject: BCE Inc & Teleglobe Inc Request for Advance Income Tax Ruling | 2/12/2002 | BCE-SUP 121629 | BCE-SUP 121655 | Y | 802, 701 |
| PX802 | Email from G Rourke to P VanGheluwe re: BCE Support Letter, attaching TGO Supp Let Feb 13.doc | 2/13/2002 | BCE-AD 0342872 | BCE-AD 0342874 | N | |
| PX803 | Email from P VanGheluwe to M Lalande re: Fwd: BCE Support Letter, attaching TGO Support Letter | 2/13/2002 | BCE-AD 0559584 | BCE-AD 00559586 | N | |
| PX804 | Email from C Childers to P. Pichette re: FW: Update | 2/15/2002 | TGV651144 | TGV651145 | Y | 802 |
| PX805 | Email from F Rodi to M Lalande et al., re: Fwd: Fwd: Teleglobe Debt | 2/15/2002 | BCE-SUP 126986 | BCE-SUP 126988 | N | |
| PX806 | Email from L Houle to M Sabia re: Revised TGO Speech. attaching Sabia Speech to TGO doc 5:52 AM | 2/15/2002 | BCE-E0010696 | BCE-E0010699 | Y | 802 |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX807 | Email from M Rosenhek to P VanGheluwe re: TGO statements. attaching preliminary Teleglobe Inc US GAAP presentation | 2/15/2002 | BCE-AD 0255946 | BCE-AD 0255957 | Y | 802 |
| PX808 | Email from M Sabia to A Tremblay re: Final English From M Sabia for 1:30 Today. attaching Sabia Speech re TGOrev.doc | 2/15/2002 | BCE-AD 0571740 | BCE-AD 0571743 | Y | 802, 105 |
| PX809 | Email from A Bearzatto to M Lalande re: Fwd: BCE/Teleglobe tax monetization plan. attaching Tax Monetization Journals | 2/18/2002 | BCE-AD 0562195 | BCE-AD 0562199 | Y | 901, 802, 105 |
| PX810 | Email from M Lalande to P. VanGheluwe re: FWd: BCE Teleglobe loss monetization-board ppt. attaching presentation | 2/18/2002 | BCE-AD 0560572 | BCE-AD 0560580 | Y | 802, 105 |
| PX811 | Email from M Lalande to D Snyder re: Re: Teleglobe MD&A 9:44 AM | 2/19/2002 | BCE-AD 0221012 | BCE-AD 0221013 | N | |
| PX812 | Email from M Lalande to 1 Ricciuto et al., re: Teleglobe MD&A | 2/19/2002 | BCE-SUP 121978 | BCE-SUP 121979 | N | |
| PX813 | Email from M. Lalande to M. Boychuk, et al., re: Term Sheet, attaching draft Term Sheet and draft BCE Support Letter 3:22 PM | 2/19/2002 | BCE-AD 0379542 | BCE-AD 0379545 | N | |
| PX814 | Email from M. Thompson to M Lalande attaching Overview of Bankruptcy Process document | 2/19/2002 | BCE-AD 0559684 | BCE-AD 0559689 | Y | 802 |
| PX815 | Teleglobe Strategy Review | 2/19/2002 | BCE-AD 0080226 | BCE-AD 0080240 | Y | 802 |
| PX816 | RBOC'S Opportunities | 2/21/2002 | BCE-AD 0096529 | BCE-AD 0096565 | N | |
| PX817 | Email from F. Valois to B Pickford et al., re: Fwd: BCE/Teleglobe tax monetization plan. attaching issues concerning the BCE/Teleglobe Monetization Plan | 2/22/2002 | BCE-AD 0003637 | BCE-AD 0003640 | N | |
| PX818 | Email from S Fortin to R Bouliane et al., re:, FW: Mr Sabia's present, attaching 2002 Voice Business presentation | 2/22/2002 | TGV454482 | TGV454614 | N | |
| PX819 | Email from R Bolduc to L McIntosh et al., re: RE: Presentation, attaching POP Review presentation | 2/23/2002 | TGV00647331 | TGV00647342 | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX820 | Email from L Gagne to M. Ryan et al., re: Revised Report for CGC, attaching revised report | 2/26/2002 | BCE-AD 0565385 | BCE-AD 0565387 | Y | 802, 105 |
| PX821 | Email from S Fortin to C Childers et al., re: FW: Voice-LOB 2002 Objectives (Final), attaching Voice-LOB 2002 Objectives | 2/26/2002 | TGV455920 | TGV455924 | N | |
| PX822 | Email from S Fortin to S Runion et al., re: FW: BCE Teleglobe and Telecom Italia | 2/26/2002 | TGV451640 | TGV451640 | Y | 802 |
| PX823 | Email from C Childers to M Sabia et al., re: BCE Teleglobe Review | 3/4/2002 | BCE-AD 0265644 | BCE-AD 0265644 | Y | 802 |
| PX824 | Email from A. Leblanc to I. Calabrese re: FWD: FWD: Recapitalization Case Studies | 3/7/2002 | BCE-AD 0393229 | BCE-AD 0393244 | Y | 802, 701 |
| PX825 | Email from A Leblanc to B. Pickford re: Fwd: Project Roosevelt, attaching list of Project Roosevelt Work to be Completed & Project Roosevelt Appendix 1 & 2 | 5/13/2002 | BCE-AD 0177646 | BCE-AD 0177654 | Y | 802, 105 |
| PX826 | Letter from A Kingissepp et al., to M Symes (CCRA) re: Request for Advance Income Tax Ruling | 3/7/2002 | R.2004-BCE016266 | R.2004-BCE016294 | Y | 802, 105 |
| PX827 | Email from I Calabrese to M Boychuk re: Teleglobe Capital Structure Analysis. attaching draft 3/10/02 Presentation. Teleglobe Capital Structure Analysis | 3/8/2002 | BCE-AD 0334284 | BCE-AD 0334322 | Y | 802, 105, 701 |
| PX828 | Email from G Ewert to C Childers et al., re: FW: Coke | 3/10/2002 | TGV655344 | TGV655346 | Y | 802 |
| PX829 | Email from P. Pichette to C Childers et al., re: material for this afternoon. attaching Executive Summary page from Presentation to BCE Teleglobe (Draft) | 3/10/2002 | TGV638020 | TGV638058 | Y | 802 |
| PX830 | Teleglobe Capital Structure Analysis | 3/10/2002 | BCET322519 | BCET322556 | Y | 802, 105, 701 |
| PX831 | Teleglobe Capital Structure Analysis (Draft for discussion purposes, Handwritten Notes) | 3/10/2002 | BCE-AD 0545567 | BCE-AD 0545604 | Y | 802, 105, 701 |
| PX832 | BCE Conference Call Agenda 3/11/02 at 1:30 PM - 3:00 PM | 3/11/2002 | BCE-AD 0055771 | BCE-AD 0055771 | N | |
| PX833 | Email from M Boychuk to M Rosenhek re: Teleglobe CFLW slide, attaching CFLW slide | 3/11/2002 | BCE-AD 0194317 | BCE-AD 0194319 | Y | 802, 105 |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX834 | Email from P Pichette to J Monty re: materiel pour cet apres-midi, attaching Presentation to BCE. "State of the Nation" 6:43 PM | 3/11/2002 | TGV638061 | TGV638081 | N | |
| PX835 | Teleglobe Capital Structure Analysis | 3/11/2002 | BCE-AD 0033998 | BCE-AD 0034022 | Y | 802, 105, 701 |
| PX836 | Fax from D. Snyder to E Levy, et al., re: comments on Teleglobe AIF | 3/12/2002 | RES000074407 | RES000074450 | N | |
| PX837 | Email from S Fortin to A Chan re: RE: Gaurav Anand and Andre Belanger's President's Club Awards | 3/14/2002 | TGV456592 | TGV456593 | Y | 802 |
| PX838 | Email from A Leblanc to Y. DeGrandpre re: Fwd: Fwd: Secureco - With Attached Form of Employment Agreement | 3/19/2002 | BCE-AD 0549191 | BCE-AD 0549198 | Y | 802, 105 |
| PX839 | Email from C Childers to J Monty et al., re: FW: AT&T MPLS/VPN Story in the South China Morning Post, attaching news story | 3/19/2002 | TGV657078 | TGV657080 | Y | 802 |
| PX840 | Email from M. Rosenhek to M. Lavallee et al., re: Re: Fwd: Teleglobe & Globemedia - Intercompany debt | 3/19/2002 | BCE-AD 0256083 | BCE-AD 0256084 | Y | 802, 105 |
| PX841 | Confidentiality Agreement | 3/20/2002 | BCE-AD 0406221 | BCE-AD 0406229 | N | |
| PX842 | Email from P. Lessard to A Miglialo re: for printer 3:44 PM, attaching purpose and summary.doc | 3/21/2002 | BCE-AD 0258511 | BCE-AD 00258513 | Y | 802 |
| PX843 | Email from M. Lalande to M Cossette re (Fwd: Fw: Draf Engagement Letter], attaching Draft Engagement Letter | 3/22/2002 | BCE-AD 0169463 | BCE-AD 0169474 | N | |
| PX844 | Email from M Turcotte to S Vanaselja re [Fwd: Draft Engagement Letter], attaching Draft Engagement Letter | 3/22/2002 | BCE-AD 0501982 | BCE-AD 0501992 | N | |
| PX845 | Email from P VanGheluwe to M Lalande et al., re: Fwd: Teleglobe - BCE Support Letter, attaching email and letter w/ comments | 3/22/2002 | BCE-AD 0150879 | BCE-AD 0150882 | Y | 802 |
| PX846 | "The Project" Binder | 3/25/2002 | BCE-AD 0055764 | BCE-AD 0056003 | Y | 802, 901 |
| PX847 | Email from M Cossette to J. Millstein, et al., re: Engagement Letter - Comments. attaching Teleglobe Indemnity Letter | 3/25/2002 | BCE-AD 0169440 | BCE-AD 0169462 | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX848 | Email from M Turcotte to S Vaneselja et al., re: Re: Confidentiality Agreement. attaching Confidentiality Agreement | 3/25/2002 | BCE-AD 0271174 | BCE-AD 0271177 | N | |
| PX849 | Email from P Pichette to A LeBlanc re: 3/22 presentation model | 3/25/2002 | BCE-AD 0068741 | BCE-AD 0068741 | Y | 802, 105 |
| PX850 | BCE Inc Standby Statement | 3/26/2002 | BCET107429 | BCET107434 | Y | 802, 105 |
| PX851 | Presentation: Network-Current Priorities and Status | 3/26/2002 | TGV00116546 | TGV00116556 | N | |
| PX852 | Email from A. Leblanc to K Charania re: template. attaching Monarch presentation | 3/27/2002 | BCE-AD 0560148 | BCE-AD 0560164 | Y | 802, 105 |
| PX853 | Email from A Leblanc to M. Turcotte re: Fwd: presentation, attaching BCE Reorganization Proposal (Preliminary Transaction Overview) | 3/27/2002 | BCE-AD 0560134 | BCE-AD 0560147 | Y | 802, 105 |
| PX854 | BCE Inc Standby Statement | 3/28/2002 | BCET051825 | BCET051828 | Y | 802, 105 |
| PX855 | Email from A. Leblanc to M. Turcotte et al., re: Presentation. attaching BCE Reorganization Proposal | 3/28/2002 | BCE-AD 0172755 | BCE-AD 0172769 | Y | 802, 105 |
| PX856 | Email from A Leblanc to P. Lessard re: Teleglobe models. attaching Teleglobe integrated(4).xls, Teleglobe integrated(4Fresh).xls. Teleglobe integrated(4Fresh Adj).xls | 3/28/2002 | BCE-AD 177805 | BCE-AD 0177838 | N | |
| PX857 | Email from A Leblanc to S Skinner re: Monarch. attaching Monarch2 presentation | 3/28/2002 | BCE-AD 0560106 | BCE-AD 0560119 | Y | 802, 105 |
| PX858 | Email from M. Drouin to M. Turcotte, et al., re: Re: Engagement Letter - Comments. attaching drafts of letter | 3/29/2002 | BCE-AD 0407839 | BCE-AD 0407874 | N | |
| PX859 | Memo on BCE Inc. and Corporate Governance | 4/1/2002 | BCE-AD 0563186 | BCE-AD 0563221 | Y | 901, 802, 105 |
| PX860 | Fax from Davies Ward Phillips & Vineberg sending Memo: Teleglobe Inc - attaching Draft of "Insolvency Considerations" | 4/2/2002 | SSSPXC0000749 | SSSPXC0000753 | Y | 802, 105, 701 |
| PX861 | Email from D Berrul to J Monty et al., re: April 03 Presentation, attaching draft materials | 4/3/2002 | TGV640729 | TGV640753 | N | |