| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX862 | Amended and Restated Stock Purchase Agreement Among Vartec Telecom, Inc., et al., - Execution Copy | 4/5/2002 | STB-TGO 02551 | STB-TGO 02682 | N | |
| PX863 | Email from A Leblanc to P Pichette et al., re: Teleglobe Model Comparisons, attaching model comparisons | 4/5/2002 | TGV642592 | TGV642600 | Y | 807, 105, 201 |
| PX864 | Email from B Pickford to M Turcotte et al., re: Fwd: Fwd: need to meet with Slim | 4/5/2002 | BCE-AD 0550000 | BCE-AD 0550001 | N | |
| PX865 | Email from D Southwell to P Lessard re: Network, attaching Teleglobe Network Deployment Plan & Status 11:57 AM | 4/5/2002 | BCE-AD 0271376 | BCE-AD 0271439 | N | |
| PX866 | Email from D Thompson to C. Childers et al., re: Current Analysis Industry Analyst Report | 4/5/2002 | TGV640807 | TGV640810 | Y | 802 |
| PX867 | Email from J Ayers to C Childers et al., re: Google in the DC IDC | 4/5/2002 | TGV641399 | TGV641399 | Y | 802 |
| PX868 | Email from P Nicholson to J Monty et al., re: Telecom's future - the Grubman view, attaching Telecom view document | 4/7/2002 | BCE-AD 0468277 | BCE-AD 0468282 | Y | 802, 701 |
| PX869 | Email from D Sharon to M. Turcotte et al., re: Attached memo. attaching Davies Ward Phillips & Vineberg Memo (DRAFT) | 4/8/2002 | BCE-AD 0372585 | BCE-AD 0372587 | Y | 802, 701 |
| PX870 | Email from I Teoli to M. Sabia et al., re: Urgent - Conference Call at 6:00 p.m. attaching press release: BCE to Consider Strategic Alternatives for BCE Teleglobe | 4/8/2002 | TGV649530 | TGV649534 | N | |
| PX871 | Email from S Skinner to R. Sciannambio et al., re: Fwd: FW: Teleglobe March '02 Flash Results, attaching Flash results | 4/8/2002 | BCE-AD 0047433 | BCE-AD 0047446 | N | |
| PX872 | Memo from Unknown to BCE Board re: attached press release re: future of Teleglobe and meeting 4/23/02 | 4/8/2002 | BCE-AD 0403683 | BCE-AD 0403683 | Y | 901 |
| PX873 | Teleglobe Announcement Media Questions/ Answers | 4/8/2002 | BCE-AD 00030154 | BCE-AD 00030156 | Y | 802, 105 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX874 | Email from M Turcotte to M Lalande re: [Fwd: [Fwd: Teleglobe rep letter]]. attaching email from 1 Ricciulo. email from S. Skinner 6:35 AM | 4/9/2002 | BCE-AD 0372593 | BCE-AD 0372595 | N | |
| PX875 | Email from P. Pichette to P. Bisson re: Promised material, (with handwritten notations), attaching Presentation to BCE: State of the Nation | 4/9/2002 | MCK04504 | MCK04536 | Y | 802, 901 |
| PX876 | Memo from M Ryan to J Monty et al., re: Advance Call Regarding Special BCE and Teleglobe Board Meetings | 4/9/2002 | BCE-AD 0497024 | BCE-AD 0497024 | N | |
| PX877 | Email from D Valade to P. Lessard re: Timeline Urgent, attaching 2002 Teleglobe Timeline | 4/10/2002 | BCE-AD 0271312 | BCE-AD 0271313 | Y | 802, 105 |
| PX878 | Turcotte Outlook Calendar (02/04/02 to 04/10/02) | 4/10/2002 | BCE-AD 0534747 | BCE-AD 0534812 | N | |
| PX879 | BCE Letter from M Boychuk to M. Sable re: summary of financial covenants in Teleglobe's facilities | 4/11/2002 | BCET073185 | BCET073186 | N | |
| PX880 | Email from K String to P Pichette re: FW: Please Review - Why Teleglobe?. attaching Why Teleglobe document | 4/11/2002 | TGV645550 | TGV545552 | Y | 802 |
| PX881 | Email from P Pichette to K String re: RE: Please Review - Why Teleglobe?. attaching Why Teleglobe document | 4/11/2002 | TGV639780 | TGV639782 | Y | 802 |
| PX882 | Email from C Wiegand to C Aiello, et al., re: Other changes / comments - Form 40-F 17:04:01 | 4/12/2002 | BCE-AD 0099383 | BCE-AD 0099383 | Y | 802 |
| PX883 | Email from I Calabrese to J Heret et al., re: BCE Strategy Evolution - Final Document, attaching Report draft V4.doc 11:59 AM | 4/12/2002 | BCE-AD 0169171 | BCE-AD 0169186 | N | |
| PX884 | Email from J Brunette to B Enns et al., re: FW: Teleglobe Trade Creditors - Urgent | 4/14/2002 | TGV642991 | TGV642992 | N | |
| PX885 | Email from L Culver to G Walker et al., re: material Change Report, attaching report | 4/14/2002 | BCE-AD 0150322 | BCE-AD 0150332 | Y | 802, 105 |
| PX886 | TCC Operations Management Board 1st Quarter 2002 | 4/16/2002 | TGV67961 | TGV68023 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX887 | Board Presentation BCE 4/23/02 (Draft. Redacted) | 4/17/2002 | BCE-SUP 120231 | BCE-SUP 120264 | Y | 802, 105 |
| PX888 | Email from Z Eshelman to J Ayers et al., re: Teleglobe Diversity and SLA Preliminary Draft | 4/17/2002 | FCN0138 | FCN0139 | Y | 802 |
| PX889 | Email from A Leblanc to B Pickford re: revised schedule, attaching BCE Tax Recovery document | 4/18/2002 | BCE-AD 0172619 | BCE-AD 0172620 | Y | 802, 105 |
| PX890 | Email from V Mercier to K Morgan re: RE: [Fwd: Excel Tax Refund], attaching issuelist.doc 1:12 AM | 4/18/2002 | TGV00576141 | TGV00576144 | N | |
| PX891 | BCE Memo re: Teleglobe Investment - Future Accounting Treatment | 4/20/2002 | BCE-E0007776 | BCE-E0007777 | N | |
| PX892 | Email from B LeDuc to P Miles re: 020423 Master 020421.ppt, attaching document | 4/22/2002 | BCE-AD 0157924 | BCE-AD 0157974 | Y | 802 |
| PX893 | Email from A Vincent to H Gomes et al., re: Teleglobe script for potential questions, attaching Teleglobe script | 4/23/2002 | BCE-AD 00045672 | BCE-AD 00045674 | Y | 802, 105 |
| PX894 | Memo from S Skinner to Teleglobe Inc et al., re: Resignation | 4/23/2002 | RES000034111 | RES000034111 | N | |
| PX895 | Teleglobe Board Presentation | 4/23/2002 | BCE-AD 0092949 | BCE-AD 0092974 | N | |
| PX896 | Unexecuted Kierans resignation notice | 4/23/2002 | TGV39239 | TGV39239 | N | |
| PX897 | BCE Memo re: Teleglobe Investment - Future Accounting Treatment | 4/24/2002 | BCE-E0007735 | BCE-E0007736 | N | |
| PX898 | Email from P Pichette to A Toeldte re: RE: changes | 4/25/2002 | TGV638663 | TGV638663 | Y | 802, 105 |
| PX899 | Email from A. Vachon to E Kavanagh re: Fwd: Dividend Payments | 4/26/2002 | BCE-AD 00045149 | BCE-AD 00045149 | Y | 802, 105 |
| PX900 | Fax from M Ryan to J Brunette re: Certificate. attaching certificate | 4/29/2002 | BCE-AD 0021152 | BCE-AD 0021153 | N | |
| PX901 | Email from P Pichette to P Pichette re: FW: email from M Mirhashemi attaching draft Presentation to Creditors | 4/29/2002 | No Bates number (Committee 38) | No Bates number | N | |
| PX902 | Teleglobe Presentation to Creditors | 4/30/2002 | RES000127437 | RES000127463 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX903 | Memo from A. Bearzatto to J. Ciccotelli et al., re: Investments in Teleglobe - Ability to Trigger Capital Losses Pursuant to Subsection 50(1) | 5/2/2002 | BCE-AD 0243707 | BCE-AD 0243713 | N | |
| PX904 | Email from M Lalande to J Brunette et al., re: URGENT | 5/28/2002 | BCE-AD 0386335 | BCE-AD 0386335 | N | |
| PX905 | Presentation: Bell Canada/Teleglobe | 5/31/2002 | BCE-AD 0079069 | BCE-AD 0079084 | N | |
| PX906 | Ontario Superior Court of Justice, Statement of Claim | 7/12/2002 | BCE-AD 0338951 | BCE-AD 0338975 | Y | 802, 701 |
| PX907 | Letter from L Auger to t Ricciuto re: BCE Inc (<BCE>), Responses to Second Comment Letter following the filing of a Preliminary Short Form Base Shelf Prospectus dated July 24, 2002. (the "Prospectus"). File: 733. SEDAR Project No. 467416 | 7/31/2002 | BCE-DH 0008348 | BCE-DH 0008349 | Y | 802 |
| PX908 | Letter from J Monty to Unknown re: resignation (Draft) | August 2002 | BCE-AD 0403721 | BCE-AD 0403730 | Y | 802, 901, 105 |
| PX909 | Email from J Monty to yallaire re: JCM Documents. attaching Appendix of Monty's accomplishments at BCE | 8/5/2002 | BCE-AD 0390493 | BCE-AD 0390498 | Y | 802, 105 |
| PX910 | Email from M Lalande to K Bustamante et al., re: Re: Trademark Assignments 18:26:37 | 8/14/2002 | BCE-AD 0135096 | BCE-AD 0135097 | N | |
| PX911 | SBC/TGO Meeting Presentation | 4/26/2001 | R.2004-BCE000047 | R.2004-BCE000069 | Y | 802, 105 |
| PX912 | Consolidated Expense Detail | 6/2/2001 | RES000031027 | RES000031028 | Y | 802, 901 |
| PX913 | Income Statement by Natural Account | 6/5/2001 | RES000031029 | RES000031030 | Y | 802, 901 |
| PX914 | NCT Balance Sheet expanded by natural account for Teleglobe | 12/10/2001 | No Bates number (Mongrain 57) | No Bates number | Y | 802, 901 |
| PX915 | Consolidated Income Statement - Teleglobe | 10/9/2002 | RES000009822 | RES000009823 | Y | 802, 901 |
| PX916 | Email from J Ciccarelli to M Boychuk re: Private Placement | 11/8/2001 | BCE-AD 0259032 | BCE-AD 0259032 | N | |
| PX917 | Capital structure projections | not dated | BCE-AD 0379684 | BCE-AD 0379706 | Y | 802, 105 |
| PX918 | "BCE/Bell Vulnerabilities to Banking Group Resulting from a Crunch of the Teleglobe Debt" | not dated | BCE-AD 0063267 | BCE-AD 0063269 | Y | 802, 105 |
| PX919 | Preliminary Liquidation Analysis - Preliminary Conclusions | not dated | BCE-AD 0080138 | BCE-AD 0080147 | Y | 201 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX920 | Presentation - "Teleglobe Briefing for Forrester Research" | not dated | RES000107747 | RES000107789 | N | |
| PX921 | Terms and Provisions of Grant of BCE Phantom Stock Options | not dated | BCE-AD 0265318 | BCE-AD 0265323 | Y | 802, 901, 105 |
| PX922 | Siim Vanaselja Binder of Teleglobe Materials | not dated | BCE-AD 0054195 | BCE-AD 0054577 | Y | 901, 802, 701 |
| PX923 | Teleglobe - The GlobeSystem Network - Risk Factors | not dated | BCE-SUP 121596 | BCE-SUP 121600 | Y | 802, 105 |
| PX924 | Thought Process on "Speed" Management for Better Governance - a lesson from the failure of Teleglobe | not dated | BCE-AD 0403733 | BCE-AD 0403734 | Y | 802, 105 |
| PX925 | Additional BCE Investments | not dated | BCE-AD 0003679 | BCE-AD 0003680 | Y | 802, 105 |
| PX926 | BCE Secretariat - Schedule of Authorities | not dated | APP1518 | APP1541 | N | |
| PX927 | BCE's Key Issues | not dated | BCE-AD 0448913 | BCE-AD 0448916 | Y | 802, 105 |
| PX928 | Handwritten notes | not dated | R.2004-BCE017309 | R.2004-BCE017378 | Y | 802, 105 |
| PX929 | Handwritten notes re transfer of $200k | not dated | BCE-AD 0074098 | BCE-AD 0074098 | Y | 802, 105 |
| PX930 | March BCE Board Meeting objectives. hypotheses and activities | not dated | BCE-AD 0448249 | BCE-AD 0448251 | Y | 802, 105 |
| PX931 | Memo from P Pichette to M Sabia et al., re: TGO Sensitivity Analysis | not dated | BCE-AD 0476500 | BCE-AD 0476506 | Y | 701 |
| PX932 | Letter from P Caron et al., (E&Y) to S Vanaselja and S Skinner (in French) | 6/9/2003 | BCE-DH 0008630 | BCE-DH 0008647 | N | |
| PX933 | 19th Report of Kroll Restructuring LTD . Interim Receiver of Teleglobe, INC | 12/17/2004 | No Bates number (Cossette 12) | No Bates number | Y | 802, 701 |
| PX934 | Turcotte Outlook Calendar (4/10/02 - 9/30/02) | 9/30/2002 | BCE-AD 0543112 | BCE-AD 0543355 | N | |
| PX935 | Kathy Morgan's Notebook (12/18/2001 - 5/23/2002) | 5/23/2002 | RES 052668 | RES E952052730 | Y | 802 |
| PX936 | Patrick Pichette Outlook Calendar 1/28/02 - 6/2/02 | 6/2/2002 | No Bates number (Pichette 5) | No Bates number | N | |
| PX937 | BCE Code of Business Conduct | 12/15/2003 | No Bates number (Sabia 1) | No Bates number | N | |
| PX938 | Defendants' Responses and Objections to Plaintiffs' First Request for Admission | 8/25/2005 | No Bates number | No Bates number | N | |
| PX939 | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories | 5/31/2005 | No Bates number | No Bates number | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX0940 | Defendants' Responses and Objections to the Committee's First Set of Interrogatories Directed to Defendants | 2/28/2005 | No Bates number | No Bates number | N | |
| PX0941 | Defendants' Responses and Objections to Plaintiffs' Second Set of Interrogatories | 9/13/2005 | No Bates number | No Bates number | N | |
| PX0942 | Defendants' Responses and Objections to the Committee's Second Set of Interrogatories and Third Request for Production of Documents | 7/28/2005 | No Bates number | No Bates number | N | |
| PX0943 | Press Release: BCE Teleglobe Announces IPVPN Data Service Commercial Availability | 4/3/2002 | RES 061614 | RES 061615 | Y | 802 |
| PX0944 | Email from M. Turcotte to M. Sabia et al., re: Project X - Timeline Boards and announcements, attaching Board timeline | 4/9/2002 | BCE-SUP 127153 | BCE-SUP 127154 | N | |
| PX0945 | Letter from B Connolly to M Cochran et al., re: Teleglobe Communications Corporation. et al. v. BCE Inc., et al., attaching BCE-AD 0543359 | 9/21/2005 | BCE-AD 0543359 | BCE-AD 0543359 | N | |
| PX0946 | 4/17/02 calendar page | 4/17/2002 | BCE-SUP 127082 | BCE-SUP 127094 | N | |
| PX0947 | Letter from I Ricciuto to J Monty et al. attaching the latest versions of BCE and Teleglobe annual reports blacklined to show all changes | 4/10/2002 | BCE-SUP 127082 | BCE-SUP 127094 | N | |
| PX0947 | Letter from I Ricciuto to J Monty et al. attaching the latest versions of BCE and Teleglobe annual reports blacklined to show all changes | 4/10/2002 | BCE-AD 0583507 | BCE-AD 0583552 | N | |
| PX0948 | Electronic Calendar of Jean Monty for Calendar Year 2000 | 2000 | BCE-AD 0583553 | BCE-AD 0583594 | N | |
| PX0949 | Electronic Calendar of Jean Monty for Calendar Year 2001 | 2001 | BCE-AD 0583595 | BCE-AD 0583636 | N | |
| PX0950 | Electronic Calendar of Jean Monty for Calendar Year 2002 | 2002 | BCE-AD 0589340 | BCE-AD 0589532 | N | |
| PX0951 | Electronic Calendar of Michael Sabia | 2000 | BCE-AD 0589272 | BCE-AD 0589339 | N | |
| PX0952 | Electronic Calendar of Michael Sabia | 2002 | BCE-AD 0588173 | BCE-AD 0588350 | N | |
| PX0953 | Electronic Calendar of Michael Boychuk | 2000 | BCE-AD 0590565 | BCE-AD 0590565 | N | |
| PX0954 | Electronic Calendar of Michael Lalande | 2000 to 2002 | BCE-AD 0005953 | BCE-AD 0005953 | N | |
| PX0955 | BCE Press Release - BCE Appoints Senior Executives at Teleglobe and Bell Canada | 5/17/2000 | | | Y | 105, 901, 106 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX0956 | BCE Corporate Governance Committee Meeting Minutes, 11/21/2000 at 6:00 PM | 11/21/2000 | BCE-AD 0583476 | BCE-AD 0583486 | N | |
| PX0957 | Teleglobe Credit Memo | 6/27/2002 | CSFB000771 | CSFB000783 | Y | 901, 802 |
| PX0958 | CIBC World Markets Equity Research re: BCE Inc. | 8/30/2001 | BCET023944 | BCET023946 | Y | 802, 701 |
| PX0959 | Handwritten notes re: Teleglobe Conference Call with Analysts and Press | 8/30/2001 | R.2004-BCE002606 | R.2004-BCE002608 | Y | 901, 802, 105 |
| PX0960 | News Article, Dow Jones Services, "BCE's Teleglobe Says Funding Gap isn't an Issue" | 8/30/2001 | BCET041225 | BCET041226 | Y | 802, 105 |
| PX0961 | Transcript of BCE Inc. Conference Call re: Teleglobe | 8/30/2001 | BCE-AD 0266660 | BCE-AD 0266678 | Y | 802, 105 |
| PX0962 | CIBC World Markets Equity Research re: BCE Inc. | 9/18/2001 | BCE-E0008272 | BCE-E0008274 | Y | 802, 701 |
| PX0963 | Email from M. Lalande to M. Boychuk attaching email from A. Bearzatto re: BCE/Teleglobe Loss Planning | 1/11/2002 | BCE-AD 0559486 | BCE-AD 0559488 | N | |
| PX0964 | Memo from M. Ryan to File re: BCE Inc. Audit Committee Meeting - January 22, 2002 | 1/22/2002 | BCE-AD 0497392 | BCE-AD 0497394 | N | |
| PX0965 | Email from P. Van Gheluwe to T. Jarman, et. al., re: Teleglobe Bankers Presentation w/ attachment | 6/12/2001 | BCET413118 | BCET413160 | Y | 901, 802, 105 |
| PX0966 | Memo from M.Ryan to File re: Teleglobe Inc. Audit Committee Meeting - January 22, 2002 | 1/22/2002 | BCE-AD 0497390 | BCE-AD 0497391 | N | |
| PX0967 | Memo from M. Ryan to File re: Special Teleglobe Board of Directors' Meeting April 12, 2002 - 12:00 noon | 4/12/2002 | BCE-AD 0497518 | BCE-AD 0497520 | N | |
| PX0968 | Excerpts from the Deposition of Yves Bergeron (Toronto Dominion Bank) in ABN Amro Bank N.V. vs. BCE Inc. | 11/17/2004 | BNK003195 (cover); BNK003211; BNK003216; BNK003232 | | Y | 802, 602, 901, 106 |
| PX0969 | Excerpts from the Deposition of Rodney Smith (Royal Bank of Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 12/2/2004 | BNK002753 (cover); BNK002835 | BNK002847 | Y | 802, 901, 106 |
| PX0970 | Excerpts from the Deposition of Guy Racine (Export Development Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 3/9/2005 | BNK000448 (cover); BNK000483; BNK000500 | | Y | 802, 901, 106 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX0971 | Excerpts from the Deposition of Peter Chauvin (CSFB) in ABN Amro Bank N.V. vs. BCE Inc. | 4/29/2005 | BNK004286 (cover); BNK004318; BNK00 | BNK004319; BNK004369; BNK004389 | Y | 802, 901, 106 |
| PX0972 | Excerpts from the Deposition of Sylvain Gascon (La Caisse Central Desjadins du Quebec) in ABN Amro Bank N.V. vs. BCE Inc. | 12/2/2004 | BNK005136 (cover); BNK005402 | BNK005417 | Y | 802, 901, 106 |
| PX0973 | Excerpts from the Deposition of Alain Desrochers (Laurentian Bank of Canada) in ABN Amro Bank N.V. vs. BCE Inc. | 12/2/2004 | BNK003775 (cover); BNK003798 | BNK003802 | Y | 802, 901, 106 |
| PX0974 | Seventh Report of Kroll Restructuring Ltd. Interim Receiver of Teleglobe Inc. | 9/26/2001 | No Bates Number | No Bates Number | Y | 802, 901, 602, 701 |
| PX0975 | Ernst & Young (Monitor) First Weekly Liquidity Report | 5/31/2002 | BCE-AD 0134921 | BCE-AD 0134933 | N | |
| PX0976 | Ernst & Young (Monitor) Second Weekly Liquidity Report | 6/7/2002 | RES 050880 | RES 050895 | N | |
| PX0977 | Ernst & Young (Monitor) Third Weekly Liquidity Report | 6/14/2002 | GEN 000627 | GEN 000640 | N | |
| PX0978 | Ernst & Young (Monitor) Fourth Weekly Liquidity Report | 6/21/2002 | BCE-AD 0134875 | BCE-AD 0134890 | N | |
| PX0979 | Ernst & Young (Monitor) Fifth Weekly Liquidity Report | 7/3/2002 | BCE-AD 0227324 | BCE-AD 0227338 | N | |
| PX0980 | Ernst & Young (Monitor) Sixth Weekly Liquidity Report | 7/8/2002 | BCE-AD 0134844 | BCE-AD 0134858 | N | |
| PX0981 | Ernst & Young (Monitor) Seventh Weekly Liquidity Report | 7/12/2002 | BCE-AD 0134825 | BCE-AD 0134842 | N | |
| PX0982 | Ernst & Young (Monitor) Eighth Weekly Liquidity Report | 7/19/2002 | BCE-AD 0134808 | BCE-AD 0134824 | N | |
| PX0983 | Ernst & Young (Monitor) Ninth Weekly Liquidity Report | 7/26/2002 | BCE-AD 0134790 | BCE-AD 0134806 | N | |
| PX0984 | Ernst & Young (Monitor) Tenth Weekly Liquidity Report | 8/2/2002 | BCE-AD 0154834 | BCE-AD 0154850 | N | |
| PX0985 | Ernst & Young (Monitor) Eleventh Weekly Liquidity Report | 8/9/2002 | BCE-AD 0154750 | BCE-AD 0154766 | N | |
| PX0986 | Ernst & Young (Monitor) Twelfth Weekly Liquidity Report | 8/16/2002 | BCE-AD 0154729 | BCE-AD 0154745 | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX0987 | Ernst & Young (Monitor) Thirteenth Weekly Liquidity Report | 8/23/2002 | BCE-AD 0154685 | BCE-AD 0154702 | N | |
| PX0988 | Ernst & Young (Monitor) Fourteenth Weekly Liquidity Report | 8/30/2002 | LZR001647 | LZR001663 | N | |
| PX0989 | Ernst & Young (Monitor) Fifteenth Weekly Liquidity Report | 9/6/2002 | BCE-AD 0132154 | BCE-AD 0132168 | N | |
| PX0990 | Ernst & Young (Monitor) Sixteenth Weekly Liquidity Report | 9/13/2002 | RES 050686 | RES 050702 | N | |
| PX0991 | Ernst & Young (Monitor) Seventeenth Weekly Liquidity Report | 9/20/2002 | BCE-AD 0132289 | BCE-AD 0132304 | N | |
| PX0992 | Ernst & Young (Monitor) Eighteenth Weekly Liquidity Report | 9/27/2002 | BCE-AD 0132273 | BCE-AD 0132288 | N | |
| PX0993 | Ernst & Young (Monitor) Nineteenth Weekly Liquidity Report | 10/4/2002 | BCE-AD 0154326 | BCE-AD 0154341 | N | |
| PX0994 | Ernst & Young (Monitor) Twentieth Weekly Liquidity Report | 10/11/2002 | BCE-AD 0154309 | BCE-AD 0154325 | N | |
| PX0995 | Ernst & Young (Monitor) Twenty-First Weekly Liquidity Report | 10/18/2002 | BCE-AD 0154289 | BCE-AD 0154305 | N | |
| PX0996 | Ernst & Young (Monitor) Twenty-Second Weekly Liquidity Report | 10/20/2002 | BCE-AD 0154231 | BCE-AD 0154248 | N | |
| PX0997 | Ernst & Young (Monitor) Twenty-Third Weekly Liquidity Report | 11/1/2002 | BCE-AD 0132061 | BCE-AD 0132078 | N | |
| PX0998 | Ernst & Young (Monitor) Twenty-Fourth Weekly Liquidity Report | 11/8/2002 | BCE-AD 0134573 | BCE-AD 0134591 | N | |
| PX0999 | Ernst & Young (Monitor) Twenty-Sixth Weekly Liquidity Report | 11/22/2002 | BCE-AD 0132014 | BCE-AD 0132031 | N | |
| PX1000 | Ernst & Young (Monitor) Twenty-Seventh Weekly Liquidity Report | 11/29/2002 | BCE-AD 0274874 | BCE-AD 0274891 | N | |
| PX1001 | First report of the Monitor dated May 27, 2002 | 5/27/2002 | No Bates Number | No Bates Number | N | |
| PX1002 | Second Report of the Monitor Dated June 3, 2002 | 6/3/2002 | No Bates Number | No Bates Number | N | |
| PX1003 | Third report of the Monitor dated June 11, 2002 | 6/11/2002 | No Bates Number | No Bates Number | N | |
| PX1004 | Fourth Report of the Monitor Dated June 12, 2002 | 6/12/2002 | No Bates Number | No Bates Number | N | |
| PX1005 | Fifth Report of the Monitor Dated June 18, 2002 | 6/18/2002 | No Bates Number | No Bates Number | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX1006 | Sixth report of the Monitor dated July 18, 2002 | 7/18/2002 | No Bates Number | No Bates Number | N | |
| PX1007 | Seventh Report of the Monitor Dated July 24, 2002 | 7/24/2002 | No Bates Number | No Bates Number | N | |
| PX1008 | Eighth report of the Monitor dated July 29, 2002 | 7/29/2002 | No Bates Number | No Bates Number | N | |
| PX1009 | Ninth report of the Monitor dated August 20, 2002 | 8/20/2002 | No Bates Number | No Bates Number | N | |
| PX1010 | Tenth Report of the Monitor Dated August 21, 2002 | 8/21/2002 | No Bates Number | No Bates Number | N | |
| PX1011 | Eleventh report of the Monitor dated September 19, 2002 | 9/19/2002 | No Bates Number | No Bates Number | N | |
| PX1012 | Twelfth report of the Monitor dated September 24, 2002 | 9/24/2002 | No Bates Number | No Bates Number | N | |
| PX1013 | Supplement to the Eleventh Report of the Monitor | 10/1/2002 | No Bates Number | No Bates Number | N | |
| PX1014 | Thirteenth report of the Monitor dated October 17, 2002 | 10/17/2002 | No Bates Number | No Bates Number | N | |
| PX1015 | Fourteenth Report of the Monitor Dated October 18, 2002 | 10/18/2002 | No Bates Number | No Bates Number | N | |
| PX1016 | Fifteenth Report of the Monitor dated November 6, 2002 | 11/6/2002 | No Bates Number | No Bates Number | N | |
| PX1017 | Sixteenth Report of the Monitor dated November 18, 2002 | 11/18/2002 | No Bates Number | No Bates Number | N | |
| PX1018 | Supplement to the Sixteenth report of the Monitor dated November 22, 2002 | 11/22/2002 | No Bates Number | No Bates Number | N | |
| PX1019 | Seventeenth Report of the Monitor dated January 13, 2003 | 1/13/2003 | No Bates Number | No Bates Number | N | |
| PX1020 | Eighteenth Report of the Monitor dated February 10, 2003 | 2/13/2003 | No Bates Number | No Bates Number | N | |
| PX1021 | Nineteenth Report of the Monitor dated March 17, 2003 | 3/17/2003 | No Bates Number | No Bates Number | N | |
| PX1022 | Twentieth Report of the Monitor dated April 23, 2003 | 4/23/2003 | No Bates Number | No Bates Number | N | |
| PX1023 | Twenty-First Report of the Monitor (including Appendices thereto) dated May 9, 2003 | 5/9/2003 | No Bates Number | No Bates Number | N | |

APPENDIX 4A

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX1024 | Twenty-Second Report of the Monitor dated June 20, 2003 | 6/20/2003 | No Bates Number | No Bates Number | N | |
| PX1025 | Schedule of Receipts and Disbursements (Appendix 2) | not dated | No Bates Number | No Bates Number | Y | 901, 802 |
| PX1026 | Second Report of Kroll Restructuring Ltd. | 5/16/2003 | No Bates Number | No Bates Number | Y | 802, 901 |
| PX1027 | Third Report of the Kroll Restructuring | 6/16/2003 | No Bates Number | No Bates Number | Y | 802, 901 |
| PX1028 | Rebuttal Expert Report of Carlyn Taylor (Executed Copy) (including all appendices, exhibits and attachments thereto) | 4/14/2006 | No Bates Number | No Bates Number | Y | 701, 802 |
| PX1029 | Debtors' Motion for Order (A) Authorizing Global Bidding Process with Respect to United States Assets, (B) Approving Bidding Procedures in Connection Therewith, (C) Fixing Cure Amounts, Notice Procedures and Approving Form and Manner of Notice (D) Setting Date and Time for Hearing on Proposed Sale Resulting from Global Bidding Process with Respect to United States Assets and (E) Approval of Sale Transaction | 6/10/2002 | No Bates Number | No Bates Number | N | |
| PX1030 | Order of US Bankruptcy Court (A) Authorizing Global Bidding Process with Respect to United States Assets, (B) Approving Bidding Procedures in Connection Therewith, (C) Fixing Cure Amounts, Notice Procedures and Approving Form and Manner of Notice (D) Setting Date and Time for Hearing on Proposed Sale Resulting from Global Bidding Process with Respect to United States Assets | 6/24/2002 | No Bates Number | No Bates Number | N | |
| PX1031 | Order of U.S. Bankruptcy Court Pursuant to Sections 105(a), 363(b) and (f), and 1146(c) of the Bankruptcy Code Authorizing Debtors to Consummate Purchase agreement with TLGB Acquisition LLC | 10/10/2002 | No Bates Number | No Bates Number | N | |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX1032 | Notice of Filing of Additional Exhibit (attaching copy of Commitment Letter dated May 15, 2002) | 5/31/2002 | No Bates Number | No Bates Number | N | |
| PX1033 | Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders Authorizing First Priority Secured Postpetition Financing Pursuant to Section 364(c) of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure | 5/30/2002 | No Bates Number | No Bates Number | N | |
| PX1034 | Transcript of Hearing before the Honorable Mary F. Walrath, U.S. Bankruptcy Judge | 6/24/2002 | No Bates Number | No Bates Number | N | |
| PX1035 | Notice of (I) Transaction Notice Filed with Canadian Court Seeking Approval of Sale of Teleglobe Companies' Core Business to Successful Bidder, (II) Decision Concerning Need for an Auction, (III) Selection of Successful Bidder, and (IV) Sale Hearing Date | 9/20/2002 | No Bates Number | No Bates Number | N | |
| PX1036 | Motion of Debtors and Debtors in Possession for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 (1) Approving a Proposed Settlement Between Debtors and TLGB Acquisition LLC relating to the Sale of the Teleglobe Companies Core Telecom Business and (II) Authorizing the Debtors to Consummate the Sale of the Core Telecom Business in Accordance with the Terms and Conditions of Such Settlement | 4/29/2003 | No Bates Number | No Bates Number | N | |
| PX1037 | Email from C. Childers to M. Sabia, et al re: BCE Inc. Teleglobe Review 1:54 AM | 3/4/2002 | BCET459466 | BCET459466 | Y | 802 |
| PX1038 | E-mail from B. Enns to M. Neuman, et al re: EMB 2 | 7/12/2001 | TGV00331605 | TGV00331680 | Y | 802 |
| PX1039 | Expert Report of Ian Fisher (and all documents cited therein) | 4/14/2006 | No Bates Number | No Bates Number | Y | 802 |
| PX1040 | Expert Report of Joshua Livnat (and all documents cited therein) | 4/14/2006 | No Bates Number | No Bates Number | Y | 802 |

| TRIAL EXHIBIT NUMBER | Description of Document | Date | Bates Start | Bates End | Objection (Y/N) | FRE Basis For Objection |
|---|---|---|---|---|---|---|
| PX1041 | Expert Report of Gordon Cetkovski (and all documents cited therein) | 4/13/2006 | No Bates Number | No Bates Number | Y | 802 |
| PX1042 | Expert Report of William Taylor and Linda McLaughlin of NERA Economic Consulting, Inc. (and all documents cited therein) | 3/8/2006 | No Bates Number | No Bates Number | Y | 802 |
| PX1043 | Expert Report of William Taylor and Linda McLaughlin of NERA Economic Consulting, Inc. (and all documents cited therein) | 4/14/2006 | No Bates Number | No Bates Number | Y | 802 |
| PX1044 | Email from M. Bouchard to T. Jarman re: Teleglobe Funding | 11/5/2001 | TGV00023823 | TGV00023823 | Y | 802, 105, 106 |
| PX1045 | Email from M. Bouchard and R. Sciacchitano re: 10 Year Model 01-22-2002 with attachment | 1/22/2002 | TGV00035685 | TGV00035700 | Y | 802, 105 |
| PX1046 | Email from M. Bouchard to C. Wigand re: Valuation of Goodwill | 1/22/2002 | TGV00035929 | TGV00035939 | Y | 802, 105 |
| PX1047 | Letter from T. Jarman, et al to G. Nantel (Deloitte & Touche) (unsigned) | 1/21/2002 | TMONA00000173 | TMONA00000177 | Y | 901, 105 |
| PX1048 | Email from B. Enns to C. Childers re: Cash Flows (with attachment) | 3/12/2002 | TGV00655327 | TGV00655342 | Y | 802, 105 |
| PX1049 | BCE Inc. 2001 Plan - Board of Directors | 1/24/2001 | BCE-AD 0042465 | BCE-AD 0042519 | Y | 901, 802 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2006, I electronically filed a true and correct copy of foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on June 5, 2006, I caused a copy of the foregoing document to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*