IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                                  :   Chapter 11
                                                        :
TELEGLOBE COMMUNICATIONS                                :   Jointly Administered
CORPORATION, et al.,                                    :   Case No. 02-11518 (MFW)
                                                        :
                    Debtors.                            :
---------------------------------------------------------x
                                                        :
TELEGLOBE COMMUNICATIONS                                :
CORPORATION, et al.,[1]                                 :
                                                        :
                    Plaintiffs,                         :
                                                        :
        v.                                              :   C.A. No. 04-CV-1266 (SLR)
                                                        :
BCE INC., MICHAEL T. BOYCHUK,                           :
MARC A. BOUCHARD, SERGE FORTIN,                         :
TERENCE J. JARMAN, STEWART VERGE,                       :
JEAN C. MONTY, RICHARD J. CURRIE,                       :
THOMAS KIERANS, STEPHEN P. SKINNER,                     :
and H. ARNOLD STEINBERG,                                :
                                                        :
                    Defendants.                         :
---------------------------------------------------------x

## DEFENDANTS' EMERGENCY MOTION TO STAY ORDER PENDING APPEAL

Defendants respectfully move this Court, pursuant Rule 8(a) of the Federal Rules of Appellate Procedure, to stay this Court's Order dated June 2, 2006 [D.I. 280] pending completion of an appeal. The grounds for this Motion are set forth in Defendants' Memorandum of Law in Support of Defendants' Emergency Motion to Stay Order Pending Appeal, filed herewith.

---

[1] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

DB01:2114575.1                                                                                    059825.1001

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899
(302) 571-6600
pmorgan@ycst.com
*Attorneys for Defendants*

Of Counsel:

SHEARMAN & STERLING LLP
Stuart J. Baskin
Jaculin Aaron
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Stephen J. Marzen
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2634
(202) 508-8000

Dated: June 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| In re: | : | Chapter 11 |
| :--- | :--- | :--- |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al., | : : : | Jointly Administered Case No. 02-11518 (MFW) |
| Debtors. | : | |

---------------------------------------------------------------x

| TELEGLOBE COMMUNICATIONS CORPORATION, et al.,[2] | : : : | |
| :--- | :--- | :--- |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 04-CV-1266 (SLR) |
| BCE INC., MICHAEL T. BOYCHUK, MARC A. BOUCHARD, SERGE FORTIN, TERENCE J. JARMAN, STEWART VERGE, JEAN C. MONTY, RICHARD J. CURRIE, THOMAS KIERANS, STEPHEN P. SKINNER, and H. ARNOLD STEINBERG, | : : : : : : : | |
| Defendants. | : | |

---------------------------------------------------------------x

### [PROPOSED] ORDER

Upon consideration of Defendants' Emergency Motion to Stay Order Pending Appeal:

It is hereby ORDERED this _____ day of _____, 2006 that Defendants' Motion is GRANTED, and the effectiveness of this Court's Order dated June 2, 2006 [D.I. 280] in this case shall be stayed pending completion of the appeal.

_____
Chief United States District Judge

---

[2] The Debtors are the following eleven entities: Teleglobe Communications Corporation, Teleglobe USA Inc., Optel Telecommunications, Inc., Teleglobe Holdings (U.S.) Corporation, Teleglobe Marine (U.S.) Inc., Teleglobe Holding Corp., Teleglobe Telecom Corporation, Teleglobe Investment Corp., Teleglobe Luxembourg LLC, Teleglobe Puerto Rico Inc., and Teleglobe Submarine Inc.

DB01:2114575.1

059825.1001

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed a true and correct copy of foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Gregory V. Varallo, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

I further certify that on June 6, 2006, I caused a copy of the foregoing document to be served upon the following non-registered participants in the manner indicated below:

BY EMAIL
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070

/s/ Margaret B. Whiteman
Pauline K. Morgan (No. 3650)
Maribeth Minella (No. 4185)
Margaret B. Whiteman (No. 4652)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
mminella@ycst.com
mwhiteman@ycst.com
bank@ycst.com

*Attorneys for Defendants*