IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al.*, | Jointly Administered<br>Bankr. Case No. 02-11518 (MFW) |
| Debtors. | |
| TELEGLOBE COMMUNICATIONS CORPORATION, *et al*, | |
| Plaintiffs, | C.A. No. 04-CV-1266 (SLR) |
| v. | **REDACTED – PUBLIC VERSION** |
| BCE INC., *et al.*, | |
| Defendants. | |

**TRANSMITTAL AFFIDAVIT OF ANNE SHEA GAZA IN
SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF PAUL
CHARNETZKI AND CARLYN TAYLOR AS A SANCTION FOR THE SPOLIATION
OF INFORMATION CONSIDERED IN FORMING THEIR OPINIONS**

I, Anne Shea Gaza, after being duly sworn upon oath, depose and state as follows:

1. I am an attorney with the law firm of Richards, Layton & Finger, counsel representing Plaintiffs in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Affidavit is submitted in support of Plaintiffs' Memorandum In Opposition To Defendants' Motion *In Limine* To Exclude The Expert Testimony Of Paul Charnetzki And Carlyn Taylor As A Sanction For The Spoliation Of Information Considered In Forming Their Opinions.

4. Attached to this Affidavit as **Exhibit 1** is a true and correct copy of deposition excerpts from the Deposition of Paul Charnetzki, dated May 3, 2006.

5. Attached to this Affidavit as **Exhibit 2** is a true and correct copy of deposition excerpts from the Deposition of Walda Roseman, dated May 5, 2006.

6. Attached to this Affidavit as **Exhibit 3** is a true and correct copy of deposition excerpts from the Deposition of Carlyn Taylor, dated May 9, 2006.

7. Attached to this Affidavit as **Exhibit 4** is a true and correct copy of deposition excerpts from the Deposition of Ian Fisher, dated May 1, 2006.

8. Attached to this Affidavit as **Exhibit 5** is a true and correct copy of Paul Charnetzki Deposition Exhibit 1.

9. Attached to this Affidavit as **Exhibit 6** is a true and correct copy of Carlyn Taylor Deposition Exhibit 1.

10. Attached to this Affidavit as **Exhibit 7** is a true and correct copy of deposition excerpts from the Deposition of Joshua Livnat, dated May 4, 2006.

11. Attached to this Affidavit as **Exhibit 8** is a true and correct copy of deposition excerpts from the Deposition of Linda McLaughlin, dated May 2, 2006.

Dated: May 31, 2006

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)

SUBSCRIBED and sworn to before me this
31st day of May, 2006

_/s/ Deborah Quaintance Cook_
Notary Public

**DEBORAH QUAINTANCE COOK**
Notary Public - State of Delaware
My Comm. Expires May 9, 2007

RLF1-3020173-1