IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | C.A. No. 04-1266 (SLR) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BCE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**
**[EXHIBIT 7C TO PROPOSED PRETRIAL ORDER FILED ON JUNE 1, 2006, D.I. 279]**

Joseph A. Rosenthal (# 234)
rmgg@rmgglaw.com
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433

- and -

John P. Amato
Mark S. Indelicato
Zachary G. Newman
Jeffrey L. Schwartz
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200
Attorneys for the Official Committee of Unsecured Creditors of Teleglobe Communication Corporation, *et al.*

Gregory V. Varallo (# 2242)
C. Malcolm Cochran, IV (# 2377)
Russell C. Silberglied (# 3462)
Chad M. Shandler (# 3796)
Steven J. Fineman (# 4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19801
(302) 651-7700
varallo@rlf.com
cochran@rlf.com
silberglied@rlf.com
shandler@rlf.com
fineman@rlf.com
Attorneys for Debtor Plaintiffs

Dated: June 9, 2006

|  |  |
|---|---|
| /s/ Joseph A. Rosenthal (#234) | /s/ Gregory V. Varallo |
| Joseph A. Rosenthal (# 234) | Gregory V. Varallo (# 2242) |
| rmgg@rmgglaw.com | C. Malcolm Cochran, IV (# 2377) |
| Rosenthal, Monhait & Goddess, P.A. | Russell C. Silberglied (# 3462) |
| 1401 Mellon Bank Center | Chad M. Shandler (# 3796) |
| P.O. Box 1070 | Steven J. Fineman (# 4025) |
| Wilmington, Delaware 19899-1070 | Richards, Layton & Finger, P.A. |
| (302) 656-4433 | One Rodney Square |
|  | P.O. Box 551 |
| - and - | Wilmington, DE  19801 |
|  | (302) 651-7700 |
| John P. Amato | varallo@rlf.com |
| Mark S. Indelicato | cochran@rlf.com |
| Zachary G. Newman | silberglied@rlf.com |
| Jeffrey L. Schwartz | shandler@rlf.com |
| Hahn & Hessen LLP | fineman@rlf.com |
| 488 Madison Avenue | Attorneys for Debtors Plaintiff |
| New York, New York 10022 |  |
| (212) 478-7200 |  |
| Attorneys for the Official Committee of |  |
| Unsecured Creditors of Teleglobe |  |
| Communication Corporation, *et al.* |  |

Dated:  June 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

Pauline K. Morgan, Esquire
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

Joseph A. Rosenthal, Esquire
ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE 19801

I hereby certify that on June 9, 2006, I have sent by electronic mail the foregoing document to the following non-registered participants:

John Amato, Esqurie
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Jaculin Aaron, Esquire
Paula Howell, Esquire
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700