# APPENDIX 7C

APPENDIX 7C

## TELEGLOBE, et al. v. BCE, et al.
## PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| WILLIAM ANDERSON (08/16/05) | |
|---|---|
| FROM | TO |
| PAGE 37, LINE 25 | PAGE 38, LINE 11 |
| PAGE 38, LINE 16 | PAGE 38, LINE 21 |
| PAGE 185, LINE 12 | PAGE 186, LINE 3 |
| PAGE 196, LINE 14 | PAGE 196, LINE 17 |
| PAGE 197, LINE 16 | PAGE 197, LINE 21 |
| PAGE 205, LINE 22 | PAGE 205, LINE 25 |
| PAGE 206, LINE 9 | PAGE 206, LINE 18 |
| PAGE 207, LINE 24 | PAGE 208, LINE 17 |

APPENDIX 7C

## TELEGLOBE, et al. v. BCE, et al.
## PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| YVES BERGERON (11/29/05) | |
|---|---|
| FROM | TO |
| PAGE 66, LINE 9 | PAGE 66, LINE 10 |
| PAGE 74, LINE 19 | PAGE 75, LINE 3 |
| PAGE 87, LINE 6 | PAGE 87, LINE 7 |
| PAGE 90, LINE 1 | PAGE 90, LINE 15 |
| PAGE 99, LINE 1 | PAGE 99, LINE 12 |

APPENDIX 7C

## TELEGLOBE, et al. v. BCE, et al.
## PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| KERRY BROUK (10/24/05) | |
|---|---|
| FROM | TO |
| PAGE 96, LINE 10 | |
| PAGE 98, LINE 2 | PAGE 98, LINE 5 |
| PAGE 176, LINE 10 | PAGE 176, LINE 11 |

## TELEGLOBE, et al. v. BCE, et al.
## PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| JOHN BRUNETTE (10/20/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 8, LINE 8 | PAGE 8, LINE 19 |
| PAGE 11, LINE 25 | PAGE 12, LINE 3 |
| PAGE 14, LINE 20 | PAGE 14, LINE 23 |
| PAGE 16, LINE 20 | PAGE 17, LINE 24 |
| PAGE 22, LINE 8 | PAGE 22, LINE 13 |
| PAGE 31, LINE 21 | |
| PAGE 78, LINE 5 | PAGE 78, LINE 11 |
| PAGE 86, LINE 22 | PAGE 87, LINE 4 |
| PAGE 99, LINE 18 | PAGE 100, LINE 1 |
| PAGE 103, LINE 6 | PAGE 103, LINE 14 |
| PAGE 110, LINE 8 | PAGE 111, LINE 5 |
| PAGE 113, LINE 21 | PAGE 114, LINE 1 |
| PAGE 114, LINE 7 | PAGE 114, LINE 8 |
| PAGE 114, LINE 18 | PAGE 114, LINE 20 |
| PAGE 120, LINE 15 | PAGE 120 LINE 24 |
| PAGE 138, LINE 10 | PAGE 138, LINE 14 |
| PAGE 154, LINE 1 | PAGE 154, LINE 11 |
| PAGE 192, LINE 3 | PAGE 192, LINE 13 |
| PAGE 194, LINE 14 | PAGE 194, LINE 18 |
| PAGE 207, LINE 4 | PAGE 207, LINE 6 |
| PAGE 207, LINE 22 | PAGE 207, LINE 25 |

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| JOHN BRUNETTE (10/21/05) | |
|---|---|
| FROM | TO |
| PAGE 231, LINE 16 | PAGE 231, LINE 21 |
| PAGE 239, LINE 21 | PAGE 240, LINE 7 |
| PAGE 247, LINE 13 | PAGE 247, LINE 22 |
| PAGE 263, LINE 9 | PAGE 263, LINE 12 |
| PAGE 265, LINE 18 | PAGE 266, LINE 23 |
| PAGE 272, LINE 4 | PAGE 272, LINE 24 |
| PAGE 276, LINE 11 | PAGE 277, LINE 18 |
| PAGE 278, LINE 20 | PAGE 278, LINE 23 |
| PAGE 314, LINE 24 | |
| PAGE 315, LINE 22 | PAGE 316, LINE 11 |
| PAGE 327, LINE 18 | PAGE 327, LINE 20 |
| PAGE 334, LINE 24 | PAGE 335, LINE 25 |
| PAGE 338, LINE 8 | PAGE 339, LINE 7 |
| PAGE 346, LINE 12 | PAGE 347, LINE 15 |
| PAGE 355, LINE 12 | PAGE 357, LINE 4 |
| PAGE 358, LINE 6 | PAGE 358, LINE 13 |
| PAGE 379, LINE 8 | PAGE 379, LINE 9 |
| PAGE 380, LINE 6 | PAGE 380, LINE 16 |
| PAGE 386, LINE 16 | PAGE 386, LINE 21 |
| PAGE 391, LINE 7 | PAGE 391, LINE 14 |
| PAGE 395, LINE 20 | PAGE 395, LINE 22 |
| PAGE 397, LINE 4 | PAGE 397, LINE 10 |

APPENDIX 7C

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| CHARLES CHILDERS (11/22/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 17, LINE 13 | PAGE 19, LINE 1 |
| PAGE 35, LINE 2 | PAGE 35, LINE 17 |
| PAGE 54, LINE 20 | PAGE 55, LINE 22 |
| PAGE 58, LINE 18 | PAGE 58, LINE 25 |
| PAGE 64, LINE 24 | PAGE 65, LINE 4 |
| PAGE 95, LINE 4 | PAGE 98, LINE 13 |
| PAGE 100, LINE 12 | PAGE 101, LINE 7 |
| PAGE 101, LINE 17 | PAGE 103, LINE 1 |
| PAGE 125, LINE 17 | PAGE 125, LINE 24 |
| PAGE 127, LINE 23 | PAGE 128, LINE 13 |
| PAGE 141, LINE 15 | PAGE 141, LINE 20 |
| PAGE 147, LINE 7 | |
| PAGE 164, LINE 8 | PAGE 165, LINE 21 |
| PAGE 169, LINE 14 | PAGE 169, LINE 25 |

APPENDIX 7C

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**

| ANDRE LeBLANC (10/19/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 42, LINE 12 | PAGE 43, LINE 3 |
| PAGE 45, LINE 6 | PAGE 45, LINE 17 |
| PAGE 45, LINE 23 | PAGE 46, LINE 6 |
| PAGE 101, LINE 16 | PAGE 102, LINE 5 |
| PAGE 105, LINE 24 | PAGE 107, LINE 4 |
| PAGE 109, LINE 1 | PAGE 109, LINE 2 |
| PAGE 109, LINE 7 | PAGE 110, LINE 9 |
| PAGE 139, LINE 2 | PAGE 139, LINE 5 |
| PAGE 139, LINE 12 | PAGE 139, LINE 15 |
| PAGE 141, LINE 12 | PAGE 141, LINE 18 |
| PAGE 142, LINE 6 | PAGE 143, LINE 4 |

APPENDIX 7C

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| MONICA LEWIS (11/11/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 83, LINE 15 | PAGE 83, LINE 25 |
| PAGE 84, LINE 4 | PAGE 85, LINE 16 |

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**

| BRUCE MILLA (08/18/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 143, LINE 18 | PAGE 143, LINE 24 |
| PAGE 152, LINE 9 | PAGE 152, LINE 21 |
| PAGE 153, LINE 23 | PAGE 162, LINE 2 |
| PAGE 163, LINE 9 | PAGE 163, LINE 20 |
| PAGE 164, LINE 10 | PAGE 164, LINE 13 |

## TELEGLOBE, et al. v. BCE, et al.
## PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| JIM MILLSTEIN (01/25/06) | |
|---|---|
| **FROM** | **TO** |
| PAGE 52, LINE 18 | PAGE 53, LINE 17 |
| PAGE 63, LINE 19 | PAGE 63, LINE 21 |
| PAGE 69, LINE 15 | |

APPENDIX 7C

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| MICHAEL A. NEUMAN (10/28/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 5, LINE 23 | PAGE 6, LINE 14 |
| PAGE 57, LINE 5 | PAGE 57, LINE 7 |
| PAGE 57, LINE 9 | PAGE 57, LINE 12 |
| PAGE 56, LINE 15 | PAGE 57, LINE 17 |
| PAGE 57, LINE 19 | PAGE 57, LINE 20 |
| PAGE 58, LINE 15 | PAGE 59, LINE 6 |
| PAGE 60, LINE 11 | PAGE 60, LINE 12 |
| PAGE 60, LINE 14 | |

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**

| PETER NICHOLSON (07/18/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 232, LINE 24 | PAGE 233, LINE 12 |

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**

| DANIEL SNYDER (08/23/05) ||
|---|---|
| **FROM** | **TO** |
| PAGE 8, LINE 25 | PAGE 9, LINE 25 |
| PAGE 15, LINE 10 | PAGE 16, LINE 24 |
| PAGE 21, LINE 23 | PAGE 22, LINE 10 |
| PAGE 40, LINE 20 | PAGE 40, LINE 21 |
| PAGE 41, LINE 2 | PAGE 41, LINE 3 |
| PAGE 58, LINE 17 | |
| PAGE 61, LINE 23 | |
| PAGE 64, LINE 20 | |
| PAGE 66, LINE 11 | |
| PAGE 66, LINE 22 | |
| PAGE 68, LINE 13 | |
| PAGE 68, LINE 25 | |
| PAGE 69, LINE 9 | |
| PAGE 76, LINE 13 | PAGE 76, LINE 14 |
| PAGE 76, LINE 15 | |
| PAGE 76, LINE 21 | |
| PAGE 76, LINE 24 | PAGE 76, LINE 25 |
| PAGE 78, LINE 3 | |
| PAGE 84, LINE 25 | |
| PAGE 85, LINE 17 | PAGE 85, LINE 19 |
| PAGE 88, LINE 9 | PAGE 89, LINE 23 |
| PAGE 91, LINE 21 | |
| PAGE 93, LINE 10 | PAGE 95, LINE 9 |
| PAGE 96, LINE 15 | |
| PAGE 102, LINE 10 | PAGE 104, LINE 17 |
| PAGE 106, LINE 20 | |
| PAGE 107, LINE 7 | |
| PAGE 110, LINE 14 | PAGE 110, LINE 18 |
| PAGE 114, LINE 24 | |
| PAGE 115, LINE 7 | PAGE 115, LINE 13 |
| PAGE 120, LINE 17 | PAGE 121, LINE 5 |
| PAGE 121, LINE 25 | |
| PAGE 122, LINE 20 | PAGE 123, LINE 16 |
| PAGE 124, LINE 11 | PAGE 125, LINE 4 |
| PAGE 132, LINE 13 | |
| PAGE 133, LINE 16 | |
| PAGE 139, LINE 12 | PAGE 140, LINE 10 |
| PAGE 141, LINE 17 | PAGE 142, LINE 13 |
| PAGE 143, LINE 22 | PAGE 144, LINE 20 |

1

### TELEGLOBE, et al. v. BCE, et al.
### PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

| DANIEL SNYDER (08/23/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 146, LINE 11 | PAGE 146, LINE 14 |
| PAGE 147, LINE 22 | PAGE 148, LINE 4 |
| PAGE 152, LINE 24 | PAGE 153, LINE 10 |
| PAGE 154, LINE 9 | PAGE 154, LINE 22 |
| PAGE 156, LINE 10 | |

APPENDIX 7C

**TELEGLOBE, et al. v. BCE, et al.**
**PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS**

| PIERRE VAN GHELUWE (11/30/05) | |
|---|---|
| **FROM** | **TO** |
| PAGE 354, LINE 4 | PAGE 355, LINE 17 |
| PAGE 357, LINE 11 | PAGE 358, LINE 22 |