IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| TELEGLOBE COMMUNICATIONS | ) Chapter 11 |
| CORPORATION, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Bankr. Case No. 02-11518 (MFW) |
| | ) |
| TELEGLOBE COMMUNICATIONS | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-1266 (SLR) |
| | ) |
| BCE INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**
**[EXHIBIT 7D TO PROPOSED PRETRIAL ORDER FILED ON JUNE 1, 2006, D.I. 279]**

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
jdorsey@ycst.com

-and-

SHEARMAN & STERLING LLP

Stuart J. Baskin
Jaculin Aaron
Stephen J. Marzen
Daniel Schimmel
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000

Counsel for the Defendants

Dated: June 9, 2006

APPENDIX 7D

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| William Anderson<br><br>August 16, 2005 | 91:15 | 92:05 |
| | 94:11 | 94:17 |
| | 111:04 | 111:08 |
| | 121:20 | 122:23 |
| | 137:11 | 138:12 |
| | 138:16 | 139:08 |
| | 172:03 | 172:12 |
| | 173:09 | 173:21 |
| | 226:14 | 227:08 |
| | 227:18 | 230:12 |
| Yves Bergeron *<br><br>November 29, 2005 | 29:22 | 29:25 |
| | 30:04 | 30:22 |
| | 30:25 | 31:06 |
| | 31:15 | 31:16 |
| | 32:20 | 34:22 |
| | 35:01 | 35:01 |
| | 73:20 | 74:18 |
| | 75:04 | 76:12 |
| | 77:16 | 78:09 |
| | 169:02 | 169:12 |
| | 169:14 | 170:02 |
| | 170:05 | 170:12 |

*Denotes that a portion of the designated testimony was identified by the witness on an errata sheet as containing spelling or grammatical errors, or other errors in transcription. A copy of the relevant errata sheets is attached hereto.

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent  Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Yves Bergeron (cont.)  November 29, 2005 | 170:15 | 170:15 |
| | 171:12 | 171:16 |
| | 171:19 | 172:03 |
| | 172:17 | 172:24 |
| | 175:02 | 175:19 |
| | 175:21 | 175:21 |
| | 177:05 | 177:08 |
| | 177:12 | 177:13 |
| | 177:14 | 178:06 |
| | 178:09 | 178:09 |
| | 178:15 | 178:20 |
| | 189:11 | 189:14 |
| | 189:17 | 189:22 |
| | 189:25 | 190:06 |
| | 190:08 | 190:23 |
| Kerry Brouk  October 24, 2005 | 43:11 | 44:13 |
| | 45:02 | 45:18 |
| | 47:23 | 48:10 |
| | 52:11 | 52:23 |
| | 53:15 | 54:13 |
| | 95:11 | 96:18 |
| | 166:13 | 166:25 |

2

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| John Brunette<br><br>October 20, 2005 | 67:18 | 67:19 |
| | 80:21 | 80:22 |
| | 82:19 | 83:06 |
| | 86:10 | 86:21 |
| | 93:06 | 93:16 |
| | 93:21 | 93:24 |
| | 94:03 | 95:17 |
| | 97:16 | 98:12 |
| | 98:21 | 100:01 |
| | 100:09 | 100:18 |
| | 102:13 | 103:05 |
| | 103:15 | 105:21 |
| | 106:01 | 106:02 |
| | 110:23 | 113:15 |
| | 139:17 | 140:01 |
| | 187:07 | 188:03 |
| | 188:11 | 188:15 |
| | 196:23 | 198:18 |
| | 198:23 | 199:14 |
| | 199:19 | 200:10 |
| John Brunette<br><br>October 21, 2005 | 256:16 | 258:05 |
| | 259:05 | 259:16 |

3

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| John Brunette (cont.)<br><br>October 21, 2005 | 260:13 | 261:13 |
| | 273:18 | 273:23 |
| | 276:11 | 279:15 |
| | 281:24 | 284:22 |
| | 285:16 | 285:20 |
| | 333:15 | 334:4 |
| | 340:01 | 340:11 |
| | 342:02 | 343:05 |
| | 346:04 | 346:11 |
| | 346:23 | 347:15 |
| | 360:18 | 362:07 |
| | 365:17 | 366:14 |
| | 380:06 | 380:20 |
| Barry Bunin<br><br>August 24, 2005 | 20:04 | 21:18 |
| | 22:10 | 22:25 |
| | 23:20 | 24:06 |
| | 24:12 | 24:16 |
| | 29:01 | 30:09 |
| | 33:13 | 34:14 |
| | 35:05 | 35:12 |
| | 44:11 | 44:25 |
| | 45:07 | 45:10 |

4

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Barry Bunin (cont.)<br><br>August 24, 2005 | 45:17 | 45:17 |
| | 45:19 | 46:01 |
| | 56:12 | 57:04 |
| | 67:22 | 69:19 |
| | 70:04 | 70:25 |
| | 71:07 | 71:14 |
| | 71:18 | 72:20 |
| | 73:05 | 74:11 |
| | 76:09 | 78:09 |
| | 81:06 | 82:16 |
| | 82:20 | 83:21 |
| | 84:14 | 84:19 |
| | 91:07 | 93:20 |
| | 95:02 | 96:14 |
| | 96:17 | 96:17 |
| | 133:07 | 134:01 |
| | 134:10 | 134:24 |
| | 138:03 | 139:06 |
| | 140:25 | 142:06 |
| | 145:17 | 146:04 |
| | 150:02 | 151:25 |
| | 153:06 | 153:10 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Barry Bunin (cont.)<br><br>August 24, 2005 | 154:06 | 155:02 |
| | 155:04 | 155:09 |
| | 162:01 | 162:18 |
| | 163:02 | 164:01 |
| | 164:17 | 165:21 |
| | 172:06 | 172:20 |
| | 173:08 | 173:25 |
| | 174:05 | 174:12 |
| | 180:18 | 180:20 |
| | 190:19 | 191:18 |
| James Callaway<br><br>November 3, 2005 | 30:06 | 30:17 |
| Charles Childers<br><br>November 22, 2005 | 98:06 | 100:22 |
| | 100:25 | 101:17 |
| | 103:02 | 103:15 |
| | 112:11 | 112:12 |
| | 118:09 | 119:08 |
| | 119:16 | 120:01 |
| Anna Coccia *<br><br>July 19, 2005 | 14:04 | 15:09 |
| | 15:14 | 15:20 |
| | 16:04 | 16:10 |
| | 17:15 | 18:06 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Anna Coccia (cont.)<br><br>July 19, 2005 | 18:14 | 18:20 |
| | 19:12 | 21:08 |
| | 22:23 | 22:24 |
| | 23:01 | 23:02 |
| | 24:06 | 24:07 |
| | 25:03 | 25:12 |
| | 25:20 | 25:25 |
| | 26:03 | 26:16 |
| | 26:18 | 26:19 |
| | 26:22 | 27:01 |
| | 27:03 | 27:08 |
| | 27:22 | 30:04 |
| | 30:06 | 30:17 |
| | 30:19 | 31:15 |
| | 31:17 | 31:22 |
| | 32:16 | 33:03 |
| | 33:05 | 34:11 |
| | 35:22 | 36:12 |
| | 38:04 | 38:16 |
| | 38:18 | 39:22 |
| | 42:03 | 43:17 |
| | 44:18 | 45:05 |

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| **Name of Deponent**<br><br>**Date of Deposition** | **Beginning Page/Line** | **Ending Page/Line** |
|---|---|---|
| Anna Coccia (cont.)<br><br>July 19, 2005 | 45:20 | 46:03 |
| | 46:14 | 46:22 |
| | 47:14 | 47:19 |
| | 48:03 | 50:06 |
| | 73:20 | 75:20 |
| | 89:11 | 90:11 |
| | 91:21 | 92:01 |
| | 92:11 | 92:16 |
| | 93:09 | 93:10 |
| | 94:09 | 94:14 |
| | 95:01 | 95:04 |
| | 95:14 | 96:05 |
| | 113:24 | 114:19 |
| | 114:21 | 114:25 |
| | 117:13 | 118:14 |
| | 132:18 | 132:25 |
| | 133:02 | 133:12 |
| | 149:24 | 150:17 |
| | 152:01 | 152:06 |
| | 153:18 | 154:01 |
| | 156:16 | 156:23 |
| | 157:07 | 157:16 |

TELEGLOBE, et al. v. BCE, et al.
## DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| **Name of Deponent** **Date of Deposition** | **Beginning Page/Line** | **Ending Page/Line** |
|---|---|---|
| Anna Coccia (cont.) July 19, 2005 | 159:14 | 160:23 |
| | 180:05 | 180:25 |
| | 181:05 | 181:20 |
| | 181:24 | 182:07 |
| | 182:24 | 184:03 |
| | 185:03 | 185:14 |
| | 187:02 | 187:20 |
| | 188:03 | 188:16 |
| | 189:01 | 189:23 |
| | 197:08 | 197:21 |
| | 197:24 | 198:08 |
| | 198:23 | 199:05 |
| | 199:12 | 199:25 |
| | 202:17 | 203:12 |
| | 207:23 | 208:03 |
| | 208:05 | 208:20 |
| | 208:23 | 209:05 |
| | 209:08 | 209:21 |
| | 211:25 | 212:02 |
| | 212:04 | 212:05 |
| | 212:07 | 212:22 |
| | 213:03 | 213:16 |

TELEGLOBE, et al. v. BCE, et al.
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| **Name of Deponent**<br><br>**Date of Deposition** | **Beginning Page/Line** | **Ending Page/Line** |
|---|---|---|
| Anna Coccia (cont.)<br><br>July 19, 2005 | 213:18 | 214:15 |
| | 214:17 | 215:05 |
| | 217:12 | 217:22 |
| | 218:24 | 219:08 |
| | 219:10 | 219:21 |
| | 222:01 | 222:14 |
| | 222:19 | 223:03 |
| Yanick DeGrandpre<br><br>April 8, 2005 | 65:21 | 66:06 |
| | 66:13 | 66:13 |
| | 66:18 | 68:07 |
| | 68:12 | 71:20 |
| | 130:10 | 134:07 |
| | 136:23 | 137:06 |
| | 137:16 | 137:19 |
| | 138:12 | 140:10 |
| | 140:20 | 144:16 |
| | 145:03 | 148:15 |
| | 165:10 | 165:15 |
| | 167:02 | 168:03 |
| | 168:20 | 169:24 |
| Cynthia Eakin<br><br>September 16, 2005 | 9:08 | 9:10 |
| | 103:13 | 104:25 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Cynthia Eakin (cont.)<br><br>September 16, 2005 | 125:13 | 126:08 |
| | 137:25 | 138:03 |
| | 139:02 | 139:04 |
| | 144:03 | 144:12 |
| | 153:01 | 153:17 |
| | 154:07 | 154:13 |
| | 154:16 | 154:22 |
| | 155:06 | 155:13 |
| | 162:16 | 164:10 |
| | 173:19 | 173:21 |
| | 176:09 | 176:13 |
| | 180:16 | 181:11 |
| | 181:20 | 182:03 |
| John Honeycutt<br><br>July 13, 2005 | 14:03 | 14:06 |
| | 14:12 | 14:16 |
| | 29:13 | 29:14 |
| | 29:20 | 30:11 |
| | 30:21 | 30:25 |
| | 31:20 | 32:02 |
| | 44:12 | 45:13 |
| | 45:19 | 45:22 |
| | 46:10 | 46:11 |

APPENDIX 7D

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| John Honeycutt (cont.)<br><br>July 13, 2005 | 48:10 | 49:01 |
| | 51:21 | 54:05 |
| | 55:13 | 56:05 |
| | 61:08 | 61:17 |
| | 61:24 | 62:18 |
| Philippe Jacob<br><br>November 4, 2005 | 12:25 | 13:12 |
| | 32:13 | 32:22 |
| | 53:09 | 54:13 |
| | 55:08 | 56:10 |
| | 61:09 | 61:18 |
| | 62:23 | 64:18 |
| | 65:05 | 65:11 |
| Elizabeth Kavanaugh<br><br>March 15, 2005 | 20:25 | 21:07 |
| | 36:21 | 36:25 |
| | 39:14 | 40:02 |
| | 68:23 | 69:08 |
| | 74:18 | 75:22 |
| | 128:04 | 129:07 |
| | 130:12 | 131:03 |
| | 144:15 | 145:12 |
| | 155:23 | 156:04 |
| Andrea LeBlanc<br>October 19,2005 | 73:14 | 73:14 |

APPENDIX 7D

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| **Name of Deponent**<br><br>**Date of Deposition** | **Beginning Page/Line** | **Ending Page/Line** |
|---|---|---|
| Andrea LeBlanc (cont.)<br><br>October 19,2005 | 73:20 | 74:01 |
| | 75:04 | 75:06 |
| | 76:06 | 77:10 |
| Bernard Le Duc<br><br>August 30, 2005 | 15:17 | 19:06 |
| | 21:10 | 21:22 |
| | 23:14 | 25:19 |
| | 27:14 | 28:11 |
| | 28:19 | 29:21 |
| | 63:04 | 63:14 |
| | 69:04 | 70:03 |
| | 124:23 | 126:25 |
| | 127:15 | 128:14 |
| | 129:11 | 129:22 |
| | 130:18 | 131:15 |
| | 141:04 | 141:08 |
| | 142:04 | 143:15 |
| | 145:12 | 145:20 |
| | 148:03 | 149:12 |
| | 156:20 | 158:19 |
| | 159:07 | 159:19 |
| | 161:15 | 161:23 |
| | 162:13 | 162:22 |

APPENDIX 7D

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| **Name of Deponent**<br><br>**Date of Deposition** | **Beginning Page/Line** | **Ending Page/Line** |
|---|---|---|
| Bernard Le Duc (cont.)<br><br>August 30, 2005 | 163:06 | 163:19 |
| | 165:07 | 165:20 |
| | 171:12 | 172:03 |
| | 180:17 | 181:21 |
| | 182:07 | 182:23 |
| | 183:10 | 184:06 |
| | 195:03 | 195:17 |
| | 197:03 | 197:10 |
| | 197:14 | 197:24 |
| | 198:09 | 199:12 |
| | 213:20 | 213:25 |
| Pierre Lessard *<br><br>June 17, 2005 | 5:12 | 5:16 |
| | 36:8 | 36:12 |
| | 47:19 | 47:23 |
| | 56:06 | 57:16 |
| | 58:11 | 58:11 |
| | 66:06 | 66:06 |
| | 69:23 | 69:23 |
| | 86:23 | 87:07 |
| | 103:03 | 103:03 |
| | 120:10 | 120:10 |
| | 122:25 | 122:25 |

14

APPENDIX 7D

TELEGLOBE, et al. v. BCE, et al.
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Pierre Lessard (cont.)<br><br>June 17, 2005 | 158:12 | 158:12 |
| | 160:15 | 160:15 |
| | 189:14 | 189:14 |
| | 215:22 | 215:22 |
| | 221:10 | 221:10 |
| | 222:19 | 223:03 |
| | 245:06 | 245:06 |
| | 246:06 | 246:07 |
| | 248:12 | 248:12 |
| | 251:16 | 251:16 |
| | 256:20 | 256:20 |
| | 257:03 | 257:03 |
| | 259:25 | 259:25 |
| | 292:22 | 292:22 |
| | 293:24 | 293:24 |
| | 294:06 | 294:06 |
| Monica Lewis *<br><br>November 21, 2005 | 11:23 | 13:14 |
| | 20:10 | 20:20 |
| | 23:24 | 24:05 |
| | 25:25 | 26:04 |
| | 43:16 | 44:06 |
| | 44:20 | 45:11 |

APPENDIX 7D

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Monica Lewis (cont.)<br><br>November 21, 2005 | 70:20 | 71:14 |
| | 76:18 | 78:02 |
| | 79:01 | 79:15 |
| Jim Millstein *<br><br>January 25, 2006 | 51:14 | 52:12 |
| | 92:2 | 92:12 |
| | 114:20 | 114:23 |
| | 115:02 | 115:03 |
| | 125:04 | 126:15 |
| | 129:25 | 130:19 |
| | 132:21 | 133:16 |
| | 167:08 | 167:19 |
| | 180:11 | 182:25 |
| | 192:12 | 193:25 |
| Michael Neuman<br><br>October 28, 2005 | 15:12 | 15:16 |
| | 15:18 | 15:22 |
| | 15:24 | 16:08 |
| | 22:21 | 22:24 |
| | 23:09 | 23:10 |
| | 23:12 | 24:05 |
| | 24:19 | 25:01 |
| | 31:07 | 32:05 |
| | 36:17 | 36:19 |

APPENDIX 7D

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Michael Neuman (cont.)<br><br>October 28, 2005 | 36:21 | 36:23 |
| | 41:14 | 41:23 |
| | 42:03 | 43:13 |
| | 43:15 | 43:24 |
| | 44:02 | 44:14 |
| | 44:18 | 45:06 |
| | 45:08 | 45:11 |
| | 45:13 | 45:22 |
| | 45:24 | 46:03 |
| | 46:05 | 46:10 |
| | 46:14 | 47:06 |
| | 47:08 | 48:02 |
| | 48:04 | 48:19 |
| | 48:23 | 49:12 |
| | 49:15 | 50:24 |
| | 51:02 | 51:13 |
| | 51:16 | 51:17 |
| | 51:19 | 51:23 |
| | 52:15 | 53:01 |
| Peter Nicholson *<br><br>July 18, 2005 | 204:14 | 204:19 |
| | 219:09 | 221:16 |
| Gregory Oliver<br>June 16, 2005 | 27:06 | 27:09 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Gregory Oliver (cont.)<br><br>June 16, 2005 | 27:23 | 28:08 |
| | 35:14 | 35:22 |
| | 36:18 | 36:24 |
| | 43:19 | 44:10 |
| | 44:13 | 44:18 |
| | 46:18 | 47:04 |
| | 51:24 | 52:04 |
| | 67:20 | 68:09 |
| | 74:16 | 75:15 |
| | 75:19 | 75:24 |
| | 82:25 | 83:24 |
| | 84:02 | 84:19 |
| | 85:23 | 86:02 |
| | 89:07 | 89:14 |
| | 94:09 | 94:20 |
| | 95:23 | 96:18 |
| | 110:01 | 110:16 |
| | 111:01 | 111:03 |
| | 115:12 | 116:06 |
| | 131:10 | 132:19 |
| | 135:23 | 135:25 |
| | 136:04 | 136:25 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Gregory Oliver (cont.)<br><br>June 16, 2005 | 138:06 | 138:18 |
| | 145:08 | 145:12 |
| | 146:03 | 146:24 |
| Michael Rosenhek *<br><br>September 13, 2005 | 25:05 | 27:08 |
| | 28:10 | 28:20 |
| | 29:12 | 29:21 |
| | 43:16 | 45:15 |
| | 48:05 | 50:21 |
| | 55:10 | 55:17 |
| | 58:20 | 59:01 |
| | 118:23 | 119:10 |
| | 127:06 | 127:19 |
| | 131:06 | 131:16 |
| | 142:22 | 143:07 |
| | 154:06 | 154:21 |
| | 170:01 | 170:10 |
| | 170:25 | 171:12 |
| | 237:08 | 237:06 |
| Leonard Ruggins *<br><br>July 26, 2005 | 36:22 | 37:03 |
| | 119:21 | 121:15 |
| | 173:08 | 173:13 |
| | 184:18 | 185:11 |

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Leonard Ruggins (cont.)<br><br>July 26, 2005 | 198:18 | 199:02 |
| | 202:02 | 203:06 |
| | 204:19 | 205:12 |
| | 207:12 | 208:24 |
| | 213:25 | 215:14 |
| | 216:03 | 216:17 |
| | 217:06 | 217:22 |
| | 223:17 | 223:24 |
| | 224:14 | 224:18 |
| | 249:15 | 252:25 |
| | 258:15 | 258:22 |
| Marc Ryan *<br><br>September 14, 2005 | 40:02 | 40:16 |
| | 42:21 | 43:17 |
| | 59:03 | 59:25 |
| | 60:21 | 60:23 |
| | 157:23 | 158:07 |
| | 220:24 | 221:09 |
| | 222:10 | 222:13 |
| | 223:11 | 223:14 |
| | 262:01 | 262:12 |
| | 269:02 | 269:08 |
| | 272:24 | 274:16 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Kenny Trout<br><br>June 14, 2005 | 14:21 | 14:25 |
| | 23:08 | 23:10 |
| | 55:01 | 55:16 |
| | 66:06 | 66:18 |
| Pierre Van Gheluwe *<br><br>September 30, 2005 | 38:20 | 38:25 |
| | 39:10 | 39:25 |
| | 40:01 | 40:25 |
| | 41:01 | 41:11 |
| | 65:16 | 66:05 |
| | 68:03 | 68:24 |
| | 70:05 | 70:15 |
| | 73:15 | 73:19 |
| | 75:02 | 75:10 |
| | 76:06 | 76:17 |
| | 88:15 | 95:10 |
| | 106:15 | 107:11 |
| | 108:05 | 108:13 |
| | 109:01 | 109:13 |
| | 111:02 | 112:04 |
| | 116:05 | 116:25 |
| | 121:19 | 122:23 |
| | 129:18 | 130:19 |

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Pierre Van Gheluwe (cont.)<br><br>September 30, 2005 | 140:18 | 142:12 |
| | 150:04 | 150:16 |
| | 156:01 | 159:01 |
| | 162:12 | 166:06 |
| | 171:24 | 175:16 |
| | 181:09 | 184:25 |
| | 187:25 | 191:17 |
| | 220:01 | 223:25 |
| | 240:02 | 240:08 |
| | 248:12 | 248:21 |
| | 249:11 | 249:16 |
| | 250:02 | 252:11 |
| | 259:22 | 266:25 |
| | 269:01 | 270:01 |
| Pierre Van Gheluwe<br><br>November 30, 2005 | 314:13 | 318:22 |
| | 355:14 | 356:20 |
| | 357:11 | 357:21 |
| | 360:03 | 360:23 |
| | 361:10 | 361:20 |
| | 364:07 | 365:04 |
| | 371:12 | 376:02 |
| | 378:05 | 379:06 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| Pierre Van Gheluwe (cont.)<br><br>November 30, 2005 | 383:06 | 386:13 |
| | 392:07 | 393:06 |
| | 406:03 | 407:22 |
| | 419:01 | 419:22 |
| | 426:10 | 428:09 |
| | 439:03 | 441:12 |
| | 443:06 | 443:14 |
| | 464:04 | 464:13 |
| | 472:03 | 472:20 |
| | 479:21 | 480:10 |
| | 489:25 | 489:25 |
| | 490:11 | 491:12 |
| | 516:15 | 517:08 |
| | 526:01 | 527:06 |
| | 527:16 | 528:24 |
| | 539:04 | 539:17 |
| | 545:13 | 545:13 |
| | 416:17 | 418:25 |
| Siim Vanaselja *<br><br>August 25, 2005 | 39:05 | 39:11 |
| | 278:24 | 280:22 |
| Siim Vanaselja *<br><br>August 26, 2005 | 357:15 | 358:04 |
| | 360:17 | 361:10 |

TELEGLOBE, et al. v. BCE, et al.
DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
|---|---|---|
| George Walker *<br><br>June 24, 2005 | 9:23 | 10:09 |
| | 15:25 | 16:17 |
| | 17:08 | 17:12 |
| | 18:05 | 18:14 |
| | 26:24 | 27:07 |
| | 42:07 | 42:07 |
| | 42:24 | 42:24 |
| | 44:12 | 44:18 |
| | 53:12 | 54:09 |
| | 79:14 | 80:02 |
| | 84:02 | 84:20 |
| | 88:03 | 89:06 |
| | 95:17 | 95:19 |
| | 96:13 | 96:21 |
| | 98:05 | 98:10 |
| | 106:08 | 106:21 |
| | 147:19 | 149:22 |
| | 160:21 | 161:02 |
| | 171:07 | 171:12 |
| | 184:24 | 186:02 |
| | 194:07 | 194:11 |
| | 194:19 | 194:25 |

**TELEGLOBE, et al. v. BCE, et al.**
**DEFENDANTS' DEPOSITION COUNTER-DESIGNATIONS**

| Name of Deponent<br><br>Date of Deposition | Beginning Page/Line | Ending Page/Line |
| --- | --- | --- |
| George Walker (cont.)<br><br>June 24, 2005 | 198:18<br><br>199:14 | 199:05<br><br>199:15 |