**ERRATA SHEETS REFERENCED IN DEFENDANTS'
DEPOSITION COUNTER-DESIGNATIONS**

**ERRATA SHEET FOR YVES BERGERON**

**NOVEMBER 29, 2005**

McMillan Binch        3/15/2006 3:54:15 PM    PAGE 004/007    Fax Server

03/13/2006  09:41    514-289-0788              TD SERV.GRANDES ENT.              PAGE  02/05

ERRATA SHEET(S)
DEPONENT:  Yves Bergeron
DATE OF DEPOSITION: November 29, 2005

### ACKNOWLEDGEMENT OF DEPONENT

I, Yves Bergeron, do hereby certify that I have read the foregoing pages,

1-193, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
Yves Bergeron

_3/13/06_____
Date

Subscribed and sworn to before me this _13_ day of _March_ , 2006

_____
Notary Public

Denis St. Onge

McMillan Binch        3/15/2006 3:54:15 PM    PAGE 005/007    Fax Server

03/13/2006  09:41    514-289-8788        TD SERV.GRANDES ENT.        PAGE  03/06

## ERRATA SHEET(S)
Yves Bergeron, Deposed on November 29, 2005

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 29 | 29 | "there" s/b "those" | typo transcription error |
|  | 15 |  |  |
| 57 | 24 | "boiler" s/b "borrower" | transcription error |
| 58 | 2 | " | " |
| 81 | 5 | "infusion" s/s "infuse" | transcription error |
| 88 | 11 | "bending" s/b "Pending" | typo |
| 88 | 12 | delete "to publish debt issue" | extra words |
| 107 | 2 | "creating" s/b "trading" | mistranscription |
| 38 | 14,15 | "TRENCHES" S/B "TRANCHES" | TYPO |
| 44 | 3 | "EDUCATOR" S/B "ADJUDICATOR" | TRANSCRIPTION ERROR |
| 45 | 24 | "JACK" S/B "JACQUES" | " " |
| 56 | 1 | "TASK" S/B "CASH" | TRANSCRIPTION ERROR |
| 57 | 10 | "FOREIGN" S/B "FORM OF" | " " |

NYDOCS04/447675.1                    1

ERRATA SHEET(S)
Yves Bergeron, Deposed on November 29, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 59 | 18 | DELETE  "NOT" | TRANSCRIPTION ERROR |
| 59 | 18 | TASKS" S/B "TESTS | "          " |
| 60 | 12 | "POSE" S/B "POST" | "          " |
| 71 | 23 | MISSING WORD WERE AFTER WE | "          " |
| 81 | 5 | "INTENTION" S/B "INTEND | "          " |
| 81 | 16 | "DISPERSED" S/B "DISBURSED" | "          " |
| 117 | 12 | "IMPLEMENTED" S/B "SUPPLEMENTED" | "          " |
| 120 | 12 | "REPAYING" S/B "REPAID IN" | "          " |
| 128 | 22 | "APART" S/B "PART" | TYPO |
| 133 | 22 | "DO" S/B "DID" | MISTRANSCRIPTION |
| 137 | 23 | "DISPERSED" S/B "DISBURSED" | TRANSCRIPTION ERROR |
| 138 | 9 | "DISPERSE" S/B "DISBURSE" | "          " |
| 151 | 1 | "RE-THEORY" S/B "REITERATE" | "          " |

## ERRATA SHEET(S)
### Yves Bergeron, Deposed on November 29, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 191 | 10 | "JOHN" S/B "JEAN" | TRANSCRIPTION ERROR |
| 192 | 10 | "ARE" S/B "HAVE" | " " |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ERRATA SHEET FOR ANNA COCCIA**

**JULY 19, 2005**

ERRATA SHEET(S)
DEPONENT: Anna Coccia
DATE OF DEPOSITION: July 19, 2005.

### ACKNOWLEDGEMENT OF DEPONENT

I, Anna Coccia, do hereby certify that I have read the foregoing pages,

1-225, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_Anna Coccia_
Anna Coccia

_September 30, 2005_
Date:

Subscribed and sworn to before me this _30_ day of _September_, 2005

_Notary Public_
Notary Public
DIANE VALADE
# 127 194

ERRATA SHEET(S)
Anna Coccia, Deposed on July 19, 2005

| PG. | LN. | | REASON |
|-----|-----|---|--------|
| 15 | 20 | Certain to Certen Inc. (This should be changed through out the document) | Spelling |
| 15 | 22 | Certain to Certen | Spelling |
| 16 | 1 | "it was" to "there was" | |
| 16 | 5 | Certain to Certen | Spelling |
| | 10 | | |
| | 12 | | |
| | 21 | | |
| 16 | 20 | Amdocks to Amdocs | Spelling |
| | 21 | | |
| 16 | 18 | Remove the nineteen (19) | not sure of the day |
| 22 | 4 | Replace Class with FAS | GAAP reference |
| | 5 | Should read held for disposition | replace "with" with for |
| 23 | 24 | add to end of sentence "to determine fair value" | more precise |
| 29 | 9 | change ang to and | Spelling |

ERRATA SHEET(S)
Anna Coccia, Deposed on July 19, 2005

| | | | |
|---|---|---|---|
| 47 | 20 | Elly to Elie | Spelling |
| 47 | 21 | Date to Daher | Spelling |
| 48 | 9 | Change Certain to | |
| | 10 | Certen | Spelling |
| | 11 | " | " |
| 49 | 3 | " | " |
| 50 | 19 | Change Pasquale to Pasqua | Spelling |
| 50 | 22 | " | " |
| 61 | 16 | add "of the BCE offices" | more precise |
| 62 | 16 | Certain to Certen | Spelling |
| 72 | 23 | " | " |
| 73 | 1 | Change Tamaudle to | |
| | | Tumiotto | Spelling |
| | | | |
| 91 | 13 | "dropped" should read | |
| | | "draft" | |
| | | | |
| 96 | 14 | "that" should read "What". | |
| 137 | 23 | "for" should read "from". | |
| | | | |
| 144 | 18 | Remove "It wasn't | |
| | | in a press release" and | |
| | | insert "it could have | |
| | | been in a press | |
| | | release" | |
| 72 | 23 | Remove "immediately" | |

ERRATA SHEET(S)
Anna Coccia, Deposed on July 19, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 174 | 16 | 95.5 split should be 95/5 | |
| | 25 | Split | |
| 176 | 12 | '' | |
| | | | |
| 183 | 6 | Should read February two thousand and one (2001) | |
| | | | |
| | | | |
| 212 | 20 | Change "used" to "use" | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# ERRATA SHEET FOR PIERRE LESSARD

## JUNE 17, 2005

312

1

2                     A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5    COUNTY OF NEW YORK  )

6

7

8             I, PIERRE LESSARD, hereby certify

9    that I have read the transcript of my

10   testimony taken under oath in my deposition of

11   June 17, 2005; that the transcript is a true,

12   complete and correct record of my testimony,

13   and that the answers on the record as given by

14   me are true and correct.

15

16                                _____

17                                PIERRE LESSARD

18   Signed and Subscribed to

19   before me, this 11 TH day

20   of August_____, 2005

21   _____

     Notary Public, State of New York

22   DIANE VALADE

23   #127 194

24   COMMISSIONER OF OATHS

     PROVINCE OF QUEBEC

25

ERRATA SHEET(S)
Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 4 | 2 | Change "a" to "the" | Clarity |
| 4 | 23 | Change "I" to "But I would" | Clarity |
| 5 | 15 | Delete comma after "BCE" | Accuracy |
| 5 | 25 | Add "left and" after "I" | Clarity |
| 6 | 2 | Add comma after "now" | Clarity |
| 6 | 3 | Delete comma after "2003" | Clarity |
| 7 | 20 | Change "company" to "entity" | Clarity |
| 7 | 21 | Add period after "month". Change "and" to initial cap "A" | Clarity |
| 8 | 11 | Add "a" after "just" and colon after "operation" | Clarity |
| 8 | 12 | Change capital Y to small "y" in the word "You" | Clarity |
| 8 | 14 | Add open and closed quotation marks to "flow-through" | Clarity |
| 9 | 3 | Add comma after "finance". Change "But" to small "b" | Clarity |
| 10 | 4 | Add "es" to "business" | Clarity |
| 10 | 7 | Add "sold to" after "was" | Clarity |
| 10 | 9 | Add comma after "cleanup" | Clarity |
| 10 | 14 | Add "the" after "not" | Clarity |
| 11 | 3 | Add after "IT" a comma and "that is finance and IT." | Clarity |
| 11 | 4 | Delete "became the"- replace with "added the responsibility of" | Accuracy |
| 11 | 6 | Delete "the" and "of" | Clarity |
| 11 | 8 | Add period after "that". Begin new paragraph with "I" | Clarity |
| 11 | 9 | Add open and closed quotes for "number two" | Clarity |
| 11 | 10 | Change "two" to "ten" | Accuracy |
| 11 | 15 | Remove comma after "BCE" | Accuracy |
| 11 | 16 | Remove comma after "BCE" | Accuracy |
| 11 | 18 | Add comma after "1999". Change "where" to "when" | Clarity |
| 12 | 7 | Add comma after "satellites". Add "Vu" to word "Express" | Accuracy |
| 12 | 8 | Delete "View" | Accuracy |
| 12 | 10 | Add "of" after "bit" | Clarity |
| 12 | 14 | Change "about" to "above" | Clarity |
| 12 | 16 | Change "Express View" to "ExpressVu" | Spelling |
| 12 | 24 | Change 2000 to "the" after the word "For" and add comma after "2001" | Accuracy |
| 12 | 25 | Change "Express View to "Bell ExpressVu" | Spelling |
| 13 | 15 | Add "the" after "with" | Clarity |
| 13 | 17 | Change "DIPLOW" to "DIP loan" | Trnscr Err |
| 13 | 20 | Change "AKR" to "KKR" | Trnscr Err |
| 14 | 3 | Change "is retired" to "a leave prior to retirement" | Clarity |
| 15 | 9 | Add "the" after "in" | Clarity |
| 16 | 1 | Delete "different". Replace with "separate from Bell Canada" | Clarity |
| 16 | 10 | Add "as a" after "or" | Clarity |
| 17 | 19 | Change "represented" to "presented" | Trnscr Err |
| 17 | 21 | Add period after "okay". Start new paragraph with "He" | Clarity |
| 17 | 23, 24 | No new paragraph after "words". "He" continues on same line | Clarity |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 18 | 15 | Change "Express View" to "Bell ExpressVu" | Spelling |
| 18 | 22 | Change "Express View" to "ExpressVu" | Spelling |
| 18 | 24 | Change "distant" to "distance" | Trnscr Err |
| 18 | 25 | Change "Express View" to "Bell ExpressVu" | Accuracy |
| 19 | 6 | Delete "No." | Accuracy |
| 19 | 8, 9 | Change "Express View" to "ExpressVu" | Spelling |
| 20 | 6 | Add "said" after "things" | Clarity |
| 20 | 17 | Change "were" to "where" and add "were" after "things" | Clarity |
| 20 | 24 | Change "be replacing Jerome Huret" to "replace Derek Burney" | Accuracy |
| 21 | 2 | Add "of him" after "nothing" | Clarity |
| 21 | 15 | Change "LaValle" to "Laval" | Spelling |
| 22 | 23 | Change "Computer Land" to "Computerland" | Spelling |
| 23 | 6 | Change "At the" to "All the" and after "it" add "after my appointment." | Clarity |
| 24 | 10 | Begin new paragraph with "The" and delete "or Bell" | Clarity |
| 24 | 11, 12 | No new paragraph after "company." "Initially" on same line. | Clarity |
| 24 | 16 | Change "blogs" to "blocks" | Trnscr Err |
| 24 | 19, 20 | Change "other one was" to "fourth block was owned by" | Clarity |
| 25 | 7, 8 | Change "the associates" to "The Associates" and "BCE" to "Citigroup" | Accuracy |
| 25 | 14 | Change "it's" to "its" | Spelling |
| 26 | 18 | Change "X" to "director" | Accuracy |
| 27 | 20 | Change "the abridged" to "a bridge" | Accuracy |
| 28 | 2 | Change "swapped" to "bought" | Accuracy |
| 28 | 3 | Change "thing" to "third" | Accuracy |
| 28 | 11 | Change "to me" to "at that time" | Clarity |
| 28 | 12 | Change "checks" to "cheques" | Spelling |
| 28 | 25 | Change "checks" to "cheques" and add "act as" after "and" | Accuracy |
| 29 | 5 | Change "Maury" to "Morrie" | Spelling |
| 30 | 24 | Change "Seguine" to "Séguin" | Spelling |
| 31 | 8 | Change "its" to "his" | Accuracy |
| 32 | 14 | Change "Seguine" to "Séguin" | Spelling |
| 32 | 15 | Change "Seguine" to "Séguin" | Spelling |
| 40 | 18 | Change "McClennan " to "McLennan" | Spelling |
| 40 | 23 | Change "Siem" to "Siim" | Spelling |
| 42 | 3 | Change "which was as" to "such as the" | Accuracy |
| 42 | 5 | Change "board as in" to "time of the board meeting, to act in" | Clarity |
| 42 | 24 | Change "not" to "no longer" | Accuracy |
| 43 | 4 | Add "(in the advisory group)" after "people" | Clarity |
| 43 | 6 | Change "to" to "into" | Clarity |
| 43 | 7 | Add "into" after "tap" | Clarity |
| 44 | 20 | Add "SBC" after "the" | Accuracy |
| 44 | 22 | Add "the SBC put" after "had" | Clarity |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 47 | 15 | Change "responsive" to "reactive" | Accuracy |
| 48 | 17 | Change "Mill" to "1000" | Clarity |
| 51 | 7 | Add "discussions about CCAA or bankruptcy" after "those" | Clarity |
| 51 | 8 | Add "in the room" after "Young" | Clarity |
| 51 | 25 | Delete period after "runs" and add "but I would say after the April 8 announcement." | Clarity |
| 53 | 12 | After "maximum" insert "fresh cash" | Clarity |
| 53 | 20 | Change "is" to "as" – add comma after "measured" | Clarity |
| 53 | 21 | Add "by" after "then – add comma after "parameters" | Clarity |
| 54 | 8 | Change "available" to "viable" | Trnscr Err |
| 54 | 16 | Add "negative" after "or" | Clarity |
| 54 | 17 | Add period after "value" Begin new paragraph with "If" | Clarity |
| 54 | 18 | Delete period and add comma after "discounting". Change capital Y to small "y" in word "You" | Clarity |
| 54 | 19, 20 | Add comma after "decide", add "profit and cash" before the word "stream", and add comma after "year" | Clarity |
| 56 | 9 | Add comma after "that" and "said" – add "how one would interpret" after the word "bias" | Clarity |
| 57 | 12, 13 | Add "the" before "SBC" – add "put" after "SBC" and comma after "and" and comma after "Teleglobe" | Clarity |
| 60 | 12 | Add "It is possible that runs of the BCE financial model included other assumptions as to amounts of funding by BCE, but I do not recall any specific amounts assumed." | Clarity |
| 60 | 23 | Change "segregated" to "aggregated" | Trnscr Err |
| 63 | 3 | Change "criteria" to "criterion" | Trnscr Err |
| 64 | 11 | Add "terms of an" after "rough" | Clarity |
| 64 | 21 | Change "rate" to "grade" | Trnscr Err |
| 65 | 11,12 | Add "on" after "return" - Add "or the" before "net"and comma after "Teleglobe" | Clarity |
| 66 | 7 | Add "It is possible that runs of the BCE financial model included other assumptions as to amounts of funding by BCE, but I do not recall any specific amounts assumed." | Clarity |
| 66 | 15 | Change "Teleglobe was two years old" to "the Teleglobe forecast that I had seen was two years long" | Clarity |
| 66 | 17 | Add "long" after "years" – add "prepared" after the first "had" | Clarity |
| 66 | 18 | Delete "and" – add "the last three years, and then we" | Clarity |
| 67 | 18 | Change "We" to "Mr. Mongrain" | Clarity |
| 70 | 15 | Change "inform" to "form" – add open quotation to "this" | TE/clarity |
| 70 | 16, 17 | Add closed quotation after "pursuing" - add open quotation to "this" and add closed quotation after "pursuing" | Clarity |
| 70 | 22 | Delete "alternated" – replace with "all were aware of" | Clarity |
| 71 | 10 | Change "cost" to "costs" | Trnscr Err |
| 71 | 11 | Change "also" to "always" | Trnscr Err |
| 71 | 12 | Add comma after "business" and "Teleglobe" | Accuracy |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 75 | 9 | Add "It is possible that runs of the BCE financial model included other assumptions as to amounts of funding by BCE, but I do not recall any specific amounts assumed." | Clarity |
| 76 | 12, 13, 14 | After "mean" add "that I did not." Delete "it". Replace with "It"- After "that" add "document." | Clarity |
| 83 | 2, 4, 14, 15 | Change "Express View" to "ExpressVu" | Spelling |
| 84 | 2 | Change "Pierre" to "Patrick" | Spelling |
| 84 | 14 | Add "numbers" after "the" (before dashes) | Clarity |
| 87 | 21 | Change "road" to "own" | Trnscr Err |
| 88 | 9 | Change "Siem, you" to "Siim.  You" | Clarity |
| 90 | 14 | Change "Express View" to "ExpressVu" | Spelling |
| 92 | 17 | Change 2002 to 2001 | Accuracy |
| 96 | 22 | Change "role" to "roll out" | Trnscr Err |
| 102 | 18 | Change "line" to "lines" | Clarity |
| 104 | 12 | Change "Express View" to "Bell ExpressVu" | Clarity |
| 106 | 18 | Change "Express View" to "ExpressVu" | Clarity |
| 106 | 19 | Change "Express View" to "Bell ExpressVu" | Clarity |
| 111 | 3 | Add comma after "given" – change "as" to "out" | Clarity |
| 111 | 4 | Put period after "Michael" – Begin new paragraph with "A" | Clarity |
| 111 | 6 | Change "a" to "our" | Clarity |
| 111 | 7 | Put period after "view."  Begin new sentence with "If" | Clarity |
| 111 | 8, 9 | Change "one," to "(i)" – add comma after "Teleglobe" Change "two," to "(ii)" | Clarity |
| 111 | 11 | Change "- -okay. Eventually" to "important, (iii) eventually" | Clarity |
| 111 | 15 | Change "that" to "than" | Trnscr Err |
| 111 | 16 | Add period after "book."  Delete "and that".  Begin new paragraph with "We" | Clarity |
| 111 | 20, 21 | No new paragraph after "agreement."  "If" on same line | Clarity |
| 111 | 24 | Begin new paragraph with "So" | Clarity |
| 114 | 23, 24 | Change "a bit distant, you" to "at a distance, they" | Clarity |
| 116 | 2 | Add "to see" after "earlier" | Clarity |
| 117 | 9 | Change "errands to" to "irons to the" | Trnscr Err |
| 118 | 16 | Change "LV" to "Legacy Voice" – add comma after "was" | Clarity |
| 118 | 17 | Change "Teleglobe" to "BCE" | Accuracy |
| 118 | 18-21 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 126 | 15, 16 | Change "guys sent this" to "guy send his" – change "heard" to "hear" | Trnscr Err |
| 128 | 18, 23 | Change "Mark" to "Marc" | Spelling |
| 129 | 2 | Change "Mark" to "Marc" | Spelling |
| 130 | 20 | Change "closen" to "chosen" | Trnscr Err |
| 131 | 7, 8 | Change "Lazard or somebody else, anybody has an objection to Lazard…. Lazard it's going to be" to "a choice between Lazard | Clarity |

ERRATA SHEET(S)
Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| | | or somebody else: "anybody has an objection to Lazard? …..Lazard it's going to be." " | |
| 131 | 15 | After "there" insert "helping us, advising us" | Clarity |
| 131 | 21 | Change "Mark's" to "Marc's" | Spelling |
| 132 | 12 | Change "worked" to "work" | Clarity |
| 133 | 14 | Change "Mark" to "Marc" | Spelling |
| 137 | 2 | Change "Jean" to "Jerome" | Accuracy |
| 137 | 6 | Change "Jean Burnette" to "John Brunette" | Spelling |
| 137 | 8, 11 | Change "Burnette" to "Brunette" | Spelling |
| 137 | 16 | Add "have" after "I" – Change "Burnette" to "Brunette" | Clarity/Sp. |
| 138 | 3 | Change "Vanaslejia" to "Vanaselja" | Spelling |
| 143 | 14 | Change "Jean" to "Jerome" | Accuracy |
| 144 | 16 | Insert "the" after "for" | Clarity |
| 144 | 17 | Change "Teleglobe" to "BCE" | Accuracy |
| 145 | 14 | Change "Siem to "Siim" | Spelling |
| 145 | 15 | Change "on" to "and showing us" | Clarity |
| 146 | 23 | Add comma after "chosen" and "met". Change "Siem to "Siim" | Clarity/Sp |
| 146 | 25 | Change "Express View" to "Bell ExpressVu" | Spelling |
| 147 | 8 | Change "Siem to "Siim" | Spelling |
| 147 | 12 | Change "like" to "put" | Clarity |
| 147 | 18 | Change "Siem to "Siim" | Spelling |
| 147 | 20, 21 | Change "Monty and Sabia" to "someone" | Accuracy |
| 148 | 5 | Change "abilities" to "availabilities" | Trnscr Err |
| 148 | 7 | Change "Siem to "Siim" | Spelling |
| 148 | 8 | Change "Burnette" to "Brunette" | Spelling |
| 149 | 21 | Change "when" to "what" | Accuracy |
| 154 | 11 | Change "know. Now she" to "know now.   She" | Clarity |
| 155 | 22 | Insert "about" after "also" | Clarity |
| 161 | 25 | Add comma after "made" and insert "we assumed" after "and" | Clarity |
| 163 | 14 | Add "what" after "than" | Clarity |
| 176 | 8 | Change "He" to "It" | Clarity |
| 177 | 15 | Change "intersection" to "interaction" | Trnscr Err |
| 178 | 22 | Change "and" to "in" | Trnscr Err. |
| 181 | 10 | Change "to" to "To" | Clarity |
| 182 | 4 | Change "Mark" to "Marc" | Spelling |
| 184 | 12 | Add period after "myself". Change "in" to "In". | Clarity |
| 184 | 13 | Add comma after "meeting" – Add "we" before "were" | Clarity |
| 188 | 11 | After "else" insert "reporting to him" | Clarity |
| 192 | 10 | Change "Boychuk" to "this" | Clarity |
| 211 | 11, 12 | Delete "up to", add period after "23rd". Capital B on "because" | Clarity |
| 211 | 13 to 15 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 211 | 18 | Change "given that I put" to "given to me and that I had put" | Clarity |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 212 | 13, 14 | Add "documents" after "few" and change "doing" to "going" | Clarity |
| 212 | 17 | Change "computer" to "computers work" | Clarity |
| 215 | 10, 14 | "vision strategy" should be changed to "vision/strategy" | Clarity |
| 215 | 16 | Change "one-year" to "once-a-year" | Clarity |
| 218 | 4 | Change 28 to 18 | Accuracy |
| 218 | 10 | Add comma after "this" – add "the" after "address" | Clarity |
| 218 | 11 | Change "as" to "and the" | Clarity |
| 218 | 16 | Add comma after "scenarios", change "on" to "an", add comma after "discussion" | Clarity |
| 220 | 22 | Change "gross" to "rough" | Tmscr Err |
| 221 | 25 | Change "30th" to "38th" | Accuracy |
| 222 | 17 | Add "room" after "meeting" | Clarity |
| 224 | 14 | Add comma after "before", period after "input. Change "knowing if" to "Knowing that if" | Clarity |
| 224 | 25 | Change "difference" to "differences" | Clarity |
| 226 | 8 | Change "that there" to "that. There" | Clarity |
| 228 | 2 | Change "Siem" to "Siim" | Spelling |
| 229 | 12 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 230 | 20 | Change "two" to "three" | Accuracy |
| 230 | 21 | Change "to be confirmed" to "to confirm" | Clarity |
| 232 | 19 | Change "messaged" to "massaged" | Clarity |
| 232 | 22 | Change "proper" to "improper" | Clarity |
| 235 | 23 | Add "on" after "was" – after "re-examine" add ", to see" | Clarity |
| 235 | 25 | Change "pluses" to "plus" | Clarity |
| 242 | 5 | Change "Some" to "So" | Clarity |
| 244 | 7 | Change " - - " to "want" | Clarity |
| 244 | 18 | Change "say" to "says" | Clarity |
| 244 | 25 | Change "which" to "what" | Clarity |
| 247 | 5 | Change "type" to "style" | Clarity |
| 250 | 17 | Change "basis" to "base-case" | Clarity |
| 251 | 11 | Delete "particularly" | Clarity |
| 252 | 18 | Change "11 times and what the hurdle rate is this" to "11 times, and what the hurdle rate should be" | Clarity |
| 258 | 12 | Change "Siem" to "Siim" | Spelling |
| 262 | 4 | Change "sense" to "sensed" | Clarity |
| 262 | 11 | Change "Siem" to "Siim" | Spelling |
| 262 | 16 | Change "Siem" to "With Siim" – add "in" after "be" | Clarity |
| 262 | 18 | Change "Mill" to "1000" | Accuracy |
| 263 | 2 | Change "was" to "were" | Accuracy |
| 264 | 13 | Add comma after "sense" – "by" before "the" – comma after "you" | Clarity |
| 266 | 2 | Add ". . . . . ." after "before" | Clarity |
| 267 | 15 | Change "happened" to "happen" | Clarity |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|---|---|---|---|
| 271 | 11 | Add "undergoing CCAA" after "people" | Clarity |
| 271 | 13 | Add "slides" after "two" | Clarity |
| 275 | 20 | Change "DIPLOW" to "DIP loan" | Trnscr Err |
| 276 | 22, 23 | Change "things. Assessing" to "things: (i) assessing" Change "renegotiating and" to "renegotiating . . . . and" | Clarity |
| 276 | 24 | Add comma after "hopes" and insert "(ii)" before "knowing" | Clarity |
| 277 | 11 to 15 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 277 | 15 | Add "out." after "comes" | Clarity |
| 277 | 24 | Add comma after "right", add "then" before "you" | Clarity |
| 277 | 25 | Change "sequences" to "consequences" | Trnscr Err |
| 279 | 14 | Change "Broadway" to "Broadwing" | Spelling |
| 279 | 17, 21 | Change "McKenzie" to "McKinsey" | Spelling |
| 280 | 6 | Change "McKenzie" to "McKinsey" – add comma after "Michael", change "and" to "or" and add comma after "Jean" | Clarity |
| 280 | 10, 11 | Change "McKenzie" to "McKinsey" | Spelling |
| 281 | 4 | Change "Broadway" to "Broadwing" | Spelling |
| 284 | 3 | Add "the" after "liquidating" | Clarity |
| 285 | 19 | Add "s" after "conversation" | Clarity |
| 286 | 5 | Add "who" after "Everybody" | Clarity |
| 286 | 6 | Change "to" to "could" | Clarity |
| 286 | 22, 23 | Change "Baum. I was with or without secretaries" to "LeBlanc. I was without a secretary" | Spelling/ Clarity |
| 287 | 18 | Change "parts, telephone system" to "POTS (plain old telephone system)" and add "like" after "things" | Clarity |
| 287 | 19 | Change "Evolutions of that" to "Plus evolutions of that," | Clarity |
| 287 | 21, 22 | Change "and, you" to "and . . . You" – add "a" before "pure" | Clarity |
| 288 | 2 | Add "the" after "diversify" | Clarity |
| 288 | 3 to 8 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 288 | 14 | Change "point of view" to "is one of them." | Clarity |
| 288 | 22 | Change "say" to "stay" | Trnscr Err |
| 290 | 8 | Change "in a very strange way" to "(in a very stylish way)" | Clarity |
| 290 | 10 | Delete "an" after "as" | Clarity |
| 291 | 3 | Change "converging" to "a convergence" | Clarity |
| 291 | 10 | Change "received" to "created" | Clarity |
| 293 | 17 | Change "too." To "to . . ." | Clarity |
| 297 | 13 | Change "Martine" to "Monty" | Spelling |
| 297 | 24 | Change "400," to "400 . . ." | Clarity |
| 298 | 3, 4, 8 | Add colon after "is" – Add open quote to "listen" and capitalize "L" in "listen"– add close quote after "back." | Clarity |
| 299 | 9 | Change "okay, you get so into" to "okay:  you get so much" | Clarity |
| 299 | 12, 14 | Add comma before "Teleglobe" – after "BCE". Insert "also" before "brings" | Clarity |

ERRATA SHEET(S)

Pierre Lessard, Deposed on June 17, 2005

| Page | Line(s) | Change | Reason |
|------|---------|--------|--------|
| 299 | 21 | In "points" delete "s" | Clarity |
| 300 | 18 | Add "Teleglobe" after "continuing." | Clarity |
| 300 | 19 | Change "Do we" to "How do we" | Clarity |
| 304 | 13, 14 | Add "to" after "certainty".  Change "situation will be" to "situation, there will be" | Clarity |
| 307 | 12, 13 | From "say" to "okay" (and leave quotation marks) should read: "say: "We were under the impression that - - okay." " | Clarity |
| 307 | 14 | Change "Your" to "Or" | Clarity |
| 307 | 15 to 19 | Text as transcribed is incomprehensible; unable to determine what text should be. | |
| 307 | 23, 24 | Add "a" before "letter", delete "of" after "course" | Clarity |
| 308 | 12, 13 | Change "Siem" to "Siim" – add comma after "Michael" | Clarity |
| 308 | 14, 15,16 | Add colon after "to" – use quotes for sentence that follows: "I met you on such a day and we talked about this and this and that." | Clarity |
| 309 | 16 | Change "Express View" to "Bell ExpressVu" | Spelling |
| 310 | 11 | Change "reverb" to "revenues" | Trnscr Err |
| 310 | 19 | Change "honor" to "meet our" | Clarity |
| 311 | 9 | Insert "company," after "that" | Clarity |
| 311 | 11, 12 | Amend sentence to read: Sometimes people like to form an opinion about how good you are by looking at what happened. In these places, egos are big. | Clarity |

**ERRATA SHEET FOR MONICA LEWIS**

**NOVEMBER 21, 2005**

ERRATA SHEET(S)
DEPONENT: Monica Lewis
DATE OF DEPOSITION: November 21, 2005.

## ACKNOWLEDGEMENT OF DEPONENT

I, Monica Lewis, do hereby certify that I have read the foregoing pages,

1-97, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
Monica Lewis

_____
Date:

Subscribed and sworn to before me this ___12___ day of __December_____, 2005

_____
Notary Public

PATRICIA A. EID
Notary Public - Michigan
Macomb County
My Commission Expires Jan 28, 2007
Acting in the County of _____

ERRATA SHEET(S)
Monica Lewis, Deposed on November 21, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 0 | 8 | moved word - add "different was" | moved word |
| 15 | 6 | "They were ~~equal~~ equal levels | clarification |
| 17 | 21 | "30" to "25" and "30" to "30" | wrong value listed |
| 18 | 21 | sentence break. | clarification |
| 25 | 9 | words changed | clarification |
| 47 | 17 | "terms" to "turns" | incorrect word |
| 47 | 16 | "in" to "and" | incorrect word |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ERRATA SHEET(S)
Monica Lewis, Deposed on November 21, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 25 | 9 | Change "that" to "they have a" | Further clarification |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**ERRATA SHEET FOR JIM MILLSTEIN**

**JANUARY 25, 2006**

TOTAL P.05

ERRATA SHEET(S)
DEPONENT: Jim Millstein
DATE OF DEPOSITION: January 25, 2006

ACKNOWLEDGEMENT OF DEPONENT

I, Jim Millstein, do hereby certify that I have read the foregoing pages,

1-225, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
Jim Millstein

_____
Date

Subscribed and sworn to before me this ___ day of _____, 2006

_____
Notary Public

JENNIE LEUNG
NOTARY PUBLIC, State of New York
No. 01LE6020781
Qualified in Queens County
Commission Expires March 1, 2022

ERRATA SHEET(S)

Jim Millstein, Deposed on January 25, 2006

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 8 | 12 | Change "Berkley" to "Berkeley" | Spelling error |
| 8 | 13 | Change "Berkley" to "Berkeley" | Spelling error |
| 9 | 22 | Change "posed" to "opposed" | Transcription error |
| 10 | 11 | Change "workout" to "working" | Transcription error |
| 14 | 15 | Change "it's" to "its" | Grammatical error |
| 22 | 15 | Change "global crossing" to "Global Crossing" | Spelling error |
| 22 | 24 | Change "Will Tell" to "WilTel" | Spelling error |
| 23 | 4 | Change "ATTs" to "AT&Ts" | Transcription error |
| 23 | 9 | Change "entrance" to "entrants" | Transcription error |
| 29 | 7 | Change "know" to "no" | Spelling error |
| 32 | 18 | Change "global crossing" to "Global Crossing" | Spelling error |
| 34 | 7 | Change "with" to "one" | Transcription error |
| 40 | 3 | Change "Legacy" to "legacy" | Spelling error |
| 40 | 6 | Change "Will Tell" to "WilTel" | Spelling error |
| 54 | 2 | Change "ATTs" to "AT&Ts" | Transcription error |
| 54 | 6 | Change "it's" to "its" | Grammatical error |
| 59 | 18 | Change "Will Tell" to "WilTel" | Spelling error |
| 59 | 18 | Change "three 360s" to "360s" | Transcription error |
| 73 | 5 | Change "that" to "that's" | Transcription error |
| 75 | 16 | Change "Will Tell" to "WilTel" | Spelling error |
| 186 | 17 | Change "it's" to "its" | Grammatical error |
| 197 | 14 | Change "lawyer" to "law" | Transcription error |
| 210 | 4 | Change "arudite" to "erudite" | Spelling error |