# ERRATA SHEET FOR PETER NICHOLSON

## JULY 8, 2005

ERRATA SHEET(S)
DEPONENT: Peter Nicholson
DATE OF DEPOSITION: July 8, 2005

### ACKNOWLEDGEMENT OF DEPONENT

I, Peter Nicholson, do hereby certify that I have read the foregoing pages,

1 – 242, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

Peter Nicholson

_9 August 2005_
Date:

Subscribed and sworn to before me this _9th_ day of _August_, 2005

Notary Public

JOHN H. ARMSTRONG
A Notary Public in and for the
Province of Nova Scotia
_Lifetime Commission,_

ERRATA SHEET(S)
Peter Nicholson, Deposed on July 8, 2005

| | | | |
|---|---|---|---|
| 10 | 10 | ~~Jean~~ Monty | Correct 1st name |
| 11 | 11 | Comp, Info and Control Sciences | Correct dept. name |
| 33 | 20 | understood | Typo |
| 36 | 7 | pressure (not 'presentation') | Mistake |
| 51 | 13 | ~~present~~ summarized (not 'precede') | Mistake |
| 55 | 4 | sown up (not 'so') | Mistake |
| 67 | 4 | game (not 'gain') | Mistake |
| 82 | 13 | elim. the period after 'frankly' | All one sentence |
| 88 | 14 | Gagnon (not 'Greton') | Mistake |
| 89 | 9 | own (not 'home') | Mistake |
| 158 | 13 | Por (not 'Prom') | Mistake |
| 160 | 15 | 'Caching' (not 'cashing') | As in a 'cache' -- a form |
| 195 | 6 | Hamel (not 'Hammel') | of computer memory |
| 236 | 24 | Should be NATO (not 'the Marshall Plan') | I simply mis-spoke |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ERRATA SHEET FOR MICHAEL ROSENHEK**

**SEPTEMBER 13, 2005**

ERRATA SHEET(S)
DEPONENT: Michael Rosenhek
DATE OF DEPOSITION: September 13, 2005.

### ACKNOWLEDGEMENT OF DEPONENT

I, Michael Rosenhek, do hereby certify that I have read the foregoing pages,

1-244, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
Michael Rosenhek


_____
Date:




Subscribed and sworn to before me this ___5th___ day of ___October___, 2005


_____
Notary Public



ERRATA SHEET(S)
Michael Rosenhek, Deposed on September 13, 2005

| | | | |
|---|---|---|---|
| 5 | 7 | Analysts → Analyst | Proper designation |
| 7 | 2 | Vanavelya → Van Alexopoulos | Did not say Vangsehm |
| ~~14~~ | ~~14~~ | ~~—————————————~~ | |
| 64 | 13 | few → view | syntax |
| 108 | 14 | obvious → obviously | syntax |
| 143 | 3 | xles → slides | syntax |
| 146 | 23 | Martine → Martin | syntax |
| 177 | 9 | to → of | syntax |
| 179 | 22 | hunk → heard ? | |
| 202 | 7 | our → a | syntax |
| 202 | 7 | delete "it" | incorrect - did not say "it" |
| 221 | 23 | delete "are" | don't think I said "are" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ERRATA SHEET FOR LEONARD RUGGINS**

**JULY 26, 2005**

ERRATA SHEET(S)
DEPONENT: Leonard Ruggins
DATE OF DEPOSITION: July 26, 2005

### ACKNOWLEDGEMENT OF DEPONENT

I, Leonard Ruggins, do hereby certify that I have read the foregoing pages,

1-289, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
Leonard Ruggins

_____
Date:

Subscribed and sworn to before me this _____ day of _____, 2005

_____
Notary Public

ERRATA SHEET(S)
Leonard Ruggins, Deposed on July 26, 2005

| | | | |
|---|---|---|---|
| 5 | 11 | FINANCE should BE FINANCING | |
| 5 | 14 | '' '' '' '' | |
| 85 | 6 | HOMAN should BE HOLMAN | Spelling |
| 85 | 8 | '' '' '' '' | |
| 44 | 15 | SIEM → SIIM | spelling |
| 102 | 22 | CREATING → RATING | |
| 134 | 10 | THEY'RE → THEIR | Spelling |
| 178 | 23 | see attached note | |
| 186 | 14 | FERRIS → FARIS | spelling |
| 211 | 21 | KEY → KEEP | |

William A. Ferguson
Barrister & Solicitor

Re: page 178, line 23

Q.     Who is John Hastings?

*I thought that I had heard "Bob Hastings" who is an analyst with Canacord and answered with him in mind.   I do know John Hastings who was our prime contact with Citibank.*

Re: page 179,  line 3 through to line 9

*I answered this question with "Bob Hastings" in mind.    I would have answered this question for John Hastings as follows:*
*I have known John Hastings since about 1997 or 1998 and vaguely remember discussing Teleglobe plus a number of other issues with him over the years such as back-up lines for BCE and Bell Canada.   I do not remember any specifics of discussions relating to Teleglobe.*

Aug 26, 2005

William A. _____
Barrister & Solicitor

7

**ERRATA SHEET FOR MARC RYAN**

**SEPTEMBER 14, 2005**

ERRATA SHEET(S)
Marc Ryan, Deposed on September 14, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 50 | 9 | director to directors | plural |
| 118 | 18 | assoc ate to Saucier | correct |
| 118 | 24 | Same | proof |
| 120 | 6 | Same | |
| 121 | 19 | Same | |
| 123 | 20 | Susidiarist Subsidiary | typo |
| 151 | 24 | add "to" after sensitive | grammar |
| 213 | 19 | associate to Saucier | |
| 215 | 6 | Same | correct |
| 216 | 7 | Same | proof |
| 216 | 9 | TSC to TSE | |
| 218 | 22 | associate to Saucier | |
| 219 | 2 | Same | |
| 247 | 5 | delete entirely | grammar |
| 248 | 6 | Mayo to Mail | correct name |
| 248 | 16 | Same | |
| | | This is the errata sheet to the deposition of Marc Ryan dated October 14, 2005 | |
| | | [signature] | |
| | | [signature] #105-512 | |

ERRATA SHEET FOR PIERRE VAN GHELUWE

SEPTEMBER 30, 2005

ERRATA SHEET(S)
DEPONENT: Pierre Van Gheluwe
DATE OF DEPOSITION: September 30, 2005.

### ACKNOWLEDGEMENT OF DEPONENT

I, Pierre Van Gheluwe, do hereby certify that I have read the foregoing pages, 1-289, and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance noted in the attached errata sheets.

_____
Pierre Van Gheluwe

*November 2nd, 2005*
Date:

Subscribed and sworn to before me this *2nd* day of *November*, 2005

*Marie Villeneuve* #105-512.
Notary Public    *Commissioner for oaths.*

ERRATA SHEET(S)
Pierre Van Gheluwe. Deposed on September 30, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 6 | 23 | Replace booking by banking | |
| 167 | 18 23 | Replace 2.3 by 3.2 Replace on by 1 am | |
| 195 | 21 | Replace BNP Paribas by ABN AMRO | |
| 224 | 21 | Add after that .... Exibit 32 | |
| 250 | 3 | Replace Boeing by going | |
| 252 | 9 | Replace LeBec by Labreque | |
| 271 | 24 | Replace Maria by Marika | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ERRATA SHEET(S)
Pierre Van Gheluwe, Deposed on September 30, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 15 | 23 | Instead of Yes the Response should be... "Mr. Claude Sequin attended meetings at the end of April 2000 and the beginning of May 2000. After Mr. Sequin's departure, M. Boychuck attended the meetings." | |
| 54 | 15 | Instead of No the Response should be ... "No with the exception of a dinner I attended with Mr. Boychuck, organized by DBRS, celebrating their 25th anniversary. I am not sure if it if its the 25th or 30th anniversary. The event was held in Toronto and was attended by over 100 people." | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NYDOCS04/440589.1                    2

ERRATA SHEET FOR SIIM VANASELJA

AUGUST 25 & 26, 2005

ERRATA SHEET(S)
DEPONENT: Siim Vanaselja
DATE OF DEPOSITION: August 25 and 26, 2005.

### ACKNOWLEDGEMENT OF DEPONENT

I, Siim Vanaselja, do hereby certify that I have read the foregoing pages,

1-578, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_Siim Vanaselja_ (signature)
Siim Vanaselja

_November 2, 2005_ (handwritten)
Date:

Subscribed and sworn to before me this _2_ day of _November_, 2005

_Diane Valade_ (signature)
Notary Public
DIANE VALADE
# 127·194

ERRATA SHEET(S)
Siim Vanaselja, Deposed on August 25 and 26, 2005

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 6 | 4-5 | "Jackie" instead of "Julie [sic]" | Typographical Error |
| 6 | 15 | "were" instead of "was" | Typographical Error |
| 12 | 3 | "other" instead of "history" | Clarity |
| 39 | 18 | Delete article "a" | Typographical Error |
| 40 | 20 | Delete " 's" after Deloitte | Typographical Error |
| 54 | 11-12 | Change "in lib" to "and lit" | Typographical Error |
| 54 | 5 | Change "interfeasible" to "indefeasible" | Typographical Error |
| 67 | 14 | Insert "it" after "on" | Typographical Error |
| 70 | 20 | Change "Mm-hmm" to "Okay" | Clarity |
| 71 | 8 | "and" instead of "in" | Typographical Error |
| 71 | 14 | Delete repeating phrase "and insolvency" | Typographical Error |
| 72 | 21 | Change "Globesystems" to "Globesystem" | Typographical Error |
| 94 | 8 | Change "Goodwill" to "Good" | Typographical Error |
| 114 | 20 | Change "Mm-hmm" to "Yes" | Clarity |
| 117 | 3 | "CSFB" instead of "CFSB" | Typographical Error |
| 117 | 17 | Delete "for" | Typographical Error |
| 117 | 19 | "were" instead of "was" | Typographical Error |
| 134 | 11 | Change "Mm-hmm" to "Yes" | Clarity |
| 162 | 10 | "Estonian" instead of "Astonian" | Typographical Error |
| 171 | 24-25 | Delete "over the course of 2000, the - - increasingly" | Clarity |
| 179 | 20 | Change "Mm-hmm" to "Okay" | Clarity |
| 249 | 19 | Change "Mm-hmm" to "Okay" | Clarity |
| 213 | 19-21 | Delete repeating phrase " SBC and Williams more complicated, which is why - - made a transaction between" | Clarity |
| 214 | 3 | Change "Mm-hmm" to "Yes" | Clarity |
| 257 | 21 | "Stuart" instead of "Stewart" | Typographical Error |
| 276 | 23 | "Paul" instead of "Paal" | Typographical Error |

ERRATA SHEET(S)

Siim Vanaselja, Deposed on August 25 and 26, 2005

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 276 | 24 | "Paul" instead of "Paal" | Typographical Error |
| 278 | 7 | "Paul" instead of "Paal" | Typographical Error |
| 288 | 23 | Change "Mm-hmm" to "Yes" | Clarity |
| 290 | 13 | Change "ununderstood" to "understood" | Typographical Error |

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 355 | 21 | Change "Mm-hmm" to "Yes" | Clarity |
| 384 | 15 | "Paul" instead of "Paal" | Typographical Error |
| 389 | 6 | Change "Mm-hmm" to "Okay" | Clarity |
| 404 | 6 | "and" instead of "in" | Typographical Error |
| 406 | 21-22 | Change "either" to "perhaps" | Clarity |
| 458 | 3 | Change "Mm-hmm" to "Okay" | Clarity |
| 460 | 12 | Change "Mm-hmm" to "Okay" | Clarity |
| 462 | 10 | Change "Mm-hmm" to "Okay" | Clarity |
| 471 | 16 | "Pray tell" instead of "Pretell" | Typographical Error |
| 487 | 3 | Change "Mm-hmm" to "Yes" | Clarity |
| 523 | 13 | "begun" instead of "begin" | Typographical Error |
| 541 | 5 | Change "Mm-hmm" to "Yes" | Clarity |
| 545 | 15 | "Estonian" instead of "Astonian" | Typographical Error |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ERRATA SHEET FOR GEORGE WALKER**

**JUNE 24, 2005**

ERRATA SHEET(S)
DEPONENT: George Walker
DATE OF DEPOSITION: June 24, 2005

## ACKNOWLEDGEMENT OF DEPONENT

I, George Walker, do hereby certify that I have read the foregoing pages,

1 – 220, and that the same is a correct transcription of the answers given by me to the questions

therein propounded, except for the corrections or changes in form or substance noted in the

attached errata sheets.

_____
George Walker

_____
Date: August 9, 2005

Subscribed and sworn to before me this 9th day of August , 2004

_____
Notary Public
DIANE VALADE
#127 194

ERRATA SHEET(S)
George Walker, Deposed on June 24, 2005

| | | | |
|---|---|---|---|
| 7 | 19 | la Duc → le Duc | Correct spelling |
| 8 | 23 | Siem → Siim | ✓ |
| 24 | 23 | Telex → Telus | ✓ |
| 25 | 5,6,7 | Sigma → Sygma | ✓ |
| 25 | 15 | lines → alliance | ✓ |
| 63 | 25 | Kaminaris, Marissa. I'm not sure of Ildo → Kaminaris. Marissa, I'm not sure of Ildo | Correct punctuation. |
| 114 | 2 | MDNA → MD&A | Correct spelling |
| 114 | 21,23 | Remove " "; | No quotation. |
| 176 | 13 | SFO → CFO | correct spelling |
| 176 | 24 | Aaron → Darren | ✓ |
| 214 | 23 | Emerges → Emergis | ✓ |
| | | | |
| | | | |
| | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, I caused a copy of the foregoing document to be

served upon the following parties in the manner indicated below:

BY EMAIL and FEDERAL EXPRESS
John P. Amato, Esq.
Mark S. Indelicato, Esq.
Zachary G. Newman, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022


BY EMAIL and HAND DELIVERY
Gregory V. Varallo, Esq.
Russell C. Silberglied, Esq.-p
Mark D. Collins, Esq.
C. Malcolm Cochran, IV, Esq.
Robert J. Stern, Jr., Esq.
Kelly E. Farnan, Esq.
Anne S. Gaza, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801

Joseph A. Rosenthal, Esq.
Rosenthal, Monhait & Goddess, P.A.
1401 Mellon Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070


Pauline K. Morgan /mbw

Pauline K. Morgan
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
pmorgan@ycst.com
bank@ycst.com
*Attorneys for Appellants-Defendants*