## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

#-D-137
July 10,  2006

No.  06-2915

**IN RE:**     TELEGLOBE COMMUNICATIONS CORPORATION, et al,

Debtor

TELEGLOBE USA, INC., et al
v.
BCE  INC., et al,

Appellants

(District of Delaware - DC No. 04-cv-1266)

Present:   CHAGARES , Circuit Judge

1.   Uncontested Motion by Appellants to Continue Impoundment of Confidential Documents
Pursuant to Third Circuit Local Appellate Rule 106.1(c)(2).

Carolyn Hicks, Case Manager
267-299-4926

**O R D E R**

The foregoing motion is granted.

By the Court,

/s/ Michael A. Chagares
Circuit Judge

Dated: July 11, 2006

**A True Copy**

Marcia M. Waldron

Marcia M. Waldron, Clerk

No. 06-2915

In Re: Teleglobe Comm
Page 2


CH/cc:
 Stephen J. Marzen, Esq.
 Stuart J. Baskin, Esq.
 Jaculin Aaron, Esq.
 John T. Dorsey, Esq.
 Margaret B. Whiteman, Esq.
 Pauline K. Morgan, Esq.
 Kevin Gross, Esq.
 Gregory V. Varallo, Esq.
 Joseph A. Rosenthal, Esq.
 Thomas G. Whalen Jr., Esq.
 John P. Amato, Esq.
 Mark S. Indelicato, Esq.
 Zachary G. Newman, Esq.