IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | Jointly Administered |
| | ) | Bankr. Case No. 02-11518 (MFW) |
| Debtors. | ) | |
| TELEGLOBE COMMUNICATIONS | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | C.A. No. 04-1266 (SLR) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BCE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Pauline K. Morgan, Esq.                George J. Wade, Esq.
     Young Conaway Stargatt & Taylor        Shearman & Sterling LLP
     The Brandywine Building                599 Lexington Avenue
     1000 West Street, 17th Floor           New York, NY 10022
     Wilmington, DE 19899

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Ginette Nantel at the offices of Kugler Kandestin, L.L.P., 1 Place Ville-Marie, Suite 2101, Montreal, Quebec, Canada H3B2C6 commencing at 9:30 a.m. on August 22, 2006. The deposition will continue from day to day (excluding Saturdays, Sundays and legal holidays) until completed.

The deposition is being taken for pretrial discovery, for use at trial, and for such other purposes as may be permitted by law. The deposition will be conducted by oral examination,

RLF1-3050063-1

and will be recorded by stenographic means before a Notary Public or other officer authorized by law to administer oaths. The deposition will also be recorded by audio-visual means.

You are invited to attend and cross examine.

                                           Gregory V. Varallo (#2242)
                                           Varallo@rlf.com
                                           C. Malcolm Cochran, IV (#2377)
                                           cochran@rlf.com
                                           Russell C. Silberglied (#3462)
                                           silberglied@rlf.com
                                           Chad Shandler (#3796)
                                           Shandler@rlf.com
                                           Steven J. Fineman (#4025)
                                           fineman@rlf.com
                                           Richards, Layton & Finger, P.A.
                                           One Rodney Square
                                           P.O. Box 551
                                           Wilmington, DE 19899
                                           (302) 651-7509
                                             Attorneys for Debtors

Dated: August 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2006, I hand delivered and electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Pauline K. Morgan, Esquire<br>Young Conaway Stargatt &<br>Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899 | Joseph A. Rosenthal, Esquire<br>Rosenthal, Monhait, Gross<br>& Goddess, P.A.<br>1401 Mellon Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19801 |

I hereby certify that on August 21, 2006, I have sent by electronic mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| John Amato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 | Jaculin Aaron, Esquire<br>Paula Howell, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

Steven J. Fineman (# 4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700