IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>TELEGLOBE COMMUNICATIONS,<br>et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No.  02-11518(MFW)<br>) Jointly Administered<br>)<br>) |
| TELEGLOBE USA INC., et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>BCE INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 04-1266-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 20th day of December, 2006, having granted the defendants' motion to stay this case pending appeal (D.I. 290);

IT IS ORDERED that the pending motions in limine (D.I. 241, 264, 265, 266, and 269) are denied without prejudice to renew pending the outcome of the appeal.

                                                                        _____
                                                                        United States District Judge