IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Bankr. Case No. 02-11518-MFW <br> ) |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BCE INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Bankr. Adv. No. 04-53733-MFW <br> ) <br> ) Civ. No. 04-1266-SLR <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 17th day of July, 2007, having granted the motion to withdraw the reference for the above captioned adversary proceeding at a time (September 2004) when the two judges of the United States Bankruptcy Court for the District of Delaware carried perhaps the heaviest docket per judge in the country;

IT IS ORDERED that the above captioned adversary proceeding is referred once again to the judges of the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. § 157(a).

                                                 _/s/ Sue L. Robinson_
                                                 United States District Judge