UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-2915

IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, et al,
Debtor

TELEGLOBE USA INC.; OPTEL COMMUNICATIONS INC.;
TELEGLOBE HOLDINGS (U.S.) CORPORATION;
TELEGLOBE MARINE (U.S.) INC.; TELEGLOBE HOLDING CORP.;
TELEGLOBE TELECOM CORPORATION; TELEGLOBE INVESTMENT CORP.;
TELEGLOBE SUBMARINE, Teleglobe Submarine Inc.;
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TELEGLOBE
COMMUNICATIONS CORPORATION; TELEGLOBE COMMUNICATIONS
CORPORATION; TELEGLOBE LUXEMBOURG, LLC;
TELEGLOBE PUERTO RICO INC.

v.

BCE INC.; MICHAEL T. BOYCHUK; MARC A. BOUCHARD;
SERGE FORTIN; TERENCE J. JARMAN; STEWART VERGE;
JEAN C. MONTY; RICHARD J. CURRIE; THOMAS KIERANS;
STEPHEN P. SKINNER; H. ARNOLD STEINBERG,

Appellants

VARTEC TELECOM, INC.,
Defendants/Intervenor in District Court

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 04-cv-01266)
Chief District Judge: Honorable Sue L. Robinson

Argued January 8, 2007

Before: McKEE, AMBRO and FISHER, <u>Circuit Judges</u>

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was argued on January 8, 2007.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated June 2, 2006, is hereby vacated and remanded for further proceedings. All of the above in accordance with the opinion of this Court. The parties bear their own costs.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: July 17, 2007

Certified as a true copy and Issued in lieu of a formal mandate on _____ AUG 8 2007

*/s/ Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit