OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4919 |

www.ca3.uscourts.gov

August 8, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 06-2915
    In Re:Teleglobe Comm
    No. 04-cv-01266

Dear Mr. Dalleo:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Chiquita Dyer
Case Manager

Enclosure

cc:
    Gregory V. Varallo, Esq.
    Chad M. Shandler, Esq.

C. Malcolm Cochran IV, Esq.
Philip A. Lacovara, Esq.
Andrew Tauber, Esq.
Margaret B. Whiteman, Esq.
John T. Dorsey, Esq.
Pauline K. Morgan, Esq.
Stephen J. Marzen, Esq.
Stuart J. Baskin, Esq.
Jaculin Aaron, Esq.
Mark I. Levy, Esq.
David C. Frederick, Esq.