**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE

LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310



October 30, 2007

David D. Bird
Clerk, U.S. Bankruptcy Court
District of Delaware
824 Market Street, 5th Floor
Wilmington, DE 19801

    In Re: Teleglobe Comm., et al., v. BCE Inc., et al.; BK. No. 02-11518(MFW);
    Adv. No. 04-53733(MFW), and Civ. No. 04-1266-SLR

Dear Mr. Bird,

    Consistent with Judge Robinson's order of July 17, 2007 wherein the above referenced case was referred back to the judges of the United States Bankruptcy Court for the District of Delaware, I am forwarding to your office documents recently filed in by the United States Court of Appeals for the Third Circuit on the District Court docket. (D.I. 298, 299) A copy of the order is also attached for your reference.

    Peter T. Dalleo, Clerk

By: _____
        Deputy Clerk

Enclosures (3)

cc:    The Honorable Sue L. Robinson
       All counsel of record were noticed electronically