OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 27, 2008

TO: Clerk's Office
United States Bankruptcy Court
ATTN: George Wylesol, Chief Deputy Clerk
824 N. Market Street
Wilmington, DE 19801

**RE: TRANSFER OF DOCUMENTS, CA 04-1266 SLR**
**RE: Teleglobe Bankr. Case 02-11518-MFW**
**and Bankr Adv. No. 04-53733-MFW**

Pursuant to Order dated 7/17/07, DI 297, CA 04-1266 SLR, BK withdrawal case having been referred back to the U.S. Bankruptcy Court, documents are provided herewith as follows:

- Docket Sheet, CA 04-166 SLR
- Pre CM/ECF original documents: Correspondence, D.I. 1 thru 82;
- Transcripts after D.I. 82 (filed only in paper): D.I. 100, 108, 143, 194, 205, 221, 252, and 287; and
- Sealed documents: D.I. 161, 233, 238, 246, 249, 275, and 277.

Please acknowledge receipt below.

You may contact me at 573-6158 if you have any question or concerns.

/rbe

RONALD B. EBERHARD
Intake Supervisor

cc: Honorable Sue L. Robinson, CA 04-1266 SLR
-----------------------------------------------------------------
TO: Clerk, U.S. District Court, District of Delaware

We received D.I. #16 on ___3/27/08___.

BY: _[signature]_ 3-27-08
Bankruptcy Court Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TELEGLOBE COMMUNICATIONS CORPORATION, et al.,<br><br>Debtors. | ) ) Chapter 11<br>) Bankr. Case No. 02-11518-MFW<br>) |
| TELEGLOBE COMMUNICATIONS CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BCE INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>) Bankr. Adv. No. 04-53733-MFW<br>)<br>) Civ. No. 04-1266-SLR<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 17th day of July, 2007, having granted the motion to withdraw the reference for the above captioned adversary proceeding at a time (September 2004) when the two judges of the United States Bankruptcy Court for the District of Delaware carried perhaps the heaviest docket per judge in the country;

IT IS ORDERED that the above captioned adversary proceeding is referred once again to the judges of the United States Bankruptcy Court for the District of Delaware, pursuant to 28 U.S.C. § 157(a).

_____
United States District Judge