# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL NUMBER
302-651-7545
SILBERGLIED@RLF.COM

May 8, 2008

Larisha Davis
Courtroom Deputy/Docket Clerk to The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

Re: **Teleglobe Communications Corporation et al. v. BCE, Inc., et al., D. Del. Civil Action No. 04-1266-SLR**

Dear Larisha:

Thank you for taking the time to talk to me yesterday. This is the correspondence you requested. The "Debtors' Citation of Subsequent Authority Pursuant to Local Rule 7007-1(B)" was erroneously filed in the District Court, in the above referenced case that Judge Robinson reinstated the reference to the Bankruptcy Court several months ago. We rectified the mis-filing in the wrong court by immediately re-filing the pleading in the Bankruptcy Court. We did not believe it necessary to "withdraw" the erroneous pleading in the District Court since the CM/ECF indicated that the case is closed. If it needs withdrawal, I hereby request that you do so. Thank you for your assistance.

Respectfully submitted,

*(signature)*

Russell C. Silberglied

RCS/lam
cc: Pauline Morgan, Esq.

RLF1-3281212-1