OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 13, 2008

TO: Clerk's Office
United States Bankruptcy Court
ATTN: Barbara Torres
824 N. Market Street
Wilmington, DE 19801

RE: **TRANSFER OF DOCUMENTS, CA 04-1266 SLR**
**RE: Teleglobe Bankr. Case 02-11518-MFW**
**and Bankr Adv. No. 04-53733-MFW**

Pursuant to Order dated 7/17/07, DI 297, CA 04-1266 SLR, BK withdrawal case having been referred back to the U.S. Bankruptcy Court, **additional** documents are provided herewith:

- Sealed document (Notice of Lodging), D.I. #222
- Redacted version of (Notice of Lodging - in paper format), D.I. #239

Please acknowledge receipt below. You may contact me at 573-6158 if you have any questions or concerns.

/rbe

RONALD B. EBERHARD
Intake Supervisor

cc: Honorable Sue L. Robinson, CA 04-1266 SLR

------------------------------------------------------------

TO: Clerk, U.S. District Court, District of Delaware

We received above noted documents on 6/13/08 .

Deputy Clerk, U.S. Bankruptcy Court